IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Trilegiant Loyalty Solutions, Inc., )<br>                     Plaintiff, )<br>    v.                        )<br>                           )<br>Maritz, Inc., )<br>                           )<br>                 Defendant. )<br>                           ) | Civil Action No. 04-360-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 4, 2005 true and correct copies of **DEFENDANT'S RULE 26(a)(1) DISCLOSURES** were served on the attorneys of record at the following addresses specified below:

**Via Facsimile and 1st Class Mail**
Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Via Facsimile and 1st Class Mail**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K. Street, N.W., Suite 800
Washington, DC 20005

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: March 4, 2005      By: _/s/ Patricia Smink Rogowski_
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant Maritz, Inc.*

OF COUNSEL:
SENNIGER POWERS
J. Bennett Clark
Jennifer E. Hoekel
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

384888v1(CB)

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 4th day of March, 2005, a true and correct copy of the within **NOTICE OF SERVICE** was caused to be served on the attorneys of record at the following addresses as indicated:

| **VIA HAND DELIVERY** | **VIA FACSIMILE** |
|---|---|
| Jack B. Blumenfeld, Esquire | Steven Lieberman, Esquire |
| Morris Nichols Arsht & Tunnell | Sharon L. Davis, Esquire |
| 1201 N. Market Street | Rothwell Figg Ernst & Manbeck P.C. |
| P.O. Box 1347 | 1425 K. Street, N.W., Suite 800 |
| Wilmington, DE 19899-1347 | Washington, DC 20005 |

_____
Patricia Smink Rogowski (#2632)

384888v1(CB)