IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARITZ, INC., <br><br> Defendant. | Civil Action No. 04-360-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Trilegiant's Initial Disclosures Pursuant to Rule 26(a)(1) were caused to be served on March 4, 2005 upon the following in the manner indicated:

### BY FIRST-CLASS U.S. MAIL & FACSIMILE

J. Bennett Clark, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square; 16th Floor
St. Louis, MO 63102

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    /s/ Maryellen Noreika
                    _____
                    Jack B. Blumenfeld (#1014)
                    Rodger D. Smith II (#3778)
                    Maryellen Noreika (#3208)
                    E-mail: mnoreika@mnat.com
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                        Attorneys for Plaintiff
                        Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040


March 7, 2005