IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| _____ )<br>TRILEGIANT LOYALTY )<br>SOLUTIONS, INC., )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>MARITZ, INC., )<br> )<br>Defendant. )<br>_____ ) | Civil Action No. 04-360-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2005, I electronically filed a Notice of Service of Trilegiant's Initial Disclosures Pursuant to Rule 26(a)(1) with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

I hereby certify that on March 7, 2005, I have mailed by First-Class U.S. Mail and Facsimile, the document Notice of Service of Trilegiant's Initial Disclosures Pursuant to Rule 26(a)(1) to the following non-registered participants:

J. Bennett Clark, Esq.
Senninger, Powers, Leavitt & Roedel
One Metropolitan Square; 16th Floor
St. Louis MO  63102

MORRIS, NICHOLS, ARSHT & TUNNELL

_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Maryellen Noreika (#3208)
E-mail:  mnoreika@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
    Attorneys for Plaintiff
    Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040

March 7, 2005