IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-360-JJF |
| MARITZ, INC., | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Trilegiant's Amended Initial Disclosures Pursuant to Rule 26(a)(1) were caused to be served on March 8, 2005 upon the following in the manner indicated:

### BY FACSIMILE

Jennifer E. Hoekel, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square; 16th Floor
St. Louis, MO  63102

and on March 9, 2005:

### BY HAND DELIVERY

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

- 1 -

- 2 -

                                              MORRIS, NICHOLS, ARSHT & TUNNELL

                                              /s/ Maryellen Noreika (#3208)
                                          Jack B. Blumenfeld (#1014)
                                          Maryellen Noreika (#3208)
                                          E-mail:  mnoreika@mnat.com
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899
                                          (302) 658-9200
                                              Attorneys for Plaintiff
                                              Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040


March 9, 2005