IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 04-360-JJF |
| MARITZ, INC., | ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2005, I electronically filed a Notice of Service of Trilegiant's Amended Initial Disclosures Pursuant to Rule 26(a)(1) with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Patricia Smink Rogowski, Esq.
> Connolly Bove Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899

I hereby certify that on March 9, 2005, I have mailed by First-Class U.S. Mail and Facsimile, the document Notice of Service of Trilegiant's Amended Initial Disclosures Pursuant to Rule 26(a)(1) to the following non-registered participants:

> Jennifer E. Hoekel, Esq.
> Senninger, Powers, Leavitt & Roedel
> One Metropolitan Square; 16th Floor
> St. Louis MO  63102

- 2 -

                              MORRIS, NICHOLS, ARSHT & TUNNELL

                              /s/ Maryellen Noreika (#3208)
                            Jack B. Blumenfeld (#1014)
                            Maryellen Noreika (#3208)
                            E-mail:  mnoreika@mnat.com
                            1201 N. Market Street
                            P.O. Box 1347
                            Wilmington, DE  19899
                            (302) 658-9200
                                Attorneys for Plaintiff
                                Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040


March 9, 2005