IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-360-JJF |
| MARITZ, INC., | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of (1) Plaintiff Trilegiant Loyalty Solutions, Inc.'s First Set of Interrogatories; and (2) Plaintiff Trilegiant Loyalty Solutions, Inc.'s First Request for Documents and Tangible Things were caused to be served on March 9, 2005 upon the following in the manner indicated:

**BY FEDERAL EXPRESS OVERNIGHT COURIER**

J. Bennett Clark, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square; 16th Floor
St. Louis, MO 63102

**BY HAND DELIVERY**

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

- 1 -

- 2 -

                                        MORRIS, NICHOLS, ARSHT & TUNNELL

                                                /s/ Maryellen Noreika (#3208)
                                      Jack B. Blumenfeld (#1014)
                                      Maryellen Noreika (#3208)
                                      E-mail: mnoreika@mnat.com
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19899
                                      (302) 658-9200
                                          Attorneys for Plaintiff
                                          Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040


March 9, 2005