IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-360-JJF |
| MARITZ, INC., | ) ) ) | |
| Defendant. | ) ) | |

**CERTIFICATE OF SERVICE**

       I hereby certify that on March 9, 2005, I electronically filed a Notice of Service of (1) Plaintiff Trilegiant Loyalty Solutions, Inc.'s First Set of Interrogatories; and (2) Plaintiff Trilegiant Loyalty Solutions, Inc.'s First Request for Documents and Tangible Things with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

       Patricia Smink Rogowski, Esq.
       Connolly Bove Lodge & Hutz
       The Nemours Building
       1007 North Orange Street
       P.O. Box 2207
       Wilmington, DE  19899

       I hereby certify that on March 9, 2005, I have mailed by First-Class U.S. Mail and Facsimile, the document Notice of Service of (1) Plaintiff Trilegiant Loyalty Solutions, Inc.'s First Set of Interrogatories; and (2) Plaintiff Trilegiant Loyalty Solutions, Inc.'s First Request for Documents and Tangible Things to the following non-registered participants:

      J. Bennett Clark, Esq.
      Senninger, Powers, Leavitt & Roedel
      One Metropolitan Square; 16th Floor
      St. Louis MO  63102


                            MORRIS, NICHOLS, ARSHT & TUNNELL


                                /s/ Maryellen Noreika (#3208)
                        Jack B. Blumenfeld (#1014)
                        Maryellen Noreika (#3208)
                        E-mail:  mnoreika@mnat.com
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899
                        (302) 658-9200
                           Attorneys for Plaintiff
                           Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040


March 9, 2005