IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., ) ) ) ) Plaintiff, ) ) v. ) ) MARITZ, INC., ) ) ) Defendant. ) | Civil Action No. 04-360-JJF |

## AMENDED NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Plaintiff Trilegiant Loyalty Solutions, Inc.'s First Set of Interrogatories; and (2) Plaintiff Trilegiant Loyalty Solutions, Inc.'s First Request for Documents and Tangible Things were caused to be served on March 10, 2005 upon the following in the manner indicated:

**BY FEDERAL EXPRESS OVERNIGHT COURIER**

J. Bennett Clark, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square; 16th Floor
St. Louis, MO  63102

and on March 9, 2005 upon the following in the manner indicated:

**BY HAND DELIVERY**

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

- 1 -

- 2 -

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                      /s/ Maryellen Noreika (#3208)
                                  Jack B. Blumenfeld (#1014)
                                  Maryellen Noreika (#3208)
                                  E-mail: mnoreika@mnat.com
                                  1201 N. Market Street
                                  P.O. Box 1347
                                  Wilmington, DE  19899
                                  (302) 658-9200
                                      Attorneys for Plaintiff
                                      Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040


March 11, 2005