IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-360-JJF |
| MARITZ, INC., | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2005, I electronically filed an Amended Notice of Service of (1) Plaintiff Trilegiant Loyalty Solutions, Inc.'s First Set of Interrogatories; and (2) Plaintiff Trilegiant Loyalty Solutions, Inc.'s First Request for Documents and Tangible Things with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

      Patricia Smink Rogowski, Esq.
      Connolly Bove Lodge & Hutz
      The Nemours Building
      1007 North Orange Street
      P.O. Box 2207
      Wilmington, DE  19899

      I hereby certify that on March 11, 2005, I have mailed by First-Class U.S. Mail and Facsimile, the document Amended Notice of Service of (1) Plaintiff Trilegiant Loyalty Solutions, Inc.'s First Set of Interrogatories; and (2) Plaintiff Trilegiant Loyalty Solutions, Inc.'s First Request for Documents and Tangible Things to the following non-registered participants:

J. Bennett Clark, Esq.
Senninger, Powers, Leavitt & Roedel
One Metropolitan Square; 16th Floor
St. Louis MO  63102

MORRIS, NICHOLS, ARSHT & TUNNELL

      /s/ Maryellen Noreika (#3208)
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
E-mail:  mnoreika@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
   Attorneys for Plaintiff
   Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040


March 11, 2005