IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Trilegiant Loyalty Solutions, Inc., | ) | |
|         Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-360-JJF |
| | ) | |
| Maritz, Inc., | ) | |
| | ) | |
|         Defendant. | ) | |
| | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 18, 2005 true and correct copies of

**DEFENDANT'S FIRST INTERROGATORIES DIRECTED TO PLAINTIFF (Nos. 1-14)** were

served on the attorneys of record at the following addresses specified below:

**Via Hand Delivery**
Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Via Overnight Mail**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K. Street, N.W., Suite 800
Washington, DC 20005

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: March 18, 2005

By: _/s/ Patricia Smink Rogowski_
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant Maritz, Inc.*

OF COUNSEL:
SENNIGER POWERS
J. Bennett Clark
Jennifer E. Hoekel
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

384888v2(CB)

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 18th day of March, 2005, a true and correct copy of the within **NOTICE OF SERVICE** was caused to be served on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Maryellen Norieka, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA OVERNIGHT MAIL**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005

_____
Patricia Smink Rogowski (#2632)

384888v2(CB)