IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____ )
                                        )
TRILEGIANT LOYALTY                      )
SOLUTIONS, INC.,                        )
                                        )
                    Plaintiff,          )
                                        )
          v.                            )          Civil Action No. 04-360-JJF
                                        )
MARITZ, INC.,                           )
                                        )
                    Defendant.          )
_____ )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Trilegiant Loyalty Solutions, Inc.'s Objections and Responses to Maritz, Inc.'s First Request for Production were caused to be served on April 13, 2005 upon the following in the manner indicated:

### BY FACSIMILE & FIRST-CLASS MAIL

J. Bennett Clark, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square; 16th Floor
St. Louis, MO  63102

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

MORRIS, NICHOLS, ARSHT & TUNNELL

_____/s/ Maryellen Noreika (#3208)_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
E-mail:  mnoreika@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
    Attorneys for Plaintiff
    Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040


April 14, 2005