IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-360-JJF |
| MARITZ, INC., | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2005, I electronically filed a Notice of Service of Trilegiant Loyalty Solutions, Inc.'s Objections and Responses to Maritz, Inc.'s First Request for Production with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Patricia Smink Rogowski, Esq.
> Connolly Bove Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899

I hereby certify that on April 14, 2005, I have mailed by First-Class U.S. Mail and Facsimile, the document Notice of Service of Trilegiant Loyalty Solutions, Inc.'s Objections and Responses to Maritz, Inc.'s First Request for Production to the following non-registered participants:

       J. Bennett Clark, Esq.
       Senninger, Powers, Leavitt & Roedel
       One Metropolitan Square; 16th Floor
       St. Louis MO  63102

                     MORRIS, NICHOLS, ARSHT & TUNNELL

                        /s/ Maryellen Noreika (#3208)
                     Jack B. Blumenfeld (#1014)
                     Maryellen Noreika (#3208)
                     E-mail:  mnoreika@mnat.com
                     1201 N. Market Street
                     P.O. Box 1347
                     Wilmington, DE  19899
                     (302) 658-9200
                        Attorneys for Plaintiff
                        Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040


April 14, 2005