IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARITZ, INC., <br><br> Defendant. | ) ) ) ) ) ) ) )  Civil Action No. 04-360-JJF ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Trilegiant Loyalty Solutions, Inc.'s Objections and Responses to Maritz, Inc.'s First Interrogatories were caused to be served on April 15, 2005 upon the following in the manner indicated:

**BY FACSIMILE & FIRST-CLASS MAIL**

J. Bennett Clark, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square; 16th Floor
St. Louis, MO  63102

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

- 1 -

- 2 -

MORRIS, NICHOLS, ARSHT & TUNNELL


      /s/ Maryellen Noreika (#3208)
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
E-mail:  mnoreika@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
    Attorneys for Plaintiff
    Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040


April 15, 2005