IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARITZ, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-360-JJF |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2005, I electronically filed a Notice of Service of Trilegiant Loyalty Solutions, Inc.'s Objections and Responses to Maritz, Inc.'s First Interrogatories with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Patricia Smink Rogowski, Esq.
> Connolly Bove Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE  19899

I hereby certify that on April 15, 2005, I have mailed by First-Class U.S. Mail and Facsimile, the document Notice of Service of Trilegiant Loyalty Solutions, Inc.'s Objections and Responses to Maritz, Inc.'s First Interrogatories to the following non-registered participants:

      J. Bennett Clark, Esq.
      Senninger, Powers, Leavitt & Roedel
      One Metropolitan Square; 16th Floor
      St. Louis MO  63102


                          MORRIS, NICHOLS, ARSHT & TUNNELL


                             /s/ Maryellen Noreika (#3208)
                        Jack B. Blumenfeld (#1014)
                        Maryellen Noreika (#3208)
                        E-mail:  mnoreika@mnat.com
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899
                        (302) 658-9200
                            Attorneys for Plaintiff
                            Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W., Suite 800
Washington, DC 20005
(202) 783-6040


April 15, 2005