IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRILEGIANT LOYALTY SOLUTIONS, INC., :
:
    Plaintiff, :
:
v. : Civil Action No. 04-360 JJF
:
MARITZ, INC., :
:
    Defendant. :

**O R D E R**

WHEREAS, The Court held a Discovery Hearing on Monday, April 25, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The parties shall submit letters to the Court advising as to the status of this matter on or before **Friday, June 3, 2005**;

2) A Status Conference will be held on **Wednesday, June 8, 2005**, at **1:00 p.m.** in Courtroom No. 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

April 26, 2005
    DATE

_[signature: Joseph J. Farnan Jr.]_
UNITED STATES DISTRICT JUDGE