IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRILEGIANT LOYALTY SOLUTIONS, INC., :
:
    Plaintiff, :
:
v. : Civil Action No. 04-360 JJF
:
MARITZ, INC., :
:
    Defendant. :

# ORDER

WHEREAS, The Court held a Discovery Hearing on Monday, April 25, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that, for the reasons stated on the record at the April 25 Hearing:

1) Trilegiant's Request To Restrict Access To Highly Confidential Information Under The Protective Order - **GRANTED**;

2) Parties' Request for 30(b)(6) Deposition Of Maritz - **GRANTED**;

3) Trilegiant's Request To Limit The Scope Of Trilegiant's Production To The Relevant Time Frame -

    a) Requests 13, 19, and part of Request 12 are financial-related and will be limited to **two fiscal years** before the fiscal year encompassing 2003.

    b) Request 14 and part of Request 12 are production-related and documents will be produced **from 1995**.

April 30, 2005               _[signature]_
DATE                                  UNITED STATES DISTRICT JUDGE