IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., Plaintiff, | |
| v. | C.A. No. 04-360 (JJF) |
| MARITZ, INC., Defendant. | |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Court's March 2, 2005 Scheduling Order (D.I. 26) is amended as follows: "exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by July 22, 2005."

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Maryellen Noreika (#3208)*
Jack B. Blumenfeld (#1044)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mnoreika@mnat.com
Attorneys for Plaintiff
Trilegiant Loyalty Solutions, Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Patricia Smink Rogowski (#2632)*
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com
Attorneys for Defendant Maritz, Inc.

SO ORDERED, this ___ day of _________________, 2005.

_______________________________
United States District Court Judge