## RELEVANT CLAIMS

a.     **U.S. Patent No. 5,774,870**

Trilegiant has only asserted two claims of the '870 patent:

**Claim 1**: A system for an incentive award program including a computer system accessible for on-line interactive communication with users, said computer system comprising:

a first memory area for storing product catalog, said product catalog including product descriptions and product prices for each product available for purchase;

a second memory area for storing an awards catalog, said awards catalog including an award description and award points value for each award;

and, a frequency database storing account information for each enrolled user of said incentive award program.

**Claim 29**: A method of storing and displaying a database of articles comprising: assigning a value for each article of said database;

defining a plurality of escalating levels;

assigning each of said articles to only one of said plurality of escalating levels, depending on the value assigned to each of said articles;

receiving a request to review said articles, and determining a level to which said request correspond; and,

making available for review only those articles corresponding to the level to which said request corresponds and any lower level.

b.     **U.S. Patent No. 6,578,012**

The only claim of the '012 patent asserted by Trilegiant is claim 1. Claim 1 is largely identical to claim 1 of the '870 patent, but it adds limitations not required by Claim 1 of the '870 patent:

**Claim 1**: A system for an incentive award program, including a computer system accessible for on-line interactive communication with users, said computer system comprising;

a microprocessor comprising:



a first memory area for storing a product catalog, said product catalog including product descriptions and product prices for each product available for purchase;

a second memory area for storing an awards catalog, said awards catalog including an award description and award points value for each award; and

a frequency database storing account information for each enrolled user of said incentive award program; and

a display for browsing at least one of said product catalog and said awards catalog.

    c.    **U.S. Patent No. 6,009,412**

Trilegiant has asserted claims 1, 10, 18, 27, 35, and 36 of the '412 patent. Claims 1, 18, and 35 and claims 10, 27, and 36 contain almost identical limitations. The tables below illustrate this.

| Claim 1 | Claim 18 | Claim 35 |
|---|---|---|
| A method for implementing an on-line incentive program, said method comprising the steps of: | A computer readable medium comprising a plurality of instructions, which when executed by a computer, causes the computer to perform the steps of: | A computer system for implementing an on-line incentive program, said computer system comprising: |
| providing an Internet webpage accessible to at least one user, via a computer system, for on-line interactive communications between said user and said Internet webpage; | providing an Internet webpage accessible to at least one user, via a computer system, for on-line interactive communications between said user and said Internet webpage; | software for offering at least one product for sale to at least one user via an Internet webpage, said Internet webpage being accessible to said user for on-line interactive communications between said user and said Internet webpage; and |
| offering, on said Internet webpage, at least one product for sale to said user; | offering, on said Internet webpage, at least one product for sale to said user; | |
| determining whether said user qualifies for one or more award points based on said user's response to purchase said at least one product | determining whether said user qualifies for one or more award points based on said user's response to purchase said at least one product; | software for determining whether said user qualifies for one or more award points based on said user's response to purchase said at least one product, |
| calculating said award points according to a preprogrammed formula if said user qualifies for said | calculating said award points according to a preprogrammed formula if said user qualifies for said | for calculating said award points according to a preprogrammed formula if said user qualifies for said |

2

| | | |
|---|---|---|
| award points; and | award points; and | award points, |
| issuing said award points to an account of said user if said user qualifies for said award points, wherein said award points are redeemable by said user for an award. | issuing said award points to an account of said user if said user qualifies for said award points, wherein said award points are redeemable by said user for an award. | and for issuing said award points to an account of said user if said user qualifies for said award points, wherein said award points are redeemable by said user for an award. |

| Claim 10 | Claim 27 | Claim 36 |
|---|---|---|
| A method for redeeming incentive awards in an on-line incentive program, said method comprising the steps of: | A computer readable medium comprising a plurality of instructions, which when executed by a computer, causes the computer to perform the steps of: | A computer system for implementing an on-line incentive program, said computer system comprising |
| implementing an on-line incentive program that issues award points to users, wherein said award points are redeemable by said user for an award; | implementing an on-line incentive program that issues award points to users, wherein said award points are redeemable by said user for an award; | software for offering, on an Internet webpage, at least one redeemable award available to said user for exchange of at least one award point, and for permitting said user to initiate a process to receive at least one redeemable award for exchange of said award points, said award points being issued from said on-line incentive program, and said Internet webpage being accessible to said user for on-line interactive communications between said user and said Internet webpage. |
| implementing an Internet webpage accessible, via a computer system, to at least one user of said on-line incentive program for on-line interactive communications between said user and said Internet webpage; | implementing an Internet webpage accessible, via a computer system, to at least one user of said on-line incentive program for on-line interactive communications between said user and said Internet webpage; | |
| offering, on said Internet webpage, at least one redeemable award available to said user for exchange of said award points; and | offering, on said Internet webpage, at least one redeemable award available to said user for exchange of said award points; and | |
| permitting said user to initiate a process to receive said at least one redeemable award for exchange of said award points issued to said user through said on-line incentive program. | permitting said user to initiate a process to receive said at least one redeemable award for exchange of said award points issued to said user through said on-line incentive program. | |

3