```
                                                            1

 1            IN THE UNITED STATES DISTRICT COURT

 2                    DISTRICT OF DELAWARE

 3
     TRILEGIANT LOYALTY        )
 4   SOLUTIONS, INC.,          )
                               )
 5            Plaintiff,       )
                               ) Cause No. 04-360-JJF
 6   Vs.                       )
                               )
 7   MARITZ, INC.,             )
                               )
 8            Defendant.       )

 9

10

11           DEPOSITION OF FRAN SCHUSTER

12           TAKEN ON BEHALF OF PLAINTIFF

13                  MAY 19, 2005

14

15

16

17       Reported by Celena D. Moulton, RPR, CCR

18

19

20

21

22

23

24

25
```

EXHIBIT B

```
                                                                    5


 1                       FRAN SCHUSTER,
 2   duly sworn to tell the truth, the whole truth, and
 3   nothing but the truth, testified as follows:
 4                     DIRECT EXAMINATION
 5   QUESTIONS BY MS. DAVIS:
 6        Q.   Good morning, Ms. Schuster.  My name is
 7   Sharon Davis.  I represent the plaintiff, Trilegiant
 8   Loyalty Solutions, in the pending litigation between
 9   Trilegiant and Maritz.  I'm going to be asking you some
10   questions.
11             Have you ever had your deposition taken
12   before?
13        A.   No.
14        Q.   Let me just tell you a little bit about the
15   ground rules and what I'm going to be doing.  I'm going
16   to be asking you questions, and expect that you answer
17   my questions completely and truthfully.
18             Do you understand that that's one of your
19   obligations today?
20        A.   Yes.
21        Q.   As you can see here, we have a court
22   reporter here that is taking down everything being said
23   by all the parties in the room.  So it's important that
24   you give answers orally rather than with nods or
25   gestures.  That will help out the court reporter.
```

```
                                                                22

 1   that is selling, you know?  "Customer" is kind of
 2   nebulous.  I apologize that I can't answer the question.
 3        Q.   No.  I understand why there's the confusion
 4   for the issue.  So let's talk first about the end-user,
 5   as you said.
 6        A.   Okay.
 7        Q.   Are there any programs in Maritz Incentives
 8   where an award or incentive is provided to an end-user,
 9   a purchaser of a retail product?
10        A.   No.  Not to my knowledge.  Most of our
11   programs are all for, like I said, employees of
12   organizations.  Our programs are directed at them.
13             Obviously, every single person ends up
14   being an end-user.  But our programs are directed toward
15   employees for behaviors that they will deliver to help
16   that employer drive results, or channel, you know,
17   different entities within the channel, such as a broker
18   organization, in the case of a food service or in the
19   case of financial, it might be an agent.
20             In the case of high tech, it might be a
21   dealer or distributor or wholesaler, those kind of
22   business entities that actually facilitate the
23   availability of the product to the actual end-user.
24   More the middle man, I suppose.
25        Q.   Can you give me an example of an incentives
```