```
              UNITED STATES DISTRICT SUPERIOR COURT

                 NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION

                             --oOo--

NETCENTIVES, INC.,                  )
                                    )
              Plaintiff,            )
       vs.                          )Nos. C-00-0669-CAL
                                    )     C-00-0986-CAL
THE SPERRY & HUTCHINSON COMPANY,    )     C-00-2637-CAL
INC., et al.,                       )
                                    )
              Defendants.           )
_____)
                                    )
NETCENTIVES, INC.,                  )
                                    )
              Plaintiff,            )
       vs.                          )   DEPOSITION OF
                                    )
MASSMEDIUM.COM, INC., et al.,       ) THOMAS W. STOREY
                                    )
              Defendants.           ) April 3, 2001
_____)
                                    ) Volume II
NETCENTIVES, INC., and THOMAS       )Pages 158 - 303
W. STOREY,                          )
              Plaintiffs,           )NOTICING ATTORNEY:
       vs.                          ) RONALD J. SCHUTZ
                                    )
BEENZ.COM, INC., et al.,            )
                                    )
              Defendants.           )
_____)


     REPORTED BY:  DIANE L. FREEMAN, CSR NO. 5884

               GOLDEN GATE REPORTERS
         35 Mitchell Boulevard, Suite 8
            San Rafael, CA 94903-2010
         1-800-442-4622 * (415) 491-4611
                  (415) 491-4635

  email:ggr@depos.com     web:http://www.depos.com/
```

TRL-MTZ 14060      158

Printed/copied on recycled paper



EXHIBIT C

```
 1              BE IT REMEMBERED that, pursuant to
 2   notice, and on Tuesday, April 3, 2001, commencing at
 3   9:11 a.m. thereof, at Crosby, Heafey, Roach & May,
 4   Two Embarcadero Center, San Francisco, California,
 5   before me DIANE L. FREEMAN, a Certified Shorthand
 6   Reporter, personally appeared
 7
 8              THOMAS W. STOREY,
 9
10   called as a witness herein, who, having been
11   previously duly sworn, was examined and testified as
12   follows:
13                      --oOo--
14
15       ROBINS, KAPLAN, MILLER & CIRESI LLP, 2800
16   LaSalle Plaza, 800 LaSalle Avenue, Minneapolis,
17   Minnesota 55402, represented by RONALD J. SCHUTZ and
18   EMMETT J. McMAHON, Attorneys at Law, appeared as
19   counsel on behalf of the Defendant Carlson
20   Companies.
21
22       WILEY, REIN & FIELDING, 1776 K Street, N.W.,
23   Washington, D.C., 20006, represented by JAMES H.
24   WALLACE, JR. and GREGORY R. LYONS, Attorneys at Law,
25   appeared as counsel on Plaintiff Netcentives
```

TRL-MTZ 14062                                               159

```
09:47   1   program, and I wanted to do research in the public
09:48   2   domain to see if there were any other companies
09:48   3   which were doing any sort of web-based or internet-
09:48   4   based incentive programs.
09:48   5           Cathay Pacific here has notes which show
09:48   6   that they had a way to allow you to register as a
09:49   7   Cathay Pacific cyber traveler, but that wasn't
09:49   8   online, and you were then automatically entered into
09:49   9   the mileage millionaire contest, which was just an
09:49  10   offline contest that they ran.
09:49  11           And then we note down here I note down
09:49  12   here, which Jackie transcribed for me, their web
09:49  13   address.
09:49  14       Q.  Did you find any online incentive programs
09:49  15   in your internet research?
09:49  16       A.  I was not able to find any online internet-
09:50  17   based or web-page-based online interactive incentive
09:50  18   programs which fully integrated the product catalog,
09:50  19   the awards catalog, the credit check routine, the
09:50  20   awards redemption routine or any of the elements
09:50  21   that are claimed in the '870 patent.
09:50  22       Q.  Now, you've used the term "fully
09:50  23   integrated" several times.  Can you tell us what you
09:50  24   mean by that?
09:50  25       A.  Fully integrated, I'd like to look at the
```

TRL-MTZ 14109    206

| | | |
|---|---|---|
| 11:53 | 1 | of the credits and for converting the pending |
| 11:53 | 2 | credits to the redeemable credits after the pre- |
| 11:53 | 3 | determined amount of time." |
| 11:53 | 4 | And, as I said in prior testimony, I |
| 11:54 | 5 | believe, one of the unique elements of the '444 |
| 11:54 | 6 | patent was the fact that you had pending and |
| 11:54 | 7 | redeemed credits, and that was important for the |
| 11:54 | 8 | '444 patent, because it was a methodology of |
| 11:54 | 9 | avoiding fraud when a travel agent booked a |
| 11:54 | 10 | reservation through the airline reservation system. |
| 11:54 | 11 | In the '870 patent, the '870 patent is |
| 11:54 | 12 | based upon the immediacy of the ability to purchase |
| 11:54 | 13 | a product or service and immediately use the award |
| 11:54 | 14 | points to, in the same session, go and look at |
| 11:54 | 15 | awards and redeem awards. |
| 11:54 | 16 | So, when I have Radisson here saying a |
| 11:55 | 17 | unique event that is timed and a booking process for |
| 11:55 | 18 | travel, that is what I am referring to. |
| 11:55 | 19 | What's below that, where it says |
| 11:55 | 20 | "different," is my comparison of my invention to the |
| 11:55 | 21 | '444 invention. Without the benefit of actually |
| 11:55 | 22 | going through the invention, it's my recollection |
| 11:55 | 23 | and in what I say is different is the first fully |
| 11:55 | 24 | integrated online award. |
| 11:55 | 25 | Obviously here we are talking about the |

TRL-MTZ 14138

235