## CERTIFICATE OF SERVICE

I, Patricia S. Rogowski, hereby certify that on June 3, 2005 I electronically filed the **JUNE 3, 2005 LETTER TO JUDGE JOSEPH J. FARNAN, JR. FROM PATRICIA S. ROGOWSKI** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld. I hereby further certify that on June 3, 2005, I have served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Maryellen Norieka
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via Facsimile**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

*/s/ Patricia S. Rogowski*
Patricia S. Rogowski (#2632)