IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRILEGIANT LOYALTY SOLUTIONS, INC., :
:
      Plaintiff, :
:
v. : Civil Action No. 04-360 JJF
:
MARITZ, INC., :
:
      Defendant. :

**O R D E R**

WHEREAS, The Court held a Status Conference on Wednesday, June 8, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) With regard to the incentive/redemption discovery dispute discussed at the June 8 Status Conference, Plaintiff shall limit its discovery request to 5 claims per asserted patent;

2) With regard to the issue of willfulness, Defendant shall elect whether to rely on an opinion of counsel as a defense to Plaintiff's willfulness claim **no later than Friday, September 30, 2005.**

June 9, 2005
DATE

                                                  UNITED STATES DISTRICT JUDGE