# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

_____
                                                )
TRILEGIANT LOYALTY SOLUTIONS, INC.              )
                                                )
                      Plaintiff,                )
                                                )
            v.                                  )     C.A. No. 04-360 (JJF)
                                                )
MARITZ, INC.                                    )
                                                )
                      Defendant.                )
_____)

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of **Trilegiant Loyalty Solutions, Inc.'s Second Request for Documents and Tangible Things** were caused to be served on June 16, 2004 upon the following in the manner indicated:

BY FEDERAL EXPRESS

J. Bennett Clark, Esq.
Jennifer E. Hoeckel, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square; 16th Floor
St. Louis, MO  63102

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

MORRIS, NICHOLS, ARSHT & TUNNELL


*/s/ Maryellen Noreika* _____
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Plaintiff
  Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040


July 6, 2005

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that copies of the foregoing were caused to be served this 6th day of July, 2005 upon the following in the manner indicated:

<u>BY HAND</u>

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

<u>BY FEDERAL EXPRESS</u>

J. Bennett Clark
Jennifer E. Hoeckel, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square; 16th Floor
St. Louis, MO  63102

*/s/ Maryellen Noreika*_____
Maryellen Noreika