# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-360 (JJF) |
| MARITZ, INC. | ) ) ) | |
| Defendant. | ) ) | |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of **Trilegiant Loyalty Solutions, Inc.'s Objections and Responses to Maritz Inc.'s Second Request for Production and Trilegiant Loyalty Solutions, Inc.'s Objections and Responses to Maritz Inc.'s Second Interrogatories Directed to Plaintiff** were caused to be served on July 18, 2005 upon the following in the manner indicated:

BY FACSIMILE and FIRST CLASS MAIL

J. Bennett Clark, Esq.
Jennifer E. Hoekel, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square, 16th Floor
St. Louis, MO  63102

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Maryellen Noreika* _____
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Plaintiff
  Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040

July 18, 2005

474659

CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing were caused to be served this 18th day of July, 2005 upon the following in the manner indicated:

BY FACSIMILE and FIRST CLASS MAIL

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

J. Bennett Clark
Jennifer E. Hoekel, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square, 16th Floor
St. Louis, MO  63102

/s/ Maryellen Noreika_____
Maryellen Noreika