IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARITZ, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-360-JJF |

**STIPULATION AND PROPOSED ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Court's March 2, 2005 Scheduling Order (D.I. 26) as once amended by the Stipulation filed May 31, 2005 (D.I. 47) be further amended as follows:

"exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by August 5, 2005."

| MORRIS, NICHOLS, ARSHT & TUNNELL | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Maryellen Noreika | /s/ Patricia Smink Rogowski |
| Jack B. Blumenfeld (#1014) | Rudolf E. Hutz (#484) |
| Maryellen Noreika (#3208) | Patricia Smink Rogowski (#2632) |
| 1201 N. Market Street | The Nemours Building |
| P.O. Box 1347 | 1007 North Orange Street |
| Wilmington, DE 19899 | P.O. Box 2207 |
| (302) 658-9200 | Wilmington, DE 19899 |
| *Attorneys for Plaintiff* | (302) 658-9141 |
| *Trilegiant Loyalty Solutions, Inc.* | *Attorneys for Defendant* |
| | *Maritz, Inc.* |

**SO ORDERED** this _____ day of July, 2005.

_____
United States District Court Judge