IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-360-JJF |
| MARITZ, INC., Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 5, 2005 true and correct copies of **MARITZ'S SUPPLEMENTAL RESPONSES TO PLAINTIFF TRILEGIANT LOYALTY SOLUTIONS, INC.'S FIRST SET OF INTERROGATORIES** and **DEFENDANT'S SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES** were served on the attorneys of record at the following addresses specified below:

**Via Facsimile and U.S. Mail**
Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Via Facsimile and U.S. Mail**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K. Street, N.W., Suite 800
Washington, DC 20005

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: August 10, 2005

By: *Patricia S Rogowski*
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant Maritz, Inc.*

OF COUNSEL:
SENNIGER POWERS
J. Bennett Clark
Jennifer E. Hoekel
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

384888v8(CB)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of August, 2005, I electronically filed a NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing to

Jack B. Blumenfeld.
Maryellen Norieka, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby further certify that on this 10th day of August, 2005, I have served the document(s) to the following attorneys of record at the following addresses in the manner indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Maryellen Norieka, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FACSIMILE AND U.S. MAIL**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K. Street, N.W., Suite 800
Washington, DC 20005

Patricia Smink Rogowski (#2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com