**THIS DOCUMENT WAS FILED UNDER SEAL**

Case 1:04-cv-00360-JJF	Document 58	Filed 08/30/2005	Page 1 of 1