IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., ) ) ) | |
| Plaintiff, ) ) ) | Civil Action No. 04-360-JJF |
| v. ) ) ) | |
| MARITZ INC., ) ) ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

Upon consideration of Defendant's Unopposed Motion for Leave to File Amended Answer and Counterclaim.

IT IS HEREBY ORDERED that said Motion is granted.

SO ORDERED this 15 day of September, 2005.

_____
United States District Judge