# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 575 7278
302 425 3011 Fax
mnoreika@mnat.com

September 27, 2005

<u>BY ELECTRONIC FILING</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

RE: Trilegiant Loyalty Solutions, Inc. v. Maritz, Inc.
Civil Action No. 04-360-JJF

Dear Judge Farnan:

On behalf of both Plaintiff Trilegiant Loyalty Solutions, Inc. and Defendant Maritz, Inc., we submit the enclosed stipulation and proposed order to amend the March 2, 2005, Scheduling Order in the above case.

The parties have made substantial progress in discovery, including completing voluminous document productions, and will take fact depositions over the next few months. As the Court will recall, the date for completion of document production was extended by 10 weeks after the date set in the original March 2 Scheduling Order, but none of the other dates were adjusted at that time. The parties have conferred extensively as to the appropriate schedule for completing discovery and believe that the proposed amended scheduling order reflects a practical schedule for moving this case expeditiously toward trial. Therefore, the parties jointly request that the Court adopt the proposed amended scheduling order and set a new trial date for October 2006, as the Court's schedule permits. We would request that the trial date not be set for the first week of October 2006 to avoid conflicts with counsel's observance of Yom Kippur. The parties also propose that the <u>Markman</u> hearing and pretrial conference be set for June and September 2006, respectively, on dates that are convenient for the Court.

Respectfully,

*/s/ Maryellen Noreika (#3208)*

Maryellen Noreika

The Honorable Joseph J. Farnan, Jr.
September 27, 2005
Page 2


MN/bls

cc:   Peter T. Dalleo, Clerk (By Hand)
      Patricia Smink Rogowski, Esquire (By Hand)
      J. Bennett Clark, Esquire (By Fax)

The Honorable Joseph J. Farnan, Jr.
September 27, 2005
Page 2