UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARITZ, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-360-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER

**IT IS HEREBY STIPULATED** by the parties, subject to the approval of the Court, that the Court's March 2, 2005 Scheduling Order (D. I. 26) is amended as follows:

1. **Discovery.**

    (a) All discovery shall be completed by March 31, 2006.

    (b) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof on the subject of the expert's report by January 27, 2006; from the opposing party by February 24, 2006.

2. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before May 25, 2006.

3. **Markman.** A <u>Markman</u> Hearing will be held on June _7_, 2006. Briefing on [at 1:00 p.m.] the claim construction issues shall be completed at least ten (10) business days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

4.  **Pretrial Conference and Trial.** The pretrial conference will be held on September 14, 2006. at 1:00 p.m. Trial will commence on October 23, 2006. at 9:30 a.m.

| MORRIS, NICHOLS, ARSHT & TUNNELL | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Maryellen Noreika (#3208) | /s/ Patricia Smink Rogowski (#2632) |
| Jack B. Blumenfeld (#1044) | Patricia Smink Rogowski (#2632) |
| Maryellen Noreika (#3208) | The Nemours Building |
| 1201 N. Market Street | 1007 N. Orange Street |
| P.O. Box 1347 | P.O. Box 2207 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 658-9141 |
| mnoreika@mnat.com | progowski@cblh.com |
| Attorneys for Plaintiff Trilegiant Loyalty Solutions, Inc. | Attorneys for Defendant Maritz, Inc. |

SO ORDERED, this 6 day of October, 2005.

_____
United States District Court Judge