UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARITZ, INC. )<br>)<br>Defendant. )<br>) | C.A. No. 04-360-JJF |

## NOTICE OF DEPOSITION OF STEVE SIGMAN

**PLEASE TAKE NOTICE THAT** pursuant to Rule 30 (b) of the Federal Rules of Civil Procedure, commencing at 9:00 a.m. on November 22, 2005, or at such other date and time as shall be agreed upon by the parties or ordered by the Court, and continuing time to time thereafter, Plaintiff Trilegiant Loyalty Solution, Inc. will take the deposition upon oral examination of Steve Sigman.

The deposition shall take place at the offices of Senniger, Powers, Leavitt & Roedel, One Metropolitan Square; 16th Floor, St. Louis, Missouri 63102 or at such location as agreed to by the parties or as ordered by the Court. The deposition will be taken before an officer authorized by law to administer oaths, and will be recorded by stenographic and/or audiovisual means. You are invited to attend and cross-examine.

Dated: October 12, 2005

ROTHWELL, FIGG, ERNST & MANBECK

By: *Sharon L. Davis*
Steven Lieberman
Sharon L. Davis
1425 K Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040

*Counsel for Plaintiff Trilegiant Loyalty Solutions, Inc.*

L:\2829\2829-179.lit\Discovery\Deposition Notices\Notice of Deposition Steve Sigman.doc

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Maryellen Noreika*
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  Attorneys for Plaintiff
  Trilegiant Loyalty Solutions, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF DEPOSITION OF STEVE SIGMAN**, was served on this 12th day of October, 2005, in the matter indicated, upon the following counsel of record:

**Via Facsimile and First Class Mail:**

J. Bennett Clark, Esq.
Jennifer E. Hoekel, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square; 16th Floor
St. Louis, MO 63102

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

_____
Matthew T. Felten