IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-360-JJF |
| MARITZ, INC., | ) ) | |
| Defendant. | ) ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 2, 2005 true and correct copies of **Amended Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)** were served on the attorneys of record at the following addresses specified below:

**Via Facsimile and U.S. Mail**
Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Via Facsimile and U.S. Mail**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K. Street, N.W., Suite 800
Washington, DC 20005

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: November 3, 2005

By: /s/ Patricia Smink Rogowski
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant Maritz, Inc.*

OF COUNSEL:
SENNIGER POWERS
J. Bennett Clark
Jennifer E. Hoekel
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

384888v10(CB)

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2005, I electronically filed a NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing to

Jack B. Blumenfeld.
Maryellen Norieka, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby further certify that on this 3rd day of November, 2005, I have served the document(s) to the following attorneys of record at the following addresses in the manner indicated:

| **VIA HAND DELIVERY** | **VIA FACSIMILE AND U.S. MAIL** |
|---|---|
| Jack B. Blumenfeld, Esquire | Steven Lieberman, Esquire |
| Maryellen Norieka, Esquire | Sharon L. Davis, Esquire |
| Morris Nichols Arsht & Tunnell | Rothwell Figg Ernst & Manbeck P.C. |
| 1201 N. Market Street | 1425 K. Street, N.W., Suite 800 |
| P.O. Box 1347 | Washington, DC 20005 |
| Wilmington, DE 19899-1347 | |

_/s/ Patricia S. Rogowski_
Patricia Smink Rogowski (#2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com