## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-360 (JJF) |
| MARITZ, INC., | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Objections to Maritz's Amended Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) were caused to be served on November 15, 2005 upon the following in the manner indicated:

### BY FACSIMILE AND FIRST CLASS MAIL

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

J. Bennett Clark
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square
St. Louis, MO  63102

                                                  MORRIS, NICHOLS, ARSHT & TUNNELL

                                                  */s/ Maryellen Noreika (#3208)*

                                                  _____
                                                  Jack B. Blumenfeld (#1014)
                                                  Maryellen Noreika (#3208)
                                                  1201 N. Market Street
                                                  P.O. Box 1347
                                                  Wilmington, DE  19899
                                                  (302) 658-9200
                                                  mnoreika@mnat.com
                                                    Attorneys for Plaintiff
                                                    Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040


November 15, 2005