IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARITZ, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-360-JJF |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of David W. Harlan, Senniger Powers, One Metropolitan Square, Ste. 1600, St. Louis, Missouri 63102 to represent defendant Maritz, Inc. in this matter.

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Defendant*

**IT IS SO ORDERED** this ____ of January, 2006, that David W. Harlan is admitted *pro hac vice* to represent defendant Maritz, Inc. in this matter.

_____
United States District Judge

00142287.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARITZ, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-360-JJF |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Missouri, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: January 12, 2006

David W. Harlan
SENNIGER POWERS
One Metropolitan Square, Ste. 1600
St. Louis, Missouri 63102

(314) 231-5400
(314) 231-4342 Facsimile

*Attorneys for Defendant*

00142290.DOC

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 2, 1967,

## *David W. Harlan*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

> IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 9th day of January, 2006.

Clerk of the Supreme Court of Missouri

## CERTIFICATE OF SERVICE

I, Patricia S. Rogowski, hereby certify that on January 16, 2006, I electronically filed the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF DAVID W. HARLAN** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld. I hereby further certify that on January 16, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Maryellen Norieka
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via Facsimile**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Rudolf E. Hutz  (#484)