IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 04-360-JJF |
| v. | ) ) | |
| MARITZ INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF VIDEOTAPED DEPOSITION OF ANDREW HODGES**

PLEASE TAKE NOTICE that defendant, Maritz Inc., will take the deposition of Andrew Hodges on January 19, 2006 at the offices of Rothwell, Figg, Ernst & Manbeck, 1425 K Street, NW, Suite 800, Washington, D.C. 20005, beginning at 9:00 a.m. or at such other time as the parties may agree and continuing thereafter until completed. The deposition will be recorded stenographically and by videography by an officer duly authorized to administer the oath. Any party or their attorney may appear and participate as they see fit.

SENNIGER POWERS

By: _____
J. Bennett Clark
Jennifer E. Hoekel
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on January 17, 2006, I electronically filed the **NOTICE OF VIDEOTAPED DEPOSITION OF ANDREW HODGES** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld. I hereby further certify that on January 17, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Maryellen Norieka
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via Facsimile**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

/s/ *Rudolf E. Hutz*
Rudolf E. Hutz (#484)