# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

January 19, 2006

BY ELECTRONIC FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, DE 19801

          RE:    Trilegiant Loyalty Solutions, Inc. v. Maritz, Inc.
                   Civil Action No. 04-360-JJF

Dear Judge Farnan:

       Enclosed for the Court's consideration is a stipulation and proposed order amending the Scheduling Order in the above case to extend the deadline for fact discovery and expert reports. Trilegiant requested the extension, and Maritz has agreed to it. The modest extensions proposed will not result in any other changes to the schedule, including the time for submission of case dispositive motions or trial date.

                                                   Respectfully,

                                                   /s/ Maryellen Noreika (#3208)

                                                   Maryellen Noreika

MN/bls

cc:    Peter T. Dalleo, Clerk (By Hand)
        Rudolf E. Hutz, Esquire (By Hand)
        J. Bennett Clark, Esquire (By Fax)
        Steven Lieberman, Esquire (By Fax)