IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-360-JJF |
| | ) | |
| MARITZ INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND PROPOSED AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED by the parties, at the request of Plaintiff Trilegiant Loyalty Solutions, Inc. and without objection by Defendant Maritz Inc. and subject to the approval of the Court, that the Court's March 2, 2005 Scheduling Order (D. I. 26) is amended as follows:

1. Discovery.

   (a) All discovery shall be completed by May 12, 2006.

   (b) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party with the burden of proof on the subject of the expert's report by March 10, 2006, from the opposing party by April 10, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY, BOVE, LODGE & HUTZ LLP |
|---|---|
| /s/ *Maryellen Noreika* | /s/ *Rudolf E. Hutz* |
| Jack B. Blumenfeld (#1044) | Rudolf E. Hutz (#484 |
| Maryellen Noreika (#3208) | The Nemours Building |
| 1201 N. Market Street | 1007 N. Orange Street |
| P.O. Box 1347 | P.O. Box 2207 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 658-9141 |
| mnoreika@mnat.com | rhutz@cblh.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Trilegiant Loyalty Solutions, Inc. | Maritz, Inc. |

SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge