IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC. ) | C.A. No. 04-360 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MARITZ, INC. ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

## COMPLAINT

Plaintiff Trilegiant Loyalty Solutions, Inc. alleges as follows:

### THE PARTIES

1. Plaintiff Trilegiant Loyalty Solutions, Inc. ("Trilegiant") is a Delaware corporation with its principal place of business at 7814 Carousel Lane, Richmond, Virginia. Trilegiant develops and operates loyalty-building incentive programs, including on-line loyalty systems.

2. Defendant Maritz, Inc. ("Maritz") is a Missouri corporation with offices at 1375 North Highway Drive, Fenton, Missouri 63099. Maritz operates internet-based loyalty incentive programs and other related services for its clients, as shown by its website http://www.maritzrewards.com.

1

## JURISDICTION AND VENUE

3.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

4.  This Court has personal jurisdiction over defendant Maritz because of, *inter alia*, its operation of its Internet website, maritzrewards.com, which is accessible to and marketed to residents of Delaware.

5.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

## NATURE OF THE ACTION

6.  Trilegiant brings this action for infringement of United States Patent Nos. 5,774,870 ("'870 patent"), 6,009,412 ("'412 patent"), and 6,578,012 ("'012 patent"). Copies of the '870, '412 and '012 patents are attached as Exhibits A, B and C hereto.

7.  The '870 patent, entitled "Fully Integrated, On-Line Interactive Frequency and Award Redemption Program," was duly and properly issued by the PTO on June 30, 1998. The '870 patent is valid and enforceable.

8.  The '412 patent, entitled "Fully Integrated, On-Line Interactive Frequency and Award Redemption Program," was duly and properly issued by the PTO on December 28, 1999. The '412 patent is valid and enforceable.

9.  The '012 patent, entitled "Fully Integrated, On-Line Interactive Frequency and Award Redemption Program," was duly and properly issued by the PTO on June 10, 2003. The '012 patent is valid and enforceable.

10. Maritz develops and operates on-line incentive programs. In developing and operating those program, Maritz infringes and/or induces infringement of one or more claims of the '870 patent, one or more claims of the '412 patent, and one or more claims of the '012 patent.

11. The assignee of both the '870 and '412 patent at the time they were issued was Netcentives, Inc.

12. On December 7, 2001, Netcentives assigned its rights under the '870 patent and the '412 patent to Trilegiant Corporation. A copy of that assignment is attached hereto as Exhibit D. Those rights were subsequently assigned to Trilegiant.

13. Trilegiant is the assignee of the '012 patent.

14. Trilegiant is the owner of the '870, '412 and '012 patents and has the right to sue for infringement of the '870, '412 and '012 patents and to collect damages therefore.

## CLAIM I
### Infringement of the '870 Patent

15. Trilegiant realleges the allegations of Paragraphs 1 to 14 above as if set forth herein.

16. Maritz has infringed and/or induced infringement of the '870 patent and will continue to do so unless enjoined by this Court.

17. Maritz's continuing acts of infringement after notice of the '870 patent constitute willful infringement of the '870 patent.

18. Maritz's infringement of the '870 patent has damaged Trilegiant and will continue to cause Trilegiant harm unless enjoined by this Court.

## CLAIM II
### Infringement of the '412 Patent

19. Trilegiant realleges the allegations of Paragraphs 1 - 18 above as if set forth herein.

20. Maritz has infringed and/or induced infringement of the '412 patent and will continue to do so unless enjoined by this Court.

21. Maritz's continuing acts of infringement after notice of the '412 patent constitute willful infringement of the '412 patent.

22. Maritz's infringement of the '412 patent has damaged Trilegiant and will continue to cause Trilegiant harm unless enjoined by this Court.

## CLAIM III
### Infringement of the '012 Patent

23. Trilegiant realleges the allegations of Paragraphs 1-22 above as if set forth herein.

24. Maritz has infringed and/or induced infringement of the '012 patent and will continue to do so unless enjoined by this Court.

25. Maritz's continuing acts of infringement after notice of the '012 patent constitute willful infringement of the '012 patent.

26. Maritz's infringement of the '012 patent has damaged Trilegiant and will continue to cause Trilegiant harm unless enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Trilegiant prays for judgment as follows:

A.  That this Court adjudge and decree that the '870, '412 and '012 patents are valid and infringed by Maritz;

B.  That this Court adjudge and decree that Maritz's infringement of the '870, '412, and '012 patents has been willful;

C.  That this Court permanently enjoin Maritz, its agents, servants, employees, attorneys, and all others in active concert or participation with Maritz from infringing the '870, '412 and '012 patents;

D.  That this Court award Trilegiant damages adequate to compensate for Maritz's infringement of the '870, '412 and '012 patents;

E.  That those damages be trebled as a result of Maritz's willful infringement;

F.  That this Court award Trilegiant its costs, disbursements, and attorneys' fees for this action, including those pursuant to 35 U.S.C. § 285; and

G.  That Trilegiant be awarded such further relief as this Court may deem just and appropriate.

## JURY DEMAND

Plaintiff Trilegiant Loyalty Solutions, Inc. demands a trial by jury.

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    */s/ Jack B. Blumenfeld*

                    Jack B. Blumenfeld (#1014)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE 19899
                    (302) 658-9200
                    Attorneys for Plaintiff
                    Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 783-6040

June 8, 2004

6