IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., ) ) ) Plaintiff, ) ) v. ) ) MARITZ INC., ) ) Defendant. ) | Civil Action No. 04-360-JJF<br><br>**REDACTED** |

## MARITZ' MOTION TO DISMISS
## FOR LACK OF SUBJECT MATTER JURISDICTION

Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 Orange Stree
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

February 3, 2006

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARITZ INC., ) <br> ) <br> Defendant. ) | Civil Action No. 04-360-JJF <br><br> **REDACTED** |

## MARITZ' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant, Maritz Inc. ("Maritz"), through its attorneys, moves to dismiss for lack of subject matter jurisdiction. As grounds for this motion, Maritz states:

1. This is an action for patent infringement brought under 35 USC § 281.

2. Trilegiant Loyalty Solutions, Inc. ("Trilegiant"), the named plaintiff herein, alleged in the Complaint that it was the owner of the `870, `412, and `012 patents (the patents-in-suit) and thereby entitled to bring this action.

3. **REDACTED**

4. **REDACTED**

5. **REDACTED**

Trilegiant lacks standing under the Constitution and the Patent Laws of the United States to maintain this action.

6.         **REDACTED**        Trilegiant lost standing under the Constitution of the United States to maintain this action because there is no longer a justiciable case or controversy between Maritz and Trilegiant.

7.     The Court lacks subject matter jurisdiction in all cases where the plaintiff lacks constitutional standing.

8.     Trilegiant, in violation of its duty to the Court, has never informed the Court that it no longer has standing to prosecute this action against Maritz.

9.         **REDACTED**

10.    In consequence, Maritz is and has been exposed to the risk of multiple suits involving alleged infringement of the patents-in-suit.

11.    Moreover, Trilegiant's acts have prejudiced Maritz and placed scheduling of this case in jeopardy. Maritz has expended considerable effort and expenses responding to discovery by Trilegiant. This discovery now appears to be moot for the most part and, therefore, potentially wasted.

12.    If the case should continue, Maritz would be entitled to initial disclosures and discovery from the     **REDACTED**    . Maritz knows little about the business affairs of    or its positions regarding the claims and defenses before the Court. Such information will have direct impact on potentially all issues, and could impact the current Case Management Order.

13.    Further, despite repeated requests, Trilegiant has yet to produce the majority of the documents related to     **REDACTED**

2

14. Maritz is filing the accompanying Memorandum in Support of this Motion.

Wherefore, Maritz Inc. respectfully requests the Court to dismiss this action for lack of subject matter jurisdiction.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

Attorneys for Defendant

3

CERTIFICATE OF SERVICE

I, Patricia S. Rogowski, hereby certify that on February 3, 2006, I electronically filed the foregoing **REDACTED VERSION OF MARITZ' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION** with the Court Clerk, using CM/ECF which will send notification of such filing(s) to plaintiff's attorneys listed below.

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

I hereby further certify that on February 3, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Facsimile**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 2005

Attorneys for Plaintiff

*/s/ Patricia Smink Rogowski*
Patricia Smink Rogowski (Del Bar #2632)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141