IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-360 (JJF) |
| | ) | |
| v. | ) | **REDACTED** |
| | ) | |
| MARITZ, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO JOIN ASSIGNEE AS CO-PLAINTIFF
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(C)**

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, Plaintiff Trilegiant Loyalty Solutions, Inc. ("TLS") moves this Court for an order joining the current assignee of the patents in suit, Affinion Net Patents, Inc. ("ANP"), as co-plaintiff in this suit. Pursuant to D. Del. LR 7.1.1, TLS hereby certifies that it has made a reasonable effort to reach agreement with defendant Maritz, Inc. regarding the matters set forth in this motion and that Maritz has informed TLS that it will oppose this motion.[1]

**FACTS**

Trilegiant Loyalty Solutions, Inc. ("TLS") brought this action for infringement of U.S. Patent Nos. 5,774,870, 6,009,412, and 6,578,012 (the "patents in suit") on June 8, 2004. At the time this action was filed, TLS was the assignee of the patents in suit. D.I. 1 (Complaint). TLS was acquired on October 17, 2005, by Affinity Acquisition Holdings Inc., now Affinion Group Holdings, Inc. ("AGH"), pursuant to an agreement executed on July 26, 2005.

---

[1] Maritz moved to dismiss this action for lack of subject matter jurisdiction on January 26, 2006. (D.I. 80). Joinder of ANP would render Maritz's motion moot.

Case 1:04-cv-00360-JJF   Document 86   Filed 02/10/2006   Page 2 of 5

On October 17, 2005, TLS and ANP, another AGH subsidiary, concurrently entered into two agreements: a "Patent Assignment Agreement" (Exh. 1) and a "Patent License Agreement" (Exh. 2). In the first agreement, TLS assigned to ANP a number of patents, including the patents in suit. Exh. 1, at ¶ 2 and Schedule A.

**REDACTED**

### ARGUMENT

Rule 25(c) of the Federal Rules of Civil Procedure provides in pertinent part:

> In case of any transfer of interest, the action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action or joined with the original party.

"Rule 25(c) permits the court to continue to hear a case where the action survives but the original party has transferred its interest in the litigation to another." *General Battery Corp. v. Globe-Union, Inc.*, 100 F.R.D. 258, 2622 (D. Del. 1982). Joinder of parties pursuant to Rule 25(c) is appropriate in patent cases. *Minn. Mining & Mfg. Co. v. Eco-Chem, Inc.*, 757 F.2d 1256, 1263 (Fed. Cir. 1985). "Rule 25(c) is not designed to create new relationships among parties to a suit but is designed to allow the [original] action to continue on ahead when an interest in the lawsuit changes hands." *Id.* at 1263 (internal citation omitted); *General Battery*, 100 F.R.D. at 261.

2

TLS respectfully requests that the Court join ANP, the current assignee of the patents in suit, as co-plaintiff in this case. ANP's joinder as co-plaintiff would not affect any issues regarding the infringement, validity, or enforceability of the patents in suit. Thus no prejudice to Maritz arises from ANP's joinder.

**REDACTED**

*See Rite-Hite Corp. v. Kelley Co.*, 56 F.3d 1538, 1552 (Fed. Cir. 1995) (If necessary to protect the rights of all parties, the licensee may be joined as co-plaintiff); *Ortho Pharm. Corp. v. Genetics Institute, Inc.*, 52 F.3d 1026, 1035 (Fed. Cir. 1995) ("[A] licensee with sufficient proprietary interest in a patent has standing regardless of whether the licensing agreement so provides.").

## CONCLUSION

For the reasons set forth above, Trilegiant Loyalty Solutions, Inc. respectfully requests that the Court grant its motion to join Affinion Net Patents Inc. as co-plaintiff in this suit pursuant to Rule 25(c) of the Federal Rules of Civil Procedure.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ *Maryellen Noreika*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mnoreika@mnat.com
  *Attorneys for Plaintiff*
  *Trilegiant Loyalty Solutions, Inc.*

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005
(202) 783-6040

Original Filing Date:  February 1, 2006
Redacted Filing Date:  February 10, 2006

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 10, 2006 she electronically filed the Motion To Join Assignee As Co-Plaintiff Pursuant To Federal Rule Of Civil Procedure 25(c) (Redacted Version) with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Patricia Smink Rogowski
>Connolly, Bove, Lodge & Hutz

I also certify that copies were caused to be served on February 10, 2006 upon the following in the manner indicated:

>**BY HAND**
>
>Patricia Smink Rogowski
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19801
>
>**BY FEDERAL EXPRESS**
>
>J. Bennett Clark
>Senniger Powers
>One Metropolitan Square
>St. Louis, MO  63102

>*/s/ Maryellen Noreika*
>Maryellen Noreika (#3208)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>mnoreika@mnat.com