# EXHIBIT 1

## FULLY REDACTED

# EXHIBIT 2

## FULLY REDACTED

Case 1:04-cv-00360-JJF    Document 86-2    Filed 02/10/2006    Page 2 of 2