# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., ) | |
| Plaintiff, ) | |
| v.     ) | C.A. No. 04-360 (JJF) |
| MARITZ, INC., ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Affinion Group Inc.'s Objections and Responses to Maritz, Inc.'s Rule 45 Subpoena; (2) Affinion Group Holdings, Inc.'s Objections and Responses to Maritz, Inc.'s Rule 45 Subpoena; (3) Affinion Net Patents, Inc.'s Objections and Responses to Maritz, Inc.'s Rule 45 Subpoena; and (4) Trilegiant Corporation, Inc.'s Objections and Responses to Maritz, Inc.'s Rule 45 Subpoena were caused to be served on February 13, 2006 upon the following in the manner indicated:

**BY HAND**

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

**BY FACSIMILE**

J. Bennett Clark
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square
St. Louis, MO  63102

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Maryellen Noreika (#3208)*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mnoreika@mnat.com
  Attorneys for Plaintiff
  Trilegiant Loyalty Solutions, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040

February 13, 2006

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 13, 2006 she electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Patricia Smink Rogowski
> Connolly, Bove, Lodge & Hutz

I also certify that copies were caused to be served on February 13, 2006 upon the following in the manner indicated:

> **BY HAND**
>
> Patricia Smink Rogowski
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE  19801
>
> **BY FEDERAL EXPRESS**
>
> J. Bennett Clark
> Senniger Powers
> One Metropolitan Square
> St. Louis, MO  63102

> */s/ Maryellen Noreika*
> Maryellen Noreika (#3208)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> mnoreika@mnat.com