IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. **04-360-JJF** |
| MARITZ, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for

defendant Maritz, Inc. to serve and file its reply brief on the motion to dismiss for lack of subject

matter jurisdiction (D.I. 80) and its answer brief on the motion for joinder of assignee as co-plaintiff

(D.I. 82) is extended from February 15, 2006 to February 21, 2006, and the time for plaintiff

Trilegiant Loyalty Solutions, Inc. to serve and file its reply brief on the motion for joinder of assignee

as co-plaintiff (D.I. 82) is extended from February 28, 2006 to March 6, 2006.

**MORRIS NICHOLS ARSHT & TUNNELL**        **CONNOLLY BOVE LODGE & HUTZ LLP**


*/s/ Maryellen Noreika*                           */s/ Patricia Smink Rogowski*
Jack B. Blumenfeld (#1014)                     Rudolf E. Hutz (#484)
Maryellen Noreika (#3208)                      Patricia Smink Rogowski (#2632)
1201 N. Market Street                           The Nemours Building
P.O. Box 1347                                   1007 North Orange Street
Wilmington, DE 19899                           P.O. Box 2207
(302) 658-9200                                  Wilmington, DE 19899
*Attorneys for Plaintiff*                         (302) 658-9141
*Trilegiant Loyalty Solutions, Inc.*               *Attorneys for Defendant*
                                                *Maritz, Inc.*


**SO ORDERED** this _____ day of February, 2006.


_____
United States District Court Judge