# EXHIBIT A

**SENNIGER POWERS**

| ATTORNEYS AT LAW | PATENTS TRADEMARKS | LITIGATION COPYRIGHTS | TECHNOLOGY ANTITRUST | ONE METROPOLITAN SQUARE 16TH FLOOR SAINT LOUIS, MISSOURI 63102 |
|---|---|---|---|---|

314-231-5400 V
314-231-4342 F

SENNIGER.COM

J. BENNETT CLARK
BCLARK@SENNIGER.COM

February 3, 2006

*Via E-Mail and U.S. Mail*
Sharon Davis, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

**Re:**   *Trilegiant Loyalty Solutions, Inc. v. Maritz Inc.*

Dear Sharon:

   With respect to your letter of February 2, 2006, we do not plan to withdraw the motion to dismiss. In our view, Trilegiant Loyalty's (and apparently Affinion Net Patent's) course of concealing patent ownership and withholding documents warrants dismissal. Further, Trilegiant Loyalty has no standing to remain in this case as a party plaintiff.

   Affinion Net Patent's act of stepping forward – only after filing of our motion to dismiss – does not cure the situation. Maritz has incurred substantial expense dealing with the wrong plaintiff, and Trilegiant has aggressively taken discovery of sensitive information in a matter where it lost standing months ago. Further, Affinion Net Patent apparently remained out of the case to prevent party discovery of it; as you know, case deadlines are fast approaching.

Very truly yours,

J. Bennett Clark

JBC/mjm

# EXHIBIT B



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > **Patent Query**

# Patent Assignment Abstract of Title
**_NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff._**

**Total Assignments: 3**
**Patent #:** 6578012    **Issue Dt:** 06/10/2003    **Application #:** 09441144    **Filing Dt:** 11/12/1999
**Inventor:** THOMAS W. STOREY
    **Title:** FULLY INTEGRATED, ON-LINE INTERACTIVE FREQUENCY AND AWARD REDEMPTION PROGRAM
**Assignment: 1**
    **Reel/Frame:** 012599/0443    **Recorded:** 02/21/2002    **Pages:** 5
    **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
        **Assignor:** NETCENTIVES, INC.    **Exec Dt:** 12/07/2001
        **Assignee:** TRILEGIANT CORPORATION
            100 CONNECTICUT AVENUE
            NORWALK, CONNECTICUT 06850
    **Correspondent:** ROTHWELL, FIGG, ERNST & MANBECK
            RICHARD WYDEVEN
            555 13TH ST NW
            SUITE 701-EAST
            WASHINGTON, D.C 20004
**Assignment: 2**
    **Reel/Frame:** 014624/0927    **Recorded:** 05/14/2004    **Pages:** 7
    **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
        **Assignor:** TRILEGIANT CORPORATION    **Exec Dt:** 01/28/2004
        **Assignee:** TRILEGIANT LOYALTY SOLUTIONS, INC.
            7814 CAROUSEL LANE
            RICHMOND, VIRGINIA 23294-4212
    **Correspondent:** ROTHWELL, FIGG, ERNST & MANBECK
            RICHARD WYDEVEN
            1425 K ST., N.W., SUITE 800
            WASHINGTON, DC 20005
**Assignment: 3**
    **Reel/Frame:** 017125/0465    **Recorded:** 12/19/2005    **Pages:** 7
    **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
        **Assignor:** TRILEGIANT LOYALTY SOLUTIONS, INC.    **Exec Dt:** 10/17/2005
        **Assignee:** AFFINION NET PATENTS, INC.
            9 WEST 57TH STREET, 43RD FLOOR
            C/O APOLLO MANAGEMENT, L.P.
            NEW YORK, NEW YORK 10019
    **Correspondent:** RICHARD WYDEVEN, ESQ.
            FOTHWELL, FIGG, ERNST & MANBECK
            SUITE 800

1425 K ST., N.W.
WASHINGTON, D.C. 20005

Search Results as of: 02/08/2006 07:29 AM

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title
### NOTE: Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.

