# EXHIBIT 1

# Maritz Privilege Log

| Doc # | Date | Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 001 | 2/12/2003 | 2/7/2003 | Michael Sewell | Mark Shipley | Kathleen Bibbins; Tami Hale; Craig Hogan; Steve Gallant, Esq. | Series of e-mails from in-house counsel to client re discussions with outside counsel conveying legal advice re non-Netcentives patents | A/C |
| 002 | 8/25/2003 | 8/11/2003 | Michael Sewell | Mark Shipley | Kathleen Bibbins; Craig Hogan; Steve Sigman; Brian Falk; Tom Bushold; Tami Hale; Travis Carpenter; Lori Singer | Series of e-mails between client conveying outside counsel's legal advice re business opportunities | W/P |
| 003 | 8/18/2003 | 8/11/2003 | Michael Sewell | Mark Shipley | Kathleen Bibbins; Tom Bushold; Travis Carpenter; Brian Falk; Tami Hale; Craig Hogan; Steve Sigman; Lori Singer | Series of e-mails between client conveying outside counsel's legal advice re business opportunities | W/P |
| 004 | 12/5/2002 | 12/04/2002 | John McArthur, Esq. | Mark Shipley | Kathleen Bibbins; Steve Martiz; Steve Gallant, Esq. | Series of e-mail between client and in-house counsel requesting legal advice re business opportunities | A/C; W/P |
| 005 | | Undated | Carol Wofsey, Esq. | Tom Bushold; Mark Shipley | | Inter-office correspondence from in-house counsel to client conveying legal advice re patent protection | A/C |
| 006 | 1/2/2001 | 12/26/2000 | Carol Wofsey, Esq. | Tom Bushold; Mark Shipley | James Barta, Esq.; | Series of e-mails between in-house counsel and outside counsel and client conveying legal advice re patent protection | A/C |
| 007 | 12/26/2000 | | James Barta, Esq. | Tom Bushold; Mark Shipley | | E-mail from outside counsel to client conveying legal advice re patent protection | A/C |
| 008 | 12/13/2000 | | James Barta, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail from outside counsel to client conveying legal advice re patent protection | A/C |
| 009 | 12/11/2000 | | James Barta, Esq. | Mark Shipley | | E-mail from outside counsel to client conveying legal advice re patent protection | A/C |

| Doc # | Date | Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 010 | 12/11/2000 | | James Barta, Esq. | Carol Wofsey, Esq. | Tom Bushold; Mark Shipley | E-mail from outside counsel to in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 011 | | | | | | Document to be produced | |
| 012 | 10/31/2000 | 10/30/2000 | Steve Maritz | Scott Bush; Darryl Hutson; Ron Lipovsky, John McArthur, Esq.; John Risberg, Esq.; Mark Shipley; Carol Wofsey, Esq. | David Carrithers | E-mail from client to in-house counsel re related litigation status | A/C |
| 013 | 7/27/2000 | | Linnie Plunk | Tom Bushold; Ron Lipovsky; Steve Maritz; Mark Shipley | Debbie Dollar; Carol Greife; Karen LaRue; Shannon Mitz; Carol Wofsey, Esq. | E-mail from client to in-house counsel re patent protection | A/C |
| 014 | 5/2/2000 | 5/1/2000 | Carol Wofsey, Esq. | Mark Shipley | James Barta, Esq.; Tom Bushold; Steve Maritz; Ron Lipovsky | Series of e-mails between in-house counsel and client and outside counsel re obtaining patent protection | A/C |
| 015 | 5/1/2000 | | James Barta, Esq. | Mark Shipley | | E-mail from outside counsel to client re obtaining patent protection | A/C |
| 016 | 4/14/2000 | | Carol Wofsey, Esq. | Mark Shipley | Tom Bushold | E-mail from in-house counsel to client re obtaining patent protection | A/C |
| 017 | | Undated | Carol Wofsey, Esq. | Mark Shipley | Tom Bushold | Inter-office correspondence from in-house counsel to client conveying legal advice re obtaining patent protection | A/C |
| 018 | 9/2/1999 | | Laura Miller | Bob Graham; Daniel Henke; Gil Hoffman; Ronald Lipovsky; Steve Maritz; John McArthur, Esq.; Jeff Reinberg; Mark Shipley; Jim Stone; Carol Wofsey, Esq. | Steve Kankel; Carol Greife; Linnie Plunk; Karen LaRue; Linda Wood | Series of e-mails from client to in-house counsel seeking legal advice re contractual agreement | A/C |
| 019 | 3/23/2000 | | James Barta, Esq. | Mark Shipley | | E-mail from outside counsel to client forwarding legal advice re obtaining patent protection | A/C |
| 020 | 3/23/2000 | | Frank Agovino, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |

