# EXHIBIT 3

# Revised Maritz Privilege Log Dated January 23, 2006

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 001 | 2/12/2003 | | Michael Sewell | Mark Shipley | Kathleen Bibbins; Tami Hale; Craig Hogan | E-mail between client and employees discussing work performed by outside counsel (Redacted version of document to be produced) | A/C |
| 001.1 | 2/7/2003 | | Michael Sewell | Craig Hogan | | E-mail between client and employees discussing information requested by outside counsel for purpose of giving legal advice (Redacted version of document to be produced) | A/C |
| 002 | 8/18/2003 | | Michael Sewell | Mark Shipley | Kathleen Bibbins; Craig Hogan; Steve Sigman; Brian Falk; Tom Bushold; Tami Hale; Travis Carpenter; Lori Singer | E-mail between client conveying information re legal advice from outside counsel re patent protection (Redacted version of document to be produced) | A/C |
| 003 | 8/18/2003 | | Michael Sewell | Mark Shipley | Kathleen Bibbins; Tom Bushold; Travis Carpenter; Brian Falk; Tami Hale; Craig Hogan; Steve Sigman; Lori Singer | E-mail between employees discussing work and opinions of outside counsel (Redacted version of document to be produced) | A/C |
| 004 | 12/5/2002 | | John McArthur, Esq. | Mark Shipley | Kathleen Bibbins | E-mail between client and in-house counsel conveying legal advice re business opportunities | A/C |
| 004.1 | 12/4/2002 | | Mark Shipley | Steve Maritz | Kathleen Bibbins; Steve Gallant, Esq.; John McArthur, Esq. | E-mail between client and employees discussing seeking legal advice from in-house counsel re business opportunities | A/C |
| 005 | | Undated | Carol Wofsey, Esq. | Tom Bushold; Mark Shipley | | Inter-office correspondence from in-house counsel to client conveying legal advice re patent protection | A/C |
| 006 | 12/26/2000 | | James Barta, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail between outside counsel, client and in-house counsel and client conveying legal advice re patent protection with attached draft patent application (Redacted version of document to be produced) | A/C |
| 007 | 12/26/2000 | | James Barta, Esq. | Tom Bushold; Mark Shipley | | E-mail from outside counsel to client conveying legal advice re patent protection with attached draft patent application | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 008 | 12/13/2000 | | James Barta, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail from outside counsel to client conveying legal advice re patent protection with attached draft patent application | A/C |
| 009 | 12/1/2000 | | James Barta, Esq. | Mark Shipley | | E-mail from outside counsel to client conveying legal advice re patent protection | A/C |
| 010 | 12/1/2000 | | James Barta, Esq. | Carol Wofsey, Esq. | Tom Bushold; Mark Shipley | E-mail from outside counsel to in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 011 | | | | | | Document previously produced | |
| 012 | | | | | | Document to be produced | |
| 013 | | | | | | Document to be produced | |
| 014 | 5/2/2000 | | Carol Wofsey, Esq. | James Barta, Esq.; Tom Bushold; Mark Shipley | Steve Maritz; Ron Lipovsky | E-mail from in-house counsel to outside counsel seeking legal advice re pursuing patent protection (Redacted version of document to be produced) | A/C |
| 014.1 | 5/1/2000 | | James Barta, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail between outside counsel, client and in-house counsel seeking information for the purpose of giving legal advice re obtaining patent protection (Redacted version of document to be produced) | A/C |
| 015 | 5/1/2000 | | James Barta, Esq. | Mark Shipley | | E-mail from outside counsel to client seeking information for the purpose of giving legal advice re obtaining patent protection | A/C |
| 016 | | | | | | Document to be produced | |
| 017 | | Undated | Carol Wofsey, Esq. | Mark Shipley | Tom Bushold | Inter-office correspondence from in-house counsel to Maritz employee regarding items requested by outside counsel for purpose of obtaining patent protection | A/C |
| 018 | 9/2/1999 | | Laura Miller | Bob Graham; Daniel Henke; Gil Hoffman; Ronald Lipovsky; Steve Maritz; John McArthur, Esq.; Jeff Reinberg; Mark Shipley; Jim Stone; Carol Wofsey, Esq. | Steve Kankel; Carol Greife; Linnie Plunk; Karen LaRue; Linda Wood | Series of e-mails between client and in-house counsel with attached draft contractual agreement with edits that seek legal advice from in-house counsel re the contract (E-mail string to be produced) | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 019 | | | | | | Document to be produced | |
| 020 | 3/23/2000 | | Frank Agovino, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail between outside counsel, client and in-house counsel seeking information for the purpose of giving legal advice re obtaining patent protection | A/C |
| 021 | 1/28/2000 | | John Brawley | Carol Wofsey, Esq.; distribution list | | E-mail from client to in-house counsel re legal advice from outside counsel re patent protection | A/C |
| 022 | 1/12/2000 | | Carol Wofsey, Esq. | Mark Shipley | Ron Lipovsky; Laura Miller; Darlene Wehner | E-mail from in-house counsel to client giving legal advice re patent protection (Redacted version of document to be produced) | A/C |
| 023 | | | | | | Document to be produced | |
| 024 | | | | | | Document previously produced | |
| 025 | | | | | | Document to be produced | |
| 026 | 12/22/1999 | | Carol Wofsey, Esq. | Mark Shipley | | E-mail from in-house counsel to client conveying legal advice re patent protection | A/C |
| 027 | | | | | | Document to be produced | |
| 028 | | | | | | Document to be produced | |
| 029 | 11/22/1999 | | Carol Wofsey, Esq. | Mike Boland; Ron Lipovsky; Tim Rogers; Richard Spradling; Gil Hoffman; Jack Sorrentino; Steve Maritz; Jeff Reinberg | John Risberg, Esq.; Con McGrath, Esq.; Henry Stolar, Esq.; John McArthur, Esq. | Inter-office correspondence from in-house counsel to client conveying legal advice re patent protection | A/C |
| 030 | 9/16/1999 | | Laura Miller | Carol Wofsey, Esq. | | E-mail from client to in-house counsel providing information re seeking legal advice re patent protection with attached draft language re patent application and list of names (List of names to be produced) | A/C |
| 031 | 2/28/2002 | | Frank Agovino, Esq. | Steve Gallant, Esq. | Tom Bushold | E-mail from outside counsel to in-house counsel and client conveying legal advice re obtaining patent protection (Redacted version of document to be produced) | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 031.1 | 2/27/2002 | | Steve Gallant, Esq. | Tom Bushold | | E-mail from in-house counsel to client conveying legal advice re patent protection (Redacted version of document to be produced) | A/C |
| 031.2 | 2/27/2002 | | Tom Bushold | Steve Gallant, Esq. | | E-mail from client to in-house counsel seeking legal advice re patent protection | A/C |
| 032 | | | | | | Document to be produced | |
| 033 | | | | | | Document to be produced | |
| 034 | 7/27/2000 | | Jeffrey Altemueller | Tom Bushold; Mark Shipley | | E-mail between client employees regarding legal advice of in-house counsel re contract provision (Redacted version of document to be produced) | A/C |
| 034.1 | 7/14/2000 | | Jeff Altemueller | Mark Shipley; Tom Bushold | | E-mail between client employees regarding legal advice of in-house counsel re contract provision (Redacted version of document to be produced) | A/C |
| 035 | | | | | | Duplicate document | |
| 036 | 3/10/2000 | | Christian Roth | Steve Sigman | Mark Shipley; Tom Bushold; Jeffrey Altemueller | Attached draft document re patent protection prepared by in-house counsel (E-mail to be produced) | A/C |
| 037 | 1/21/2004 | | Kathleen Bibbins | John McArthur, Esq. | Mark Shipley, Ellen Cox; Sean Kelly, Steve Gallant, Esq. | E-mail between client and in-house counsel seeking legal advice re contractual agreement (Redacted version of document to be produced) | A/C |
