IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARITZ, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. **04-360-JJF** |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for defendant Maritz, Inc. to serve and file its answering brief on Plaintiff's Motion to Compel Documents (D.I. 87) is extended from February 21, 2006 to March 7, 2006.

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff*
*Trilegiant Loyalty Solutions, Inc.*

**CONNOLLY BOVE LODGE & HUTZ LLP**

/s/ Patricia Smink Rogowski
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
*Attorneys for Defendant*
*Maritz, Inc.*

**SO ORDERED** this _____ day of February, 2006.

_____
United States District Court Judge

355111v3