IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No. **04-360-JJF** <br> MARITZ, INC., ) <br> ) <br> Defendant. ) <br> ) | |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for defendant Maritz, Inc. to serve and file its answering brief on Plaintiff's Second Motion to Compel Documents (D.I. 92) is extended from February 28, 2006 to March 7, 2006.

| MORRIS NICHOLS ARSHT &TUNNELL LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Maryellen Noreika* <br> Jack B. Blumenfeld (#1014) <br> Maryellen Noreika (#3208) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> *Attorneys for Plaintiff* <br> *Trilegiant Loyalty Solutions, Inc.* | */s/ Patricia Smink Rogowski* <br> Rudolf E. Hutz (#484) <br> Patricia Smink Rogowski (#2632) <br> The Nemours Building <br> 1007 North Orange Street <br> P.O. Box 2207 <br> Wilmington, DE 19899 <br> (302) 658-9141 <br> *Attorneys for Defendant* <br> *Maritz, Inc.* |

**SO ORDERED** this _____ day of February, 2006.

_____
United States District Court Judge

355111v4