IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TRILEGIANT LOYALTY SOLUTIONS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARITZ INC. )<br>)<br>Defendant. )<br>) | C.A. No. 04-360-JJF |

## STIPULATION AND ORDER

WHEREAS the name of plaintiff Trilegiant Loyalty Solutions, Inc. has been changed to Affinion Loyalty Group, Inc.

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to approval of the Court, that the caption for this case shall be amended as set forth in Exhibit A.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Maryellen Noreika (#3208)* | */s/ Patricia Smink Rogowski (#2632)* |
| Jack B. Blumenfeld (#1044) | Patricia Smink Rogowski (#2632) |
| Maryellen Noreika (#3208) | The Nemours Building |
| 1201 N. Market Street | 1007 N. Orange Street |
| P.O. Box 1347 | P.O. Box 2207 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 658-9141 |
| mnoreika@mnat.com | progowski@cblh.com |
|   Attorneys for Plaintiff |   Attorneys for Defendant Maritz Inc. |
|   Trilegiant Loyalty Solutions, Inc. |  |

SO ORDERED this ____ day of March, 2006.

_____
United States District Court Judge