IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION LOYALTY GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-360-JJF |
| ) | |
| v. ) | |
| ) | |
| MARITZ INC., ) | |
| ) | |
| Defendant. ) | |

### DISCLOSURE UNDER FED. R. CIV. P. 26(a)(2)(A)

Defendant, Maritz Inc., makes the following disclosure under Fed. R. Civ. P. 26(a)(2)(A), and identifies the following individuals who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence as to issues upon which it bears the burden of proof:

1. Jeff Altemueller

2. Bruce Bolger

3. Dr. Arthur Keller

4. Stephen Sigman

Maritz Inc. reserves the right to supplement this disclosure as appropriate in view of further discovery obtained by it, positions taken by plaintiff, or otherwise.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ *Paul E. Crawford*
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
Paul E. Crawford (#493)
The Nemours Building
1007 Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, hereby certify that on **March 10, 2006**, I electronically filed the **DISCLOSURE UNDER FED. R. CIV. P. 26(a)(2)(A)** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld. I hereby further certify that on March 10, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

| **Via Hand Delivery** | **Via Facsimile** |
|---|---|
| Jack B. Blumenfeld | Steven Lieberman |
| Maryellen Norieka | Sharon L. Davis |
| Morris, Nichols, Arsht & Tunnell | Rothwell, Figg, Ernst & Manbeck, P.C. |
| 1201 N. Market Street | 1425 K Street, N.W. |
| P.O. Box 1347 | Suite 800 |
| Wilmington, DE 19899-11347 | Washington, D.C. 20005 |

/s/ *Paul E. Crawford*
Paul E. Crawford  (#493)