IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION LOYALTY GROUP, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARITZ, INC. )<br>)<br>Defendant. )  | C.A. No. 04-360 (JJF) |

NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Infringement Analysis Report of Robert D. Young; (2) Expert Report of Randy Petersen; and (3) Expert Report of Marion B. Stewart were caused to be served on March 10, 2006 upon the following in the manner indicated:

**BY EMAIL**

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

J. Bennett Clark
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square
St. Louis, MO  63102

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Maryellen Noreika (#3208)*
                              _____
                              Jack B. Blumenfeld (#1014)
                              Maryellen Noreika (#3208)
                              1201 N. Market Street
                              P.O. Box 1347
                              Wilmington, DE  19899
                              (302) 658-9200
                              mnoreika@mnat.com
                                Attorneys for Plaintiff
                                Affinion Loyalty Group, Inc.

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040

March 14, 2006