IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION LOYALTY GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **04-360-JJF** |
| ) | |
| MARITZ, INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the briefing scheduled shall be amended on the Motion of Plaintiff Affinion Loyalty Group, Inc. for Leave to Amend Its Complaint and to Dismiss Defendant's Counterclaims Relating to the '870 and '012 Patents (D.I. 101) as follows:

    Maritz' Answering Brief: March 27, 2006; and

    Affinion's Reply Brief: April 6, 2006.

| MORRIS NICHOLS ARSHT &TUNNELL LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Maryellen Noreika | /s/ Patricia Smink Rogowski |
| Jack B. Blumenfeld (#1014) | Rudolf E. Hutz (#484) |
| Maryellen Noreika (#3208) | Patricia Smink Rogowski (#2632) |
| 1201 N. Market Street | The Nemours Building |
| P.O. Box 1347 | 1007 North Orange Street |
| Wilmington, DE 19899 | P.O. Box 2207 |
| (302) 658-9200 | Wilmington, DE 19899 |
| *Attorneys for Plaintiff* | (302) 658-9141 |
| *Trilegiant Loyalty Solutions, Inc.* | *Attorneys for Defendant* |
| | *Maritz, Inc.* |

**SO ORDERED** this _____ day of March, 2006.

_____
United States District Court Judge

355111v5