# David Harlan

| | |
|---|---|
| From: | Scott Eidson [SEidson@senniger.com] |
| Sent: | Monday, January 23, 2006 4:57 PM |
| To: | rbrenner@rfem.com |
| Cc: | David Harlan |
| Subject: | Trilegiant v. Maritz Litigation: Revised Privilege Log |



MARITZ PRIVILEGE
LOG DATED 1-2...

       Ms. Brenner:

Our revised privilege log is attached.  You will have the accompanying documents no later than Wednesday.  Give me a call if you have any questions.

Also, at your convenience, I would like to discuss a few details regarding your amended privilege log.  I will be in the office all day tomorrow (Tuesday).

Best,

Scott

(314) 231-5400


B. Scott Eidson, Esq.
SENNIGER POWERS

**Ex. 3**