**SENNIGER**
**POWERS**      ATTORNEYS   PATENTS        LITIGATION   TECHNOLOGY   ONE METROPOLITAN SQUARE
                AT LAW      TRADEMARKS     COPYRIGHTS   ANTITRUST    16TH FLOOR
                                                                     SAINT LOUIS, MISSOURI 63102

                                                                     314-231-5400 V
                                                                     314-231-4342 F

                                                                     SENNIGER.COM

January 24, 2006

**Via Federal Express**

Ms. Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K. Street, N.W., Suite 800
Washington, D.C. 20005

  Re: *Trilegiant Loyalty Solutions v. Maritz, Inc.*
    Our File MRZ 9325

Dear Ms. Davis:

  Enclosed please find a copy of the Revised Maritz Privilege Log Dated January 23, 2006 and documents bates numbered MAR112801 through MAR113205.

  Please do not hesitate to contact me should you have any questions.

        Sincerely,

        Kathleen Abbiss
        Paralegal

/ka
Enclosures

Ex. 5

From: Origin ID: (314)231-5400
Kathleen Abbiss
SENNIGER POWERS
ONE METROPOLITAN SQUARE
16TH FLOOR
ST. LOUIS, MO 63102



Ship Date: 24JAN06
ActWgt: 10 LB
System#: 2813663/INET2400
Account#: S ********
Dimmed: 9 X 16 X 5 IN

REF: MRZ 9325



Delivery Address Bar Code

SHIP TO: (202)783-6040      BILL SENDER
Ms. Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, DC 20005



**STANDARD OVERNIGHT**

TRK# **7913 4876 1784**    FORM 0201

**WED**
Deliver By:
25JAN06

IAD    A1

**20005**  -DC-US

**NJ JPNA**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/4GdWs7CjRu6JeQt7JfVs0EcRx8DfQt2GcU...    1/24/2006