**SENNIGER POWERS**   

ATTORNEYS
AT LAW



METROPOLITAN SQUARE
FLOOR
SAINT LOUIS, MISSOURI 63102

314-231-5400 V
314-231-4342 F

February 7, 2006

*Via E-Mail and U.S. Mail*
Elizabeth Brenner
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K. Street, N.W., Suite 800
Washington, D.C. 20005

  *Re: Privilege Log Issues*

Dear Liz,

  I am responding to your letter of February 3, 2006. Regarding item 1, your request for documents relating to Maritz' advice of counsel defense that are dated after the filing of the suit, I believe that Ben has responded to this issue already. We note that your side has refused to agree to up-date its log to include post-litigation items.

  Item 2, relating to legal advice supposedly obtained from Thompson & Coburn, apparently refers to the mention by Mr. Shipley of his aborted suggestion that Maritz obtain a second opinion from Thompson & Coburn. Mr. Shipley testified at page 220 of his deposition that he didn't recall that Thompson & Coburn took any steps to render an opinion. We are not aware of any opinion rendered by Thompson & Coburn relating to the patents-in-suit or any documents submitted to them for that purpose. If other information comes to our attention, we will address the issue at that time.

  Item 3 relates to the documents that your firm returned at Ben's request as being inadvertently produced. These documents are not logged pursuant to our agreement that post-suit documents need not be logged and your side's refusal to update its own log. As to their production, I refer you to our response to item 1, above.

  Item 4 relates to redacted documents. As I advised you in my letter responding to your letter of January 26, our revised privilege log dated January 23rd includes redacted documents.

  We would appreciate a forthcoming response to our concerns, expressed in letters by Ben and/or myself, regarding the shortcomings of your client's revised privilege log and the withholding of documents relevant to material nondisclosures during the prosecution of the patents in suit.



Yours very truly,

David W. Harlan

DWH:mag

Ex. 8