

ROTHWELL, FIGG, ERNST & MANBECK, P.C.

1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com

G. Franklin Rothwell
E. Anthony Figg
Barbara G. Ernst
Harry F. Manbeck, Jr.
George R. Repper
Steven Lieberman
Joseph A. Hynds
Elizabeth A. Leff
Richard Wydeven
Martin M. Zoltick
Minaksi Bhatt
Sharon L. Davis
Robert B. Murray
Carla C. Calcagno
Jeffrey L. Ihnen
Glenn E. Karta
Martha Cassidy, Ph.D.
Brian S. Rosenbloom

Anne M. Sterba
Lisa N. Phillips
Leigh Z. Callander
C. Nichole Gifford
Patrick T. Skacel
Monica C. Kitts
Brian A. Tollefson
Joo Mee Kim*
Steven M. Giovannetti
Hyunkweon Ryu
R. Elizabeth Brenner
Adam M. Treiber
Daniel L. Shores
Joseph E. Green

Of Counsel
John A. McCahill
Barbara Webb Walker, Ph.D.

*Not Admitted in D.C.

February 17, 2006

**VIA E-MAIL**

David W. Harlan, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square, 16th Floor
St. Louis, MO 63102

Re:  Trilegiant Loyalty Solutions v. Maritz
     Our Reference 2829-179

Dear David:

I write in response to your February 7, 2006 request for a response to Maritz's concerns regarding TLS's privilege log and not logging post-litigation prosecution documents. Your January 3, 2006 letter is the only one TLS has received raising concerns about its privilege log and TLS responded to that letter on January 16, 2006. TLS responded to Mr. Clark's January 24, 2006 letter regarding not logging post-litigation documents on January 26, 2006:

> [Y]our assertion that Trilegiant "desire[s] to avoid logging or producing post litigation documents that could bear on [its] inequitable conduct defense" is not only baseless it is nonsensical, as the patents in suit obviously issued prior to the date of suit. In any case, Trilegiant already has logged all privileged documents relating to the prosecution of the patents in suit.

Mr. Clark apparently overlooked our response when writing his January 31, 2006 letter.

It is Maritz, not Trilegiant, whose privilege log remains deficient. Maritz has completely ignored our January 6, 2006 and January 26, 2006 letters, attached hereto. Not only has Maritz not remedied the numerous privilege log deficiencies discussed in those letters, Maritz still has not produced a privilege log for *any* of the numerous documents Maritz produced in redacted form in 2005, *which documents include but are not limited to* MAR000208-12, MAR000233-34, MAR000769, and MAR108096-98, *for example*.

TLS interprets Maritz's silence as a refusal to comply with TLS's reasonable requests and plans to seek a remedy with the Court.

Ex. 9

ROTHWELL, FIGG, ERNST & MANBECK, P.C.

David W. Harlan, Esq.
February 17, 2006
Page 2

Very truly yours,

*[signature: Liz Brenner]*

R. Elizabeth Brenner

REB:erh

cc: J. Bennett Clark, Esq.

Enclosure

L:\2829\2829-179.lit\Letters\Harlan.12.doc