# EXHIBIT 10

# Has been REDACTED in its entirety