**SENNIGER POWERS**   ATTORNEYS AT LAW

ONE METROPOLITAN SQUARE
16TH FLOOR
SAINT LOUIS, MISSOURI 63102

314-231-5400
314-231-4342

February 23, 2006

**Via Federal Express**

Elizabeth Brenner
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K. Street, N.W., Suite 800
Washington, D.C. 20005

*Re: Privilege Log Issues*

Dear Liz:

    In response to the concerns voiced in your February 17, 2006 letter regarding the inclusion of redacted documents in the Revised Maritz Privilege Log Dated January 23, 2006, please note that redacted documents are identified as such in the description column of the log.

    Some of the documents produced in redacted form early in the document exchange were inadvertently not included in the group to be disclosed on the revised log, and I apologize for any inconvenience that may have caused. Those documents, which include the documents noted in your letter, are being produced at this time in non redacted form. The documents are bates numbered MAR000208 – MAR 000212, MAR000228 – MAR000232, MAR000233 – MAR000234, MAR000751 – MAR000754, MAR000769, MAR000780 – MAR000796 and MAR000841,

    Also, documents which were originally produced as redacted were produced on January 24, 2006, in non redacted form with revised bates numbers. In an effort to resolve this matter, I am providing the following cross-reference for those documents:

| Log No. | Original Bates Numbers | Revised Bates Numbers |
| --- | --- | --- |
| 173 | MAR107851 – MAR107853 | MAR113124 – MAR113126 |
| 174 | MAR108093 – MAR108095 | MAR113127 – MAR113129 |
| 175 | MAR108096 – MAR108098 | MAR113130 – MAR113132 |
| 177 | MAR108183 – MAR 108187 | MAR113133 – MAR113137 |
| 178 | MAR108188 – MAR108192 | MAR113138 – MAR113142 |
| 180 | MAR108237 – MAR108238 | MAR113143 – MAR113144 |
| 181 | MAR108239 – MAR108242 | MAR113145 – MAR113148 |
| 182 | MAR108264 – MAR108271 | MAR113149 – MAR113156 |
| 183 | MAR108609 – MAR100617 | MAR113157 – MAR113165 |
| 185 | MAR108620 – MAR108624 | MAR113166 – MAR113170 |
| 186 | MAR111812 – MAR111846 | MAR113171 – MAR113205 |

**Ex. 11**

Elizabeth Brenner
February 23, 2006
Page Two

    I hope this addresses all of your questions concerning the identification of redacted documents produced by Maritz.

                              Yours very truly,

                              David W. Harlan

DWH/ka
Enclosures