REDACTED

-----Original Message-----
From: David Carrithers [mailto:dcarrithers@earthlink.net]
Sent: Monday, October 30, 2000 9:32 AM
To: dcarrithers@earthlink.net
Subject: Carlson News

Loyalty Giants Face Off in Court

Netcentives Inc. and Carlson Cos. faced off Friday in U.S. District
Court in northern California to decide which company owns the patent
for distributing loyalty points online. Netcentives currently has
the rights to two patents, one of which has been described as a
business process patent covering online network reward programs that
issue points. Armed with these patents, the company has been trying
to force Carlson and 10 other players in the field to properly
license the use of the technology patent. Several companies, such as
Greenpoints.com, have already struck such a licensing agreement.
http://www.wh5.com/ncmi/c.cfm?I=3653

Ex. 13

1

MAR112968