# EXHIBIT 15

# Has been REDACTED in its entirety