Case 1:04-cv-00360-JJF    Document 108-17    Filed 03/17/2006    Page 1 of 1

THE WALL STREET JOURNAL.

MONEY & INVESTING

FRIDAY, OCTOBER 8, 1999    C1

© 1999 Dow Jones & Company, Inc. All Rights Reserved

World Stocks: Brazil's stock rally is short-lived    Page C12

Foreign Exchange: Dollar inches lower against euro, yen    Page C13

Commodities: Crude-oil futures drop as OPEC exports rise    Page C14

Pension Funds: Trustees of Unilever fund sue Merrill unit    Page C20

Ex. 16

# NASD Adopts Bar To Hot IPO Shares For Some Investors

By Terzah Ewing
Staff Reporter of THE WALL STREET JOURNAL

The National Association of Securities Dealers approved a rule change that bars some big investors from participating in hot initial public stock offerings.

The new rule is designed to eliminate confusion over whether certain investors are restricted from receiving shares in hot stock deals, Gary Goldsholle, assistant general counsel at NASD Regulation, said. The proposal requires Securities and Exchange Commission approval.

In practice, the new rule also would take a step toward reducing the practice of IPO "spinning." That's when investment banks allocate IPO shares to the personal brokerage accounts of executives at venture-capital and other firms—and sell, or "spin," them for a quick profit—in a bid for future business from the firms.

If the proposed new rule takes effect, individuals responsible for managing other people's money would be barred from getting shares in a hot stock issue, according to the NASD.

That would prohibit hedge-fund managers, investment advisers and some venture-capital managers from receiving shares from such deals in their personal brokerage accounts, the NASD said. Individuals in investment clubs and family partnerships would not be restricted.

Most venture capitalists won't be restricted under the new rule, because they don't manage pools of money from outside investors.

"This [rule] wasn't designed to say 'Here's spinning and how we deal with it,'" Mr. Goldsholle said. "It says that certain people who were previously treated as 'conditionally restricted' [from receiving hot-stock allocations] now will be just plain restricted. And certain of those people could be viewed as being in a position to benefit bankers."

A November 1997 Wall Street Journal article on spinning spurred regulatory inquiries into the practice; those probes are pending. In late 1997, the NASD warned investment banks that allocating hot new stocks to venture capitalists often violated existing rules.

Another part of the proposed rule, which applies only to stock and stock-related offerings, redefines a "hot issue" as one whose price rises 5% or more in its first five minutes of trading. Under current rules, any IPO price increase triggers rules restricting some investors from receiving shares.

# Cresvale Says It Paid 'Rebates' to Concerns Having Steep Losses

MAR113080