# EXHIBIT 17

# Has been REDACTED in its entirety