## SENNIGER, POWERS, LEAVITT & ROEDEL
### ATTORNEYS AT LAW

FRANK R. AGOVINO
DERICK E. ALLEN
ROBERT M. BAIN
JAMES J. BARTA, JR.
C. HARLEY BLOSSER
JOHN M. BODENHAUSEN
RICHARD L. BRIDGE
JAMES E. BUTLER, PH.D
SARAH J. CHICKOS
J. BENNETT CLARK
JENNIFER E. COOK
DAVID E. CRAWFORD, JR.
MATTHEW L. CUTLER
JAMES E. DAVIS
KATHRYN J. DOTY
ROBERT M. EVANS, JR.
PAUL I.J. FLEISCHUT
MICHAEL E. GODAR
CHRISTOPHER M. GOFF
DAVID W. HARLAN
JAMES D. HARPER
EDWARD J. HEJLEK

KAREN Y. HUI
KURT F. JAMES
VINCENT M. KEIL
ANTHONY R. KINNEY
BRIAN F. KLEIN
WILLIAM E. LAHEY
PAUL A. MADDOCK
JULIE J. McMURRY
MICHAEL G. MUNSELL
DEBRA D. NYE
WILLIAM D. O'NEILL
KATHLEEN M. PETRILLO
LAURA R. POLCYN
KEITH A. RABENBERG
STEVEN M. RITCHEY
JOHN K. ROEDEL, JR.
JOSEPH A. SCHAPER
RICHARD A. SCHUTH
MEG MARSHALL THOMAS
MICHAEL J. THOMAS
DONALD W. TUEGEL

ONE METROPOLITAN SQUARE
16TH FLOOR
ST. LOUIS, MISSOURI 63102
314-231-5400

FACSIMILE 314-231-4342
http://www.senniger.com

PATENTS, TRADEMARKS, COPYRIGHTS
AND RELATED MATTERS

OF COUNSEL
IRVING POWERS
DONALD G. LEAVITT
RICHARD G. HEYWOOD

STUART N. SENNIGER
(1921-1997)

October 23, 2000

Carol Miller Wofsey, Esq.
Associate General Counsel
Maritz Inc.
1375 North Highway Drive
Fenton, Missouri 63099

Re:    Vault/eVault Clearance Opinion Instructions
       Our Files MRZ 8961

Dear Carol:

Thank you for your letter of October 6, 2000 enclosing a three page summary of the features and operation of Vault/eVault. As Frank indicated in the meeting on August 15, 2000 with you, Mark Shipley, and Tom Bushold, we believe that we can issue a clearance opinion relating to Vault/eVault and U.S. Patent Nos. 5,774,870 and 6,009,412 (assigned to Netcentives, Inc.) for various reasons. We recommend a formal opinion clearing Vault/eVault in view of the '870 and '412 Patents.



SP01152

Ex. 19

SENNIGER, POWERS, LEAVITT & ROEDEL

Carol Miller Wofsey, Esq.
October 23, 2000
Page 2

REDACTED

      Please indicate your instructions below. A copy of this letter is enclosed for your convenience in responding.

      Please call if you have any questions.

          Sincerely,

          *James J. Barta, Jr.*

          James J. Barta, Jr.

JJB/FRA/cjl
*enclosures

**RETURN TO SENNIGER, POWERS, LEAVITT & ROEDEL**

[X]     I am interested in a formal opinion clearing Vault/eVault in view of U.S. Patent Nos. 5,774,870 and 6,009,412.

[ ]     I am interested in a formal clearance opinion on Vault/eVault analyzing the patents uncovered by a manual patent search (excluding U.S. Patent Nos. 5,774,870 and 6,009,412).

[ ]     I am not interested in any further clearance analysis regarding Vault/eVault at this time.

_____
Signature/Date

SP01153