# EXHIBIT 20

# Has been REDACTED in its entirety