# EXHIBIT 22

# Has been REDACTED in its entirety