## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2006, I electronically filed the **REDACTED** version of **MARITZ' RESPONSE TO PLAINTIFF'S SECOND MOTION TO COMPEL PRODUCTION OF DOCUMENTS** filed on March 7, 2006, with the Court Clerk, using CM/ECF which will send notification of such filing(s) to plaintiff's attorneys listed below.  I hereby further certify that on March 17, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via Federal Express**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 2005

Attorneys for Plaintiff


*/s/ Patricia Smink Rogowski*
Patricia Smink Rogowski (#2632)