IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                          )
AFFINION LOYALTY GROUP, INC.,             )
                                          )
                    Plaintiff,            )
                                          )      C.A. No. 04-360 (JJF)
        v.                                )
                                          )
MARITZ, INC.                              )
                                          )
                    Defendant.            )
_____)

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of AFFINION LOYALTY GROUP,

INC.'S SUPPLEMENTAL RESPONSES TO MARITZ, INC.'S FIRST SET OF

INTERROGATORIES were caused to be served on March 17, 2006 upon the following in the

manner indicated:

**BY HAND**

Patricia Smink Rogowski
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

J. Bennett Clark
SENNIGER, POWERS, LEAVITT & ROEDEL
One Metropolitan Square
St. Louis, MO  63102

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jparrett@mnat.com
  *Attorneys for Plaintiff*
  *Affinion Loyalty Group, Inc.*

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
ROTHWELL, FIGG, ERNST
   & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, DC  20005
(202) 783-6040

March 17, 2006

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 17, 2006 he electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Patricia Smink Rogowski
> Connolly, Bove, Lodge & Hutz

I also certify that copies were caused to be served on February 13, 2006 upon the following in the manner indicated:

### <u>BY HAND</u>

> Patricia Smink Rogowski
> CONNOLLY, BOVE, LODGE & HUTZ LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE  19801

### <u>BY FEDERAL EXPRESS</u>

> J. Bennett Clark
> SENNIGER, POWERS, LEAVITT & ROEDEL
> One Metropolitan Square
> St. Louis, MO  63102

> */s/ James W. Parrett, Jr.*
> _____
> James W. Parrett, Jr. (#4292)
> jparrett@mnat.com

418444