IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION LOYALTY GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 04-360-JJF |
| ) | |
| v. ) | |
| ) | |
| MARITZ INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE THAT Defendant Maritz Inc. ("Maritz") will take the deposition of plaintiff Affinion Loyalty Group, Inc. ("Affinion") beginning on April 14, 2006, at the offices of Rothwell, Figg, Ernst & Manbeck, P.C., 1425 K Street, N.W., Suite 800, Washington D.C. 20005 beginning at 9:30 a.m. and continuing thereafter at such times and places as the parties may agree until completed, pursuant to Fed. R. Civ. P. 30(b)(6) upon oral examination. In accordance with Fed. R. Civ. P. 30(b)(2), the testimony will be recorded by a stenographic court reporter and by video recording. Pursuant to Fed. R. Civ. P. 30(b)(6), Affinion is required to designate one or more persons who consent to testify on its behalf as to the topics listed in Exhibit A attached hereto that are known or reasonably available to Affinion.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: *Patricia A Rogowski*
Patricia Smink Rogowski
Del Bar No. 2632
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141

OF COUNSEL:

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

Attorneys for Defendant

# EXHIBIT A

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Affinion is requested to designate one or more officers, directors, managing agents, or other persons (including non-Affinion employees) who consent to testify on its behalf with respect to the following matters:

## DEFINITIONS AND INSTRUCTIONS

Certain words used in the Rule 30(b)(6) categories below have the following meanings:

A. "Affinion," "ALG," or "Plaintiff" means Affinion Loyalty Group, Inc. and any predecessor, successor, division, parent, subsidiary, related company or affiliate of Affinion Loyalty Group, Inc., and all present or former officers, directors, agents, representatives, employees, and attorneys acting on behalf of Affinion Loyalty Group, Inc.

B. The terms "and" and "or" shall be construed conjunctively and disjunctively so as to have the broadest possible meaning.

C. Where appropriate, the singular form of a word shall be interpreted in the plural, and vice versa, to have the broadest possible meaning.

D. With respect to a natural person, "identify," "identity," or "identification," means to provide that person's full name and the following information:

    (a) Present or last known resident address;

    (b) Present or last known business address;

    (c) Present or last known employer;

    (d) Present or last known job title; and

(e) If an officer or employee of Affinion, a brief description of the person's responsibilities.

E. With respect to an entity other than a natural person, "identify," "identity," or "identification" means to provide the full name or title of that entity and the address and principal business or activity of such entity.

F. With respect to a document, "identify," "identity," or "identification" means to provide the following information:

(a) Its nature (e.g. letter, memorandum, report, etc.);

(b) The date it bears, or, if undated, the date it was written or created;

(c) The identity of the person(s) who wrote or created it;

(d) The identity of the person(s) who received it;

(e) Its file number or other identifying mark or code;

(f) Its general subject matter;

(g) Its present or last known location; and

(h) Its custodian.

G. With respect to a webpage, "identify," "identity," or "identification" means to provide the following information:

(a) Its URL(s) or other identifying mark or code;

(b) The date it bears, or, if undated, the date it was written or created;

(c) Its general subject matter;

(d) Its date of operation; and

(e) Its owner and custodian.

H. With respect to an oral communication or other event, "identify," "identity," or "identification" means to provide the following information:

    (a) Its substance;

    (b) The date it occurred and the time;

    (c) The place it occurred and, if different (as with a telephone communication), the place it was received;

    (d) For a communication, the identity of each originator and recipient; for an event, the identity of each participant; and

    (e) The identity of all persons present when the communication or event

## CATEGORIES

1. For each loyalty or frequency program client of ALG from January 1, 1999 to the present, provide the following information:

    a. The identity of each client, the inclusive dates when ALG provided loyalty or frequency program services to the client, each program of the client, and state whether the client's program(s) included an on-line incentive program, a website where users could redeem an award from an award catalog in exchange for award points, or both.

    b. For each Request for Proposal ("RFP") for loyalty or frequency program services to which ALG responded, whether the RFP required the bidder's proposal to include an on line incentive program, a website where users could redeem an award from an award catalog in exchange for award points, or both.

    c. For each program of each client identified above, the annual number of loyalty program redemption award requests made via ALG's (a) Call Center(s), (b) VRU, (c) Internet websites, and (d) other redemption alternative(s), if any.

    d. The total number of annual loyalty program redemption award requests received by ALG and of that total number identify the subtotals for the number received annually via Call Center(s), VRU, internet websites, and other redemption alternative(s), if any.

