**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

AFFINION LOYALTY GROUP, INC.,
Plaintiff,

v.

MARITZ INC.,
Defendant.

Civil Action No. 04-360-JJF

**MARITZ INC. NOTICE OF SERVICE OF SUBPOENA**
**ON THE BOSTON CONSULTING GROUP, INC.**

The undersigned counsel for Maritz Inc., hereby certifies that copies of **SUBPOENA IN A CIVIL CASE TO THE BOSTON CONSULTING GROUP, INC.** were caused to be served on March 22, 2006 upon the following counsel of record in the manner noted:

**By Hand Delivery**
Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**By Facsimile**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K. Street, N.W., Suite 800
Washington, DC 20005

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: March 22, 2006

By: [signature]
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant Maritz, Inc.*

OF COUNSEL:
SENNIGER POWERS
J. Bennett Clark
Jennifer E. Hoekel
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March, 2006, I electronically filed a NOTICE OF SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing to

Jack B. Blumenfeld.
Maryellen Noreika, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby further certify that on this 22nd day of March, 2006, I have served the document(s) to the following attorneys of record at the following addresses in the manner indicated:

**HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**FACSIMILE**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K. Street, N.W., Suite 800
Washington, DC 20005

Patricia Smink Rogowski (#2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com