IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION LOYALTY GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARITZ, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. **04-360-JJF** |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the briefing scheduled shall be amended on the Motion of Plaintiff Affinion Loyalty Group, Inc. for Leave to Amend Its Complaint and to Dismiss Defendant's Counterclaims Relating to the '870 and '012 Patents (D.I. 101) as follows:

    Maritz' Answering Brief:  March 31, 2006; and

    Affinion's Reply Brief:  April 17, 2006.

**MORRIS NICHOLS ARSHT &TUNNELL LLP**      **CONNOLLY BOVE LODGE & HUTZ LLP**

| | |
|---|---|
| */s/ Maryellen Noreika*<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>*Attorneys for Plaintiff*<br>*Trilegiant Loyalty Solutions, Inc.* | */s/ Patricia Smink Rogowski*<br>Rudolf E. Hutz (#484)<br>Patricia Smink Rogowski (#2632)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141<br>*Attorneys for Defendant*<br>*Maritz, Inc.* |

**SO ORDERED** this _____ day of March, 2006.

_____
United States District Court Judge

355111v4