IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION LOYALTY GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-360-JJF |
| ) | |
| MARITZ, INC., ) | |
| ) | |
| Defendant. | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that: 1) Maritz, Inc. will serve a supplemental report on issues on which it bears the burden of proof by April 10, 2006; and 2) each of the parties will serve rebuttal reports from retained experts required by Fed. R. Civ. P. 26(a)(2) by April 20, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY, BOVE, LODGE & HUTZ LLP |
|---|---|
| /s/ Maryellen Noreika | /s/ Patricia Smink Rogowski |
| Jack B. Blumenfeld (#1044) | Rudolf E. Hutz (#484) |
| Maryellen Noreika (#3208) | Patricia Smink Rogowski (#2632) |
| 1201 N. Market Street | 1007 N. Orange Street |
| P.O. Box 1347 | P.O. Box 2207 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 658-9141 |
| mnoreika@mnat.com | rhutz@cblh.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Affinion Loyalty Group, Inc. | Maritz, Inc. |

SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge