# EXHIBIT 1E

# Has Been Redacted in its Entirety