From:     Jeffrey, Amy

To:       Gallant, Steve

CC:       Shipley, Mark

Subject:  Online Redemption Patents

Date:     06/25/2002 18:16:18 (GMT-06:00)

Steve,
Please review the following document and confirm that the information is accurate regarding the Trilegiant purchased Netcentives patents versus MLM's VAULT. We believe Trilegiant is positioning it against us in prospective sales opportunities.

Thanks,
AMY JEFFREY
Senior Marketing Strategist
636.827.4114

Maritz Loyalty Marketing
Maximizing Customer Value
www.maritzloyalty.com


Attachments:   Online Redemption Patents.doc



DEPOSITION EXHIBIT
77
12/19/05  TAL

096

MAR 112499