ROTHWELL, FIGG, ERNST & MANBECK, P.C.

1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com

March 15, 2006

G. Franklin Rothwell
E. Anthony Figg
Barbara G. Ernst
Harry F. Manbeck, Jr.
George R. Repper
Steven Lieberman
Joseph A. Hynds
Elizabeth A. Leff
Richard Wydeven
Martin M. Zoltick
Minaksi Bhatt
Sharon L. Davis
Robert B. Murray
Carla C. Calcagno
Jeffrey L. Ihnen
Glenn E. Karta
Martha Cassidy, Ph.D.
Brian S. Rosenbloom

Anne M. Sterba
Lisa N. Phillips
Leigh Z. Callander
C. Nichole Gifford
Patrick T. Skacel
Monica C. Kitts
Brian A. Tollefson
Joo Mee Kim*
Steven M. Giovannetti
Hyunkweon Ryu
R. Elizabeth Brenner
Adam M. Treiber
Daniel L. Shores
Joseph E. Green

Of Counsel
John A. McCahill
Barbara Webb Walker, Ph.D.

*Not Admitted in D.C.

*Via E-mail*

J. Bennett Clark, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square, 16th Floor
St. Louis, MO 63102

Re: Affinion Loyalty Group, Inc. v. Maritz, Inc.
Our Reference: 2829-179

Dear Ben:

I write concerning the deposition of Monica Davis.

The '412 patent issued on December 28, 1999. Affinion (at that time, Trilegiant) did not acquire the Storey patents until 2001 and Rothwell, Figg's prosecution work did not begin until after that acquisition. Ms. Davis's work was limited to prosecution relating to the '012 patent and subsequent applications and she had no involvement whatsoever in the prosecution of the '412 patent.

In light of Affinion's motion for leave to amend and decision not to assert any claims of the '012 patent against Maritz, there is no longer any basis for Maritz to take Ms. Davis's deposition. It is well-established that inequitable conduct relating to a later patent cannot affect the enforceability of a patent issued before the alleged inequitable conduct occurred. See, e.g., Pharmacia Corp. v. Par Pharm., Inc., 417 F.3d 1369 (Fed. Cir. 2005); SSIH Equipment S.A. v. I.T.C., 718 F.2d 365, 378-79 (Fed. Cir. 1983). Therefore, we fail to see any remaining basis for Maritz to depose Ms. Davis and will not be producing her for deposition.

Very truly yours,

Sharon L. Davis

SLD:erh
cc: Jack Blumenfeld, Esq.
L:\2829\2829-179.lit\Letters\Clark.L39.wpd