# EXHIBIT 2A

# Has Been Redacted in its Entirety