# EXHIBIT 2B

# Has Been Redacted in its Entirety