# EXHIBIT 2C

# Has Been Redacted in its Entirety