# EXHIBIT 2D

# Has Been Redacted in its Entirety