# EXHIBIT 3A

# Has Been Redacted in its Entirety

# EXHIBIT 3A

# Has Been Redacted in its Entirety