# EXHIBIT 3B

# Has Been Redacted in its Entirety