# EXHIBIT 3C

# Has Been Redacted in its Entirety