## CERTIFICATE OF SERVICE

      I, hereby certify that on **April 5, 2006**, I electronically filed the **Redacted Version of Maritz' Response to Plaintiff's Motion to Amend Complaint and Dismiss Defendant's Counterclaims** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld. I hereby further certify that on April 5, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

| **Via Hand Delivery** | **Via Federal Express** |
|---|---|
| Jack B. Blumenfeld | Steven Lieberman |
| Maryellen Norieka | Sharon L. Davis |
| Morris, Nichols, Arsht & Tunnell | Rothwell, Figg, Ernst & Manbeck, P.C. |
| 1201 N. Market Street | 1425 K Street, N.W. |
| P.O. Box 1347 | Suite 800 |
| Wilmington, DE 19899-11347 | Washington, D.C. 20005 |

                                    */s/ Patricia Smink Rogowski*
                                    Patricia Smink Rogowski  (#2632)