IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION LOYALTY GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. **04-360-JJF** |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On this ____ day of April, 2006, Maritz's Unopposed Motion for Leave to Supplement Its Response to Plaintiff's First Motion to Compel is granted.

_____
United States District Court Judge

3