IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AFFINION LOYALTY GROUP, INC.,
Plaintiff,

v.

MARITZ INC.,
Defendant.

Civil Action No. 04-360-JJF

**MARITZ INC. NOTICE OF SERVICE OF SUPPLEMENTAL EXPERT REPORTS OF BRUCE BOLGER AND PROFESSOR DR. ARTHUR KELLER**

The undersigned counsel for Maritz Inc., hereby certifies that copies of **SUPPLEMENTAL EXPERT REPORT OF BRUCE BOLGER** and **EXPERT REPORT OF ARTHUR M. KELLER, PH.D** were caused to be served upon the following counsel of record on the date and in the manner noted:

**By Hand on April 11, 2006**
Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**By E-mail on April 10, 2006**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K. Street, N.W., Suite 800
Washington, DC 20005

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: April 11, 2006

By: /s/ Patricia S. Rogowski
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant Maritz, Inc.*

OF COUNSEL:
SENNIGER POWERS
J. Bennett Clark
Jennifer E. Hoekel
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

452028v2<CB>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2006, I electronically filed a NOTICE OF SERVICE OF SUPPLEMENTAL EXPERT REPORTS with the Clerk of Court using CM/ECF which will send notification of such filing to

Jack B. Blumenfeld, Esquire.
Maryellen Noreika, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby further certify that on this 11th day of April, 2006, I have served the Notice of Service of Supplemental Expert Reports to the following attorneys of record at the following addresses in the manner indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**U.S. MAIL**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K. Street, N.W., Suite 800
Washington, DC 20005

Patricia Smink Rogowski (#2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com