IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION LOYALTY GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-360-JJF |
| | ) | |
| MARITZ, INC., | ) | |
| | ) | |
| Defendant. | | |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court,

that the parties will serve rebuttal reports from retained experts required by Fed. R. Civ. P. 26(a)(2)

by April 25, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    CONNOLLY, BOVE, LODGE & HUTZ LLP

/s/ Maryellen Noreika                        /s/ Patricia Smink Rogowski
Jack B. Blumenfeld (#1044)              Rudolf E. Hutz (#484)
Maryellen Noreika (#3208)               Patricia Smink Rogowski (#2632)
1201 N. Market Street                      1007 N. Orange Street
P.O. Box 1347                                P.O. Box 2207
Wilmington, DE 19899-1347            Wilmington, DE 19899
(302) 658-9200                              (302) 658-9141
mnoreika@mnat.com                       rhutz@cblh.com
Attorneys for Plaintiff                      Attorneys for Defendant
Affinion Loyalty Group, Inc.             Maritz, Inc.

SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge