IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION LOYALTY GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARITZ, INC. )<br>)<br>Defendant. )<br>) | C.A. No. 04-360 (JJF) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the Expert Report of Randy Petersen and the Expert Report of Robert D. Young were caused to be served on April 25, 2006 upon the following in the manner indicated:

### BY EMAIL

J. Bennett Clark, Esq.
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square
St. Louis, MO 63102

and on April 26, 2006 upon the following in the manner indicated:

### BY HAND DELIVERY

Patricia Smink Rogowski, Esq.
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

-2-

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Maryellen Noreika*
          _____
          Jack B. Blumenfeld (#1014)
          Maryellen Noreika (#3208)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE 19899-1347
          (302) 658-9200
            *Attorneys for Plaintiff*
            *Affinion Loyalty Group, Inc.*

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST
& MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, DC 20005
(202) 783-6040

April 26, 2006