**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AFFINION LOYALTY GROUP, INC.,        ) <br>                Plaintiff,       ) <br>        v.               ) <br>                             ) <br> MARITZ INC.,               ) <br>               Defendant.     ) | Civil Action No. 04-360-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 26, 2006 true and correct copies of **Defendant's**

**Supplemental Rule 26(a)(1) Disclosures** were served on the attorneys of record at the following

addresses specified below:

**Via Facsimile and U.S. Mail**
Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Via Facsimile and U.S. Mail**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K. Street, N.W., Suite 800
Washington, DC 20005

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: April 26, 2006        By: *Patricia S Rogowski*

Patricia Smink Rogowski (#2632)
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant Maritz, Inc.*

OF COUNSEL:
SENNIGER POWERS
J. Bennett Clark
Jennifer E. Hoekel
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

384888v12(CB)

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2006, I electronically filed a NOTICE OF

SERVICE with the Clerk of Court using CM/ECF which will send notification of such filing to

Jack B. Blumenfeld.
Maryellen Norieka, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby further certify that on this 26th day of April 2006, I have served the document(s)

to the following attorneys of record at the following addresses in the manner indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Maryellen Norieka, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA U.S. MAIL**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K. Street, N.W., Suite 800
Washington, DC 20005

Patricia Smink Rogowski (#2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com

384888v12(CB)