IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AFFINION LOYALTY GROUP, INC.,
Plaintiff,

v.

MARITZ INC.,
Defendant.

Civil Action No. 04-360-JJF

**MARITZ INC. NOTICE OF SERVICE OF REBUTTAL EXPERT REPORTS OF BRUCE BOLGER AND PROFESSOR ARTHUR M. KELLER, PH.D AND EXPERT REPORT OF GREGORY K. BELL, PH.D**

The undersigned counsel for Maritz Inc., hereby certifies that copies of **REBUTTAL REPORT OF BRUCE BOLGER, REBUTTAL REPORT OF ARTHUR M. KELLER, PH.D,** and **EXPERT REPORT OF GREGORY K. BELL, PH.D** were caused to be served upon the following counsel of record on the date and in the manner noted:

**By E-mail on April 27, 2006**
Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**By E-mail on April 25 and 27, 2006**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K. Street, N.W., Suite 800
Washington, DC 20005

Respectfully submitted,
**CONNOLLY BOVE LODGE & HUTZ LLP**

Dated: April 27, 2006

By: /s/ Patricia Smink Rogowski
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorneys for Defendant Maritz, Inc.*

OF COUNSEL:
SENNIGER POWERS
J. Bennett Clark
Jennifer E. Hoekel
Marc W. Vander Tuig
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

452028v2<CB>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2006, I electronically filed MARITZ INC. NOTICE OF SERVICE OF REBUTTAL EXPERT REPORTS OF BRUCE BOLGER AND PROFESSOR ARTHUR M. KELLER, PH.D AND EXPERT REPORT OF GREGORY K. BELL, PH.D with the Clerk of Court using CM/ECF which will send notification of such filing to

Jack B. Blumenfeld, Esquire.
Maryellen Noreika, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

I hereby further certify that on this 27th day of April, 2006, I have served the Notice of Service of Supplemental Expert Reports to the following attorneys of record at the following addresses in the manner indicated:

**VIA HAND DELIVERY**
Jack B. Blumenfeld, Esquire
Maryellen Noreika, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**U.S. MAIL**
Steven Lieberman, Esquire
Sharon L. Davis, Esquire
Rothwell Figg Ernst & Manbeck P.C.
1425 K. Street, N.W., Suite 800
Washington, DC 20005

Patricia Smink Rogowski (#2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141
progowski@cblh.com

452028v2<CB>