IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION LOYALTY GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-360-JJF |
| | ) | |
| MARITZ, INC., | ) | |
| | ) | |
| Defendant. | | |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the parties will each file and serve opening briefs concerning claim construction counsel on May 9, 2006, and will each file and serve responsive briefs concerning claim construction on May 24, 2006.  Service of the briefs shall be made by email.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika
Jack B. Blumenfeld (#1044)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mnoreika@mnat.com
Attorneys for Plaintiff
Affinion Loyalty Group, Inc.

CONNOLLY, BOVE, LODGE & HUTZ LLP

/s/ Patricia Smink Rogowski
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
rhutz@cblh.com
Attorneys for Defendant
Maritz, Inc.

SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge