**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AFFINION LOYALTY GROUP, INC., | ) )  ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 04-360-JJF ) |
| MARITZ, INC., | ) ) |
| Defendant. | ) ) |

**NOTICE OF DEPOSITION OF JEFF ALTEMUELLER**

PLEASE TAKE NOTICE THAT pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, commencing at 9:00 a.m. on May 9, 2006, or at such other date and time as shall be agreed upon by the parties or ordered by the Court, and continuing time to time thereafter, Plaintiff Affinion Loyalty Group, Inc. will take the deposition upon oral examination of Jeff Altemueller.

The deposition shall take place at the offices of Senniger, Powers, Leavitt & Roedel, One Metropolitan Square, 16th Floor, St. Louis, Missouri 63102 or at such location as agreed to by the parties or as ordered by the Court. The deposition will be taken before an officer authorized by law to administer oaths, and will be recorded by stenographic and/or audiovisual means. You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika (#3208)*
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
*Attorneys for Plaintiff*
*Affinion Loyalty Group, Inc.*

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, DC 20005
(202) 783-6040

April 28, 2006

**CERTIFICATE OF SERVICE**

I, Maryellen Noreika, hereby certify that on April 28, 2006, I electronically filed *Notice of Deposition of Jeff Altemueller* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Patricia Smink Rogowski
> Connolly, Bove, Lodge & Hutz LLP

I also certify that copies were caused to be served on April 28, 2006 upon the following in the manner indicated:

**BY HAND**

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

J. Bennett Clark
Senniger Powers
One Metropolitan Square
St. Louis, MO 63102

*/s/ Maryellen Noreika (#3208)*
Maryellen Noreika (#3208)
mnoreika@mnat.com