# EXHIBIT 1 - MARITZ'S PROPOSED CLAIM CONSTRUCTIONS

| Claim Element | Claims in Which Element Appears: | Definition | Support |
|---|---|---|---|
| (a) implementing | 10-17, 27-34, 36 | "to carry out" or "to put into effect" | Col. 3, ll. 29 – 32; Col. 5, l. 62 - Col. 6, l. 13; Claim 1; Webster's College Dictionary, 1995 (Exhibit 10). |
| (b) an on-line incentive program | 10-17, 27-34, 36 | A frequency program that awards points to users for on-line product purchases | Claim 10; Claim 27; Claim 36; Col. 1, ll. 10-15; Col. 1, ll 16-59; Col. 1, l. 65 - Col. 2, l.2; Col. 2, ll. 3-5; Col. 2, ll. 23-30; Col. 4, l. 1 - Col. 8, l. 7; Figs. 2, 3, 4; '412 Patent May 18 1999 Office Action (Exhibit 4); '870 Notice of Allowance (Exhibit 6); '412 Patent Terminal Disclaimer (Exhibit 5); '012 Patent Notice of Allowance (Exhibit 8). MAR 115744-48 (Exhibit 7); Storey Depo. p. 210, 213 (Exhibit 3) |
| (c) that issues points to users, | 10-17, 27-34, 36 | Issuing requires that the on-line incentive program to: (1) determine if the user is an enrolled user; (2) calculating the points according to a preprogrammed formula; and (3) add the points to the user's frequency account | Col. 5, ll. 44-53; Col. 6, ll. 13-25; Fig. 5 |

| Claim Element | Claims in Which Element Appears: | Definition | Support |
|---|---|---|---|
| (d) wherein said award points are redeemable by said user for an award; | 10-17, 27-34, 36 | This element requires that award points be issued to the user's account immediately upon completion of a qualifying on-line purchase and that those points must be available for immediate redemption. | Col. 1, ll. 41-59; Col. 1, ll. 65-17; Col. 2, ll. 30-32; Col. 3, l. 13 - Col. 5, l. 58; Col. 5, ll. 54-58; Col. 7, ll. 30-39 Col. 8, l. 8 - Col. 10, l. 12; Figs. 1, 2, 4<br><br>TRL-MTZ 14286-319 (Exhibit 9) |
| (e) implementing an Internet webpage accessible, via a computer system, to at least one user of said on-line incentive program for on-line interactive communications between said user and said Internet webpage; | 10-17, 27-34, 36 | "On-line" means "connected to a computer network that allows for the real-time exchange of information"<br><br>"Interactive communications" means "the immediate two-way communication between the on-line incentive program and a user via an internet webpage<br><br>As a whole, this claim element requires two-way communication between the on-line incentive program and a user via the Internet | Col. 1, l. 60-64; Col. 1, l. 65 - Col. 2, l. 2; Col. 2, l. 62-64; Col. 4, l. 66 - Col. 5, l. 8; Figs. 1, 2, 3, 4;<br><br>Random House Webster's College Dictionary (1995) (Exhibit 14)<br><br>The Internet Business Book (1194) (Exhibit 11)<br><br>Microsoft Press, Computer Dictionary (1994) (Exhibit 12)<br><br>Microsoft Press, Computer Dictionary (1997) (Exhibit 13) |
| (f) permitting a user to preview information about said on-line incentive program from said Internet webpage | 16, 33 | This limitation requires a webpage that contains information about the "on-line incentive program" | Col. 7, ll. 40-44; Fig. 3 |

| Claim Element | Claims in Which Element Appears: | Definition | Support |
|---|---|---|---|
| (g) on-line link to an award computer; | 13, 30 | "On-line" - See (e), above<br><br>"Award computer" - a computer operated by a fulfillment house or product manufacturer<br><br>As a whole, this limitation requires "a real time link to a computer operated by a fulfillment house or product manufacturer" | Col. 10, ll. 7-12; Fig. 4 (**530**) |