UNITED STATES DISTRICT SUPERIOR COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

| | |
|---|---|
| NETCENTIVES, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Nos. C-00-0669-CAL |
| | )       C-00-0986-CAL |
| THE SPERRY & HUTCHINSON COMPANY, INC., et al., | )       C-00-2637-CAL |
| Defendants. | ) |
| NETCENTIVES, INC., | ) |
| Plaintiff, | ) |
| vs. | ) DEPOSITION OF |
| MASSMEDIUM.COM, INC., et al., | ) THOMAS W. STOREY |
| Defendants. | ) April 3, 2001 |
| | ) Volume II |
| NETCENTIVES, INC., and THOMAS W. STOREY, | ) Pages 158 - 303 |
| Plaintiffs, | ) NOTICING ATTORNEY: |
| vs. | ) RONALD J. SCHUTZ |
| BEENZ.COM, INC., et al., | ) |
| Defendants. | ) |

REPORTED BY:   DIANE L. FREEMAN, CSR NO. 5884

GOLDEN GATE REPORTERS
35 Mitchell Boulevard, Suite 8
San Rafael, CA 94903-2010
1-800-442-4622 * (415) 491-4611
(415) 491-4635

email:ggr@depos.com       web:http://www.depos.com/

EXHIBIT 207

TRL-MTZ 14060      158

Printed/copied on recycled paper

GOLDEN GATE REPORTERS
35 Mitchell Boulevard, Suite 8
San Rafael, California  94903
1-800-442-4611 * (415) 491-4611
FAX (415) 491-4635

April 19, 2001


Mr. Thomas Storey
c/o James H. Wallace, Esquire
Wiley, Rein & Fielding
1776 K Street, N.W.
Washington D.C.  20006

Re:  NETCENTIVES vs. HUTCHINSON & SPERRY, et al.

Dear Mr. Storey:

      Your deposition taken in the above matter has been transcribed. This deposition will be available at my office for reading and signing by you for a period of 30 days.

      In the alternative, you may choose to examine your attorney's copy, and if you have any corrections or otherwise want to communicate with this office about your deposition, you may send a letter to us signed by you and mailed by certified or registered mail with return receipt requested. A copy of that letter should be sent by first-class mail to all parties attending the deposition.

      In the event you have not reviewed your deposition within 30 days plus 5 days for mailing, [CCP 2025 (q)(1)], the original transcript will be sealed pursuant to CCP 2025(s)(1), and thereafter mailed to the deposing attorney.

Very truly yours,

Diane L. Freeman
CSR # 5884

cc: Original transcript
    All counsel

```
 1            BE IT REMEMBERED that, pursuant to
 2   notice, and on Tuesday, April 3, 2001, commencing at
 3   9:11 a.m. thereof, at Crosby, Heafey, Roach & May,
 4   Two Embarcadero Center, San Francisco, California,
 5   before me DIANE L. FREEMAN, a Certified Shorthand
 6   Reporter, personally appeared
 7
 8                   THOMAS W. STOREY,
 9
10   called as a witness herein, who, having been
11   previously duly sworn, was examined and testified as
12   follows:
13                        --oOo--
14
15        ROBINS, KAPLAN, MILLER & CIRESI LLP, 2800
16   LaSalle Plaza, 800 LaSalle Avenue, Minneapolis,
17   Minnesota 55402, represented by RONALD J. SCHUTZ and
18   EMMETT J. McMAHON, Attorneys at Law, appeared as
19   counsel on behalf of the Defendant Carlson
20   Companies.
21
22        WILEY, REIN & FIELDING, 1776 K Street, N.W.,
23   Washington, D.C., 20006, represented by JAMES H.
24   WALLACE, JR. and GREGORY R. LYONS, Attorneys at Law,
25   appeared as counsel on Plaintiff Netcentives
```

TRL-MTZ 14062                                    159

```
 1        WILSON, SONSINI, GOODRICH & ROSATI, 650 Page
 2   Mill Road, Palo Alto, California 94304, represented
 3   by JERRY M. SNYDER, Attorney at Law, appeared as
 4   counsel on behalf of the Defendant Webmiles.
 5
 6        LEGAL VIDEOS, 13 Crestwood Drive, San Rafael,
 7   California 94901, BILL HAMM, Videographer.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| Time | # | Text |
|---|---|---|
| 10:00 | 1 | that award. |
| 10:00 | 2 | And, concurrent with all of that, while |
| 10:00 | 3 | that is happening, their awards balance can either |
| 10:00 | 4 | be increased or decreased. |
| 10:00 | 5 | So, in one session, somebody could sit down |
| 10:00 | 6 | and purchase a product, pay for it, receive points, |
| 10:00 | 7 | and, at the same time, get their new balance. They |
| 10:00 | 8 | could redeem the points for an award, order the |
| 10:00 | 9 | award, review the award, and change any aspect of |
| 10:00 | 10 | their profile within the program. |
| 10:00 | 11 | That is what I mean when I talk about an |
| 10:01 | 12 | online interactive fully integrated award program. |
| 10:01 | 13 | Q. What's a session? You said the same |
| 10:01 | 14 | session, what do you mean by that? |
| 10:01 | 15 | A. I view a session to be -- and people |
| 10:01 | 16 | skilled in the art of the internet, and this patent |
| 10:01 | 17 | talks very specifically about the internet --I |
| 10:01 | 18 | believe people skilled in the art would view a |
| 10:01 | 19 | session as when an individual sits down at their |
| 10:01 | 20 | computer, which is connected to the internet and |
| 10:02 | 21 | either directly accesses the internet or signs onto |
| 10:02 | 22 | the internet through an internet provider, and |
| 10:02 | 23 | performs whatever set of transactions that they want |
| 10:02 | 24 | to perform and then at the completion of that time |
| 10:02 | 25 | logs off of the internet. |

TRL-MTZ 14113    210

| | | |
|---|---|---|
| 10:06 | 1 | that, Mr. Storey? |
| 10:06 | 2 | A. Yes. |
| 10:06 | 3 | Q. I want to know if the program home page has |
| 10:06 | 4 | to reside on the same server as the product |
| 10:06 | 5 | information home page in order for it to be a fully |
| 10:06 | 6 | integrated system. |
| 10:06 | 7 | A. For it to be a fully integrated web-based |
| 10:06 | 8 | or online interactive system, the capability needs |
| 10:07 | 9 | to exist to allow the product or service purchaser |
| 10:07 | 10 | to interact directly with any aspect of the home |
| 10:07 | 11 | page, whether it is a program home page or a product |
| 10:07 | 12 | home page, in realtime. Which my definition of |
| 10:07 | 13 | realtime is within the constraints of the internet |
| 10:07 | 14 | in its latest embodiment. And there are a number of |
| 10:07 | 15 | ways technically that those skilled in the art would |
| 10:07 | 16 | be able to accomplish that. |
| 10:08 | 17 | Q. Thanks for your answer, but my question was |
| 10:08 | 18 | does the program home page have to reside on the |
| 10:09 | 19 | same server as the product home page for it to be a |
| 10:09 | 20 | fully integrated system. If you could just answer |
| 10:09 | 21 | that question. Or, if you can't answer it, just say |
| 10:09 | 22 | you can't answer. |
| 10:09 | 23 | A. I believe you could create a fully |
| 10:09 | 24 | integrated system without having the program home |
| 10:09 | 25 | page and the product information home page on the |

TRL-MTZ 14116    213