I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on June 28, 1999
By Erica L. Canonizado



PATENT
Attorney Docket No. 18167-9-1US

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

THOMAS W. STOREY

Application No.:

09/105,227

Filed: June 25, 1998

For: **FULLY INTEGRATED ON-LINE INTERACTIVE FREQUENCY AND AWARD REDEMPTION PROGRAM**

Examiner: Y. Retta

Art Unit: 2764

TERMINAL DISCLAIMER

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    Petitioner, Netcentives, Inc., is the owner of 100 percent interest in the instant application. Petitioner hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173, as presently shortened by any terminal disclaimer, of prior Patent No. 5,774,870. Petitioner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

    In making the above disclaimer, petitioner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later: expires for failure to pay a

07/22/1999 NEASON  00000001 061325  09105227
01 FC:248       55.00 CH

THOMAS W. STOKES                                        PATENT
09/105,227
Page 2

maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned (whose title is supplied below) is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Date: 6/23/99                By: _____
                                  Ted Chen
                                  Title: Director, Corporate Counsel

SF 151856 v1

2

PATENT
Attorney Docket No.: 18167-9-1US

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:
Assistant Commissioner for Patents
Washington, D.C. 20231

On June 28, 1999

TOWNSEND and TOWNSEND and CREW LLP

By: /s/ Erica L. Canonizado
Erica L. Canonizado

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Examiner: Y. Retta |
| Thomas W. Storey | Art Unit: 2764 |
| Application No.: 09/105,227 | RESPONSE |
| Filed: June 25, 1998 | |
| For: FULLY INTEGRATED, ON-LINE INTERACTIVE FREQUENCY AND AWARD REDEMPTION PROGRAM | |

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This communication is in response to the Office Action mailed on May 18, 1999. In response to the rejected claims, please find the attached Terminal Disclaimer, which should overcome the Examiner's rejection. In view of the foregoing, Applicants believe all claims now pending in this Application are in condition for allowance. The issuance of a formal Notice of Allowance at an early date is respectfully requested. If the Examiner believes a telephone conference would expedite prosecution of this application, please telephone the undersigned at 415-576-0200.

Respectfully submitted,

6/28/99
Date

/s/ Philip H. Albert
Philip H. Albert
Reg. No. 35,819

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111-3834
Tel: (415) 576-0200
Fax: (415) 576-0300
PHA:elc
SF 1005908 v1