|  | Application No. | Applicant(s) |
|---|---|---|
| **Notice of Allowability** | 08/572,017 | Thomas W. Storey |
|  | Examiner | Group Art Unit |
|  | Groutt, Phillip | 2411 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

[X] This communication is responsive to *12/14/95* .

[X] The allowed claim(s) is/are *1-30* .

[ ] The drawings filed on _____ are acceptable.

[ ] Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    [ ] All  [ ] Some*  [ ] None   of the CERTIFIED copies of the priority documents have been

        [ ] received.

        [ ] received in Application No. (Series Code/Serial Number) _____ .

        [ ] received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    *Certified copies not received: _____ .

[ ] Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

[ ] Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

[X] Applicant MUST submit NEW FORMAL DRAWINGS

    [X] because the originally filed drawings were declared by applicant to be informal.

    [ ] including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _____ .

    [ ] including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

    [ ] including changes required by the attached Examiner's Amendment/Comment.

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal lettter addressed to the Official Draftsperson.

[ ] Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

    [ ] Notice of References Cited, PTO-892

    [X] Information Disclosure Statement(s), PTO-1449, Paper No(s). *3*

    [ ] Notice of Draftsperson's Patent Drawing Review, PTO-948

    [ ] Notice of Informal Patent Application, PTO-152

    [ ] Interview Summary, PTO-413

    [ ] Examiner's Amendment/Comment

    [ ] Examiner's Comment Regarding Requirement for Deposit of Biological Material

    [X] Examiner's Statement of Reasons for Allowance

Serial Number: 08/572,017                                                                                           Page 2

Art Unit: 2411

### DETAILED ACTION

### *Allowable Subject Matter*

1.  Claims 1-30 allowed.

   Independent claim 1 describes an incentive award program including a computer system accessible for on-line interactive communication with users, said computer system comprising a first memory area for storing product catalog, said product catalog including product descriptions and product prices for each product available for purchase a second memory area for storing an awards catalog, said awards catalog including an award description and award point value for each award and a frequency database storing account information for each enrolled user of said incentive award program. It is the specific embodiment of the frequency database, coupled with a product catalog, from which purchase of goods may be made, and an awards catalog, from which awards maybe redeemed, that renders the invention distinct over the prior art. Several references have been cited giving specific embodiments of electronic commerce systems and incentive award programs, however, none suggest or disclose combining the features of both to create the invention of the instant application. For this reason the claim is allowed.

   Independent claims 10 and 15 are allowed on the same basis as claim 1 above. They disclose more specific details of the same incentive award program of claim 1.

   Dependent claims 2-9, 11-14, 16-18, and 21-30, are allowed as depending from the independent claims as discussed above.

Serial Number: 08/572,017 Page 3

Art Unit: 2411

Independent claim 19 discloses a method of displaying a database of articles to facilitate display of the product and awards catalog in claims 1, 10, and 15. The method comprises assigning a value for each article of the database, defining a plurality of escalating levels, assigning each of said articles to only one of said plurality of escalating levels, depending on the value assigned to each of said articles, receiving a request to review said articles and determining a level to which said request correspond, and making available for review only those articles corresponding to the level to which said request corresponds and any lower level. As this is an independent claim, a separate search was done in the database arts to find such a method of displaying a database of articles. However, there was no suggestion in the art to employ such a method whereby escalating levels are defined, goods are classified into one of said levels based upon their respective values, and request results are truncated on the basis of the level to which said request corresponds.

Independent claim 20 is likewise allowed, as it corresponds to the same subject matter as claim 19.

2.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Phillip Groutt whose telephone number is (703) 306-2906. The examiner can normally be reached on Mondays to Fridays from 9:00 to 5:00.