

www.archive.org
415.561.6767
415.840-0391 e-fax

mail:
Internet Archive
PO Box 29244
San Francisco, CA
94129-0244

ship:
Internet Archive
116 Sheridan Avenue
Presidio of San Francisco
San Francisco, CA 94129

# AFFIDAVIT OF PAUL HICKMAN

1. I am the Office Manager at the Internet Archive, located at the Presidio of San Francisco, California. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive is affiliated with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to surf more than 55 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can type in a URL (i.e., a website address), select a date range, and then begin surfing on an archived version of the Web. The links on the archived files, when served by the Wayback Machine, point to other archived files (whether HTML pages or images). If a visitor clicks on a link on an archived page, the Wayback Machine will serve the archived file with the closest available date to the originally requested page.

4. The Internet Archive receives data from third parties who compile the data by using software programs known as crawlers that surf the Web and automatically store copies of website files at certain points in time as they existed at that point in time. This data is donated to the Internet Archive, which preserves and provides access to it.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL]. Thus, the Internet Archive URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). Typically, a printout from a Web browser will show the URL in the footer. The date assigned by the Internet Archive applies to the HTML file but not to image files linked therein. Thus images that appear on the printed page may not have been archived on the same date as the HTML file. Likewise, if a website is designed with "frames," the date assigned by the Internet Archive applies to the frameset as a whole, and not the individual pages within each frame.

6. Attached hereto as Exhibit A are true and accurate copies of printouts of the Internet Archive's records of the HTML files archived from the URLs and the dates specified in the footer of the printout.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: 1/24/06

Paul Forrest Hickman

**MAR115744**



**technology**

- RewardBroker™
- MaxMiles™
- Momentum™ Rewards System
- PostDirect
- Awards & Patents

## Awards & Patents

Our patents enable Netcentives to protect and enhance our leadership position, invest and innovate in our technology, and continue to provide our customers with the tools to significantly expand their long-term revenue base. By licensing our patents to our customers and other loyalty programs, Netcentives is developing a new standard for Internet marketing programs. This standard, which currently drives millions of relationships, is fast becoming a critical point of difference in ecommerce.

--Eric Larsen
President and Chief Executive Officer

Netcentives® holds two patents on its "shop, reward, track and redeem" process. U.S. Patent Number 5,774,870, issued in June 1998, and U.S. Patent Number 6,009,412, issued in December 1999, cover the business methods, systems and software developed by Netcentives, including those related to our "online interactive frequency and award redemption programs." An online frequency and award redemption program is one in which consumers earn points for making online purchases, store and track points via computer, and then redeem points for various rewards, including, but not limited to, frequent flyer miles.

These patents not only reaffirm Netcentives' pioneer status in the design and implementation of Internet-based marketing systems, they effectively protect intellectual property and encourage increased investment and innovation.

The patents relate to Netcentives' interactive online incentives technology and, among other protections, safeguard processes that enable bonus point rewards and redemptions in real time. They protect Netcentives' business as our products and services expand. For example, some Netcentives customers look to us for large-scale, turnkey loyalty programs. For other customers, we deliver the infrastructure, and they operate part or all of the system. Together, these two patents protect our intellectual property regardless of who operates the system.

We have licensed our patents to all of our customers, including American Express, Lycos and America Online.

MAR115747

Netcentives also has licensing agreements with third parties in the online loyalty-marketing arena.

Netcentives' SecureReward Architecture™ - the core of our loyalty programs - is built on these patents. This sophisticated technology platform enables Netcentives to provide major corporations with the end-to-end creation, delivery and management of ecommerce loyalty programs. Among other benefits, it facilitates fraud protection, secure transfer protocol, consumer contact management, real-time currency transfer and targeted database segmentation.

home | about us | solutions & services | technology | clients | press room | investor relations | careers | contact us | site map

© 1997-2001 Netcentives Inc. All rights reserved.
By accessing any information on this Web site, you agree to be bound by Netcentives' Terms of Use. Privacy Policy.

MAR115748