



(34pg)

5,000,000 host computers
40-50,000,000 users on net

-4/30/95 19,636 commercial domains on the net

Companies

Net Creations - sets up interactive advertising sites, puts business on web, some web. Rosaline Resnick, Ryan Scott

Internet mall - 2,000 stores ... Dave Taylor

Innovative Systems - develops innovative web & interactive sites.

Internet Central Registry - InterNIC

Internet Info - Falls Church VA market research & Consulting firm - send 1 page summary
703-578-4800 Email - P00426@PSILink.Co
Pay $30 - $100

Global net - International Trade Opportunity Database - to set up Homepage

Netscape Communications Corp - Netscape's Secure Sockets Layer
- developed web browser
- $40,000 spots for 3 months - GM, EDS, Mastercard, Netcom online

NetPOST - puts announcements on 20 popular sites
Yahoo, etc... for $150.00

IDS - Palo Alto - Marc Fleischman
- builds web sites
- operates its own web, Gopher, WAIS, FTP & list server
- 94 - 70 sites set up
- 95 100 " " "

Internet Restaurant Network - installing T1 line
- installing Netscape's Netsite Server (security)

ShrinkLink - 7 psychiatrists give feedback

Cyberspace Development - Colorado - manages mailing lists

Arent Fox Kintner Plotkin + Kahn - DC - internet business lawyers

Terisa Systems - 415 - 617 - 1836
- Menlo Park

Pecpu

OUTSIDE COUNSELS' AND
CONSULTANTS' EYES ONLY

N 00002

12-2

TRL-MTZ 14287

TO DO

- X Get internet e-mail address
- X mail Ken & Maureen Book, sweatshirt, cards
- X Greg - bottle of Dom Perignon - Promotion
- Files - Red
  - Personal files w/ wire binds
  - Internet research
  - Commercial Access Providers
  - Marketing on line
  - Frequency
  - Multilevel marketing
  - Current marketing companies
- X Expense reports -
- Notes TO: Geof -
  - Peter -
- un- NET - Copy of confidentiality agreement
- Turn to page 41 & contact all companies.
- Contact Terisa Systems, menlo park california
- X Get Patent applications - Alexa?
- X Company to put on the internet - 5% of sales to us
- X - Luggage -
- X Set up frequency program - buy the product.
- Call POZ. Programming on the internet - Computer code identifier to interface w/ incentive Company -
- Assessing good technical joint venture companies -
- Determine who has products to put on internet - who knows about protocols & host computer links

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

N 00003

12-3

Career

Carolyn -
- get her involved in my clients
- Get her to attend John Nardanders visit to USAT
- mentor?
- advertising

on-line -
- get info on USAT on-line
- Art Sido

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

Harvard

-Essay-

- New Business
- Future of technology in publishing
- women in business
  - virtual office
  - home incorporated in business
  - technology to assit in this struggle
- future of technology
  - voice recognition
  - internet
  - computers

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

N 00005

12-5

TRL-MTZ 14290

Commercial networks:

WWW – 14% of all internet activity

- grows at 30% month

Netscape

America online

Compuserve

Prodigy

IBM

Applelink

~~Multimedia browsing software~~

→ Internet – ~~[illegible]~~ computer not-for profit cooperative

- $20 /month connection

- unlimited mail

Commercial Internet Exchange (CIX) – Flat $19,000 fee

Can buy unlimited access to internet – then you can resell

by the hour or on a flat fee basis to individuals & businesses.

Net Com Communications service – based in San Fran – local dialups in many cities.

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

12-6

Internet Features:

✓ Archie

FTP

✓ Gopher

✓ Tel net

Usenet

✓ WWW

World Area Information Services (WAIS)

veronica

Internet interfaces: (Front end software programs)

Mosaic - Graphic software interface

NETscape - Graphic Software navagator "

- Chameleon - access through a windows interface

Spry's (Internet in A Box) -

websurfer

Air mosaic

Spyglass - (enhanced mosaic)

Front end internet software programs

Netcome

Pipeline

Win Net Communications

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

Internet Windows Interfaces:

- Qualcomm's Eudora
- Netmanage's Internet Chameleon

Find –

netCity – http://www.netcity.com
Adobe – .adobe.

Spry ftp.spry.com
enter "anonymous"
Password email address
/aimosaicdemo
amosdemo.exe.

Ftpmail@decwrl.dec.com
→ connect nic.merit.edu
Cn dir/internet/Providers
get internet-access-providers-us.txt
quit

listproc@www0.cern.ch
http://www.umd.umich.edu/~clp/i-access.html.

intro-deli-server@netcom.com
Send Pdial (subject line)
blank (message body) 805-961-8700
http://www.durand.com – mindware – 805-961-8702

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

12-8

Where do we want to be?

