*Newly Revised and Updated*

# WEBSTER'S COLLEGE DICTIONARY

The Newest ▪ The Biggest ▪ The Best

Over 180,000 Entries and 250,000 Definitions

More New Words ▪ Nonsexist Guidelines

*In remembrance*
Stuart Berg Flexner
March 22, 1928–December 3, 1990

Copyright © 1995, 1992, 1991 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this publication may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th St., New York, NY 10022. Published in the United States by Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

*Random House Living Dictionary Project* is a trademark of Random House, Inc.

*Random House* and the House Design are registered trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data

Random House Webster's college dictionary.
    p.    cm.
Includes index.
ISBN 0-679-43886-6
   1. English language—Dictionaries.    I. Title: Webster's college dictionary.
PE1628.R28   1995
423—dc20                                  94-29143
                                                                           CIP

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

International Phonetic Alphabet, courtesy International Phonetic Association

Manufactured in the United States of America

s.rr/sd

New York, Toronto, London, Sydney, Auckland

A DICTIO

**ing.** to sue in a court of law. [1250–1300; ME *empleden* < AF *empleder*. See IM-¹, PLEAD] —**im·plead/a·ble,** *adj.* —**im·plead/er,** *n.*

**im·ple·ment** (*n.* im/plə mənt; *v. also* -ment/), *n., v.,* **-ment·ed, -ment·ing.** —*n.* 1. an instrument, tool, or utensil for accomplishing work: *agricultural implements.* 2. an article of equipment, as household furniture, clothing, or the like. 3. a means; agent: *goodwill as an implement to peace.* —*v.t.* 4. to fulfill; carry out: *implementing campaign promises.* 5. to put into effect according to a definite plan or procedure. 6. to provide with implements. [1425–75; late ME < ML *implēmentum* item of stock, (pl.) arrears, LL: filling up = L *implē(re)* to fill up (*im-* IM-¹ + *plēre* to FILL) + *-mentum* -MENT] —**im/ple·ment/a·ble,** *adj.* —**im/ple·men·ta/tion,** *n.* —**im/ple·ment/er, im/ple·men/tor,** *n.* —**Syn.** See TOOL.

**im·pli·cate** (im/pli kāt/), *v.t.,* **-cat·ed, -cat·ing.** 1. to show to be involved, usu. in an incriminating manner: *to be implicated in a crime.* 2. to involve as a necessary circumstance; imply. 3. to affect as a consequence: *Malfunctioning of one part of the nervous system implicates another part.* 4. *Archaic.* to fold or twist together; intertwine. [1530–40; < L *implicātus,* ptp. of *implicāre* to interweave = *im-* IM-¹ + *plicāre* to PLY²; cf. EMPLOY]

**im·pli·ca·tion** (im/pli kā/shən), *n.* 1. something implied or suggested as naturally to be inferred or understood: *an implication of dishonesty.* 2. the act of implying. 3. the state of being implied. 4. the relation between two propositions such that the second is not false when the first is true. 5. the act of implicating. 6. the state of being implicated. 7. a likely relationship: *the religious implications of ancient astrology.* [1400–50; late ME < L] —**im/pli·ca/tion·al,** *adj.*

**im·plic·it** (im plis/it), *adj.* 1. not expressly stated; implied: *implicit agreement.* 2. unquestioning; absolute: *implicit trust.* 3. potentially contained; inherent: *the drama implicit in the occasion.* [1590–1600; < L *implicitus* involved, obscure, var. ptp. of *implicāre.* See IMPLICATE, -ITE²] —**im·plic/it·ly,** *adv.* —**im·plic/it·ness, im·plic/i·ty,** *n.*

**im·plode** (im plōd/), *v.,* **-plod·ed, -plod·ing.** —*v.i.* 1. to burst inward (opposed to *explode*). —*v.t.* 2. to pronounce (a consonant) with implosion. [1880–85; IM-¹ + (EX)PLODE]

