# THE INTERNET BUSINESS BOOK

A COMPLETE GUIDE TO

- WHAT THE INTERNET IS AND HOW TO GET ACCESS
- MARKETING AND CREATING A CORPORATE PRESENCE
- SALES, ADVERTISING, AND CUSTOMER SUPPORT
- BUSINESS, MARKETING, AND SALES RESOURCES

JILL H. ELLSWORTH

MATTHEW V. ELLSWORTH



1865278

Publisher: Katherine Schowalter
Editor: Tim Ryan
Managing Editor: Mark Hayden
Editorial Production & Design: SunCliff Graphic Productions

Designations used by companies to distinguish their products are often claimed as trademarks. In all instances where John Wiley & Sons, Inc. is aware of a claim, the product names appear in Initial Capital or all CAPITAL letters. Readers, however, should contact the appropriate companies for more complete information regarding trademarks and registration.

This text is printed on acid-free paper.

Copyright © 1994 by Jill Ellsworth and Matthew Ellsworth

All rights reserved. Published simultaneously in Canada.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

Reproduction or translation of any part of this work beyond that permitted by section 107 or 108 of the 1976 United States Copyright Act without the permission of the copyright owner is unlawful. Requests for permission or further information should be addressed to the Permission Department, John Wiley & Sons, Inc.

*Library of Congress Cataloging-in-Publication Data*

Ellsworth, Jill, 1949–
   The Internet Business Book / Jill Ellsworth and Matthew Ellsworth
      p.   cm
   Includes bibliographical references and index.
   ISBN 0-471-05809-2 (pbk. : acid-free paper)
   1. Business enterprises—Communication systems.  2. Internet (Computer network).   3. Information networks.   4. Communication, International   I. Title.
HD30.335.E44    1994
650 ' .0285—dc20                                                                      94-17865
                                                                                              CIP

Printed in the United States of America
10 9 8 7 6 5 4 3 2

AT&T BELL LABORATORIES
TECHNICAL LIBRARY
1600 OSGOOD STREET
NORTH ANDOVER, MA  01845

olish a connection to another
the remote computer which
ose things taken care of by the
le as pressing Enter, or may
d to be entered. (Usually used
er 8.)

nputer system. Often accom-
nnecting, or typing **exit, bye,**

roups or Usenet newsgroups

cussion Groups) Discussions
omated re-mailer, which then
everyone who has subscribed
ip. (See Chapter 7.)

sions)—An improvement on
ow binary files to be sent as
ASCII files could be sent. This

opment, that serves as client
AIS, and WWW. It provides

ectronic device that converts
so that they can be sent over
modem which will convert
ally all modems combine the
ee Appendix B.)

are moderated, the modera-
e sure, for example, that they
hat the language and nature
ng. The types and extent of
iting the goals and limits to,
e Chapter 7.)

nd socially accepted behav-

n any way that allows data

*Newbie*—Anyone new to the Internet. Due to the rapid growth of the Internet, most people on the Internet are newbies, and therefore this is not considered a particularly negative term.

*NIC* (Network Information Center)—A site designated to provide useful information services to network users.

*Node*—A computer that is directly connected to a network—whether used to transfer and route data or to provide end-user services.

*NSFnet* (National Science Foundation + net)—The system of high-speed data transfer links and nodes that form the backbone of the Internet in the United States. (See Chapter 1.)

*Offline*—Anything that happens when your computer is not connected to another computer. For instance, you may use a program that downloads many messages and files quickly and then allows you to read them *offline* in order to save on connect charges and long distance phone charges.

*Online*—Any activity carried out while your computer is connected to another computer or network.

*Plan File (.plan)*—A file, in your home directory on your Internet access provider's computer, to which you write to tell anything you want about yourself or your business or any other subject. A copy of it can be obtained by anyone who uses the finger program to check your e-mail account.

*Post*—To send an e-mail message to one of the public discussion groups.

*Postmaster*—The person at each site who is responsible for handling e-mail problems at that site. Send e-mail to the postmaster at a site if you are having some difficulties getting a message through or need other information about the site. E-mail messages to this person are addressed to **postmaster@***site name*; for example, **postmaster@kite.binford.com**.

*Prompt*—What is displayed when a computer system is waiting for some sort of input from you.

*Protocol*—A formal, standardized set of operating rules governing the format, timing, error control, or other aspects of data transmissions and other activities on a network.

*README file (READ.ME)*—A commonly used filename in program documentation and in directories at FTP sites to direct the newcomer to index files or other useful information about the files in that directory.

*RFC* (Request For Comments)—Documents relating to the Internet system, protocols, proposals, and so on.