# MICROSOFT PRESS



## SECOND EDITION



**COMPLETELY REVISED AND UPDATED, WITH NEW DEFINITIONS AND ILLUSTRATIONS**

# THE COMPREHENSIVE STANDARD FOR BUSINESS, SCHOOL, LIBRARY, AND HOME



*Microsoft*
PRESS

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1994 by Microsoft Press

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data

Microsoft Press computer dictionary : the comprehensive standard for
    business, school, library, and home / Microsoft Press. -- 2nd ed.
        p.   cm.
    ISBN 1-55615-597-2
    1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
I. Microsoft Press.   II. Title: Computer dictionary.
QA76.15.M54   1993
004'.03--dc20                                                    93-29868
                                                                     CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9    MLML    9 8 7 6 5 4

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

Distributed to the book trade outside the United States and Canada by
Penguin Books Ltd.

Penguin Books Ltd., Harmondsworth, Middlesex, England
Penguin Books Australia Ltd., Ringwood, Victoria, Australia
Penguin Books N.Z. Ltd., 182-190 Wairau Road, Auckland 10, New Zealand

British Cataloging-in-Publication Data available.


**Project Editor:** Casey D. Doyle
**Manuscript Editor:** Alice Copp Smith
**Technical Editors:** Mary DeJong, Jeff Carey, Dail Magee, Jr., Jim Fuchs, Seth McEvoy



**OLE** Pronounced "oh-lay"; acronym for object linking and embedding, a way to transfer and share information among applications. When an object (such as an image file created with a paint program) is *linked* to a compound document (such as a spreadsheet or a document created with a word-processing program), the document contains only a reference to the object; any changes made to the contents of a linked object will be seen in the compound document. When an object is *embedded* in a compound document, the document contains a copy of the object; any changes made to the contents of the original object will not be seen in the compound document unless the embedded object is updated.

**on-board computer** A computer that resides within another device.

**one-pass compiler** A compiler that needs to read through a source file only once in order to produce the object code. The syntax of some languages makes it impossible to write a one-pass compiler for those languages.

**one's complement** A number in the binary (base-2) system that is the complement of another number. Because binary is based on only two digits, the one's complement is easy to derive. Each digit in a number can simply be reversed; for example, reversing the digits in *0101* produces the one's complement, *1010*. The term *one's complement* refers to the manner in which this type of complement, known as radix-minus-1, is formally derived: by subtracting each digit of the number to be complemented from 1 less than the base. In binary, the base is 2; 1 less than 2 is 1, hence the term *one's complement. See also* complement.

**online** Activated and ready for operation; capable of communicating with or being controlled by a computer. For example, a printer is online when it can be used for printing; a database is online when it can be used by a person who connects with the computer on which it is stored. *Compare* offline.

**online help** *See* help.

**online state** The state of a modem when it is communicating with another modem. *Compare* command state.

**OOP** *See* object-oriented programming.

**opcode** *See* operation code.

**open** Broadly, a reference to accessibility in many areas of computing. *Open* is used as an adjective or as a verb; for example, an open file is one that can be used because a program has issued an "open file" command to the operating system. Common uses of *open* in the sense of "accessible" or "not closed" include open architecture or open system, referring to a computer that is designed to accept add-on devices that enhance its performance; open shop, referring to a computer facility that is available to users as well as programmers; and open subroutine, referring to a program section that is copied, repeatedly if necessary, wherever it is needed in a program (as opposed to a closed subroutine, which is copied once and can then be called or jumped to from any other point in the program).

**open architecture** A term used to describe any computer or peripheral design that has published specifications. A published specification lets third parties develop add-on hardware for an open-architecture computer or device. The term can also refer to a design that provides for expansion slots on the motherboard, allowing the addition of boards to enhance or customize a system. *Compare* closed architecture.

**open file** A file that can be read from or written to or both. A program must first open a file before the file's contents can be used, and it must close the file when done.

**open shop** A computer facility that is open to users and not restricted to programmers or other personnel. An open shop is one in which people can work on or attempt to solve computer problems on their own rather than hand them over to a specialist.

**open system** In communications, especially with regard to the ISO Open Systems Interconnection model, a computer network designed to incorporate all devices—regardless of manufacturer or model—that can use the same communications facilities and protocols. In reference to individual pieces of computer hardware or software, an open system is one that can accept add-ons