

Designed for Microsoft Windows NT Windows 95

**The Ultimate Computer Reference**

*The Comprehensive Standard for Business, School, Library, and Home*

**Over 2,300 New Terms** With Online Updates Available Quarterly

# Microsoft Press
# Computer Dictionary

- **Over 7,600 terms and definitions**
- **345 illustrations and diagrams**
- **Extensive Internet and Web coverage**
- **Featured in Microsoft® Bookshelf® 97**

**Microsoft** Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data pending.

ISBN 1-57231-743-4

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QMQM   2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editors:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

word processing program, the document contains only a reference to the object; any changes made to the contents of a linked object will be seen in the compound document. When an object is embedded in a compound document, the document contains a copy of the object; any changes made to the contents of the original object will not be seen in the compound document unless the embedded object is updated.

**OLTP** \O`L-T-P´\ *n.* Acronym for **on**line **t**ransaction **p**rocessing. A system for processing transactions as soon as the computer receives them and updating master files immediately in a database management system. OLTP is useful in financial record keeping and inventory tracking. *See also* database management system, transaction processing. *Compare* batch processing (definition 3).

**.om** \dot`O-M´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Oman.

**OM-1** \O`M-wən´\ *n. See* OpenMPEG Consortium.

**OMA** \O`M-A´\ *n.* Acronym for **O**bject **M**anagement **A**rchitecture. A definition developed by the Object Management Group (OMG) for object-oriented distributed processing. OMA includes the Common Object Request Broker Architecture (CORBA). *See also* CORBA, Object Management Group.

**on-board computer** \on`bōrd kəm-pyoō´tər\ *n.* A computer that resides within another device.

**.on.ca** \dot-O-N`dot-C-A´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Ontario, Canada.

**on-chip cache** \on`chip kash´\ *n. See* L1 cache.

**one's complement** \wənz´ kom`plə-mənt\ *n.* A number in the binary (base-2) system that is the complement of another number. *See also* complement.

**one-off** \wən of´\ *n.* **1.** A product that is produced one at a time, instead of being mass produced. **2.** A CD-ROM created on a CD-R machine, which can create only one copy of a CD-ROM at a time.

**one-pass compiler** \wən`pas kəm-pī´lər\ *n.* A compiler that needs to read through a source file only once to produce the object code. The syntax of some languages makes it impossible to write a one-pass compiler for those languages. *See also* compiler (definition 2).

**online** \on`līn\ *adj.* **1.** In reference to a computing device or a program, activated and ready for operation; capable of communicating with or being controlled by a computer. *Compare* offline (definition 1). **2.** In reference to one or more computers, connected to a network. *Compare* offline (definition 2). **3.** In reference to a user, currently connected to the Internet, an online service, or a BBS or using a modem to connect to another modem. **4.** In reference to a user, being able to connect to the Internet, an online service, or BBS by virtue of having an account that gives one access.

**online analytical processing** \on`līn an-ə-lit`ə-kəl pros´es-ēng\ *n. See* OLAP database.

**online community** \on`līn kə-myoō´nə-tē\ *n.* **1.** All users of the Internet and World Wide Web collectively. **2.** A local community that places political forums online for the discussion of local government or issues of public concern. **3.** Members of a specific newsgroup, mailing list, MUD, BBS, or other online forum or group. *See also* BBS (definition 1), mailing list, MUD, newsgroup.

**online help** \on`līn help´\ *n. See* help.

**online information service** \on`līn in-fər-mā´shən sər-vəs\ *n.* A business that provides access to databases, file archives, conferences, chat groups, and other forms of information through dial-up, or dedicated communications links, or through the Internet. Most online information services also offer access to the Internet connections along with their own proprietary services. The largest consumer online information services in the United States are America Online, CompuServe, and The Microsoft Network.

**online service** \on`līn sər´vəs\ *n. See* online information service.

**online state** \on`līn stāt´\ *n.* The state of a modem when it is communicating with another modem. *Compare* command state.

**online transaction processing** \on`līn tranz-ak´shən pros`ə-sēng\ *n. See* OLTP.

**on the fly** \on` dhə flī´\ *adv.* Doing a task or process as needed without suspending or disturbing normal operations. For example, it is often said that an HTML document can be edited on the fly because its content can be revised without the need to completely shut down or recreate the Web