*Newly Revised and Updated*

# WEBSTER'S COLLEGE DICTIONARY

*The Newest • The Biggest • The Best*

*Over 180,000 Entries and 250,000 Definitions*

*More New Words • Nonsexist Guidelines*

*In remembrance*
Stuart Berg Flexner
March 22, 1928–December 3, 1990

Copyright © 1995, 1992, 1991 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this publication may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th St., New York, NY 10022. Published in the United States by Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

*Random House Living Dictionary Project* is a trademark of Random House, Inc.

*Random House* and the House Design are registered trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data

Random House Webster's college dictionary.
    p.   cm.
    Includes index.
    ISBN 0-679-43886-6
    1. English language—Dictionaries.    I. Title: Webster's college dictionary.
PE1628.R28  1995
423—dc20                                        94-29143
                                                            CIP

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

International Phonetic Alphabet, courtesy International Phonetic Association

Manufactured in the United States of America

s.rr/sd

New York, Toronto, London, Sydney, Auckland

**nation. d.** an organization engaged... **intelligence. 7.** (*often cap.*) an... oreal one. [1350–1400; ME < L]... telligence test score that is obt... ects the age-graded level of per... norms, by chronological age and m... is indicates a performance at ex... *Abbr.:* **IQ** [1920–25]

*n.* **1.** a person or thing that con... 1570–80]

rious tests designed to measure... son. [1910–15]

having good understanding or a... nd. **2.** displaying quickness of un... udgment: *an intelligent reply.* **5.** A... nderstanding; possessing intellig... **4.** (of an electronic device) con... **rt:** *an intelligent terminal.* **5.** Arch... e (usu. fol. by *of*). [1500–10]; < L... ntelligere, var. of *intellegere* to un... + *legere* to choose] —**in·tel′li·ge...** **t·ly,** *adv.* —**Syn.** See **SHARP.**

**a, -gent′/-),** *n.pl.* intellectuals con... s a cultural, social, or political el... **INTELLIGENCE**]

*j.* **1.** capable of being underst... ensible by the mind only; concept... = *intellig-* (see **INTELLIGENT**) + -... **·tel′li·gi·bly,** *adv.*

sat′/, in′tel/-), *n.* a global commun... national control. [1965–70; *In*(*ter*... *lite Organization*)]

inviolate; undefiled; unsullied; pu... IN-³ + *temerātus,* ptp. of *temerā...* **·ly,** *adv.* —**in·tem′er·ate·ness,** *n...* s, **-prans),** *n.* **1.** immoderate in... cessive indulgence of appetite or... aint. [1400–50; late ME < L]

rit), *adj.* **1.** given to or character... gence in alcoholic beverages. **2.** I... or passion. **3.** showing lack of m... n or speech; unrestrained; unbrid... nate. [1400–50; late ME < L] —... **r·ate·ness,** *n.*

**end·ing.** —*v.t.* **1.** to have in mind... about; plan: *We intend to leave in...* a particular purpose, use, or recipi... only. **3.** to design to express or in... (of words, terms, statements, etc.)... ect (the eyes, mind, etc.). —*v.i.* **6.**... 1300; ME *entenden* < OF *entendre*... at (see **IN-²,** **TEND**)] —**in·tend′er,** *n...* a department of the public servic... n intendant. [1730–40; < F]

*pl.* **-cies. 1.** the office or function... lants. **3.** Also, **intendency.** a distr... [1590–1600]

person who directs a public busine... serving under the French, Spanis... istrict administrator in Latin Ameri... of *intendēns,* prp. of *intendere.* See I...

rposed; intentional: *an intended s...* —*n.* **3.** *Informal.* the person one pla... 1570–80] —**in·tend′ed·ly,** *adv.*

*pl.* **-cies. INTENDANCY** (def. 3).

igning or aiming to be; prospective... 0–60]

