IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION LOYALTY GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-360-JJF |
| | ) | |
| MARITZ, INC., | ) | |
| | ) | |
| Defendant. | | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Affinion to respond to Maritz's motion to compel (D.I. 137) is extended to May 22, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY, BOVE, LODGE & HUTZ LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Patricia Smink Rogowski* |
| Jack B. Blumenfeld (#1044) | Rudolf E. Hutz (#484) |
| Maryellen Noreika (#3208) | Patricia Smink Rogowski (#2632) |
| 1201 N. Market Street | 1007 N. Orange Street |
| P.O. Box 1347 | P.O. Box 2207 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 658-9141 |
| mnoreika@mnat.com | rhutz@cblh.com |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Affinion Loyalty Group, Inc. | Maritz, Inc. |

SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge