IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION LOYALTY GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. **04-360-JJF** |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CITATION OF SUBSEQUENT AUTHORITY UNDER DEL. L. R. 7.1.2 (c)

Pursuant to Delaware Local Rule 7.1.2 (c), Maritz Inc. ("Maritz") respectfully draws the Court's attention to a recent Federal Circuit decision: *In re Echostar Communication Corp.*, 2006 WL 1149528 (Fed. Cir. May 1, 2006)(Exhibit A). The *Echostar* decision has direct application to Plaintiff's Motion to Compel Production of Documents (D.I. 87).

In *Echostar*, the Federal Circuit granted mandamus relief to vacate a District Court's order that had broadly construed the waiver of attorney work product privilege in respect to a good faith reliance on advice of counsel defense to a willful patent infringement charge. The District Court's order would have caused the outside opining law firm to produce documents that were not provided to the client and did not reflect communications with the client. In *Echostar*, the Federal Circuit stated that a defense of good faith reliance on advice of counsel does not give the patentee unfettered discretion to "pillage" defendant's litigation strategies or "rummage through" its files. Documents that reflected the attorneys' mental impressions or legal opinions but were not given to the client were not within the scope of the waiver and were not discoverable.

1

                                              Respectfully submitted,

Date: May 11, 2006

                                              Patricia Smink Rogowski (#2632)
                                              Rudolf E. Hutz (#494)
                                              CONNOLLY BOVE LODGE & HUTZ LLP
                                              P.O. Box 2207
                                              1007 N. Orange Street
                                              Wilmington, DE  19899
                                              (302) 658-9141

                                              Attorneys for Defendant, Maritz Inc.

OF COUNSEL:
J. Bennett Clark
Jennifer E. Hoekel
Marc W. Vander Tuig
David J. Harlan
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

## CERTIFICATE OF SERVICE

I, hereby certify that on **May 11, 2006**, I electronically filed **CITATION OF SUBSEQUENT AUTHORITY UNDER DEL. L. R. 7.1.2(c)** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld and Maryellen Noreika.

I hereby further certify that on May 11, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via Federal Express**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Patricia Smink Rogowski (#2632)