**NETCENTIVES CONSOLIDATED LITIGATION**
**MAY 30, 2001**
**AMENDED LOG OF DOCUMENTS WITHHELD ON THE BASIS OF ATTORNEY-CLIENT PRIVILEGE (ACP) OR WORK PRODUCT (WP)**

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00001 - 00053 | 03/97 - 12/98 | Fiesler, Dubb, Meyer & Lovejoy[1] | Netcentives | | Invoices reflecting legal services rendered in connection with the prosecution of U.S. Patent Application 09/105,227 and U.S. Patent Application 08/572,017 | ACP |
| PRIV 00054 - 00054 | Date is a Field* | John C. Stattler[2] | Fiesler, Dubb, Meyer & Lovejoy's File | | Communication reflecting legal advice regarding the prosecution of the prosecution of U.S. Patent 5,774,870 | ACP & WP |
| PRIV 00055 - 00056 | Date is a Field | John C. Stattler | Meryl F. Cohen[3] | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00057 - 00058 | Date is a Field | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00059 - 00060 | Date is a Field | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00061 - 00063 | Date is a Field | John C. Stattler | Meryl F. Cohen | Eric Tilenius, Martin C. Fiesler,[4] | Communication rendering legal advice regarding the prosecution of U.S. Patent Application 09/105,227 and U.S. Patent Application 08/572,017 | ACP |
| PRIV 00064 - 00064 | Date is a Field | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of European Patent Application EPA 96944791.1 and Canadian Application 08-879916CA | ACP |
| PRIV 00065 - 00065 | Date is a Field | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |

Documents provided by Fiesler, Dubb, Meyer & Lovejoy were computer printouts. They contain no signatures and the dates are fields simply reflecting the date printed for production in this case.
980738

Ex. B

TRL-MTZ 13598

4.8.2

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00066 - 00066 | Date is a Field | John C. Stattler | Thomas W. Storey | Eric Tilenius | Communication regarding the prosecution of U.S. Patent Application 08/572,017 | ACP |
| PRIV 00067 - 00067 | Date is a Field | John C. Stattler | Eric Tilenius[5] | Martin C. Fliesler | Communication regarding the prosecution of U.S. Patent Application 08/572,017 | ACP |
| PRIV 00068 - 00068 | Date is a Field | John C. Stattler | Eric Tilenius | Martin C. Fliesler | Communication regarding the prosecution of U.S. Patent Application 08/572,017 | ACP |
| PRIV 00069 - 00069 | Date is a Field | John C. Stattler | Joseph Bach[6] | Martin C. Fliesler | Communication regarding the prosecution of U.S. Patent Application 08/572,017 | ACP |
| PRIV 00070 - 00070 | Date is a Field | Susan Zic[7] | Peter R. Natscher[8] | Martin C. Fliesler, Elliot Ng | Communication requesting services for use in preparation of legal advice regarding the prosecution of U.S. Patent Application 08/572,017 | ACP |
| PRIV 00071 - 00071 | Date is a Field | John C. Stattler | Eric Tilenius and Meryl F. Cohen | | Communication rendering legal advice regarding the prosecution of U.S. Patent Application 08/572,017 | ACP |
| PRIV 00072 - 00072 | Date is a Field | John C. Stattler | Thomas W. Storey | | Communication regarding the prosecution of U.S. Patent Application 08/572,017 | ACP |
| PRIV 00073 - 00073 | Date is a Field | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Application 08/572,017 | ACP |
| PRIV 00074 - 00074 | Date is a Field | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Application 08/572,017 | ACP |
| PRIV 00075 - 00075 | Date is a Field | John C. Stattler | Eric Tilenius and Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Application 08/572,017 | ACP |
| PRIV 00076 - 00077 | Date is a Field | John C. Stattler | Eric Tilenius and Meryl F. Cohen | | Communication rendering legal advice regarding the prosecution of U.S. Patent 5,774,870 | ACP |

