MAR000351

MICHAEL W. MALTER, ESQ., I.D. #96533
ROBERT G. HARRIS, I.D. No. #124678
JULIE H. ROME-BANKS, ESQ., I.D. #142364
DAVID B. RAO, ESQ., I.D. #103147
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: 408-295-1700
Facsimile: 408-295-1531

Attorneys for Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA, DIVISION 3

| | |
|---|---|
| In re<br>NETCENTIVES, INC.<br>Debtor | Case No. 01-32597-SFM-11<br>(LEAD CASE)<br>Chapter 11 |
| In re<br>POST COMMUNICATIONS, INC.,<br>Debtor | Case No. 01-32620-SFM-11<br>Chapter 11 |
| In re<br>MAXMILES, INC.,<br>Debtor | Case No. 01-32621-SFM-11<br>Chapter 11<br>(Cases Jointly Administered)<br>Date:   November 15, 2001<br>Time:   10:00 a.m.<br>Place:  Courtroom 22nd Floor<br>        235 Pine Street<br>        San Francisco, California |

**MOTION TO SELL ASSETS AND TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS**

TO: 3COM CORPORATION, AMTRAK, AVON PRODUCTS, INC., COUNTRYWIDE HOME LOAN, INC., HEWLETT-PACKARD COMPANY, HOMESTORE.COM, INC., KEEN, INC., KINKOS.COM, INC., KRAFT FOODS INC., PETCO ANIMAL SUPPLIES INC.,

MOTION TO SELL ASSETS AND TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS       PAGE 1

---

PLANET U, INC., SEAGATE TECHNOLOGY LLC, VERIZON COMMUNICATIONS, COMDISCO, INC., HARLEQUIN ENTERPRISES LIMITED, EPHYSICIAN, INC., EXODUS COMMUNICATIONS INC., ILLUMINATIONS.COM, INC., LIGHTHOUSE CAPITAL MANAGEMENT, INC., NINEWEST GROUP, INC., OFFICEMAX.COM, PALM, INC., REPLAY TV, INC., SCHOOLPOP, INC., WEGMANS FOOD MARKETS, INC. AND THEIR RESPECTIVE COUNSEL.

Netcentives, Inc. ("Netcentives"), Post Communications, Inc. ("Post"), and Maxmiles, Inc. ("Maxmiles"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") hereby move the Court for authority to do the following under Bankruptcy Code section 363(b), 365(a), 365(b), and 365(f), as well as Federal Rules of Bankruptcy Procedure, Rules 4001, 6004, 6006, and 9014:

A.   Sell substantially all of the assets of Post, other than avoidance actions and cash, to Plum Acquisitions Corporation ("Plum") other than cash and avoidance actions, subject to overbid.

B.   Assume and assign to the highest bidder certain executory contracts, including the contract between Exodus Communications, Inc. and Netcentives. The list of contracts that the Debtors propose to assume and assign to Plum, or to the successful bidder of the assets and contracts of Post at the November 15, 2001 hearing, is attached to the Notice of this Motion as Exhibit "B".

C.   Conduct an auction of all of the Debtors' assets and business sub-groups according to the procedure previously approved by order of the Bankruptcy Court.

D.   Pay secured creditor Lighthouse Capital Partners in full on its

MOTION TO SELL ASSETS AND TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS       PAGE 2

Ex. C

MAR000352

allowed secured claim from the proceeds of sale of Post and,

E. Obtain a finding that the sales to Plum and/or to any other buyer requesting such a finding is in good faith pursuant to 11 U.S.C. section 363(m).

The Debtors respectfully represent as follows in support of this Motion:

## DEBTORS' GENERAL BACKGROUND AND BANKRUPTCY

1. On October 5, 2001, Netcentives commenced the lead bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code. Maxmiles and Post filed Chapter 11 petitions on October 10, 2001. The cases have been ordered jointly administered. Debtors remain in possession of their assets, and no trustee has been appointed.

2. The Debtors are San Francisco-based providers of loyalty and direct marketing solutions. The Debtors deliver a broad suite of programs for relationship marketing technologies and services to enable their Global 2000 client base to drive customer, employee and partner behavior and maximize the long-term economic value of these relationships. These programs include consumer, employee and business loyalty solutions, customized email marketing, and consulting services.

3. Netcentives was initially incorporated in California in June 1996. Initial rounds of funding were provided by the venture capital community. Netcentives launched its "Click Rewards" merchant based network in March

1998. By August 1999, Netcentives reincorporated in Delaware and had its initial public offering in October 1999. In early 2000, Netcentives had several key strategic acquisitions, including Max Miles, Inc., UVN Holdings, Inc. and Post Communications. The Debtors have launched reward programs or otherwise entered into strategic alliances with such vendors as United Airlines, AOL, Microsoft, 3M, American Express, Nortel Networks, CNN and Novell.

4. Unforeseeable business circumstances due to the current market conditions led to a downturn in demand of the Debtors' products and services. In March, 2001, Nortel Networks Limited, representing approximately 25% of the Debtors' total revenue for fiscal year 2000, significantly decreased its program volume levels. On April 2, 2001 and August 1, 2001, the Debtors initiated cost cutting measures that included a layoff. The Debtors believed that the April and August restructurings and lay offs would be sufficient to enable it to recover. However, the unexpected scope of the downturn in the economy, particularly in the ecommerce area, made it difficult to accurately forecast revenues. The April and August cost-cutting measures turned out to have been insufficient. On September 14, 2001, the Debtors conducted a further layoff at their facilities located at in San Francisco, California at 475 Brannan Street, 690 5th Street, and 670 5th Street. More than 33 percent of Debtors' workforce which was more than 50 employees, were terminated as a result of the reductions in force implemented in August and September, 2001. The aforementioned measures lowered but did not eliminate the rate of loss that Debtors were incurring. At the end of July,