IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION LOYALTY GROUP, <br><br> Plaintiff, <br><br> v. <br><br> MARITZ, INC., <br><br> Defendant. | Civil Action No. 04-360-JJF |

## OBJECTIONS TO MARITZ'S SECOND NOTICE OF DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

Plaintiff, Affinion Loyalty Group, Inc. ("Affinion"), raises the following objections to the Amended Notice of Deposition pursuant to Fed. R. Civ. P. 30(b)(6) served by Defendant Maritz, Inc. ("Maritz") on March 21, 2006.

### GENERAL OBJECTIONS

Affinion incorporates herein by reference its General Objections made in response to Maritz's original Notice of Deposition pursuant to Fed. R. Civ. P. 30(b)(6).

### SPECIFIC OBJECTIONS TO CATEGORIES

1.  Affinion objects to Categories 1 and 5-9 on the grounds that it is unduly burdensome and not reasonable to expect a witness to be prepared to provide details on such a large number of issues, agreements, RFPs or webpages. Subject to the foregoing objections, Affinion will produce a witness to address the topics to the extent it can reasonably do so.

2. Affinion objects to Category 5 on the grounds that it is unduly burdensome in that Affinion has no witness with knowledge of the topic beyond the documents provided in this litigation, which are equally accessible to Maritz.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Maryellen Noreika (#3208)*
_____
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*
  *Affinion Loyalty Group, Inc.*

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST
& MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, DC 20005
(202) 783-6040

May 12, 2006

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on May 12, 2006, I electronically filed Objections to Maritz's Second Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Patricia Smink Rogowski
> Connolly, Bove, Lodge & Hutz

I also certify that copies were caused to be served on May 12, 2006 upon the following in the manner indicated:

### BY HAND

> Patricia Smink Rogowski
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE  19801

### BY FEDERAL EXPRESS

> J. Bennett Clark
> Senniger Powers
> One Metropolitan Square
> St. Louis, MO  63102

> */s/ Maryellen Noreika*
> Maryellen Noreika (#3208)
> mnoreika@mnat.com