UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION LOYALTY GROUP, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-360-JJF |
| v. ) | |
| ) | |
| MARITZ, INC. ) | REDACTED PUBLIC VERSION |
| ) | |
| Defendant. ) | |

APPENDIX TO
OPENING BRIEF OF PLAINTIFF AFFINION LOYALTY GROUP, INC.
CONCERNING CLAIM CONSTRUCTION

                                  MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

                                  Jack B. Blumenfeld (#1014)
                                  Maryellen Noreika (#3208)
                                  1201 N. Market Street
                                  P.O. Box 1347
                                  Wilmington, DE 19899
                                  (302) 658-9200
                                  *Attorneys for Plaintiff*
                                  *Affinion Loyalty Group, Inc.*

*Of Counsel:*
Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 783-6040

Original Filed: May 9, 2006
Redacted Public Version Filed: May 15, 2006

# APPENDIX

## Table of Contents

| Item | Exhibit |
|---|---|
| Asserted claims of U.S. Patent No. 6,009,412 | A |
| U.S. Patent No. 6,009,412 | B |
| Preliminary Amendment filed with U.S. Patent Application No. 09/105,227 | C |
| Petition to Make Special filed with U.S. Patent Application No. 09/105,227 | D |
| U.S. Patent No. 5,774,870 | E |
| Notice of Allowability from the prosecution of U.S. Patent No. 5,774,870 | F |
| U.S. Patent No. 6,578,012 | G |
| EP 0 308 224 A2 | H |
| Infringement Analysis Report of Robert D. Young | I |
| Validity Analysis Report of Robert D. Young | J |
| Expert Report of Randy Petersen on Infringement | K |
| Expert Report of Randy Petersen on Validity | L |
| March 10, 2006 Expert Report of Bruce Bolger | M |
| April 25, 2006 Rebuttal Report of Bruce Bolger | N |
| July 19, 1999 patent clearance opinion letter for U.S. Patent No. 5,774,870 | O |
| November 1, 2002 patent clearance opinion letter for U.S. Patent No. 6,009,412 | P |
| Excerpts from November 12, 2005 deposition of Steve Sigman | Q |
| Excerpts from May 12, 2005 deposition of Fran Schuster | R |

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on May 9, 2006, I electronically filed the Appendix to Opening Brief of Plaintiff Affinion Loyalty Group, Inc. Concerning Claim Construction with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Patricia Smink Rogowski
>Connolly, Bove, Lodge & Hutz

I also certify that copies were caused to be served on May 9, 2006 upon the following in the manner indicated:

### BY HAND

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

### BY FEDERAL EXPRESS

J. Bennett Clark
Senniger Powers
One Metropolitan Square
St. Louis, MO 63102

/s/ Maryellen Noreika
Maryellen Noreika (#3208)
mnoreika@mnat.com

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on May 15, 2006, I electronically filed the redacted version of Appendix to Opening Brief of Plaintiff Affinion Loyalty Group, Inc. Concerning Claim Construction with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Patricia Smink Rogowski
>Connolly, Bove, Lodge & Hutz

I also certify that copies were caused to be served on May 15, 2006 upon the following in the manner indicated:

### BY HAND

>Patricia Smink Rogowski
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19801

### BY FEDERAL EXPRESS

>J. Bennett Clark
>Senniger Powers
>One Metropolitan Square
>St. Louis, MO  63102

>*/s/ Maryellen Noreika*
>Maryellen Noreika (#3208)
>mnoreika@mnat.com