# EXHIBITS I – R
## HAVE BEEN REDACTED IN THEIR ENTIRETY