IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AFFINION LOYALTY GROUP, INC., :
:
      Plaintiff, :
:
v. : Civil Action No. 04-360-JJF
:
MARITZ, INC., :
:
      Defendant. :

### ORDER

At Wilmington, the ____ day of May 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Maritz' Motion To Dismiss For Lack Of Subject Matter Jurisdiction (D.I. 80) is **DENIED**.

2. Affinion Loyalty Group's Motion To Join Assignee as Co-Plaintiff Pursuant To Federal Rule Of Civil Procedure 25(c) (D.I. 82) is **GRANTED IN PART**.

3. Affinion Patents and Affinion Loyalty Group shall submit a proposed stipulation to the Court, substituting Affinion Patents for Affinion Loyalty Group no later than **10 days** from the date of this Order.

                                                  /s/ Joseph J. Farnan
                                          UNITED STATES DISTRICT JUDGE