**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

Patricia Smink Rogowski
Partner
Admitted in DE and PA
TEL (302) 658 9141
FAX (302) 658 5614
EMAIL progowski@cblh.com
REPLY TO Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

Wells Fargo Center
South Tower, Suite 3150
355 South Grand Avenue
Los Angeles CA 90071
TEL (213) 787 2500
FAX (213) 687 0498

WEB www.cblh.com

May 23, 2006

**By Hand**
Deborah Krett
Case Manager
U.S. District Court
For the District of Delaware
844 King Street, Lockbox 27
Wilmington, DE 19801

RE: Request for Permission to have Laptop in Courtroom 4B
Affinion Loyalty Group Inc. v. Maritz Inc.
C.A. No. 04-360-JJF

Dear Ms. Krett:

We are scheduled to appear in a Markman Hearing in Courtroom 4B on **June 7, 1006** at **1:00 p.m.** and request permission to bring:

Six 17" LCD monitors
One set of PC speakers
One active matrix DA/switcher
One four foot folding table
Three laptop computers

One portable scanner
One portable printer
Six sets of 25' vga cables
Two 25' power cables
Two power strips

to Courtroom 4B to assist in the preparation and/or presentation during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. Attached is a form of Order.

Very truly yours,

Patricia Smink Rogowski

Cc: David Thomas, U.S. Marshal (without enclosure)
Keith Ash, Chief Court Security Officer (without enclosure)
Maryellen Noreika, Esquire (with enclosure)
Enclosure – form of Order
PSR/vjm
466297v1