IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-360-JJF |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT MARITZ INC.'S MOTION FOR PARTIAL SUMMARY
JUDGMENT LIMITING CLAIMS FOR LOST PROFITS DAMAGES**

For the reasons set forth in the accompanying brief, Maritz requests the Court grant its Motion for Partial Summary Judgment Limiting Claims for Lost Profits Damages, by excluding the periods before January 28, 2004 and after October 17, 2005.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Patricia S. Rogowski
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

*Attorneys for Maritz Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 04-360-JJF |
| v. | ) ) ) | |
| MARITZ INC., | ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT
MARITZ INC.'S MOTION FOR PARTIAL SUMMARY
JUDGMENT LIMITING CLAIMS FOR LOST PROFITS DAMAGES**

Having considered defendant Maritz Inc.'s Motion for Partial Summary Judgment Limiting Claims for Lost Profits Damages, plaintiff Affinion's response, and the accompanying briefs and declarations submitted by the parties, IT IS HEREBY ORDERED that the Motion is granted. Plaintiff is precluded from seeking or recovering lost profits damages for any period before January 28, 2004 or after October 17, 2005.

Dated:_____   _____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-360-JJF |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF COUNSEL REGARDING DEFENDANT
MARITZ INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
LIMITING CLAIMS FOR LOST PROFITS DAMAGES**

I am counsel for the Defendant Maritz Inc., in this matter. I certify that no genuine issues of material fact exist with regard to the facts submitted in support of *DEFENDANT MARITZ INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT LIMITING CLAIMS FOR LOST PROFITS DAMAGES.*

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Patricia S. Rogowski
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

By: /s/ David W. Harlan
J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400
Attorneys for Maritz Inc.

## CERTIFICATE OF SERVICE

    I, hereby certify that on **May 25, 2006,** I electronically filed **DEFENDANT MARITZ INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT LIMITING CLAIMS FOR LOST PROFITS DAMAGES** and **STATEMENT OF COUNSEL REGARDING DEFENDANT MARITZ INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT LIMITING CLAIMS FOR LOST PROFITS DAMAGES** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld and Maryellen Noreika.

    I hereby further certify that on **May 25, 2006,** I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via Federal Express**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Patricia Smink Rogowski (#2632)