**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-360-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MARITZ INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
OF INVALIDITY OF THE '412 PATENT
UNDER 35 U.S.C. § 102(e) AND (g)**

For the reasons set forth in the accompanying brief, defendant Maritz Inc. moves the Court, if it adopts Affinion's proposed claim constructions, for entry of an order finding that Claims 10, 27, and 36 of Affinion Loyalty Group, Inc.'s '412 Patent are invalid as anticipated under 35 U.S.C. § 102(e), and under §102(g) due to Broadvision's prior invention.

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ LLP**

*Patricia S Rogowski*

Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

194449v1(CB)

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

*Attorneys for Maritz Inc.*

SV/251931.01
03282002/09:52/18498.25

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AFFINION NET PATENTS, INC.,     )
                               )
              Plaintiff,     )     Civil Action No. 04-360-JJF
                               )
          v.               )
                               )
MARITZ INC.,               )
                               )
              Defendant.     )

## [PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT AND DECREEING CLAIMS 10, 27, AND 36 OF THE '412 PATENT INVALID UNDER 35 U.S.C. § 102 (e) AND (g)

Having considered Maritz Inc.'s Motion For Partial Summary Judgment of Invalidity of the '412 Patent under 35 U.S.C. § 102 (e) and (g), Affinion's response, and the accompanying briefs and declarations submitted by the parties, IT IS HEREBY ORDERED that the motion is granted and Claims 10, 27, and 36 of U.S. Patent No. 6,009,412 are decreed invalid because there is no genuine dispute of material fact that the claims are invalid pursuant to 35 U.S.C. Sections 102 (e) and (g).

Dated:_____     _____
                                        The Honorable Joseph J. Farnan, Jr.
                                        United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-360-JJF |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF COUNSEL REGARDING MARITZ INC.'S MOTION FOR PARTIAL
SUMMARY JUDGMENT OF INVALIDITY OF THE '412 PATENT
<u>UNDER 35 U.S.C. § 102(e) AND (g)</u>**

I am counsel for the Defendant Maritz Inc. in this matter. I certify that no genuine issues

of material fact exist with regard to the facts submitted in support of *Maritz Inc.'s Motion For*

*Partial Summary Judgment of Invalidity of the '412 Patent under 35 U.S.C. § 102(e) and (g).*

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: *Patricia S. Rogowski*
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

By: *Jennifer E. Hoekel*
J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

*Attorneys for Maritz Inc.*

## CERTIFICATE OF SERVICE

I, hereby certify that on **May 25, 2006**, I electronically filed **MARITZ INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF THE '412 PATENT UNDER 35 U.S.C. § 102(e) AND (g)** and **STATEMENT OF COUNSEL REGARDING MARITZ INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF THE '412 PATENT UNDER 35 U.S.C. § 102(e) AND (g)** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld and Maryellen Noreika.

I hereby further certify that on **May 25, 2006**, I have also served this document on the attorneys of record at the following addresses as indicated:

| **Via Hand Delivery** | **Via Federal Express** |
| --- | --- |
| Jack B. Blumenfeld | Steven Lieberman |
| Maryellen Noreika | Sharon L. Davis |
| Morris, Nichols, Arsht & Tunnell | Rothwell, Figg, Ernst & Manbeck, P.C. |
| 1201 N. Market Street | 1425 K Street, N.W. |
| P.O. Box 1347 | Suite 800 |
| Wilmington, DE 19899-11347 | Washington, D.C. 20005 |

*Patricia S. Rogowski*

Patricia Smink Rogowski (#2632)

SV/251931.01
03282002/00:52/18498.25