IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-360-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

### MARITZ INC.'S MOTION FOR SUMMARY JUDGMENT
### OF NON-INFRINGEMENT

For the reasons set forth in the accompanying brief, Defendant Maritz Inc. ("Maritz") moves the Court for entry of summary judgment finding that there is no genuine issue of material fact that Maritz does not infringe Claims 10-17, 27-34, and 36 of U.S. Patent No. 6,009,412.

Respectfully submitted,

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ Patricia S. Rogowski
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

*Attorneys for Maritz Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-360-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING MARITZ INC.'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

Having considered Maritz Inc.'s Motion for Summary Judgment of Non-Infringement, Affinion's response, and the accompanying briefs and declarations submitted by the parties, IT IS HEREBY ORDERED that the Motion is granted. Judgment shall be entered in favor of Maritz Inc. because there is no genuine issue of material fact that Maritz Inc. does not infringe Claims 10-17, 27-34, and 36 of U.S. Patent No. 6,009,412.

Dated:_____      _____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-360-JJF |
| MARITZ INC., | ) |
| Defendant. | ) |

**STATEMENT OF COUNSEL REGARDING DEFENDANT MARITZ INC.'S
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

I am counsel for the Defendant Maritz Inc. in this matter. I certify that no genuine issues of material fact exist with regard to the facts submitted in support of *DEFENDANT MARITZ INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT.*

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Patricia S. Rogowski
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

By: /s/ J. Bennett Clark
J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400
Attorneys for Maritz Inc.

## CERTIFICATE OF SERVICE

I, hereby certify that on **May 25, 2006**, I electronically filed **ANSWERING CLAIM CONSTRUCTION BRIEF OF MARITZ INC.** and **STATEMENT OF COUNSEL REGARDING DEFENDANT MARITZ INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld and Maryellen Noreika.

I hereby further certify that on **May 25, 2006**, I have also served this document on the attorneys of record at the following addresses as indicated:

| **Via Hand Delivery** | **Via Federal Express** |
|---|---|
| Jack B. Blumenfeld | Steven Lieberman |
| Maryellen Noreika | Sharon L. Davis |
| Morris, Nichols, Arsht & Tunnell | Rothwell, Figg, Ernst & Manbeck, P.C. |
| 1201 N. Market Street | 1425 K Street, N.W. |
| P.O. Box 1347 | Suite 800 |
| Wilmington, DE 19899-11347 | Washington, D.C. 20005 |

*Patricia A. Rogowski*
Patricia Smink Rogowski (#2632)

SV/251931.01
03282002/09:52/18498.25