IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION LOYALTY GROUP, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-360-JJF |
| ) | |
| MARITZ INC. ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER**

WHEREAS pursuant to the Court's May 22, 2006 Order (D.I. 148), Affinion Net Patents, Inc. shall be substituted as plaintiff for Affinion Loyalty Group, Inc.;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to approval of the Court, that the caption for this case shall be amended as set forth in Exhibit A.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP      CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Maryellen Noreika*                                                   */s/ Patricia Smink Rogowski*
Jack B. Blumenfeld (#1044)                                       Patricia Smink Rogowski (#2632)
Maryellen Noreika (#3208)                                        The Nemours Building
1201 N. Market Street                                                 1007 N. Orange Street
P.O. Box 1347                                                              P.O. Box 2207
Wilmington, DE 19899-1347                                    Wilmington, DE 19899
(302) 658-9200                                                             (302) 658-9141
mnoreika@mnat.com                                                 progowski@cblh.com
  Attorneys for Plaintiff                                                 Attorneys for Defendant Maritz Inc.
  Affinion Net Patents, Inc.

SO ORDERED this ____ day of _____, 2006.

_____
United States District Court Judge