# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04-360-JJF |
| MARITZ INC. | ) | |
| Defendant. | ) | |