IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION LOYALTY GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-360-JJF |
| | ) | |
| MARITZ, INC., | ) | |
| | ) | |
| Defendant. | | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court,

that the time for the parties to file and serve statements of disputed facts in response to any motions

for summary judgment is extended from June 9, 2006 to June 23, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    CONNOLLY, BOVE, LODGE & HUTZ LLP

/s/ Maryellen Noreika                                   /s/ Patricia Smink Rogowski
Jack B. Blumenfeld (#1044)                           Rudolf E. Hutz (#484)
Maryellen Noreika (#3208)                            Patricia Smink Rogowski (#2632)
1201 N. Market Street                                    1007 N. Orange Street
P.O. Box 1347                                                P.O. Box 2207
Wilmington, DE 19899-1347                          Wilmington, DE 19899
(302) 658-9200                                               (302) 658-9141
mnoreika@mnat.com                                      rhutz@cblh.com
Attorneys for Plaintiff                                    Attorneys for Defendant
Affinion Net Patents, Inc.                              Maritz, Inc.


SO ORDERED, this _____ day of _____, 2006.


_____
United States District Judge