# EXHIBIT 1

# REDACTED

# EXHIBIT 2

AO279, CLOSED, ICMS, MEDIATION, PROTO, RELATE

## U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:00-cv-02637-DLJ

Netcentives Inc., et al v. Beenz.Com Inc., et al
Assigned to: Judge D. Lowell Jensen
Demand: $0
Related Case: 4:01-cv-00302-DLJ
Cause: 35:271 Patent Infringement

Date Filed: 07/21/2000
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Netcentives Inc.**                    represented by    **Edward Vincent King, Jr**
                                                          King & Kelleher LLP
                                                          20 California Street
                                                          7th Floor
                                                          San Francisco, CA 94111
                                                          (415) 781-2888
                                                          Email: evking@kingandkelleher.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sharon L. Davis**
                                                          Rothwell Figg Ernst & Kurz P.C.
                                                          555 13th Street, N.W.
                                                          Washington, DC 20004
                                                          202-783-6040
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Steven M. Lieberman**
                                                          Rothwell Figg Ernst & Kurz P.C.
                                                          555 13th Street, N.W.
                                                          Washington, DC 20004
                                                          202-783-6040
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gregory R. Lyons**
                                                          Wiley, Rein & Fielding
                                                          1776 K Street, NW
                                                          Washington, DC 02006
                                                          (202) 719-7000
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James H. Wallace, Jr.**
                                                          Wiley Rein & Fielding
                                                          1776 K St NW
                                                          Washington, DC 20006
                                                          (202) 429-7000

*ATTORNEY TO BE NOTICED*

**Mark A. Pacella**
Wiley, Rein & Fielding
1776 K Street, NW
Washington, DC 02006
(202) 719-7000
*ATTORNEY TO BE NOTICED*

**Scott E. Bain**
Wiley, Rein & Fielding
1776 K Street, NW
Washington, DC 02006
(202) 719-7000
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas W. Storey**                    represented by  **Edward Vincent King, Jr**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Mark A. Pacella**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Beenz.Com Inc.**                      represented by  **Richard E. Backus**
                                        Flehr Hohbach Test Albritton & Herbert
                                        LLP
                                        Four Embarcadero Center
                                        Suite 3400
                                        San Francisco, CA 94111
                                        (415)781-1989
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Alfred R. Fabricant**
                                        Ostrolenk Faber Gerb & Soffen LLP
                                        1180 Avenue of the Americas
                                        New York, NY 10036
                                        212-382-0700
                                        *ATTORNEY TO BE NOTICED*

                                        **Louis C. Dujmich**
                                        Ostrolenk Faber Gerb & Soffen LLP
                                        1180 Avenue of the Americas
                                        New York, NY 10036
                                        212-382-0700
                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Carlson Companies, Inc.**                    represented by **Emmett J. McMahon**
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Avenue
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500
Email: ejmcmahon@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John P. Bovich**
Crosby Heafey Roach & May
Two Embarcadero Center, Ste 2000
P.O. Box 7936
San Francisco, CA 94111
(415) 543-8700
Email: jbovich@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas G. Leonard**
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Avenue
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher J. Sorenson**
Robins Kaplan Miller & Ciresi
800 LaSalle Ave
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500
*ATTORNEY TO BE NOTICED*

**Ronald J. Schutz**
Robins Kaplan Miller & Ciresi
800 LaSalle Ave
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500
Email: rjschutz@rkmc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Passpoints, Inc.**                    represented by **Alan Gunshor**
PassPoints, Inc.
2035 Filbert Street, Suite 208
San Francisco, CA 94123

(415) 928-2454
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S. Weil**
Bley & Bley
555 Montgomery Street
Suite 605
San Francisco, CA 94111
(415) 982-7311
*TERMINATED: 02/27/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Freeride.Com, LLC**                      represented by  **Norman H. Beamer**
Ropes & Gray
525 University Ave., Suite 300
Palo Alto, CA 94301
650-617-4000
Fax: 650-617-4090
Email: norman.beamer@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Glass**
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000
*ATTORNEY TO BE NOTICED*

**Joseph M. Guiliano**
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000
*ATTORNEY TO BE NOTICED*

**Theresa Moehlman**
Ropes & Gray LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stario, Inc.**                      represented by  **Anthony de Alcuaz**
McDermott Will & Emery
3150 Porter Drive
Palo Alto, CA 94304-1212
650-813-5000
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stephen K. Shahida**
McDermott Will & Emery
600 13th Street N.W.
Washington, DC 20005-3096
202-756-8000
Email: sshahida@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Passpoints, Inc.**                    represented by **Alan Gunshor**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Richard S. Weil**
                                        (See above for address)
                                        *TERMINATED: 02/27/2001*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Netcentives Inc.**                    represented by **Edward Vincent King, Jr**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Gregory R. Lyons**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **James H. Wallace, Jr.**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Scott E. Bain**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Stario, Inc.**                        represented by **Anthony de Alcuaz**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

Netcentives Inc.                            represented by  **Edward Vincent King, Jr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Gregory R. Lyons**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James H. Wallace, Jr.**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Scott E. Bain**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Counter-claimant**

Beenz.Com Inc.                              represented by  **Richard E. Backus**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Alfred R. Fabricant**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Louis C. Dujmich**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

Netcentives Inc.                            represented by  **Edward Vincent King, Jr**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Gregory R. Lyons**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James H. Wallace, Jr.**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Scott E. Bain**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Counter-claimant**

Beenz.Com Inc.                          represented by  **Richard E. Backus**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Alfred R. Fabricant**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Louis C. Dujmich**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

Netcentives Inc.                        represented by  **Edward Vincent King, Jr**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gregory R. Lyons**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James H. Wallace, Jr.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Mark A. Pacella**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Scott E. Bain**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Counter-defendant**

Netcentives Inc.                        represented by  **Edward Vincent King, Jr**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gregory R. Lyons**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James H. Wallace, Jr.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Mark A. Pacella**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott E. Bain**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-defendant**

**Thomas W. Storey**                    represented by **Edward Vincent King, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Pacella**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2000 | 1 | COMPLAINT for patent infringement and declaratory judgment; Summons(es) issued; Fee status pd entered on 7/21/00 in the amount of $ 150 ( Receipt No. 3312828); jury demand [3:00-cv-02637] (far, COURT StafF) (Entered: 07/25/2000) |
| 07/21/2000 | 2 | ORDER RE COURT PROCEDURE and SCHEDULE (ADR Multi-Option) by Judge Phyllis J. Hamilton : Proof of service to be filed by 9/7/00 ; counsels' case management statement to be filed by 11/20/00 ; initial case management conference will be held 2:30 11/30/00 . (cc: all counsel) [3:00-cv-02637] (far, COURT StafF) (Entered: 07/25/2000) |
| 07/25/2000 | 3 | NOTICE by Plaintiff Netcentives Inc. of related case(s) C-00-669 CAL and C-00-986 CAL [3:00-cv-02637] (far, COURT StafF) (Entered: 07/26/2000) |
| 07/25/2000 | 4 | PROOF OF SERVICE by Plaintiff Netcentives Inc. of related case notice [3-1] [3:00-cv-02637] (far, COURT StafF) (Entered: 07/26/2000) |
| 07/26/2000 |  | REPORT on the filing or determination of an action regarding Patent (cc: form mailed to register) [3:00-cv-02637] (far, COURT StafF) (Entered: 07/26/2000) |
| 07/27/2000 | 5 | ORDER by Judge Charles A. Legge relating cases; 3:00-cv-669 with member cases 3:00-cv-986, 3:00-cv-2637 , and Case reassigned to Judge Charles A. Legge ( Date Entered: 7/31/00) (cc: all counsel) [3:00-cv-02637] (far, COURT StafF) (Entered: 07/31/2000) |
| 08/01/2000 | 6 | AMENDED NOTICE by Plaintiff of related case(s) C-00-0669-CAL & C-00-0986-CAL [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/03/2000) |
| 08/01/2000 | 7 | PROOF OF SERVICE by Plaintiff of amended related case notice [6-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/03/2000) |
| 08/11/2000 | 8 | RETURN OF SERVICE executed upon defendant Carlson Companies Inc. served personally to Ralph Bena, Vice President on 8/1/00, defendant Passpoints, Inc. served to Heather Gunshor, Director on 7/31/00, and defendant Stario, Inc. served to Christina Pino, Office Manager on 7/28/00 [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/15/2000) |

| 08/14/2000 | 9 | ANSWER to complaint [1-1] and COUNTERCLAIM; jury demand by defendant Passpoints, Inc. against Plaintiff Netcentives Inc. [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/15/2000) |
|---|---|---|
| 08/14/2000 | 10 | NOTICE by Plaintiff related case order [5-3] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/16/2000) |
| 08/17/2000 | 11 | RETURN OF SERVICE executed upon defendant Carlson Companies, Inc. served personally to Ralph Bena, Vice President; defendant Passpoints, Inc. served personally to Heather Gunshor on 7/31/00; and defendant Stario, Inc. served personally to Christina Pino, Office Manager on 7/28/00 [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/22/2000) |
| 08/21/2000 | | RECEIVED Stipulation and [Proposed] Order (Plaintiff & defendant Beenz.Com Inc.) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/25/2000) |
| 08/21/2000 | 12 | PROOF OF SERVICE by Plaintiff of stipulation and proposed order received [0-0] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/25/2000) |
| 08/21/2000 | 13 | NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND AUTHORITIES before Judge Charles A. Legge by defendant Carlson Companies, Inc. to dismiss , to sever, to transfer , and to stay with Notice set for 9:00 a.m. on 9/27/00 [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/25/2000) |
| 08/21/2000 | 14 | AFFIDAVIT by of Rirchard E. Shinofield on behalf of defendant Carlson Companies, Inc. in support of its motion to dismiss [13-1], to sever, [13-2], to transfer [13-3], and to stay [13-4] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/25/2000) |
| 08/21/2000 | | RECEIVED [Proposed] Order granting defendant Carlson Companies, Inc.'s motion to dismiss [13-1], to sever, [13-2], to transfer [13-3], and to stay [13-4] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/25/2000) |
| 08/22/2000 | 15 | APPLICATION before Judge Charles A. Legge by defendant Stario, Inc. for attorney Stephen K. Shahida to appear pro hac vice. Fee status paid (#3313720) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/25/2000) |
| 08/22/2000 | | RECEIVED [Proposed] Order granting defendant Stario, Inc.'s application for attorney Stephen K. Shahida appear pro hac vice [15-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/25/2000) |
| 08/24/2000 | 16 | ANSWER to complaint [1-1] and COUNTERCLAIM by defendant Stario, Inc. against Plaintiff Netcentives Inc. [3:00-cv-02637] (tn, COURT STAFF) (Entered: 08/29/2000) |
| 08/28/2000 | 17 | STIPULATION and ORDER by Judge Charles A. Legge that defendant shall have through and until 9/5/00 to answer the complaint (cc: all counsel) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/28/2000 | 18 | APPLICATION before Judge Charles A. Legge by defendant Carlson Companies, Inc. for attorney Nicholas G. Leonard to appear pro hac vice. Fee status paid (#3313872) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/28/2000 | 19 | DECLARATION of Nicholas G. Leonard on behalf of defendant Carlson Companies in support of its application for attorney Nicholas G. Leonard to |

