IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC.<br><br>           Plaintiff,<br><br>  v.<br><br>MARITZ INC.<br><br>           Defendant. | C.A. No. 04-360-JJF |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, three laptop computers for the *Affinion Net Patents, Inc. v. Maritz Inc.*, C.A. No. 04-360-JJF *Markman* proceedings on Wednesday, June 7, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

      R. Elizabeth Brenner
      Sharon L. Davis
      Matthew Felten
      David L. Kelley
      Steven Lieberman

Dated: June ___, 2006

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge