IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC.         )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )   C.A. No. 04-360-JJF<br>                                    )<br> MARITZ INC.                        )<br>                                    )<br>            Defendant.              )<br>                                    ) | |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, three laptop computers for the *Affinion Net Patents, Inc. v. Maritz Inc.*, C.A. No. 04-360-JJF *Markman* proceedings on Wednesday, June 7, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

        R. Elizabeth Brenner
        Sharon L. Davis
        Matthew Felten
        David L. Kelley
        Steven Lieberman

Dated: June 3, 2006

                                            _____
                                            JOSEPH J. FARNAN, JR.
                                            United States District Court Judge