EXHIBIT 20

```
01 @@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
02 @               L O O K   T O   B O O K               @
03 @@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
04
05            RADISSON / COLONY / COUNTRY
06              I N T R O D U C E
07
08 THE WORLD*S FIRST ON-LINE FREQUENCY PROGRAM FOR TRAVEL
09 AGENTS. LOOK...EVERYTIME YOU BOOK RD/CS/CX. NOW IT
10 IS YOUR TURN TO ENJOY THE BENEFITS OF A FREQUENCY PROGRAM.
11 IF YOU HAVE ANY QUESTIONS AFTER READING THE FOLLOWING
12 INFORMATION PLEASE CALL  *** LOOK TO BOOK HEADQUARTERS ***
13
14                   800-333-5600
15         IN AUSTRALIA CALL TOLL FREE 800 333 333
16
17      STARTING DATE...................JANUARY  01, 1993
18      ENDING DATE.....................DECEMBER 31, 1994
19 ****************************************************************
20 * THREE THINGS YOU SHOULD KNOW ABOUT -LOOK TO BOOK- *
21
22 1. YOU EARN 10 POINTS FOR EVERY USD DOLLAR BOOKED.
23
24 2. ENTER YOUR FIRST INITIAL, MIDDLE INITIAL AND LAST NAME
25    IN YOUR SI* FIELD.
26
27 EX: SI-RD-MGSMITH  /*DO NOT* SPACE WHEN ENTERING YOUR NAME/
28
29 NOTE: ANY ADDITIONAL INFORMATION/REQUESTS MAY BE ADDED
30     *AFTER* THE NAME FIELD BY ENTERING A SPACE *AFTER*
31     YOUR LAST NAME.
32 EX: SI-RD-MGSMITH   REQUEST KING NON-SMOKING
33
34 3. YOUR POINTS BECOME REDEEMABLE POINTS 10 DAYS AFTER
35    YOUR GUESTS DEPARTS THE HOTEL.
36 ****************************************************************
37 ** TRAVEL AGENTS LOCATED IN GERMANY ARE INELIGIBLE FOR   **
38 **           L O O K   T O   B O O K                      **
39
40 IT IS ALL AT YOUR FINGERTIPS
41   *ON LINE ENROLLMENT
42   *INTERACTIVE
43   *AUTOMATIC AWARD-POINT STATUS ON SCREEN
44   *NO FORMS OR REPORTS TO SUBMIT
45
46 WE LET YOU FOCUS ON YOUR CLIENTS WHILE WE TRACK YOUR POINTS.
47 IT IS EASY. IT IS FREE. IT IS  -LOOK TO BOOK-.
```



269

EXHIBIT NO._____

5-18-06  RT

TRL-MTZ 44088

```
48 ------------------------------------------------------------
49 NOTE: THE AGENTS MAILING ADDRESS WILL DEFAULT TO THE AGENCY
50       LOCATION. HOWEVER ENROLLED AGENTS MAY REQUEST MAIL TO
51       BE SENT TO THEIR HOME BY CALLING THE LOOK TO BOOK
52       AWARD HEADQUARTERS AT 800-333-5600. WHEN CALLING FROM
53.      OUTSIDE OF THE U.S. DIAL 402-491-6100. FROM AUSTRALIA
54       PLEASE CALL TOLL FREE 800 333 333.
55.
56 ONCE ENROLLED YOU WILL RECEIVE A MEMBER KIT IN THE MAIL
57 SENT TO THE ADDRESS ON FILE.
58 REMEMBER WITH EVERY RD/CS/CX BOOKING TO FILL IN YOU SI-
59 FIELD EXACTLY THE SAME TO KEEP ADDING POINTS TO YOUR
60 ACCOUNT.
61 ------------------------------------------------------------
62
63 HOW DO I EARN POINTS
64 *ONLY BOOKINGS MADE THROUGH THE GDS COUNT IN THE PROGRAM
65  -NO EXCEPTIONS
66 *ENROLLED AGENTS WILL AUTOMATICALLY EARN PROGRAM POINTS EACH
67  TIME THEY BOOK A QUALIFYING RD/CS/CX ROOM ON A GDS SYSTEM
68 *POINTS ARE EARNED AT THE RATE OF 10 POINTS PER EVERY U.S.
69  DOLLAR BOOKED. /POINTS EARNED ONLY ON ROOM REVENUE,
70  EXCLUSIVE OF ANY APPLICABLE TAXES/.
71 *THE RATES BOOKED THROUGH THE INCENTIVE ARE COMMISSIONABLE
72  ACCORDING TO THE POLICY OF THE RATES BOOKED.
73
74 BONUS AWARD OPPORTUNITIES
75  -WILL BE ANNOUNCED PERIODICALLY THROUGHOUT THE PROGRAM
76   SAME RULES SHOWN HERE.
77  -PENDING POINTS ARE POINTS YOU RECEIVE AT THE TIME OF
78   BOOKING. THESE POINTS WILL REMAIN PENDING UNTIL 10 DAYS
79   AFTER THE GUEST DEPARTS FROM THE HOTEL. AT THAT TIME THE
80   RD/CS/CX SYSTEM CONVERTS THE *PENDING POINTS* TO
81   *REDEEMABLE POINTS* WITH EACH BOOKING YOU WILL SEE THE
82   NUMBER OF POINTS JUST EARNED.
83  -REDEEMABLE POINTS MAY BE USED FOR THE AWARDS SHOWN ON
84   THE FOLLOWING PAGES. YOU WILL BE ADVISED OF THE TOTAL
85   *REDEEMABLE POINTS* IN YOUR ACCOUNT WITH EACH CONFIRMED
86   SAME RD/CS/CX BOOKING.
87
88 * REMEMBER YOUR PENDING POINTS ARE NOT CONVERTED TO      *
89 * REDEEMABLE POINTS UNTIL -10 DAYS- AFTER THE GUEST       *
90 * DEPARTS THE HOTEL.                                      *
91
92 PLEASE NOTE: NO-SHOWS, CANCELLATIONS, RATE CHANGES RESULT
93              IN A LOSS OF THE -PENDING POINTS-.
94
95 *-*   CONTINUED ON Y/P38   *-*       PATENT PENDING       *-*
```

ORD.ORD*ALE 1835/06JAN94 059A02

```
01 @@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
02 @               L O O K   T O   B O O K                      @
03 @@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
04
05 ACTIVE MEMBERS RECEIVE A PERSONALIZED PROGRAM STATEMENT OF
06 THEIR ACCOUNT STATUS ONCE EACH QUARTER.
07 THE STATEMENT WILL SHOW ~PENDING POINTS~ IN THE ACCOUNT AND
08 ~REDEEMABLE POINTS~ AVAILABLE.
09 THE STATEMENT WILL ALSO INCLUDE A SUMMARY OF EVERY SABRE
10 BOOKING TRANSACTION WITH RADISSON, COLONY AND COUNTRY
11 STATEMENTS WILL BE MAILED TO THE ADDRESS ON FILE.
12
13                    * AWARD OPTIONS *
```

| 14 POINTS | HOTEL | CAR | AIR | MERCHANDISE |
|-----------|-------|-----|-----|-------------|
| 15 REQUIRED | NIGHTS | RENTAL | TICKETS | |
| 16 --------- | --------- | --------- | --------- | --------- |
| 17 12,500 | | AVIS | | |
| 18 | | 1 DAY FREE. | | |
| 19 --------- | --------- | --------- | --------- | --------- |
| 20 30,000 | 1 FREE NT | | | |
| 21 | IN CANADA | | | |
| 22 | OR 48 STATES | | | |
| 23 | W/RD,CS OR CX | | | |
| 24 --------- | --------- | --------- | --------- | --------- |
| 25 50,000 | 1 FREE NT | | | CHOICE FROM |
| 26 | ANYWHERE IN | | | 50,000 POINT |
| 27 | THE WORLD | | | LEVEL |
| 28 | W/ RD OR CS. | | | |
| 29 --------- | --------- | --------- | --------- | --------- |
| 30 75,000 | | | | CHOICE FROM |
| 31 | | | | 75,000 POINT |
| 32 | | | | LEVEL |
| 33 --------- | --------- | --------- | --------- | --------- |
| 34 112,500 | | | | CHOICE FROM |
| 35 | | | | 112,500 |
| 36 | | | | POINT LEVEL |
| 37 --------- | --------- | --------- | --------- | --------- |
| 38 150,000 | | | | CHOICE FROM |
| 39 | | | | 150,000 |
| 40 | | | | POINT LEVEL |
| 41 --------- | --------- | --------- | --------- | --------- |
| 42 175,000 | | | 1 RT | |
| 43 | | | DOMESTIC | |
| 44 | | | TICKET | |
| 45 --------- | --------- | --------- | --------- | --------- |
| 46 250,000 | | | | CHOICE FROM |
| 47 | | | | 250,000 |
| 48 | | | | POINT LEVEL |

TRL-MTZ 44090

```
49 ----------.----------.----------.----------.-------------
50 300,000   .          .          .          . CHOICE FROM
51           .          .          .          . 300,000
52           .          .          .          . POINT LEVEL
53 ----------.----------.----------.----------.-------------
54 350,000   .          .          .          . 1 RT TRANS.
55           .          .          .          . ATLANTIC  .
56           .          .          .          . TICKET    .
57 ----------.----------.----------.----------.-------------
58 400,000   .          .          .          . CHOICE FROM
59           .          .          .          . 400,000
60           .          .          .          . POINT LEVEL
61 ----------.----------.----------.----------.-------------
62 500,000   . MALL OF AMERICA PACKAGE WITH COUNTRY INN AND
63           . SUITES, ROUND TRIP AIR FOR 2, 4 NTS AT NEW
64           . COUNTRY AND DINING AT TGI FRIDAYS
65           . *EFFECTIVE 6/94*
66 ----------.----------.----------.----------.-------------
67 525,000   .          .          .          . 1 RT TRANS.
68           .          .          .          . PACIFIC   .
69           .          .          .          . TICKET    .
70 ----------.----------.----------.----------.-------------
71 600,000   .          .          .          . CHOICE FROM
72           .          .          .          . 600,000
73           .          .          .          . POINT LEVEL
74 -------------------------------------------------------
75 750,000   . LONDON PACKAGE INCLUDING AIRFARE FOR 2 AND
76           . 7 NIGHTS AT ANY EDWARDIAN PROPERTY.
77 -------------------------------------------------------
78 1,000,000 . ROUNDTRIP AIRFARE FOR 2 TO HAWAII, 7 NIGHT STAY
79           . AT ANY COLONY RESORT IN HAWAII.
80 -------------------------------------------------------
81 2,000,000 . CRUISE IN THE CARRIBEAN FOR 2 ON THE RADISSON
82           . DIAMOND AND ROUNDTRIP AIRFARE FOR 2.
83 -------------------------------------------------------
84 3,000,000 . CRUISE IN THE MEDITERRANEAN FOR 2 ON THE
85           . RADISSON DIAMOND AND ROUNDTRIP AIRFARE FOR 2.
86 -------------------------------------------------------
87
88 *-*   CONTINUED ON Y/P39   *-*     PATENT PENDING     *-*
```

