EXHIBIT 23

# United States Patent [19]

Burton et al.

[11] Patent Number: 5,025,372

[45] Date of Patent: Jun. 18, 1991

[54] SYSTEM AND METHOD FOR ADMINISTRATION OF INCENTIVE AWARD PROGRAM THROUGH USE OF CREDIT

[75] Inventors: James F. Burton, Ladue; Daniel L. Henke, St. Louis, both of Mo.

[73] Assignee: Meridian Enterprises, Inc., St. Louis, Mo.

[21] Appl. No.: 412,570

[22] Filed: Sep. 25, 1989

#### Related U.S. Application Data

[63] Continuation of Ser. No. 98,008, Sep. 17, 1987, abandoned.

[51] Int. Cl.⁵ .................................................... G06F 15/21
[52] U.S. Cl. ............................................ 364/406; 364/408
[58] Field of Search .............. 364/401, 406, 408, 410, 364/200 MS File, 900 MS File; 235/379, 380; 902/25-29, 41

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,194,242 | 3/1980 | Robbins | 364/200 |
| 4,334,270 | 6/1982 | Towers | 364/300 |
| 4,346,442 | 8/1982 | Musmanno | 364/408 |
| 4,597,046 | 6/1986 | Musmanno | 364/408 |
| 4,694,397 | 9/1987 | Grant et al. | 235/379 X |
| 4,739,478 | 4/1988 | Roberts et al. | 235/379 X |
| 4,742,457 | 5/1988 | Leon et al. | 235/379 X |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0069432 | 4/1982 | Japan . |
| 2076201 | 11/1981 | United Kingdom . |
| 2161629 | 1/1986 | United Kingdom . |
| 2184039 | 6/1987 | United Kingdom . |

Primary Examiner—Joseph Ruggiero
Attorney, Agent, or Firm—Armstrong, Teasdale, Schlafly, Davis & Dicus

[57]                    ABSTRACT

Computer data processing, programming and printing for an improved incentive award program which allocates monetary amounts available for expenditure through credit instruments issued to program participants when the participants perform to a designated level of achievement. Participants identifying information and credit instrument account numbers are stored in memory. The incentive program can be divided into multiple time periods. Levels of performance are calculated and assigned for each participant in order for a monetary amount to be available for expenditure through the participant's credit instrument. Monetary amounts can be withheld from the amounts allocated to the instrument accounts. Adjustments can be made in the withheld amounts and in the achievement levels. Calculations, adjustment and reporting concerning amounts allocated for instrument use, withheld amounts, instrument transactions and account balances are made. Calculations and printed invoices for payment by a financial institution to an incentive company based on the credit instruments issued under the incentive program are made and are dependent upon the monetary volume of expenditures through the credit instruments, the total interest income on the credit instruments, and the number of instruments issued. The tradename or trademark of the company sponsoring the program can appear on the physical credit instruments and on statements provided to participants. Travel and merchandise awards are integrated with the credit instrument program.

32 Claims, 25 Drawing Sheets



MAR113610



FIG. 1.

MAR113611



FIG. 1.1

MAR113612

Case 1:04-cv-00360-JJF    Document 168-4    Filed 06/05/2006    Page 5 of 23



FIG. 1.2

MAR113613

U.S. Patent     June 18, 1991     Sheet 4 of 25     5,025,372



FIG. 1.3

MAR113614



FIG. 1.4

MAR113615

Case 1:04-cv-00360-JJF     Document 168-4     Filed 06/05/2006     Page 8 of 23



FIG. 1.5

MAR113616



FIG. 1.6

MAR113617



FIG. 2.0

MAR113618



FIG. 2.1

MAR113619

Case 1:04-cv-00360-JJF    Document 168-4    Filed 06/05/2006    Page 12 of 23



FIG. 2.2

MAR113620



FIG. 2.3A

TO FIG. 2.3B

MAR113621



*FIG. 2.4*



MAR113623

FIG. 2.5



MAR113624



FIG. 2.6

MAR113625



FIG. 2.7A

TO FIG. 2.7B



FROM FIG. 2.7A

FIG. 2.7B

MOVE PTD AVAIL CREDIT TO CREDIT PAID — 606

MOVE CUR BAL TO CREDITS $'s — 610

CREDIT = CREDIT PTS / $ PAID $'s X CONVERSION — 612

PTD AVAIL CREDIT = PTD AVAIL CREDIT (ON MASTER) − CREDIT PAID — 614

MOVE 'O' TO PTD AVAIL CREDIT — 608

RECORDS ON MONETARY FILE? — 616

NO → CREATE MONETARY HEADER RECORD — 618 → WRITE HEADER RECORD TO MONETARY FILE TAPE — 620

YES

MOVE ACCT NO. TO MONETARY RECORD — 626

WRITE BATCH HEADER RECORD TO MONETARY FILE — 624

CREATE MONETARY BATCH HEADER RECORD — 622

MOVE CREDIT $'s TO MONETARY RECORD — 628

WRITE RECORD TO MONETARY FILE — 630

LAST RECORD ON MONETARY FILE — 632

YES → CREATE MONETARY BATCH TRAILER RECORD — 634 → WRITE BATCH TRAILER RECORD TO MONETARY FILE — 636

NO

TO BLK 642

WRITE BANK TRAILER RECORD TO MONETARY FILE — 640

CREATE MONETARY BANK TRAILER RECORD — 638

TO FIG. 2.7C

MAR113627



FIG. 2.7C

MAR113628



FIG. 2.8A

TO FIG. 2.8B

Case 1:04-cv-00360-JJF     Document 168-4     Filed 06/05/2006     Page 22 of 23



FIG. 2.8B

MAR113630



732 — CLNT IVN TAPE

734 — READ CLNT INV TAPE RECORD

736 — CLIENT INVOICE RECORD EXIST

YES

738 — TOTAL REMIT = INV AMT + TOTAL REMIT AMT

NO

740 — TRANSFER TOTAL REMIT AMT TO INCENTIVE CO. ACCT AT BANK

742 — BANK WITH DRAWS TOTAL ACCT $'s

743 — INCENTIVE PROFIT = TOTAL REMIT AMT − TOTAL ACCT $'s

FIG. 2.9

744 — PARTICIPANT REQUEST TO CHANGE WITHHOLD %

746 — LOCATE PARTICIPANT RECORD ON MASTER

748 — UPDATE WITHHOLD %

FIG. 3.

750 — NOTIFY PARTICIPANT

MAR113631