# EXHIBIT 24

March 8, 1993

To: Mary Mueller

From:  Julie Murray
       Application Development
       ext. 2978

SUBJECT:  BANK ACCOUNT AUDIO RESPONSE DF61 file.

There is a new type of phone call that will be processed by the
TALX system for AIR MILE ordering.  It seems from previous discus-
sions, that you have written some jobs that recaps number of
phones calls from the DF61 audiolog.  The DSN file name is
CORMBC.AUDIOLOG.DF61KSDS.  Therefore I am recapping the current
available options and literal with code associations.

|                                | LITERAL  | NUMBER |
|--------------------------------|----------|--------|
| Option 1 = To place an order   | "ORDER"  | #301.  |
| Option 2 = Inquire bank balance| "ABI"    | #300   |
| Option 3 = CIS assistance      | "CIS"    | #302   |
| Option 4 = Travel              | "IND"    | #305   |
| Option 5 = Gift Cert           | "GFT"    | #306   |
| Option 6 = To FAX an order     | "ORDER"  | #301.  |
| Option 7 = Inquire/order air miles | "AIR" | #307  |

Pat Branscum in CIS supplied an April 1, 1993 production date for
her bank account client Dow Elanco.  If you have any questions, or
need additional information, please contact me.

Regards,


Julie Murray



   *  Awaiting information from Dean Conners.

MAR108132

December , 1989

AUDIO RESPONSE DOCUMENTATION

To: All CSD Personnel
    All CSD Support Group Personnel

From: Jack Klosterman/Jay Knueven

Attached is the latest Audio Response documentation, consisting of three sect-
ions, i.e., Overview of Audio Response, Introduction to Audio Response and Ex-
hibits. This is not the complete set. Other sections, such as Standard Audio
Response (Testing), Custom Audio Response and Audio Response Demonstrations,
will follow as they are completed.

This documentation is being issued in advance of completion in order to provide
a general understanding of the system and how it works. In addition, Section
II contains a procedural flowchart which covers, step by step, the things which
must be done to initiate a system, e.g., what information is needed and where
it is obtained, what documents are required and where they can be found, who
completes the documents and where they are sent. Section II also discusses
STARS (Standard Audio Response Survey), the easiest Audio Response system to
implement, and the quickest. We would appreciate any comments or suggestions
which will make this documentation more useful. We hope to have it completed
within the next two months.

In order to keep this documentation useful, the CSD Support Group will be
establishing a CSD Systems and Procedures Library to be located adjacent to
Frank Ehlen's office in the main 1st floor hallway of the MIR building.
Another library (a copy of the first) will be maintained on the 4th floor of
the Tower. The documentation in these libraries will be consistently updated
by the CSD Support Group. Because of space restrictions and cost, technical
manuals from IBM and other vendors will be located separately and in one
location only (Nina Jones' cubicle).

1

MAR108133

AUDIO-RESPONSE
TABLE OF CONTENTS

I.    OVERVIEW OF AUDIO-RESPONSE                                PAGE

    1.    EXPLANATION OF SYSTEM                                2

    2.    EQUIPMENT                                            7

    3.    STANDARD VS CUSTOM AUDIO RESPONSE                   10


II.   INTRODUCTION TO AUDIO RESPONSE                          PAGE

    1.    INITIATING AUDIO RESPONSE SYSTEMS                    1

    2.    IMPLEMENTING AUDIO RESPONSE SYSTEMS

          o  STARS - Standard Audio Response Survey System    8

III.  EXHIBITS                                                PAGE

    1.    Audio Response Information Gathering Form            1

    2.    Notification of Sold Program                         5

    3.    CICS-RACF Program/Transaction Worksheet              6

    4.    VSAM File Request                                   14

    5.    Sample Audio Response Script                        15

1

MAR108134

SECTION: I - OVERVIEW OF AUDIO-RESPONSE

1.    EXPLANATION OF SYSTEM

### What is Audio Response?

A method by which you may carry on a "conversation" with the Maritz host computer, with the help of a translator; much the same way you would talk with a person who does not speak your language.

In this case, the Audio Response system is the translator. You "talk" to it by keying in data on your touch tone telephone. The Audio Response system interprets the touch tone impulses you generate and then it "talks" to the host computer.

