# EXHIBIT 35

PART 1



**PCT**

WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification [7] : | | (11) International Publication Number: | **WO 00/21008** |
|---|---|---|---|
| **G06F 17/60** | **A1** | (43) International Publication Date: | 13 April 2000 (13.04.00) |

(21) International Application Number: PCT/US99/23077

(22) International Filing Date: 5 October 1999 (05.10.99)

(30) Priority Data:
09/167,315    6 October 1998 (06.10.98)    US

(71) Applicant: NETCENTIVES, INC. [US/US]; 690 Fifth Street, San Francisco, CA 94107 (US).

(72) Inventors: CATLIN, Timothy, J., O.; 7 Skymont Court, Belmont, CA 94002 (US). ROWNEY, Kevin, T.; 748 Duncan Street, San Francisco, CA 94131 (US).

(74) Agents: ALBERT, Philip, H. et al.; Townsend and Townsend and Crew LLP, Two Embarcadero, 8th floor, San Francisco, CA 94111 (US).

(81) Designated States: AE, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, CA, CH, CN, CR, CU, CZ, DE, DK, DM, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MD, MG, MK, MN, MW, MX, NO, NZ, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TR, TT, TZ, UA, UG, UZ, VN, YU, ZA, ZW, ARIPO patent (GH, GM, KE, LS, MW, SD, SL, SZ, TZ, UG, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European patent (AT, BE, CH, CY, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GW, ML, MR, NE, SN, TD, TG).

Published
*With international search report.*
*Before the expiration of the time limit for amending the claims and to be republished in the event of the receipt of amendments.*

(54) Title: AN ON-LINE INCENTIVE SYSTEM



(57) Abstract

An on-line incentive system provides a means for a consumer to enter an earning activity to earn value from the merchant. If the consumer qualifies, value, in the form of private label currency, is transferred from the merchant to the consumer without re-directing the consumer away from the merchant's web site. The merchant requests authorization to a clearinghouse site to transfer value from the merchant to the consumer via a value transfer network. The request is dispatched, via the Internet, from the merchant site to the clearinghouse site. If the value transfer is unsuccessful, then the incentive management system enters asynchronous retransmission mode, wherein the value transfer is periodically initiated from the merchant location to the clearinghouse location. At the clearinghouse site, authorization for the value transfer is determined, and a response message that indicates a status for the authorization is dispatched to the merchant. Thereafter, a response is sent to the consumer that indicates the status of the authorization request.


EXHIBIT NO.
5-18-06

*FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AL | Albania | ES | Spain | LS | Lesotho | SI | Slovenia |
| AM | Armenia | FI | Finland | LT | Lithuania | SK | Slovakia |
| AT | Austria | FR | France | LU | Luxembourg | SN | Senegal |
| AU | Australia | GA | Gabon | LV | Latvia | SZ | Swaziland |
| AZ | Azerbaijan | GB | United Kingdom | MC | Monaco | TD | Chad |
| BA | Bosnia and Herzegovina | GE | Georgia | MD | Republic of Moldova | TG | Togo |
| BB | Barbados | GH | Ghana | MG | Madagascar | TJ | Tajikistan |
| BE | Belgium | GN | Guinea | MK | The former Yugoslav | TM | Turkmenistan |
| BF | Burkina Faso | GR | Greece | | Republic of Macedonia | TR | Turkey |
| BG | Bulgaria | HU | Hungary | ML | Mali | TT | Trinidad and Tobago |
| BJ | Benin | IE | Ireland | MN | Mongolia | UA | Ukraine |
| BR | Brazil | IL | Israel | MR | Mauritania | UG | Uganda |
| BY | Belarus | IS | Iceland | MW | Malawi | US | United States of America |
| CA | Canada | IT | Italy | MX | Mexico | UZ | Uzbekistan |
| CF | Central African Republic | JP | Japan | NE | Niger | VN | Viet Nam |
| CG | Congo | KE | Kenya | NL | Netherlands | YU | Yugoslavia |
| CH | Switzerland | KG | Kyrgyzstan | NO | Norway | ZW | Zimbabwe |
| CI | Côte d'Ivoire | KP | Democratic People's | NZ | New Zealand | | |
| CM | Cameroon | | Republic of Korea | PL | Poland | | |
| CN | China | KR | Republic of Korea | PT | Portugal | | |
| CU | Cuba | KZ | Kazakstan | RO | Romania | | |
| CZ | Czech Republic | LC | Saint Lucia | RU | Russian Federation | | |
| DE | Germany | LI | Liechtenstein | SD | Sudan | | |
| DK | Denmark | LK | Sri Lanka | SE | Sweden | | |
| EE | Estonia | LR | Liberia | SG | Singapore | | |

WO 00/21008                                    PCT/US99/23077

# AN ON-LINE INCENTIVE SYSTEM

## BACKGROUND OF THE INVENTION

5      ### Field of the Invention:

The present invention is directed toward the field of on-line incentive programs, and more particularly to a remote incentive management system that utilizes private label currency.

