# EXHIBIT 37

EXHIBIT △Fx /Y/



Thomas Storey   tstorey@addemup.com

7700 east gainey ranch road #146 scottsdale az 85258
602.905.0575 / fax 602.483.9131 / pager 1.800.366.4811



EXHIBIT
25
Bach
5-11-01 NR

EXHIBIT
181