# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-360-JJF |
| | ) | |
| MARITZ INC., | ) | **PUBLIC VERSION** |
| | ) | |
| Defendant. | ) | |

STATEMENT OF UNDISPUTED FACTS

Maritz Inc. submits this Statement of Undisputed Facts in Support of its Motion For Partial Summary Judgment Limiting Claims For Lost Profits Damages.

1. On December 7, 2001, Trilegiant Corporation acquired the patents-in-suit from Netcentives, Inc. *See* Ex. B, Patent Assignment, dated December 7, 2001.

2. REDACTED

3. Trilegiant assigned the patents and any related causes of action to Trilegiant Loyalty Solutions, Inc., n/k/a Affinion Loyalty on January 28, 2004. *See* Ex. D, Patent Assignment, dated Jan. 28, 2004.

4. REDACTED

5. Affinion Patents "was formed . . . for the sole purpose of holding the patents . . . ." *See* Memorandum Opinion, p. 7, Docket No. 148.

6.    REDACTED

May 25, 2006

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: *Patricia J. Rogowski*
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

*Attorneys for Maritz Inc.*

---

[1] A copy of this quote is available should the Court wish to review it.

# Exhibit B to

# Defendant Maritz Inc.'s Opening Brief in Support of Motion for Partial Summary Judgment Limiting Claims for Lost Profits Damages

# Filed Under Seal

# EXHIBIT C

```
                         1642beller.txt
                                                              402




 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE
 3
 4    -------------------------------x
 5    AFFINION LOYALTY GROUP, INC., :Case Action No.:
 6                                  : 04-360-JJF
 7           Plaintiff,             :
 8       v.                         :Volume III
 9                                  :
10                                  :HIGHLY CONFIDENTIAL
11    MARITZ, INC.,                 :OUTSIDE COUNSEL ONLY
12           Defendant.             :UNDER PROTECTIVE ORDER
13    -------------------------------x
14                   Friday, May 19, 2006
15    Videotaped deposition of MARTI BELLER witness, called
16    for further examination by counsel for Defendant
17    pursuant to notice and agreement of counsel,
18    continuing at approximately 9:02 a.m. at Rothwell,
19    Figg, Ernst & Manbeck, P.C., 1425 K Street, N.W.,
20    Suite 800, Washington, D.C., before Ryan C. Jackson,
21    CSR, Notary Public in and for the District of Columbia,
22    when were present on behalf of the respective parties:
```

0
                                                              403

```
                    1642beller.txt
1   APPEARANCES:
2        ON BEHALF OF THE PLAINTIFF:
3             STEVEN LIEBERMAN, ESQUIRE
4             Rothwell, Figg, Ernst & Manbeck, P.C.
5             1425 K Street, N.W., Suite 800
6             Washington, D.C. 20005
7             (202) 783-6040
8
9        ON BEHALF OF THE DEFENDANT:
10            DAVID W. HARLAN, ESQUIRE
11            Senniger, Powers, Leavitt & Roedel
12            One Metropolitan Square, 16th Floor
13            Saint Louis, Missouri 63102
14            (314) 231-5400
15
16
17  ALSO PRESENT:
18       SAL NAPOLITANO, VIDEOGRAPHER
19
20                  *  *  *  *  *
21
22
```

404

```
1                    C O N T E N T S
2   THE WITNESS:                              PAGE
3   MARTI BELLER
                         Page 2
```

```
                      1642beller.txt
 4          Examination by Mr. Harlan..........407
 5          Examination by Mr. Lieberman.......562
 6
 7                    E X H I B I T S
 8   EXHIBIT NO:                                    PAGE
 9   009   June 28, 2002 letter from R. Evans, Jr.
10   to M. Beller (previously marked)..............563
11   271   Notice of Deposition Pursuant to Fed.
12   R. Civ. P. 30(b)(6)...........................407
13   272   List of clients of Affinion Loyalty
14   Group, Inc....................................419
15   273   List of RFPs............................435
16   274   Trilegiant Loyalty Solutions webpage....470
17   275   Trilegiant Loyalty Solutions webpage....475
18   276   Trilegiant Loyalty Solutions Privacy
19   Policy - Terms of Use.........................476
20   277   Affinion Loyalty Group webpage..........482
21   278   String of email - H. Loftus to C.
22   Chaney, et al.................................483
```