**Total Assignments:** 5

**Patent #:** 5774870      **Issue Dt:** 06/30/1998    **Application #:** 08572017      **Filing Dt:** 12/14/1995

**Inventor:** THOMAS W. STOREY

**Title:** FULLY INTEGRATED, ON-LINE INTERACTIVE FREQUENCY AND AWARD REDEMPTION PROGRAM

**Assignment: 1**

**Reel/Frame:** 008668/0313      **Recorded:** 08/18/1997      **Pages:** 3

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** STOREY, THOMAS W.      **Exec Dt:** 07/21/1997

**Assignee:** NETCENTIVES, INC.
SUITE 615
2121 EL CAMINO REAL
SAN MATEO, CALIFORNIA 94403

**Correspondent:** FLIESLER, DUBB, MEYER & LOVEJOY LLP
MARTIN C. FLIESLER, ESQ.
FOUR EMBARCADERO CENTER
SUITE 400
SAN FRANCISCO, CA 94111

**Assignment: 2**

**Reel/Frame:** 011923/0310      **Recorded:** 06/22/2001      **Pages:** 13

**Conveyance:** PATENT LICENSE AGREEMENT

**Assignor:** NETCENTIVES, INC.      **Exec Dt:** 05/31/2001

**Assignee:** MASSMEDIUM.COM, INC.
ATTN: CHRISTOPHER HEINTZ`
302 FIFTH AVENUE SUITE 800
NEW YORK, NEW YORK 10001

**Correspondent:** MORGAN, LEWIS & BOCKIUS, LLP
JEFFREY L. EICHEN, ESQ.
1701 MARKET STREET
PHILA., PA 19103

**Assignment: 3**

**Reel/Frame:** 012607/0211      **Recorded:** 02/21/2002      **Pages:** 4

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** NETCENTIVES INC.      **Exec Dt:** 12/07/2001

**Assignee:** TRILEGIANT CORPORATION
100 CONNECTICUT AVENUE
NORWALK, CONNECTICUT 06850

**Correspondent:** ROTHWELL, FIGG, ERNST & MANBECK
RICHARD WYDEVEN

555 13TH ST., N.W.
SUITE 701-EAST
WASHINGTON, DC 20004

**Domestic rep:** ROTHWELL, FIGG, ERNST & MANBECK
RICHARD WYDEVEN
555 13TH ST., N.W., SUITE 701-EAST
WASHINGTON, D.C. 20004

**Assignment: 4**
**Reel/Frame:** 014624/0927        **Recorded:** 05/14/2004                **Pages:** 7
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** TRILEGIANT CORPORATION                **Exec Dt:** 01/28/2004
**Assignee:** TRILEGIANT LOYALTY SOLUTIONS, INC.
7814 CAROUSEL LANE
RICHMOND, VIRGINIA 23294-4212
**Correspondent:** ROTHWELL, FIGG, ERNST & MANBECK
RICHARD WYDEVEN
1425 K ST., N.W., SUITE 800
WASHINGTON, DC 20005

**Assignment: 5**
**Reel/Frame:** 017125/0465        **Recorded:** 12/19/2005                **Pages:** 7
**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
**Assignor:** TRILEGIANT LOYALTY SOLUTIONS, INC.        **Exec Dt:** 10/17/2005
**Assignee:** AFFINION NET PATENTS, INC.
9 WEST 57TH STREET, 43RD FLOOR
C/O APOLLO MANAGEMENT, L.P.
NEW YORK, NEW YORK 10019
**Correspondent:** RICHARD WYDEVEN, ESQ.
FOTHWELL, FIGG, ERNST & MANBECK
SUITE 800
1425 K ST., N.W.
WASHINGTON, D.C. 20005