| Doc # | Date Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|
| 021 | 1/28/2000 | John Brawley | Carol Wofsey, Esq.; distribution list | | E-mail from client to in-house counsel re patent protection | A/C |
| 022 | 1/12/2000 1/5/2000 | Carol Wofsey, Esq. | Mark Shipley | Ron Lipovsky; Laura Miller; Darlene Wehner | Series of e-mails between in-house counsel and client re conveying legal advice re obtaining patent protection | A/C |
| 023 | 1/11/2000 12/22/1999 | Carol Wofsey, Esq. | Mark Shipley | Laura Miller | Series of e-mails between in-house counsel and client conveying legal advice re obtaining patent protection | A/C |
| 024 | | | | | Document to be produced | |
| 025 | 1/5/2000 12/22/1999 | Carol Wofsey, Esq. | Mark Shipley | | Series of e-mails from in-house counsel to client conveying legal advice re patent protection | A/C |
| 026 | 12/22/1999 | Carol Wofsey, Esq. | Mark Shipley | | Series of e-mails from in-house counsel to client conveying legal advice re patent protection | A/C |
| 027 | 12/15/1999 12/14/1999 | Laura Miller | Mark Shipley | Carol Wofsey, Esq., Linnie Plunk; Darlene Wehner | Series of e-mails between in-house counsel and client providing information re seeking legal advice re obtaining patent protection | A/C |
| 028 | 11/23/1999 11/22/1999 | Carol Wofsey, Esq. | Mark Shipley | Brian Fitzpatrick; Laura Miller; Mike Tenholder; Jim Stone; L. Plunk; M. Boland, R. Lipovsky; T. Rogers; R. Spradling; G. Hoffman; Jack Sorrentino; Steve Maritz; J. Reinberg; John Risberg, Esq.; Con McGrath, Esq.; Henry Stolar, Esq.; J. McArthur, Esq. | Series of e-mails from in-house counsel to client re patent protection | A/C |
| 029 | 11/22/1999 | Carol Wofsey, Esq. | Mike Boland; Ron Lipovsky; Tim Rogers; Richard Spradling; Gil Hoffman; Jack Sorrentino; Steve Maritz; Jeff Reinberg | John Risberg, Esq.; Con McGrath, Esq.; Henry Stolar, Esq.; John McArthur, Esq. | Inter-office correspondence from in-house counsel to client conveying legal advice re patent protection | A/C; W/P |
| 030 | 9/16/1999 | Laura Miller | Carol Wofsey, Esq. | | E-mail from client to in-house counsel providing information re seeking legal advice re patent protection | A/C |

| Doc # | Date Beg | Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 031 | 2/28/2002 | 2/27/2002 | Tom Bushold | Mark Shipley | Frank Agovino, Esq.; Steve Gallant, Esq. | Series of e-mails between outside counsel and client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 032 | 12/11/2000 | 12/6/2000 | Carol Wofsey, Esq. | Tom Bushold; Mark Shipley | James Barta, Esq. | Series of e-mails between in-house counsel and client and outside counsel re seeking legal advice re obtaining patent protection | A/C |
| 033 | | 12/6/2000 | Carol Wofsey, Esq. | James Barta, Esq. | Tom Bushold | Series of e-mail between in-house counsel and outside counsel and client re conveying information re seeking legal advice re obtaining patent protection | A/C |
| 034 | 7/27/2000 | 7/14/2000 | Jeffrey Altenmueller | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | Series of e-mails between client and in-house counsel conveying legal advice re contractual agreements | A/C |
| 035 | | 7/14/2000 | Jeffrey Altenmueller | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | Series of e-mails between client and in-house counsel conveying legal advice re contractual agreements | A/C |
| 036 | | 3/10/2000 | Christian Roth | Steve Sigman | Mark Shipley; Tom Bushold; Jeffrey Altenmueller | Series of e-mails forwarding in-house counsel's legal advice re contractual agreements | A/C |
| 037 | | 1/21/2004 | Ellen Cox | Kathleen Bibbins; John McArthur, Esq. | Steve Gallant, Esq.; Sean Kelly; Mark Shipley | Series of e-mails between client and in-house counsel conveying information re seeking legal advice re contractual agreement | A/C |
| 038 | | 1/21/2004 | John McArthur, Esq. | Kathleen Bibbins | Ellen Cox; Steve Gallant, Esq.; Sean Kelly; Mark Shipley | Series of e-mails between client and in-house counsel conveying information re seeking legal advice re contractual agreement | A/C |
| 039 | | 1/21/2004 | Kathleen Bibbins | John McArthur, Esq. | Ellen Cox; Steve Gallant, Esq.; Sean Kelly; Mark Shipley | E-mail from client to in-house counsel conveying information re seeking legal advice re contractual agreement | A/C |

| Doc # | Date Beg | Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 040 | 9/9/2003 | | Terry Erwin | Kathleen Bibbins; Steve Sigman | Steve Gallant, Esq.; Mark Shipley; Michelle Geraghty; Kevin Shukers; Mike Furey; Ellie Huss; Jeff Muschick | Series of e-mails from client to in-house counsel conveying information re seeking legal advice re contractual agreement | A/C |
| 041 | 9/9/2003 | | Kathleen Bibbins | Terry Erwin | Steve Gallant, Esq.; Mark Shipley; Steve Sigman; Michelle Geraghty; Kevin Shukers; Mike Furey; Ellie Huss; Jeff Muschick | Series of e-mails from client to in-house counsel conveying information re seeking legal advice re contractual agreement | A/C |
| 042 | 9/9/2003 | | Terry Erwin | Kathleen Bibbins; Mike Furey; Steve Gallant, Esq.; Michelle Geraghty; Mark Shipley; Kevin Shukers; Steve Sigman | Ellie Huss; Jeff Muschick | E-mail from client to in-house counsel conveying information re seeking legal advice re contractual agreement | A/C |
| 043 | 9/27/1999 | | Laura Miller | Carol Wofsey, Esq.; | Mark Shipley | E-mail from client to in-house counsel seeking legal advice re obtaining patent protection | A/C |
| 044 | 9/13/1999 | | John McArthur, Esq. | Daniel Henke; Laura Miller; Mark Shipley | Carol Wofsey, Esq. | Series of e-mail between client and in-house counsel conveying information re seeking legal advice re patent protection | A/C |
| 045 | 5/5/2004 | 4/27/2004 | Tom Bustold | James Barta, Esq. | Steve Gallant, Esq.; Craig Hogan; Mark Shipley | Series of e-mails between client and outside counsel and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 046 | 5/3/2004 | 4/27/2004 | James Barta, Esq. | Tom Bustold; Steve Gallant, Esq.; Craig Hogan; Mark Shipley | | Series of e-mails between client and outside counsel and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 047 | 4/27/2004 | | James Barta, Esq. | Tom Bustold; Steve Gallant, Esq.; Craig Hogan; Mark Shipley | Frank Agovino, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 048 | 3/10/2004 | | James Barta, Esq. | Mark Shipley | | E-mail from outside counsel to client conveying legal advice re obtaining patent protection | A/C |