| 038 | | | | | | Duplicate Document | |
| 039 | | | | | | Duplicate Document | |
| 040 | | | | | | Document to be produced | |
| 041 | | | | | | Document to be produced | |
| 042 | 9/9/2003 | | Terry Erwin | Kathleen Bibbins; Mike Furey; Steve Gallant, Esq.; Michelle Geraghty; Mark Shipley; Kevin Shukers; Steve Sigman | Ellie Huss; Jeff Muschick | E-mail from client to in-house counsel conveying information re seeking legal advice re contractual agreement | A/C |
| 043 | 9/27/1999 | | Laura Miller | Carol Wofsey, Esq; | Mark Shipley | E-mail from client to in-house counsel seeking legal advice re obtaining patent protection | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 044 | | | | | | Document to be produced | |
| 045 | 5/3/2004 | | James Barta, Esq. | Craig Hogan; Mark Shipley; Steve Gallant, Esq.; Tom Bushold | | E-mail between client and outside counsel conveying legal advice re obtaining patent protection (Redacted version of document to be produced) | A/C |
| 045.1 | 4/27/2004 | | James Barta, Esq. | Craig Hogan; Mark Shipley; Steve Gallant, Esq.; Tom Bushold | | E-mail between client and outside counsel conveying legal advice re obtaining patent protection (Redacted version of document to be produced) | A/C |
| 046 | 5/3/2004 | | James Barta, Esq. | Tom Bushold; Steve Gallant, Esq.; Craig Hogan; Mark Shipley | | E-mail between client and outside counsel conveying legal advice re obtaining patent protection with attached draft of amendment re patent application | A/C |
| 046.1 | 4/27/2004 | | James Barta, Esq. | Tom Bushold; Steve Gallant, Esq.; Craig Hogan; Mark Shipley | | E-mail between client and outside counsel conveying legal advice re obtaining patent protection with attached draft amendment re patent application | A/C |
| 047 | 4/27/2004 | | James Barta, Esq. | Tom Bushold; Steve Gallant, Esq.; Craig Hogan; Mark Shipley | Frank Agovino, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection with attached draft of patent application | A/C |
| 048 | 3/10/2004 | | James Barta, Esq. | Mark Shipley | | E-mail from outside counsel to client conveying legal advice re obtaining patent protection with attached copy of action from the PTO re patent application (Attachment to be produced) | A/C |
| 049 | 3/10/2004 | | James Barta, Esq. | Mark Shipley; Tom Bushold | Steve Gallant, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection with attached draft re patent application | A/C |
| 050 | 3/6/2003 | | Craig Hogan | Mark Shipley | | E-mail between client's employees discussing outside counsel's legal advice | A/C |
| 050.1 | 3/6/2003 | | Tami Hale | Frank Agovino, Esq. | Michael Sewell; Steve Gallant, Esq.; Tom Bushold; Craig Hogan; Kathleen Bibbins | E-mail from client to outside counsel and in-house counsel discussing outside counsel's legal advice | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 051 | 2/19/2003 | | Tom Bushold | Mark Shipley | | E-mail between client employees discussing legal advice from outside counsel re patent protection | A/C |
| 051.1 | 2/18/2003 | | Frank Agovino, Esq. | Tom Bushold | Steve Gallant, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re patent protection | A/C |
| 052 | 6/3/2002 | | Mark Shipley | Frank Agovino, Esq. | Steve Gallant, Esq.; Tom Bushold | E-mail between outside counsel and in-house counsel and client re seeking legal advice re obtaining patent protection (Redacted version to be produced) | A/C |
| 052.1 | 5/31/2002 | | Frank Agovino, Esq. | Mark Shipley; Steve Gallant, Esq. | | E-mail between outside counsel and in-house counsel and client conveying legal advice re patent protection (Redacted version of document to be produced) | A/C |
| 053 | 5/31/2002 | | Frank Agovino, Esq. | Steve Gallant, Esq.; Mark Shipley | | E-mail from outside counsel to in-house counsel and client conveying legal advice re obtaining patent protection | A/C |
| 054 | 4/25/2002 | | Michelle Geraghty | Steve Gallant, Esq.; Craig Hogan; Mark Shipley; Steve Sigman | Juliet Messmer, Gregg O'Neill | E-mail from client to in-house client providing information re possible infringers of patent | A/C |
| 055 | 4/15/2002 | | Frank Agovino, Esq. | Tom Bushold | Steve Gallant, Esq.; Mark Shipley | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection with attached patent (Attachment to be produced) | A/C |
| 055.1 | 4/4/2002 | | Tom Bushold | Frank Agovino, Esq. | Steve Gallant, Esq.; Mark Shipley | E-mail between client and outside counsel seeking legal advice re patent protection | A/C |
| 056 | 4/4/2002 | | Tom Bushold | Frank Agovino, Esq. | Steve Gallant, Esq.; Mark Shipley | E-mail from client to outside counsel and in-house counsel seeking legal advice re obtaining patent protection | A/C |
| 057 | 4/4/2002 | | Tom Bushold | Frank Agovino, Esq. | Steve Gallant, Esq.; Mark Shipley | E-mail from client to outside counsel re obtaining patent protection (Redacted version of this document to be produced) | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 057.1 | 4/3/2002 | | Frank Agovino, Esq. | Tom Bushold | Mark Shipley; Steve Gallant, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection (Redacted version of this document to be produced) | A/C |
| 058 | 4/3/2002 | | Frank Agovino, Esq. | Tom Bushold | Steve Gallant, Esq.; Mark Shipley | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection with attached draft patent application (Redacted version of e-mail to be produced) | A/C |
| 059 | 3/29/2002 | | Frank Agovino, Esq. | Tom Bushold | Mark Shipley; Steve Gallant, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection with attached draft of patent application (Redacted version of document to be produced) | A/C |
| 060 | 3/29/2002 | | Frank Agovino, Esq. | Tom Bushold | Steve Gallant, Esq.; Mark Shipley | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection with attached draft patent application (Redacted version to be produced) | A/C |
| 061 | | | | | | Document to be produced | |
| 062 | 3/28/2002 | | Tom Bushold | Frank Agovino, Esq. | Mark Shipley | E-mail from client to outside counsel with attached draft patent application reflecting legal advice re patent protection (E-mail to be produced) | A/C |
| 063 | 3/22/2002 | | Frank Agovino, Esq. | Tom Bushold; Mark Shipley | Steve Gallant, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection with attached draft patent application | A/C |
| 064 | 3/18/2002 | | Frank Agovino, Esq. | Steve Gallant, Esq. | | E-mail from outside counsel to in-house counsel requesting information re seeking legal advice re obtaining patent protection (Redacted version of this document to be produced) | A/C |
| 065 | | | | | | Duplicate document | |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 066 | 3/18/2002 | | Frank Agovino, Esq. | Steve Gallant, Esq. | | E-mail from outside counsel to in-house counsel conveying legal advice re obtaining patent protection with attached draft patent application prepared by outside counsel (Redacted version of this document to be produced) | A/C |
| 067 | 3/19/2002 | | Tom Bushold | Frank Agovino, Esq. | Mark Shipley | E-mail from client to outside counsel providing information re seeking legal advice re obtaining patent protection with attached Maritz document providing information re purposes of obtaining legal advice re obtaining patent protection | A/C |
| 068 | 3/19/2002 | | Frank Agovino, Esq. | Tom Bushold; Mark Shipley | | E-mail from outside counsel to client conveying legal advice re obtaining patent protection with attached draft patent application prepared by outside counsel | A/C |
| 069 | 3/18/2002 | | Frank Agovino, Esq. | Tom Bushold; Mark Shipley | | E-mail from outside counsel to client requesting information re legal advice re obtaining patent protection with attached draft patent application prepared by outside counsel | A/C |
| 070 | 1/22/2002 | | Steve Gallant, Esq. | Tom Bushold; Mark Shipley | | E-mail from in-house counsel to client conveying outside counsel's legal advice re obtaining patent protection | A/C |