2. Identify when ALG first provided a loyalty program client with an on-line incentive program and a website where users could redeem an award from an award catalog in exchange for award points.

3. Identify clients who receive "A La Carte Options" services from ALG consisting in whole or part of "Online Member Access Services" as described on the ALG website, the inclusive dates when such services have been provided and the charges billed by ALG for such services to each such client.

4. Identify the business reasons ALG offers "Online Member Access Services" as an A La Carte Option and when the decision was made to offer such service.

5. Identify (a) all Internet webpages owned, controlled, designed, operated, or maintained by Netcentives at any time from June 30, 1998, to present that related to an on-line incentive program and permitted users to redeem an award in exchange for award points and (b) whether each identified webpage was ever marked with the word "patent" or the abbreviation "pat.", together with one or more of the following patent numbers: 5,774,870; 6,009,412; or 6,578,012, and if so, when these webpages were so marked.

6. Identify (a) all Internet webpages owned, controlled, designed, operated, or maintained by Trilegiant at any time from June 30, 1998, to present that related to an on-line incentive program and permitted users to redeem an award in exchange for award points and (b) whether each identified webpage was ever marked with the word "patent" or the abbreviation "pat.", together with one or more of the following patent numbers: 5,774,870; 6,009,412; or 6,578,012, and if so, when these webpages were so marked.

7. Identify (a) all Internet webpages owned, controlled, designed, operated, or maintained by Trilegiant Loyalty Solutions, Inc. at any time from June 30, 1998, to present that related to an on-line incentive program and permitted users to redeem an award in exchange for award points and (b) whether each identified webpage was ever marked with the word "patent" or the abbreviation "pat.", together with one or more of the following patent numbers: 5,774,870; 6,009,412; or 6,578,012, and if so, when these webpages were so marked.

8. Identify (a) all Internet webpages owned, controlled, designed, operated, or maintained by Affinion Loyalty Group, Inc. at any time from June 30, 1998, to present that related to an on-line incentive program and permitted users to redeem an award in exchange for award points and (b) whether each identified webpage was ever marked with the word "patent" or the abbreviation "pat.", together with one or more of the following patent numbers: 5,774,870; 6,009,412; or 6,578,012, and if so, when these webpages were so marked.

9. Identify (a) all licensees[1] that were granted licenses under U.S. Patent No. 5,774,870; 6,009,412; or 6,578,012 at any time since June 30, 1998; (b) all Internet webpages owned, controlled, designed, operated, or maintained by each identified licensee that

---

[1] These licensees include, but are not limited to MyPoints.com, Sperry & Hutchinson Company, ESC, beenz.com, Massmedium.com, Rewards2K.com Incorporated, Lycos Inc., American Express, America Online Inc., FreeRide.com LLC, WebMiles Inc., Yahoo! Inc., Carlson, Choice Hotels International, Inc., eBay Inc., Orbitz, LLC, Coolsavings, CLN KK, and affiliates of any of the foregoing.

related to an on-line incentive program and permitted users to redeem an award in exchange for award points; (c) whether each identified webpage was ever marked with the word "patent" or the abbreviation "pat.", together with one or more of the following patent numbers: 5,774,870; 6,009,412; or 6,578,012, and if so, when these webpages were so marked; and (d) all efforts taken to ensure that each identified licensee appropriately marked each identified webpage with the patent number.

## CERTIFICATE OF SERVICE

I, hereby certify that on **March 21, 2006**, I electronically filed the **NOTICE OF DEPOSITION PURSUANT TO FED.R.CIV.P. 30(b)(6)** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld. I hereby further certify that on March 21, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Maryellen Norieka
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via Facsimile**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

/s/ Patricia Smink Rogowski
Patricia Smink Rogowski  (#2632)