Netscape home page

NETCRUISE → one of the first pioneers in the country

Gopher — Links to other Gopher Servers

- Gopherspace —
  - create online storefronts
  - links to other users.
- Only TEXT

<u>Web</u> — graphic

- Links from homepage to other sites.
- Search Tools: Yahoo — fewer than 40,000 sites.
  - Lycos
  - Web Crawler

Nethappenings — mailing list run by Gleason Sackman & InterNIC Info. Services

- send posting to net-happenings@is.internic.net
- subscribe — listserv@is.internic.net
  - (Type) subscribe net-happenings (my name / full name)

Yahoo site directory http://www.Yahoo.com/

?? 195 National Center for Super Computing

Open markets Commercial Sites Index

Internet mall

N 00009

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

129

Key Opportunities

1. No internet mall directories
2. Hard to Comparison shop ~~difficult~~
3. Not Fun
4. Incentives to buy

- Directories
- Comparisson shopping opportunities - (Links)
- Fun
- Incentives to buy

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

Holding company (Tom)

- ~~Board of~~ Directors - Presidents / Key experts - % in company
- Voting stock / shares - 100% controlled by Holding companies
- splits 50/50 w/ their company
- 10% profits from holding company
- 70% profits to holding company

Frequency (Maureen)

Multilevel marketing (Jackie)

On-line marketing (David)

Consulting

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

Frequency Programs | Fulfilling orders

Mail responsor - respond to request

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

N 00012

12-12

TRL-MTZ 14297

→ 10/days
$3.00
Check or
$ order

Commissioner of Patents & Trademarks
[illegible]
Washington DC, 20231

Patent & Trademark offices —

- 703.557.4636
- 703.308.help (Patent design Phone #)
- Grant of property Rights
- 17 year Grant for property
- 14 year Design patent
- Technical & legal merit

- 1st Search for current Patents
- 2nd Application — Booklet - General Info concerning patents
  - written document — Government Printing office
  - Claims of components — Stock # 003004006706
  - Oath or declaration — 202-512-1800
  - Filing fee — [illegible]
- 3rd - Retain registered attorney or agent - Phone Directory -

20 · 41 · 40 · 60

OK Design Patent Package - 8:30-5:00 M-F
2021 South Clark Place - across Marriott
Crystal Plaza Three 2C02
Arlington VA -

US Government Book Store -
710 North Capitol
1510 H Street

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

Software needs to be genuinely new & useful
focus on what the invention is -

N 00013

12-13

On Line Incentives

Cathay Pacific -

· register as a Cathay Pacific Cybertraveler + you are automatically entered into ~~Mileage~~ Mileage Millionaire contest

· HTTP://www.Cathay-USa.com

Microsoft.

www.microsoft.com/

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

Naureen U12MK11@CCI.CHE.carson.com
JmilleU2@USAToday.com

Tom homepage HTTP.www.TIAC.NeT

HTTP://www.TIAC.NeT/users/storey/index.html

B
Custom web pages
T

Tom email Storey@TIAC.NeT

Mike e-mail Storey@sni-usa.com

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

12-15

Copyrite -

[illegible] -
462 [illegible]
Wayzata, MN. 55391
612-473-3043

[illegible] 9/5

202-707-3000 Copywrite Office
Library of Congress
Washington, DC.
20559

- Registration fee - $20.00 -
- Form TX - Package 113 -
202-707-9100 - Hotline

Event Based •
Time Based •
** Magnet Interactive Studios Inc. 3255 Grace Street NW Wash DC 20007 -
- 202-625-1111 -
- Pete [redacted] Pajor - Dir. of Corp. Business Development
-

Vitmedia - Ben Goldnagen - Director of New Media -
- Interactive Strategy •
- Creating links to allow clients to buy interactive Media -
Mall does not need to be an integral Part →

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

F 12-16

Interactive Promotions OnLine, Inc.

Interactive Promotions OnLine

OnLine

ByTomorrow - Interactive Promotions OnLine

Company Corp - Interactive Promotions, Inc.

State Delaware T Story Associations

302-575-0440 → Ext. 7001 - Gene Cresent -

S Corp. -

1000 Shares -

No Par -

Tax ID# -

Registered Agent in Delaware

($ 50) $100.00 per year -

$176.00

Franchise Report - $80.00 → $74.00 State filing
$45.00 registered agents
57.95 Economy filing kit
35.00 S corp -
35.00 normal delivery
42.00 mail forwarding -

Frequent Award NET

$326.95 on Visa

Closed

Complete Book of corporate forms -

69.95 - Disk - Corporate Records & Document -

Delaware Law Book

$30.00

Mail forwarding - No Sales Tax for future

$175.00 to register formally as a Corporation -

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

* 1. AddemUp -
Add It Up
total NET
PointsPlus

frequent
Award NET

PointNet

fax - David Rochoa
203.655.0438

Internic -

Primary + secondary server information }
1st come & 1st serve
3 weeks behind -

Hostmaster@internic.net

FTP-RS.Internic.NeT
annoymus
Password Guest
Change Dir TO templates
Domain \ template
- download & fill it in -

Email form

primary -
206.85.15.
100

Secondary
204.137.
134.2

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

N 00018

12-18

TRL-MTZ 14303

Patent –

– $3,000.00 fee for writing application
– $365.00 small entity –

Payment Schedule –
→ $500.00 –

1) Write Application
File it

2) 4 months –
• Send rejection or acceptance –
• "First office Action"
• Search art

3) Second office Action, ect....