**im·plore** (im plôr/, -plōr/), *v.,* **-plored, -plor·ing.** —*v.t.* 1. to beg urgently or piteously; beseech: *They implored him to go.* 2. to beg urgently or piteously for: *Implore forgiveness.* —*v.i.* 3. to make urgent or piteous supplication. [1530–40; < L *implōrāre* = *im-* IM-¹ + *plōrāre* to lament] —**im·plor/a·ble,** *adj.* —**im/plo·ra/tion,** *n.* —**im·plor/a·to/ry** (-plôr/ə tôr/ē, -plōr/ə tōr/ē), *adj.* —**im·plor/er,** *n.* —**im·plor/ing·ly,** *adv.*

**im·plo·sion** (im plō/zhən), *n.* 1. the act of imploding; a bursting inward (opposed to *explosion*). 2. the ingressive release of a suction stop. Compare PLOSION. [1875–80; IM-¹ + (EX)PLOSION]

**im·plo·sive** (im plō/siv), *adj.* 1. of or pertaining to a consonant characterized by a partial vacuum behind the point of closure. —*n.* 2. an implosive consonant; suction stop. [1875–80; IM-¹ + (EX)PLOSIVE] —**im·plo/sive·ly,** *adv.*

**im·ply** (im plī/), *v.t.,* **-plied, -ply·ing.** 1. to indicate or suggest without being explicitly stated: *His words implied a lack of faith.* 2. to involve as a necessary circumstance: *Speech implies a speaker.* 3. *Obs.* to enfold. [1325–75; ME < MF *emplier* < L *implicāre;* see IMPLICATE] —**Usage.** See INFER.

**im·po·lite** (im/pə līt/), *adj.* not polite; rude. [1605–15; < L] —**im/po·lite/ly,** *adv.* —**im/po·lite/ness,** *n.*

**im·pol·i·tic** (im pol/i tik), *adj.* not politic, expedient, or judicious. [1590–1600] —**im·pol/i·tic·ly,** *adv.* —**im·pol/i·tic·ness,** *n.*

**im·pon·der·a·ble** (im pon/dər ə bəl), *adj.* not ponderable; not susceptible to precise measurement or evaluation. —*n.* 2. something imponderable. [1785–95; < ML] —**im·pon/der·a·bil/i·ty, im·pon/der·a·ble·ness,** *n.* —**im·pon/der·a·bly,** *adv.*

**im·pone** (im pōn/), *v.t.,* **-poned, -pon·ing.** *Obs.* to wager; stake. [1520–30; < L *impōnere* to put in or upon, impose = *im-* IM-¹ + *pōnere* to put, place]

**im·port** (*v.* im pôrt/, -pōrt/, im/pôrt, -pōrt; *n.* im/pôrt, -pōrt), *v.,* **-port·ed, -port·ing.** —*v.t.* 1. to bring in from a foreign country or other source: *to import goods for resale.* 2. to bring or introduce from one use or connection into another: *foodstuffs imported from the farm.* 3. to mean or signify: *Her words imported a change of attitude.* 4. to involve as a necessary circumstance; imply. 5. *Computers.* to bring (documents, data, etc.) into one application program from another. —*v.i.* 6. to be of consequence or importance; matter. —*n.* 7. something that is imported from abroad. 8. the act of importing. 9. consequence; importance: *matters of great import.* 10. meaning; implication: *He felt the import of her words.* [1400–50; late ME < L *importāre.* See IM-¹, PORT⁵] —**im·port/a·ble,** *adj.* —**im·port/a·bil/i·ty,** *n.* —**im·port/er,** *n.*

**im·por·tance** (im pôr/tns), *n.* 1. the quality or state of being important; significance; consequence. 2. *Obs.* an important matter. 3. *Obs.* importunity. 4. *Obs.* import; meaning. [1495–1505; < ML] —**Syn.** IMPORTANCE, CONSEQUENCE, SIGNIFICANCE, MOMENT refer to something valuable, influential, or worthy of note. IMPORTANCE is the most general of these terms, assigning exceptional value or influence to a person or thing: *the importance of Einstein's discoveries.* CONSEQUENCE may suggest personal distinction, or may suggest importance based on results to be produced: *a woman of consequence in world affairs; an event of great consequence for our future.* SIGNIFICANCE carries the implication of importance not readily or immediately recognized: *The significance of the discovery became clear many years later.* MOMENT, on the other hand, usu. refers to immediately apparent, self-evident importance: *an international treaty of great moment.*