**1.** the true meaning or purpose of... [1350–1400; ME *entendement* < M... **-1-, -MENT**]

**-at·ed, -at·ing.** to make soft or te... ner **TENDER¹** + **-ATE¹**] —**in·ten′er...**

ig or occurring in a high or extrem... severity, or amount: *Intense heat.*... ng; ardent: *intense dislike.* **3.** havin... egree; *blindingly intense sunlight.*... arnest; intensive: *intense thought.*... ess, strong feeling, or tension. **6.**... onal. **7.** (of color) very deep: *inten...* *nsus,* var. of *intentus* **INTENT²**]

**1.** a person or thing that intensif... verb, that indicates and usu. increa... o be given to the item it modifies... 5–35]

**-fy·ing.** —*v.t.* **1.** to make intense... lensity and contrast of (a photograp... become intense or more inte... *n.*

intensification; increase in degre... intensity; degree. **4.** exertion of... e set of attributes belonging to all... term is correctly applied; connota... 595–1605; < L *intēnsiō.* See **INTE...** ten′sion·al·ly, *adv.*

ties. **1.** the quality or condition of...

---

**ing intense. 2.** great energy, strength, concentration, or vehemence, as of activity, thought, or feeling. **3.** a high or extreme degree, as of cold or heat. **4.** the degree or extent to which something is intense. **5.** a high degree of emotional excitement; depth of feeling: *The poem lacked intensity.* **6.** the strength or sharpness of a color due esp. to its degree of freedom from admixture with its complementary color. **7.** *Physics.* magnitude, as of energy or a force per unit of area, volume, time, etc. [1655–65]

**in·ten·sive** (in ten′siv), *adj.* **1.** of or characterized by intensity: *intensive questioning.* **2.** tending to intensify; intensifying. **3.** of or pertaining to a system of farming in which large amounts of labor and often capital are expended to gain high yields on small tracts of land (opposed to *extensive*). **4.** requiring or having a high concentration of a specified quality or element (used in combination): *a labor-intensive industry.* **5.** (of a grammatical form or construction) indicating increased emphasis or force: *Certainly* is an intensive adverb. *Myself* in *I did it myself* is an intensive pronoun. —*n.* **6.** something that intensifies. **7.** an intensive form or construction. [1400–50; late ME < ML] —**in·ten′sive·ly,** *adv.* —**in·ten′sive·ness,** *n.*

**inten′sive care′,** *n.* the use of specialized equipment and personnel for continuous monitoring and care of the critically ill, usu. in a special center in a hospital (**inten′sive care′ u′nit**). [1960–65]

**in·ten·siv·ist** (in ten′si vist), *n.* a medical specialist in intensive care.

**in·tent¹** (in tent′), *n.* **1.** something that is intended; purpose; design; intention: *The original intent was to raise funds.* **2.** the act or fact of intending, as to do something: *criminal intent.* **3.** *Law.* the state of a person's mind that directs his or her actions toward an objective. **4.** meaning or significance. —**Idiom. 5. to or for all intents and purposes,** for all practical purposes; practically speaking; virtually. [1175–1225; ME *entent(e)* < OF < LL *intentus* an aim, purpose, L: a stretching out = *inten(dere)* to **INTEND** + *-tus* suffix of v. action)]

**in·tent²** (in tent′), *adj.* **1.** firmly or steadfastly fixed or directed: *an intent stare.* **2.** having the attention sharply focused or fixed on something: *intent on one's work.* **3.** determined or resolved; having the mind or will fixed on some goal: *intent on revenge.* [1600–10; < L *intentus* taut, intent, ptp. of *intendere* to **INTEND**; cf. **INTENSE**] —**in·tent′ly,** *adv.* —**in·tent′ness,** *n.*

**in·ten·tion** (in ten′shən), *n.* **1.** an act or instance of determining mentally upon some action or result. **2.** the end or object intended; purpose. **3. intentions, a.** purpose or attitude toward the effect of one's actions or conduct: *a bungler with good intentions.* **b.** purpose or attitude with respect to marriage: *Are his intentions serious?* **4.** the act or fact of intending. **5.** *Logic.* reference by signs, concepts, etc., to concrete things, their properties, classes, or the relationships among them. **6.** meaning or significance. **7.** the person or thing meant to benefit from a prayer or religious offering. [1300–50; ME < L *intentiō,* var. of *intēnsio.* See **INTENSION**]