980738

2

TRL-MTZ 13599

48.3

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00078 - 00080 | Date is a Field | John C. Stattler | Thomas W. Storey | Martin C. Fliesler | Communication regarding the prosecution of U.S. Patent 5,774,870 | ACP |
| PRIV 00079 - 00080 | Date is a Field | John C. Stattler | Barbara Landon[9] | | Communication reflecting legal advice regarding the prosecution of U.S. Patent Application 09/10,227 | ACP |
| PRIV 00081 - 00081 | Date is a Field | John C. Stattler | Eric Tilenius and Meryl F. Cohen | Martin C. Fliesler | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00082 - 00082 | Date is a Field | John C. Stattler | Eric Tilenius and Meryl F. Cohen | Martin C. Fliesler | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00083 - 00092 | Date is a Field | John C. Stattler | Barbara Landon | | Communication reflecting legal advice regarding the prosecution of U.S. Patent Application 09/10,227 | ACP |
| PRIV 00093 - 00093 | Date is a Field | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00094 - 00095 | Date is a Field | John C. Stattler | T. Gary O'Neill[10] | Martin C. Fliesler, FRDP[11] | Communication requesting legal advice regarding the prosecution of PCT/US96/19728 | ACP |
| PRIV 00096 - 00098 | Date is a Field | John C. Stattler | David Bailey[12] | Martin C. Fliesler, FRDP | Communication regarding the prosecution of PCT/US96/19728 | ACP |
| PRIV 00099 - 00099 | Date is a Field | John C. Stattler | Eric Tilenius | | Communication regarding the prosecution of PCT/US96/19728 | ACP |
| PRIV 00100 - 00100 | Date is a Field | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent No. 5,794,210 , | ACP |
| PRIV 00101 - 00101 | Date is a Field | John C. Stattler | Eric Tilenius | | Communication regarding the prosecution of PCT/US96/19728 | ACP |
| PRIV 00102 - 00102 | Date is a Field | John C. Stattler | Sanjay Khare[13] | | Communication regarding the assignment of U.S. Patent Application 08/572,017 | ACP |

980738

3

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00103 - 00104 | Date is a Field | John C. Stattler | File | | Document reflecting presentation of legal advice regarding the prosecution of intellectual property protection | ACP |
| PRIV 00108 - 00108 | 05/31/00 | Philip H. Albert[14] | Ted Chen[15] | | Communication regarding the prosecution of U.S. Patent Application 09/441,144 | ACP |
| PRIV 00109 - 00109 | 02/10/00 | Tommy L. Foster[16] | Erica Canonizado[17] | | Communication reflecting preparation of legal advice regarding the prosecution of U.S. patent 5,774,870 | ACP |
| PRIV 00110 - 00112 | 02/10/00 | Tommy L. Foster | Erica Canonizado | | Communication reflecting preparation of legal advice regarding the prosecution of U.S. patent 5,774,870 | ACP |
| PRIV 00113 - 00115 | 02/8/00 | Erica Canonizado | Tommy L. Foster | | Communication requesting services for use in preparation of legal advice regarding the prosecution of U.S. patent 5,774,870 | ACP |
| PRIV 00116 - 00116 | 02/03/00 | Philip H. Albert | Ted Chen | | Communication regarding the prosecution of U.S. Patent Application 09/441,144 | ACP |
| PRIV 00117 - 00119 | 01/10/00 | Philip H. Albert | Ted Chen | | Communication regarding the prosecution of U.S. Patent Application 09/441,144 | ACP |
| PRIV 00120 - 00120 | 12/16/99 | Philip H. Albert | Ted Chen | | Communication regarding the prosecution of U.S. Patent Application 09/441,144 | ACP |
| PRIV 00121 - 00121 | 11/16/99 | Philip H. Albert | Ted Chen | | Communication regarding the prosecution of U.S. Patent Application 09/441,144 | ACP |
| PRIV 00122 - 00125 | 11/09/99 | Philip H. Albert | Ted Chen | | Communication regarding the prosecution of U.S. Patent Application 09/441,144 | ACP |
| PRIV 00126 - 00127 | | Philip H. Albert | File | | Document reflecting preparation of legal advice regarding the prosecution of U.S. Patent 5,774,870 | ACP |