| | | |
|---|---|---|
| | | appear pro hac vice [18-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/28/2000 | 20 | DECLARATION of John P. Bovich on behalf of defendant Carlson Companies, Inc. in support of its application for attorney Nicholas G. Leonard to appear pro hac vice [18-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/28/2000 | 21 | APPLICATION before Judge Charles A. Legge by defendant Carlson Companies, Inc. for attorney Emmett J. McMahon to appear pro hac vice. Fee status paid (#3313872) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/28/2000 | 22 | DECLARATION of Emmett J. McMahon on behalf of defendant Carlson Companies, Inc. in support of its application for attorney Emmett J. McMahon to appear pro hac vice [21-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/28/2000 | 23 | DECLARATION of John P. Bovich on behalf of defendant Carlson Companies, Inc. in support of its application for attorney Emmett J. McMahon to appear pro hac vice [21-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/28/2000 | 24 | PROOF OF SERVICE by defendant Carlson Companies, Inc. of declaration [23-1], declaration [22-1], application for attorney Emmett J. McMahon to appear pro hac vice [21-1], declaration declaration [19-1], and application for attorney Nicholas G. Leonard to appear pro hac vice [18-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/28/2000 | 25 | ORDER by Judge Charles A. Legge granting defendant Stario, Inc.'s application for attorney Stephen K. Shahida to appear pro hac vice [15-1] (cc: all counsel) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/29/2000 | 26 | APPLICATION before Judge Charles A. Legge by defendant Carlson Companies, Inc. for attorney Ronald J. Schutz to appear pro hac vice. Fee status paid (#3313924) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/29/2000 | 27 | DECLARATION of John P. Bovich on behalf of defendant Carlson Companies, Inc. in support of its application for attorney Ronald J. Schutz to appear pro hac vice [26-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/29/2000 | 28 | DECLARATION of Ronald J. Schutz on behalf of defendant Carlson Companies, Inc. in support of its application for attorney Ronald J. Schutz to appear pro hac vice [26-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/29/2000 | | RECEIVED [Proposed] Order granting defendant Carlson Companies, Inc.'s application for attorney Ronald J. Schutz to appear pro hac vice [26-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/29/2000 | 29 | ORDER by Judge Charles A. Legge granting defendant Carlson Companies, Inc.'s application for attorney Emmett J. McMahon to appear pro hac vice [21-1], and applicaton for attorney Nicholas G. Leonard to appear pro hac vice [18-1] (cc: all counsel) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/30/2000 | 30 | NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND AUTHORITIES before Judge Charles A. Legge by defendant Carlson Companies, Inc. to dismiss , to sever , to transfer , or to stay with Notice set for 9:30 a.m. on 10/6/00 [3:00-cv-02637] (tn, COURT STAFF) (Entered: |

| | | |
|---|---|---|
| | | 09/01/2000) |
| 08/30/2000 | 31 | DECLARATION of Carlson Com on behalf of defendant Carlson Companies, Inc. in support of its motion to dismiss [30-1], to sever [30-2], to transfer [30-3], or to stay [30-4] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/30/2000 | | RECEIVED [Proposed] Order granting defendant Carlson Companies, Inc.'s motion to dismiss [30-1], to sever [30-2], to transfer [30-3], and to stay [30-4] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/01/2000) |
| 08/30/2000 | 36 | RE-NOTICE OF APPLICATION by defendant Carlson Companies for attorney Emmett J. McMahon to appear pro hac vice [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| 08/30/2000 | 37 | DECLARATION of Emmett J. McMahon on behalf of defendant Carlson Companies, Inc. in support of its application [36-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| 08/30/2000 | 38 | DECLARATION of John P. Bovich on behalf of defendant Carlson Companies, Inc. in support of its application [36-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| 08/30/2000 | 39 | RE-NOTICE OF APPLICATION by defendant Carlson Companies, Inc. for attorney Nicholas G. Leonard to appear pro hac vice [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| 08/30/2000 | 40 | DECLARATION of John P. Bovich on behalf of defendant Carlson Companies, Inc. in support of its application [39-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| 08/30/2000 | 41 | DECLARATION of Nicholas G. Leonard on behalf of defendant Carlson Companies, Inc. in support of its application [39-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| 08/30/2000 | 42 | RE-NOTICE OF APPLICATION by defendant Carlson Companies, Inc. for attorney Ronald J. Schutz to appear pro hac vice [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| 08/30/2000 | 43 | DECLARATION of Ronald J. Schutz on behalf of defendant Carlson Companies, Inc. in support of its application [42-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| 08/30/2000 | | RECEIVED [Proposed] Order granting defendant Carlson Companies, Inc.'s application [42-1], [39-1] & [36-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| 08/30/2000 | 44 | PROOF OF SERVICE by defendant Carlson Companies, Inc. of order received [0-0], declaration [43-1], application [42-1], declaration [41-1], declaration [40-1], application [39-1], declaration [38-1], declaration [37-1], application [36-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| 08/31/2000 | 35 | ORDER by Judge Charles A. Legge granting defendant's application attorney Ronald J. Schutz to appear pro hac vice [26-1] (cc: all counsel) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| 09/01/2000 | 32 | FIRST AMENDED COMPLAINT [1-1] by Plaintiffs; jury trial demand [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| | | |

| 09/01/2000 | 33 | PROOF OF SERVICE by Plaintiffs of first amended complaint [32-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
|---|---|---|
| 09/01/2000 | 34 | RE-NOTICE of hearing by defendant Carlson Companies, Inc. re-setting its motion to dismiss [30-1], to sever [30-2], to transfer [30-3], and to stay [30-4] to 10/27/00 at 9:30 a.m. [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| 09/05/2000 | 45 | ANSWER to complaint [32-1] & [1-1] and COUNTERCLAIM by defendant Beenz.Com Inc. against Plaintiff [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/11/2000) |
| 09/05/2000 | 46 | STIPULATION and ORDER by Judge Charles A. Legge that the time within which defendant defendant FreeRide.com, LLC may answer, move or otherwise respond to the complaint is extended to and including 10/5/00 (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/11/2000) |
| 09/05/2000 | 47 | ANSWER to Passpoints Inc.'s COUNTERCLAIMS [9-2] by Plaintiff & Counter-defendant Netcentives Inc. [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/11/2000) |
| 09/05/2000 | 48 | PROOF OF SERVICE by Plaintiff & Counter-defendant of its reply answer [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/11/2000) |
| 09/06/2000 | | SUMMONS (amended complaint) issued as to defendant Carlson Companies [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/06/2000) |
| 09/06/2000 | 49 | STATUS CONFERENCE STATEMENT by Plaintiffs Netcentives Inc. and Thomas W. Storey [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/11/2000) |
| 09/06/2000 | 50 | NOTICE OF PENDENCY OF OTHER ACTION by Plaintiffs Netcentives Inc. and Thomas W. Story [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/11/2000) |
| 09/08/2000 | 53 | MINUTES: (C/R Not Reported) (Hearing Date: 9/8/00) Status conference -- Held ; mediation was addressed; mediation will be postponed until motions are decided; a related Minnesota case was addressed; defendant's motion for protective order which was filed this morning will be heard on 10/27/00 at 9:30 a.m.; disclosures in C-00-2637-CAL stayed; matter continued to 10/27/00 at 9:30 a.m. for motions (defendant's motion for stay until ownership issue is determined due 9/12/00; response due 10/16/00 & reply due 10/23/00) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/15/2000) |
| 09/11/2000 | 51 | ANSWER TO STARIO, INC.'S COUNTERCLAIMS [16-2] by Plaintiffs/Counter-defendants Netcentives and Thomas W. Storey [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/13/2000) |
| 09/11/2000 | 52 | PROOF OF SERVICE by Plaintiffs of notice of pendency of other action [38-1] and status conference statement [37-1] [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/13/2000) |
| 09/19/2000 | 54 | NOTICE by defendant Carlson Companies, Inc. of entry of order [29-1] [3:00- |

| | | cv-02637] (tn, COURT STAFF) (Entered: 09/21/2000) |
|---|---|---|
| 09/19/2000 | 55 | NOTICE by defendant Carlson Companies of entry of order [35-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/21/2000) |
| 09/21/2000 | 56 | AMENDED MOTION before Judge Charles A. Legge by defendant Carlson Companies, Inc. to dismiss , sever , transfer , or stay , with MEMORANDUM of points and authorities in support thereof, and with Notice set for 9:30 a.m. on 10/27/00 [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/22/2000) |
| 09/21/2000 | 57 | DECLARATION of Nicholas G. Leonard on behalf of defendant Carlson Companies, Inc. in support of its motion to dismiss [56-1], sever [56-2], transfer [56-3], or stay [56-4] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/22/2000) |
| 09/21/2000 | | RECEIVED [Proposed] Order granting defendant Carlson Companies, Inc.'s motion to dismiss [56-1], sever [56-2], transfer [56-3], and stay [56-4] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/22/2000) |
| 09/22/2000 | 58 | JOINT MOTION before Judge Charles A. Legge by defendants Webmiles.Com Corp., Telamerica Media Inc., Beenz.Com Inc. and Passpoints, Inc. for a stay , with notice set for 9:30 a.m. on 10/27/00 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/25/2000) |
| 09/22/2000 | 59 | DECLARATION of Alfred R. Fabricant on behalf of defendants Webmiles.Com Corp., Telamerica Media Inc., Beenz.Com Inc. and Passpoints, Inc. in support of their joint motion for a stay [46-1] in 3:00-cv-00669, re motion for a stay [77-1] in 3:00-cv-00986, and re motion for a stay [58-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/25/2000) |
| 09/22/2000 | 60 | ANSWER TO COUNTERCLAIM [45-2] by Plaintiffs & Counter-defendants Netcentives Inc. and Thomas W. Storey [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/25/2000) |
| 09/22/2000 | 61 | ANSWER TO COUNTERCLAIM [45-2] by Plaintiffs/ Counter-defendants [3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/25/2000) |
| 09/22/2000 | 62 | NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND AUTHORITIES before Judge Charles A. Legge by defendants Massmedium.Com, Inc., Smart Net Corp., Freeride.Com, LLC, and Stario, Inc. for a stay with Notice set for 9:30 a.m. on 10/27/00 [3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/25/2000) |
| 09/22/2000 | | RECEIVED [Proposed] Order (defendants Massmedium.Com, Inc., Smart Net Corp., Freeride.Com, LLC and Stario, Inc.) re: motion for a stay [79-1] in 3:00-cv-00986, re: motion for a stay [62-1] in 3:00-cv-02637 [3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 09/25/2000) |
| 09/28/2000 | 63 | NOTICE by defendants of unavailability of counsel [3:00-cv-02637, 3:00-cv-00669, 3:00-cv-00986] (tn, COURT STAFF) (Entered: 10/02/2000) |
| 10/04/2000 | 64 | ANSWER by defendants Carlson Companies, Inc., et al. to plaintiffs' complaint [32-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/05/2000) |
| 10/04/2000 | 65 | RETURN OF SERVICE executed upon defendants 24K.Com LC, Gold Points Corporation, Gold Points.Com, Radisson Hotel Corp. and Radisson Hotels |