*-*   CONTINUED ON Y/P39   *-*

ORD.ORD*ALE 1835/06JAN94 059A02

```
01 @@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
02 @                    L O O K   T O   B O O K                  @
03 @@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@@
04
05                    1994 MERCHANDISE AWARDS
06 ---------------------------------------------------------------
07 50,000  - HUFFY BACKBOARD /FOR BASKETBALL/, CHICAGO CUTLERY
08           KNIFE BLOCK SET, BROWNING BAITCAST COMBO, ROLODEX
09           BASIC ELECTRONIC ORGANIZER, REEBOK STEP TRAINER
10           AND VIDEO
11 ---------------------------------------------------------------
12 75,000  - SUNBEAM 24,000 BTU GAS GRILL, PANASONIC CORDLESS
13           TELEPHONE, FARBERWARE 8-PIECE COOKWARE, ATLANTIC
14           *REVERIE COLLECTION* TAPESTRY GARMET BAG
15 ---------------------------------------------------------------
16 112,500 - ADOLFO *EXCALIBER*  5-PIECE LUGGAGE SET, SKILL TOP
17           GUN CORDLESS DRILL, JVC COMPACT DISC PLAYER, SHARP
18           HIGH TECH ORGANIZER, MARCY AEROBIC STEPPER.
19 ---------------------------------------------------------------
20 150,000 - SHARP PORTABLE AUDIO, SANYO 33 INCH REMOTE COLOR
21           TV, DENON COMPACT DISK CHANGER CAROUSEL, SANYO
22           AUTOMATIC BREAD MAKER.
23 ---------------------------------------------------------------
24 250,000 - RALEIGH BICYCLE, PANASONIC 4-HEAD VHS REMOTE VCR,
25           YAMAHA TABLETOP AUDIO SYSTEM, MOVADO ESQUIRE
26           SPORTS WATCH
27 ---------------------------------------------------------------
28 300,000 - DUNLOPS WOMENS GOLF CLUBS, MENS IRONS /COBRA/,
29           MAGNAVOX 27 INCH REMOTE COLOR TV, GE CONVECTION
30           MICROWAVE OVEN, MINOLTA POWER ZOOM SLR CAMERA KIT,
31           MINN KOTA FISHING MOTOR
32 ---------------------------------------------------------------
33 400,000 - PANASONIC FAX/PHONE MACHINE, TUNTURI RECUMBENT-
34           STYLE AIR CYCLE, CANON WORD PROCESSOR.
35 ---------------------------------------------------------------
36 600,000 - TOSHIBA 27 INCH STEREO COLOR TV AND TOSHIBA VCR
37           WITH ON SCREEN PROGRAMMING AND REMOTE, APPLE LASER
38           PRINTER, JVC COMPACT STEREO SYSTEM, CANON
39           LIGHTWEIGHT 8MM VIDEO CAMCORDER.
40    -
```

TRL-M TZ 44092

```
40 --------------------------------------------------------------
41 PLEASE NOTE...MERCHANDISE ITEMS MAY CHANGE WITHOUT NOTICE.
42 SOME AWARD OPTIONS MAY NOT BE AVAILABLE OUTSIDE THE U.S.
43 SUBSTITUTIONS WILL BE MADE AT RD/CS/CX DISCRETION.
44
45 CLAIMING  AWARDS
46    WHEN YOU HAVE EARNED -REDEEMABLE POINTS- FOR THE AWARD
47    OF YOUR CHOICE, SIMPLY CALL....
48              LOOK TO BOOK
49              PROGRAM AWARDS HEADQUARTERS
50.             1-800-846-3418  /U.S. AND CANADA/
51              MONDAY THROUGH FRIDAY
52              8AM TO 630PM
53.             U.S.A. CENTRAL STANDARD TIME
54              OUTSIDE OF THE U.S. MAY CALL 612-835-9146
55              IN AUSTRALIA, CALL TOLL FREE 800 333 333
56              8AM-6PM EASTERN STANDARD TIME
57              IN NEW ZEALAND, CALL TOLL FREE 0800 44 3333
58
59 MERGING/DUPLICATE ACCOUNTS....
60    ACCOUNTS MAY BE MERGED UPON REQUEST. IF A PARTICIPANT
61    LEAVES AN AGENCY, HIS OR HER ACCOUNT CANNOT BE MERGED
62    WITHOUT HIS OR HER WRITTEN CONSENT.  A LETTER FROM THE
63    OWNER OR MANAGER MUST ACCOMPANY A MERGE REQUEST EXCEPT
64    WHEN THE MERGE IS OF ONE PARTICIPANTS MULTIPLE ACCOUNTS.
65
66 IF YOU HAVE ANY QUESTIONS ON THE /SI-FIELD YOU MAY CALL IN
67 THE U.S. 1-800-333-5600. IF YOU ARE INTERNATIONAL PLEASE
68 CALL ONE OF THE FOLLOWING NUMBERS AND ASK FOR THE GDS
69 DEPARTMENT....
70 --------------------------------------------------------------
71 - AUSTRALIA   800 333 333   - COSTA RICA  001800-333-3333-
72 --------------------------------------------------------------
73 - FRANCE      05 90 06 78   - GERMANY     0130 81 44 42 -
74 --------------------------------------------------------------
75 - HONG KONG   800 5668      - IRELAND     1-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 -
76 --------------------------------------------------------------
77 - BELGIUM     11 9898       - ITALY       1678 70303    -
78 --------------------------------------------------------------
79 - CANADA      800 333 3333  - COLUMBIA    980-1-51771   -
80 --------------------------------------------------------------
81 - JAPAN       0031-12-3531  - NETHERLANDS 06-022-7064   -
82 --------------------------------------------------------------
83 - MEXICO                    - SPAIN       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   -
84 -    INSIDE    606 9809                                  -
85 -    OUTSIDE 91 800 00328   - SWITZERLAND 1 55 2777     -
86 --------------------------------------------------------------
87 - NEW ZEALAND 0800 44 3333 - UK/SCOTLAND 0800-39-1991  -
88 --------------------------------------------------------------
89 - PANAMA 008-01-800-507-0222- UNITED STATES 800 333 5600 -
90 --------------------------------------------------------------
91 - VENEZUELA    8001 2400    -
92 --------------------------------------------------------------
93 - RADISSON TELEX  484314    - RADISSON FAX 402-498-9166 -
94 --------------------------------------------------------------
95 =-=   CONTINUED ON T/P39   =-=      PATENT PENDING     =-=

ORN.ORD=ALE 1836/06JAN94 059A02
```

# EXHIBIT 21

US005483444A

# United States Patent [19]

**Heintzeman et al.**

[11] **Patent Number:** 5,483,444

[45] **Date of Patent:** Jan. 9, 1996

[54] **SYSTEM FOR AWARDING CREDITS TO PERSONS WHO BOOK TRAVEL-REALTED RESERVATIONS**

[75] Inventors: **Scott B. Heintzeman**, Plymouth; **Thomas W. Storey**, Minneapolis, both of Minn.; **Barbara Monson**, Oceanside; **Steven J. Medina**, San Diego, both of Calif.; **Gregory A. Malark**, Maple Grove, Minn.

[73] Assignee: **Radisson Hotels International, Inc.**, Minneapolis, Minn.

[21] Appl. No.: **385,381**

[22] Filed: **Feb. 7, 1995**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 143,453, Oct. 26, 1993, abandoned.

[51] Int. Cl.⁶ ............................................ G06F 15/21
[52] U.S. Cl. ............................ 364/401; 364/407
[58] Field of Search ..................... 364/401, 402, 364/407, 408; 235/379, 380

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,750,119 | 6/1988 | Cohen et al. | |
| 4,833,607 | 5/1989 | Dethloff et al. | 364/401 |
| 4,885,685 | 12/1989 | Wolfberg et al. | 364/401 |
| 5,025,372 | 6/1991 | Burton et al. | 364/408 |
| 5,056,019 | 10/1991 | Schultz et al. | 364/401 |
| 5,202,826 | 4/1993 | McCarthy | 364/408 |
| 5,237,499 | 8/1993 | Garback | |
| 5,239,460 | 8/1993 | LaRoche | 364/401 |
| 5,297,026 | 3/1994 | Hoffman | 364/401 |

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 0308224 | 3/1989 | European Pat. Off. |
| 1565286 | 4/1980 | United Kingdom |
| 9312489 | 6/1993 | WIPO |

**OTHER PUBLICATIONS**

PR Newswire, "Radisson Hotles Intl. and Visa . . . for Travel Agents", Sep. 22, 1992.

Radisson Hotels International Press Release, *Radisson Hotels International and Visa U.S.A. Unveil World's First On-Line Frequency Program for Travel Agents*, Sep. 22, 1992.

*A Page From Curt's Book*, St. Paul Pioneer Press, Sep. 25, 1992.

Jennifer Dorsey, *Radisson Officials to Call on Agencies, Launch Incentive Plan*, Travel Weekly, Sep. 28, 1992.

David Phelps, *A Little Incentive*, Star Tribune, Minneapolis, Minn., Sep. 28, 1992.

*Primary Examiner*—Robert A. Weinhardt
*Attorney, Agent, or Firm*—Merchant, Gould, Smith, Edell, Welter & Schmidt

[57] **ABSTRACT**

A computerized system provides incentives for travel agents and similar persons to book particular travel-related reservations. The system achieves this by awarding cumulative credits to travel agents based upon bookings of travel-related reservations. The system receives a booking format which identifies a travel-related reservation. The system further receives a code which identifies a travel agent or other person who entered the travel-related reservation. Upon receiving the travel-related reservation, the system assigns cumulative credits to the travel agent identified by the code based upon the travel-related reservation. Travel agents can thus build up credits over time based upon their bookings of travel-related reservations and use those credits to receive a particular award or prize.

**47 Claims, 7 Drawing Sheets**





*Fig. 1*

*Fig. 2*





*Fig. 3*

MAR113987



Fig. 4

*Fig. 5*



MAR113989

```
1 HHL RD SS1 XXX 01NOV-02NOV  1NT 16041  RADISSON TEST HOTEL  ← 100
1CORRAC -1/RT-USD89.00/AGT98010021 ← 102
/NM-TEST TEST
/RG-8900USD
/CF-R4760026
**ACCEPTED** /GTD 6P HLD              CXL-SEE POLICY
CORP TEST U ROOM
YOU COULD HAVE EARNED 890 POINTS WITH THIS
RESERVATION. TO PROPERLY ENROLL SEE: HODRD/INCE *  ← 104
>
```

*Fig. 6*

```
1 HHL RD SS1 XXX 20NOV-21NOV  1NT 16041  RADISSON TEST HOTEL  ← 100
1CORRAC -1/RT-USD89.00/AGT98010021/SI-RD-TSWRIGHT  ← 102
/NM-TEST TEST                          ↑
/RG-8900USD                          110
/CF-R4760077
**ACCEPTED** /GTD 6P HLD              CXL-SEE POLICY
CORP TEST U ROOM
SUCCESSFUL ENROLLMENT. THIS BOOKING EARNS YOUR
FIRST 890 PENDING POINTS IN LOOK TO BOOK. *  ← 106
>
```

*Fig. 7*

```
1 HHL RD SS1 XXX 20NOV-21NOV  1NT 16041  RADISSON TEST HOTEL  ← 100
1CORRAC -1/RT-USD89.00/AGT98010021/SI-RD-BSKROGER  ← 102
/NM-TEST TEST                          ↑
/RG-8900USD                          110
/CF-R4760061
**ACCEPTED** /GTD 6P HLD              CXL-SEE POLICY
CORP TEST U ROOM                       -
THIS BOOKING  WILL EARN YOU 890 PENDING POINTS.
YOU HAVE 0 REDEEMABLE POINTS IN YOUR ACCOUNT. *  ← 108
>
```

*Fig. 8*

MAR113990

V2345678/2345678-9
RGSMITH
TRAVEL ANYWHERE
123 MAIN STREET
CHICAGO, IL 60610

| ACTIVITY DATES | |
|---|---|
| AVAILABLE REDEEMABLE POINTS | 2,500 |

| BULLETIN BOARD |
|---|
| |

| TRANSACTION DATE | CURRENT ACTIVITY: BOOKING AND REDEMPTION INFORMATION | PENDING POINTS | REDEEMABLE POINTS |
|---|---|---|---|
| 10/01/92 | BALANCE FORWARD | 0 | 0 |
| 10/05/92 | NEW BOOKING R3456217 · DEPART DATE 11/15/92 | 2,500 | |
| 10/05/92 | EDWARDIAN BONUS R3456217 · | 500 | |
| 10/30/92 | NEW BOOKING R7324598 · DEPART DATE 12/26/92 | 1,000 | |
| 11/03/92 | NEW BOOKING R2476923 · DEPART DATE 03/08/93 | 500 | |
| 11/03/92 | MODIFY BOOKING R4736590 · DEPART DATE 03/05/93 | -100 | |
| 11/25/92 | CONFIRMED TRAVEL R3456217 | -2,500 | 2,500 |
| | TOTAL | 1,900 | 2,500 |

*Fig. 9*

1

## SYSTEM FOR AWARDING CREDITS TO PERSONS WHO BOOK TRAVEL-REALTED RESERVATIONS

This is a File Wrapper Continuation application of application Ser. No. 08/143,453, filed Oct. 26, 1993, now abandoned.