### How does it work?

The entire process is under the control of the client application program which resides on the IBM host. It speaks to the caller thru the audio response unit. The audio response unit performs only two basic functions:

1.   It accepts touch tone impulses from the caller, converts them to language that the application program can understand, builds a record containing the converted data and sends it to the application program on the IBM host.

2.   It accepts records from the host application program which contain message codes instructing it to voice certain phrases to the caller. These phrases may be informational only or may request that the caller enter some data.

For example, in a bank account balance inquiry application, the caller enters bank account number. Audio response sends that to the application program. The application program first verifies account number, then looks up the balance in the bank account file. It then sends a record containing message codes back to audio response which looks up the messages in its vocabulary file and voices them to the caller.

The first message code might prompt audio response to voice "Your balance is." The next messages would represent numeric data. The first of these might be the phrase "ten thousand," the next "three hundred" and the last "eighty-seven." The last message code might instruct audio response to voice "Award Credits," or "Points."

The audio response unit is merely the voice of the application program. If the application program could speak, then we would have no need for the audio response unit.

2

MAR108135

SECTION: I - OVERVIEW OF AUDIO-RESPONSE

1.    EXPLANATION OF SYSTEM, cont.

Some Audio Response systems don't have to talk to the host, except maybe to send it call statistics for recording. They are self contained, i.e., they have all the information they need to handle your call without requesting help from the host. An example of this is the HRD "Call on Us" program. It is informational only. You key in the number of a topic upon which you want information. The system searches its own vocabulary memory, finds the information and relays it to you. No need to bother the host.

How is Audio Response used?

The Maritz Audio Response system was developed by Maritz, Inc. for the purpose of allowing program participants to communicate with program headquarters by dialing an 800 inward WATS number.

The system allows participants to take tests, find out where they stand in a motivation program, report sales, find out what their bank balance is, transfer to the order department to place an order or transfer to their administrator in CIS. Specifically designed programs are also offered to fit the needs of our clients.

The major benefit of Audio Response is our ability to supply immediate feedback of results to Participants.

Types of Audio Response Programs

There are currently several types of audio response applications, as shown below:

        Training/Testing
        Sales/Activity Reporting
        Bank Account/Standings Inquiry
        Surveys
        Information Sharing

Input/Output

Input for an Audio Response program is usually from four sources:

        (1)  The caller, by keying data through the telephone
        (2)  A mini-master record
        (3)  A test answer key record (test-taking application)
        (4)  A transaction key file

3

MAR108136

SECTION: I - OVERVIEW OF AUDIO-RESPONSE

1.    EXPLANATION OF SYSTEM. cont.

Output consists of:

(1)  Data collection records - one for each call made
(2)  Voice responses made to the caller
(3)  Updated mini-master (optional)
(4)  Call transactions statistics file (Monitor)

4

MAR108137



MARITZ INC.

MAR107789

# DIRECT ACCESS



**INFO LINK**



**TELE LAUNCH**



**TRAINING TRACK**



**AWARD LINK**

**TELE TRIP**

Information is a powerful tool in today's business. **Direct Access** is an innovative and extremely effective way to capture, access and manipulate information through the convenience of a touch-tone telephone. With **Direct Access**, information is literally at your fingertips. But **Direct Access** is more than a simple telephone-to-computer connection. Creative, interactive approaches are used to make the access of information entertaining and easy. And, it is cost-effective!

**Direct Access** helps clients meet business objectives and improve their performance. **Direct Access** can conduct surveys, deliver product information, collect leads, record sales data, conduct testing, deliver rewards and recognition and perform many more applications.

Originally introduced as the first *Audio Response* program in the performance improvement industry, **Direct Access** is an example of Maritz' commitment to delivering progressive business solutions. This leading-edge technology can be customized to support integrated client applications.

Easy, convenient and cost-effective, **Direct Access** offers many capabilities to enhance client programs. With just a telephone, clients have **Direct Access** to information necessary for improving their business.

## Features
- Available when needed
- Easy Access
- Toll-Free Numbers
- Fax-Back
- Interactive Games
- Caller Message Recording
- Built-In Security Features
- Help Desk

## Benefits
- Cost-Effective
- Immediate Feedback
- Reduces Paperwork
- Motivates Response
- Improves ROI
- Increases Communication Channels

## Client Applications
- *Info Link*
- *Tele Launch*
- *Training Track*
- *Award Link*
- *Tele Trip*

MAR107790

# INFO LINK





Direct Access is used to link people with all types of information. With one easy phone call to *Info Link*, sales personnel can access product information, new leads and customer intelligence. Employees can request health claim forms and have them faxed directly to their location. Customers can respond to surveys and be transferred to an interactive game to win an award. Once the customer enters his or her response into the system, these survey results can be faxed directly to a customer service department providing immediate feedback.