10      ### Art Background:

In general, merchants (*e.g.*, proprietors of goods and services) participate in incentive programs to entice customers or consumers to purchase products or services. Typically, merchants participate in incentive programs to reward customers for purchasing merchandise. The merchant's general goal is

15      to confer the maximum benefit on the customer while minimizing the merchant's overhead and cost.

One type of incentive program confers a single product or service to the customer as an award. The frequent flyer mile program is an example incentive program that confers a single predefined benefit to the customer. In a

20      frequent flyer mile program, credit cards, associated with airlines, permit customers to receive frequent flyer miles in exchange for the customer's use of the credit card. The frequent flyer mile incentive programs typically award the

2

customer one frequent flyer mile for each dollar spent using the credit card.  The customer subsequently redeems the frequent flyer miles earned for airline tickets or upgrades in accordance with the rules of the frequent flyer mile program.

       In a second type of incentive program, the customer may receive

5     incentive "points" or stamps for a purchase based on the value of the purchase. For example, if a customer purchases a $1,000 item, then the customer may receive 1,000 points.  For this type of incentive program, the customer is provided with a means for redeeming the points.  Typically, the customer may select items from a catalog to redeem the points for merchandise or services.

10    Although the catalog provides the customer with a greater selection than the predetermined benefit program, the customers benefit is constrained to items in the catalog.

       A merchant, when setting up the incentive program, must select how the customer will receive benefit from participation in the incentive program.

15    For example, the merchant may set up the incentive program with a vendor or supplier of the value, such as a frequent flyer mile program, so that the customer receives a pre-determined benefit (*e.g.*, frequent flyer miles) after the customer purchases the merchant's product.  Alternatively, the merchant may develop a catalog of merchandise for which the customer may redeem items based on the

20    amount awarded.  Accordingly, because the merchant desires to confer the maximum benefit on the customer, it is desirable, when implementing an incentive program, to provide the customer with a wide array of choices while

3

minimizing the overhead required by the merchant to implement the incentive program.

As outlined above, incentive programs are currently used for credit card transactions, as well as customer transactions performed at a merchant's

5    store. However, the Internet provides numerous opportunities for conducting transactions, including electronic commerce. The potential for commerce over the Internet is great because a user, through use of a computer logged onto the Internet, may reach a huge number of merchants. Because incentive programs are an effective way of motivating customers to purchase goods or services, it is

10    desirable to implement an incentive program for use with the Internet.

One implementation of an on-line incentive program is to completely implement the incentive program on a clearinghouse web site, distinct from merchants' web sites. For this implementation, a user is directed from a merchant's web site to the clearinghouse web site to conduct the transactions

15    required to confer benefit upon the customer. However, directing the customer away from the merchant's web site is undesirable. Furthermore, because the incentive program is implemented solely at the clearing house site, the merchant loses all control over the parameters of the incentive program. Therefore, it is desirable to provide a balance between allowing the merchant to control certain

20    aspects of the incentive program, while maximizing the benefit the customer receives for participating in the incentive programs.

Networks have been developed to transfer sensitive financial

4

information, such as credit information, from a customer to a clearinghouse. For example, credit cards and automatic teller machines (ATM) cards are used in a secure fashion to transfer financial information from a consumer to a merchant via the credit card or bank clearinghouse. Because the systems are vulnerable to

5    attack, many safeguards have been implemented to ensure that such transactions are secure to prevent fraud and theft. However, these general safeguards are tailored to accommodate value transactions from a consumer to a merchant. As is described fully below, the present invention implements a value transfer network that implements safeguards and protections to optimize a system that

10   transfers value from merchants to consumers (i.e., in the reverse direction of the typical purchase transaction).


## SUMMARY OF THE INVENTION

An on-line incentive system provides a means for a consumer to

15   enter an earning activity to earn value from the merchant. The value is initially conferred in the form of private label currency. If the consumer qualifies, value is transferred from the merchant to the consumer without re-directing the consumer away from the merchant's web site. In this way, the consumer's focus of activity remains at the merchant's web site. At the clearinghouse, the

20   consumer is provided a means to redeem the private label currency value for goods and services.