405

```
 1              E X H I B I T S  (CONTINUED)
 2   EXHIBIT NO:                                    PAGE
 3   279   String of e-mail from R. Dufour to J.P.
 4   Nichols, et al................................494
 5   280   Detailed Action.........................496
 6   281   Competitor Overview.....................504
```
Page 3

1642beller.txt

```
 7   282    iPro...................................516
 8   283    Cendant Incentives document............522
 9   284    Request for filing a Provisional
10   Application..................................524
11   285    U.S. Patent Application Publication
12   Pub. No.: US 2002/0188511 A1..................528
13   286    Patent Application Publication
14   Pub. No.: US 2003/0200142 A1..................549
15   287    July 3, 2002 letter from S. Lieberman
16   to Robert M. Evans, Jr........................564
17
18
19
20
21
22
```

406

```
 1            P R O C E E D I N G S
 2                                                    08:41
 3        THE VIDEOGRAPHER:  This is the beginning of  09:00
 4   Videotape Number 1 of the videotaped deposition of
 5   Marti Beller taken by the Defendant in Civil Action
 6   Number 04-360-JJF entitled Affinion Loyalty Group,
 7   Inc., Plaintiff, v. Maritz, Inc., Defendant, filed in
 8   the United States District Court for the District of
 9   Delaware and held in the offices of Rothwell, Figg,
```

Page 4

```
                    1642beller.txt
10   Ernst & Manbeck, 1425 K Street, Northwest,
11   Washington, D.C., on Friday, May 19, 2006, at the
12   time indicated on the video screen, currently 9:02
13   a.m.
14          The court reporter is Ryan Jackson, the           09:02
15   videographer is Sal Napolitano, both from the firm of
16   Henderson Legal Services.
17          Will the attorneys introduce themselves,          09:02
18   and then the reporter will swear in the witness.
19          MR. LIEBERMAN:  My name is Steve Lieberman        09:02
20   from the firm of Rothwell, Figg, Ernst & Manbeck
21   together with Jack Bloomenfeld of the Morris Nichols
22   firm.  We represent the Plaintiff.
```

                                                                                407

```
1           MR. HARLAN:  My name is David Harlan of the       09:02
2    firm of Senniger Powers, St. Louis, Missouri.  Our
3    firm represents Defendant Maritz, Inc.
4    whereupon,                                               09:02
5                     MARTI BELLER                            09:02
6    called for further examination by counsel for the       09:02
7    Defendant, and having been duly sworn by the Notary
8    Public, was examined and testified as follows:
9         EXAMINATION BY COUNSEL FOR THE DEFENDANT            09:02
10              (Deposition Exhibit No. 271 was marked        09:03
11              for identification)                           09:03
12          MR. HARLAN:  This would be Exhibit 271.           09:03
                            Page 5
```

1642beller.txt

REDACTED

# EXHIBIT D

/14/2004 14:21 FAX 202 783 6031     ROTHWELL, FIGG, ERNST&MANB                    ☐002

| FORM 1595 | | U.S. DEPARTMENT OF COMMERCE<br>Patent and Trademark Office |
|---|---|---|
| | RECORDATION FORM COVER SHEET<br>PATENTS ONLY | |

To the Honorable Commissioner of Patents and Trademarks. Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies):<br><br>**Trilegiant Corporation**<br><br>Additional name(s) of conveying party(ies) attached? [ ] Yes  [X] No | 2. Name and address of receiving party(ies):<br><br>NAME: Trilegiant Loyalty Solutions, Inc.<br><br>ADDRESS: 7814 Carousel Lane<br>Richmond, VA 23294-4212 |
|---|---|
| 3. Name of Conveyance:<br>[X] Assignment       [ ] Merger<br>[ ] Security Agreement  [ ] Change of Name<br>[ ] Other<br><br>Execution/Effective Date: January 28 and 29, 2004 | Additional name(s) & addresses(es) attached?<br>[ ] Yes      [X] No |