Search Results as of: 02/08/2006 07:11 AM

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Patent Query

# Patent Assignment Abstract of Title
## NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.

**Total Assignments: 5**
**Patent #:** 6009412    **Issue Dt:** 12/28/1999    **Application #:** 09105227    **Filing Dt:** 06/25/1998
**Inventor:** THOMAS W STOREY
   **Title:** FULLY INTEGRATED ON-LINE INTERACTIVE FREQUENCY AND AWARD REDEMPTION PROGRAM
**Assignment: 1**
   **Reel/Frame:** 011923/0310    **Recorded:** 06/22/2001    **Pages:** 13
   **Conveyance:** PATENT LICENSE AGREEMENT
   **Assignor:** NETCENTIVES, INC.    **Exec Dt:** 05/31/2001
   **Assignee:** MASSMEDIUM.COM, INC.
      ATTN: CHRISTOPHER HEINTZ`
      302 FIFTH AVENUE SUITE 800
      NEW YORK, NEW YORK 10001
**Correspondent:** MORGAN, LEWIS & BOCKIUS, LLP
      JEFFREY L. EICHEN, ESQ.
      1701 MARKET STREET
      PHILA., PA 19103
**Assignment: 2**
   **Reel/Frame:** 012177/0372    **Recorded:** 09/19/2001    **Pages:** 7
   **Conveyance:** EXCLUSIVE LICENSE TO JAPANESE RIGHTS SOLEY IN JAPAN
   **Assignor:** NETCENTIVES, INC.    **Exec Dt:** 09/13/2001
   **Assignee:** CUSTOMER LOYALTY NETWORK K.K.
      8-21 TOMIHISA-CHO, SHINJUKU-KU
      TOKYO, JAPAN
**Correspondent:** ERIN R. MOORE, ESQ.
      725 S. FIGUEROA STREET
      SUITE 2800
      LOS ANGELES, CA 90017
**Assignment: 3**
   **Reel/Frame:** 012607/0211    **Recorded:** 02/21/2002    **Pages:** 4
   **Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).
   **Assignor:** NETCENTIVES INC.    **Exec Dt:** 12/07/2001
   **Assignee:** TRILEGIANT CORPORATION
      100 CONNECTICUT AVENUE
      NORWALK, CONNECTICUT 06850
**Correspondent:** ROTHWELL, FIGG, ERNST & MANBECK
      RICHARD WYDEVEN
      555 13TH ST., N.W.
      SUITE 701-EAST

WASHINGTON, DC 20004

**Domestic rep:** ROTHWELL, FIGG, ERNST & MANBECK
RICHARD WYDEVEN
555 13TH ST., N.W., SUITE 701-EAST
WASHINGTON, D.C. 20004

**Assignment: 4**

**Reel/Frame:** 014624/0927          **Recorded:** 05/14/2004          **Pages:** 7

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** TRILEGIANT CORPORATION          **Exec Dt:** 01/28/2004

**Assignee:** TRILEGIANT LOYALTY SOLUTIONS, INC.
7814 CAROUSEL LANE
RICHMOND, VIRGINIA 23294-4212

**Correspondent:** ROTHWELL, FIGG, ERNST & MANBECK
RICHARD WYDEVEN
1425 K ST., N.W., SUITE 800
WASHINGTON, DC 20005

**Assignment: 5**

**Reel/Frame:** 017125/0465          **Recorded:** 12/19/2005          **Pages:** 7

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor:** TRILEGIANT LOYALTY SOLUTIONS, INC.          **Exec Dt:** 10/17/2005

**Assignee:** AFFINION NET PATENTS, INC.
9 WEST 57TH STREET, 43RD FLOOR
C/O APOLLO MANAGEMENT, L.P.
NEW YORK, NEW YORK 10019

**Correspondent:** RICHARD WYDEVEN, ESQ.
FOTHWELL, FIGG, ERNST & MANBECK
SUITE 800
1425 K ST., N.W.
WASHINGTON, D.C. 20005

Search Results as of: 02/08/2006 07:28 AM

If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# EXHIBIT C

## PATENT ASSIGNMENT AGREEMENT

This PATENT ASSIGNMENT AGREEMENT ("Agreement"), dated as of October 17, 2005 ("Effective Date"), is made by and between Trilegiant Loyalty Solutions, Inc. ("Assignor"), a Delaware corporation, and Affinion Net Patents, Inc. ("Assignee"), a Delaware corporation.

WHEREAS, Assignor owns certain Patents (as defined below);

WHEREAS, subject to the terms and conditions of this Agreement, Assignor desires to sell and assign the Assigned Patents (as defined below) to Assignee; and

WHEREAS, Assignee desires to purchase and accept such assignment of the Assigned Patents from Assignor.

NOW THEREFORE, in consideration of the foregoing and mutual promises and covenants made herein and for other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties hereto, intending to be legally bound, hereby agree as follows:

1.     Definitions.

    1.1     "Assigned Patents" shall mean the Patents listed on Schedule A attached hereto.

    1.2     "Cendant Patent License" means that certain Patent License Agreement, dated as of October 17, 2005 by and between Assignor and CD Intellectual Property Holdings, LLC.

    1.3     "Patents" shall mean all patents and patent applications in the United States and all equivalents of the foregoing in any other jurisdiction, the underlying inventions described therein, and any continuations, continuations-in-part, divisions, reissues, reexaminations, foreign counterparts or extensions thereof.