| Doc # | Date | Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 049 | 3/10/2004 | | James Barta, Esq. | Mark Shipley; Tom Bushold | Steve Gallant, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 050 | 3/6/2003 | | Craig Hogan | Mark Shipley | Tami Hale; Frank Agovino, Esq.; Michael Sewell; Steve Gallant, Esq.; Tom Bushold; Kathleen Bibbins | Series of e-mails from client to outside counsel and in-house counsel conveying legal advice re business opportunities | A/C |
| 051 | 2/19/2003 | 2/18/2003 | Tom Bushold | Mark Shipley | Frank Agovino, Esq.; Steve Gallant, Esq. | Series of e-mails between client and outside counsel and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 052 | 6/3/2002 | 5/31/2002 | Frank Agovino, Esq. | Steve Gallant, Esq.; Mark Shipley | Tom Bushold | Series of e-mails between outside counsel and in-house counsel and client conveying legal advice re obtaining patent protection | A/C |
| 053 | 5/31/2002 | | Frank Agovino, Esq. | Steve Gallant, Esq.; Mark Shipley | | E-mail from outside counsel to in-house counsel and client conveying legal advice re obtaining patent protection | A/C |
| 054 | 4/25/2002 | | Michelle Geraghty | Steve Gallant, Esq.; Craig Hogan; Mark Shipley; Steve Sigman | Juliet Messmer, Gregg O'Neill | E-mail from client to in-house counsel providing information re possible infringers of patent | A/C |
| 055 | 4/15/2002 | 4/4/2002 | Frank Agovino, Esq. | Tom Bushold | Steve Gallant, Esq.; Mark Shipley | Series of e-mails between outside counsel and in-house counsel and client conveying legal advice re obtaining patent protection | A/C |
| 056 | 4/4/2002 | | Tom Bushold | Frank Agovino, Esq. | Steve Gallant, Esq.; Mark Shipley | E-mail from client to outside counsel and in-house counsel seeking legal advice re obtaining patent protection | A/C |
| 057 | 4/4/2002 | 3/28/2002 | Tom Bushold | Frank Agovino, Esq. | Steve Gallant, Esq.; Mark Shipley | Series of e-mails between client and outside counsel and in-house counsel conveying legal advice re obtaining patent protection | A/C |

| Doc # | Date | Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 058 | 4/3/2002 | 3/28/2002 | Frank Agovino, Esq. | Tom Bushold | Steve Gallant, Esq.; Mark Shipley | Series of e-mails between outside counsel and client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 059 | 4/1/2002 | 3/28/2002 | Tom Bushold | Mark Shipley | Frank Agovino, Esq.; Steve Gallant, Esq. | Series of e-mails between client and outside counsel and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 060 | 3/29/2002 | 3/28/2002 | Frank Agovino, Esq. | Tom Bushold | Steve Gallant, Esq.; Mark Shipley | Series of e-mails between outside counsel and client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 061 | 3/28/2002 | | Frank Agovino, Esq. | Tom Bushold | Steve Gallant, Esq.; Mark Shipley | Series of e-mails between outside counsel and client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 062 | 3/28/2002 | | Tom Bushold | Frank Agovino, Esq. | Mark Shipley | E-mail from client to outside counsel conveying information re seeking legal advice re obtaining patent protection | A/C |
| 063 | 3/22/2002 | | Frank Agovino, Esq. | Tom Bushold; Mark Shipley | Steve Gallant, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 064 | 3/21/2002 | 3/18/2002 | Steve Gallant, Esq. | Tom Bushold; Mark Shipley | Frank Agovino, Esq. | Series of e-mails between in-house counsel and client and outside counsel requesting information re seeking legal advice re obtaining patent protection | A/C |
| 065 | 3/21/2002 | 3/18/2002 | Tom Bushold | Steve Gallant, Esq.; Mark Shipley | Frank Agovino, Esq. | Series of e-mails between in-house counsel and client and outside counsel requesting information re seeking legal advice re obtaining patent protection | A/C |

| Doc # | Date | Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 066 | 3/21/2002 | 3/18/2002 | Steve Gallant, Esq. | Tom Bushold; Mark Shipley | Frank Agovino, Esq. | Series of e-mails between in-house counsel and client and outside counsel requesting information re seeking legal advice re obtaining patent protection | A/C |
| 067 | 3/19/2002 | | Tom Bushold | Frank Agovino, Esq. | Mark Shipley | E-mail from client to outside counsel providing information re seeking legal advice re obtaining patent protection | A/C |
| 068 | 3/19/2002 | | Frank Agovino, Esq. | Tom Bushold; Mark Shipley | | E-mail from outside counsel to client conveying legal advice re obtaining patent protection | A/C |
| 069 | 3/18/2002 | | Frank Agovino, Esq. | Tom Bushold; Mark Shipley | | E-mail from outside counsel to client conveying legal advice re obtaining patent protection | A/C |
| 070 | 1/22/2002 | | Steve Gallant, Esq. | Tom Bushold; Mark Shipley | | E-mail from in-house counsel to client conveying outside counsel's legal advice re obtaining patent protection | A/C |
| 071 | 1/15/2002 | 12/5/2001 | Steve Gallant, Esq. | Mark Shipley | Craig Hogan; Tom Bushold; James Barta, Esq. | Series of e-mails between in-house counsel and client and outside counsel conveying legal advice re obtaining patent protection | A/C |
| 072 | 1/14/2002 | 12/5/2001 | Steve Gallant, Esq. | Mark Shipley | James Barta, Esq. | Series of e-mails between in-house counsel and client and outside counsel conveying legal advice re obtaining patent protection | A/C |
| 073 | 12/5/2001 | | Steve Gallant, Esq. | Mark Shipley | James Barta, Esq. | Series of e-mail between in-house counsel and client and outside counsel conveying information re legal advice re obtaining patent protection | A/C |
| 074 | 11/5/2001 | 10/31/2001 | Steve Gallant, Esq. | Mark Shipley | Tom Bushold | Series of e-mails between in-house counsel and client conveying legal advice re obtaining patent protection | A/C |