| 071 | 1/15/2002 | | Steve Gallant, Esq. | Mark Shipley | | E-mail from in-house counsel to client conveying legal advice and opinion of outside counsel re patent protection (Redacted version of this document to be produced) | A/C |
| 071.1 | 1/14/2002 | | Steve Gallant, Esq. | Mark Shipley | | E-mail from in-house counsel to client conveying legal advice re patent protection (Redacted version of this document to be produced) | A/C |
| 071.2 | 12/11/2001 | | Mark Shipley | Steve Gallant, Esq. | | E-mail from client to in-house counsel seeking legal advice re patent protection (Redacted version of this document to be produced) | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|-------|------|---------|--------|-----------|-----|-------------|-----------------|
| 071.3 | 12/5/2001 | | Steve Gallant, Esq. | Mark Shipley | | E-mail from in-house counsel to client conveying legal advice re patent protection (Redacted version of this document to be produced) | A/C |
| 071.4 | 12/5/2001 | | James Barta, Esq. | Steve Gallant, Esq. | | E-mail from outside counsel to in-house counsel conveying legal advice re obtaining patent protection (Redacted version of this document to be produced) | A/C |
| 072 | | | | | | Duplicate document | |
| 073 | 12/5/2001 | | Steve Gallant, Esq. | Mark Shipley | | E-mail from in-house counsel to client conveying legal advice re patent protection | A/C |
| 073.1 | 12/5/2001 | | James Barta, Esq. | Steve Gallant, Esq. | | E-mail from outside counsel to in-house counsel conveying legal advice re patent protection | A/C |
| 074 | 11/5/2001 | | Steve Gallant, Esq. | Mark Shipley | | E-mail from in-house counsel to client conveying legal advice re obtaining patent protection (Redacted version of this document to be produced) | A/C |
| 074.1 | 11/1/2001 | | Mark Shipley | Steve Gallant, Esq.; Tom Bushold | | E-mail between client and in-house counsel conveying information re legal advice re obtaining patent protection (Redacted version of this document to be produced) | A/C |
| 074.2 | 10/31/2001 | | Tom Bushold | Steve Gallant, Esq. | | E-mail from client to in-house counsel conveying information re legal advice re obtaining patent protection (Redacted version of this document to be produced) | A/C |
| 075 | 4/16/2001 | | James Barta, Esq. | Debbie Dollar; Steve Sigman | Mark Shipley; Carol Wofsey, Esq. | E-mail between outside counsel and client conveying information re conveying legal advice re obtaining patent protection (Redacted version of this document to be produced) | A/C |
| 076 | 9/30/2003 | | Terry Bishop | Con McGrath, Esq. | Rick Buer; Paula Cavic; Mark Shipley | E-mail to in-house counsel seeking legal advice re contractual agreement with attached agreement (Redacted version of this document to be produced; agreement to be produced) | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 077 | 9/21/1999 | | Steve Sigman | John Risberg, Esq. | Terry Bishop; Thomas Campbell; Chris Moloney; Mark Shipley; Kevin Shukers | E-mail between client and in-house counsel seeking legal advice re contractual agreement with attached revised contractual agreement | A/C |
| 078 | 8/23/1999 | | Steve Sigman | John Risberg, Esq. | Terry Bishop; Tom Campbell; Chris Moloney; Mark Shipley | E-mail between client and in-house counsel seeking legal advice re contractual agreement with attached draft contractual agreement seeking legal advice | A/C |
| 079 | 8/16/1999 | | Steve Sigman | John Risberg, Esq. | Chris Ladage; Mark Shipley | E-mail from client to in-house counsel seeking legal advice re contractual agreement with attached contractual agreement (Redacted version of e-mail to be produced; attachment to be produced) | A/C |
| 080 | 8/16/1999 | | Steve Sigman | John Risberg, Esq. | Chris Ladage; Mark Shipley | E-mail from client to in-house counsel seeking legal advice re contractual agreement with attached draft contractual agreement seeking legal advice | A/C |
| 081 | 11/5/2003 | | Con McGrath, Esq. | Kathleen Bibbins | | E-mail between in-house counsel and client seeking legal advice re contractual agreement (Redacted version of this document to be produced) | A/C |
| 081.1 | 11/3/2003 | | Kathleen Bibbins | Con McGrath, Esq. | | E-mail between client and in-house counsel seeking legal advice re contractual agreement (Redacted version of this document to be produced) | A/C |
| 082 | 4/16/2001 | | James Barta, Esq. | Debbie Dollar; Steve Sigman | Mark Shipley; Carol Wofsey, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 083 | 4/9/2001 | | Mark Shipley | Debbie Dollar; James Barta, Esq.; Steve Sigman | Tom Bushold; Carol Wofsey, Esq. | E-mail between client and outside counsel and in-house counsel re information re legal advice re obtaining patent protection | A/C |
| 083.1 | 3/28/2001 | | James Barta, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 084 | 4/11/2001 | | Con McGrath, Esq. | Carol Wofsey, Esq. | Chip Lerwick | E-mail between in-house counsel and client conveying legal advice re contractual agreement (Redacted version of this document to be produced) | A/C |
| 084.1 | 4/11/2001 | | Chip Lerwick | Con McGrath, Esq. | | E-mail between client and in-house counsel seeking legal advice re contractual agreement (Redacted version of this document to be produced) | A/C |
| 085 | 3/28/2001 | | James Barta, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 086 | | | | | | Document to be produced | |
| 087 | | | | | | Document to be produced | |
| 088 | 2/19/2001 | | James Barta, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection with attached draft patent application reflecting legal advice | A/C |
| 089 | 2/12/2001 | | Mark Shipley | James Barta, Esq. | | E-mail from client to outside counsel providing information re seeking legal advice re obtaining patent protection with attached Maritz document re preparation of draft patent application reflecting legal advice | A/C |
| 090 | 1/4/2001 | | James Barta, Esq. | Carol Wofsey, Esq. | Tom Bushold; Mark Shipley | E-mail from outside counsel to in-house counsel and client conveying legal advice re obtaining patent protection | A/C |
| 091 | 1/3/2001 | | Linnie Plunk | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail from in-house legal secretary to client and in-house counsel requesting information for purposes of providing legal advice re obtaining patent protection | A/C |
| 092 | | | | | | Document previously produced | |
| 093 | | | | | | Document previously produced | |
| 094 | | | | | | Document previously produced | |
| 095 | | | | | | Document previously produced | |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 096 | | | | | | Document previously produced | |
| 097 | 11/29/2001 | | Con McGrath, Esq. | Mark Shipley | | E-mail from in-house counsel to client discussing legal advice re business opportunities (Redacted version of document to be produced) | A/C |
| 097.1 | 11/29/2001 | | Mark Shipley | Con McGrath, Esq. | | E-mail between client and in-house counsel seeking legal advice re business opportunities (Redacted version of document to be produced) | |
| 098 | | | | | | Document previously produced | |
| 099 | | | | | | Document previously produced | |
| 100 | 10/30/2000 | | Con McGrath, Esq. | John Risberg, Esq.; Carol Wofsey, Esq. | | E-mail between in-house counsel conveying legal advice re pending litigation (Redacted version of this document to be produced) | A/C |
| 100.1 | 10/30/2000 | | Darryl Hutson | Steve Maritz; Ron Lipovsky | Con McGrath, Esq. | E-mail between client and in-house counsel conveying information and seeking legal advice re pending patent litigation (Redacted version of this document to be produced) | A/C |
| 101 | | | | | | Duplicate document | |
| 102 | | | | | | Duplicate document | |
| 103 | | | | | | Duplicate document | |
| 104 | | | | | | Document previously produced | |