4) Talk to examiner & explain it –

1) All matertial Send Give Joe's # –
2) One month To File –

Joseph Bach
c/o Sughrue Mion #800.
2100 Pennsylvania Ave NW
Washing DC 20037

Phonetts pet... Names –
Cell
Citizenship –

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

12-19

Segment [illegible] Awards [illegible]

Internet

Points become live when product is

[illegible]

[illegible] Catalog.

[illegible]

[illegible] / No [illegible] the world's Internet / Paper

[illegible]

[illegible]

[illegible] → [illegible]

[illegible] [illegible] [illegible]

[illegible] Client [illegible]

[illegible] [illegible] (MS)

- [illegible] [illegible]

Federal Ms. on-line.

OUTSIDE COUNSELS' AND
CONSULTANTS' EYES ONLY

12-20

— [illegible] M-Thu - 7-10:00pm F: 7-7 Sat 9-5 Sun 10-12

ASU - Depository - Utility - Design
- 965-7607 - appt. - SW Corner Tyler & McCalister
- 965-6406 - Parking - 1blk South of university
- 965-7133 - hours 2blk west of mcCalister
— visitor lot off of Lemon

Dawn Rural RT [illegible] Lemon visitor LOT on RT.

- General Questions. will not search for us.
- CD Rom Cassis - by class
Subclass
word in title
Inventer

- For NW corner Directory
- New

- microfilm - 1hour 602.965-7140 - $.20 To copy.

- Pending Tradmarks
- Downloaded TO DISK

- Az. Trade marks. 602.542-6187

- Basic Facts about Patents & Trademarks
- Patent it yourself - Nowell Press

- Current Periodicals
Microfilm -

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

12-21

Fax Pat-

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

N 00022

12-22

TRL-MTZ 14307

Street
385381

OUTSIDE COUNSELS' AND
CONSULTANTS' EYES ONLY

N 00023

12-23

TRL-MTZ 14308

June 1990

INT Pub# 8804433

Date 16.06.1988

Prepayment

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

N 00024

12-24

TRL-MTZ 14309

364/401

4,750,119 - COHEN ET AL — INSURANCE ANNUITIES

PURCHASING SYSTEM w/ A REBATE FEATURE UTILIZED BY SUBSCRIBER - PURCHASERS, VENDORS PROVIDING GOODS & SERVICES,

INPUT OF PURCHASE ORDERS - CORRELATES TRANSFER OF FUNDS FROM PURCHASER SUBSCRIBERS TO VENDORS SELLING SELECTED GOODS

REBATE FACTOR IS INPUT INTO SYSTEM. REBATE IS BASED UPON REBATE FACTOR AND COST OF INDIVIDUALLY SELECTED GOODS & SERVICES

OBJECTS

- PROVIDE A COMPUTER PROGRAM USED IN COMBINATION WITH A PURCHASING OR TRANSACTIONAL SYSTEM TO ALLOW SUBSCRIBER PURCHASERS TO BUY GOODS & SERVICES AND OBTAIN FUTURE GUARANTEED REBATES

- PROVIDE ORDERLY CONTROL OF FUNDS BETWEEN PURCHASER/SUBSCRIBER, A PLURALITY OF VENDORS AND A FUTURE BENEFIT GUARANTOR USING A DP PROGRAM ON A COMPUTER

N 00025

- ALSO TO SHOW PURCHASER FUTURE REBATES TO MOTIVATE PURCHASER TO PATRONIZE VENDORS ASSOCIATED [illegible]