**im·por·tant** (im pôr/tnt), *adj.* 1. of much or great significance or consequence: *an important event in world history.* 2. of considerable distinction: *an important scientist.* 3. self-important. 4. *Obs.* importunate. [1580–90; < ML *important-,* s. of *importāns,* prp. of *importāre* to be of consequence, weigh, L: to carry in, import; see IMPORT] —**im·por/tant·ly,** *adv.* —**Usage.** Both MORE IMPORTANT and MORE IMPORTANTLY occur at the beginning of a sentence in all varieties of Standard English: *More important* (or *More importantly*), *her record as an administrator is unmatched.* Objections are raised against MORE IMPORTANTLY on the grounds that the phrase MORE IMPORTANT is an elliptical form of "What is more important," a construction in which the adverb IMPORTANTLY cannot occur. Nevertheless, MORE IMPORTANTLY is the more common expression,

esp. in speech; it probably developed by analogy with other modifying adverbs, as *fortunately* and *regrettably.*

**im·por·ta·tion** (im/pôr tā/shən, -pōr-), *n.* 1. the act of importing something imported. [1595–1605]

**im·por·tu·nate** (im pôr/chə nit), *adj.* 1. overly urgent or persistent in solicitation. 2. troublesome; annoying. [1520–30] —**im·por/tu·nate·ly,** *adv.* —**im·por/tu·nate·ness,** *n.*

**im·por·tune** (im/pôr tōōn/, -tyōōn/, im pôr/chən), *v.,* **-tuned,** *adj.* —*v.t.* 1. to urge or press with excessive persistence. 2. annoy. 3. *Archaic.* to beg for urgently or persistently. —*v.i.* urgent or persistent solicitations. —*adj.* 5. importunate. [1350–1500 (adj.) < L *importūnus* unsuitable, troublesome, relentless; PORTUNE] —**im/por·tune/ly,** *adv.* —**im/por·tun/er,** *n.*

**im·por·tu·ni·ty** (im/pôr tōō/ni tē, -tyōō/-), *n., pl.* **-ties.** 1. quality of being importunate. 2. an importunate solicitation [1425–75; late ME < L]

**im·pose** (im pōz/), *v.,* **-posed, -pos·ing.** —*v.t.* 1. to apply by or as if by authority: *to impose taxes.* 2. to thrust intr others: *to impose oneself uninvited.* 3. to pass or palm off or deceptively. 4. to lay (type pages, plates, etc.) in proper imposing stone or the like and secure in a chase for printing flict, as a penalty. —*v.i.* 6. to obtrude oneself or one's others: *Are you sure my request doesn't impose?* [1475– MF *imposer* = *im-* IM-¹ + *poser* to POSE¹, as trans. of L IMPONE]; cf. SUPPOSE] —**im·pos/a·ble,** *adj.* —**im·pos/er,** *n.*

**im·pos·ing** (im pō/zing), *adj.* impressive because of great appearance, dignity of bearing, etc. [1645–55] —**im·pos/i**

**impos/ing stone/,** *n.* a slab of stone or metal on which or plates are prepared for printing. [1720–30]

**im·po·si·tion** (im/pə zish/ən), *n.* 1. the laying on of so burden or obligation. 2. something imposed, as a burde the act of imposing by or as if by authority. 4. deception; the arrangement of page plates in proper order on a press signature. [1325–75; ME *imposicioun* < LL *impositiō* = L s. of *impōnere* (see IMPONE) + *-tio* -TION]

**im·pos·si·bil·i·ty** (im pos/ə bil/i tē, im/pos-), *n., pl.* **-ties.** or state of being impossible. 2. something impossible. [1 < LL]

**im·pos·si·ble** (im pos/ə bəl), *adj.* 1. not possible; incapab happening. 2. unable to be performed or effected: *an impos ment.* 3. difficult beyond reason or propriety: *an impossible* utterly impracticable: *an impossible plan.* 5. hopelessly u desirable, or objectionable: *an impossible person.* [1250–1 —**im·pos/si·ble·ness,** *n.* —**im·pos/si·bly,** *adv.*