**in·ten·tion·al** (in ten′shə nl), *adj.* **1.** done with intention or on purpose; intended: *an intentional insult.* **2.** of or pertaining to intention or purpose. **3.** *Philos.* **a.** pertaining to an appearance, phenomenon, or representation in the mind; phenomenal; representational. **b.** pertaining to the capacity of the mind to refer to an existent or nonexistent object. **c.** pointing beyond itself, as consciousness or a sign. [1520–30] —**in·ten′tion·al·i·ty,** *n.* —**in·ten′tion·al·ly,** *adv.* —**Syn.** See **DELIBERATE.**

**in·ten·tioned** (in ten′shənd), *adj.* having specified intentions (often used in combination): *a well-intentioned person.* [1640–50]

**inten′tion move′ment,** *n.* a preparatory gesture, as a crouch before a leap. [1945–50]

**in·ter** (in tûr′), *v.t.,* **-terred, -ter·ring.** to place (a dead body) in a grave or tomb; bury. [1275–1325; ME *enteren* < MF *enterrer,* prob. < VL *interrāre,* der. of *terra* earth; see **IN-²**]

**inter-,** a prefix meaning "between, among," "mutually, reciprocally": *intercity; interdepartmental; intermarry; interweave.* [ME < L (in some words r. ME *entre-* < MF < L *inter-*), prefixal use of *inter* (prep. and adv.); cf. **INTERIOR**]

**inter., 1.** intermediate. **2.** interrogation. **3.** interrogative.

**in·ter·act** (in′tər akt′), *v.i.,* **-act·ed, -act·ing.** to act upon one another. [1740–50] —**in·ter·ac′tant,** *n.*

**in·ter·ac·tion** (in′tər ak′shən), *n.* reciprocal action, effect, or influence. [1825–35] —**in·ter·ac′tion·al,** *adj.*

**in·ter·ac·tive** (in′tər ak′tiv), *adj.* **1.** acting upon one another. **2.** (of a computer or program) characterized by or allowing immediate two-way communication between a source of information and a user, who can initiate or respond to queries. [1825–35] —**in·ter·ac′tive·ly,** *adv.*

**interac′tive fic′tion,** *n.* an adventure or mystery story, in the form of a video game or book, in which the player or reader is given choices as to how the story line is to develop. [1975–80]

**in·ter a·li·a** (in′tər ä′li ä′; *Eng.* in′tər ā′lē ə, ä′lē ə), *adv. Latin.* among other things.

**in·ter a·li·os** (in′tər ä′li ōs′; *Eng.* in′tər ā′lē ōs′, ä′lē-), *adv. Latin.* among other persons.

**in·ter-A·mer·i·can** (in′tər ə mer′i kən), *adj.* of or pertaining to some or all of the countries of North, Central, and South America. [1935–40]

**in·ter·a·tom·ic** (in′tər ə tom′ik), *adj.* existing or occurring between atoms. [1860–65]

**in·ter·breed** (in′tər brēd′), *v.,* **-bred, -breed·ing.** —*v.t.* **1.** to crossbreed (a plant or animal). **2.** to cause to breed together. —*v.i.* **3.** to crossbreed; hybridize. **4.** to breed or mate with a closely related individual, as in a small, closed population. [1855–60]

**in·ter·ca·lar·y** (in tûr′kə ler′ē, in′tər kal′ə rē), *adj.* **1.** interpolated; interposed. **2.** inserted or interpolated in the calendar, as an extra day or month. **3.** (of a year) having such an inserted day, month, etc. [1605–15; < L *intercalārius = intercal(āre)* to **INTERCALATE** + *-ārius* **-ARY**] —**in·ter′ca·lar′i·ly,** *adv.*

**in·ter·ca·late** (in tûr′kə lāt′), *v.t.,* **-lat·ed, -lat·ing. 1.** to interpolate or insert; interpose. **2.** to insert (an extra day, month, etc.) in the calendar. [1605–15; < L *intercalātus,* ptp. of *intercalāre* to intercalate a day or month = *inter-* **INTER-** + *calāre* to proclaim] —**in·ter′ca·la′tion,** *n.* —**in·ter′ca·la·tive,** *adj.*