TRL-MTZ 13600

980738

TRL-MTZ 13601

48-5

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00132 - 00132 | 05/03/00 | Philip H. Albert | Erica Canonizado | | Communication rendering legal advice to client regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00133 - 00136 | 05/13/98 | Meryl F. Cohen | John C. Stattler | | Communication rendering legal advice regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00137 - 00139 | 03/16/98 | John C. Stattler | Meryl F. Cohen | | Communication rendering legal advice regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00140 - 00140 | 08/06/97 | Tim Catlin[18] | John C. Stattler | | Communication rendering legal advice regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00141 - 00141 | 07/14/97 | Joseph Bach | Netcenlives | | Invoices reflecting legal services rendered in connection with the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00142 - 00142 | 07/14/97 | Joseph Bach | Elliot Ng[19] | | Communication regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00143 - 00143 | 11/19/96 | Thomas W. Storey | Joseph Bach | | Communication regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00144 - 00148 | 08/06/97 | John C. Stattler | Eric Tilenius | | Communication rendering legal advice regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00149 - 00149 | 12/11/96 | Joseph Bach | Thomas W. Storey | | Communication rendering legal advice regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00150 - 00152 | 03/17/99 | Meryl F. Cohen | Phil H. Albert | David Bailey | Communication regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00153 - 00153 | 06/02/98 | Fliesler, Dubb, Meyer & Lovejoy, LLP | Brookes & Martin[20] | | Communication regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |

980738

5

TRL-MTZ 13602

4/8/9

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00154 - 00155 | 06/05/98 | David Bailey | John C. Stattler | | Communication rendering legal advice regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00159 - 00160 | 08/04/00 | Philip Albert | Ted Chen | | Communication regarding the prosecution of European Patent Application 96944791.1 and Canadian Application 08-879916CA | ACP |
| PRIV 00161 - 00161 | 11/24/99 | Anjanel M. Marion[21] | Mike Corno[22] | | Communication regarding the prosecution of European Patent Application 96944791.1 and Canadian Application 08-879916CA | ACP |
| PRIV 00162 - 00163 | 08/11/99 | Philip H. Albert | Elliot Ng | | Communication regarding the prosecution of European Patent Application 96944791.1 and Canadian Application 08-879916CA | ACP |
| PRIV 00164 - 00167 | 11/24/99 | Anjanel M. Marion | Mike Corno | | Communication rendering legal advice regarding the prosecution of European Patent Application 96944791.1 and Canadian Application 08-879916CA | ACP |
| PRIV 00168 - 00168 | 09/23/99 | Brookes & Martin | Townsend and Townsend and Crew | | Communication regarding the prosecution of European Patent Application 96944791.1 | ACP |
| PRIV 00169 - 00169 | 11/17/99 | Brookes & Martin | Townsend and Townsend and Crew | | Communication regarding the prosecution of European Patent Application 96944791.1 | ACP |
| PRIV 00170 - 00171 | 12/03/99 | Sally Mendez[23] | Brookes & Martin | | Communication regarding the prosecution of European Patent Application 96944791.1 | ACP |
| PRIV 00172 - 00172 | 03/26/99 | Philip Albert | David Bailey | | Communication regarding the prosecution of European Patent Application 96944791.1 | ACP |
| PRIV 00173 - 00173 | 03/18/99 | David Bailey | Philip Albert | | Communication rendering legal advice regarding the prosecution of European Patent Application 96944791.1 | ACP |