| | | |
|---|---|---|
| | | International, Inc. served personally to Robert Brill, Authorized Agent on 9/14/00 [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/05/2000) |
| 10/06/2000 | 66 | MEMORANDUM IN RESPONSE by Plaintiffs in 3:00-cv-00669, 3:00-cv-00986, and in 3:00-cv-02637 to defendant Webmiles.com Corp.'s e motion for entry of protective order [39-1] in 3:00-cv-00669 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/11/2000) |
| 10/06/2000 | 67 | DECLARATION of Gregory R. Lyons on behalf of Plaintiffs in 3:00-cv-00669, in 3:00-cv-00986 and in 3:00-cv-02637 re response [49-1] in 3:00-cv-00669, re response [81-1] in 3:00-cv-00986, re response [66-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/11/2000) |
| 10/06/2000 | 68 | OPPOSITION by Plaintiffs in 3:00-cv-00669, in 3:00-cv-00986, and 3:00-cv-02637 to Carlsom Companies Inc.'s amended motion to dismiss [56-1], sever [56-2], transfer [56-3], and stay [56-4] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/11/2000) |
| 10/06/2000 | 69 | DECLARATION of Scott E. Bain on behalf of Plaintiffs in 3:00-cv-00669, in 3:00-cv-00986 and in 3:00-cv-02637 in support of their opposition [51-1] in 3:00-cv-00669, re opposition [83-1] in 3:00-cv-00986, re opposition [68-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/11/2000) |
| 10/06/2000 | 70 | DECLARATION of Thomas W. Storey on behalf of Plaintiffs in 3:00-cv-00669, in 3:00-cv-00986 and in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/11/2000) |
| 10/13/2000 | 71 | REPLY by defendant Carlson Companies, Inc. in 3:00-cv-02637 to plaintiff's opposition to amended motion to dismiss [56-1], sever [56-2] in 3:00-cv-02637, transfer [56-3], or in 3:00-cv-02637, stay [56-4] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/17/2000) |
| 10/13/2000 | 72 | SECOND AFFIDAVIT of Richard Shinofield on behalf of defendant Carlson Companies in 3:00-cv-02637 re motion reply [54-1] 3:00-cv-00669, re motion reply [86-1] in 3:00-cv-00986, re motion reply [71-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/17/2000) |
| 10/13/2000 | 73 | SECOND DECLARATION of Nicholas Leonard on behalf of defendant Carlson Companies, Inc. in 3:00-cv-02637 re motion reply [54-1] 3:00-cv-00669, re motion reply [86-1] in 3:00-cv-00986, re motion reply [71-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/17/2000) |
| 10/16/2000 | 74 | OPPOSITION by Plaintiffs in 3:00-cv-00669, in 3:00-cv-00986 & in 3:00-cv-02637 to Freeride.Com, et al.'s motion for a stay [79-1] in 3:00-cv-00986, motion for a stay [62-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/20/2000) |
| 10/16/2000 | 75 | APPLICATION before Judge Charles A. Legge by defendant Freeride.Com, LLC for attorney James M. Glass to appear pro hac vice. Fee status paid (#3315389) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| | | |

| | | |
|---|---|---|
| 10/16/2000 | 76 | DECLARATION of James M. Glass on behalf of defendant Freeride.Com, LLC in support of its application for attorney James M. Glass to appear pro hac vice [75-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| 10/16/2000 | | RECEIVED [Proposed] Order granting defendant Freeride.Com, LLC's application for attorney James M. Glass to appear pro hac vice [75-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| 10/16/2000 | 77 | APPLICATION before Judge Charles A. Legge by defendant Freeride.Com, LLC for attorney Theresa A. Moehlman to appear pro hac vice. Fee status paid (#3315389) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| 10/16/2000 | 78 | DECLARATION of Theresa A. Moehlman on behalf of defendant Freeride.Com, LLC in support of its application for attorney Theresa A. Moehlman to appear pro hac vice [77-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| 10/16/2000 | | RECEIVED [Proposed] Order granting defendant Freeride.Com, LLC's application for attorney Theresa A. Moehlman to appear pro hac vice [77-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| 10/16/2000 | 79 | APPLICATION before Judge Charles A. Legge by defendant Freeride.Com, LLC for attorney Joseph M. Guiliano to appear pro hac vice. Fee status paid (#3315389) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| 10/16/2000 | 80 | DECLARATION of Joseph M. Guiliano on behalf of defendant Freeride.Com, LLC in support of its application for attorney Joseph M. Guiliano to appear pro hac vice [79-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| 10/16/2000 | | RECEIVED [Proposed] Order granting defendant Freeride.Com, LLC's application attorney Joseph M. Guiliano to appear pro hac vice [79-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| 10/16/2000 | 84 | OPPOSITION by Plaintiff in 3:00-cv-00669, in 3:00-cv-00986, and in 3:00-cv-02637 to defendants' motion for a stay [46-1] in 3:00-cv-00669, motion for a stay [77-1] in 3:00-cv-00986, motion for a stay [58-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| 10/18/2000 | 85 | LETTER from Edward V. King, Jr., dated 10/18/00, to Judge Legge regarding accusation made in defendant Carlsom Co., Inc.'s reply to Netcentives Inc.'s opposition to Carlson's amended motion to dismiss, sever and transfer or stay concerning the first page of exhibit 9 to Scot Bain's declaration [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| 10/19/2000 | 81 | ORDER by Judge Charles A. Legge granting defendant Freeride.Com LLC's application for attorney James M. Glass to appear pro hac vice [75-1] (cc: all counsel) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| 10/19/2000 | 82 | ORDER by Judge Charles A. Legge granting defendant Freeride.Com LLC's application for attorney Joseph M. Guiliano to appear pro hac vice [79-1] (cc: all counsel) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| 10/19/2000 | 83 | ORDER by Judge Charles A. Legge granting defendant Freeride.Com LLC's application for attorney Theresa A. Moehlman to appear pro hac vice [77-1] (cc: all counsel) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |

| | | |
|---|---|---|
| 10/19/2000 | 86 | LETTER from A. katherine Taylor, dated 10/18/00, to Clerk regarding rescheduling of motion to 11/3/00 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/23/2000) |
| 10/23/2000 | 87 | REPLY by defendants Freeride.Com, LLC in 3:00-cv-02637, Stario, Inc. in 3:00-cv-02637, and defendant Massmedium.Com,Inc. in 3:00-cv-00986 to opposition and in support of their motion for a stay [62-1] in 3:00-cv-02637, 3:00-cv-00986 [3:00-cv-02637, 3:00-cv-00669, 3:00-cv-00986] (tn, COURT STAFF) (Entered: 10/25/2000) |
| 10/23/2000 | 88 | JOINT REPLY by defendants Beenz.Com Inc. in 3:00-cv-02637 and Telamerica Media Inc in 3:00-cv-00986 [3:00-cv-02637, 3:00-cv-00986] (tn, COURT STAFF) (Entered: 10/25/2000) |
| 10/23/2000 | 89 | DECLARATION of Peter S. Sloane [3:00-cv-02637, 3:00-cv-00669, 3:00-cv-00986] (tn, COURT STAFF) (Entered: 10/25/2000) |
| 10/25/2000 | 90 | EX-PARTE MOTION before Judge Charles A. Legge by Plaintiffs for attorney Mark A. Pacella to appear pro hac vice. Fee status (paid #3315696) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/27/2000) |
| 10/25/2000 | 90 | ORDER by Judge Charles A. Legge granting plaitiffs' ex-parte motion for attorney Mark A. Pacella to appear pro hac vice [90-1] (cc: all counsel) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 10/27/2000) |
| 10/31/2000 | 91 | STIPULATION and ORDER by Judge Charles A. Legge governing the exchange of confidential materials (cc: all counsel) [3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 11/02/2000) |
| 11/01/2000 | 92 | NOTICE by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 in 3:00-cv-02637 of entry of order [90-1] [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 11/03/2000) |
| 11/03/2000 | 93 | MINUTES: (C/R Rosita Flores) (Hearing Date: 11/3/00) denying motion for a stay [46-1] in 3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, finding the motion for entry of protective order [39-1] moot. in 3:00-cv-00669, denying motion for a stay [79-1] in 3:00-cv-00986, 3:00-cv-02637, denying motion to dismiss [56-1] in 3:00-cv-02637, denying motion sever [56-2] in 3:00-cv-02637, denying motion transfer [56-3] in 3:00-cv-02637, denying motion stay [56-4] in 3:00-cv-02637; status conference -- Held, and matter continued for further conference on 12/1/00 at 11:00 a.m. in 3:00-cv-00669, in 3:00-cv-00986, in 3:00-cv-02637; ; initial discovery was stayed in C-00-2637-CAL; stay was lifted; counsel are to meet and confer to workout a schedule for initial disclosures [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 11/07/2000) |
| 11/13/2000 | 94 | NOTICE by defendant Webmiles.co. of entry of stipulation and order [91-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 11/15/2000) |
| 11/20/2000 | 95 | ANSWER by defendants to plaintffs' first amended complaint [32-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 11/22/2000) |
| 11/22/2000 | 96 | CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed by Carlson and its subsidiaries [3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 11/29/2000) |
| 11/22/2000 | 97 | CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed by plaintiffs [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) |

| | | |
|---|---|---|
| | | (Entered: 11/29/2000) |
| 11/28/2000 | 99 | LETTER from Mari M. Shaw, dated 11/16/00, to Judge Legge requesting the court to participate by telephone for the status conference scheduled for 12/1/00 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 12/05/2000) |
| 11/30/2000 | 98 | SUPPLEMENTAL CASE MANAGEMENT STATEMENT by defendant Carlson Companies, Inc. and its subsidiaries [3:00-cv-02637, 3:00-cv-00986] (tn, COURT STAFF) (Entered: 12/05/2000) |
| 11/30/2000 | 100 | CERTIFICATION of discussion of ADR options by defendant Freeride.Com, LLC [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 12/05/2000) |
| 11/30/2000 | | RECEIVED First Amended Stipulation and [Proposed] Order governing the protection and exchange of confidential material [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 12/05/2000) |
| 11/30/2000 | 101 | JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:00-cv-00986, 3:00-cv-00669, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 12/05/2000) |
| 12/01/2000 | 102 | MINUTES: (C/R Not Reported) (Hearing Date: 12/1/00) further status conference -- Held ; the parties are to be referred to the court's mediation; the three related cases were consolidated for discovery; ownership discovery and disclosure are to be provided by 12/15/00 with the deadline being 1/15/01; deadline to respond to the amended complaint 12/15/00; the submitted protective order was addressed;; the court signed off on the document--but there were counsel present, who requested that they be permitted to meet and confer before the filing of the protective order; there were issues which need to be resolved-- the court will hold off on filing the protective order until notification is received from counsel that the document may be filed; the court will be issuing a scheduling order [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 12/06/2000) |
| 12/01/2000 | | Docket Modification (Administrative) for referral to mediation (ADR L.R.6) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 12/06/2000) |
| 12/15/2000 | 103 | ANSWER by defendant Beenz.Com Inc. to plaintiffs' first amended complaint [32-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 12/18/2000) |
| 12/15/2000 | 103 | COUNTERCLAIM by defendant/counterclaim-plaintiff Beenz.Com Inc. against Plaintiff Netcentives Inc. [3:00-cv-02637] (tn, COURT STAFF) (Entered: 12/18/2000) |
| 12/15/2000 | 104 | ANSWER to first amended complaint [32-1] and COUNTERCLAIMS against Plaintiffs [3:00-cv-02637] (tn, COURT STAFF) (Entered: 12/18/2000) |
| 12/18/2000 | 105 | CERTIFICATION of discussion of ADR options by defendants Carlson Companies, Inc., Gold Points Corporation, et. al. [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 12/28/2000) |
| 12/18/2000 | 106 | LETTER from Joseph M. Guiliano, Esq., dated 12/13/00, to Judge Legge regarding a letter from Norman H. Beamer, counsel for FreeRide.com re proposed protective order [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, |