### FIELD OF THE INVENTION

The present invention relates to a system for providing incentives to persons who book travel-related reservations by awarding credits to those persons based upon the travel-related reservations.

### BACKGROUND OF THE INVENTION

Travel agents and similar persons book most travel-related reservations. As an example, consider hotel reservations. Many customers book hotel reservations through a travel agent when the customer, for example, reserves airline tickets. Travel agents have a certain amount of discretion to recommend various hotels to travelers. Therefore, hotel companies have a strong interest in providing incentives for travel agents to recommend their hotels.

An incentives system that provides rewards to travel agents on a random basis is the World of Winners sweepstakes program, developed by Radisson Hotels International, Inc., the assignee of the present application. In the World of Winners sweepstakes program, for example, every tenth reservation booked in a particular hotel results in the travel agent receiving a reward or prize. The random nature of the World of Winners sweepstakes programs, however, reduces the incentive of travel agents to book travel-related reservations for particular hotels. When participating in such programs, travel agents do not know with certainty whether booking a hotel reservation for a particular hotel will result in an award.

Some systems have provided incentives to travel agencies based on booked reservations. These systems, however, do not necessarily provide personal incentives to individual travel agents, since the systems are not on-line and the agency itself receives any awards or prizes based on booked reservations. Companies providing travel services thus do not necessarily gain significant benefits from these programs, since the individual travel agents have much discretion in making reservations and are not necessarily motivated by incentives and awards for the agency.

Therefore, a need exists for a system which provides incentives for travel agents and similar persons to book particular travel-related reservations by awarding cumulative credits to those travel agents based upon the bookings.

### SUMMARY OF THE INVENTION

A computerized system awards credits to persons who book travel-related reservations. The system receives a booking format which includes a plurality of fields. At least one of the fields includes information identifying a travel-related reservation. The system further transmits a code which identifies a person who created or initiated the travel-related reservation. Upon receiving the travel-related reservation, the system cumulatively assigns credits to the person identified by the code based upon the travel-related reservation. Therefore, persons who enter travel-related reservations may build up credits over time and use those credits to receive a particular incentive such as an award or prize.

2

The system can also verify the credits according to predefined criteria, classify the credits as pending or redeemable, or provide on-line feedback regarding credits which could have been assigned if the person did not elect to receive credits.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating how a system which implements the present invention typically interfaces with a reservation system.

FIG. 2 is a flow chart of a booking process.

FIG. 3 is a flow chart of a process for awarding credits.

FIG. 4 is a flow chart of a process for calculating credits.

FIG. 5 is a block diagram of a system which administrates credits and awarding of prizes.

FIG. 6 is an example of a user interface, showing an "unsuccessful enrollment" message, for a system that implements the present invention.

FIG. 7 is an example of a user interface, showing a "successful enrollment" message, for a system that implements the present invention.

FIG. 8 is an example of a user interface, showing a message for credits earned following enrollment, for a system that implements the present invention.

FIG. 9 is an example of a hard copy report of credits awarded to a travel agent.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

In the following detailed description of the preferred embodiment, reference is made to the accompanying drawings which form a part hereof and in which is shown by way of illustration a specific embodiment in which the invention may be practiced. This embodiment is described in sufficient detail to enable those skilled in the art to practice the invention, and it is to be understood that other embodiments may be utilized and that structural or logical changes may be made without departing from the scope of the present invention. The following detailed description is, therefore, not to be taken in a limiting sense, and the scope of the present invention is defined by the appended claims.

#### Overview

The present invention is an awards system that provides incentives to travel agents or other persons who book travel-related reservations. The system typically interacts with a travel agent on-line to assign credits for travel-related reservations and thus provide the travel agent with immediate feedback regarding the credits earned. A travel agent can continually earn credits during a period of time. Each credit earned by the travel agent is added into a cumulative total number of credits for the travel agent.

Therefore, the travel agent can "build up" credits over time and then "cash in" the credits for an award. The available awards are typically structured so that, as the value of the award increases, more credits are required to earn the award. An award offered to a travel agent may include, for example, a free stay at an hotel or a free travel package. The present invention thus provides incentives for travel agents to repeatedly book particular travel-related reservations, which can significantly increase bookings for those companies which provide the awards.

MAR113992

A key to making the present invention commercially viable involves determining how to implement the invention. Since most travel agents work through reservation systems (described below) that are already established, implementing such a system involves determining how to interact with the existing reservation systems.

A commercial system which has achieved a successful implementation of the present invention is the LOOK TO BOOK travel agent incentives program, developed by Radisson Hotels International, Inc. (hereinafter Radisson), the assignee of the present application. The incentives which the LOOK TO BOOK program provides to travel agents, and the corresponding increase in travel-related reservations, are evident from the following statistics. After introduction of the LOOK TO BOOK program by Radisson, travel agents began immediately enrolling in the program at a rate of approximately 350 travel agents per day. As of October 1993, approximately 52,000 travel agents have enrolled in the LOOK TO BOOK program, which is about one-sixth of the world's population of automated travel agents. Furthermore, travel agent bookings for Radisson have increased by approximately 60% following introduction of the LOOK TO BOOK program. This has occurred without any particular change in advertising or other marketing efforts for Radisson. A travel agent research project conducted for Radisson by a local university showed that travel agents were much more willing to book Radisson Hotels because of the LOOK TO BOOK program.

Travel Reservations Network

FIG. 1 is a block diagram showing how a system which implements the present invention typically interfaces with a reservation system. A travel agent uses a terminal 10 to enter a travel-related reservation. The present application describes the invention with respect to a travel agent reservation system for illustrative purposes. Persons other than travel agents may also enter travel-related reservations. Travel-related reservations include, for example, reservations for the following: cruise ships; car rental; lodging; theater; travel insurance; airline tickets; and trains.

A travel agent terminal 10 transmits the travel-related reservation to a computerized reservation system 12. Computerized Reservation Systems (CRS) are well known in the art and include, for example, CRS's known by the following trademarks and companies: AMADEUS; SABRE; WORLDSPAN; SYSTEM ONE; APOLLO; GEMINI; GALILEO; and AXESS.

A CRS allows a travel agent or other person to enter a travel-related reservation in a particular availability format. An availability format depends on the type of CRS used and typically comprises a plurality of fields joined together to form a database element. An availability format may include, for example, fields for the following information: rate availability; hotel chain code; city code; arrival date; checkout date; number of nights; category code; action code; and all rates. An example of an availability format is shown on line 100 in FIG. 6.

A conversion system 14 receives an availability format, which identifies a travel-related reservation, from CRS 12. Conversion system 14 then converts the travel-related reservation contained within an availability format into a standard booking format. An example of a conversion system is the PIERRE computer system, developed by Radisson, the assignee of the present application. Therefore, regardless of which CRS 112 a travel agent uses, conversion

system 14 preferably converts availability formats into a standardized booking format. An example of a booking format is shown on line 102 in FIG. 6. In addition to receiving travel-related reservations from a travel agent terminal, via a CRS, awards system 16 can also receive travel-related reservations from other sources, such as the following examples: a phone (modem) link; an automatic teller machine; a kiosk; and an interactive television system.

Conversion system 14 can then transmit a booking format to a particular reservation facility 18. Reservation facility 18 may include, for example, a particular hotel, cruise ship line, or car rental company identified by a travel-related reservation contained within a booking format.

Awards System

The present invention is preferably implemented by an awards system 16 which interacts with conversion system 14, as shown in FIG. 1. Awards system 16 receives information regarding travel-related reservations from conversion system 14 and awards credits (also referred to as "points") to travel agents or other persons who book the travel-related reservations.

FIG. 2 is a flow chart showing a booking process, which is typically a main processing loop, of awards system 16. Awards system 16 typically first processes a booking format at step 20. At step 22, awards system 16 checks the booking format for an identification of a travel agent or other person who entered the travel-related reservation. If the booking format does not have such an identification, awards system 16 then calculates credits which would have otherwise been assigned to the person (step 24) and then displays a message (step 26) to the person at terminal 10, indicating the number of credits which were lost by the individual. An example of a user interface for this transaction is shown in FIG. 6. Lines 104 in FIG. 6 show an example of an "unsuccessful enrollment" message.

If the booking format includes an identification, awards system 16 checks to determine if the identification is a new travel agent not already within a database for awards system 16 (step 28). Awards system 16 typically receives an identification of a travel agent or other person from one of the fields of a booking format. For example, a travel agent can enter a character string identification into a special instruction (SI) field 110 (see FIG. 7) of a booking format. In the example shown, the character string comprises the first initial, middle initial, and last name of the travel agent. Other character strings or codes may be used as an identification of the travel agent or other person who made the booking. Alternatively, awards system 16 may receive an identification from a log-in identifier corresponding to a travel agent or other person. In some systems which may interface awards system 16, a person who enters bookings must log on to the system with an identifier. Therefore, awards system 16 can receive such a log-in identifier and will not require a separate identification of the travel agent or other person.

If the identification is not a new travel agent, awards system 16 then calculates the credits (step 30) and displays the credits awarded (step 32) to the travel agent, along with a corresponding message. An example of a user interface for this transaction is shown in FIG. 8. Lines 108 in FIG. 8 show an example of a message for indicating the number of credits awarded. The "0" redeemable credits shown in lines 108 of FIG. 8 preferably becomes incremented with each booking to show a cumulative credits awarded to the corresponding travel agent or similar person. Awards system 16 preferably

MAR113993

5

stores cumulative credits, as shown displayed in FIG. 8, from one booking to the next so that awards system 16 can increment or decrement total credits as new booking are made. In addition to displaying credits or points awarded directly on-line to a travel agent, as shown in FIG. 8, awards system 16 can "park" such information in the background so that credits awarded information is accessible to a travel agent via a terminal.

Otherwise, awards system 16 determines at step 34 if the travel agent is eligible for the program. If the travel agent is not eligible, awards system 16 displays a standard message at step 40, such as lines 104 in FIG. 6. If the travel agent is eligible, awards system 16 then calculates the credits (step 36) and displays a new enrollment message (step 38). An example of an interface for this transaction is shown in FIG. 7. Lines 106 in FIG. 7 show an example of a "new enrollment" message.