Whether it is used to provide or access information, *Info Link* delivers important feedback immediately and accurately, and with less paper.

- **Surveys**
- **Human Resources Information Bank**
  - access to information on benefits, policies and procedures
  - support internal changes
- **Customer Service**
  - information referral and fax-back
  - support customer service downtime
  - collateral requests
- **Performance Reporting**
  - sales
  - purchases
  - productivity
- **Standings Inquiry**
  - status in competitive group
  - sales tracking
  - productivity tracking
- **Lead Generation Programs**
- **Safety Applications**
  - surveys
  - prerecorded safety tips

MAR107791

1

# TELE LAUNCH






*Tele Launch* adds a fresh dimension to marketing. Maritz develops database marketing, event marketing and product launch programs to help clients excel in their ever-increasing competitive marketplaces. Using *Tele Launch*, we help clients tap into a creative, immediate and inviting channel of communication to support these marketing efforts.

With *Tele Launch*, our clients' marketing efforts are tracked and responded to immediately and with "bull's-eye" accuracy. Because *Tele Launch* captures customer feedback directly, marketing programs are better positioned for success. Response to direct mail programs can be captured and sent directly to your marketing personnel, *Tele Launch* can track response

to new-product launches and act as the vehicle to get product information directly to customers. New-product registrations and warranties can be managed with *Tele Launch* quickly and without hassle. These are just a few of the ways *tele Launch* can help you leverage important customer information into successful marketing programs.

- **New-Product Launches**

- **Client And Product Information**
  - product registrations
  - warranties
  - dealer locators

- **Event Marketing Campaigns**

- **Direct Mail Offers**

- **Frequency Campaigns**

- **Loyalty Campaigns**

MAR107792

2

# TRAINING TRACK





Get better results from your training programs by using the customized training capabilities of **Direct Access.** As one of America's leading custom training developers, Maritz draws on the unique capabilities of *Training Track* to deliver highly productive, integrated, performance improvement training systems. *Training Track* delivers three of the most crucial ingredients of training in an innovative and cost-effective way: testing, feedback and comprehensive reports to track employee performance. Through the power of *Training Track,* employees learn more and apply their knowledge more effectively.

*Training Track* can test participants' knowledge relative to training materials, service techniques, product features and benefits, selling skills and strategies, etc. With one call, *Training Track* participants can take a test, obtain their score, opt to retake the test or listen to a message with

useful tips on how to begin using their newly learned skill. *Training Track* also facilitates some of the homework necessary for an effective training program.

- **Administer Training**
  - registration and scheduling
  - fax-back confirmations
  - weekly reports

- **Survey Training Needs**

- **Testing**
  - customized and standard
  - immediate results

- **Reinforce learning programs**
  - sweepstakes awards
  - awards for highest scores

- **Capture Training Prework**

- **Refer Participants To Supporting Materials**

MAR107793

3



# AWARD LINK



Our clients believe in the motivating power of Maritz' Award, Merchandising and Fulfillment services. When a person earns an award to reward performance, that award must be special, timely and of the highest quality. *Award Link* adds convenience. Participants can access information about their award system quickly and without hassle.

*Award Link* can be used to order Maritz merchandise, obtain *Award Credit* balances, learn more about exciting individual travel awards or play a game to win an award. Upon achieving their performance goals, program participants can play a par-three golf hole, compete in a horse race or enter a trivia challenge to win exciting awards. Customized to match our clients' specific programs, *Award Link* has many applications.



- Maritz Merchandise Ordering
- Standard And Customized Games
- Exclusively Yours® MasterCard® Card Participant Support
- Merchandise Information Requests
- Award Credit Bank Information

4

# T E L E   T R I P

Save time and money by linking your travelers with *Tele Trip*. As the leader in group travel, Maritz is in a unique position to serve our clients' business meetings and special event travel requirements. *Tele Trip* is designed to support all Maritz travel, business meeting and trade show services by providing a quick and cost-effective vehicle to share travel-related information.