In one embodiment, software at the merchant's web site determines

WO 00/21008                                            PCT/US99/23077

5

whether the consumer qualifies to earn value by defining parameters that determine the earning activity. A request for authorization, originating at the merchant's location, is dispatched to a clearinghouse to transfer value from the merchant to the consumer. In one embodiment, the functionality that determines

5    whether the consumer qualifies to earn value is performed on the merchant's web server, payment server or fulfillment server, and the functionality to request authorization to a clearinghouse resides on a separate remote incentive management server.

In one embodiment, the incentive management system includes a

10    value transfer network. The value transfer network provide a secure and reliable means to transfer value from a merchant to a consumer. Through use of the value transfer network, a request is generated, at the merchant's location, to authorize a value transfer from a merchant's account to a consumer's account. The request is dispatched, via the Internet or a private network, from the

15    merchant site to the clearinghouse site. If the value transfer is unsuccessful, then the incentive management system enters an asynchronous retransmission mode, wherein the value transfer is periodically initiated from the merchant location to the clearinghouse location until a transaction confirmation is received at the clearinghouse site. Also, the value transfer, signed and encrypted, is logged in

20    the form of human readable text. At the clearinghouse site, authorization for the value transfer is determined, and a response message that indicates a status for the authorization is dispatched to the merchant. Thereafter, a response is sent to

WO 00/21008                                                    PCT/US99/23077

6

the consumer that indicates the status of the authorization request. The consumer

may receive a response via e-mail. Thus, the consumer receives a real-time

response regarding the result of the value transfer.

The earning activity may include any action or response the

5      merchant seeks to elicit from the consumer. In one embodiment, the merchant

seeks, in a "lend" earning activity, the lending of the consumer's attention in a

manner pre-defined by the merchant. A "send" earning activity generally

involves the merchant's desire for the consumer to send information requested

by the merchant. In a "bend" earning activity, the merchant seeks to bend the

10     behavior of the consumer in a manner pre-defined by the merchant. Also, a

"spend" earning activity motivates the consumer to purchase merchandise or

services offered by the merchant.


BRIEF DESCRIPTION OF THE DRAWINGS

15     Figure 1 is a diagram illustrating one embodiment for an on-line

incentive system.

Figures 2a - 2c illustrate an example of a consumer's host display

during a real-time value transfer transaction in accordance with one embodiment

of the present invention.

20     Figure 3 illustrates one embodiment to deploy a remote incentive

management system at the merchant's location.

Figure 4 is a flow diagram illustrating one embodiment for remote

WO 00/21008                                                    PCT/US99/23077

7

incentive management software operating at the merchant's location.

Figure 5 is a flow diagram illustrating one embodiment for processing a request for authorization message in the remote incentive management system.

5      Figure 6 is a flow diagram illustrating one embodiment for processing request for point authorization (RFA) messages at the clearinghouse location.

Figure 7 illustrates one embodiment of a remote incentive management system implemented at the merchant's location.

10     Figure 8 is a flow diagram illustrating one embodiment for consumer private label currency redemption.

Figure 9 illustrates a high level block diagram of a general purpose computer system in which the servers of the incentive system of the present invention may be implemented.

15

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Private Label Currency System:

In a preferred embodiment, an incentive system involves interaction
20     among a consumer, a merchant, and a clearinghouse. Figure 1 illustrates one embodiment for an on-line incentive system. In one embodiment, the incentive system is implemented as an Internet incentive system. In general, the incentive

WO 00/21008                                          PCT/US99/23077

8

system 100 involves three entities:  a consumer 110, a merchant 120, and a clearinghouse 130.  For purposes of simplicity, the consumer, merchant, and clearinghouse are referred to in the singular form;  however, the incentive program typically supports many consumers and merchants, and may involve

5      more than a single clearinghouse.  For purposes of explanation, a consumer is any entity, whether an individual or business, for which a merchant desires to transfer or confer value.  A merchant, as used herein, generally refers to any entity that desires to transfer value to a consumer in exchange for certain behavior or activity.  A clearinghouse, as used herein, denotes an entity that

10     redeems consumer value, conferred by the merchant, for services or goods of suppliers.