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is: _____

| A. Patent Application No.(s)<br><br>09/854,721; 09/668,965; 09/167,315;<br>09/637,422; 09/717,972; 09/637,387;<br>09/932,588; 10/420,901 | B. Patent No.(s)<br><br>5,774,870; 6,009,412; 6,578,012; |
|---|---|

Additional numbers attached?   [X] Yes   [ ] No

| 5. Name and address of party to whom correspondence concerning document should be mailed:<br><br>Name:<br>Internal Address: Rothwell, Figg, Ernst & Manbeck<br>                 Suite 800<br>Street Address: 1425 K St., N.W.<br>City:           Washington,<br>State:          D.C.         Zip: 20005<br>Telephone No.:  202/783-6040<br>Facsimile No.:  202/783-6031<br><br>Attorney Docket No.: 2829 | 6. Total number of applications<br>   and patents involved:   11<br><br>7. Total fee (37 CFR 3.41): ...  $ 440.00<br>   [ ] Enclosed<br>   [X] Authorized to be charged to deposit account<br><br>8. Deposit account number: 02-2135<br><br>Attach duplicate copy of this page if paying by deposit account |
|---|---|

DO NOT USE THIS SPACE

9. Statement and signature.

To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Richard Wydeven                 [signature]          May 14, 2004
Name of Person Signing            Signature              Date

Total number of pages including cover sheet, attachments and documents: 7

**PATENT**
700084812                                     REEL: 014624 FRAME: 0927

'2004 14:21 FAX 202 783 6031      ROTHWELL, FIGG, ERNST&MANB                     ☒003

## ASSIGNMENT

WHEREAS, Trilegiant Corporation, a corporation of the State of Delaware, with a business address of 100 Connecticut Avenue, Norwalk, CT 06850-3541 (hereafter "ASSIGNOR") is the owner of the inventions and applications identified by the U.S. and foreign patent and patent application numbers as listed on the attached Exhibit A (hereafter "PROPERTIES"); and

WHEREAS, Trilegiant Loyalty Solutions, Inc., a corporation of the State of Delaware, with a business address of 7814 Carousal Lane, Richmond VA 23294-4212, (hereafter "ASSIGNEE") is desirous of obtaining the entire right, title and interest in, to and under the PROPERTIES;

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) to it in hand paid, and other good and valuable consideration, the receipt of which is hereby acknowledged, ASSIGNOR has sold, assigned, transferred and set over, and by these presents does hereby sell, assign, transfer and set over, unto ASSIGNEE, its successors, legal representatives and assigns, the entire right, title and interest in, to and under the PROPERTIES and all divisions, renewals, continuations and continuations-in-part thereof, and all Letters Patent of the United States which may be granted thereon and all reissues, re-examinations and extensions thereof, to the full end of the term thereof, as fully and entirely as the same would have been held by ASSIGNOR had this assignment and sale not been made, including all rights to recover damages for any and all infringement, including past infringement, and all applications for Letters Patent which may hereafter be filed for PROPERTIES in any country or countries foreign to the United States, and all Letters Patent which may be granted for PROPERTIES in any country or countries foreign to the United States and all divisions, continuations, continuations-in-part, re-examinations, extensions, renewals and reissues thereof and all rights of priority in any such country or countries based upon the filing of applications for PROPERTIES for Letters Patent of the United States which are created by any law, treaty or international convention and all rights corresponding to the foregoing throughout the world; and ASSIGNOR hereby authorizes and requests the Commissioner of Patents of the United States, and any official of any country or countries foreign to the United States, whose duty it is to issue patents on applications as aforesaid, to issue all Letters Patent for PROPERTIES to the ASSIGNEE, its successors, legal representatives and assigns, in accordance with the terms of this instrument.