2.     Assignment.

    In consideration of the amount of one hundred dollars ($100) payable by Assignee to Assignor, Assignor hereby irrevocably assigns, sells, transfers and conveys to Assignee, its successors and assigns, all of Assignor's rights, title and interest throughout the world in and to the Assigned Patents, including all rights to sue or recover for the past, present and future infringement thereof, and any and all causes of action related thereto, subject to any licenses to or encumbrances on the Assigned Patents in effect as of the Effective Date, including those listed on Schedule B. Assignor and Assignee agree that the foregoing assignment, sale, transfer and conveyance shall automatically and without any further action required by either party become effective as of the Effective Date.

3.     Recordation.

    Assignor assumes all responsibility and costs for recording this assignment of the Assigned Patents in the United States Patent and Trademark Office, foreign patent and elsewhere, as applicable.

4.     Cendant Patent License Requirement.

    Assignee acknowledges that Assignor is a party to the Cendant Patent License, which relates, in part, to the Assigned Patents and pursuant to which Assignor is bound by certain obligations and

TRL-MTZ 45326

restrictions.  As required by Section 6.1(b) of the Cendant Patent License, Assignee agrees to be bound by the terms and conditions of the Cendant Patent License.

5.    Miscellaneous.

    5.1    Governing Law and Forum.  This Agreement shall be governed in all respects by the laws of the State of New York without regard to the conflicts of law provisions thereof.

    5.2    Modification, Amendment and Waiver.  This Agreement and its provisions shall not be modified, amended or waived, except in a writing executed by both parties.

    5.3    Schedules.  Schedules A and B are hereby incorporated by reference herein.

    5.4    Further Actions.  Each party agrees to execute, acknowledge, and deliver such further instruments, and to do all such other acts, as may be necessary or appropriate to carry out the purposes and intent of this Agreement.

\*    \*    \*    \*    \*

IN WITNESS WHEREOF, each of ASSIGNOR and ASSIGNEE has caused its respective duly authorized officer to execute and deliver this Agreement as of the Effective Date.

TRL-MTZ 45327

**ASSIGNOR: Trilegiant Loyalty Solutions, Inc.**

By: _~~~~_

Name: Nathaniel J. Lyman

Title: President and Chief Creative Officer

State of _____

County of _____

On _____ before me, _____
                          Name of Notary Public

Personally appeared _____
                          Name(s) of Signer(s)

□  personally known to me
□  proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
                          WITNESS my hand and official seal.

                          _____
                          Signature of Notary Public

**ASSIGNEE: Affinion Net Patents, Inc.**

By: _____

Name: _____

Title: _____

State of _____

County of _____

On _____ before me, _____
                          Name of Notary Public

Personally appeared _____
                          Name(s) of Signer(s)

□  personally known to me
□  proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
                          WITNESS my hand and official seal.

                          _____
                          Signature of Notary Public

**TRL-MTZ 45328**

**ASSIGNOR: Trilegiant Loyalty Solutions, Inc.**

By:_____

Name:_____

Title:_____

State of _____

County of _____

On _____ before me,_____

Name of Notary Public

Personally appeared _____

Name(s) of Signer(s)

☐ personally known to me

☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____

Signature of Notary Public

**ASSIGNEE: Affinion Net Patents, Inc.**

By:_____

Name:_____Marc Becker_____

Title:_____President_____

State of _____

County of _____

On _____ before me,_____

Name of Notary Public

Personally appeared _____

Name(s) of Signer(s)

☐ personally known to me

☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____

Signature of Notary Public

<u>SCHEDULE A</u>

Assigned Patents

| Country and Type | Patent No. / Patent Application No. |
|---|---|
| U.S. Patent | 5,774,870 |
| U.S. Patent | 6,009,412 |
| U.S. Patent | 6,578,012 |
| U.S. Patent Application | 09/854,721 |
| U.S. Patent Application | 09/668,965 |
| U.S. Patent Application | 09/167,315 |
| U.S. Patent Application | 09/637,422 |
| U.S. Patent Application | 09/637,387 |
| U.S. Patent Application | 09/932,588 |
| U.S. Patent Application | 09/717,972[1] |
| U.S. Patent Application | 10/420,901 |

---

[1]    This Patent Application is abandoned, but may have progeny and/or corresponding patents still alive.