| Doc # | Date Beg | Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 075 | 4/16/2001 | | Steve Sigman | Debbie Dollar; James Barta, Esq. | Mark Shipley; Carol Wofsey, Esq. | Series of e-mails between client and in-house counsel and outside counsel conveying information re seeking legal advice re obtaining patent protection | A/C |
| 076 | 9/30/2003 | | Terry Bishop | Con McGrath, Esq. | Rick Buer; Paula Cavic; Mark Shipley; Bill Konvalinka; Jonathan Wilson; Cristal Downing | Series of e-mail re seeking legal advice re contractual agreement | A/C |
| 077 | 9/21/1999 | | Steve Sigman | John Risberg, Esq. | Terry Bishop; Thomas Campbell; Chris Moloney; Mark Shipley; Kevin Shukers | E-mail between client and in-house counsel seeking legal advice re contractual agreement | A/C |
| 078 | 8/23/1999 | | Steve Sigman | John Risberg, Esq. | Terry Bishop; Tom Campbell; Chris Moloney; Mark Shipley | E-mail between client and in-house counsel seeking legal advice re contractual agreement | A/C |
| 079 | 8/18/1999 | 8/16/1999 | John Risberg, Esq. | Steve Sigman | Chris Ladage; Mark Shipley | Series of e-mails between in-house counsel and client conveying legal advice re contractual agreement | A/C |
| 080 | 8/16/1999 | | Steve Sigman | John Risberg, Esq. | Chris Ladage; Mark Shipley | E-mail from client to in-house counsel seeking legal advice re contractual agreement | A/C |
| 081 | 11/5/2003 | 11/3/2003 | Kathleen Bibbins | Chris Nowell; Chantal Ortik | Con McGrath, Esq. | Series of e-mails between client and in-house counsel seeking legal advice re business opportunities | A/C |
| 082 | 4/16/2001 | | James Barta, Esq. | Debbie Dollar; Steve Sigman | Mark Shipley; Carol Wofsey, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 083 | 4/9/2001 | 3/28/2001 | Mark Shipley | Debbie Dollar, James Barta, Esq.; Steve Sigman | Tom Bushold, Carol Wofsey, Esq. | Series of e-mails between client and outside counsel and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 084 | 4/12/2001 | 4/11/2001 | Carol Wofsey, Esq. | Chip Lerwick; Con McGrath, Esq. | Tom Bushold; Mark Shipley; Steve Sigman; Dave Myers; Kelly Woodruff | Series of e-mail between in-house counsel and client conveying legal advice re obtaining contractual agreement | A/C |

| Doc # | Date | Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 085 | 3/28/2001 | | James Barta, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 086 | 3/27/2001 | 1/20/2001 | John McArthur, Esq. | Mark Shipley | Karen Korn; Ron Lipovsky; Mark Tucker | Series of e-mails between in-house counsel and client conveying legal advice re obtaining patent protection | A/C |
| 087 | 3/1/2001 | | James Barta, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 088 | 2/19/2001 | | James Barta, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 089 | 2/12/2001 | | Mark Shipley | James Barta, Esq. | | E-mail from client to outside counsel providing information re seeking legal advice re obtaining patent protection | A/C |
| 090 | 1/4/2001 | | James Barta, Esq. | Carol Wofsey, Esq. | Tom Bushold; Mark Shipley | E-mail from outside counsel to in-house counsel and client conveying legal advice re obtaining patent protection | A/C |
| 091 | 1/3/2001 | | Linnie Plunk | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail between client and in-house counsel requesting legal advice re obtaining patent protection | A/C |
| 092 | | | | | | Document to be produced | |
| 093 | | | | | | Document to be produced | |
| 094 | | | | | | Document to be produced | |
| 095 | | | | | | Document to be produced | |
| 096 | | | | | | Document to be produced | |
| 097 | 11/29/2001 | 11/28/01 | Con McGrath, Esq. | Mark Shipley | David Estes; Rick Buer | Series of e-mails between in-house counsel and client conveying legal advice re business opportunities | A/C |

| Doc # | Date Beg | Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 098 | | | | | | Document to be produced | |
| 099 | | | | | | Document to be produced | |
| 100 | 10/30/2000 | | Con McGrath, Esq. | John Risberg, Esq.; Carol Wofsey, Esq. | Darryl Hutson; Steve Maritz; Ron Lipovsky; David Carrithers | Series of e-mails between in-house counsel and client conveying legal advice re pending litigation | A/C |
| 101 | | | | | | Duplicate document | |
| 102 | | | | | | Duplicate document | |
| 103 | | | | | | Duplicate document | |
| 104 | | | | | | Document to be produced | |
| 105 | 8/15/2001 | | James Barta, Esq. | John Risberg, Esq. | | Correspondence from outside counsel to client conveying legal advice re obtaining patent protection | A/C |
| 106 | 8/15/2001 | | James Barta, Esq. | John Risberg, Esq. | | Correspondence from outside counsel to client conveying legal advice re obtaining patent protection | A/C |
| 107 | 8/15/2001 | | James Barta, Esq. | John Risberg, Esq. | | Correspondence from outside counsel to client conveying legal advice re obtaining patent protection | A/C |
| 108 | 7/17/2000 | 7/15/2000 | Laura Miller | Carol Wofsey, Esq. | Ron Lipovsky; Steve Maritz; Charles Stain; John McArthur, Esq.; Gil Hoffman; Mark Shipley; Peter Cusick | Series of e-mails between client and in-house counsel seeking legal advice re potential business opportunities | A/C |
| 109 | 7/17/2000 | | Carol Wofsey, Esq. | Steve Maritz; John Risberg, Esq. | Laura Miller | Series of e-mails between in-house counsel and client conveying legal advice re potential business opportunities | A/C |
| 110 | | | | | | Document to be produced | |
| 111 | | | | | | Document to be produced | |