| 105 | 8/15/2001 | | James Barta, Esq. | John Risberg, Esq. | | Correspondence from outside counsel to client conveying legal advice re obtaining patent protection | A/C |
| 106 | 8/15/2001 | | James Barta, Esq. | John Risberg, Esq. | | Correspondence from outside counsel to client conveying legal advice re obtaining patent protection with attached information re seeking legal advice re patent protection | A/C |
| 107 | 8/15/2001 | | James Barta, Esq. | John Risberg, Esq. | | Correspondence from outside counsel to client conveying legal advice re obtaining patent protection | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|-------|------|---------|--------|-----------|-----|-------------|-----------------|
| 108 | 7/17/2000 | | Laura Miller | Carol Wofsey, Esq. | | E-mail from client to in-house counsel notifying in-house counsel of situation requiring legal attention (Redacted version of this document to be produced) | A/C |
| 108.1 | 7/17/2000 | | Ron Lipovsky | Steve Maritz; Charles Stain | John McArthur, Esq.; Gil Hoffman; Laura Miller; Mark Shipley | E-mail between client and in-house counsel notifying in-house counsel of situation requiring legal attention and seeking legal advice re business opportunities (Redacted version of this document to be produced) | A/C |
| 108.2 | 7/17/2000 | | Steve Maritz | Charles Stain | Ron Lipovsky, John McArthur, Esq.; Gil Hoffman; Laura Miller; Mark Shipley | E-mail between client and in-house counsel notifying in-house counsel of situation requiring legal attention and seeking legal advice re business opportunities (Redacted version of this document to be produced) | A/C |
| 109 | | | | | | Document to be produced | |
| 110 | | | | | | Document previously produced | |
| 111 | | | | | | Document previously produced | |
| 112 | 10/30/2000 | | Con McGrath, Esq. | John Risberg, Esq.; Carol Wofsey, Esq. | | E-mail between in-house counsel conveying information re situation requiring legal analysis and advice (Redacted version of this document to be produced) | A/C |
| 112.1 | 10/30/2000 | | Darryl Hutson | Steve Maritz; Ron Lipovsky; | Con McGrath, Esq. | E-mail between client and in-house counsel conveying information re situation requiring legal analysis and advice (Redacted version of this document to be produced) | A/C |
| 113 | | | | | | Duplicate document | |
| 114 | | | | | | Duplicate document | |
| 115 | | | | | | Duplicate document | |
| 116 | | | | | | Duplicate document | |
| 117 | | | | | | Duplicate document | |
| 118 | | | | | | Duplicate document | |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|-------|------|---------|--------|-----------|-----|-------------|-----------------|
| 119 | 8/15/2001 | | James Barta, Esq. | John Risberg, Esq. | | Correspondence from outside counsel to in-house counsel providing legal advice re obtaining patent protection | A/C |
| 120 | | | | | | Duplicate document | |
| 121 | | | | | | Document to be produced | |
| 122 | 2/2/2000 | | Mike Tenholder | Carol Wofsey, Esq. | | E-mail between client and in-house counsel conveying information for purpose of seeking legal advice re competitive program (Redacted version of this document to be produced) | A/C |
| 123 | 10/7/1999 | | John Risberg, Esq. | Steve Maritz; John McArthur, Esq.; Ron Lipovsky; Mark Shipley; Matthew Glazer; Rob Beining; Paul Cousino; Carlos Dunlap; Daniel Henke; Gil Hoffman; Carol Ivcich; Steve Kankel; Laura Miller; Carol Wofsey, Esq.; Jim Stone | Jim Keinker | E-mail from in-house counsel to client conveying legal advice re financial opportunity with attached prospectus (Redacted version of this document to be produced; attachment to be produced) | A/C |
| 124 | 10/8/1999 | | Thomas Litz, Esq. | John Risberg, Esq. | Millard Backerman, Esq. | Correspondence from outside counsel to in-house counsel conveying information re legal advice re financial opportunity with attached Wall Street Journal article (Attachment to be produced) | A/C |
| 125 | 10/7/1999 | | John Risberg, Esq. | Steve Maritz; John McArthur, Esq.; Ron Lipovsky; Mark Shipley; Matthew Glazer; Rob Beining; Paul Cousino; Carlos Dunlap; Dan Henke; Gil Hoffman; Carol Ivcich; Steve Kankel; Laura Miller; Carol Wofsey, Esq.; Jim Stone | Jim Keinker | E-mail between in-house counsel and client conveying legal advice re financial opportunity | A/C |
| 126 | 10/7/1999 | | John Risberg, Esq. | Steve Maritz; John McArthur, Esq.; Ron Lipovsky; Mark Shipley; Matthew Glazer; Rob Beining; Paul Cousino; Carlos Dunlap; Dan Henke; Gil Hoffman; Carol Ivcich; Steve Kankel; Laura Miller; Carol Wofsey, Esq.; Jim Stone | Jim Keinker | E-mail between in-house counsel and client conveying legal advice re financial opportunity with attached list of team members (Redacted version of this document to be produced; attachment to be produced) | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 127 | 9/1/1999 | | Laura Miller | Bob Graham; Dan Kenke; Gil Hofman; Ron Lipovsky; Steve Maritz; John McArthur, Esq.; Jeff Reinberg; Mark Shipley; Carol Wofsey, Esq. | Carol Greife; Karen LaRue; Nancy Peek; Linnie Plunk; Linda Woods | E-mail between client and in-house counsel seeking legal advice re contractual agreement with attached draft of contractual agreement seeking legal advice re contract provisions | A/C |
| 128 | 9/1/1999 | | Laura Miller | Carol Wofsey, Esq. | | E-mail from client to in-house counsel seeking legal advice re contractual agreement with attached draft contractual agreement seeking legal advice re contract provisions | A/C |
| 129 | 9/1/1999 | | Laura Miller | Bob Graham; Dan Henke; Gil Hofman; Ron Lipovsky; Steve Maritz; John McArthur, Esq.; Jeff Reinberg; Mark Shipley; Carol Wofsey, Esq. | Carol Greife; Karen LaRue; Nancy Peek; Linnie Plunk; Linda Wood | E-mail from client to in-house counsel seeking legal advice re contractual agreement; attachment not with document (Redacted version of this document to be produced) | A/C |
| 129.1 | 9/1/1999 | | Laura Miller | Carol Wofsey, Esq. | John McArthur, Esq., Mark Shipley | E-mail between client and in-house counsel seeking legal advice re contractual agreement with attached chart seeking legal advice re business opportunity (Redacted version of this document to be produced) | A/C |
| 129.2 | 9/1/1999 | | Mark Shipley | John McArthur, Esq. | Laura Miller, Daniel Henke | E-mail between client and in-house counsel re seeking legal advice re contractual agreement (Redacted version of this document to be produced) | A/C |
| 129.3 | 9/1/1999 | | John McArthur, Esq. | Laura Miller; Mark Shipley; Daniel Henke | | E-mail between client and in-house counsel re conveying legal advice re contractual agreement (Redacted version of this document to be produced) | A/C |
| 129.4 | 9/1/1999 | | Bob Graham | John McArthur, Esq. | Deb Hill-Jablonski; Gil Hofman | E-mail between client and in-house counsel seeking legal advice re contractual agreement (Redacted version of this document to be produced) | A/C |
| 129.5 | 9/1/1999 | | John McArthur, Esq. | Bob Graham | | E-mail from in-house counsel to client conveying legal advice re contractual agreement (Redacted version of this document to be produced) | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|-------|------|---------|--------|-----------|-----|-------------|-----------------|
| 129.6 | 8/27/1999 | | Bob Graham | Gil Hoffman; John McArthur, Esq. | | E-mail between client and in-house counsel seeking legal advice re contractual agreement (Redacted version of this document to be produced) | A/C |
| 129.7 | 8/26/1999 | | John McArthur, Esq. | Gil Hoffman; Bob Graham | | E-mail from in-house counsel to client conveying legal advice re contractual agreement (Redacted version of this document to be produced) | A/C |
| 129.8 | 8/25/1999 | | Gil Hoffman | Bob Graham | John McArthur, Esq. | E-mail between client and in-house counsel seeking legal advice re contractual agreement (Redacted version of this document to be produced) | A/C |