12-25

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

DIFFERENCES : ON-LINE INTERACTIVE IMMEDIATE REBATE

- PRODUCTS ARE NOT ACTUALLY PURCHASED ON-LINE.
- IS NOT A FUTURE REBATE FOR GOODS & SERVICES BUT AN IMMEDIATE ACCUMULATION OF AWARD POINTS FOR REDEMPTION
- REBATE FACTOR IS PERIODICALLY CALCULATED VS. PER TRANSACTION
- THERE IS NO FUTURE BENEFIT GARANTOR IN ADDENDUM
- ORDERS ARE INPUT OVER SHORT PERIOD OF TIME VS. PER TRANSACTION (BATCH VS. REAL TIME)
- VENDORS ARE PAID SIMULTANEOUSLY WITH ORDER IN ADDENDUM VS AT A LATER DATE.
- REBATES ARE ACCUMULATED OVER THE TOTAL YEAR. (GAP BETWEEN PURCHASES/REBATE CALC. (REBATE SUMMARY AND REDATE AWARD).
- OTHER REBATES OR PER INVENTION IF NOT FIXED AMOUNT AND NOT DUE AND PAYABLE AT A FUTURE DATE. (A SUM OF MONEY IN THE FUTURE)
- INCLUDES DESCRIPTION OF A CENTRALIZED INPUT/OUTPUT CTR FOR PURCHASING VS. ON-LINE BUT NOT LIMITED TO CENTRALIZED OR DECENTRALIZED SYSTEM.
- PRODUCTS PURCHASED AT DISCOUNT WHICH PROVIDES MARGIN VS. PRODUCTS W/ A COMMISSION STRUCTURE
- MULTIPLE AWARDS VS. BENEFIT GAURANTOR

IDEAS

- HAVE REBATE MUTUALLY BASED ON # OF PURCHASES WITHIN A PARTICULAR TIME FRAME, AND/OR WITH A PARTICULAR VENDOR.

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

12-27

APPLICATION FORMAT

ABSTRACT (SUMMARY

FLOW CHARTS

REPORT FORMATS

SYSTEM DESCRIPTION

OBJECTS OF SYSTEM (INVENTION)

SUMMARY OF INVENTION

DESCRIPTION OF DRAWINGS

DETAILED DESCRIPTION OF INVENTION

MEANS

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

Serial #

OUTSIDE COUNSELS' AND
CONSULTANTS' EYES ONLY

N 00029

12-29

TRL-MTZ 14314

/

Brian.zeal.com
Michael.zeal.com

Addemup –

I Fundr one system–

Green Gecko Distributors – order form

– Product /order form

If outside home page –

1) add Hotkey for addemup –
2) order comes through Us (+ onlyus)

Addemup
1) add product info from Clients to our database –
5) create user-ID password page

[illegible]
[illegible]
[illegible]
[illegible]

create
2) home page –
3) Develop e-mail system back to customers.
4) create Sportsclore homepage
[illegible] Points/Awards –
1) airline points –

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY



INTERACTIVE SITES

602. 956. 6038

FAX. 956. 4962

2632 East Thomas
Suite 203
Phoenix
Arizona 85016

→ Need to add Graphics
– How much?

DATE: December 4, 1995

TO: Jackie Miller

FROM : Interactive Sites

RE - Pricing and development of ADD-EM up.

The following are the set-up fees to begin the development of the ADD-EM up concept.

TYPE

| | | | | |
|---|---|---|---|---|
| WWW Server | 1 | $2,500.00 | $2,500.00 | → absolutely necessary |
| Credit Server | 1 | $1,200.00 | $1,200.00 | |
| Database Server | 1 | $1,200.00 | $1,200.00 | |
| Network Transceiver | 3 | $110.00 | $330.00 | |
| Database Software | 1 | $2,000.00 | $2,000.00 | |
| Credit Card Software | 1 | $800.00 | $800.00 | — Security — |
| Timbuktu Software | 3 | $130.00 | $390.00 | — combine — servers |
| Creation of program | 1 | $2,000.00 | $2,000.00 | |

start-up

TOTAL [illegible]

[illegible]

Thank you for the opportunity and we look forward to continuing our relationship.

→ R&D segment → costs from Brian
→ 200,000 hits a day →
→ 2,000 / day →

→ $5,000.00 start up at cost then we pay back
→ Interactive Sites at 30% margin –
→ working model on the Internet –

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

N 00031

12-31

TRL-MTZ 14316

Issues?

1) Money to interactive sites for Incentive
2) would the ~~[illegible]~~ ordering have to come through us only.
3) Link people from outside to addemup? how?
4) Get prototype
   - Sportscore page
   - Addemup page
   - Points Database
   - hits summary

5) learn about Tango

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

Addemup Registration Page = Database Form –

- Customer ID code – unique code [create] [screen w/] automatically w/ each page
- Password – may put in their own
- "Community Classifieds page" is the sample Registration form on Tango –

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY

Tom may call in

Jan 31 or Feb. 31 - working prototype

components of prototype

- Addemup Home page
- Sportscore home page
- Frequency program - computer program
  - calculation of points
- on-line Awards catalog

· Keep ~~[illegible]~~ Track of time spent
- pay back with profits
- or pay flat amount at the end

Zeal - Logo
Business cards
letterhead } $1,000.00 →

[illegible] ?

- Net Zone - Top 10 in US -
Kaufman - marion foundation -
Pharma - company → marion -
- 3D Zone →

OUTSIDE COUNSELS' AND CONSULTANTS' EYES ONLY