**im·post¹** (im/pōst), *n.* 1. a tax; duty; levy. 2. the weight horse in a race. [1560–70; < ML *impostus* a tax, in use of var. of *impositus,* ptp. of *impōnere;* see IMPOSITION] —**im/**

**im·post²** (im/pōst), *n.* 1. the point of springing of an arch; architectural feature immediately beneath this point. See [1655–65; < F *imposte* < It *imposta* < L: fem. of *impos* IMPOST¹]

**im·pos·tor** or **im·post·er** (im pos/tər), *n.* a person who ception under an assumed character, identity, or name. LL, = L *impos(i)-,* var. s. of *impōnere* to deceive, place + *-tor* -TOR]

**im·pos·ture** (im pos/chər), *n.* 1. the action or practice fraudulently upon others. 2. deception using an assum identity, or name. 3. an instance of fraudulent imposition LL *impostūra* = L *imposit(us),* ptp. of *impōnere* (see IMP *-ūra* -URE] —**im·pos/trous** (-pos/trəs), **im·pos/tur·ous,** *adj.*

**im·po·tence** (im/pə təns) also **im/po·ten·cy,** *n.* the quality of being impotent. [1375–1425; late ME < L]

**im·po·tent** (im/pə tənt), *adj.* 1. not potent; lacking power lacking force or effectiveness. 3. (of a male) unable to at penile erection. 4. (esp. of a male) sterile. 5. *Obs.* be straint. —*n.* 6. an impotent person. [1350–1400; ME **tent·ly,** *adv.*

**im·pound** (im pound/), *v.t.,* **-pound·ed, -pound·ing.** 1. t as if in a pound; confine. 2. to seize and retain in custod *impound alien property.* [1545–55; IM-³ + POUND³] —**im** *adj.* —**im·pound/er,** *n.*

**im·pound·ment** (im pound/mənt) also **im·pound/ag** of impounding or the state of being impounded. 2. a c water, as a reservoir. [1655–65]

**im·pov·er·ish** (im pov/ər ish, -pov/rish), *v.t.,* **-ished, -i** duce to poverty. 2. to exhaust the strength or vitality of *sive farming impoverished the soil.* [1400–50; late ME long s. of *empovrir* = *em-* EM-¹ + *-povrir,* v. der. of *-ish²*] —**im·pov/er·ish·er,** *n.* —**im·pov/er·ish·ment,** *n.*

**im·pov·er·ished** (im pov/ər isht, -pov/risht), *adj.* 1. erty. 2. deprived of strength or vitality. 3. (of a country few trees, flowers, birds, wild animals, etc. [1625–35]

**im·prac·ti·ca·ble** (im prak/ti kə bəl), *adj.* 1. not practi of being put into practice or use with the available mean ble plan. 2. impassable: *impracticable terrain.* [1645– **ca·bil/i·ty, im·prac/ti·ca·ble·ness,** *n.* —**im·prac/ti·ca**

**im·prac·ti·cal** (im prak/ti kəl), *adj.* 1. not practical or pable of dealing sensibly with practical matters. 3. idea cable. [1860–65] —**im·prac/ti·cal/i·ty, im·prac/ti·cal**

**im·pre·cate** (im/pri kāt/), *v.,* **-cat·ed, -cat·ing.** —*v.t.* evil on; curse. —*v.i.* 2. to invoke evil; utter curses. [16 *precātus,* ptp. of *imprecārī* to invoke, pray to or for = to PRAY] —**im/pre·ca/tor,** *n.* —**im/pre·ca·to/ry,** *adj.*

**im·pre·ca·tion** (im/pri kā/shən), *n.* 1. the act of impr (def. 1). [1575–85; < L]

**im·pre·cise** (im/prə sīs/), *adj.* not precise; vague; ine —**im/pre·cise/ly,** *adv.* —**im/pre·ci/sion** (-sizh/ən), *im/*

**im·preg·na·ble¹** (im preg/nə bəl), *adj.* 1. strong en withstand attack; unconquerable: *an impregnable fort.* assailable. [1400–50; late ME *impregnable, impregna*