**in·ter·cede** (in′tər sēd′), *v.i.,* **-ced·ed, -ced·ing. 1.** to interpose in behalf of someone, as by pleading or petition: *to intercede with the governor for a condemned man.* **2.** to attempt to reconcile differences between two people or groups; mediate. [1570–80; < L *intercēdere.* See **INTER-, CEDE**] —**in·ter·ced′er,** *n.*

**in·ter·cel·lu·lar** (in′tər sel′yə lər), *adj.* situated between or among cells. [1825–35]

**in·ter·cept** (*v.* in′tər sept′; *n.* in′tər sept′), *v.,* **-cept·ed, -cept·ing,** *n.* —*v.t.* **1.** to take, seize, or halt (someone or something on the way from one place to another); cut off from an intended destination: *to intercept a messenger.* **2.** to secretly listen to or record (a transmitted communication). **3.** to stop or interrupt the course, progress, or transmission of. **4.** to take possession of (a ball or puck) during an attempted pass by an opposing team. **5.** to stop or check (passage, travel, etc.): *to intercept an escape.* **6.** to catch up to and destroy (an aircraft or missile). **7.** *Math.* to mark off or include, as between two points or lines. **8.** to intersect. **9.** *Obs.* to prevent the operation or effect of. **10.** *Obs.* to cut off from access, sight, etc. —*n.* **11. INTERCEPTION. 12.** an intercepted communication. **13.** *Math.* **a.** an intercepted segment of a line. **b.** (in a coordinate system) the distance from the origin to the point at which a curve or line intersects an axis. [1535–45; < L *interceptus,* ptp. of *intercipere* to intercept = *inter-* **INTER-** + *-cipere,* comb.,form of *capere* to take] —**in·ter·cep′tive,** *adj.*



intercept (def. 13a) arc of circle intercepted by line between points X and Y

**in·ter·cep·tion** (in′tər sep′shən), *n.* **1.** an act or instance of intercepting. **2.** the state or fact of being intercepted. [1590–1600; < L]

**in·ter·cep·tor** or **in·ter·cept·er** (in′tər sep′tər), *n.* **1.** a person or thing that intercepts. **2.** a fighter airplane capable of speedily intercepting hostile aircraft. [1590–1600; < L]

**in·ter·ces·sion** (in′tər sesh′ən), *n.* **1.** an act or instance of interceding. **2.** an interposing or pleading on behalf of another person. **3.** a prayer to God on behalf of another. [1400–50; late ME < L *intercessiō = intercēd(ere)* to **INTERCEDE** + *-tiō* **-TION**] —**in·ter·ces′sion·al,** *adj.* —**in·ter·ces′so·ry,** *adj.*

**in·ter·ces·sor** (in′tər ses′ər, in′tər ses′ər), *n.* a person who intercedes. [1475–85; < L]

**in·ter·change** (*v.* in′tər chānj′; *n.* in′tər chānj′), *v.,* **-changed, -chang·ing,** *n.* —*v.t.* **1.** to put each in the place of the other; cause (one thing) to change places with another: *to interchange pieces of modular furniture.* **2.** to give and receive (things) reciprocally; exchange. **3.** to cause to follow one another alternately. —*v.i.* **4.** to occur by turns or in succession; alternate. **5.** to change places, as one with another. —*n.* **6.** an act or instance of interchanging. **7.** a multilevel highway intersection arranged so that vehicles may move from one road to another without crossing the streams of traffic. [1325–75; ME *entrechaungen* < MF *entrechangier;* see **INTER-, CHANGE**] —**in·ter·chang′er,** *n.*

**in·ter·change·a·ble** (in′tər chān′jə bəl), *adj.* **1.** (of two things) capable of being put or used in the place of each other: *interchangeable symbols.* **2.** (of one thing) capable of replacing or changing places with something else: *an interchangeable part.* [1400–50; late ME < MF] —**in·ter·change′a·bil′i·ty,** **in·ter·change′a·ble·ness,** *n.* —**in·ter·change′a·bly,** *adv.*