TRL-MTZ 13603

48.7

980738

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00174 - 00174 | 01/29/99 | Audette Columbini[24] | David Bailey | | Communication regarding the prosecution of European Patent Application 96944791.1 | ACP |
| PRIV 00175 - 00175 | 10/27/98 | David Bailey | Janine Caldwell[25] | Martin C. Fliesler, John C. Stattler | Communication regarding the prosecution of European Patent Application 96944791.1 | ACP |
| PRIV 00176 - 00177 | 08/24/98 | Brookes & Martin | Fliesler, Dubb, Meyer & Lovejoy | Martin C. Fliesler | Communication rendering legal advice regarding the prosecution of European Patent Application 96944791.1 | ACP |
| PRIV 00178 - 00178 | 10/27/98 | Janine Caldwell | David Bailey | Martin C. Fliesler | Communication regarding the prosecution of European Patent Application 96944791.1 | ACP |
| PRIV 00179 - 00179 | 09/17/98 | Brookes & Martin | Fliesler, Dubb, Meyer & Lovejoy | | Communication regarding the prosecution of European Patent Application 96944791.1 | ACP |
| PRIV 00180 - 00180 | 08/24/98 | David Bailey | John C. Stattler | | Communication rendering legal advice regarding the prosecution of European Patent Application 96944791.1 | ACP |
| PRIV 00181 - 00184 | 05/13/98 | Meryl F. Cohen | John C. Stattler | | Communication rendering legal advice regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00185 - 00188 | 08/13/98 | John C. Stattler | David Bailey | Martin C. Fliesler, FRDP | Communication requesting legal advice regarding the prosecution of European Patent Application 96944791.1 | ACP |
| PRIV 00189 - 00190 | 06/26/98 | David Bailey | John C. Stattler | | Communication regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00191 - 00191 | 06/29/98 | Brookes & Martin | Fliesler, Dubb, Meyer & Lovejoy | | Invoice reflecting legal services rendered in connection with the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00192 - 00192 | 06/29/98 | Brookes & Martin | Fliesler, Dubb, Meyer & Lovejoy | | Invoice reflecting legal services rendered in connection with the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |

7

TRL-MTZ 13604

48.8

980738

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00193 - 00194 | 06/02/98 | Fliesler, Dubb, Meyer & Lovejoy | Brookes & Martin | | Communication regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00195 - 00195 | 02/16/99 | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of European Patent Application 96944791.1 and Canadian Application 08-879916CA | ACP |
| PRIV 00196 - 00198 | 03/19/99 | Carla Jordan[26] | Bill Renehan[27] | | Communication regarding the prosecution of European Patent Application 96944791.1 and Canadian Application 08-879916CA | ACP |
| PRIV 00202 - 00203 | 08/04/00 | Philip Albert | Ted Chen | | Communication regarding the prosecution of European Patent Application 96944791.1 and Canadian Application 08-879916CA | ACP |
| PRIV 00204 - 00204 | 06/23/00 | Computer Packages, Incorporated[28] | Townsend and Townsend and Crew | | Document reflecting preparation of legal advice for client regarding the prosecution of European Patent Application 96944791.1 and Canadian Application 08-879916CA | ACP |
| PRIV 00205 - 00205 | 03/07/00 | Philip Albert | Ted Chen | | Communication regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00206 - 00206 | 12/08/99 | Erica Canonizado | Ted Chen | | Communication regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00207 - 00207 | 12/02/99 | Ted Chen | Phil H. Albert | | Communication rendering legal advice regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00208 - 00210 | 12/02/99 | Phil H. Albert | Erica Canonizado | | Communication rendering legal advice regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00211 - 00211 | 08/13/99 | Philip Albert | Ted Chen | | Communication regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |

8

TPL-MTZ 13605

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00212 - 00214 | 03/19/99 | Carla Jordan | Bill Renehan | | Communication regarding the prosecution of European Patent Application 96944791.1 and Canadian Application 08-879916CA | ACP |
| PRIV 00215 - 00215 | 10/27/98 | Janine Caldwell | T. Gary O'Neill | Martin C. Fliesler, John C. Slattler | Communication regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00216 - 00216 | 10/07/98 | John C. Slattler | Meryl F. Cohen | Martin C. Fliesler | Communication regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00217 - 00217 | 12/14/95 | John C. Slattler | Quality Patent Printing[29] | | Communication regarding the prosecution of U.S. Patent Application 08/572,017 | ACP |
| PRIV 00218 - 00221 | 05/13/98 | Meryl F. Cohen | John C. Slattler | | Communication rendering legal advice regarding the prosecution of PCT Patent Application No. PCT/US96/19278 | ACP |
| PRIV 00222 - 00224 | 08/31/00 | Edward E. Davis | Phil H. Albert | | Communication reflecting legal advice regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00225 - 00227 | 01/31/00 | T. Gary O'Neill | Phil H. Albert, Esq. | | Communication rendering legal advice regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00228 - 00230 | 12/03/99 | Phil H. Albert | T. Gary O'Neill | Ted Chen | Communication regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00231 - 00231 | 09/24/99 | Phil H. Albert | T. Gary O'Neill | | Communication regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00232 - 00235 | 08/19/99 | T. Gary O'Neill | Phil H. Albert | | Communication rendering legal advice regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00236 - 00238 | 08/13/99 | Phil H. Albert | T. Gary O'Neill | Ted Chen | Communication regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |

980738

48-9

9

TRL-MTZ 13606

4/8-10

980738

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00239 - 00240 | 08/06/99 | T. Gary O'Neill | Phil H. Albert | | Communication regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00241 - 00244 | 07/27/99 | T. Gary O'Neill | Phil H. Albert | | Communication reflecting legal advice regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00245 - 00245 | 06/24/99 | T. Gary O'Neill | Phil H. Albert | Meryl F. Cohen | Communication regarding the prosecution of Canadian Patent Application 2,240,424 | ACP |
| PRIV 00246 - 00246 | 04/14/99 | T. Gary O'Neill | Townsend and Townsend and Crew | Philip H. Albert | Communication rendering legal advice regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00247 - 00247 | 04/14/99 | T. Gary O'Neill | Phil H. Albert | | Communication regarding the prosecution of Canadian Patent Application 2,240,424 | ACP |
| PRIV 00248 - 00248 | 03/26/99 | Phil H. Albert | T. Gary O'Neill | | Communication regarding the prosecution of Canadian Patent Application 2,240,424 | ACP |
| PRIV 00249 - 00249 | 01/25/99 | Carol Rombough[30] | John C. Stattler | | Communication reflecting legal advice regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00250 - 00252 | 10/29/98 | Gowling, Strathy & Henderson | Audette Columbini | | Communication regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00253 - 00253 | 09/11/98 | Gowling, Strathy & Henderson | Audette Columbini | | Communication regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00254 - 00256 | 08/31/98 | T. Gary O'Neill | John C. Stattler | | Communication rendering legal advice regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00257 - 00260 | 08/14/98 | John C. Stattler, Esq. | T. Gary O'Neill | Martin C. Fliesler, FRDP | Communication requesting legal advice regarding the prosecution of Canadian Patent Application No. 2,240,424 | |

10

TRL-MTZ 13607

| DOC. NO. | DATE | FROM | TO / COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|
| PRIV 00261 - 00269 | 06/23/98 | T. Gary O'Neill | John C. Stattler, Esq. | Communication rendering legal advice regarding the prosecution of PCT PCT/US96/19728 | ACP |
| PRIV 00270 - 00270 | 08/17/98 | T. Gary O'Neill | John C. Stattler, Esq. | Communication rendering legal advice regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00271 - 00272 | 08/17/98 | T. Gary O'Neill | John C. Stattler, Esq. | Communication rendering legal advice regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00273 - 00277 | 07/21/98 | Audette Columbini | Gowlings, Strathy & Henderson | Communication regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00278 - 00280 | 06/09/98 | T. Gary O'Neill | John C. Stattler, Esq. | Communication requesting legal advice regarding the prosecution of Canadian Patent Application No. 2,240,424 | ACP |
| PRIV 00281 - 00282 | 06/12/98 | Carol Rombough | John C. Stattler, Esq. | Communication regarding the prosecution of PCT/US96/19728 | ACP |
| PRIV 00283 - 00283 | 06/05/98 | Carol Rombough | John C. Stattler | Communication regarding the prosecution of Canadian Patent Application 2,240,424 | ACP |
| PRIV 00284 - 00285 | 06/02/98 | John C. Stattler | Gowlings, Strathy & Henderson | Communication regarding the prosecution of Canadian Patent Application 2,240,424 | ACP |
| PRIV 00290 - 00293 | 03/24/99 | Meryl F. Cohen | Erica Canonizado | Communication regarding the prosecution of U.S. Patent Applications 09/105,227 and 08/572,017 | ACP |
| PRIV 00294 - 00294 | 03/23/99 | Philip H. Albert | Meryl F. Cohen | Communication regarding the prosecution of U.S. Patent Applications 09/105,227 and 08/572,017 | ACP |
| PRIV 00295 - 00297 | 03/17/99 | Philip H. Albert | Meryl F. Cohen | Communication regarding the prosecution of U.S. Patent Applications 09/105,227 and 08/572,017 | ACP |
| PRIV 00298 - 00298 | 10/15/98 | Landon & Stark Associates[31] | John C. Stattler | Invoice reflecting services rendered in connection with U.S. patent 5,774,870 | ACP |