| | | COURT STAFF) (Entered: 12/28/2000) |
|---|---|---|
| 12/18/2000 | 107 | ORDER by Judge Charles A. Legge for referral to mediation (ADR L.R.6) , and the scheduling order of 7/10/00 is vacated, and the following dates are scheduled: defendants' answers to plaintiffs' first amended complaint due 12/15/00; defendants' rule 26, Fed.R.Civ.P., and Local Rule 16-5 initial disclosures and accompanying document production regarding all issues in the case due 1/15/01; defendants' initial disclosures of prior art due 2/15/01; plaintiff's claim chart and claim construction statement due 4/16/01; completion of discovery concerning ownership/inventorship. the parties may thereafter file motions re ownership/inventorship due 5/30/01; defendants' response claim chart and claim construction statement due 6/25/01; deadline to meet & confer regarding joint claim construction statement due 7/16/01; joint claim construction statement due 7/31/01; plaintiff to file brief on claim construction due 8/14/01; defendants to file briefs on claim construction due 9/10/01; hearing on claim construction is set for 10/10/01 at 2:00 p.m., and the case management conference and setting of all further dates is set for 10/26/01 at 11:00 a.m. (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 12/28/2000) |
| 12/19/2000 | 108 | LETTER from Norman H. Beamer, Esq., dated 12/19/00, to Judge Legge regarding cases cited in Massmedium.com's 12/15/00 letter to the court [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 12/28/2000) |
| 12/20/2000 | 109 | ORDER by Judge Charles A. Legge that until a motion is filed, or appropriate letters of submission are received, the court will simply hold the proposed first amended stipulation and order governing the protection and exchange of confidential material and the correspondence (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 12/28/2000) |
| 12/26/2000 | 111 | ANSWER TO COUNTERCLAIM [17-1] in 3:00-cv-00986, [103-1] in 3:00-cv-02637 by plaintiffs Netcentives Inc. and Thomas W. Storey [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/02/2001) |
| 12/26/2000 | 112 | ANSWER TO FREERIDE.COM, LLC'S COUNTERCLAIM by Netcentives Inc. [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/02/2001) |
| 12/27/2000 | 110 | ANSWER by defendant Stario, Inc. to plaintiff's first amended complaint [32-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/02/2001) |
| 12/28/2000 | 113 | NOTICE by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 in 3:00-cv-00669, in 3:00-cv-00986, in 3:00-cv-02637 of entry of order [109-1] [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/02/2001) |
| 01/03/2001 | 115 | PROOF OF SERVICE by Plaintiffs in 3:00-cv-00669, Plaintiffs in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 of reply answer [82-1] in 3:00-cv-00669, reply answer [81-1] in 3:00-cv-00669, reply answer [115-1] in 3:00-cv-00986, reply answer [114-1] in 3:00-cv-00986, reply answer [112-1] in 3:00-cv-02637, reply answer [111-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/09/2001) |
| 01/03/2001 | 116 | NOTICE by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 of entry of order [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] |

| | | (tn, COURT STAFF) (Entered: 01/09/2001) |
|---|---|---|
| 01/08/2001 | 114 | CLERK'S NOTICE of appointment of mediator, Samuel R. Miller to case(s) 3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637. [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (bt, COURT STAFF) (Entered: 01/08/2001) |
| 01/09/2001 | 117 | ANSWER TO COUNTERCLAIM [16-2] in 3:00-cv-02637 by Plaintiffs & Counter-defendants [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/10/2001) |
| 01/10/2001 | 118 | NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND AUTHORITIES before Judge Charles A. Legge by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 for entry of single protective order with Notice set for 9:30 a.m. on 2/23/01 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/17/2001) |
| 01/10/2001 | 119 | DECLARATION of Adam R. Bernstein on behalf of Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 re motion for entry of single protective order [88-1] in 3:00-cv-00669, re motion for entry of single protective order [121-1] in 3:00-cv-00986, re motion for entry of single protective order [118-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/17/2001) |
| 01/16/2001 | 120 | NOTICE OF MOTION AND MOTION before Judge Charles A. Legge by defendant Passpoints, Inc. in 3:00-cv-02637 for permission to withdraw as attorney for Passpoints, Inc. with Notice set for 9:30 a.m. on 2/23/01 [3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/19/2001) |
| 01/16/2001 | 121 | MEMORANDUM of points and authorities by defendant Passpoints, Inc. in 3:00-cv-02637 in support of its motion for permission to withdraw as attorney Passpoints, Inc. [120-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/19/2001) |
| 01/16/2001 | 122 | DECLARATION of Richard S. Weil on behalf of defendant Passpoints, Inc. in 3:00-cv-02637 support of its motion for permission to withdraw as attorney for Passpoints, Inc. [120-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/19/2001) |
| 01/16/2001 | | RECEIVED [Proposed] Order (defendant Passpoints, Inc. in 3:00-cv-02637) re: motion for permission to withdraw as attorney for Passpoints, Inc. [120-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/19/2001) |
| 01/18/2001 | 124 | CERTIFICATION of discussion of ADR options by defendant Stario, Inc. in 3:00-cv-02637. [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/24/2001) |
| 01/18/2001 | 127 | ORDER by Judge Charles A. Legge relating case to C-01-0302-CAL, C-00-0669-CAL & C-00-0986-CAL (cc: all counsel) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/01/2001) |
| 01/19/2001 | 123 | MEMORANDUM by defendant Freeride.Com, LLC in 3:00-cv-02637 in partial opposition to plaintiffs' motion for entry of single protective order [121-1] in 3:00-cv-00986, motion for entry of single protective order [88-1] in 3:00-cv-00669, motion for entry of single protective order [118-1] in 3:00-cv-02637 [3:00-cv-00986, 3:00-cv-00669, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 01/24/2001) |

| 01/26/2001 | 125 | MOTION WITH POINTS AND AUTHORITIES before Judge Charles A. Legge by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 for default judgment by court against Pointsurf.Com in 3:00-cv-00986 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/01/2001) |
|---|---|---|
| 01/26/2001 | 126 | DECLARATION of Christopher L. Hale on behalf of Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 re motion for default judgment by court against Pointsurf.Com in 3:00-cv-00986 [92-1] in 3:00-cv-00669, re motion for default judgment by court against Pointsurf.Com in 3:00-cv-00986 [125-1] in 3:00-cv-00986, re motion for default judgment by court against Pointsurf.Com in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/01/2001) |
| 01/26/2001 | | RECEIVED [Proposed] Order (Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637) re: motion for default judgment by court against Pointsurf.Com in 3:00-cv-00986 [92-1] in 3:00-cv-00669, re: motion for default judgment by court against Pointsurf.Com in 3:00-cv-00986 [125-1] in 3:00-cv-00986, re: motion for default judgment by court against Pointsurf.Com in 3:00-cv-00986 [125-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/01/2001) |
| 01/30/2001 | 128 | PARTIAL OBJECTIONS by defendant Massmedium.Com, Inc. to plaintiffs' motion for entry of a revised protective order in all three related cases [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/05/2001) |
| 02/02/2001 | 129 | ORDER by Judge Charles A. Legge granting plaintiffs' motion for default judgment by court against Pointsurf.Com in 3:00-cv-00986 [92-1] in 3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637 (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/08/2001) |
| 02/02/2001 | 130 | JOINDER by defendant Webmiles.Com Corp. in 3:00-cv-00669 to defendant Massmedium.Com's partial objection [95-1] in 3:00-cv-00669, re partial objection [128-1] in 3:00-cv-00986, and partial objection [128-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/08/2001) |
| 02/02/2001 | 131 | NOTICE by defendant Webmiles.Com of entry of stipulation and order [91-1] [3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/08/2001) |
| 02/07/2001 | 132 | CERTIFICATION of discussion of ADR options by defendant Massmedium.Com, Inc. [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/09/2001) |
| 02/09/2001 | 133 | NOTICE by Plaintiffs in 3:00-cv-00669, Plaintiffs in 3:00-cv-00986, Plaintiffs in 3:00-cv-02637 in 3:00-cv-00669, in 3:00-cv-00986, in 3:00-cv-02637 of entry order [129-1] [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/16/2001) |
| 02/14/2001 | 134 | REQUEST before Judge Charles A. Legge by defendant Carlson Companies, Inc.: miscellaneous administrative request pursuant to Local Rule 7-10 to set the deposition of Thomas Storey, or in the alternative to set a hearing on this request for February 23, 2001 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/20/2001) |

| | | |
|---|---|---|
| 02/14/2001 | 135 | DECLARATION of Emmett J. McMahon on behalf of defendant Carlson Companies, Inc. in 3:00-cv-02637 re Request for miscellaneous administrative request pursuant to Local Rule 7-10 to set the deposition of Thomas Storey, or in the alternative to set a hearing on this request for February 23, 2001 [102-1] in 3:00-cv-00669, re motion miscellaneous administrative request pursuant to Local Rule 7-10 to set the deposition Thomas Storey, or in the alternative to set a hearing on this request for February 23, 2001 [134-1] in re motion miscellaneous administrative request pursuant to Local Rule 7-10 to set the deposition of Thomas Storey, or in the alternative to set a hearing on this request for February 23, 2001 [134-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/20/2001) |
| 02/14/2001 | | RECEIVED [Proposed] Order (defendant Carlson Companies in 3:00-cv-02637) re: request for miscellaneous administrative request pursuant to Local Rule 7-10 to set the deposition of Thomas Storey, or in the alternative to set a hearing on this request for February 23, 2001 [102-1] in re: motion miscellaneous administrative request pursuant to Local Rule 7-10 to set the deposition of Thomas Storey, or in the alternative to set a hearing on this request for February 23, 2001 [134-1] in 3:00-cv-00986, re: motion miscellaneous administrative request pursuant to Local Rule 7-10 to set the deposition of Thomas Storey, or in the alternative to set a hearing on this request for February 23, 2001 [134-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/20/2001) |
| 02/14/2001 | 136 | PROOF OF SERVICE by defendant Carlson Companies, Inc. in 3:00-cv-02637 of order received [0-0] in 3:00-cv-00669, declaration [103-1] in 3:00-cv-00669, motion miscellaneous administrative request pursuant to Local Rule 7-10 to set the deposition of Thomas Storey, or in the alternative to set a hearing on this request for February 23, 2001 [102-1] in 3:00-cv-00669, order received [0-0] in 3:00-cv-00986, declaration [135-1] in 3:00-cv-00986, motion miscellaneous administrative request pursuant to Local Rule 7-10 to set the deposition of Thomas Storey, or in the alternative to set a hearing on this request for February 23, 2001 [134-1] in 3:00-cv-00986, order received [0-0] in 3:00-cv-02637, declaration [135-1] in 3:00-cv-02637, motion miscellaneous administrative request pursuant to Local Rule 7-10 to set the deposition of Thomas Storey, or in the alternative to set a hearing on this request for February 23, 2001 [134-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/20/2001) |
| 02/15/2001 | 137 | ORDER by Judge Charles A. Legge granting defendant Carlson Companies, Inc.'s request for miscellaneous administrative request pursuant to Local Rule 7-10 to set the deposition of Thomas Storey, or in the alternative to set a hearing on this request for February 23, 2001 [102-1] in 3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637 (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/20/2001) |
| 02/15/2001 | 138 | STIPULATED MOTION TO DISMISS and ORDER by Judge Charles A. Legge: dismissing with prejudice Netcentives' claims against FreeRide, and dismissing with prejudice FreeRide's counterclaims against Netcentives, each party shall bear its own costs and expenses, including attorney's fees, and the court shall retain jurisdiction to enforce a settlement (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/20/2001) |
| | | |