FIG. 3 is a flow chart of a process for awarding or assigning credits. At step 42, awards system 16 begins processing a travel-related reservation. Awards system 16 verifies the credits with the actual travel-related reservation at step 44. Verification is performed to prevent fraud and to ensure that the credits are issued for a travel-related reservation which was actually used by a customer requesting the reservation. When awards system 16 initially assigns credits, those credits are typically classified as "pending" until awards system 16 performs a verification process. A travel agent preferably may not "cash in" credits while the credits are classified as pending. If awards system 16 determines in the verification that the credits comply with the actual reservation (step 46), then awards system 16 converts the credits from pending to redeemable or spendable at step 48. Otherwise, awards system 16 typically transfers the credits to an error queue at step 50 for manual processing.

A verification of the credits is typically based upon both an event and time. For example, with respect to hotel reservations, awards system 16 typically waits until a customer who requested the hotel reservation checks out of the corresponding hotel. Subsequently, awards system 16 typically waits for a predetermined period of time, such as ten days, to verify that the customer indeed used the hotel reservation. Finally, after the waiting period, awards system 16 converts the pending credits to redeemable credits. Alternatively, verification may be based solely upon either an event or time.

FIG. 4 is a flow chart of a process for calculating credits. Awards system 16 typically awards credits based upon the revenue for a particular travel-related reservation booking, which occurs at step 52. Other types of calculations for credits are possible. For example, awards system 16 may simply award a predetermined number of credits for any particular booking. For lodging reservations, awards system 16 may, for example, award credits based on how many nights of lodging a customer has requested. At step 54, awards system 16 determines whether bonus credits apply. Bonus credits supply additional incentives to the travel agents by increasing the number of credits that the travel agent may receive for a particular booking. If bonus credits apply, awards system 16 then calculates the bonus credits at step 56 for each particular bonus program. Awards system 16 also calculates the standard credits available for the booking (step 58).

Awards system 16 uses bonus programs to award additional credits to a travel agent based upon a predetermined activity in conjunction with a booking. Examples of predetermined activities, which may increase credits awarded, include the following: a product booked by a travel agent (for example, a travel package); lodging booked by a travel

6

agent (for example, a type of hotel); when a travel agent books the travel-related reservation; when a customer who requested the travel-related reservation uses the travel-related reservation; how a customer pays for the travel related reservation (for example, using a particular type of credit card); how a customer guarantees the travel-related reservation; a class of a customer (for example, age); or a class of a travel agent (for example, travel agent credit level or group affiliation).

At step 60, awards system 16 determines whether the travel agent who entered the reservation is a new travel agent or a travel agent already within a database for awards system 16. If the travel agent is already in a database, awards system 16 calculates the total pending credits at step 62 and then retrieves the total redeemable credits for the corresponding travel agent at step 64. Awards system 16 also preferably modifies cumulative credits as bookings are adjusted or cancelled.

FIG. 5 is a block diagram showing how awards system 16 interfaces with an administrative system 94 for administrating and awarding prizes based upon the credits. In addition to on-line reporting of credits through CRS's, awards system 16 may also generate printed documents reporting credits via system 94. An example of a hard copy report of credits is shown in FIG. 9.

Periodically, typically every 30 days, awards system 16 transmits a storage medium (step 66) which includes information related to processing within awards system 16. A storage medium may be transmitted to an outside vendor or, alternatively, functions of administrative system 94 may be performed by awards system 16. Submodule 70 receives the information and performs audit programs on the data. A travel agent master file 72 preferably maintains a database of the travel agents stored within awards system 16 and the corresponding credits awarded to the travel agents. File 72 also preferably maintains identifiers for agencies which engage the travel agents, which may be work addresses for travel agents. Submodule 78 adds new travel agents to the master file. Submodule 86 performs the function of sending enrollment kits to the new enrollees, which includes information on the program and rules for receiving prizes and awards based upon credits earned.

Submodule 74 receives and processes mail and telephone orders. Submodule 76 receives certificate orders. A travel agent typically submits an order for the purpose of redeeming earned credits for an award or prize. Submodule 80 updates the database for new addresses of enrollees. Submodule 82 updates the master file with new credits awarded, based upon credits calculated by submodule 84. Submodule 90 generates summary reports of credits and, based upon this information, submodule 92 generates statements of credits for reporting to travel agents. These statements are then typically mailed to participating travel agents in order to report their credits. At step 68, system 94 periodically, typically every 30 days, sends updated information to awards systems 16.

While the present invention has been described in connection with the preferred embodiment thereof, it will be understood that many modifications will be readily apparent to those skilled in the art, and this application is intended to cover any adaptations or variations thereof. It is manifestly intended that this invention be limited only by the claims and equivalents thereof.

What is claimed is:

1. A computerized system for cumulatively assigning credits to persons who book travel-related reservations for use in receiving prizes or awards, comprising:

MAR113994

a) receive means for receiving information, comprising:

   i) means for receiving a booking which includes a plurality of fields, one or more of the fields including information identifying a travel-related reservation; and

   ii) means for receiving a code identifying a person who booked the travel-related reservation, the receive means including detecting means for detecting events related to the travel-related reservation to control conversion of credits;

b) means for specifying an identification of the person corresponding to the code;

c) assignment means for cumulatively assigning credits to the person identified by the code based upon the travel-related reservation; and

d) verification means for classifying the credits as pending credits, which are not redeemable for a prize or award, and for subsequently converting the pending credits to redeemable credits, which are redeemable for a prize or award, if the system verifies through the receive means that the pending credits are eligible for conversion to the redeemable credits based on said detecting means detecting the events based on said detecting means detecting the events.

2. The system of claim 1 wherein the verification means further comprises means for classifying the credits as the pending credits until a predetermined event occurs, as detected by the receive means, and for converting the pending credits to the redeemable credits after the occurrence of the event.

3. The system of claim 1 wherein the verification means further comprises means for classifying the credits as the pending credits for a predetermined amount of time, as detected by the receive means, after the assignment of the credits and for converting the pending credits to the redeemable credits after the predetermined amount of time.

4. The system of claim 1 wherein the verification means further comprises:

   a) first verification means for classifying the credits as the pending credits until a predetermined event occurs as detected by the receive means; and

   b) second verification means for maintaining the credits as the pending credits for a predetermined amount of time, as detected by the receive means, after the occurrence of the event and for converting the pending credits to the redeemable credits after the predetermined amount of time.

5. The system of claim 1 wherein the means for receiving a code comprises means for receiving the code from one of the fields of the booking.

6. The system of claim 5 wherein the means for receiving a code comprises means for receiving the code from a field of the booking reserved for a special instruction.

7. The system of claim 5 wherein the means for receiving a code comprises means for receiving a log-in identifier related to the person and for receiving the code from the log-in identifier.

8. The system of claim 1, further comprising report means for reporting a total number of the credits assigned to the person.

9. The system of claim 8 wherein the report means comprises means for reporting on line the total number of the credits assigned to the person.

10. The system of claim 8 wherein the report means comprises means for reporting in a hard copy format the total number of the credits assigned to the person.

11. The system of claim 8 wherein the report means comprises means for reporting a cumulative total of the pending credits assigned to the person.

12. The system of claim 8 wherein the report means comprises means for reporting a cumulative total of the redeemable credits assigned to the person.

13. The system of claim 1 wherein the assignment means comprises means for assigning the credits to the person based upon a monetary value of the travel-related reservation.

14. The system of claim 1 wherein the assignment means comprises means for displaying on-line an identification of whether the person has previously received credits.

15. The system of claim 1 wherein the assignment means comprises means for assigning bonus credits, comprising additional credits, to the person based upon a predetermined activity in conjunction with the travel-related reservation.

16. The system of claim 1 wherein the means for receiving a code comprises means for receiving a character string identifying the person.

17. The system of claim 1 wherein the means for specifying an identification of the person comprises means for linking the code to an identifier for an agency which engages the person.

18. The system of claim 1 wherein the assignment means comprises means for receiving through the receive means an adjustment or cancellation of the travel-related reservation and for modifying the redeemable credits in response to the adjustment or cancellation of the travel-related reservation.

19. A computerized system for cumulatively assigning credits to persons who book travel-related reservations for use in receiving prizes or awards, comprising:

   a) receive means for receiving information, comprising:

      i) means for receiving a booking which includes a plurality of fields, one or more of the fields including information identifying a travel-related reservation; and

      ii) means for receiving a code identifying a person who booked the travel-related reservation;

   b) means for specifying an identification of the person corresponding to the code;

   c) assignment means for cumulatively assigning credits to the person identified by the code based upon the travel-related reservation; and

   d) means for classifying the assigned credits based on predefined criteria, comprising:

      i) means for classifying particular credits within the assigned credits as pending credits, which are not redeemable for a prize or award;

      ii) means for classifying particular credits within the assigned credits as redeemable credits, which are redeemable for a prize or award; and

      iii) means for changing classifications of particular credits within the assigned credits based on predetermined criteria alloted to the travel related reservation based on predetermined criteria related to the travel-related reservation.

20. The system of claim 19 the means for receiving a code comprises means for receiving the code from one of the fields of the booking.

21. The system of claim 20 wherein the means for receiving a code comprises means for receiving the code from a field of the booking reserved for a special instruction.

22. The system of claim 20 wherein the means for receiving a code comprises means for receiving a log-in identifier related to the person and for receiving the code from the log-in identifier.

9

23. The system of claim 19, further comprising report means for reporting a total number of the credits assigned to the person.

24. The system of claim 23 wherein the report means comprises means for reporting on-line the total number of the credits assigned to the person.

25. The system of claim 23 wherein the report means comprises means for reporting in a hard copy format the total number of the credits assigned to the person.

26. The system of claim 23 wherein the report means comprises means for reporting a total number of the pending credits assigned to the person.

27. The system of claim 23 wherein the report means comprises means for reporting a total number of the redeemable credits assigned to the person.

28. The system of claim 19 wherein the assignment means comprises means for assigning the credits to the person based upon a monetary value of the travel-related reservation.

29. The system of claim 19 wherein the assignment means comprises means for displaying on-line an identification of whether the person has previously received credits.

30. The system of claim 19 wherein the assignment means comprises means for assigning bonus credits, comprising additional credits, to the person based upon a predetermined activity in conjunction with the travel-related reservation.

31. The system of claim 19 wherein the means for receiving a code comprises means for receiving a character string identifying the person.

32. The system of claim 19 wherein the means for specifying an identification of the person comprises means for linking the code to an identifier for an agency which engages the person.

33. The system of claim 19 wherein the assignment means comprises means for receiving through the receive means an adjustment or cancellation of the travel-related reservation and for modifying the redeemable credits in response to the adjustment or cancellation of the travel-related reservation.

34. A computerized system for cumulatively assigning credits to persons who book travel-related reservations for use in receiving prizes or awards, comprising:
   a) receive means for receiving information, comprising:
      i) means for receiving a booking which includes a plurality of fields, one or more of the fields including information identifying a travel-related reservation; and
      ii) means for receiving a code identifying a person who booked the travel-related reservation;
   b) means for specifying an identification of the person corresponding to the code;
   c) status means for determining if the person has elected to receive the credits;
   d) assignment means for cumulatively assigning the credits to the person identified by the code based upon the travel-related reservation, if the person has elected to

10

receive the credits; and
   e) means for determining, and for reporting on-line an indication of, the credits which could have been assigned to the person, if the person did not elect to receive the credits.

35. The system of claim 34 wherein the status means comprises means for indicating that the person has not elected to receive the credits, if the receive means does not receive the code.