- **Surveys**
- **Prerecorded Messages About The Travel Destination** (climate, tourist attractions, etc.)
- **Confirmations**
- **Program Itineraries**
- **Conference And Trade Show Registrations**
- **"Items To Bring" Messages**



MAR107795

5

## About Maritz

Maritz is a worldwide leader in the performance improvement industry. Privately held, Maritz has grown to be a major international corporation providing motivation, travel, research, communications, training, marketing services, business meetings, merchandise fulfillment, **information management** and teleservices to clients all over the world. **Direct Access** is one of Maritz' many highly effective products setting new benchmarks in the performance improvement industry.

## Client Information Services

Direct Access programs are developed and managed in the Client Information Services (CIS) group. Maritz CIS teams work with all other areas of the company to offer turnkey program operation. Using state-of-the-art hardware, proprietary software and quality-driven resource teams, CIS successfully manages over 400 client programs each year.

The **Direct Access** program is an innovative way to add value to your performance improvement programs. Easy, convenient and cost-effective, **Direct Access** offers many capabilities and features that provide timely feedback and proven performance improvement. Contact your Maritz account manager for more information on how your company can have **Direct Access**. Sample a few of **Direct Access'** special features by calling

### 1-800-228-9500.

When asked for the transaction code, press 185 followed by the pound sign (#).



MARITZ INC.

1375 North Highway Drive
Fenton, St. Louis County, Missouri 63099

EXHIBIT 25



**Cover Story**

# THE INTERACTIVE REVOLUTION

*How do you get consumers to respond to your promotions?*
*Through new high-tech routes on the emerging information superhighway*

BY JUDY QUINN

Two months from now, some 4,000 consumers in the Orlando area will be the first to receive Time Warner's new Full Service Network, an interactive cable TV channel, into their homes. According to Time Warner chair and CEO Gerald Levin, this will be no less than the start of "a new electronic superhighway [that] will change the way people use television...It truly will usher in the multimedia age."

Interactive. Multimedia. The information superhighway. Not a day goes by nowadays without these words cropping up in the business pages, as Time Warner or MCI or AT&T or some other communications giant announces grand plans to create cable, TV and phone networks that will incorporate sound, image, data and interactivity with the user in ways and speeds currently unheard of.

It's all enough to give anyone information anxiety, particularly incentive marketers wondering what media vehicle will give their consumer promotion the most pizzazz. "I've counted at least 60 players in interactive TV alone," says Gary Arlen, president of Arlen Communications, a Bethesda, Md.-based technology marketing consulting firm.

And while not every promotion has to be high tech—"any time you ask for consumer response, it's interactive," says Brent Bissell, director of database marketing for Minneapolis-based Carlson Marketing Group—technology's transformation of consumer media and consumer promotion, probably by the end of this century, will be undeniable. In the following pages, a look at how technology is changing the shape of consumer incentives.

## TV: Just How Interactive Will It Get?

While Time Warner CEO Gerald Levin can be expected to hype his company's Full Service Network, saying it "will provide extraordinary benefits," less biased bystanders—among them incentive marketers—are also eagerly awaiting its April debut.

"There should be plenty of consumer promotion opportunities on interactive TV," says Ellen Oppenheim, senior vice president-media director at FCB/Leber Katz Partners, a New York advertising agency that will test-market ads and promotions for its major advertising clients on Time Warner's and oth-

ers' new in[...]allows con[...]respond, ar[...]will go will[...]ability to p[...]information[...]or an entry[...]can enter [...]pressing a[...]device."

Brent Biss[...]marketing [...]Carlson Ma[...]view of how[...]interactive T[...]Marketing [...]"Time Warn[...]ad for Jeep C[...]active TV u[...]device to cho[...]screen, like [...]could then p[...]set-top print[...]reason why[...]coupon prin[...]on a chance f[...]

**Interacti[...]**
Time Warner[...]interactive T[...]Beaverton, O[...]tems Inc., wh[...]ning in Spain[...]ing Gillette a[...]The latter pro[...]through a we[...]viewers thro[...]about health [...]

## Tech[...]

What's in p[...]homes for [...]promotion[...]Electronic[...]tion, this is [...]rently shak[...]household[...]