        In general, a consumer earns or receives value, or private label currency, from a merchant, and the consumer subsequently redeems the value for goods and services via the clearinghouse.  In a preferred embodiment, the

15     communications to support a value transfer from the merchant to the consumer, and the subsequent redemption by the consumer, occur over the open Internet. The "Z" shaped double headed arrows, shown on Figure 1, denote bi-directional communication via the Internet.  Although the value transfer and value redemption of the present invention is described in conjunction with

20     communication over the Internet, any form of communication, such as a direct telephone line connection, may be used without deviating from the spirit and scope of the invention.

WO 00/21008                                                    PCT/US99/23077

9

In one embodiment, to receive value, the consumer 110 surfs up to a web site of merchant 120, and the consumer 110 enters an "earning activity", specified by the merchant 120. As described more fully below, the earning activity may include any behavior or activity the merchant seeks to extract from

5      the consumer 110. Once the consumer 110 has completed the earning activity to the satisfaction of the merchant 120, value for the earning activity is transferred from the merchant 120 to the clearinghouse 130. Thereafter, the consumer 110 may contact a web site, supported by the clearinghouse 130, to redeem value for goods and services. As described more fully below, the

10     consumer 110 must perform a one time authorization to redeem the value at the clearinghouse 130.

The incentive system consists of a plurality of merchants 120 who are association with the clearinghouse 130. In general, the private label currency is not bound to a specific redemption item, such as frequent flyer miles, or bound

15     to a specific catalog. With this system, the consumer 110 may earn value from different merchants, who participate in the incentive program, for deposit, and subsequent redemption, of the value at a single repository (*e.g.*, the clearinghouse 130). In one embodiment, the value, or private label currency, is measured in points, and the consumer 110 redeems "X" points of the private label

20     currency for "X" amount of services and/or products.

The use of private label currency system of the present invention provides a vehicle for merchants to implement incentive programs while

10

protecting the pricing policies of the merchants. If an incentive program uses currency (*e.g.*, cash or credit), then the consumer may readily ascertain, and consequently calculate, a monetary value for the value transferred from the merchant to the consumer. For example, if a consumer receives, in an incentive

5    program, one dollar of value for every one hundred dollars purchased, then the incentive discount is readily understood by the consumer. Thus, the use of public currency in an incentive program exposes the pricing policy (e.g., purchase price minus the amount of currency earned) directly to the consumer. However, with use of private label currency, which is later redeemed by the

10    consumer for some other value, the monetary amount conferred by the merchant to the consumer is not readily evident, and thus the pricing policy of the merchant is preserved.

In general, the clearinghouse 130 operates as a repository of value earned by the consumer at one or more merchants. As shown in Figure 1, the

15    clearinghouse 130 is coupled to the suppliers 140, to indicate a relationship between the suppliers 140 and the clearinghouse 130. Specifically, the clearinghouse 130 transforms the private label currency for some form of value provided by the supplier 140. For example, the consumer 110 may redeem the private label currency for frequent flyer miles. In this example, the supplier 140

20    represents an airline, or airline coalition, that awards frequent flyer miles to the consumer after the clearinghouse 130 transfers hard currency to the supplier 140 (*e.g.*, airline provider). The consumer 110 may redeem the private label currency

11

for any type of value, such as cash, credit, tangible goods, services, etc.

In one embodiment, the merchant 120 and clearinghouse 130 have a prearranged contractual relationship. Specifically, the merchant 120 purchases value or private label currency, and the clearinghouse 130 maintains a merchant account that reflects the amount of value held by that merchant. As described

5    more fully below, as the consumer 110 earns value from a merchant, value is debited from the merchant account, and credited to the consumer account under predetermined rules (e.g., completion of all phases of the transaction). The clearinghouse 130 also maintains a consumer account from which the consumer,

10   through a redemption process, transforms value into goods and/or services of suppliers 140.

Figures 2a - 2c illustrate examples of consumer host displays during a real-time value transfer transaction in accordance with one embodiment of the present invention. The "Z shaped" line indicates communication over the Internet

15   from the consumer's host to the merchant's web site. A consumer, utilizing a web browser, such as Netscape Navigator or Microsoft® Explorer, "surfs up" to a merchant's web site. In some way, the merchant's web site invites the consumer to enter an earning activity. Figure 2a illustrates an example display at the consumer's host that invites the consumer to commence an earning activity

20   at the merchant's web site. As described more fully below, an earning activity may entice the consumer to: purchase products and/or services; lend time to a predefined activity on the merchant's web site; bend their behavior in some pre-

WO 00/21008                                      PCT/US99/23077

12

defined way; or send information about themselves to the merchant.