Further Assurances. Assignor further agrees, without further consideration, to cause to be performed such lawful acts and to be executed such further assignments and other lawful documents as Assignee may reasonably request to effectuate fully this Agreement and to permit Assignee to be duly recorded as the registered owner and proprietor of the rights hereby conveyed.

Governing Law. THIS AGREEMENT SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF DELAWARE, REGARDLESS OF THE LAWS THAT MIGHT OTHERWISE GOVERN UNDER APPLICABLE PRINCIPLES OF CONFLICT OF LAWS THEREOF.

Consent to Jurisdiction. Each of the parties (1) consents to submit itself to the personal jurisdiction of any U.S. federal court located in the State of Delaware or any Delaware state court in the event any dispute arises out of this Agreement, or any of the transactions contemplated by this Agreement, (b) agrees that it will not attempt to deny or defeat such personal jurisdiction by motion or other request for leave from any such court, and (c) agrees

1/2004 14:21 FAX 202 783 6031         ROTHWELL,FIGG,ERNST&MANB                    ☒004

that it will not bring any action relating to this Agreement, or any of the transactions contemplated by this Agreement in any court other than a U.S. federal court sitting in the State of Delaware or a Delaware state court.

AND ASSIGNOR HEREBY covenants that it has full right to convey the entire interest herein assigned, and that it has not executed, and will not execute, any agreement in conflict herewith.

[Remainder of Page Intentionally Left Blank]

004 14:21 FAX 202 783 0031         ROTHWELL, FIGG, ERNST&MANB                    ☒005

IN TESTIMONY WHEREOF, the undersigned officers of ASSIGNOR and ASSIGNEE, with authority to do so, have hereunto set their hands and seals on the dates set forth below.

_____, a _____ corporation (ASSIGNOR)

By: _____

Typed Name: Nathaniel J. Lipman
Typed Corporate Title: President & CEO

State of Connecticut )
County of Fairfield ) ss:

This 29th day of January, before me personally came the above-named Nathaniel J. Lipman, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth and with authority to do so on behalf of _____, a Delaware corporation.

Trilegiant Corporation

_____
Notary Public
My commission expires: ALDA BRACCIA NOTARY PUBLIC
My Commission Expires 12/31/05

Trilegiant Loyalty Solutions, Inc., a Delaware corporation (ASSIGNEE)

By: _____

Typed Name: Tom Siegel
Typed Corporate Title: Secretary

IN TESTIMONY WHEREOF, the undersigned officers of ASSIGNOR and ASSIGNEE, with authority to do so, have hereunto set their hands and seals on the dates set forth below.

Trilegiant Corporation a Delaware corporation (ASSIGNOR)

By: _____

Typed Name: Nathaniel J. Lipman
Typed Corporate Title: President + CEO

State of: Connecticut
County of: Fairfield                  ss:

This 28th day of January 2004, before me personally came the above-named Nathaniel J. Lipman, to me personally known as the individual who executed the foregoing assignment, who acknowledged to me that he/she executed the same of his/her own free will for the purposes therein set forth and with authority to do so on behalf of _____, a _____ corporation.

Trilegiant Delaware
Corporation

Notary Public: Alda Braccia
My commission expires: NOTARY PUBLIC
MY COMMISSION EXPIRES 12/31/05

_____, a _____ corporation (ASSIGNEE)

By: _____

Typed Name:
Typed Corporate Title:

PATENT
REEL: 014624 FRAME: 0931

05/14/2004 14:22 FAX 202 783 6031     ROTHWELL, FIGG, ERNST&MANB                    ☒007

# Exhibit A

| Patent No./ Application No. | Title | RFEM Ref. No. | Notes (if applicable) |
|---|---|---|---|
| 09/854,721 | METHOD AND SYSTEM FOR AFFILIATE TRACKING | 2829-131 | N/A |
| PCT/US02/15205 | METHOD AND SYSTEM FOR AFFILIATE TRACKING | 2829-131.PCT | PCT |
| 09/668,965 | CONFIGURABLE PROMOTION MANAGER FRAMEWORK | 2829-132 | N/A |
| 5,774,870 | FULLY INTEGRATED, ON-LINE INTERACTIVE FREQUENCY AND AWARD REDEMPTION PROGRAM | 2829-134 | N/A |
| 2,240,424 | FULLY INTEGRATED, ON-LINE INTERACTIVE FREQUENCY & AWARD REDEMPTION PROGRAM | 2829-134.CA | Canada |
| 96 944 791.1 | FULLY INTEGRATED, ON-LINE INTERACTIVE FREQUENCY & AWARD REDEMPTION PROGRAM | 2829-134.EP | EPO |
| 6,009,412 | FULLY INTEGRATED ON-LINE INTERACTIVE FREQUENCY AND AWARD REDEMPTION PROGRAM | 2829-135 | N/A |
| 6,578,012 | FULLY INTEGRATED, ON-LINE INTERACTIVE FREQUENCY AND AWARD REDEMPTION PROGRAM | 2829-136 | N/A |
| 09/167,315 | AN ON-LINE INCENTIVE SYSTEM | 2829-137 | N/A |
| (758404) 62871/99 | AN ON-LINE INCENTIVE SYSTEM | 2829-137.AU | Australia |
| 2,297,787 | AN ON-LINE INCENTIVE SYSTEM | 2829-137.CA | Canada |
| 99 950 155.4 | AN ON-LINE INCENTIVE SYSTEM | 2829-137.EP | EPO |
| 1101558.1 | AN ON-LINE INCENTIVE SYSTEM | 2829-137.HK | Hong Kong |
| 137357 | AN ON-LINE INCENTIVE SYSTEM | 2829-137.IL | Israel |
| 6780 | AN ON-LINE INCENTIVE SYSTEM | 2829-137.MX | Mexico |
| 200003848-9 | AN ON-LINE INCENTIVE SYSTEM | 2829-137.SG | Singapore |
| 09/637,422 | TRANSACTION BASED AWARD PROGRAM | 2829-138 | N/A |

05/14/2004 14:22 FAX 202 783 6031    ROTHWELL,FIGG,ERNST&MANB    ☒008

| | | | |
|---|---|---|---|
| 70576/00 | TRANSACTION BASED AWARD PROGRAM | 2829-138.AU | Australia |
| 2,381,368 | TRANSACTION BASED AWARD PROGRAM | 2829-138.CA | Canada |
| 00 959 220.5 | TRANSACTION BASED AWARD PROGRAM | 2829-138.EP | EPO |
| 09/717,972 | USER PURCHASE VERIFICATION OF INTERNET ADVERTISING EFFECTIVENESS | 2829-139 | N/A |
| 19239/01 | USER PURCHASE VERIFICATION OF INTERNET ADVERTISING EFFECTIVENESS | 2829-139.AU | Australia |
| 2,396,332 | USER PURCHASE VERIFICATION OF INTERNET ADVERTISING EFFECTIVENESS | 2829-139.CA | Canada |
| 00 982 174.5 | USER PURCHASE VERIFICATION OF INTERNET ADVERTISING EFFECTIVENESS | 2829-139.EP | EPO |
| 09/637,387 | LOW AUTHENTICATION PROMOTION ALGORITHM AND CIRCUIT BREAKER | 2829-140 | N/A |
| 09/932,588 | REDEMPTION SYSTEM FOR AWARD REDEMPTION | 2829-141 | N/A |
| PCT/US02/26044 | REDEMPTION SYSTEM FOR AWARD REDEMPTION | 2829-141.PCT | PCT |
| 10/420,901 | ON-LINE INTERACTIVE FREQUENCY AND AWARD REDEMPTION PROGRAM | 2829-173 | N/A |

# Exhibit E to

# Defendant Maritz Inc.'s Opening Brief in Support of Motion for Partial Summary Judgment Limiting Claims for Lost Profits Damages

# Filed Under Seal