**TRL-MTZ 45330**

## SCHEDULE B

### Existing Licensees to and Encumbrances on the Assigned Patents

1. Patent License Agreement, dated as of October 17, 2005, by and between CD Intellectual Property Holdings, LLC and Trilegiant Loyalty Solutions, Inc.

TRL-MTZ 45331

# EXHIBIT D

 **ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com

G. Franklin Rothwell
E. Anthony Figg
Barbara G. Ernst
Harry F. Manbeck, Jr.
George R. Repper
Steven Lieberman
Joseph A. Hynds
Elizabeth A. Leff
Richard Wydeven
Martin M. Zoltick
Minaksi Bhatt
Sharon L. Davis
Robert B. Murray
Carla C. Calcagno
Jeffrey L. Ihnen
Glenn E. Karta

Martha Cassidy, Ph.D.
Anne M. Sterba
Lisa N. Phillips
Leigh Z. Callander
C. Nichole Gifford
Patrick T. Skacel
Brian S. Rosenbloom
Monica C. Kitts
Brian A. Tollefson
Joo Mee Kim*
Steven M. Giovannetti
Hyunkweon Ryu
R. Elizabeth Brenner
Adam M. Treiber

*Not Admitted in D.C.

Of Counsel
John A. McCahill
Barbara Webb Walker, Ph.D.

November 2, 2005

*Via E-mail*

Jennifer E. Hoekel, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square, 16th Floor
St. Louis, MO 63102

Re:    Affinion Loyalty Group
       (formerly Trilegiant Loyalty Solutions) v. Maritz
       Our Reference 2829-179

Dear Jennifer:

I write concerning deposition scheduling issues.

First, I do not understand why you are now declining to take Ms. Beller's deposition on November 10 and 11. As I have told you, she cannot be available for the amount of time you have requested the following week. We are not willing to unnecessarily cause Ms. Beller, President of Affinion Loyalty Group (formerly Trilegiant Loyalty Solutions), to have to schedule two separate deposition times. If you want to take her deposition on November 10-11 in Washington as we had discussed, we can still do so, but you need to let me know right away. Otherwise, we will have to obtain dates after Thanksgiving for her deposition. Let me know how you wish to proceed.

Second, our Rule 30(b)(6) witness on categories 8 and 9 can be available either on the afternoon of the November 11 (as discussed above) or on November 15. I will let you know if Monica Davis is available on those dates as well.

ROTHWELL, FIGG, ERNST & MANBECK, P.C.
    Jennifer E. Hoekel, Esq.
    November 2, 2005
    Page 2

       Third, November 21 or 22 remain available dates for us to depose Maritz witnesses in St. Louis. Please provide me with dates on which Maritz witnesses are available as soon as possible.

               Very truly yours,

               Sharon L. Davis

SLD:erh

L:\2829\2829-179.lit\Letters\Hoekel. L19.wpd

# EXHIBIT E

**From:**
ded_nefreply@ded.uscourts.gov[SMTP:DED_NEFREPLY@DED.USCOURTS.GOV]
**Sent:** Thursday, November 17, 2005 10:23:24 AM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:04-cv-00360-JJF Trilegiant Loyalty v. Maritz Inc.
"CORRECTING ENTRY:"
**Auto forwarded by a Rule**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from afb, entered on 11/17/2005 at 10:23 AM EST and filed on 11/17/2005
**Case Name:**     Trilegiant Loyalty v. Maritz Inc.
**Case Number:**   1:04-cv-360
**Filer:**
**Document Number:**

**Docket Text:**
CORRECTING ENTRY: Clerk removed Stipulation filed on 11/17/05 due to being filed in error in case. (afb, )

The following document(s) are associated with this transaction:

**1:04-cv-360 Notice will be electronically mailed to:**

Jack B. Blumenfeld     jbbefiling@mnat.com

Rudolf E. Hutz     rhutz@cblh.com,

Maryellen Noreika     menefiling@mnat.com

Patricia Smink Rogowski     progowski@cblh.com, vmurphy@cblh.com

**1:04-cv-360 Notice will be delivered by other means to:**

.....

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at (302) 658-9200 or by return e-mail.

.....

# EXHIBIT F
# FULLY REDACTED

# EXHIBIT G
# FULLY REDACTED

# EXHIBIT H
# FULLY REDACTED