| Doc # | Date | Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 112 | 10/30/2000 | | Con McGrath, Esq. | John Risberg, Esq.; Carol Wofsey, Esq. | Darryl Hutson; Steve Maritz; Ron Lipovsky; David Carrithers | Series of e-mails between in-house counsel and client seeking legal advice re program investigation | A/C |
| 113 | | | | | | Duplicate document | |
| 114 | | | | | | Duplicate document | |
| 115 | | | | | | Duplicate document | |
| 116 | | | | | | Duplicate document | |
| 117 | 8/15/2001 | | James Barta, Esq. | John Risberg, Esq. | | Correspondence from outside counsel to in-house counsel providing legal advice re obtaining patent protection | A/C |
| 118 | 8/15/2001 | | James Barta, Esq. | John Risberg, Esq. | | Correspondence from outside counsel to in-house counsel providing legal advice re obtaining patent protection | A/C |
| 119 | 8/15/2001 | | James Barta, Esq. | John Risberg, Esq. | | Correspondence from outside counsel to in-house counsel providing legal advice re obtaining patent protection | A/C |
| 120 | 7/17/2000 | | Carol Wofsey, Esq. | Steve Maritz; John Risberg, Esq. | Laura Miller | Series of e-mails between in-house counsel and client conveying information re business opportunities. | A/C |
| 121 | 5/11/2000 | 5/9/2000 | Steve Maritz | Bill Meade | John Risberg, Esq.; Ron Lipovsky; John McArthur, Esq.; Jeff Crapo; Doug Turnquist | Series of e-mails between client and in-house counsel conveying legal advice re contractual agreement | A/C |
| 122 | 2/2/2000 | 2/1/2000 | Mike Tenholder | Carol Wofsey, Esq. | Steve Wheeler | Series of e-mails between client and in-house counsel conveying information re competitive program | A/C |

| Doc # | Date | Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 123 | | 10/7/1999 | Matthew Glazer | John Risberg, Esq. | Brian Fitzpatrick; Steve Maritz; John McArthur, Esq.; Ron Lipovsky; Mark Shipley; Rob Beining; Paul Cousino; Carlos Dunlap; Dan Henke; Gil Hoffman; Carol Iveich; Steve Kankel; Laura Miller; Carol Wofsey, Esq.; Jim Stone; Jim Kienker | Series of e-mails between in-house counsel and client conveying legal advice re issues re employee investments | A/C |
| 124 | | 10/8/1999 | Thomas Litz, Esq. | John Risberg, Esq. | Millard Backerman, Esq. | Correspondence from outside counsel to in-house counsel conveying information re legal advice re employee investments | A/C |
| 125 | | 10/7/1999 | John Risberg, Esq. | Steve Maritz; John McArthur, Esq.; Ron Lipovsky; Mark Shipley; Matthew Glazer; Rob Beining; Paul Cousino; Carlos Dunlap; Dan Henke; Gil Hoffman; Carol Iveich; Steve Kankel; Laura Miller; Carol Wofsey, Esq.; Jim Stone | Jim Keinker | E-mail between in-house counsel and client conveying legal advice re employee investments | A/C |
| 126 | | 10/7/1999 | John McArthur, Esq. | John Risberg, Esq.; Steve Maritz; John McArthur, Esq.; Ron Lipovsky; Mark Shipley; Matthew Glazer; Rob Beining; Paul Cousino; Carlos Dunlap; Dan Henke; Gil Hoffman; Carol Iveich; Steve Kankel; Laura Miller; Carol Wofsey, Esq.; Jim Stone | Jim Keinker | Series of e-mails between in-house counsel and client conveying legal advice re employee investments | A/C |
| 127 | | 9/1/1999 | Laura Miller | Bob Graham; Dan Henke; Gil Hoffman; Ron Lipovsky; Steve Maritz; John McArthur, Esq.; Jeff Reinberg; Mark Shipley; Carol Wofsey, Esq. | Carol Greife; Karen LaRue; Nancy Peek; Linnie Plunk; Linda Woods | E-mail between client and in-house counsel seeking legal advice re contractual agreement | A/C |
| 128 | | 9/1/1999 | Laura Miller | Carol Wofsey, Esq. | | E-mail from client to in-house counsel seeking legal advice re contractual agreement | A/C |
| 129 | | 9/1/1999 | Laura Miller | Bob Graham; Dan Henke; Gil Hoffman; Ron Lipovsky; Steve Maritz; John McArthur, Esq.; Jeff Reinberg; Mark Shipley; Carol Wofsey, Esq. | Carol Greife; Karen LaRue; Nancy Peek; Linnie Plunk; Linda Wood | E-mail from client to in-house counsel seeking legal advice re contractual agreement | A/C |

| Doc # | Date Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|
| 130 | 9/2/1999 | Carol Wofsey, Esq. | Laura Miller | | Facsimile cover sheet with attachment from in-house counsel to client conveying legal advice re contractual agreement | A/C |
| 131 | 9/2/1999 | Laura Miller | Carol Wofsey, Esq. | | Series of e-mails between client and in-house counsel re legal advice re contractual agreement | A/C |
| 132 | 9/1/1999 | Laura Miller | Carol Wofsey, Esq. | | E-mail from client to in-house counsel seeking legal advice re employee investments | A/C |
| 133 | 7/30/1999 | Carol Wofsey, Esq. | Steve Kankel; Laura Miller; John McArthur, Esq. | | Inter-office correspondence from in-house counsel to client conveying legal advice re contractual agreement | A/C |
| 134 | 7/30/1999 | Laura Miller | Carol Wofsey, Esq. | | E-mail from client to in-house counsel seeking legal advice re contractual agreement | A/C |
| 135 | 7/21/1999 7/20/1999 | John McArthur, Esq. | Carol Wofsey, Esq. | Linnie Plunk; Wenke Buttl; Mark Shipley; John Risberg, Esq. | Series of e-mails between client and in-house counsel seeking legal advice re contractual agreement | A/C |
| 136 | 7/20/1999 | Carol Wofsey, Esq. | John McArthur, Esq. | Mark Shipley; John Risberg, Esq. | E-mail from in-house counsel to client and in-house counsel conveying legal advice re contractual agreement | A/C |
| 137 | 8/31/1999 | Carol Wofsey, Esq. | | | Note by in-house counsel on draft conveying legal advice re language of contractual agreement | W/P |
| 138 | 8/31/1999 | Carol Wofsey, Esq. | | | Note by in-house counsel on draft conveying legal advice re language of contractual agreement | W/P |