| 130 | 9/2/1999 | | Carol Wolsey, Esq. | Laura Miller | | Facsimile cover sheet with attached draft contract from in-house counsel to client conveying legal advice re contractual agreement (Facsimile cover sheet to be produced) | A/C |
| 131 | | | | | | Document to be produced | |
| 132 | 9/1/1999 | | Laura Miller | Carol Wolsey, Esq. | | E-mail from client to in-house counsel seeking legal advice re financial opportunity | A/C |
| 133 | | | | | | Document to be produced | |
| 134 | 7/30/1999 | | Laura Miller | Carol Wolsey, Esq. | | E-mail from client to in-house counsel seeking legal advice re contractual agreement with attached draft conveying information for purposes of seeking legal advice re contract | A/C |
| 135 | 7/21/1999 | | John McArthur, Esq. | Carol Wolsey, Esq. | Linnie Plunk; Wenke Buttl | E-mail between in-house counsel seeking legal advice re contractual agreement | A/C |
| 135.1 | 7/20/1999 | | Carol Wolsey, Esq. | John McArthur, Esq. | Mark Shipley; John Risberg, Esq. | E-mail between in-house counsel seeking information in order to provide legal advice re contractual agreement | A/C |
| 136 | 7/20/1999 | | Carol Wolsey, Esq. | John McArthur, Esq. | Mark Shipley; John Risberg, Esq. | E-mail from in-house counsel to client and in-house counsel seeking legal advice re contractual agreement | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 137 | 8/31/1999 | | Carol Wofsey, Esq. | | | Handwritten note by in-house counsel on draft contractual agreement reflecting thoughts and legal advice re language of contractual agreement | A/C |
| 138 | 8/31/1999 | | Carol Wofsey, Esq. | | | Note by in-house counsel on draft reflecting thoughts and legal advice re language of contractual agreement | A/C |
| 139 | 8/24/1999 | | Tracey Winkler | Robert Bening, Jr. Graham; Dan Henke; Gil Hoffman; Robert Johnson; Stephen Kankel; Ron Lipovsky; Steve Maritz; John McArthur, Esq.; Laura Miller; Jeff Reinberg; William Rogers; Mark Shipley; Jim Stone, Carol Wofsey, Esq. | Carol Greife; Karen LaRue; Nancy Peek; Linnie Plunk; Deborah Schilly; Tammy Tallevast; Linda Wood | E-mail with attached notes between client and in-house counsel reflecting legal advice re patent protection and business opportunities (E-mail to be produced; Redacted version of notes to be produced) | A/C |
| 140 | 8/26/1999 | | Henry Stolar, Esq. | John Risberg, Esq.; Carol Wofsey, Esq.; Con McGrath, Esq.; John McArthur, Esq. | Dale Joerling, Esq.; Tom Minogue, Esq. | Inter-office correspondence between in-house counsel and client with attached letter from outside counsel conveying legal advice re contract and sample contract conveying outside counsel's legal advice and thoughts re contractual agreement | A/C |
| 141 | 8/5/1999 | | Carol Wofsey, Esq. | | | Note by in-house counsel on draft agreement reflecting thoughts and legal advice re contractual agreement | A/C |
| 142 | 8/2/1999 | | Laura Miller | Carol Wofsey, Esq. | | Facsimile cover sheet from client to in-house counsel attaching draft contractual agreement seeking legal advice re contractual agreement (Facsimile cover sheet to be produced) | A/C |
| 143 | 7/30/1999 | | Wenke Butti | Carol Wofsey, Esq. | | Inter-office correspondence from client to in-house counsel conveying information re seeking legal advice re potential business opportunity | A/C |
| 144 | 8/17/1999 | | Tracey Winkler | Robert Bening, Jr. Graham; Dan Henke; Gil Hoffman; Robert Johnson; Stephen Kankel; Ron Lipovsky; Steve Maritz; John McArthur, Esq.; Laura Miller; Jeffery Reinberg; William Rogers; Mark Shipley; Jim Stone, Carol Wofsey, Esq. | L. Butler; Carol Greife; Karen LaRue; Nancy Peek; Linnie Plunk; Deborah Schilly; Eileen Wilson; Linda Wood | E-mail from client to in-house counsel seeking legal advice re contractual agreement | A/C |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 145 | 8/3/1999 | | Laura Miller | Linnie Plunk | | E-mail from client to in-house counsel's legal staff conveying information from potential business partner re legal advice re contractual agreement | A/C |
| 145.1 | 8/2/1999 | | Bill Rusitzky | John McArthur, Esq. | Steve Kankel | E-mail from potential business partner to in-house counsel conveying information re legal advice re contractual agreement | A/C |
| 146 | | | | | | Document to be produced | |
| 147 | | | | | | Document to be produced | |
| 148 | 8/12/1999 | | Linnie Plunk | Carol Wofsey, Esq. | Laura Miller; Bob Graham; Dan Henke; Gil Hoffman; Steve Kankel; Ron Lipovsky; Steve Maritz; Jeff Reinberg; Mark Shipley; Jim Stone; Tim Rogers; Bob Johnson; Karen LaRue; Lois Butler | Fax cover sheet from client to in-house counsel forwarding e-mail conveying information re contractual agreement with attached notes conveying legal advice re business opportunity (Fax sheet and e-mail to be produced) | A/C |
| 149 | | | | | | Document to be produced | |
| 150 | | | | | | Document to be produced | |
| 150.1 | 7/23/1999 | | Steve Kankel | Steve Maritz | Ron Lipovsky; Brian Fitzpatrick; John McArthur, Esq.; Mark Shipley; Tom Campbell; Laura Miller | Inter-office correspondence b/w client and in-house counsel seeking legal advice re business opportunities and patent protection w/attached meeting notes reflecting legal advice re business opportunities (Redacted version of this document to be produced) | A/C |
| 151 | | | | | | Document to be produced | |
| 152 | 7/26/1999 | | Laura Miller | Carol Wofsey, Esq. | | E-mail from client to in-house counsel seeking legal advice re contractual agreement | A/C |
| 153 | 7/26/1999 | | Brian Fitzpatrick | Carol Wofsey, Esq. | | E-mail from client to in-house counsel seeking legal advice re contractual agreement | A/C |
| 153.1 | 7/26/1999 | | Carol Wofsey, Esq. | Steve Kankel; Gil Hoffman; Brian Fitzpatrick; Mark Shipley; Thomas Campbell | Steve Maritz; John McArthur, Esq.; Wenke Butt; Daniel Henke | E-mail between in-house counsel and client conveying legal advice re contractual agreement | A/C |
| 154 | | | | | | Duplicate document | |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 155 | 7/28/1999 | | Carol Wolfsey, Esq. | Steve Kankel | | E-mail between in-house counsel and client conveying legal advice re contractual agreement (Redacted version of this document to be produced) | A/C |
| 156 | 7/27/1999 | 7/26/1999 | Carol Wolfsey, Esq. | Linnie Plunk | Steve Kankel; John McArthur, Esq.; Laura Miller; Bill Rusitzsky | Draft Agreement reflecting legal advice and thoughts of in-house counsel re contract provisions attached to e-mail from in-house counsel to client (E-mail string to be produced) | A/C |
| 157 | | | | | | Document to be produced | |
| 158 | 3/28/2001 | | Carol Wolfsey, Esq. | Jordi Partt | | Facsimile cover sheet from in-house counsel to client forwarding information conveying legal advice re contractual agreement and notes re same with attached draft agreement (Facsimile cover sheet to be produced) | A/C |
| 159 | | | | | | Document to be produced | |
| 160 | | | | | | Document to be produced | |
| 161 | | Undated | Unidentified Maritz employee | Carol Wolfsey, Esq. | | Notes from employee to in-house counsel reflecting thoughts and legal advice and thoughts re business opportunities | A/C |
| 162 | 7/29/1999 | | In-house counsel | Carol Wolfsey, Esq. | S. Kankel; B. Johnson; R. Lipovsky; S. Maritz; G. Hoffman; L. Miller; J. Stone; J. Klenker; J. McArthur, Esq.; B. Graham; B. Ardan; M. Shipley; R. Beining | Notes reflecting legal advice and thoughts re business opportunities | A/C |
| 163 | 8/20/1999 | | In-house counsel | Carol Wolfsey, Esq. | S. Kankel; L. Miller; J. McArthur, Esq.; M. Shipley; R. Lipovsky; Carol Wolfsey, Esq.; J. Stone; B. Ardan; J. Reinberg; R. Beining; G. Hoffman | Notes reflecting legal advice and thoughts re business opportunities | A/C |
| 164 | 7/23/1999 | | In-house counsel | Carol Wolfsey, Esq. | | Notes reflecting legal advice and thoughts re business opportunities | A/C |
| 165 | | Undated | In-house counsel | Carol Wolfsey, Esq. | | Notes reflecting legal advice and thoughts re business opportunities | A/C |