**in·ter·clav·i·cle** (in′tər klav′i kəl), *n.* a median membrane bone developed between the collarbones, or in front of the breastbone, in many vertebrates. [1865–70] —**in·ter·cla·vic′u·lar** (-klə vik′yə lər), *adj.*

**in·ter·col·le·giate** (in′tər kə lē′jit, -jē it), *adj.* **1.** taking place between or participating in activities between different colleges: *intercollegiate athletics.* **2.** of or representative of two or more colleges. [1870–75]

**in·ter·co·lum·ni·a·tion** (in′tər kə lum′nē ā′shən), *n. Archit.* **1.** the space between two adjacent columns, esp. the clear space between the lower parts of the shafts. **2.** the system of spacing between columns. [1655–65; < L *intercolumni(um)* space between columns (see **INTER-, COLUMN, -IUM**) + **-ATION**] —**in·ter·co·lum′nar,** *adj.*

**in·ter·com** (in′tər kom′), *n.* a communication system within a building, airplane, etc., with a loudspeaker or receiver for listening and a microphone for speaking at each of two or more points. [1935–40; shortening of *intercommunication system*]

**in·ter·com·mu·ni·cate** (in′tər kə myōō′ni kāt′), *v.,* **-cat·ed, -cat·ing.** —*v.i.* **1.** to communicate mutually, as people. **2.** to afford passage from one to another, as rooms. —*v.t.* **3.** to exchange (messages or communications) with one another. [1580–90; < ML] —**in′ter·com·mu′ni·ca·ble,** *adj.* —**in′ter·com·mu′ni·ca·bil′i·ty,** *n.* —**in′ter·com·mu′ni·ca′tion,** *n.* —**in′ter·com·mu′ni·ca′tive** (-kā′tiv, -kə-), *adj.* —**in′ter·com·mu′ni·ca′tor,** *n.*

**in·ter·com·mun·ion** (in′tər kə myōōn′yən), *n.* **1.** mutual communion, association, or relations. **2.** a communion service among members of different denominations. [1755–65]

**in·ter·com·mu·ni·ty** (in′tər kə myōō′ni tē), *n., pl.* **-ties,** *adj.* —*n.* **1.**

---

| in′ter·ab·sorp′tion, *n.* | in′ter·an′gu·lar, *adj.* | in′ter·bank′, *adj.* | in′ter·busi′ness, *adj.* |
| in′ter·ac′a·dem′ic, *adj.* | in′ter·arch′, *v.i.,* -arched, -arch·ing. | in′ter·ba′sin, *adj.* | in′ter·cal′i·bra′tion, *n.* |
| in′ter·Af′ri·can, *adj.* | in′ter·ar·tic′u·lar, *adj.* | in′ter·bed′, *v.t.,* -bed·ded, -bed·ding. | in′ter·cam′pus, *adj.* |
| in′ter·a′gen·cy, *adj.* | in′ter·ar·tis′tic, *adj.* | in′ter·blend′, *v.t., v.i.,* -blend·ed, -blend·ing. | in′ter·cap′il·lar′y, *adj.* |
| in′ter·a′gent, *n.* | in′ter·as·so′ci·a′tion, *n.* | in′ter·bor′ough, *adj.* | in′ter·Car′ib·be′an, *adj.* |
| in′ter·a·gree′ment, *n.* | in′ter·a′tri·al, *adj.* | in′ter·bra′chi·al, *adj.* | in′ter·ca·rot′id, *adj.* |
| in′ter·al·lel′ic, *adj.* | in′ter·ax′i·al, *adj.* | in′ter·branch′, *adj.* | in′ter·car′pal, *adj.* |
| in′ter·al·li′ance, *n.* | in′ter·An·de′an, *adj.* | in′ter·band′ed, *adj.* | in′ter·car′ri·er, *n.* |
| | | | in′ter·caste′, *adj.* |