980738

11

TRL-MTZ 13608

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00299 - 00302 | 10/07/98 | Susan Zic | Reedfax | | Communication requesting services for use in preparation of legal advice in connection with the prosecution of U.S. Patent 5,774,870 | ACP |
| PRIV 00304 - 00305 | 07/09/98 | John C. Stattler | Eric Tilenius and Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent 5,774,870 | ACP |
| PRIV 00306 - 00308 | 03/24/98 | John C. Stattler | Eric Tilenius and Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00309 | 01/14/98 | Peter R. Natscher | John C. Stattler | | Invoice reflecting services rendered in connection with the prosecution of U.S. Patent Application 08/572,017 | ACP |
| PRIV 00310 | 03/02/98 | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00311 | 01/23/98 | John C. Stattler | Thomas W. Storey | | Communication regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00312 | 01/23/98 | John C. Stattler | Eric Tilenius and Meryl F. Cohen | | Communication rendering legal advice regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00313 - 00320 | 01/19/98 | Susan Zic | Peter R. Natscher | | Communication reflecting legal advice regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00321 | 01/14/98 | Peter R. Natscher | John C. Stattler and Susan Zic | | Communication regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00321 - 00322 | 01/06/98 | Susan Zic | Peter R. Natscher | | Communication requesting services for use in preparation of legal advice regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00324 | 08/13/97 | John C. Stattler | Eric Tilenius | Martin C. Fliesler | Communication regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |

48-12

980738

12

TRL-MTZ 13609

418-13

980738

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00325 - 00325 | 07/23/97 | John C. Stattler | | | Communication regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00326 - 00328 | 07/17/97 | Eric Tilenius | John C. Stattler | Sanjay Khare | Communication requesting and reflecting legal advice regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00329 - 00329 | 11/19/96 | Thomas W. Storey | Joseph Bach | Martin C. Fliesler | Communication regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00330 - 00330 | 07/03/96 | Joseph Bach | Thomas W. Storey | | Communication rendering legal advice in connection with U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00335 - 00335 | 12/11/95 | Joseph Bach | Thomas W. Storey | | Communication regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00336 - 00337 | 09/28/95 | Joseph Bach | Thomas W. Storey | | Communication describing legal services to be rendered regarding the prosecution of U.S. Patent Application No. 08/572,017 | ACP |
| PRIV 00342 - 00342 | 01/12/00 | Philip H. Albert | Ted Chen | | Communication rendering legal advice regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00343 - 00343 | 11/04/99 | Philip H. Albert | Ted Chen | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00344 - 00344 | 10/28/99 | Philip H. Albert | Irene Fernandez | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00345 - 00345 | 10/12/99 | Philip H. Albert | Ted Chen | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00346 - 00347 | 10/05/99 | | Ted Chen | | Communication rendering legal advice regarding the prosecution of U.S. Patent Application 09/105,227 | |