| 02/20/2001 | 139 | RESPONSE by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 to Carlson Companies, Inc.'s Rule 7-10 request, and REQUEST for protective order [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/23/2001) |
|---|---|---|
| 02/20/2001 | 140 | DECLARATION of Thomas Storey on behalf of Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 re response [107-1] in 3:00-cv-00669, re response [139-1] in 3:00-cv-00986, re response [139-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/23/2001) |
| 02/20/2001 | | RECEIVED [Proposed] Order (Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/23/2001) |
| 02/22/2001 | 141 | NOTICE by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 in 3:00-cv-00986, in 3:00-cv-02637 for entry of order [138-1] [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 02/27/2001) |
| 02/22/2001 | 144 | OPPOSITION by defendant Webmiles.Com to Carlson's miscellaneous administrative request [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302] (tn, COURT STAFF) (Entered: 02/28/2001) |
| 02/22/2001 | 145 | DECLARATION of Jerry M. Snyder on behalf of defendant Webmiles.Com Corp. in 3:00-cv-00669 re opposition [113-1] in 3:00-cv-00669, re opposition [144-1] in 3:00-cv-00986, re opposition [144-1] in 3:00-cv-02637, re opposition [6-1] in 3:01-cv-00302 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302] (tn, COURT STAFF) (Entered: 02/28/2001) |
| 02/22/2001 | | RECEIVED [Proposed] Order (defendant Webmiles.Com) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302] (tn, COURT STAFF) (Entered: 02/28/2001) |
| 02/22/2001 | 146 | PROOF OF SERVICE by defendant Webmiles.Com in 3:00-cv-00669 of order received [0-0] in 3:00-cv-00669, declaration [114-1] in 3:00-cv-00669, opposition [113-1] in 3:00-cv-00669, order received [0-0] in 3:00-cv-00986, declaration [145-1] in 3:00-cv-00986, opposition [144-1] in 3:00-cv-00986, order received [0-0] in 3:00-cv-02637, declaration [145-1] in 3:00-cv-02637, order received [0-0] in 3:01-cv-00302, declaration [7-1] in 3:01-cv-00302, opposition [6-1] in 3:01-cv-00302 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302] (tn, COURT STAFF) (Entered: 02/28/2001) |
| 02/23/2001 | 142 | LETTER from Nicholas G. Leonard, Esq., dated 2/21/01 to Clerk [3:00-cv-02637, 3:00-cv-00669, 3:00-cv-00986] (tn, COURT STAFF) (Entered: 02/28/2001) |
| 02/23/2001 | 143 | MINUTES: (C/R Melody Celestino-Cretin) (Hearing Date: 2/23/01) granting plaintiffs' motion for entry of single protective order [118-1] in 3:00-cv-02637, 3:00-cv-00669 as stated on the record; counsel will be submitting an order; counsel for Passport motion to withdraw as counsel -- Mr. Weill will be permitted to withdraw; Mr. Weil will be submitting a form of order which will include his client's address; defendant Carlson Companies, Inc.'s request to set deposition of Thomas Storey -- granted; the deposition will be set some time in March for two consecutive days [3:00-cv-02637, 3:00-cv-00669, 3:00-cv-00986] (tn, COURT STAFF) (Entered: 02/28/2001) |

| | | |
|---|---|---|
| 02/27/2001 | 147 | ORDER by Judge Charles A. Legge granting defendant Passpoints, Inc.'s motion for permission to withdraw Bley & Bley as attorney for Passpoints, Inc. [120-1] (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 03/05/2001) |
| 02/27/2001 | | Docket Modification (Administrative) withdrawing attorney Richard S. Weil of Bley & Bley for defendant Passpoints, Inc. [3:00-cv-02637] (tn, COURT STAFF) (Entered: 03/05/2001) |
| 03/02/2001 | 148 | ORDER by Judge Charles A. Legge governing the protection and exchange of confidential material (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 03/07/2001) |
| 03/06/2001 | 149 | NOTICE by defendant Webmiles.Com Corp. in 3:00-cv-00669 of related case(s) C-01-0813-JCS, C-00-0669-CAL, C-00-0986-CAL, C-00-2637-CAL & C-01-20005-PVT [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 03/12/2001) |
| 03/06/2001 | 150 | PROOF OF SERVICE by defendant Webmiles.Com Corp. in 3:00-cv-00669 of related case notice [118-1] in 3:00-cv-00669, related case notice [149-1] in 3:00-cv-00986, related case notice [149-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 03/12/2001) |
| 03/07/2001 | 151 | NOTICE by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 in 3:00-cv-00669, in 3:00-cv-00986, in 3:00-cv-02637 of entry of order [148-1] [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 03/12/2001) |
| 03/12/2001 | 152 | APPLICATION before Judge Charles A. Legge by defendant Carlson Companies, Inc., et al. for attorney Christopher J. Sorenson to appear pro hac vice. Fee status paid (#3320172). [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) Modified on 03/14/2001 (Entered: 03/14/2001) |
| 03/12/2001 | 153 | DECLARATION of John P. Bovich on behalf of defendants Carlson Companies, Inc., et al. in 3:00-cv-02637 in support of their application of attorney Christopher J. Sorenson to appear pro hac vice. Fee status paid (#3320172). [122-1] in 3:00-cv-00669, re motion for attorney Christopher J. Sorenson to appear pro hac vice. status paid (#3320172). [152-1] in 3:00-cv-00986, re motion for attorney Christopher J. Sorenson to appear pro hac vice. Fee status paid (#3320172). [152-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 03/14/2001) |
| 03/12/2001 | | RECEIVED [Proposed] Order granting defendant Carlson Companies, Inc., et al. application for attorney Christopher J. Sorenson to appear pro hac vice. Fee status paid [122-1] in 3:00-cv-00669, re: motion for attorney Christopher J. Sorenson to appear pro hac vice. Fee status paid (#3320172). [152-1] in 3:00-cv-00986, re: motion for attorney Christopher J. Sorenson to appear pro hac vice. Fee status paid (#3320172). [152-1] in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 03/15/2001) |
| 03/12/2001 | 154 | RESPONSE by Plaintiff The Sperry & Hutchinson Co., Inc. in 3:00-0813-JCS to notice of related cases and statement in support of reassignment of this case to the Honorable Charles A. Legge [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302] (tn, COURT STAFF) (Entered: 03/15/2001) |
| 03/13/2001 | 155 | ORDER by Judge Charles A. Legge granting defendants Carlson Companies, |

| | | |
|---|---|---|
| | | Inc., et al's application for attorney Christopher J. Sorenson to appear pro hac vice [122-1] (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 03/16/2001) |
| 03/30/2001 | 156 | NOTICE OF MOTION AND MOTION before Judge Charles A. Legge by defendant & counter-claimant Telamerica Media Incorp. for permission to withdraw as attorney for TelAmerica Media Inc. with Notice set for 9:30 a.m. on 5/4/01 [3:00-cv-00986, 3:00-cv-00669, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 04/05/2001) |
| 03/30/2001 | 157 | DECLARATION of Jocelyn A. Aqua on behalf of defendant & counter-claimant Telamerica Media Inc in 3:00-cv-00986 re motion for permission to withdraw attorney as attorney for TelAmerica Media Inc. [127-1] in 3:00-cv-00669, re motion for permission to withdraw as attorney for TelAmerica Media Inc. [156-1] in 3:00-cv-00986, re motion for permission to withdraw as attorney for TelAmerica Media Inc. [156-1] in 3:00-cv-02637, re motion for permission to withdraw as attorney for TelAmerica Media Inc. [11-1] in 3:01-cv-00302, re motion for permission to withdraw as attorney for TelAmerica Media Inc. [12-1] in 3:01-cv-00813 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 04/05/2001) |
| 03/30/2001 | 158 | PROOF OF SERVICE by defendantt & counter-claimant Telamerica Media Inc in 3:00-cv-00986 of declaration [128-1] in 3:00-cv-00669, motion for permission to withdraw attorney as attorney for TelAmerica Media Inc. [127-1] in 3:00-cv-00669, order received [0-0] in 3:00-cv-00986, declaration [157-1] in 3:00-cv-00986, motion for permission to withdraw as for TelAmerica Media Inc. [156-1] in 3:00-cv-00986, declaration [157-1] in 3:00-cv-02637, motion for permission to withdraw as attorney for TelAmerica Media Inc. [156-1] 3:00-cv-02637, declaration [12-1] in 3:01-cv-00302, motion for permission to withdraw as attorney for TelAmerica Media Inc. [11-1] in 3:01-cv-00302, declaration [13-1] in 3:01-cv-00813, motion for permission to withdraw as for TelAmerica Media Inc. [12-1] in 3:01-cv-00813 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 04/05/2001) |
| 04/03/2001 | 159 | RE-NOTICE of hearing by defendant Telamerica Media Inc in 3:00-cv-00986, Counter-claimant Telamerica Media Inc in 3:00-cv-00986 setting motion for permission to withdraw attorney as attorney for TelAmerica Media Inc. [127-1] ; hearing set for 9:30 5/25/01 in 3:00-cv-00669, in 3:00-cv-00986, in 3:00-cv-02637, in 3:01-cv-00302, in 3:01-cv-00813 in 3:00-cv-00669, motion for permission to withdraw as attorney for TelAmerica Media Inc. [126-1] ; hearing set for 9:30 5/25/01 in 3:00-cv-00669, in 3:00-cv-00986, in 3:00-cv-02637, in 3:01-cv-00302, in 3:01-cv-00813 in 3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 04/05/2001) |
| 04/06/2001 | 161 | NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND AUTHORITIES before Judge Charles A. Legge by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 for an order compelling service of initial disclosures and production of documents , and for for sanctions against defendant Passpoints, Inc. , with DECLARATIONS of Scott E. Bain & Robert A. Schwartz in support thereof, and with Notice set for 9:30 a.m. on 5/18/01 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 04/19/2001) |
| | | |

| | | |
|---|---|---|
| 04/10/2001 | 162 | ORDER by Judge Charles A. Legge regarding case management/status conferences & other procedures: case management conference set for 9:30 a.m. on 5/25/01 in 3:00-cv-00669, in 3:00-cv-00986, in 3:00-cv-02637, in 3:01-cv-00302, in 3:01-cv-00813 ; (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 04/19/2001) |
| 04/13/2001 | | RECEIVED Stipulation and [Proposed] Order for extension of time to serve claim construction statements, charts and responses (Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637) [3:01-cv-00813, 3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302] (tn, COURT STAFF) (Entered: 04/21/2001) |
| 04/13/2001 | 163 | DECLARATION of Christopher M. Mills on behalf of Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 [3:01-cv-00813, 3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302] (tn, COURT STAFF) (Entered: 04/21/2001) |
| 04/16/2001 | 160 | MEDIATOR'S Letter to Counsel Mediation phone conference set for 10:00 5/16/01 in 3:00-cv-00669, in 3:00-cv-00986, in 3:00-cv-02637 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (bt, COURT STAFF) (Entered: 04/16/2001) |
| 04/16/2001 | 164 | STIPULATION and ORDER by Judge Charles A. Legge for extension of time to serve claims construction statements, charts and responses: plaintiff's claim construction statement served on all defendants due 4/23/01; plaintiff's claim chart served on Carlson Companies, Inc. due 4/23/01; plaintiff's claim chart served on all remaining defendants due 5/16/01; defendant Carlson Companies, Inc.'s response claim chart and claim construction statement due 7/2/01; and remaining defendants' response claim chart and claim construction statement due 7/25/01 (cc: all counsel) [3:01-cv-00813, 3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302] (tn, COURT STAFF) (Entered: 04/21/2001) |
| 04/19/2001 | 165 | NOTICE by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 in 3:00-cv-00669, in 3:00-cv-00986, in 3:00-cv-02637, in 3:01-cv-00302, in 3:01-cv-00813 of entry of stipulation and order [20-1] [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 05/01/2001) |
| 04/19/2001 | 166 | NOTICE by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 in 3:00-cv-00669, in 3:00-cv-00986, in 3:00-cv-02637, in 3:01-cv-00302, in 3:01-cv-00813 for entry of order [18-2] [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 05/01/2001) |
| 04/19/2001 | 167 | PROOF OF SERVICE by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 of stipulation and order [135-1] in 3:00-cv-00669, of stipulation and order [164-1] in 3:00-cv-00986, of stipulation and order [164-1] in 3:00-cv-02637, of stipulation and order [20-1] in 3:01-cv-00302, of stipulation and order [20-1] in 3:01-cv-00813 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 05/01/2001) |
| 04/20/2001 | 168 | LETTER from Edward V. King, Jr., dated 4/19/01 to All Counsel regarding filing of plaintiffs' re-notice of motion for an order compelling service of initial disclosures and production of documents, and for sanctions against defendant |