36. The system of claim 34 wherein the means for receiving a code comprises means for receiving the code from one of the fields of the booking.

37. The system of claim 36 wherein the means for receiving a code comprises means for receiving the code from a field of the booking reserved for a special instruction.

38. The system of claim 36 wherein the means for receiving a code comprises means for receiving a log-in identifier related to the person and for receiving the code from the log-in identifier.

39. The system of claim 34, further comprising report means for reporting a total number of the credits assigned to the person.

40. The system of claim 39 wherein the report means comprises means for reporting on-line the total number of the credits assigned to the person.

41. The system of claim 39 wherein the report means comprises means for reporting in a hard copy format the total number of the credits assigned to the person.

42. The system of claim 34 wherein the assignment means comprises means for assigning the credits to the person based upon a monetary value of the travel-related reservation.

43. The system of claim 34 wherein the assignment means comprises means for displaying on-line an identification of whether the person has previously received credits.

44. The system of claim 34 wherein the assignment means comprises means for assigning bonus credits, comprising additional credits, to the person based upon a predetermined activity in conjunction with the travel-related reservation.

45. The system of claim 34 wherein the means for receiving a code comprises means for receiving a character string identifying the person.

46. The system of claim 34 wherein the means for specifying an identification of the person comprises means for linking the code to an identifier for an agency which engages the person.

47. The system of claim 34 wherein the means for comprises means for receiving through the receive means an adjustment or cancellation of the travel-related reservation and for modifying the credits in response to the adjustment or cancellation of the travel-related reservation.

* * * * *

MAR113996

# EXHIBIT 22

# United States Patent [19]

## Carrithers et al.

[11] Patent Number: 5,689,100

[45] Date of Patent: Nov. 18, 1997

US005689100A

[54] **DEBIT CARD SYSTEM AND METHOD FOR IMPLEMENTING INCENTIVE AWARD PROGRAM**

[75] Inventors: **David C. Carrithers; Steven G. Rapp; Gayla L. Stone; Jody A. Storey-Waller; Kim A. Resch; Kelly K. McGuire; Toni L. Ashby; Mark Jackson; Lowell Huff**, all of St. Louis County, Mo.

[73] Assignee: **Martiz, Inc.**, Fenton, Mo.

[21] Appl. No.: **620,041**

[22] Filed: **Mar. 21, 1996**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 408,960, Mar. 21, 1995, abandoned.

[51] Int. Cl.6 .......................... G06K 5/00; G06F 7/08; G06F 7/04

[52] U.S. Cl. ...................... 235/380; 235/381; 340/825.31

[58] Field of Search ............................. 235/380, 235/382, 379, 375; 364/405, 406; 340/825.31

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,194,242 | 3/1980 | Robbins | 364/200 |
| 4,334,270 | 6/1982 | Towers | 364/300 |
| 4,346,442 | 8/1982 | Musmanno | 364/408 |
| 4,597,046 | 6/1986 | Musmanno | 364/408 |
| 4,694,397 | 9/1987 | Grant et al. | 235/379 X |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0069432 | 4/1982 | Japan | G06F 1/04 |
| 0076097 | 3/1990 | Japan | 235/380 |
| 0264395 | 10/1990 | Japan | 235/380 |
| 404067295A | 3/1992 | Japan | 235/380 |
| 404070992A | 3/1992 | Japan | 235/380 |
| 404086990A | 3/1992 | Japan | 235/380 |
| 404242890A | 8/1992 | Japan | 235/380 |
| 405233957A | 9/1993 | Japan | 235/380 |

| | | | |
|---|---|---|---|
| 406096293A | 4/1994 | Japan | 235/380 |
| 406103422A | 4/1994 | Japan | 235/380 |
| 2076201 | 11/1981 | United Kingdom | G07C 1/10 |
| 2161629 | 1/1986 | United Kingdom | G06F 15/44 |
| 2184029 | 6/1987 | United Kingdom | A63F 9/22 |

#### OTHER PUBLICATIONS

AC Delco, "Sales Allowance Program," 1988, 4 pages.
AC Delco, "Sales Allowance Program," 1988, 5 pages.
"Order Entry / Bank Account System,".
"Trav Pass Pocket Guide," Feb. 1995, pp. i–ii, 1–65.
Smart Card Monthly, "News," IC/Smart Cards Take A Cruise Jan. 1994, pp. 8–9.
Incentive Marketing, "Smart Cards,"Sep. 1994, pp. 84, and 87–89.

(List continued on next page.)

*Primary Examiner*—Donald T. Hajec
*Assistant Examiner*—Thien Minh Le
*Attorney, Agent, or Firm*—Senniger, Powers, Leavitt & Roedel

[57] **ABSTRACT**

A debit card system for implementing an incentive award program for a customer having participants. A plurality of debit cards, each assigned to one participant and having a unique account number corresponding to an award account of the participant is part of the system. A bank filter processor accesses program data including data identifying the authorized unique account numbers of the participants, data identifying the authorized merchants and data indicating the balance in each participant's award account. The filter processor compares this program data to the following transaction data: the initiating account number of the card initiating the transaction, the merchant identification data of the initiating merchant, and the data regarding the amount of the initiated transaction. The filter processor generates validating data for the transaction when the evaluated transaction data indicates that the transaction has been initiated by an authorized merchant using the unique account number of one of the participants having a sufficient balance in the participant's corresponding award account to cover the transaction. Otherwise, invalidating data is generated.

**16 Claims, 7 Drawing Sheets**



MAR28141

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,739,478 | 4/1988 | Roberts et al. | 235/379 X |
| 4,742,457 | 5/1988 | Leon et al. | 235/379 X |
| 4,750,119 | 6/1988 | Cohen et al. | 364/401 |
| 4,876,592 | 10/1989 | Von Kohorn | 358/84 |
| 4,908,761 | 3/1990 | Tai | 364/401 |
| 4,941,090 | 7/1990 | McCarthy | 364/405 |
| 4,992,940 | 2/1991 | Dworkin | 364/401 |
| 5,007,641 | 4/1991 | Seidman | 273/138 A |
| 5,010,485 | 4/1991 | Bigari | 364/408 |
| 5,025,372 | 6/1991 | Burton et al. | 364/406 |
| 5,056,019 | 10/1991 | Schultz et al. | 364/405 |
| 5,117,354 | 5/1992 | Long et al. | 364/401 |
| 5,117,355 | 5/1992 | McCarthy | 364/405 |
| 5,128,752 | 7/1992 | Von Kohorn | 358/84 |
| 5,185,695 | 2/1993 | Pruchnicki | 364/401 |
| 5,192,854 | 3/1993 | Counts | 235/375 |
| 5,200,889 | 4/1993 | Mori | 364/401 |
| 5,202,826 | 4/1993 | McCarthy | 364/405 |
| 5,287,268 | 2/1994 | McCarthy | 364/405 |
| 5,297,026 | 3/1994 | Hoffman | 364/408 |
| 5,319,542 | 6/1994 | King, Jr. et al. | 364/401 |
| 5,353,218 | 10/1994 | De Lapa et al. | 364/401 |
| 5,367,561 | 11/1994 | Adler et al. | 379/93 |
| 5,450,938 | 9/1995 | Rademacher | 194/206 |

## OTHER PUBLICATIONS

Giorgianni, "Free and Dear, Incentive Credit Cards Result in Big Charges," Oct. 14, 1994, 1 page, St. Louis Post Disp.

Mastercard, "A Major New Market for Acquirers," 1993, 20 pages.

Washington Post, William F. Powers, "For More Consumers, Electronic Money is the Way to Pay," Jan. 10, 1994.

New York Times, "Executive Must Sell Stored on Debit Cards," Apr. 24, 1992.

American Banker, King, "Q: Which Brand of National Debit Card Did you Choose, and Why?" Feb. 7, 1994, vol. 159, No. 25, p. 17(1).

American Banker, Barthel, "College–Age Debit Card Users Receptive to Mew Payment Options, Survey Finds," Mar. 25, 1994, vol. 159, No. 58, p. 28 (1).

Time, Thomas McCarroll, "No. Checks. No. Cash. No Fuss?" May 9, 1994, pp. 60–61.

Time, John Greenwald, "The Fee of Free Flying," May 9, 1994, p. 62.

Incentive, Judy Quinn, "The Latest Grenade in the Plastic War," Apr. 1994, one page.

Fortune, "Cashless Buying Creeps Ahead," Fortune, Sep. 21, 1992, one page.

New York Times, John Holusha, "Mastercard and Visa in a Debit–Card Battle," May 5, 1992, pp. D1 and D20.

Mastercard, "A Major New Market for Issuers," 1994.

MAR28142



FIG. 1

MAR28143



FIG.2

© 1995 MARTZ

© 1995 MARITZ INC.

MAR28144



FIG.3

FIG.4B

FIG.2

FIG.4A

YES

YES

236

DEBIT
ACCOUNT BALANCE

432

TRANSACTION
AMOUNT
> 0

NO

434

CREDIT
ADMN DOLLAR
ACCOUNT BALANCE
(REFUNDS)

238

PROCESS
AUTHORIZED
MERCHANT
TRANSACTION

YES

436

DEBIT
ADMN DOLLAR
ACCOUNT BALANCE

© 1995 MARITZ

438

COMPLETE
FORCE POST
MERCHANT
TRANSACTION
PROCESS

END

© 1995 MARITZ

## FIG.4A



MERCHANT COMPLETES TRANSACTION — 402

MERCHANT SUBMITS DEBIT CARD FORCE POST TRANSACTION TO THEIR PROCESSOR/ACQUIRER — 404

MERCHANT'S PROCESSOR/ACQUIRER SUBMITS FORCE POST TRANSACTION TO CC NETWORK — 406

CC NETWORK FORWARDS ICA AND MERCHANT DATA WITH FORCE POST TRANSACTION — 408

CC NETWORK SENDS FORCE POST TRANSACTION TO BANK — 410

DEBIT CARD ? — 412 — NO → PROCESS NON-DEBIT CARD FORCE POST TRANSACTION — 414

YES

VALID DEBIT CARD NUMBER ? — 420 — NO → PROCESS INVALID DEBIT CARD TRANSACTION — 422

YES

VALID DEBIT CARD DDA ACCOUNT ? — 424 — NO → PROCESS INVALID DDA ACCOUNT NUMBER TRANSACTION — 425

YES

PERMANENTLY ADJUST THE PARTICIPANTS POINT BALANCE ACCOUNT — 426

CONVERT FORCE POST POINT VALUE TO DOLLARS — 427

FUNDS AVAILABLE ? — 428 — NO → PROCESS INSUFFICIENT FUNDS TRANSACTION — 430

YES — TO FIG.4B

© 1995 MARITZ

MAR28146



FIG.5A

© 1995 MARITZ

MAR28147

## FIG.5B



ⓒ1995 MARITZ

MAR28148



FIG.6

MAR28149

1

# DEBIT CARD SYSTEM AND METHOD FOR IMPLEMENTING INCENTIVE AWARD PROGRAM

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation in part of U.S. patent application Ser. No. 08/408,960, filed Mar. 21, 1995, now abandoned.

## NOTICE

Copyright ©1996 Maritz, Inc. A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The invention relates to a computer and data processing system for implementing an incentive award program and, in particular, a system which employs debit cards allowing participants to purchase rewards by electronic debit transactions.