98% have[...]
96% have[...]
91% have[...]
42% have[...]
systems/s[...]
37% have[...]
4% hav[...]

20

MAR28743



ew interactive TV networks. "It ['s] consumers to immediately [fi]nd, and the set-top printers that [al]go with these units will offer the [abi]lity to print material, be it more [infor]mation on the product, a coupon [to] entry in a sweepstakes. Or they [can en]ter a sweepstakes through [pres]sing a button on their remote [devi]ce."

[Bre]nt Bissell, director of database [mar]keting for Minneapolis-based [Carl]son Marketing Group, got a pre[vie]w of how promotions could run on [inter]active TV during this year's Direct [Ma]rketing Association conference. [Ti]me Warner showed us a prototype [ad] for Jeep Cherokee, where an inter[a]ctive TV user could use a remote [dev]ice to choose options shown on the [scr]een, like color and price. The user [cou]ld then print out this option on a [se]t-top printer," he says. "There's no [re]ason why you couldn't have a [c]oupon print out, or have users click [in] a chance for a sweepstakes."

### Interactive Infomercials

Time Warner is not the only one in the interactive TV game. Others include Beaverton, Ore.-based Interactive Systems Inc., which is already up and running in Spain, with advertisers including Gillette and Cheesebrough-Ponds. The latter promotes its beauty products through a weekly infomercial that takes viewers through an interactive quiz about health and beauty issues and then

rewards them with beauty tip booklets and other prizes. Mountain View, Calif.-based Interactive Network, already used by 3,000 subscribers in Sacramento and San Francisco, just tapped consumer marketing whiz Peter Sealey, a former Coca-Cola marketing executive, as president, and expects to provide national service within a year. One of its current programs is QB1, an interactive football game that is sponsored by Miller Beer; the game's graphics include bright and dominant displays of the Miller logo. Miller recently told *Advertising Age* that sales have increased in the bars and restaurants that run QB1, but declined to provide figures.

### Promises and Problems

Despite interactive TV's promise, however, there have already been some troubles to make advertisers and promoters wary of signing aboard a particular interactive TV system too soon. There is the issue of hardware: Each of these systems requires some sort of remote device, set-top box and printer, all of which will cost the consumer and/or advertiser. Some interactive tests are charging consumers as much as $200 for an initial hardware setup, with subscription fees thereafter. Advertisers also fear that no interactive TV company can yet support its promise to be a promotion intermediary and record and fulfill all consumer responses.

Still worse, one promising interactive TV test has already failed. At the end of last year, the Federal Communications Commission ordered Stamford, Conn.-based GTE Corp. to end its interactive TV service in Cerritos, Calif., by next month, claiming it had created a monopoly of one company providing both cable and phone service in a community. These legal battles have given some advantage to another budding interactive TV service, Reston, Va.-based Eon, formerly known as TV Answer, which



**Television viewers can now choose the language of the commercials they see.**

operates via radio and satellite communications instead of cable. Eon spokesman Paul Sturiale says the cost of setting up a home with a radio connection is only $150, compared to the current cost of $1,200 per home for fiber-optic wiring. Eon will starts its local testing in Reston around the time of Time Warner's pilot and is working with, among others, the J. Walter Thompson advertising agency and promotion house Marden Kane to attract advertising and promotion clients.

The only true arena for interactive TV promotion testing so far has been the up-and-running cable home-shopping shows, which are interactive in that they allow for call-in response from consumers. This summer, Paramus, N.J.-based Einson Freeman ran a promotion for Amtrak on the Home Shopping Club (HSC), and president Jeff McElnea says, "The promotion resulted in a tremendous increase in call volume to Amtrak's reservations lines." During HSC's regular "Shopping with Mindy" program, video segments promoting Amtrack train travel came up and a "train whistle" would blow, alerting viewers to call in and enter a sweepstakes to win first-class Amtrak trips for two anywhere in the United States. "It definitely helped increase brand awareness," says McElnea. "It's difficult to get across the idea of train travel in a mailer; this was definitely a better way."

But ask McElnea about the potential of the real high-end interactive TV coming down the pike, and he remains skeptical. "Home Shopping Club has millions of viewers," he says. "I'll wait until those systems get *that* kind of audience."