In one embodiment, after the consumer enters the earning activity, the merchant notes that the consumer entered the earning activity, and verifies the operation of the remote incentive management system (Figure 3). If the

5    incentive management system is not operable, then the merchant notifies the consumer host that value will not be earned at this time for the earning activity. If the incentive management system is operable, and the customer completes the earning activity, as defined by the merchant, then the merchant generates a request for authorization to the clearinghouse 130 (Figure 1). If the

10   clearinghouse 130 authorizes the transaction in response to the request for authorization, then a response message is generated and sent to the merchant 120. Thereafter, the merchant 120 notifies the consumer 110 that value has been earned for the earning activity.

Figure 2b illustrates an example display response to notify the

15   consumer that the value has been earned (e.g., congratulations you have earned value). If a failure occurs in the value transfer network (e.g., the network between the merchant 120 and the clearinghouse 130), then the consumer is notified that value will be earned pending verification that the earning activity and the consumer comply with predetermined rules or criteria as shown in the

20   example display of Figure 2c.

As illustrated by the above example, the incentive management system provides, with respect to the consumer, a "real-time" response to inform

13

the consumer as to the status of the earning transaction. Accordingly, by providing a real-time response to the consumer regarding the consumer's value earned, the consumer receives a greater sense of satisfaction when participating in an incentive program, and is more likely to participate in additional incentive

5    programs.

In one embodiment, the incentive management system of the present invention processes value or private label currency transactions as multiple phase transactions. The use of multiple phase transactions provides a rational model for debiting value from the merchant's account. In one embodiment, value

10   transfer includes three phases: authorization, capture, and charge back. During the authorization phase, the clearinghouse determines whether the merchant has sufficient credit (*e.g.*, value) to commit the transaction. During the second phase, capture, actual transfer of value occurs from the merchant's account into the consumer's account. The last phase, charge back, permits removing value

15   from a consumer's account if, subsequent to the capture phase, circumstances arise that invalidate the transaction. In general, the clearinghouse implements the value transfer phases of authorization, capture, and charge back. Accordingly, although the clearinghouse conducts real-time authorization to deposit value into the consumers account, value is only ultimately conferred to the consumer

20   pending the capture and charge back phases of the transaction.

For the authorization phase, the incentive management system executes fraud control procedures to ensure that the consumer is valid (*e.g.*,

WO 00/21008                                                    PCT/US99/23077

14

consumer qualifies to receive the value), and it determines whether the merchant

is capable of conferring the value. In one embodiment, to implement the capture

phase, the incentive management system allows the merchant to view transactions

to make a determination as to whether the value, previously transferred from the

5      merchant account to the consumer account, is valid. For example, if the earning

activity is based on a consumer purchase, then the merchant capture and charge

back phases may be consistent with the financial transactions associated with a

purchase (*e.g.*, a credit card transaction). For this example, if a dispute or

charge back occurred with the credit card, then the merchant would not capture

10     value for transfer to the consumer account.

In one embodiment, to implement the capture phase, value is

transferred to the consumer account after a predetermined amount of time unless

the merchant explicitly voids the transaction. In a second embodiment to

implement the capture phase, the merchant sends a confirmation to the incentive

15     management system to commit the value transaction (*e.g.*, debit of the merchant

account and credit of the consumer account). To implement a charge back in the

incentive management system, the merchant executes an additional transaction

to the clearinghouse to revoke value from the consumer (*e.g.*, void the value

transaction).

20

Earning Activity:

The "earning activity" for the incentive program may include any

WO 00/21008                                                    PCT/US99/23077

15

activity or behavior that the merchant seeks to extract from the consumer. In one embodiment, earning activities include events that occur across the entire consumer relationship cycle, including the introduction of relations between a consumer and a merchant. A "lend" earning activity involves the consumer

5   lending some time and attention to an activity sought by the merchant. The lend earning activity may include any activity that requires the consumer to lend attention to the merchant. For example, the merchant may want consumers to read an advertisement posted on a merchant's web page.

A "send" earning activity involves the consumer sending information

10  about themselves to the merchant. The merchant may desire to award value to consumers for a send earning activity in order to conduct market research. For example, the merchant may request, for a send earning activity, that the consumer complete a survey that includes preferences, tastes, demographic information, etc.