| Doc # | Date Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|
| 139 | 8/24/1999 | Tracey Winkler | Robert Beining, Jr. Graham; Dan Henke, Gil Hoffman; Robert Johnson; Stephen Kankel; Ron Lipovsky; Steve Maritz; John McArthur, Esq.; Laura Miller; Jeff Reinberg; William Rogers; Mark Shipley; Jim Stone; Carol Wofsey, Esq. | Carol Greife; Karen LaRue; Nancy Peek; Linnie Plunk; Deborah Schiliy; Tammy Tallevast; Linda Wood | E-mail from client to in-house counsel providing information re contractual agreement | A/C |
| 140 | 8/26/1999 | Henry Stolar, Esq. | John Risberg, Esq.; Carol Wofsey, Esq., Con McGrath, Esq.; John McArthur, Esq. | | Inter-office correspondence between in-house counsel and client conveying outside counsel's legal advice re contractual agreement | A/C |
| 141 | 8/5/1999 | Carol Wofsey, Esq. | | | Note by in-house counsel on draft agreement conveying legal advice re contractual agreement | W/P |
| 142 | 8/2/1999 | Laura Miller | Carol Wofsey, Esq. | | Facsimile cover sheet from client to in-house counsel attaching information re seeking legal advice re contractual agreement | A/C |
| 143 | 7/30/1999 | Wenke Buttl | Carol Wofsey, Esq. | | Inter-office correspondence from client to in-house counsel conveying information re seeking legal advice re potential business opportunity | A/C |
| 144 | 8/17/1999 | Tracey Winkler | Robert Beining; Jr. Graham; Dan Henke; Gil Hoffman; Robert Johnson; Stephen Kankel; Ron Lipovsky; Steve Maritz; John McArthur, Esq.; Laura Miller; Jeffery Reinberg; William Rogers; Mark Shipley; Jim Stone; Carol Wofsey, Esq. | L. Butler; Carol Greife; Karen LaRue; Nancy Peek; Linnie Plunk; Deborah Schiliy; Eileen Wilson; Linda Wood | E-mail from client to in-house counsel seeking legal advice re contractual agreement | A/C |
| 145 | 8/3/1999 | Carol Wofsey, Esq. | Frank Agovino, Esq. | | Facsimile cover sheet from in-house counsel to outside counsel forwarding information re conveying legal advice re contractual agreement | A/C |

| Doc # | Date Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|
| 146 | 8/9/1999 | Linnie Plunk | Carol Wofsey, Esq. | | Facsimile cover sheet conveying information re contractual agreement | A/C |
| 147 | 8/9/1999 | Tracey Winkler | Linnie Plunk | Bob Graham; Dan Henke; Bob Johnson; Steve Kankel; Ron Lipovsky; Steve Maritz; John McArthur, Esq., Laura Miller; Jeff Reinberg; Tim Rogers; Mark Shipley; Jim Stone; Carol Wofsey, Esq. | Series of e-mails between client and in-house counsel conveying information re contractual agreement | A/C |
| 148 | 8/12/1999 | Linnie Plunk | Carol Wofsey, Esq. | Laura Miller; Bob Graham; Dan Henke; Gil Hoffman; Steve Kankel; Ron Lipovsky; Steve Maritz; Jeff Reinberg; Mark Shipley; Jim Stone, Tim Rogers; Bob Johnson; Karen LaRue; Lois Butler | Facsimile cover sheet from client to in-house counsel forwarding e-mail conveying information re contractual agreement | A/C |
| 149 | 8/11/1999 | Linnie Plunk | Carol Wofsey, Esq. | T. Winkler; J. Graham; D. Henke; R. Johnson; S. Kankel; R. Lipovsky; S. Maritz; J. McArthur, Esq.; L. Miller; J. Reinberg; W. Rogers; M. Shipley; J. Stone; C. Greife; K. LaRue; N. Peek; E. Wilson | Facsimile cover sheet from client to in-house counsel forwarding e-mail conveying information re contractual agreement | A/C |
| 150 | 7/27/1999 7/22/1999 | Carol Greife | Steve Kankel; Ron Lipovsky; Tim Rogers; John McArthur, Esq.; Jim Kienker; Jeff Reinberg; Gil Hoffman; Karen LaRue; Eileen Wilson; Linnie Plunk; Lois Butler; Linda Wood; Nancy Peek; Dan Henke; Mark Shipley; Bob Graham | Carol Wofsey, Esq.; Steve Maritz; Brian Fitzpatrick; Thomas Campbell; Laura Miller | Series of e-mails between client and in-house counsel conveying information re contractual agreement | A/C |
| 151 | 7/26/1999 7/22/1999 | Steve Maritz | Carol Wofsey, Esq. | Carol Greife; Jeff Reinberg; Jim Kienker; Gil Hoffman; Steve Kankel; Ron Lipovsky; Tim Rogers; John McArthur, Esq.; Jeff Reinberg; Brian Fitzpatrick; Thomas Campbell; Mark Shipley; Laura Miller | Series of e-mails from client to in-house counsel conveying information re contractual agreement | A/C |
| 152 | 7/26/1999 | Laura Miller | Carol Wofsey, Esq. | | E-mail from client to in-house counsel seeking legal advice re contractual agreement | A/C |