| Doc # | Date Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|
| 166 | Undated | In-house counsel | Carol Wofsey, Esq. | | Notes reflecting legal advice re outside litigation (Redacted version of this document to be produced) | A/C |
| 167 | 7/30/1999 | Carol Wofsey, Esq. | Steve Kankel; Laura Miller | John McArthur, Esq.; Linnie Plunk | E-mail from in-house counsel to client conveying legal advice re contractual agreement | A/C |
| 168 | 2/27/2001 | James Barta, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection with attached draft patent application reflecting thoughts and legal advice of outside counsel | A/C |
| 169 | | | | | Duplicate document | |
| 170 | 8/3/1999 | Wenke Buttl | Linnie Plunk | | E-mail from client to in-house counsel with attachment for in-house counsel conveying information re business opportunities with attached meeting notes reflecting legal advice re business opportunities (E-mail to be produced) | A/C |
| 171 | 7/11/2003 | Frank Agovino, Esq. | Craig Hogan, Steve Gallant, Esq. | | E-mail from outside counsel to client and in-house counsel conveying legal advice re obtaining patent protection | A/C |
| 172 | 12/7/2000 | James Barta, Esq. | Tom Bushold; Mark Shipley | Carol Wofsey, Esq. | E-mail between outside counsel, client and in-house counsel conveying legal advice re patent protection with attached draft patent application reflecting thoughts and legal advice of outside counsel | A/C |
| 173 | | | | | Document to be produced | |
| 174 | | | | | Document to be produced | |
| 175 | | | | | Document to be produced | |
| 176 | 10/27/1995 | John McArthur, Esq. | | | Handwritten note by in-house counsel recording confidential communications made for purpose of giving legal advice re business opportunities (Redacted version previously produced) | A/C |
| 177 | | | | | Document to be produced | |