13

TRL-MTZ 13610

H8-14

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00348 - 00349 | 09/02/99 | Philip H. Albert | Ted Chen | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00349 - 00350 | 08/19/99 | Philip H. Albert | Ted Chen | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00350 - 00351 | 07/27/99 | Philip H. Albert | Ted Chen | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00351 - 00353 | 06/17/99 | Philip H. Albert | Ted Chen | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00354 - 00357 | 03/24/99 | Meryl F. Cohen | Townsend and Townsend and Crew | | Communication rendering legal advice regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00358 - 00358 | 03/23/99 | Philip H. Albert | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Applications 09/105,227 and 08/572,017 | ACP |
| PRIV 00359 - 00359 | 03/17/99 | Philip H. Albert | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Applications 09/105,227 and 08/572,017 | ACP |
| PRIV 00360 - 00362 | 03/17/99 | Philip H. Albert | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Applications 09/105,227 and 08/572,017 | ACP |
| PRIV 00363 - 00363 | 10/29/98 | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Application No. 09/105,227 | ACP |
| PRIV 00364 - 00364 | 10/21/98 | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Application No. 09/105,227 | ACP |
| PRIV 00365 - 00366 | 09/29/98 | David Hunt[34] | John C. Stattler | | Invoice reflecting services rendered in connection with the prosecution of U.S. Patent Application No. 09/105,227 | ACP |

980738

14

TRL-MTZ 13611

| DOC. NO. | DATE | FROM | TO | COPIED | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| PRIV 00367 - 00379 | 09/22/98 | John C. Stattler | Barbara Landon | | Communication requesting services for use in preparation of legal advice regarding the prosecution of U.S. Patent Application No. 09/105,227 | ACP |
| PRIV 00380 - 00380 | 09/18/98 | John C. Stattler | Eric Tilenius and Meryl F. Cohen | Martin C. Fliesler | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00381 - 00381 | 07/10/98 | John C. Stattler | Eric Tilenius and Meryl F. Cohen | Martin C. Fliesler | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00382 - 00382 | 06/24/98 | John C. Stattler | Eric Tilenius and Meryl F. Cohen | Martin C. Fliesler | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00383 - 00384 | 06/19/98 | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |
| PRIV 00385 - 00385 | 06/12/98 | John C. Stattler | Meryl F. Cohen | | Communication regarding the prosecution of U.S. Patent Application 09/105,227 | ACP |

---

[1] Outside Counsel, Firm
[2] Outside Counsel, Fliesler, Dubb, Meyer & Lovejoy LLP
[3] Manager, Legal Affairs, Netcentives
[4] Attorney, Fliesler, Dubb, Meyer & Lovejoy LLP
[5] Chairman, Netcentives
[6] Outside Counsel
[7] Employee, Fliesler, Dubb, Meyer & Lovejoy LLP
[8] Employee, Technical Graphics, Outside Consultant
[9] Employee, Landon & Stark, Search Service
[10] Outside Counsel, Gowling, Strathy & Henderson
[11] Foreign Department of Fliesler, Dubb, Meyer & Lovejoy LLP
[12] Outside Counsel, Brookes & Martin
[13] Outside Counsel, Venture Law Group
[14] Outside Counsel, Townsend and Townsend and Crew

980738

48-15

15

15. Director, Corporate Counsel, Netcentives
16. Prior Art Searches, Inc., Search Service
17. Employee, Townsend and Townsend and Crew
18. Employee, Townsend and Townsend and Crew
19. Employee, Netcentives
20. Outside Counsel
21. Employee, Townsend and Townsend and Crew
22. Computer Packages, Incorporated, Consultant
23. Employee, Townsend and Townsend and Crew
24. Employee, Fliesler, Dubb, Meyer & Lovejoy LLP
25. Employee, Fliesler, Dubb, Meyer & Lovejoy LLP
26. Employee, Townsend and Townsend and Crew
27. Employee, Computer Packages, Inc., Patent Annuity Payment Service
28. Patent Annuity Payment Service
29. Printing Service
30. Employee, Gowling, Strathy & Henderson
31. Search Service
32. Fax Service
33. Outside Counsel, Fernandez & Associates
34. Employee, Landon & Stark

980718

48-16

TRL-MTZ 13612

16