| | | |
|---|---|---|
| | | Passpoints, Inc. [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 05/01/2001) |
| 04/20/2001 | 169 | RE-NOTICE of hearing by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 re-setting its motion for an order compelling service of initial disclosures and production of documents [132-1], and for sanctions against defendant Passpoints, Inc. [132-2] to 5/25/01 at 9:30 a.m. in 3:00-cv-00669, in 3:00-cv-00986, in 3:00-cv-02637, in 3:01-cv-00302, in 3:01-cv-00813 in 3:00-cv-00669, in 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 05/01/2001) |
| 05/11/2001 | 170 | JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [3:01-cv-00813, 3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302] (tn, COURT STAFF) (Entered: 05/14/2001) |
| 05/15/2001 | 171 | STIPULATION and ORDER by Judge Charles A. Legge that Netcentives shall have a one month extension to serve its claim chart on Webmiles, accordingly, Netcentives shall serve its claim chart on before 6/16/01 (cc: all counsel) [3:01-cv-00813, 3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302] (tn, COURT STAFF) (Entered: 05/17/2001) |
| 05/16/2001 | 172 | PROOF OF SERVICE by defendant in 3:01-cv-00813, Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637, defendant in 3:01-cv-00302 of order received [0-0] in 3:00-cv-00669, declaration [148-1] in 3:00-cv-00669, motion for an order compelling service of amended initial disclosure of prior art [147-1] in 3:00-cv-00669, motion for sanctions against defendant Webmiles.Com [147-2] in 3:00-cv-00669 [3:01-cv-00813, 3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302] (tn, COURT STAFF) (Entered: 05/22/2001) |
| 05/18/2001 | 173 | NOTICE by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637, Plaintiff in 3:01-cv-00813 in 3:00-cv-00669, in 3:00-cv-00986, in 3:00-cv-02637, in 3:01-cv-00302, in 3:01-cv-00813 for entry of stipulation and order for extension of time [31-1] order [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 05/23/2001) |
| 05/23/2001 | | RECEIVED Stipulated Motion to Dismiss with prejudice and [Proposed] Consent Judgment/Order (Plaintiffs in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 05/25/2001) |
| 05/25/2001 | 174 | ORDER by Judge Charles A. Legge granting motion for permission to withdraw as attorney for TelAmerica Media Inc. [156-1] attorney Jeffrey J. Oelke for Telamerica Media Inc in 3:00-cv-00986, attorney Christopher M. Curran for Telamerica Media Inc in 3:00-cv-00986, attorney Jocelyn A. Aqua for Telamerica Media Inc in 3:00-cv-00986, attorney Christopher M. Curran for Telamerica Media Inc in 3:00-cv-00986, attorney Ellen McGinty King for Telamerica Media Inc in 3:00-cv-00986, attorney Jeffrey J. Oelke for Telamerica Media Inc in 3:00-cv-00986, attorney Christopher M. Curran for Telamerica Media Inc in 3:00-cv-00986, attorney Jocelyn A. Aqua for Telamerica Media Inc in 3:00-cv-00986, attorney Ellen McGinty King for Telamerica Media Inc in 3:00-cv-00986, attorney Christopher M. Curran for Telamerica Media Inc in 3:00-cv-00986 in 3:00-cv-00986, 3:00-cv-00669, 3:00-cv-02637, 3:01-cv-00302, |

| | | |
|---|---|---|
| | | 3:01-cv-00813, granting motion for permission to withdraw attorney as attorney for TelAmerica Media Inc. [127-1] in 3:00-cv-00669 (cc: all counsel) [3:00-cv-00986, 3:00-cv-00669, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 06/01/2001) |
| 05/25/2001 | 176 | MINUTES: (C/R Debra Pas) (Hearing Date: 5/25/01) plaintiffs Netcentives & Thomas W. Storey's motion compelling service of initial disclosures & production of documents & for sanctions against defendant Passpoints, Inc. -- stayed for the reasons stated on the record; motion to withdraw as attorney for TelAmerica Media, INc. by White & Chase LLP (C-00-0986) -- granted for the reasons stated on the record; submitted order signed in open court; status conference (all cases) -- held [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 06/01/2001) |
| 05/25/2001 | 177 | STIPULATION and ORDER by Judge Charles A. Legge granting plaintiff Netcentives Inc. and defendant Beenz.com Inc.'s stipulated motion to dismiss with prejudice Netcentives claims against Beenz and dismissing with prejudice Beenz's counterclaims against Netcentives and with consent judgment [Date Entered: 6/1/01] (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 06/01/2001) |
| 05/29/2001 | 175 | NOTICE by defendant & counter-claimant TelAmerica Media, Inc. in 3:00-cv-00986 in 3:00-cv-00986, in 3:00-cv-00669, in 3:00-cv-02637, in 3:01-cv-00302, in 3:01-cv-00813 of entry of order [38-1] [3:00-cv-00986, 3:00-cv-00669, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 06/01/2001) |
| 06/01/2001 | | RECEIVED Stipulated Consent Injunction against Smartnet Corp. and [Proposed] Order (Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 06/04/2001) |
| 06/04/2001 | 178 | STIPULATED CONSENT INJUNCTION AGAINST SMARTNET CORP. and ORDER by Judge Charles A. Legge (cc: all counsel) [3:00-cv-02637, 3:00-cv-00669, 3:00-cv-00986] (tn, COURT STAFF) (Entered: 06/07/2001) |
| 06/07/2001 | 179 | NOTICE by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 in 3:00-cv-00669, in 3:00-cv-00986, in 3:00-cv-02637 of entry of stipulation and order [178-1] [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 06/13/2001) |
| 06/08/2001 | 180 | REPLY MEMORANDUM of points and authorities by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 to opposition and in support of their motion to compel Stario to provide initial disclosure of prior art and document production and for sanctions [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 06/13/2001) |
| 06/08/2001 | 181 | REPLY by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 to opposition and in support of motion for an order compelling service of amended initial disclosure of prior art [147-1] in 3:00-cv-00669, and for sanctions against defendant Webmiles.Com [147-2] in 3:00-cv-00669 [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 06/13/2001) |
| 06/08/2001 | 182 | REPLY MEMORANDUM of points and authorities by Plaintiff in 3:00-cv- |

| | | |
|---|---|---|
| | | 00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 to opposition and in support of motion to compel TelAmerica to provide initial disclosure of prior art and document production and for sanctions against defendant TelAmerica [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 06/13/2001) |
| 06/08/2001 | 183 | REPLY by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 to opposition and in support of motion to compel the production of documents by Carlson defendants [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 06/13/2001) |
| 06/11/2001 | 184 | NOTICE by Trustee Brian A. Holt of automatic Bankruptcy stay FOR DEFENDANT PASSPOINTS INC dba PASSPOINTS. [3:00-cv-02637] (tn, COURT STAFF) (Entered: 06/15/2001) |
| 06/14/2001 | 185 | PROOF OF SERVICE by Plaintiff in 3:00-cv-00669, Plaintiff in 3:00-cv-00986, Plaintiff in 3:00-cv-02637 of receive proposed stipulated motion to dismiss with prejudice and consent order [0-0] [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 06/18/2001) |
| 06/20/2001 | | RECEIVED Stipulation Between 24K.Com, et al. and Netcentives, Inc. for extension of time to serve claim construction statements, charts, and responses and [Proposed] Order [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 06/22/2001) |
| 06/22/2001 | 186 | STIPULATED MOTION before Judge Charles A. Legge by Plaintiff Netcentives Inc. in 3:00-cv-00669 and defendant Massmedium.Com, Inc. in 3:00-cv-00986 to dismiss with prejudice and consent order [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) (Entered: 06/26/2001) |
| 06/22/2001 | 186 | ORDER by Judge Charles A. Legge granting plaintiff Netcentives Inc. and defendant Massmedium.Com, Inc.'s stipulated motion to dismiss with prejudice and consent order [172-1] in 3:00-cv-02637, 3:00-cv-00986 in 3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637 (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637] (tn, COURT STAFF) Modified on 06/26/2001 (Entered: 06/26/2001) |
| 06/25/2001 | 187 | STIPULATION and ORDER by Judge Charles A. Legge between 24K.Com, et al. and Netcentives, Inc. for extension of time to serve claim construction statements, charts and responses: defendants' response claim due 7/6/01; deadline to meet & confer due 7/20/01; joint claim construction statement due 8/3/01; plaintiffs to file briefs by 8/17/01; defendants to file briefs by 9/13/01 (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 06/26/2001) |
| 06/27/2001 | 188 | MINUTES: (C/R Leo Mankiewicz) (Hearing Date: 6/22/01) motions to compel and for sanctions -- submitted; the court will issue a ruling on the motion to compel as well as a scheduling order; counsel informed the court to the motion against Webmiles is close to settling and requested that mediation be postponed; the court granted that request; counsel will submit an OSC re TeleAmerica Media and Starey [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 06/29/2001) |
| 06/27/2001 | 189 | SCHEDULING ORDER by Judge Charles A. Legge: deadline to file summary |

judgment motions - 8/24/01; responses to motions for summary judgment motions - 9/14/01; replies in support of motions for summary judgment - 9/28/01; hearings on summary judgment motions - 10/19/01 at 9:30 a.m.; plaintiff's claim construction chart should already have been served; defendants' response claim chart and claims construction statement is due 7/25/01; deadline to meet & confer regarding joint claims construction statement is due 8/15/01; joint claims construction statementn is due 8/30/01; plaintiff to file brief on claims construction - 9/20/01; defendants to file briefs on claims construction - 10/17/01; plaintiffs to file reply brief on claims construction - 10/31/01; hearing on claims construction - 11/16/01; the parties may continue to pursue mediation through Mr. Samuel R. Miller; plaintiff's motion against the Carlson companies to compel the production of additional documents is stayed, without prejudice; the court believes that the requested documents are relevant to the issues of infringement and obviousness; however, the discovery question is one of burden, in view of the quantity of discovery likely to be produced, balanced against its likely benefits; the motion is therefore stayed until resolution of the motions for summary judgment on the issues of ownership and inventorship (cc: all counsel) [3:00-cv-00669, 3:00-cv-00986, 3:00-cv-02637, 3:01-cv-00302, 3:01-cv-00813] (tn, COURT STAFF) (Entered: 06/29/2001)