### 2. Description of the Prior Art

Motivational programs are well-known in the prior art. In general, such programs have been administered by incentive companies which have contracted with a sponsoring company for providing a motivational or incentive program to promote the sales of the sponsoring company's products or services or to improve the performance of the sponsoring company's personnel. Based on various criteria, such as a participant's performance, the participant accumulates points over a period of time. Computer programming and data processing have been used to report to the participants the number of points that have been achieved at certain periods of time during the program. When the participant decides to take advantage of the awarded points, the participant is generally provided with a voucher or other paper documents which entitles the participant to obtain products or services.

Although such systems are highly effective, they can be expensive to administer and the paperwork involved in maintaining such systems can be extensive. There is a need for an incentive award program system which minimizes the paperwork needed to administer the system and, in particular, minimizes or eliminates the paperwork needed to support a transaction by which a participant obtains rewards.

## SUMMARY OF THE INVENTION

It is an object of this invention to provide a system for implementing an incentive award program which employs debit cards. It is another object of this invention to provide a system which implements an incentive award program which minimizes or eliminates the need for paperwork to support transactions by which participants obtain rewards, and track said earnings, redemption and accounts. It is another object of this invention to provide a system for implementing an incentive award program which employs debit cards bearing identification of the customer or sponsor of the incentive award program. It is another object of this invention to provide a system for implementing an incentive award program which uses debit cards rather than credit

2

cards, but allows debit transactions at the time of sale to be transparent to merchants and so that merchants can process debit transactions using debit cards of the invention in a similar manner to the processing of credit card transactions. All merchants who accept cards for payment (including credit and debit) are part of the/a card transaction settlement system including: issuing banks, card associations, acquiring institutions, transaction processing, etc.

The invention comprises a system for implementing an incentive award program for a sponsor customer having participants. The program permits the participants to obtain as a award products and/or services from authorized merchants who are part of the incentive award program and who are part of a credit/debit card network. The credit/debit card network also includes unauthorized merchants who are not part of the incentive award program but who are part of a credit/debit card network. Each merchant has access via an input/output (I/O) port to a credit/debit card network processor of transactions. The system comprises a plurality of debit cards, a filter processor and software, responsive to a debit transaction initiated by a merchant using an initiating card having an initiating account number, for transmitting debit transaction data from the credit/debit card network processor to the filter processor. Each debit card is assigned to one participant and has a unique account number corresponding to an award account of the participant. The filter processor accesses the following program data: data identifying the authorized unique account numbers of the participants, data identifying the authorized merchants accepting such said debit card, and data indicating the balance in each participant's award account. The filter processor interfaces with the credit/debit card network processor. The credit/debit card network processor has software responsive to a transaction initiated by a merchant using an initiating card having an initiating account number, for transmitting to the filter processor the following debit transaction data: the initiating account number of the card initiating the debit transaction, merchant identification data of the initiating merchant, and data regarding the amount of the initiated debit transaction. The filter processor includes software for evaluating the debit transaction data transmitted to the filter processor by the credit/debit card network processor by comparing the debit transaction data to the program data. The filter processor evaluating software includes software for generating validating data for the debit transaction when the evaluated debit transaction data indicates that the debit transaction has been initiated by an authorized merchant using the unique account number of a participant having a sufficient balance in the participant's corresponding award account to cover the debit transaction. The filter processor evaluating software includes software for generating invalidating data for the debit transaction when the evaluated debit transaction data indicates that the initiating account number is not one of the authorized account numbers. The filter processor evaluating software includes software for generating invalidating data for the debit transaction when the evaluated debit transaction data indicates that the initiating merchant is not one of the authorized merchants. The filter processor evaluating software includes software for generating invalidating data for the debit transaction when the evaluated debit transaction data indicates that the balance in the award account corresponding to the initiating account number is insufficient to cover the amount of the initiated debit transaction. The filter processor includes software for transmitting the validating or invalidating data to the credit/debit card network processor. The credit/debit card network processor provides the

3

validating or invalidating data for the evaluated debit transaction to the initiating merchant.

Other objects and features will be in part apparent and in part pointed out hereinafter.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a system according to the invention illustrating the hardware components and their interconnection.

FIGS. 2 and 3 are flow charts illustrating the decision steps of the invention as implemented by the various hardware components shown in FIG. 1 during a preauthorization debit transaction.

FIGS. 4A and 4B are flow charts illustrating the decision steps of the invention as implemented by the various hardware components shown in FIG. 1 during a force post debit transaction.

FIGS. 5A and 5B are flow charts illustrating the decision steps of the invention as implemented by the various hardware components shown in FIG. 1 during a settlement/ commissions debit transaction.

FIG. 6 is a flow chart illustrating the flow of data within a system according to the invention.

Corresponding reference characters indicate corresponding parts throughout the drawings.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

One preferred embodiment of hardware of a debit card system 100 according to the invention is illustrated in block diagram form in FIG. 1. Debit card system 100 implements an incentive award program managed by an administrator for a customer having participants who are part of the incentive award program. As used herein, an incentive award program may be any incentive plan or policy used to encourage or reward the participant, the participant's performance, the participant's use of particular merchants which sell goods and/or services, or a combination of these. Frequently, such programs are referred to as loyalty, frequency, affinity, retention, or performance improvement programs. This is because such programs encourage or improve participant loyalty, affinity, retention, quality of performance or frequency of participation. The program permits the participants to obtain as a motivational award products and/or services from authorized merchants who are part of the incentive award program. As part of the incentive award program, authorized merchants have a contractual and/or business relationship with the administrator and have agreed to participate in the incentive award program and the handling of debit transactions and commissions as described in more detail below.

The debit card system 100 of the invention may be preferably implemented as part of a pre-existing credit/debit card network 102 in which the authorized merchants participate. Such credit/debit card networks tend to be worldwide and rather extensive so that it is contemplated that such networks may also include unauthorized merchants who are not part of and who are not participating in the incentive award program but who are a part of and who are participating in the credit/debit card network.

In general, credit card network 102 implements the debit card system 100 and includes a credit/debit card network processor 104 having a plurality of input/output (I/O) ports 106 which would form the credit card network by interconnecting merchants 108, 110 and 112, such as by phone lines.

4

As illustrated in FIG. 1, merchant 108 is an authorized merchant having a card reader which accesses the credit card network processor 104 via I/O port 106A. Merchant 110 is also an authorized merchant having access to the credit card network processor 104 via I/O port 106B by call-in access. In other words, merchant 110 places a call to a third party having access to the credit/debit card network processor 104 via I/O port 106B by computer or some other known technique. Merchant 112 is illustrated as an unauthorized merchant meaning merchant 112 is not a part of the incentive award program. As illustrated, merchant 112 has access to credit card network processor 104 via I/O port 106C by a card reader at point of sale. It is also contemplated that other authorized and unauthorized merchants are a part of the credit/debit card network 102. For simplicity, only three merchants are illustrated. For example, other authorized merchants may also be a part of the network 102 and access processor 104 via a call-in access rather than a card reader access.

The debit card system 100 includes a plurality of debit cards 114. Each debit card 114 is considered unique and is assigned to one participant of the incentive award program. Each debit card 114 has a unique account number which is generally printed on the card such as by raised lettering and may also be encoded on a magnetic strip which is part of the debit card. This unique account number corresponds to an award account of the participant. The award account is the vehicle by which the customer rewards its participants with points which allow the participants to take advantage of the incentive award debit card system 100.

In general, debit cards are very different and distinguishable from credit cards. Credit cards are a type of credit instrument such as credit accounts which allow users to buy products and/or services by drawing against their established credit line and repaying the bank or other institution which advances the credit, and if an individual having a credit card is unable to repay the full amount utilized at time of account settlement they are able to pay back the owed amount to the issuing credit card institution but a percent of interest is charged (a fee) on the amount owed. In contrast, debit cards are a type of debit instrument similar to checking accounts or other account systems which allow users to conveniently spend pre-existing cash assets which are deposited in advance by the user in their debit accounts. Any time a user would like to spend some of the deposited cash, a debit instrument such as a debit card is used to transfer a portion of the deposited cash assets to a particular merchant in exchange for products and/or services obtained by the user. A debit card offers the services of an account from which funds or points can be withdrawn without the need for paper to effectuate the debit transaction. It is an electronic account that transfers amounts from one account to another as a holder of the card uses the card to make purchases. Once a card holder or participant uses their debit card for a purchase, the purchase amount is withdrawn from their account to pay for or cover the services or products being purchased.

Another aspect of the debit card system 100 of the invention is a filter processor 116 which would preferably be supplied by and controlled by a bank or other financial institution. The filter processor 116 interfaces with the credit card network processor 104 via an I/O port 118 such as a phone line or radio frequency link. For example, the credit/debit card network 102 may be any well-known commercial network such as the Mastercard credit card network or the Visa Card credit card network and filter processor 116 may be any of a plurality of financial institutions affiliated with

and linked to such networks for administering credit/debit cards issued by the financial institution. Normally, filter processor 116 would be provided with data identifying the authorized unique credit/debit card account numbers of credit/debit cards issued by the financial institution. According to the debit card system 100 of the invention, filter processor 116 also accesses program data including data identifying the authorized unique account numbers of the participants of the incentive award program. Each unique account number has been assigned to one particular participant and that participant's debit card or cards bears the assigned unique account number, which account number corresponds to the award account of the participant. In addition, the filter processor accesses program data including data identifying the authorized merchants 108 and 110. This merchant identification data which is part of the program data forms a significant aspect of the debit card system 100 of the invention. This merchant identification data is not normally needed to process credit card transactions because for each credit card transaction, it is assumed that all merchants that access the credit/debit card network 102 are part of the credit card system. In contrast, all merchants may not be part of the debit card system 100 of the invention. If there are more authorized merchants than unauthorized merchants, such merchant identification data may take the form of a list of unauthorized merchants.

In addition, the filter processor 116 accesses program data including data indicating the balance of each participant's award account. This balance is controlled and maintained by the customer and would have a point value which is converted into a currency value in the course of a debit transaction, as will be explained in greater detail below.

As illustrated in FIG. 1, the program data may be accessible to the filter processor 116 via an I/O port 120 which interconnects the filter processor 116 to a host processor 122 of the administration. As a result of this interconnection, the program data may be provided to the filter processor 116 on a real time and/or batch basis. Optionally, it is also contemplated that an intermediary processor 124 of the administrator may be located between terminals 126 for implementing the system of the invention and the host processor 122. The intermediary processor 124 would allow the administrator to generate reports and otherwise manipulate the program data independent of the host processor 122 and independent of the I/O port 120 which interconnects the host processor 122 to the filter processor 116. Although the administrator, bank, and customer are indicated as separate entities, it is contemplated that the bank and administration may be the same entity, in which case processors 116, 122, and 124 may be a single processor computer. Alternatively, the customer may be both the administrator and/or the bank.

A debit transaction is initiated by a merchant using an initiating card having an initiating account number. The initiating card may be one of the debit cards 114 of the debit card system 100 or may be some other type of card, such as a credit card, which is not a part of the debit card system 100 but which may be used with the credit card network processor 104 to access a card user's credit. In general, credit cards and debit cards may have the same physical appearance, structure, and follow the same steps at point of purchase. Therefore, an initiating merchant may choose not to determine whether the initiating card is one of the debit cards 114 of the system or some other card. Therefore, the debit transaction is transparent to the initiating merchants to the extent that the initiating merchant does not have to distinguish between debit transactions using the debit card and transactions using a credit card and can process both debit card transactions and credit card transactions in the same manner.