CEO Gerald [ed] to hype hi[s] [serv]ice Network, [the] extraordi[narily] biased by[the syste]m incentive [ea]gerly await[ed]

[pl]enty of con[tr]ortunities on [M]illen Oppen[...]dent-media [...]r Katz Part[...] advertising [ma]rket ads and [f]or advertiser [...]'s and oth[...]

## Technology's Reach

What's in place now in U.S. homes for high-tech consumer promotions? According to the Electronics Industry Association, this is how technology currently shakes out in American households:

98% have telephones
98% have television
91% have VCRs
42% have video game systems/software
37% have home computers
4% have home fax machines

MAR28744

## Cover Story ■ Interactive Promotions

# The Telephone: Instru... ...y Power

"Everyone has one, everyone knows how to use one. It doesn't scare young or old."

That's how Brad Wendkos, president of Phoneworks, a Hoboken, N.J.-based telepromotions company, describes the power of telephone as a promotion tool. Unlike those much-touted fiber-optic lines, phone lines are already in place nationally. Touchtone technology lends the phone plenty of interactivity, turning the phone receiver into a computer key-pad that can select choices and record information. And best of all, Wendkos says that when an interactive telephone number is added to a promotion (for a price, he says, as little as $3,000), it greatly improves the consumer response. One whopping example: when a client added an interactive 800-number instant-win-game to JVC's annual Jazz Festival promotion last year, response increased 650 percent from the previous year, in which only point-of-purchase sweepstakes displays were used. Callers, addressed by recognized jazz personality John Faddis, were asked to enter their home phone number to receive a prize code and the location of their local JVC dealer. Consumers took their unique prize code to the dealership to find out if their number matched one of the numbers on display. Prizes ranged from home entertainment equipment to a trip to the JVC Jazz Festival in Nice.

Perhaps the biggest use of telepromotions has been with those ever-swarming consumer promoters, Coke and Pepsi. Coke worked with, among others, Sprint's new FonMagic telepromotions division for its Monsters of the Grid-iron, a call-in promotion during televised football games that generated more than 32 million calls from con-



sumers. And in the case of 900-number telepromotions, it also becomes acceptable for consumers to pay to participate in the promotion, helping to defray the cost for the company and to weed out less serious customers. Coors' 900 num-

ber in its award-winning "Keystone Fishing Hotline," for example, charges consumers 60 cents per minute for fishing tips that Coors updated weekly from some 500 bait-and-tackle shops across the country. Callers interacted with a touchtone menu that allowed them to choose the fishing region...

...the promotion, Modern Media on the promotion, said...

...the future building...

...based technology marketing company that helped plan the promotion.

O'Connell has found, as many technology marketers do, that the entertainment aspect of the interaction allows for a less costly premium attached to it. And as seen in the case of 900-number telepromotions, it also becomes acceptable for consumers to pay to participate in the promotion, helping to defray the cost for the company and to weed out less serious customers.

...phone companies like AT&T's work on "smart" phones that would attach video and computer screens to phone "terminals"—will continue to keep the telephone a serious competitor as a promotional tool in the years to come.

### PCs:

As marke... really inte... and play... they alre... where tha... sonal com... using con... and the n... nologies a... from an... already ac... The car c... the first t... promotion... to reach t... audience... PCs), star... driving si... sumers to... racetrack... ping expe... (selected l... key on the... images o... accompan... and price...

22

MAR28745



## The Incentive Industry Gets Smart

The technology revolution is not just affecting the nature of consumer promotions—it's transforming the very nature of incentive management. According to Jack Sorentino, vice president of client information services for St. Louis-based Maritz Inc., "The new technologies are making incentive administration much more sophisticated. And good administration is key to good incentives: communications, the feedback, the reward." Among the technological improvements:

*Audio response tracking:* Similar to those used in consumer telepromotions, audio response telephone numbers can be set up so that program participants can check on their status or call in sales scores. "It used to be that a car dealership would have a punchboard up, and when a salesperson met a certain sales goal, he would pick a prize from the board," says Sorentino. "Now he can call in."

Hoboken, N.J.-based Phoneworks, a telepromotions firm, handles tracking and fulfillment of many incentive programs, including Apple's dealer program to push its Performa model. "Dealers call into the number, put in their personal ID, which could be their social security number or another assigned number, and they can hear how many

points they've accrued. They report sales by punching in product serial numbers and codes," says Brad Wendkos, Phoneworks' president. "They can also hear a personalized message, such as 'That's great, John. You've just met the quota.' Even though it's an automated program, it has a warm and fuzzy feel to it."