15  A third earning activity, referred to as a "bend" earning activity, is used by the merchant to change the behavior of a consumer. For example, a bank may desire to award those customers who use an on-line banking service to conduct bank transactions. For this example, the merchant seeks to change the behavior of a consumer by enticing the consumer to use on-line banking services

20  instead of using a live teller. By further way of example, in an attempt to reduce overhead, a delivery service may want its customers to place orders through an on-line delivery request form.

WO 00/21008                                                          PCT/US99/23077

16

A fourth category of earning activity, referred to as a "spend" earning activity, involves a merchant that rewards consumers for purchasing products and/or services from the merchant. For example, a merchant may award value to a consumer based on the dollar amount of the consumer purchase.

5

Remote Incentive Management System Deployment:

Figure 3 illustrates one embodiment to deploy a remote incentive management system at the merchant's location. The remote incentive management server 315, and software operating thereon, is characterized as

10   "remote" because the functionality is implemented at the merchant's location, and is thus remote from the clearinghouse location. For this implementation, the merchant 120 (Figure 1) includes a merchant web server 300, a remote incentive management server 315, a transaction log 320, and the merchant's firewall 325. In addition, software running on the merchant's web server 300 communicates

15   with software running on the remote incentive management server 315 via a request for authorization-application program interface (RFA-API) 310. In one embodiment, the merchant's web server 300 and remote incentive management server 315 are coupled at the merchant's location via a local area network (LAN).

20   An implementation for the clearinghouse is also shown in Figure 3. The clearinghouse is implemented through a consumer's account server/database 335, clearinghouse incentive management server 340, merchant's account

WO 00/21008                                                          PCT/US99/23077

17

database 350, and the clearinghouse firewall 355. The consumer, who interacts

with both the merchant and clearinghouse, is represented by block 330, denoted

as the consumers Internet access. The "Z" shaped lines, terminated with arrows,

connote an interface over the Internet.  The consumers Internet access 330

5       communicates, over the Internet, to the merchant's web server 300, as well as

the consumers account server/database 335.  As described fully below, the value

transfer network involves communication over the Internet between the remote

incentive management server 315 and the clearinghouse incentive management

server 340.

10              As shown in Figure 3, for this embodiment, the functionality for the

remote incentive management system is implemented on a server (315) distinct

from the merchant's web server 300.  In addition, a merchant may have several

web servers at the merchant's location, and one or more web servers may

communicate to the remote incentive management server 315.  In one alternative

15      embodiment, functionality for the incentive management system is implemented

remote from the merchant's location.  For example, the incentive management

system may be implemented as part of the  payment and fulfillment system.  In

another alternative embodiment, the merchant's web server may include the

remote incentive management system software, and may directly communicate

20      to the clearinghouse incentive management server 340.  However, running the

remote incentive management software on a separate server than the merchant's

web server has several advantages when implementing a remote incentive

18

management system.

   To implement the functionality of the remote incentive management
software, as described herein, on the merchant's web server 300, significant
modifications of the merchant's web server software would be required. For
5    example, transactional software, which implements complex transactions such as
electronic commerce, often requires replacing the merchant's web server
software with entirely new software. The partitioning of the merchant's web
server 300 with the remote incentive management server 315 is a very different
solution for implementing complex transaction functionality at the merchant's
10   location. For the incentive management system shown in Figure 3, the
merchant's web server 300 requires minimal software running on the merchant's
web server 300.

   The remote incentive management server 315 implementation allows
for a clear and clean partition between the merchant's web server and functions
15   associated with the incentive system. In general, the merchant's web server is
a very vulnerable part of the overall perimeter security of the merchant's
computer system. For purposes of security, a firewall, designated in Figure 3
as merchant's firewall 325, is implemented to monitor and limit entry onto to the
merchant's web server 300. The server division between the merchant's web
20   server and the remote incentive management server allows for a clean partition
of liability between the merchant and the clearinghouse. For example, if a
security break in occurs on the merchant's web server due to a security breach,

WO 00/21008

PCT/US99/23077

19

then liability will not fall on the incentive management system due to the simple interaction (*e.g.*, one API call) between the merchant's web server 300 and the remote incentive management server 315.    Thus, the remote incentive management server 315 does not compromise the security of the merchant's web

5    server.    If such a security breach does occur, the point of entry or break in, as between the merchant's web server software and the remote incentive management software, is evident.    If the incentive management software was fully implemented on the merchant's web server, and a security break in or security breach occurred on the merchant's web server, then the incentive

10    management software may be a point of attack that results in breach of the merchant's perimeter security.    Furthermore, the server division allows the merchant to protect cryptographic keys that reside in the remote incentive management server 315 because the server 315 is not part of the outer perimeter of security at the merchant's location.