| Doc # | Date Beg | Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 153 | 7/26/1999 | | Brian Fitzpatrick | Carol Wofsey, Esq. | Steve Kankel; Gil Hoffman; Brian Fitzpatrick; Mark Shipley; Thomas Campbell; Steve Maritz; John McArthur, Esq.; Wenke Butf; Dan Henke | Series of e-mails from client to in-house counsel conveying information re seeking legal advice re contractual agreement | A/C |
| 154 | 7/26/1999 | | Carol Wofsey, Esq. | Steve Kankel; Gil Hoffman; Brian Fitzpatrick; Mark Shipley; Thomas Campbell | Steve Maritz; John McArthur, Esq.; Wenke Butf; Dan Henke | E-mail from in-house counsel to client conveying legal advice re contractual agreements and potential business opportunities | A/C |
| 155 | 7/28/1999 | 7/26/1999 | Carol Wofsey, Esq. | Steve Kankel | Laura Miller; John McArthur, Esq.; Bill Rusitzky | Series of e-mails between in-house counsel and client conveying legal advice re contractual agreement | A/C; W/P |
| 156 | 7/27/1999 | 7/26/1999 | Carol Wofsey, Esq. | Linnie Plunk | Steve Kankel; John McArthur, Esq.; Laura Miller; Bill Rusitzky | Series of e-mails between in-house counsel and client conveying legal advice re contractual agreement | A/C; W/P |
| 157 | 7/27/1999 | 7/26/1999 | Steve Kankel | Carol Wofsey, Esq. | John McArthur, Esq.; Laura Miller; Bill Rusitzky | Series of e-mail between client and in-house counsel conveying legal advice re contractual agreement | A/C |
| 158 | 3/28/2001 | | Carol Wofsey, Esq. | Jordi Partt | | Facsimile cover sheet from in-house counsel to client forwarding information conveying legal advice re contractual agreement and notes re same | A/C; W/P |
| 159 | 8/24/1999 | | John McArthur, Esq. | Linnie Plunk | T. Winkler; R. Beining; J. Graham; D. Henke; G. Hoffman; R. Johnson; S. Kankel; R. Lipovsky; S. Maritz; L. Miller; J. Reinberg; W. Rogers; M. Shipley; J. Stone; C. Wofsey, Esq.; C. Greife; K. LaRue; N. Peek; D. Schilly; S. Tallevast; L. Wood | Series of e-mails between client and in-house counsel conveying information re business opportunities and attendant legal advice | A/C |

| Doc # | Date Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|
| 160 | 8/17/1999 | John McArthur, Esq. | Linnie Plunk | T. Winkler; R. Beining; J. Graham; D. Henke; G. Hoffman; R. Johnson; S. Kankel; R. Lipovsky; S. Maritz; L. Miller; J. Reinberg; W. Rogers; M. Shipley; J. Stone; C. Wofsey, Esq.; L. Butler; C. Creife; K. Larue; N. Peek; D. Schilly; E. Wilson; L. Wood | Series of e-mails between client and in-house counsel conveying information re business opportunities and attendant legal advice | W/P |
| 161 | Undated | In-house counsel | Carol Wofsey, Esq. | | Notes reflecting legal advice re business opportunities | W/P |
| 162 | 7/29/1999 | In-house counsel | Carol Wofsey, Esq. | S. Kankel; B. Johnson; R. Lipovsky; S. Maritz; G. Hoffman; L. Miller; J. Stone; J. Kienker; J. McArthur, Esq.; B. Graham; B. Ardan; M. Shipley; R. Beining | Notes reflecting legal advice re business opportunities | W/P |
| 163 | 8/20/1999 | In-house counsel | Carol Wofsey, Esq. | S. Kankel; L. Miller; J. McArthur, Esq.; M. Shipley; R. Lipovsky; Carol Wofsey, Esq.; J. Stone; B. Ardan; J. Reinberg; R. Beining; G. Hoffman | Notes reflecting legal advice re business opportunities | W/P |
| 164 | 7/23/1999 | In-house counsel | Carol Wofsey, Esq. | | Notes reflecting legal advice re business opportunities | W/P |
| 165 | Undated | In-house counsel | Carol Wofsey, Esq. | | Notes reflecting legal advice re business opportunities | W/P |
| 166 | Undated | In-house counsel | Carol Wofsey, Esq. | | Notes reflecting legal advice re pending litigation | W/P |
| 167 | 7/30/1999 | Carol Wofsey, Esq. | Steve Kankel; Laura Miller | John McArthur, Esq.; Linnie Plunk | E-mail from in-house counsel to client conveying legal advice re contractual agreement | A/C |
| 168 | 2/27/2001 | James Barta, Esq. | Tom Bustold; Mark Shipley | Carol Wofsey, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 169 | | | | | Duplicate document | |

| Doc # | Date  Beg Date/Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|
| 170 | 8/3/1999 | Wenke Buttl | Linnie Plunk | | E-mail from client to in-house counsel with attachment for in-house counsel conveying information re business opportunities. | A/C |
| 171 | 7/11/2003 | Frank Agovino, Esq. | Craig Hogan; Steve Gallant, Esq. | | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |

EXHIBIT 2



ROTHWELL, FIGG, ERNST & MANBECK, P.C.

1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com

January 6, 2006

*VIA FACSIMILE*

David W. Harlan, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square, 16th Floor
St. Louis, MO 63102

G. Franklin Rothwell       Anne M. Sterba
E. Anthony Figg            Lisa N. Phillips
Barbara G. Ernst           Leigh Z. Callander
Harry F. Manbeck, Jr       C. Nichole Gifford
George R. Repper           Patrick T. Skacel
Steven Lieberman           Monica C. Kitts
Joseph A. Hynds            Brian A. Tollefson
Elizabeth A. Leff          Joo Mee Kim*
Richard Wydeven            Steven M. Giovannetti
Martin M. Zoltick          Hyunkweon Ryu
Minaksi Bhatt              R. Elizabeth Brenner
Sharon L. Davis            Adam M. Treiber
Robert B. Murray           Daniel L. Shores
Carla C. Calcagno          Joseph E. Green
Jeffrey L. Ihnen
Glenn E. Karta             Of Counsel
Martha Cassidy, Ph.D.      John A. McCahill
Brian S. Rosenbloom        Barbara Webb Walker, Ph.D.

*Not Admitted in D.C.