| Doc # | Date | Undated | Author | Recipient | cc: | Description | Privilege Basis |
|---|---|---|---|---|---|---|---|
| 178 | | | | | | Document to be produced | |
| 179 | | Undated | John McArthur, Esq. | | | Handwritten note by in-house counsel recording confidential communications made for purpose of giving legal advice re business opportunities (Redacted version previously produced) | A/C |
| 180 | | | | | | Document to be produced | |
| 181 | | | | | | Document to be produced | |
| 182 | | | | | | Document to be produced | |
| 183 | | | | | | Document to be produced | |
| 184 | 5/29/1996 | | John Modica | John McArthur, Esq. | Linnie Plunk | Handwritten note from client to in-house counsel seeking legal advice re business opportunities (Redacted version previously produced) | A/C |
| 185 | | | | | | Document to be produced | |
| 186 | | | | | | Document to be produced | |
| 187 | 9/9/1998 | | Frank Agovino, Esq. | Carol Wolfsey, Esq., John McArthur, Esq. | | Correspondence from outside counsel to in-house counsel conveying legal advice re potential infringement (Redacted version previously produced) | A/C; W/P |
| 188 | 10/23/2000 | | James Barta, Jr., Esq. | Carol Wolfsey, Esq. | | Correspondence from outside counsel to in-house counsel conveying legal advice re patent protection (Redacted version previously produced | A/C; W/P |