| | | |
|---|---|---|
| 06/28/2001 | 190 | REASSIGNMENT ORDER by Executive Committee Case reassigned to Judge D. L. Jensen, and referring the motion for an order compelling service of initial disclosures and production of documents [161-1], and the motion for sanctions against defendant Passpoints, Inc. [161-2] to Judge Jensen (cc: all counsel) [3:00-cv-02637] (tn, COURT STAFF) (Entered: 07/02/2001) |
| 06/29/2001 | 193 | MEMORANDUM by Plaintiff Netcentives Inc. in opposition to Sperry and Hutchinson's motion to injoin or stay arbitration proceedings [4:00-cv-02637] (kk, COURT STAFF) (Entered: 07/06/2001) |
| 06/29/2001 | 194 | DECLARATION by Christopher M. Mills on behalf of Plaintiff Netcentives Inc. re opposition memorandum [193-1] [4:00-cv-02637] (kk, COURT STAFF) (Entered: 07/06/2001) |
| 07/02/2001 | 195 | PROOF OF SERVICE by Plaintiff Netcentives Inc. of declaration [194-1], opposition memorandum [193-1] [4:00-cv-02637] (kk, COURT STAFF) (Entered: 07/06/2001) |
| 07/02/2001 | 196 | NOTICE by defendant Stario, Inc. of Chapter 7 Bankruptcy filing and imposition of automatic stay [4:00-cv-02637] (kk, COURT STAFF) (Entered: 07/06/2001) |
| 07/03/2001 | 191 | NOTICE by Plaintiff [186-1] order [4:00-cv-02637] (kk, COURT STAFF) (Entered: 07/05/2001) |
| 07/03/2001 | 192 | NOTICE by Plaintiff [187-1] Scheduling order defendants' response claim due 7/6/01; deadline to meet & confer due 7/20/01; joint claim construction statement due 8/3/01; plaintiffs to file briefs by 8/17/01; defendants to file briefs by 9/13/01 [4:00-cv-02637] (kk, COURT STAFF) (Entered: 07/05/2001) |
| 07/06/2001 | 197 | MOTION, before Judge D. L. Jensen, by Plaintiff Netcentives Inc. in 4:00-cv-00669, Plaintiff Netcentives Inc. in 4:00-cv-00986, Plaintiff Netcentives Inc. in 4:00-cv-02637, Plaintiff Thomas W. Storey in 4:00-cv-02637, defendant Netcentives Inc. in 4:01-cv-00302, defendant Thomas W. Storey in 4:01-cv-00302, defendant Netcentives, Inc. in 4:01-cv-00813 to file lodged document |

| | | |
|---|---|---|
| | | under seal. [4:00-cv-00669, 4:00-cv-00986, 4:00-cv-02637, 4:01-cv-00302, 4:01-cv-00813] (rl, COURT STAFF) (Entered: 07/10/2001) |
| 07/06/2001 | 198 | DECLARATION by Robert A. Schwartz on behalf of Plaintiff Netcentives Inc. in 4:00-cv-00669, Plaintiff Netcentives Inc. in 4:00-cv-00986, Plaintiff Netcentives Inc. in 4:00-cv-02637, defendant Netcentives Inc. in 4:01-cv-00302, defendant Thomas W. Storey in 4:01-cv-00302, defendant Netcentives, Inc. in 4:01-cv-00813 re motion to file lodged document under seal. [183-1] in 4:00-cv-00669, re motion to file lodged document under seal. [196-1] in 4:00-cv-00986, re motion to file lodged document under seal. [197-1] in 4:00-cv-02637, re motion to file lodged document under seal. [49-1] in 4:01-cv-00302, re motion to file lodged document under seal. [60-1] in 4:01-cv-00813 [4:00-cv-00669, 4:00-cv-00986, 4:00-cv-02637, 4:01-cv-00302, 4:01-cv-00813] (rl, COURT STAFF) (Entered: 07/10/2001) |
| 07/06/2001 | | RECEIVED Proposed Order ( Plaintiff Netcentives Inc. in 4:00-cv-00669, Plaintiff Netcentives Inc. in 4:00-cv-00986, Plaintiff Netcentives Inc. in 4:00-cv-02637, defendant Netcentives Inc. in 4:01-cv-00302, defendant Thomas W. Storey in 4:01-cv-00302, defendant Netcentives, Inc. in 4:01-cv-00813) re: motion to file lodged document under seal. [183-1] in 4:00-cv-00669, re: motion to file lodged document under seal. [196-1] in 4:00-cv-00986, re: motion to file lodged document under seal. [197-1] in 4:00-cv-02637, re: motion to file lodged document under seal. [49-1] in 4:01-cv-00302, re: motion to file lodged document under seal. [60-1] in 4:01-cv-00813 [4:00-cv-00669, 4:00-cv-00986, 4:00-cv-02637, 4:01-cv-00302, 4:01-cv-00813] (rl, COURT STAFF) (Entered: 07/10/2001) |
| 07/06/2001 | 199 | PROOF OF SERVICE by Plaintiff Netcentives Inc. in 4:00-cv-00669, Plaintiff Netcentives Inc. in 4:00-cv-00986, Plaintiff Netcentives Inc. in 4:00-cv-02637, defendant Netcentives Inc. in 4:01-cv-00302, defendant Thomas W. Storey in 4:01-cv-00302, defendant Netcentives, Inc. in 4:01-cv-00813 of order received [0-0] in 4:00-cv-00669, declaration [184-1] in 4:00-cv-00669, motion to file lodged document under seal. [183-1] in 4:00-cv-00669, order received [0-0] in 4:00-cv-00986, declaration [197-1] in 4:00-cv-00986, motion to file lodged document under seal. [196-1] in 4:00-cv-00986, order received [0-0] in 4:00-cv-02637, declaration [198-1] in 4:00-cv-02637, motion to file lodged document under seal. [197-1] in 4:00-cv-02637, order received [0-0] in 4:01-cv-00302, declaration [50-1] in 4:01-cv-00302, motion to file lodged document under seal. [49-1] in 4:01-cv-00302, order received [0-0] in 4:01-cv-00813, declaration [61-1] in 4:01-cv-00813, motion to file lodged document under seal. [60-1] in 4:01-cv-00813 [4:00-cv-00669, 4:00-cv-00986, 4:00-cv-02637, 4:01-cv-00302, 4:01-cv-00813] (rl, COURT STAFF) (Entered: 07/10/2001) |
| 07/10/2001 | 200 | NOTICE by Plaintiff Netcentives Inc. in 4:00-cv-00669, Plaintiff Netcentives Inc. in 4:00-cv-00986, Plaintiff Netcentives Inc. in 4:00-cv-02637, defendant Netcentives Inc. in 4:01-cv-00302, defendant Thomas W. Storey in 4:01-cv-00302, defendant Netcentives, Inc. in 4:01-cv-00813 in 4:00-cv-00669, in 4:00-cv-00986, in 4:00-cv-02637 [177-1] order [4:00-cv-00669, 4:00-cv-00986, 4:00-cv-02637, 4:01-cv-00302, 4:01-cv-00813] (rl, COURT STAFF) (Entered: 07/10/2001) |
| 07/11/2001 | 201 | CLERK'S NOTICE that the motion enjoin or stay parallel arbitration proceedings [47-1] [47-2] is submitted in 4:01-cv-00813. [4:00-cv-00669, 4:00-cv-00986, 4:00-cv-02637, 4:01-cv-00302, 4:01-cv-00813] (rl, COURT STAFF) |

| | | |
|---|---|---|
| | | (Entered: 07/13/2001) |
| 07/11/2001 | 202 | STIPULATION and ORDER, by Judge D. L. Jensen, extending to serve claim construction statements, charts and responses. (cc: all counsel) [4:00-cv-02637, 4:01-cv-00302] (rl, COURT STAFF) (Entered: 07/13/2001) |
| 07/19/2001 | | ADR session scheduling: Mediation hearing set for 7/27/01 [4:00-cv-02637] (bt, COURT STAFF) (Entered: 07/19/2001) |
| 07/19/2001 | 203 | CLERK'S NOTICE Status conference is set for 1:30 p.m. on 9/7/01 in 4:00-cv-00669, in 4:00-cv-00986, in 4:00-cv-02637, in 4:01-cv-00302, in 4:01-cv-00813 ; [4:00-cv-00669, 4:00-cv-00986, 4:00-cv-02637, 4:01-cv-00302, 4:01-cv-00813] (rl, COURT STAFF) (Entered: 07/25/2001) |
| 07/23/2001 | 204 | ORDER, by Judge D. L. Jensen, DENYING motion enjoin [47-1] in 4:01-cv-00813. DENYING motion stay parallel arbitration proceedings [47-2] in 4:01-cv-00813 ( Date Entered: July 25, 2001) (cc: all counsel) [4:00-cv-00669, 4:00-cv-00986, 4:00-cv-02637, 4:01-cv-00302, 4:01-cv-00813] (rl, COURT STAFF) (Entered: 07/25/2001) |
| 07/31/2001 | 205 | REPORTER'S TRANSCRIPT; Date of proceedings: February 23, 2001 ( C/R: Melody Celestino-Cretin) minutes [112-1] in 4:00-cv-00669, order [147-1] in 4:00-cv-00986, minutes [143-1] in 4:00-cv-02637****ACTUAL COMPLETE TRANSCRIPT IS FOUND ONLY IN C00-669 DLJ. COVER PAGE IN OTHER TWO CASE FILES***** [4:00-cv-00669, 4:00-cv-00986, 4:00-cv-02637] (rl, COURT STAFF) (Entered: 08/07/2001) |
| 08/03/2001 | 206 | ORDER, by Judge D. L. Jensen, dismissing case C00-669 DLJ with prejudice. Case settled. C00-669 DLJ ONLY. ( Date Entered: August 7, 2001) (cc: all counsel) [4:00-cv-00986, 4:00-cv-02637, 4:01-cv-00302, 4:01-cv-00813] (rl, COURT STAFF) (Entered: 08/07/2001) |
| 08/03/2001 | 207 | STIPULATION and ORDER to modify scheduling order re claim construction, by Judge D. L. Jensen. Claim construction hearing will be held 11/26/01 in 4:00-cv-00986, in 4:00-cv-02637, in 4:01-cv-00302, in 4:01-cv-00813. Deadline to meet and confer is 8/29/01. Deadline to file summary judgment motions is 9/7/01. Joint claims constructions statement due 9/13/01. Status conference set for 9/21/01. Responses to motions for summary judgment due 9/28/01. Plaintiff's brief on claims construction due 10/4/01. Replies due 10/12/01. Defendant's claims construction briefs due 10/31/01. Hearing on summary judgment motions is 11/2/01. Plaintiff's reply brief on claims construction due 11/14/01. (cc: all counsel) [4:00-cv-00986, 4:00-cv-02637, 4:01-cv-00302, 4:01-cv-00813] (rl, COURT STAFF) (Entered: 08/08/2001) |
| 08/03/2001 | 209 | STIPULATION and ORDER, by Judge D. L. Jensen, dismissing party Webmiles.com. (cc: all counsel) [4:00-cv-00986, 4:00-cv-02637, 4:01-cv-00302, 4:01-cv-00813] (rl, COURT STAFF) (Entered: 08/23/2001) |
| 08/16/2001 | 208 | REVISED JOINT STIPULATION and ORDER, by Judge D. L. Jensen, modifying scheduling order. The dates set forth in the joint stipulation to modify scheduling order entered on 8/3/01 are stayed pending the Court's status conference on 9/21/01. (cc: all counsel) [4:00-cv-00986, 4:00-cv-02637, 4:01-cv-00302, 4:01-cv-00813] (rl, COURT STAFF) (Entered: 08/21/2001) |
| 09/10/2001 | 210 | ORDER, by Judge D. L. Jensen, dismissing related case C01-813 DLJ. ( Date Entered: September 12, 2001) (cc: all counsel) [4:00-cv-02637, 4:01-cv-00302] |