Upon initiating the debit transaction, debit transaction data is provided to the credit/debit card network processor 104 via one of the I/O ports 106. For example, authorized merchant 108 may initiate a debit transaction by using its card reader to read the initiating card and provide card identification information via I/O port 106A. Simultaneously therewith, merchant identification is also provided to the credit card network processor 104. In addition, the initiating merchant also provides data indicating the amount of the initiating debit transaction.

In response to a debit transaction initiated by a merchant using the initiating card having the initiating account number, debit transaction data is transmitted from the credit card network processor to the filter processor. Preferably, this transmission process is accomplished by a means such as software executed by the credit/debit card processor which provides the debit transaction data via I/O port 118.

In summary, the filter processor 116 is provided with program data from the host processor 122 via I/O port 120 and is also provided with debit transaction data from the credit/debit card network processor 104 via I/O port 118. Preferably, the filter processor 116 includes means, such as software executed by the filter processor for evaluating the debit transaction data transmitted to the filter processor 116 by the credit/debit card network processor 118 by comparing the debit transaction data to the program data. This filter processor evaluating means or software, such as illustrated in FIGS. 2–5 and described in detail below, includes means or software for generating validating data for the debit transaction when the evaluated debit transaction data indicates that the debit transaction has been initiated by an authorized merchant 108, 110 using the unique account number of one of the participants having a sufficient balance in the participant's corresponding award account to cover the debit transaction. The validating data may be in the form of a signal provided to the merchant indicating that the debit transaction has been "APPROVED." The filter processor evaluating means or software generates invalidating data in response to the initiated debit transaction when the evaluated debit transaction data indicates that the initiating account number is not one of the authorized account numbers. The validating data may be in the form of a signal provided to the merchant indicating that the debit transaction has been "DISAPPROVED." For example, the initiating account number may be a credit card account number. Credit card account numbers are not part of the participant account numbers defined by the program data which is stored in host processor 122 and provided via I/O port 120 to filter processor 116. Initiating a transaction using such a credit card account number would result in invalidating data being generated.

The filter processor evaluating software also includes means or software for generating invalidating data for the debit transaction when the evaluated debit transaction data indicates that the initiating merchant is not one of the authorized merchants. For example, if unauthorized merchant 112 initiated a debit transaction, merchant 112 would not have an identification number which is part of the list of authorized merchants of the program data. Therefore, invalidating data for the debit transaction would be generated.

The filter processor evaluating means or software also includes means or software for generating invalidating data for the debit transaction when the evaluated debit transaction data indicates that the balance in the award account corresponding to the initiating account number is insufficient to cover the amount of the initiated debit transaction. For example, assume a debit card 114 of the debit card system

7

100 is used to initiate the debit transaction and that such initiating card has a participating account number which has been provided to the filter processor 116 by the host processor. Along with the account number, host processor 112 would provide the participant award account balance in points. The filter processor 116 would convert these points to a dollar value as shown in FIG. 3. If the converted dollar value does not equal or exceed the dollar value of the initiating debit transaction, invalidating data is provided to the credit card network processor 104 via I/O port 118. It is contemplated that the filter processor may convert the points into any currency denomination which corresponds to the currency denomination of the initiated debit transaction.

The filter processor also includes means or software for transmitting the validating or invalidating data to the credit card network processor 104 via I/O port 118 so that the credit card network processor provides the validating or invalidating data for the evaluated debit transaction to the initiating merchant via I/O port 106.

In general, a complete debit transaction according to the invention has three parts which preferably occur in the following order: a pre-authorization process including the conversion of points to a currency, such as illustrated in FIGS. 2A, 2B, and 3; a force post process such as illustrated in FIGS. 4A and 4B; and a settlements/commissions process such as illustrated in FIGS. 5A and 5B.

Referring to FIGS. 2 and 3 which describe the pre-authorization process, the process begins with a merchant 108, 110 or 112 initiating a debit transaction at step 202. In particular, the merchant submits the authorization debit transaction including the debit transaction data to the credit/debit card network 102 at step 204. Upon contacting the network 102 via one of the I/O ports 106, the processor 104 is able to determine the identity of the initiating merchant and forwards the merchant's identification data with the authorization debit transaction data at step 206. In addition, step 206 forwards a merchant identification number with the debit transaction as a fraud prevention and verification measure. The identification number may be any number or code, such as a number assigned by processor 130, which uniquely identifies each merchant. For example, in the MasterCard system, the ICA (Interbank Card Association) number may be used as the identification number.)

In addition, the identification number may include specific and local merchant location information to further identify each location. This location information may be a number or code which distinguishes each location. Such location information would be particularly useful in cases where a single merchant may have multiple locations and not all locations are authorized merchants which have the authority to access the debit card system 100 of the invention. For example, a hotel may have a registration desk location, a gift shop location and a restaurant location and only the gift shop location may be authorized to access the debit card system 100. In this case, the merchant identification information would include location information and the filter processor 116 would be programmed to distinguish between authorized and unauthorized locations as well as being programmed to distinguish between authorized and unauthorized merchants. In some existing credit card systems, the merchant identification number (such as the ICA number) and/or a merchant location number have not been uniquely assigned or utilized in broad terms. In such systems, such numbers would have to be modified to be standardized and unique so that such numbers may be used as part of the debit card system 100 and so that such numbers may be filtered by filter processor 116.

8

Next, the processor 104 transmits the authorization debit transaction data including the ICA and merchant numbers to the filter processor 116 of the bank via I/O port 118 by step 208. The filter processor 116 receives the authorization debit transaction data at step 210 and begins its analysis thereof.

At step 212, filter processor 116 evaluates a prefix of the initiating card identification number to determine whether the initiating card is a debit card. In general, it is contemplated that debit card account numbers would have a different prefix than credit card and other card account numbers. If the initiating card is not a debit card as defined by its prefix, the process proceeds to step 214 to generate invalidating data because the process is employing a non-debit card. If step 212 determines that the initiating card is a debit card, the process proceeds to step 216 to confirm that the initiating merchant is one of the authorized merchants defined by the program data, i.e., ICA/merchant data is part of program data. If the merchant is not an authorized merchant, the process proceeds to step 218 to indicate invalidating data because the initiating merchant is not a merchant taking part in the incentive award program and, therefore, does not have the right to use the debit card. If the initiating merchant is an authorized merchant, the process proceeds to step 220 to determine whether or not the initiating debit card has a valid debit card account number as defined by the program data. If the initiating card does not, the process proceeds to step 222 to generate invalidating data because that the debit card account number is not part of the program data.

If the initiating debit card is a valid debit card number, the process proceeds to step 224 to evaluate the DDA (demand deposit account) portion of the initiating account number. If the DDA portion is invalid, the process proceeds to step 226 to generate invalidating data because of an invalid DDA account number. If the DDA account is valid, the process proceeds to step 228 to determine the number of points available for the particular account number. If the number of points when converted to a currency does not equal or exceed the value of the initiating debit transaction, the process proceeds to step 230 to generate invalidating data because of insufficient points to complete the debit transaction.

The process continues with FIG. 3. If sufficient points are available to cover the debit transaction, the process proceeds to step 236 to debit the account balance. After step 236, the process proceeds to step 238 to generate validating data provided by the filter processor 116 via I/O port 118 to the processor 104 and eventually to the initiating merchant.

Although the system of the present invention is intended to prevent participants from exceeding the amount of points in their award account, if the authentication procedure is not fully utilized as described above, such as due to the permitted use of the equivalent of what are generally known as "floor limits;" i.e., amounts below which the merchant does not have to first seek authorization before approving the transaction, it is possible that an occasional "overdrawn condition" can occur on a temporary basis. If this occurs, the financial institution or the incentive award company can and should demand immediate clearance of the overdraft condition, such as by an equivalent cash payment or the addition of additional award points to the account. In this regard, this inadvertent overdrawn or overdraft condition is similar to that described in U.S. Pat. Nos. 4,346,442 and 4,597,046 in which the customer or participant is notified of the overdraft condition and required to clear the overdraft.

FIGS. 4A and 4B illustrate the force post process which generally occurs 24/48 hours after the completion of the

pre-authorization process of FIG. 2 which resulted in the generation of validating data and a completed debit transaction. Referring to FIG. 4A, the merchant completes the debit transaction at step 402 and more particularly at step 404 by submitting a debit card force post debit transaction to processor/acquirer 130 (see FIG. 1). Next, the merchant's processor/acquirer submits the force post debit transaction through the credit/debit card network 102 generally by access via a separate I/O port such as I/O port 106D (FIG. 1). At step 408, the credit/debit card network processor 104 forwards the ICA and merchant data with force post debit transaction.

At step 410, the credit/debit card network 102 sends the force post debit transaction data including the ICA and merchant number to the filter processor 116 of the bank. Thereafter, steps 412, 414, 420, 422, 424, and 425 parallel and essentially duplicate steps 212, 214, 220, 222, 224, and 226 of FIG. 2A. Assuming that the force post debit transaction is a debit card having a valid card number and a valid DDA account, the process proceeds to step 426 which permanently adjusts the participant's point balance account and to step 427 which converts the force post point value to dollars. The process then proceeds to step 428 to confirm that sufficient funds (converted from points) are available in the administrator's account to cover the debit transaction. If not, the process proceeds to step 430 to invalidate the debit transaction for insufficient funds. Otherwise, the process proceeds to step 432 to determine whether the debit transaction is a credit (refund) or debit. If it is a credit, step 434 is executed to credit the administrator's dollar account balance. Otherwise, steps 436 and 438 are executed to debit the administrator's dollar account balance against the participating award account balance and complete the processing of the force post debit transaction.

After the force post debit transaction, possibly a week to two weeks, the third and final portion of the debit transaction is executed by the posting of settlements/commissions. Referring to FIG. 5A, the settlements/commissions process begins with the administrator receiving a redemption file from the bank at step 502 indicating the details of completed force post debit transactions. These completed debit transactions now become settlement transactions which are processed at step 504 by loading the redemption file into the administrator's processor 122 or 124. The supplier's profile is looked up at step 506. If no profile is found at step 508, the settlement transaction is processed as an exception to the redemption file at step 510. Otherwise, the process proceeds with step 512 in which the administrator's processor looks up the commission percentage from the supplier's profile.

Continuing with FIG. 55, the administrator's processor calculates the commission due to the administrator at step 514, looks up the billing method from the supplier profile at step 516, creates a settlement/commission detail report at step 518, and determines the type of billing method at step 520. If the billing method is not a manual billing method, the process proceeds to step 522 to execute a process automated clearing house (ACH) billing method. Otherwise, the process proceeds to step 524 to create a manual invoice, then to step 526 to attach an invoice to the settlement/commission report and finally to step 528, which also proceeds after step 522, to mail the settlement commission report to the supplier/merchant.

FIG. 6 illustrates the data flow between the administrator's processors 122, 124, the filter processor 116 of the bank, the credit/debit card network 102 including the I/O ports 106 and the credit/debit card network processor 104, the merchants 108, 110, 112, and the acquirer/processor 130. In addition, FIG. 6 illustrates the customer to indicate that

the customer provides enrollment, issuance, and points information to the administrator. In addition, the participant with debit card 114 is illustrated to show that the participant initiates travel/merchandise orders and receives a periodic account statement from the information that is in the filter processor.

It is also contemplated that the debit card system 100 according to the invention may have several optional features. For example, the administrator may have a commission account and via an automated clearing house may debit a transaction commission amount for each validated debit transaction to the commission account of the program administrator while crediting the transaction commission amount to an account of the initiating merchant. More particularly, the credit/debit card network processor 104 may deduct the commission amount credited to the initiating merchant from the merchant's proceeds from the validated debit transaction.