*Online communications:* Another great paperwork saver is running incentive program announcements and other material right on a company's PC network. Sorentino has done this for many Maritz clients, including one 120-office network, and has also linked clients' networks to Maritz's computer networks so that all announcements, tracking and other communications are running on one system.

*Interactive award catalogues:* "We're going to be able to make awards really come alive with technology," says Sorentino. Maritz is testing a merchandise catalogue where users can view images of items and place orders online. As for travel, the typical promotion videos will be enhanced so that "you could click on a particular dinearound option, then view the experience of that restaurant," says Sorentino. "We're going to really be able to explode the idea of the trip."

## PCs: Connecting to the Techno-Hip

As marketers wonder if consumers will really interact with their television set and play along with promotions on it, they already have an environment where that behavior is a given: the personal computer. Interactive promotions using computer disks, online services and the new CD-ROM and CD-I technologies are already attracting response from an ever-growing population already accustomed to high technology. The car companies have been among the first to utilize computer disks as a promotion tool. In 1985, Ford, wanting to reach the 18- to 34-year-old male audience (one of the biggest users of PCs), started offering a disk that has a driving simulator game allowing consumers to "drive" through a Grand Prix racetrack. This is followed by a "shopping expedition," a menu of choices (selected by punching the appropriate key on the computer keypad) to display images of certain models as well as accompanying data on specifications and prices. "We wanted to make sure

consumers kept the disk in their hard drive," says Paul Oparty, chief executive officer of the soft Ad Group, the Sausalito, Calif.-based firm that designed the promotion. "It was, in a sense, the premium for the promotion." Consumers are even willing to pay for it: Ford advertises the disk for $6.95—and also charges for a mail-in offer of a T-shirt that displays some of the disk's graphics. The disk also asks consumers to respond to a research survey—and most of them do it. Buick offered the second generation of car promotion disks a few years later. Developed by

San Antonio, Tex.-based Inmar Group, this disk offers the car information first, followed by interactive golf or trivia games. Buick's 1993 disk also has an additional incentive: Anyone who buys a car gets a $125 gift certificate from The Sharper Image, a cross-promotion partner whose logo appears in the material on the disk and who also advertises the Buick disk in its catalogue. Inmar president Dennis Snyder says that of the 150,000 consumers who received the targeted mailing of the 1993 disk, 37 percent ended up visiting a Buick dealership and 12 percent of that group

### Virtual Reality

No, this is not a far-out promotion option. Software technology for virtual reality, says Bill Meredith, president of CyberCom, has dropped dramatically in price in the past year, from about $40,000 to $15,000, and programs can run on mere PC terminals. Bubble Yum was one of the first to use this technology, operating a Virtual Reality Mall Tour last year. Each day of the tour, over 1,000 consumers brought five proof-of-purchase seals in order to don goggles and headset, grab a joystick and play a three-dimensional game to experience life on "Planet Yum." Cutty Sark plans to launch its much-hushed virtual reality promotion in two months.

MAR28746

**Cover Story ■ Interactive Promotions**

EMIUM ı
X AND BE

bought cars. Also, Snyder says the disk was copied an average of four times, reaching more users, and consumers can sign up for a "subscription" of yearly promo disks, assuring an ongoing connection to customers.

Now that the U.S. home PC population has penetrated above the 30-percent mark, Snyder says he's getting more interest from mass marketers like the packaged food companies in running some kind of demo, information or offer on disk. "We plan on doing things like 'Save five box tops, get a disk on health and fitness' —or even offer a disk as a premium on pack," he says. Disk promos are also getting cheaper: Costs for disk creation have dramatically dropped since Ford's initial foray; with improved and cheaper software programming technologies, a disk promo can be had for as little as $20 per piece.

**Beyond the Disk**

Disks have their drawbacks. Most require installation on a hard drive and viewing on a color monitor, but consumers may not have the space or the money for them. Thus, another option marketers are turning to is to run a promotion on one of the online networks to which PC users are already connected.