15        The separation of functionality between the merchant's web server 300 and the remote incentive management server 315 further allows for the merchant to fully define the earning activity.    In a preferred embodiment, the merchant fully implements the functionality to support the earning activity on the merchant's web server 300.    In this way, the merchant solely determines the

20    conditions for which a consumer earns value through the earning activity.    By allowing the merchant to fully control the earning activity, the incentive management system provides the greatest flexibility to the merchant.

WO 00/21008                                          PCT/US99/23077

20

In one embodiment, the merchant's web server software communicates with the remote incentive management server software via the RFA-API 310. In general, the RFA-API 310 is an application program interface, which runs on the merchant's web server, that the merchant's software

5    calls to start a value transaction. The RFA-API call starts a "client/server" transaction between the merchant's web server 300 and the remote incentive management server 315. The RFA-API provides the link to separate the process between the merchant's web server 300 and the remote incentive management server 315 to commence a value transfer transaction.

10    As discussed more fully below, a call to the RFA-API, by the merchant software, signifies: entry of a consumer into the merchant defined earning activity; and the commencement of a value transfer to deposit value in the consumer's account. Because the RFA-API is conducted over a local area network, a less secure transaction between the merchant's web server 300 and the

15    remote incentive management server 315 is required than a transaction that pierces the merchant's perimeter security. The RFA-API is ported across a wide variety of platforms to provide maximum flexibility to interface the merchant's web server software to the remote incentive management system software. In one embodiment, the RFA-API calls support calls from any programming

20    language, such as C, C++, Perl, Java, etc.

In one embodiment, as an enhancement to the incentive system, the remote incentive management system executes rules that define certain

21

parameters for the earning activity (*i.e.*, earning activity rules). In general, the earning activity rules, executed by the remote incentive management system, facilitate the merchant's implementation of functionality that defines the earning activity. For example, earning activity rules, when executed, may impose

5      limitations and constraints on the consumer's qualification to earn value in a manner desirable for many types of incentive programs. In one embodiment, the merchant may select which rules to enforce, and thereby customized the use of the earning activity rules.

In another implementation for a remote incentive management

10     system, a "minting engine" is executed at the consumer. In general, the minting engine performs the functionality to effectuate a value transfer from a merchant to the consumer. In one embodiment, the minting engine is software running on the consumer's computer. In operation, the consumer enters an earning activity, at the merchant's web site, to earn value from the merchant as described above.

15     If the consumer qualifies, the merchant enables the consumer's minting engine to begin the value transfer from the merchant's account to the consumer's account. Thereafter, the consumer initiates a value transfer request to a clearinghouse to effectuate the transfer of value from the merchant to the consumer.

20

Value Transfer Network:

In one embodiment, the incentive management system implements

WO 00/21008
PCT/US99/23077

22

functionality for a value transfer network through software operating on the remote incentive management server 315. Figure 4 is a flow diagram illustrating one embodiment for incentive management software operating at the merchant's location. Prior to executing a value transfer transaction, the consumer enters an

5     earning activity on the merchant's web server, as shown in block 400. As shown in blocks 410 and 420, if the remote incentive management system is operable, then it records the consumer's entry into the earning activity. As shown in blocks 410 and 430, if the incentive management system is not operable, then the consumer is notified that value will not be awarded at this time for the earning

10     activity. In one embodiment, the merchant's software determines whether the incentive management system is operable through a call to the RFA-API. A non-operable incentive management system may be a result of the remote incentive management server 315 being down. This initial call to the remote incentive system provides feedback to the consumer, such that if the remote incentive

15     management system is not working, the consumer learns that he or she will not earn value for completion of the earning activity. This initial call significantly reduces the probability of failure in the value transfer network by insuring that the remote incentive management server 315 is initially operable. If a consumer is allowed to complete the earning activity without warning that the consumer

20     will not receive value for the earning activity, then the consumer will be dissatisfied with the incentive program. Thus, with regard to the consumer, the initial check to determine operability of the remote incentive management server

WO 00/21008                                              PCT/US99/23077

23

315 permits a graceful shutdown of the incentive program.