Re:    Trilegiant Loyalty Solutions v. Maritz
       Our Reference 2829-179

Dear David:

     I write in response to your January 3, 2006 letter regarding Trilegiant's privilege log. We agree with you that both parties should make whatever supplementations to their privilege logs may be necessary as soon as possible. Trilegiant will make all attempts to address the issues you have raised in your letter by the date you request, January 16, 2006. We in turn request that Maritz also remedy the shortcomings in its privilege log (discussed below) by that date.

     We also request that by January 16, 2006 Maritz complete its production of documents relating to its advice of counsel defense, including all attorney-client privileged communications and attorney work product relating <u>directly or indirectly</u> to Maritz's invalidity, unenforceability, and non-infringement contentions, including those documents dated after the filing of suit. Any withheld documents must be included on a privilege log. In particular, we await a complete copy of the document containing Defendant's Deposition Exhibits 66 and 67, which we specifically requested on December 28, 2005. Mark Shipley testified on December 19, 2005 that Maritz also sought legal advice regarding infringement of the Netcentives patents from Thompson Coburn LLP. All documents relating to the legal advice Maritz sought from Thompson Coburn, including correspondence and attorney work product, must be produced.

     Maritz has not produced a privilege log for the documents it produced in redacted form. Please do so by January 16, 2006.

     Documents 2, 3, 137, 138, 141 and 160-165 do not appear to be prepared in anticipation of litigation and Maritz's withholding of these documents on the basis of work product (as stated on the log) thus is unwarranted. If the attorney-client privilege is claimed the log must be amended to so state; otherwise these documents must be produced.

     <u>Nearly one-half</u> of the documents listed on the log (5-10, 13-17, 19-33, 43-49, 51-53, 55-75, 82, 83, 85-91, 105-107, 117-119, 168 and 171) are given the stock and uninformative description that they involve a communication between counsel and client "conveying legal advice regarding patent protection" or "conveying legal advice regarding obtaining patent

ROTHWELL, FIGG, ERNST & MANBECK, P.C.

David W. Harlan, Esq.
January 6, 2006
Page 2

protection." Such descriptions are insufficient for Trilegiant to assess whether Maritz's claim of privilege is warranted. Further detail, including identification of the each patent or patent application discussed in the document, is necessary for Trilegiant to assess Maritz's claims of privilege. For example, if the patent or patent application being discussed in the document is a patent in suit, the document must be produced. A similar problem attends to documents 1 and 54.

More than one-quarter of the documents listed on Maritz's privilege log (18, 34-42, 76-80, 84, 121, 127-131, 133-142, 144-153, 155-158 and 167) are given the stock description that they involve a communication between counsel and client regarding a "contractual agreement." Again, without knowing the identity of the parties to the contract or the type of contract, Trilegiant cannot assess whether Maritz's claim of attorney-client privilege is proper. Accordingly, further detail is necessary. For example, if the contractual agreement being discussed in the document relates to Maritz's licensing or purchase of Netcentives patents, the document must be produced.

A similar problem attends to the large number of documents (50, 81, 97, 108, 109, 120, 143, 154, 159-165 and 170) given the stock description that they involve a communication between counsel and client regarding a "business opportunity" or "potential business opportunity." Further detail, such as the identification of the parties to the business opportunity discussed and a brief description of the opportunity, is necessary for Trilegiant to assess Maritz's claim of privilege.

The descriptions for documents 12, 100 and 166 do not identify the "litigation" being discussed and are thus insufficient for Trilegiant to assess whether Maritz's invocation of the attorney-client privilege is proper. Similarly, more detailed descriptions of the "programs" discussed in documents 112 and 122, and of the "employee investments" discussed in documents 123-126 and 132, are necessary.

Lastly, approximately one-half of the documents listed on Maritz's privilege log are described as a "series of e-mails." Maritz has not listed all authors, recipients, and copy recipients in these e-mail strings. Such information is necessary for Trilegiant to properly evaluate Maritz's claims of privilege; please supplement accordingly. Moreover, none of the documents on the log are described as containing attachments. The log must identify e-mails and other documents with attachments and include descriptions sufficient information to enable Trilegiant to assess the applicability of the privilege or protection claimed.

Very truly yours,

*Liz Brenner*

R. Elizabeth Brenner

REB:erh
L:\2829\2829-179.LIT\LETTERS\HARLAN.L1.DOC

# ROTHWELL, FIGG, ERNST & MANBECK

1425 K Street, NW
Suite 800
Washington, D.C. 20005

Telephone: (202)783-6040
Telefax: (202)783-6031

FACSIMILE TRANSMITTAL SHEET

DATE:      January 6, 2006

TO:        David W. Harlan, Esq.              FAX:  314.231.4342
           Senniger, Powers, Leavitt & Roedel   PH:   314.231.5400

FROM:      R. Elizabeth Brenner, Esq.

Our Ref:   2829-179

Number of Pages Including This Transmittal Sheet:  3

If any problems in connection with this facsimile, please contact: Ella Hubbard at 202-783-6040.

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENCY RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICES. THANK YOU.

## MESSAGE:

Please see attached correspondence.



```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO           1290
CONNECTION TEL     ##213320#13142314342#
CONNECTION ID
ST. TIME           01/06 14:23
USAGE T            00'43
PGS. SENT          3
RESULT             OK
```

JAN - 6 2006

# ROTHWELL, FIGG, ERNST & MANBECK

1425 K Street, NW
Suite 800
Washington, D.C. 20005

Telephone: (202)783-6040
Telefax: (202)783-6031

FACSIMILE TRANSMITTAL SHEET

DATE:     January 6, 2006

TO:       David W. Harlan, Esq.           FAX:  314.231.4342
          Senniger, Powers, Leavitt & Roedel    PH:  314.231.5400

FROM:     R. Elizabeth Brenner, Esq.

Our Ref:  2829-179

Number of Pages Including This Transmittal Sheet:  3

If any problems in connection with this facsimile, please contact: Ella Hubbard at 202-783-6040.

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENCY RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICES.  THANK YOU.

## MESSAGE:

Please see attached correspondence.