EXHIBIT 4

 **ROTHWELL, FIGG, ERNST & MANBECK, P.C.**

1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com

January 26, 2006

*VIA E-MAIL*

David W. Harlan, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square, 16th Floor
St. Louis, MO 63102

G. Franklin Rothwell
E. Anthony Figg
Barbara G. Ernst
Harry F. Manbeck, Jr.
George R. Repper
Steven Lieberman
Joseph A. Hynds
Elizabeth A. Leff
Richard Wydeven
Martin M. Zoltick
Minaksi Bhatt
Sharon L. Davis
Robert B. Murray
Carla C. Calcagno
Jeffrey L. Ihnen
Glenn E. Karta
Martha Cassidy, Ph.D.
Brian S. Rosenbloom

Anne M. Sterba
Lisa N. Phillips
Leigh Z. Callander
C. Nichole Gifford
Patrick T. Skacel
Monica C. Kitts
Brian A. Tollefson
Joo Mee Kim*
Steven M. Giovannetti
Hyunkweon Ryu
R. Elizabeth Brenner
Adam M. Treiber
Daniel L. Shores
Joseph E. Green

Of Counsel
John A. McCahill
Barbara Webb Walker, Ph.D.

*Not Admitted in D.C.

Re:   Trilegiant Loyalty Solutions v. Maritz
      <u>Our Reference 2829-179</u>

Dear David:

In my January 6, 2006 letter to you, I requested that Maritz remedy the numerous deficiencies in Maritz's privilege log. Maritz's revised privilege log does not address the following deficiencies that I identified in that letter.

Over one-half of the documents listed on the log were given the stock and uninformative description that they involve a communication between counsel and client "conveying legal advice regarding patent protection" or "conveying legal advice regarding obtaining patent protection." Maritz's revised log still does not provide descriptions sufficient for Trilegiant to assess whether Maritz's claim of privilege is warranted. All we have asked is for Maritz to identify the patent or patent application discussed in the document so that Trilegiant is able to confirm that Maritz's claims of privilege is proper.

Similarly, with regard to the many documents that were described as involving a communication between counsel and client regarding a "contractual agreement," Maritz's revised log still does not provide descriptions sufficient for Trilegiant to assess whether Maritz's claim of privilege is warranted. All we have asked is for Maritz to identify the parties to the contract and the type of contract so that Trilegiant can confirm that Maritz's claim of attorney-client privilege is proper and that the contract does not relate to Trilegiant or Netcentives.

We asked that the same basic information be provided with regard to the documents described as involving a communication between counsel and client regarding a "business opportunity," "potential business opportunity," "litigation," "program," or "employee investment." Trilegiant merely seeks information regarding the parties to the business opportunity, litigation, program, or investment, in order to confirm that the subject matter of the document does not relate to Trilegiant or Netcentives. Maritz's revised log does not clarify the matter at all.

ROTHWELL, FIGG, ERNST & MANBECK, P.C.

David W. Harlan, Esq.
January 26, 2006
Page 2

The specific documents to which the foregoing objections pertain are identified in my January 16, 2006 letter. The same information must also be provided for the new documents listed on the privilege log. We do not see how Maritz can possibly find these objections to be unreasonable or unduly burdensome, and do not understand the basis for Maritz not providing the information sought.

Moreover, Maritz still has not produced a privilege log for the documents previously produced in redacted form.

If Maritz does not produce a revised privilege log that addresses the foregoing objections by January 30, 2006, Trilegiant will have no recourse but to address this matter before the Court.

Very truly yours,

R. Elizabeth Brenner

REB:erh

cc:    J. Bennett Clark, Esq.
        Scott Eidson, Esq.


Enclosure

L:\2829\2829-179.LIT\LETTERS\HARLAN.L9.DOC