| | | |
|---|---|---|
| | | (rl, COURT STAFF) (Entered: 09/12/2001) |
| 09/18/2001 | | RECEIVED Stipulation and Proposed Order to continue case management conference ( Plaintiff Netcentives Inc. in 4:00-cv-02637, defendant Carlson Companies in 4:00-cv-02637, Plaintiff Carlson Hospitality in 4:01-cv-00302, Plaintiff Carlson Marketing Gr in 4:01-cv-00302, defendant Netcentives Inc. in 4:01-cv-00302) [4:00-cv-02637, 4:01-cv-00302] (rl, COURT STAFF) (Entered: 09/19/2001) |
| 09/18/2001 | 211 | STIPULATION and ORDER, by Judge D. L. Jensen. Case Management Conference is continued to 1:30 p.m .on 10/5/01 in 4:00-cv-02637, in 4:01-cv-00302. (cc: all counsel) [4:00-cv-02637, 4:01-cv-00302] (rl, COURT STAFF) (Entered: 09/20/2001) |
| 09/25/2001 | 212 | CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [4:00-cv-02637, 4:01-cv-00302] (kk, COURT STAFF) (Entered: 09/26/2001) |
| 10/05/2001 | 213 | STIPULATION and ORDER by Judge D. L. Jensen : Case Management Conference set for 1:30 12/7/01 in 4:00-cv-02637, in 4:01-cv-00302 ; (cc: all counsel) [4:00-cv-02637, 4:01-cv-00302] (kk, COURT STAFF) (Entered: 10/09/2001) |
| 10/05/2001 | 214 | MINUTES: ( C/R not reported) ( Hearing Date: 10/5/01) hearing not held [4:00-cv-02637] (kk, COURT STAFF) (Entered: 10/09/2001) |
| 11/27/2001 | 215 | NOTICE of filing of Chapter 11 proceeding and notice of automatic stay of actions by Plaintiff Netcentives Inc. in 4:00-cv-02637, defendant Netcentives Inc. in 4:01-cv-00302 [4:00-cv-02637, 4:01-cv-00302] (kk, COURT STAFF) (Entered: 11/29/2001) |
| 12/03/2001 | 216 | STIPULATION and ORDER by Judge D. L. Jensen : Case Management Conference set for 1:30 1/25/02 in 4:00-cv-02637, in 4:01-cv-00302 ; (cc: all counsel) [4:00-cv-02637, 4:01-cv-00302] (kk, COURT STAFF) (Entered: 12/04/2001) |
| 12/12/2001 | 217 | RESPONSE by defendant Carlson Companies in 4:00-cv-02637, Plaintiff 24k.com LC in 4:01-cv-00302, Plaintiff Radisson Hotels in 4:01-cv-00302, Plaintiff Radisson Hotel in 4:01-cv-00302, Plaintiff Gold Points in 4:01-cv-00302, Plaintiff Gold Points.com in 4:01-cv-00302, Plaintiff Carlson Hospitality in 4:01-cv-00302, Plaintiff Carlson Marketing Gr in 4:01-cv-00302 re notice [215-1] in 4:00-cv-02637, re notice [66-1] in 4:01-cv-00302 [4:00-cv-02637, 4:01-cv-00302] (kk, COURT STAFF) (Entered: 12/13/2001) |
| 01/03/2002 | 218 | REPORTER'S TRANSCRIPT; Date of proceedings: 11/3/00 (C/R: Rosita Flores) minutes [93-2] [4:00-cv-02637] (kc, COURT STAFF) (Entered: 01/08/2002) |
| 01/16/2002 | 219 | STIPULATION and ORDER by Judge D. L. Jensen: Case Management Conference continued to 3/29/02 at 1:30; (cc: all counsel) [4:00-cv-02637] (kc, COURT STAFF) (Entered: 01/17/2002) |
| 01/25/2002 | | Docket Modification (Administrative) to terminating party Samuel R. Miller in 4:00-cv-02637 [4:00-cv-02637] (bt, COURT STAFF) (Entered: 01/25/2002) |
| 02/22/2002 | 220 | NOTICE of appearance of counsel by Plaintiff [4:00-cv-02637] (kc, COURT STAFF) (Entered: 02/26/2002) |

| 03/18/2002 | | RECEIVED stipulation and order of dismissal with prejudice submitted by Plaintiff Netcentives Inc., defendant Carlson Companies [4:00-cv-02637] (kc, COURT STAFF) (Entered: 03/19/2002) |
|---|---|---|
| 03/19/2002 | 221 | STIPULATION and ORDER by Judge D. L. Jensen: DISMISSING case with prejudice, each party to bear its own costs; appeal filing ddl 4/24/02; (cc: all counsel) [4:00-cv-02637] (kc, COURT STAFF) (Entered: 03/25/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/15/2006 07:43:46 | | | |
| PACER Login: | rf0048 | Client Code: | 2829-179 |
| Description: | Docket Report | Search Criteria: | 4:00-cv-02637-DLJ |
| Billable Pages: | 22 | Cost: | 1.76 |

# EXHIBIT 3

ORIGINAL
F I L E D

FEB 2 2 2002

UNITED STATES DISTRICT COURT

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

OAKLAND DIVISION

| | |
|---|---|
| NETCENTIVES INC., | ) |
| | ) |
| Plaintiffs, | ) Case No. 00-CV-669-DLJ |
| | ) |
| v. | ) **NOTICE OF APPEARANCE** |
| | ) |
| THE SPERRY & HUTCHINSON | ) |
| COMPANY, INC., et al., | ) |
| | ) |
| NETCENTIVES INC., | ) |
| | ) Case No. C-00-0986-DLJ |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MASSMEDIUM.COM, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| NETCENTIVES INC., | ) |
| | ) Case No. C-00-2637-DLJ |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BEENZ.COM, INC., et al., | ) |
| | ) |
| Defendants. | ) |

TRL-MTZ 11326

1

COPY

1    The following counsel hereby enter their appearance in the above-captioned action on

behalf of plaintiffs Netcentives, Inc. and Thomas W. Storey:

3                    Steven Lieberman
                     Sharon L. Davis
5                    Rothwell, Figg, Ernst & Manbeck, P.C.
                     Columbia Square
7                    555 13th Street, N.W.
                     Suite 701 East Tower
9                    Washington, D.C. 20004

11                           Respectfully submitted,

13                           ROTHWELL, FIGG, ERNST & MANBECK, P.C.

15                    By:  *Sharon X. Davis*
17                           Steven Lieberman
                             Sharon L. Davis
19                           Suite 701 East Tower
                             555 Thirteenth Street, N.W.
21                           Washington, DC 20004
                             (202) 783-6040
23
                             KING & KELLEHER, LLP
25
27                    By:  *[signature]*
                             Edward Vincent King, Jr.
29                           One Embarcadero Center, 17th Floor
                             San Francisco, CA 94111
31                           (415) 781-2888

33

35    Dated: February 22, 2002

37

Plaintiffs' Notice of Appearance
(Case Nos. 00-CV-669, 00-CV-986 and 00-CV-2637)                2

**TRL-MTZ 11327**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE BY MAIL

I declare that:

I am employed in the County of San Francisco, California. I am over the age of eighteen

years and not a party to the within cause, my business address is One Embarcadero Center, 17th

Floor, San Francisco, California 94111. On February 22, 2002, I served a copy of the following:

### NOTICE OF APPEARANCE

on the parties in this action, by placing a true copy thereof enclosed in a sealed envelope, postage

fully prepaid, in the United States mail at San Francisco, California, addressed to the following:

Ronald Schutz, Esq.                          Morgan W. Tovey, Esq.
Emmett J. McMahon, Esq.                       John P. Bovich, Esq.
Robbins, Kaplan, Miller & Ciresi LLP          Crosby, Heafey, Roach & May
2800 LaSalle Plaza                            Two Embarcadero Center
800 LaSalle Avenue                            San Francisco, California 94111
Minneapolis, Minnesota 55402-2015

James H. Wallace, Jr.
Gregory R. Lyons
Scott E. Bain
WILEY, REIN & FIELDING
1776 K Street, N.W.
Washington, D.C. 20006

I declare under penalty of perjury that the foregoing is true and correct. Executed this

22nd day of February 2002.

SHARLENE BEASLEY

TRL-MTZ 11328

# EXHIBIT 4

# REDACTED

# EXHIBIT 5

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|                                          |          |                      |
|------------------------------------------|----------|----------------------|
| AFFINION LOYALTY GROUP, INC.             | )        |                      |
|                                          | )        |                      |
|                             Plaintiff,   | )        |                      |
|                                          | )        | C.A. No. 04-360      |
|             v.                           | )        |                      |
|                                          | )        |                      |
| MARITZ, INC.                             | )        |                      |
|                                          | )        |                      |
|                             Defendant.   | )        |                      |

## DECLARATION OF SHARON L. DAVIS, ESQ.

I, Sharon L. Davis, Esq., hereby declare as follows:

1.     I am an attorney for Affinion Loyalty Group, Inc. ("Affinion") and Affinion Net Patents, Inc. and am filing this declaration on behalf of Affinion in support of its Opposition to Maritz's Motion to Compel.

2.     Document 111 on Affinion's privilege log is a confidential communication, dated September 25, 1998, from John S. Thomas, Esq. to Kristen Berrier, Product Manager for NCCI, Inc., that contains legal advice and attorney work product.  NCCI, Inc. has no relationship to Netcentives—it is a previous name of Affinion.

3.     Specifically, NCCI, Inc. was renamed Cendant Incentives, Inc. in 2000.  See Ex. A (December 15, 2005 Deposition of Marti Beller) at 40.  In 2001, Cendant Incentives, Inc. was sold by its parent corporation to Trilegiant Corporation, and renamed Trilegiant Loyalty Solutions.  See id. at 99-100.  Trilegiant Loyalty Solutions was renamed Affinion Loyalty Group., Inc. in February 2006.  See Ex. B.

This 22nd day of May, 2006

_____
Sharon L. Davis

# EXHIBIT 5A

# REDACTED

EXHIBIT B

# Delaware

PAGE   1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "TRILEGIANT LOYALTY SOLUTIONS, INC.", CHANGING ITS NAME FROM "TRILEGIANT LOYALTY SOLUTIONS, INC." TO "AFFINION LOYALTY GROUP, INC.", FILED IN THIS OFFICE ON THE TWENTY-FIRST DAY OF FEBRUARY, A.D. 2006, AT 2:22 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



3409335  8100

060160164

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 4536445

DATE: 02-21-06

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 02:29 PM 02/21/2006*
*FILED 02:22 PM 02/21/2006*
*SRV 060160164 - 3409335 FILE*

## CERTIFICATE OF AMENDMENT

### OF

### CERTIFICATE OF INCORPORATION

### OF

### TRILEGIANT LOYALTY SOLUTIONS, INC.

#### Dated February 21, 2006

Trilegiant Loyalty Solutions, Inc., a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware (the "DGCL"), does hereby certify as follows:

**FIRST:**    That by unanimous written consent of the Board of Directors of the Corporation, resolutions were adopted setting forth a proposed amendment to the Certificate of Incorporation of the Corporation (the "Certificate"), declaring its advisability, and directing that the amendment proposed be submitted to the stockholders of the Corporation for consideration and approval.

**SECOND:**    That the sole stockholder of the Corporation, by written consent in lieu of a special meeting, consented to and adopted this amendment.

**THIRD:**    That this amendment was duly adopted in accordance with the applicable provisions of Sections 228 and 242 of the DGCL.

**FOURTH:**    The Certificate is hereby amended by deleting the FIRST paragraph thereof and by substituting in lieu of said FIRST paragraph the following new FIRST paragraph:

"FIRST. The name of the corporation is Affinion Loyalty Group, Inc."

\*    \*    \*    \*    \*

7549459

IN WITNESS WHEREOF, the Corporation has caused the undersigned to execute this Certificate as of the date set forth herein.

TRILEGIANT LOYALTY SOLUTIONS, INC.,

By: _____
Name: Nathaniel J. Lipman
Title: President and Chief Executive Officer

7549459

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on May 22, 2006, I electronically filed Plaintiff's Opposition to Maritz's Motion to Compel with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz

I also certify that copies were caused to be served on May 22, 2006 upon the following in the manner indicated:

### BY HAND

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

### BY FEDERAL EXPRESS

J. Bennett Clark
Senniger Powers
One Metropolitan Square
St. Louis, MO 63102

/s/ Maryellen Noreika
Maryellen Noreika (#3208)
mnoreika@mnat.com