Optionally, the debit cards may be embossed with information identifying the customer so that whenever a participant uses a debit card the participant is reminded that such card provides rewards which have been supplied by the customer.

It is also contemplated that many types of optional reports, some of which have been noted above and in FIG. 6, may also be generated by the debit card system 100. For example, the filter processor 116 may generate redemption reports for each merchant indicating debit card transactions by participants. In this case, the filter processor 116 generates a rewards account report for each participant indicating debit transactions by such participant and indicating the amount of points in such participant's award account.

In order to minimize the number of participant account numbers which are part of the program data provided by the host processor 122, it is contemplated that the filter processor 116 may delete from the program data authorized unique account numbers which have not initiated a debit transaction for a predetermined period of time, e.g., six months.

In view of the above, it will be seen that the several objects of the invention are achieved and other advantageous results attained.

As various changes could be made in the above products and methods without departing from the scope of the invention, it is intended that all matter contained in the above description and shown in the accompanying drawings shall be interpreted as illustrative and not in a limiting sense.

What is claimed is:

1. A system for implementing an incentive award program for a customer having participants, said program permitting the participants to obtain as an award products and/or services from authorized merchants who are part of the incentive award program and who are part of a credit/debit card network, which credit/debit card network also includes unauthorized merchants who are not part of the incentive award program and who are part of the credit/debit card network, each merchant having access via an input/output (I/O) port to a credit/debit card network processor of the credit/debit card network, said system comprising:

a. a plurality of debit cards, each assigned to one participant and having a unique account number corresponding to an award account of the participant;

b. a filter processor accessing the following program data:
(1) data identifying the authorized unique account numbers of the participants,
(2) data identifying the authorized merchants, and
(3) data indicating the balance in each participant's award account.

said filter processor interfacing with the credit/debit card network processor;

c. means, responsive to a transaction initiated by a merchant using an initiating card having an initiating account number, for transmitting from the credit/debit card network processor to the filter processor the following transaction data:

(1) the initiating account number of the card initiating the transaction,

(2) merchant identification data of the initiating merchant, and

(3) data regarding the amount of the initiated transaction;

d. said filter processor including means for evaluating the transaction data transmitted to the filter processor by the credit/debit card network processor by comparing the transaction data to the program data;

e. said filter processor evaluating means including means for generating validating data for the transaction when the evaluated transaction data indicates that the transaction has been initiated by an authorized merchant using the unique account number of one of the participants having a sufficient balance in the participant's corresponding award account to cover the transaction;

f. said filter processor evaluating means including means for generating invalidating data for the transaction when the evaluated transaction data indicates that the initiating account number is not one of the authorized account numbers;

g. said filter processor evaluating means including means for generating invalidating data for the transaction when the evaluated transaction data indicates that the initiating merchant is not one of the authorized merchants;

h. said filter processor evaluating means including means for generating invalidating data for the transaction when the evaluated transaction data indicates that the balance in the award account corresponding to the initiating account number is insufficient to cover the amount of the initiated transaction;

i. said filter processor including means for transmitting the validating or invalidating data to the credit/debit card network processor so that the credit/debit card network processor provides the validating or invalidating data for the evaluated transaction to the initiating merchant.

2. The system of claim 1 wherein the amount of the initiated transaction is in a currency denomination such as dollars, wherein each award account has a point value, wherein the evaluating means converts the point value of the award account corresponding to the initiating account number into the currency denomination of the amount of the initiating transaction, and wherein the evaluating means generates the validating data if the converted point value equals or exceeds the amount of the initiating transaction.

3. The system of claim 2 wherein said filter processor evaluating means comprises a banking processor.

4. The system of claim 1 wherein the filter processor is maintained by a program administrator having a commission account and wherein the program administrator via an automated clearing house credits or deposits a transaction commission amount for each validated transaction to the commission account of the program administrator and debits or removes the transaction commission amount to an account of the initiating merchant.

5. The system of claim 4 wherein the credit/debit card network processor deducts the commission amount credited

to the initiating merchant from the merchant's proceeds from the validated transaction.

6. The system of claim 1 wherein the debit cards include embossing identifying the customer.

7. The system of claim 1 wherein the debit cards have the same structure as credit cards including a magnetic strip encoded with a number corresponding to the unique account number of the participant whereby the transaction is transparent to the initiating merchants such that the initiating merchant cannot distinguish between transactions using the debit card and transactions using a credit card.

8. The system of claim 7 wherein at least some merchants have a card reader adapted to be connected to the I/O port and wherein the initiating transaction is initiated by reading the magnetic strip of the debit card.

9. The system of claim 1 wherein the filter processor generates redemption reports for each merchant indicating debit card transactions by participants and wherein the filter processor generates award account reports for each participant indicating transactions by such participant and indicating the amount of points in such participant's award account.

10. The system of claim 1 wherein the filter processor deletes from the program data authorized unique account numbers which have not initiated a transaction for a predetermined period of time.

11. The system of claim 1 wherein the credit/debit card network processor comprises a merchant processor linked to a switch processor and wherein the filter processor comprises a banking processor linked to an administrator's processor.

12. The system of claim 1 wherein the filter processor is maintained by a program administrator having a balance account and wherein, during a force post portion of the transaction, the bank filter processor debits a transaction amount for each validated transaction to the balance account of the program administrator and credits the transaction amount to an account of the initiating merchant.

13. A method for implementing an incentive award program for a customer having participants, said program permitting the participants to obtain as an award products and/or services from authorized merchants who are part of the incentive award program and who are part of a credit/debit card network, which credit/debit card network also includes unauthorized merchants who are not part of the incentive award program and who are part of the credit/debit card network, each merchant having access via an input/output (I/O) port to a credit/debit card network processor of the credit/debit card network, said method comprising the steps of:

a. providing a plurality of debit cards, each assigned to one participant and having a unique account number corresponding to an award account of the participant;

b. accessing the following program data:

(1) data identifying the authorized unique account numbers of the participants,

(2) data identifying the authorized merchants, and

(3) data indicating the balance in each participant's award account,

said filter processor interfacing with the credit/debit card network processor;

c. transmitting the following transaction data in response to a transaction initiated by a merchant using an initiating card having an initiating account number:

(1) the initiating account number of the card initiating the transaction,

(2) merchant identification data of the initiating merchant, and

(3) data regarding the amount of the initiated transaction;

d. comparing the transmitted transaction data to the program data;

e. validating the transaction when the comparing step indicates that the transaction has been initiated by an authorized merchant using the unique account number of a participant having a sufficient balance in the participant's corresponding award account to cover the transaction;

f. invalidating the transaction when the comparing step indicates that the initiating account number is not one of the authorized account numbers;

g. invalidating the transaction when the comparing step indicates that the initiating merchant is not one of the authorized merchants; and

h. invalidating the transaction when the comparing step indicates that the balance in the award account corresponding to the initiating account number is insufficient to cover the amount of the initiated transaction.

14. The method of claim 13 wherein the steps of initiating, evaluating, validating and invalidating are performed electronically whereby the transaction is paperless.

15. A system for implementing an incentive award program for a customer having participants, said program permitting the participants to obtain as an award products and/or services from authorized merchants who are part of the incentive award program, said system comprising:

a. a credit/debit card network which includes the authorized merchants who are part of the credit/debit card network and which also includes unauthorized merchants who are not part of the incentive award program and who are part of the credit/debit card network, each merchant having access via an input/output (I/O) port to a credit/debit card network processor of the credit/debit card network;

b. a plurality of debit cards, each assigned to one participant and having a unique account number corresponding to an award account of the participant;

c. a filter processor accessing the following program data:
(1) data identifying the authorized unique account numbers of the participants,
(2) data identifying the authorized merchants, and
(3) data indicating the balance in each participant's award account,

said filter processor interfacing with the credit/debit card network processor;

d. means, responsive to a transaction initiated by a merchant using an initiating card having an initiating account number, for transmitting from the credit/debit card network processor to the filter processor the following transaction data:
(1) the initiating account number of the card initiating the transaction,
(2) merchant identification data of the initiating merchant, and
(3) data regarding the amount of the initiated transaction;

e. said filter processor including means for evaluating the transaction data transmitted to the filter processor by the credit/debit card network processor by comparing the transaction data to the program data;

f. said filter processor evaluating means including means for generating validating data for the transaction when the evaluated transaction data indicates that the trans-

action has been initiated by an authorized merchant using the unique account number of one of the participants having a sufficient balance in the participant's corresponding award account to cover the transaction;

g. said filter processor evaluating means including means for generating invalidating data for the transaction when the evaluated transaction data indicates that the initiating account number is not one of the authorized account numbers;

h. said filter processor evaluating means including means for generating invalidating data for the transaction when the evaluated transaction data indicates that the initiating merchant is not one of the authorized merchants;

i. said filter processor evaluating means including means for generating invalidating data for the transaction when the evaluated transaction data indicates that the balance in the award account corresponding to the initiating account number is insufficient to cover the amount of the initiated transaction;

j. said filter processor including means for transmitting the validating or invalidating data to the credit/debit card network processor so that the credit/debit card network processor provides the validating or invalidating data for the evaluated transaction to the initiating merchant.

16. A system for implementing an incentive award program for a customer having participants, said program permitting the participants to obtain as an award products and/or services from authorized merchants who are part of the incentive award program and who are part of a credit/debit card network, which credit/debit card network also includes unauthorized merchants who are not part of the incentive award program and who are part of the credit/debit card network, each merchant having access via an input/output (I/O) port to a credit/debit card network processor of the credit/debit card network, said system comprising:

a. a plurality of debit cards, each of the cards having a unique account number corresponding to an award account;

b. a filter processor accessing the following program data:
(1) data identifying the authorized unique account number of each card,
(2) data identifying the authorized merchants, and
(3) data indicating the balance in each award account,

said filter processor interfacing with the credit/debit card network processor;

c. means, responsive to a transaction initiated by a merchant using an initiating card having an initiating account number, for transmitting from the credit/debit card network processor to the filter processor the following transaction data:
(1) the initiating account number of the card initiating the transaction,
(2) merchant identification data of the initiating merchant, and
(3) data regarding the amount of the initiated transaction;

d. said filter processor including means for evaluating the transaction data transmitted to the filter processor by the credit/debit card network processor by comparing the transaction data to the program data;

e. said filter processor evaluating means including means for generating validating data for the transaction when the evaluated transaction data indicates that the trans-

action has been initiated by an authorized merchant using the unique account number of one of the cards having a sufficient balance in the card's corresponding award account to cover the transaction;

f. said filter processor evaluating means including means for generating invalidating data for the transaction when the evaluated transaction data indicates that the initiating account number is not one of the authorized account numbers;

g. said filter processor evaluating means including means for generating invalidating data for the transaction when the evaluated transaction data indicates that the initiating merchant is not one of the authorized merchants;

h. said filter processor evaluating means including means for generating invalidating data for the transaction when the evaluated transaction data indicates that the balance in the award account corresponding to the initiating account number is insufficient to cover the amount of the initiated transaction;

i. said filter processor including means for transmitting the validating or invalidating data to the credit/debit card network processor so that the credit/debit card network processor provides the validating or invalidating data for the evaluated transaction to the initiating merchant.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.　:　5,689,100
DATED　　　:　November 18, 1997
INVENTOR(S):　David C. Carrithers et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

**On the title page, assignee should read —Maritz Inc., Fenton, Mo.—**

Signed and Sealed this

Seventh Day of April, 1998

*Attest:*

BRUCE LEHMAN

*Attesting Officer*　　　　*Commissioner of Patents and Trademarks*

MAR28158