A recent online promotion was Coors'

Fan Picks Poll, which ran on Prodigy, one of the largest (950,000 households) and currently the most commercially inclined of the online networks. (Others include CompuServe, the new America Online and what many may feel may turn out to be the backbone of the information superhighway, the Internet.) Tied to Coors' ongoing sponsorship of college football, the Poll promotion was posted on Prodigy as well as in print by its promotion partner, *Sporting News* magazine. Prodigy users were alerted to the promotion when they called up the "commercial marketing" menu on Prodigy's menu. Online users could choose what they thought was the best-performing college football team that week, and that data was collected and then posted in *Sporting News'* next issue as well as on Prodigy. "An online service was a great vehicle for the promotion in this case because we needed immediacy—we had to compile those results overnight," says Gerald O'Connell, president of Modem Media, the technology marketing company that worked with Coors

on the promotion. Coors also ran a tie in retail promotion, running a sweepstakes where consumers would have to go to retailers to purchase product and get a chance to win a 30-week subscription to *Sporting News* or, as a grand prize, a trip to the college football game of their choice. O'Connell says the promotion paid off big not only in consumer response (one weekend alone netted 100,000 online responses) and some increased sales through the sweepstakes, but in "a halo effect of great PR, with Coors associated with the voice of college football."

However high marketers get on online services, this promotion vehicle has its glitches. Prodigy, which can usually run a promotion for a basic online connect, charge, is often criticized as being clunky and inefficient. Some of the other networks and their users are resisting commercialism, fearing an invasion of privacy, although the online services' various shopping services, bulletin boards and discussion groups seem ripe for promotion tie-ins. As these networks evolve—and perhaps get desperate for upkeep money—this resistance may drop. However, even then, says O'Connell, "It's going to take a sophisticated marketer to know how and when to use this promotion vehicle."

Perhaps an easier PC technology for promotion marketers will be the emerging CD computer disk formats, CD-ROM (read only memory, for information storage only) and CD-I (interactive, which allows users to choose options), both of which will dramatically increase the amount of data and image space. "CDs have tremendous potential," says Gary Arlen, president of Arlen Communications, a Bethesda, Md.-based marketing firm that advises companies on emerging technologies. "In the next few years, 30 to 50 percent of all PCs sold will have a CD drive. And consumers seem to be responding to this product." ■

## Screen Savers

Colorado Springs, Colo.-based Infinity Promotions creates customized screen savers so that corporate messages, logos and even contest information pop up instead of those flying toasters when PCs screens are idle. Infinity Promotions partner Steve Suslow says the typical PC user will see a screen saver image more than 100 times a week.

*Bulek's disk included golf and trivia games.*

## Smart Cards

Remember life before bankcards? Not many can, and companies are starting to use the scanning, bar code and voice-chip technology of these cards in consumer promotions. For the award-winning "The Little Engine That Could" 1991 holiday promotion that McCracken Brooks Communications designed for Wisconsin-based ShopKo Stores, consumers were mailed a bar-coded instant-win game card, which they brought into their nearest store. The card activated an interactive voice chip (which included the Little Engine train sounds and voice), telling con-

sumers whether they had won prizes including Fun Kits based around the classic children's book.

The promotion, and a similar one the following year, both exceeded the goal of increasing store traffic by 5 percent.

Jack Sorentino, director of client information services at St. Louis-based Maritz Inc. is currently working with a movie chain to develop a "smart card" on which all customer transactions would be recorded, so that the movie company could custom-tailor promotions to individual customers' buying habits.

scover What
d How to Us

f you think you
d market th
ing a big chance
er. Today's suc
fessionals are c
e new ideas and
an be more succ
Now, there's on
ay's leading ed
ling and Marke
ve where you ca
es, marketing, a
e roof.

Three major sho
see, meet and e
luding sales and
ding brand nam
d corporate gift
d incentive trav
ce, at one time.
e access to all th
learn what's new
rketing and how
mpany at inform
scover marketin
petitive clutter
prove your sale
ources who can
ectives.

Register ı

T NOW!
VOID A $15 ON-
REGISTRATION
OUR REGISTR
MUST BE POST
F APRIL 18

r admittance bad
uest cannot be p
you fill out th
lication complet

gistrations receiv
il 18 will not be pr

ck the ONE box t
cribes your busine

RPORATE SHOL-
Manufacturin
Banking/Fina
Insurance
Public Utilitie
Publishing
Transportatio
Real Estate
Broadcasting
Retailer
Wholesaler
Restaurant/Ho

MAR28747