As shown in block 440 of Figure 4, the incentive management system waits until the consumer completes the earning activity. When the consumer completes the earning activity, the merchant verifies the completion of the earning activity as shown in block 450. For example, the merchant may impose several conditions or rules on the earning activity, and this step verifies that the consumer complied with these rules or conditions. After verification, the merchant executes a second call to the incentive management system via the RFA-API as shown in block 460. As shown in block 470, the incentive management system creates a secure request for point authorization (RFA) message. In one embodiment, the RFA message is processed for transmission over the open Internet. In addition to creating the secure RFA message, the incentive management systems logs the RFA message in the transaction log 320 (Figure 3) as shown in block 480. As shown in block 490, the RFA message is dispatched over the Internet to the clearinghouse.

Figure 5 is a flow diagram illustrating one embodiment for processing a request for authorization message in the remote incentive management system. As discussed above, the remote incentive management system, operating at the merchant's location, creates a secure RFA message (block 470, Figure 4). As shown in block 500, the remote incentive management system generates a clear text message requesting the value transfer. Table 1 lists several fields for RFA message.

WO 00/21008                                    PCT/US99/23077

24

## Table 1

| Merchant ID |
|---|
| Sequence # |
| Date Stamp |
| Promotion ID |
| Amount Awarded |
| Consumer's E-Mail Address |
| Authentication Token |

5

10

The merchant identification (ID) field uniquely identifies the merchant.  The sequence # field stores a number to order or sequence multiple RFA messages. For example, multiple RFA messages may be transferred for a value transfer. With the sequence #, the clearinghouse incentive management server 340 may

15   determine the original sequence of the messages.  The date stamp, resolved to the nearest second, reflects the time the message was created, and thus uniquely identifies the message.   A promotional ID field identifies the particular promotion for which the value has been earned.  This permits the clearinghouse to track and record information regarding various promotions that a merchant

20   may run.   The RFA message further includes an amount awarded to the consumer.  For example, if the private label currency is measured in points, then the amount awarded is a specific amount of points.  The consumers e-mail address is also included so that the clearinghouse, if necessary, may attempt to contact the consumer. The last field shown in Table 1, the authentication token

25   field, provides some sort of authentication, originated by the consumer, to bind

WO 00/21008                                                    PCT/US99/23077

25

the network identity of the consumer to a social identity of the consumer.

The incentive management system encrypts the clear text RFA message as shown in block 510. In one embodiment, the incentive management system implements private key cryptography to encrypt RFA messages.

5      Although the incentive management system is described using private key cryptography, any algorithm that encodes or encrypts the RFA message may be used without deviating from the spirit or scope of the invention. In a preferred embodiment, an encryption technique is used that optimizes security and speed of the encryption (i.e., the level of security is maximized while the overhead to

10     encrypt the message is minimized). In general, with private key cryptography, a single secret key is used to both encrypt a message as well as decrypt the message. Typically, public key cryptography is used when there are a large number of users. For example, to encrypt a message between a consumer and a merchant, a public key cryptography system would require excessive key

15     management due to the large number of potential consumers. The private key cryptography algorithms may be executed more quickly than public key cryptography algorithms. However, private key cryptography introduces key management problems that do not exist in public key cryptography. In an incentive management system, there are relatively few merchants in relationship

20     to the number of consumers. Accordingly, the key management problem is reduced because the keys are securely maintained by only the merchants and clearinghouse.

WO 00/21008                                                    PCT/US99/23077

26

In one embodiment, the keys, to encrypt the RFA message, are stored in the remote incentive management server 315 (Figure 3). The remote incentive management server, which is isolated from the perimeter security of the merchant's location, provides a secure location to maintain the secret keys.

5      As shown in block 520 of Figure 5, the remote incentive management system signs the encrypted message using a signature key. A digital signature technique is a well known technique to authenticate a message. As is well known, a digital signature is derived from the specific message, as well as the merchant's secret key. Specifically, the use of a digital signature
10     authenticates that the message originated from the merchant, and thus the digital signature detects any tampering of the message that may have occurred over the open Internet.

As shown in block 530, the signed/encrypted RFA message is dispatched to the clearinghouse over the Internet. In one embodiment, two
15     protocols are used to transfer the signed/encrypted RFA message over the Internet. Because the RFA messages are relatively small, a UDP protocol can be used to transfer the RFA message. The UDP protocol is a highly unreliable protocol for transmitting messages over the Internet. In a second embodiment, the http protocol is used to transmit the RFA message. The http protocol,
20     although requires higher overhead, is generally more reliable than the UDP protocol. Some merchants may only support a single protocol to reduce the complexity in maintaining perimeter security. For these merchant locations, the