# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AFFINION NET PATENTS, INC.,          )
                                     )
              Plaintiff,             )        Civil Action No. 04-360-JJF
                                     )
       v.                            )
                                     )        **PUBLIC VERSION**
MARITZ INC.,                         )
                                     )
              Defendant.             )


## STATEMENT OF UNCONTROVERTED FACTS

Maritz Inc. submits this Statement of Undisputed Facts in Support of its Motion

For Summary Judgment of Non-Infringement.

1.      Under oath, Mr. Storey provided the following characterization of the on-

line incentive program (dubbed "ADDemup") described in the patents-in-suit:

> [I]n one session, somebody could sit down and purchase a product, pay for
> it, receive points, and, at the same time, get their new balance.  They could
> redeem the points for an award, order the award, review the award, and
> change any aspect of their profile within the program.
>
> That is what I mean when I talk about an on-line interactive fully
> integrated award program
>
> ...
>
> For it to be a fully integrated web-based or on-line interactive system, the
> capability needs to exist to allow the product or service purchaser to
> interact directly with any aspect of the home page, whether it is a program
> home page or a product home page, in real-time.

Ex. C at 210, 213.


2.      The title of the '412 Patent is "FULLY INTEGRATED ON-LINE

INTERACTIVE FREQUENCY AND AWARD REDEMPTION PROGRAM."  Ex. B.

3.    The Patent Office indicated that it was the specific combination of an on-line product catalog, frequency database, and award catalog that was deemed patentable over the prior art, because e-commerce systems and incentive programs were both known in the art. Ex. D, '870 Patent, Notice of Allowability; Ex. E, '012 Patent, Notice of Allowability at 2 ("Quinn teaches an on-line award catalog..." and "[t]he closest non-patent prior art is Quinn, which fails to teach or suggest an on-line product catalog. That is taught by Peterson, but the combination is not suggested by the prior art.")

4.    The Quinn reference was published in February of 1994 and is prior art to the patents-in-suit. Ex. F (MAR28743-28747). This reference disclosed incentive programs that permitted on-line interactive communications between participants and the incentive program. *Id*. at MAR28746. This reference disclosed "interactive award catalogues," which allow "users to view images of items and place orders online." *Id*.

5.    Affinion's remaining infringement allegations relate to Claims 10-17, 27-34, and 36 of the '412 Patent. Ex. G (March 17, 2006 Response to Interrogatory No. 1).

6.    Claim 10 provides:  A method for redeeming incentive awards in an on-line incentive program, said method comprising the steps of:

> **implementing an on-line incentive program that issues award points to users, wherein said award points are redeemable by said user for an award;**
>
> implementing an Internet webpage accessible, via a computer system, to at least one user of said on-line incentive program for on-line interactive communications between said user and said Internet webpage;
>
> offering, on said Internet webpage, at least one redeemable award available to said user for exchange of said award points; and
>
> permitting said user to initiate a process to receive said at least one redeemable award for exchange of said award points issued to said user through said on-line incentive program.

Ex. C ('412 Patent, col. 11, ll. 13-29) (emphasis added).

7.    Affinion admits that Claims 27 and 36 contain the same four steps as Claim 10.  Docket No. 139 at 8-9.  Claim 27 is directed to a "computer readable medium" for carrying out these steps, while Claim 36 claims software for performing them.

8.    Affinion accuses two systems used by Maritz of infringing the asserted claims of the '412 Patent:  VAULT and AwardHQ.  *See* Ex. G, March 17, 2006 Response to Interrogatory No. 1.  Both of these systems utilize database and Internet technology to manage loyalty and incentive programs.

9.

REDACTED

10.

REDACTED

11.

REDACTED

12.

REDACTED

3

13.    The VAULT system generally employs three ways to process a consumer's point earnings and eventually make them available for redemption:

REDACTED

REDACTED

14.

15.    Maritz uses the AwardHQ system for a diverse array of incentive programs.

REDACTED

16.

REDACTED

17.

REDACTED

18.

REDACTED

19.

REDACTED

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

May 29, 2006

By: *Patricia S Rogowski*

Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

*Attorneys for Maritz Inc.*

EXHIBIT B

UNITED STATES DISTRICT SUPERIOR COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

NETCENTIVES, INC.,                  )
                                    )
          Plaintiff,                )
     vs.                            )Nos. C-00-0669-CAL
                                    )     C-00-0986-CAL
THE SPERRY & HUTCHINSON COMPANY,    )     C-00-2637-CAL
INC., et al.,                       )
                                    )
          Defendants.               )
_____     )
                                    )
NETCENTIVES, INC.,                  )
                                    )
          Plaintiff,                )
     vs.                            )  DEPOSITION OF
                                    )
MASSMEDIUM.COM, INC., et al.,       )THOMAS W. STOREY
                                    )
          Defendants.               ) April 3, 2001
_____     )
                                    ) Volume II
NETCENTIVES, INC., and THOMAS       )Pages 158 - 303
W. STOREY,                          )
          Plaintiffs,               )NOTICING ATTORNEY:
     vs.                            ) RONALD J. SCHUTZ
                                    )
BEENZ.COM, INC., et al.,            )
                                    )
          Defendants.               )
_____     )


     REPORTED BY:   DIANE L. FREEMAN, CSR NO. 5884

          GOLDEN GATE REPORTERS
         35 Mitchell Boulevard, Suite 8
            San Rafael, CA 94903-2010
        1-800-442-4622 * (415) 491-4611
              (415) 491-4635

email:ggr@depos.com      web:http://www.depos.com/

TRL-MTZ 14060

Printed/copied on recycled paper

GOLDEN GATE REPORTERS
35 Mitchell Boulevard, Suite 8
San Rafael, California  94903
1-800-442-4611 * (415) 491-4611
FAX (415) 491-4635

April 19, 2001


Mr. Thomas Storey
c/o James H. Wallace, Esquire
Wiley, Rein & Fielding
1776 K Street,  N.W.
Washington D.C.  20006

Re:  NETCENTIVES vs. HUTCHINSON & SPERRY, et al.

Dear Mr. Storey:

          Your deposition taken in the above
matter has been transcribed.  This deposition will
be available at my office for reading and signing by
you for a period of 30 days.

          In the alternative, you may choose to
examine your attorney's copy, and if you have any
corrections or otherwise want to communicate with
this office about your deposition, you may send a
letter to us signed by you and mailed by certified
or registered mail with return receipt requested.  A
copy of that letter should be sent by first-class
mail to all parties attending the deposition.

          In the event you have not reviewed
your deposition within 30 days plus 5 days for
mailing, [CCP 2025 (q)(1)], the original transcript
will be sealed pursuant to CCP 2025(s)(1), and
thereafter mailed to the deposing attorney.

Very truly yours,

Diane L. Freeman
CSR # 5884

cc: Original transcript
    All counsel

TRL-MTZ 14061

1          BE IT REMEMBERED that, pursuant to

2   notice, and on Tuesday, April 3, 2001, commencing at

3   9:11 a.m. thereof, at Crosby, Heafey, Roach & May,

4   Two Embarcadero Center, San Francisco, California,

5   before me DIANE L. FREEMAN, a Certified Shorthand

6   Reporter, personally appeared

7

8              THOMAS W. STOREY,

9

10  called as a witness herein, who, having been

11  previously duly sworn, was examined and testified as

12  follows:

13              --oOo--

14

15      ROBINS, KAPLAN, MILLER & CIRESI LLP, 2800

16  LaSalle Plaza, 800 LaSalle Avenue, Minneapolis,

17  Minnesota 55402, represented by RONALD J. SCHUTZ and

18  EMMETT J. McMAHON, Attorneys at Law, appeared as

19  counsel on behalf of the Defendant Carlson

20  Companies.

21

22      WILEY, REIN & FIELDING, 1776 K Street, N.W.,

23  Washington, D.C., 20006, represented by JAMES H.

24  WALLACE, JR. and GREGORY R. LYONS, Attorneys at Law,

25  appeared as counsel on Plaintiff Netcentives

**TRL-MTZ 14062**                    159

1          WILSON, SONSINI, GOODRICH & ROSATI, 650 Page

2    Mill Road, Palo Alto, California 94304, represented

3    by JERRY M. SNYDER, Attorney at Law, appeared as

4    counsel on behalf of the Defendant Webmiles.

5

6          LEGAL VIDEOS, 13 Crestwood Drive, San Rafael,

7    California 94901, BILL HAMM, Videographer.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TRL-MTZ 14063**          160

09:47   1   program, and I wanted to do research in the public

09:48   2   domain to see if there were any other companies

09:48   3   which were doing any sort of web-based or internet-

09:48   4   based incentive programs.

09:48   5       Cathay Pacific here has notes which show

09:48   6   that they had a way to allow you to register as a

09:49   7   Cathay Pacific cyber traveler, but that wasn't

09:49   8   online, and you were then automatically entered into

09:49   9   the mileage millionaire contest, which was just an

09:49   10  offline contest that they ran.

09:49   11      And then we note down here I note down

09:49   12  here, which Jackie transcribed for me, their web

09:49   13  address.

09:49   14      Q.  Did you find any online incentive programs

09:49   15  in your internet research?

09:49   16      A.  I was not able to find any online internet-

09:50   17  based or web-page-based online interactive incentive

09:50   18  programs which fully integrated the product catalog,

09:50   19  the awards catalog, the credit check routine, the

09:50   20  awards redemption routine or any of the elements

09:50   21  that are claimed in the '870 patent.

09:50   22      Q.  Now, you've used the term "fully

09:50   23  integrated" several times.  Can you tell us what you

09:50   24  mean by that?

09:50   25      A.  Fully integrated, I'd like to look at the

**TRL-MTZ 14109**                    206

| | | |
|---|---|---|
| 09:51 | 1 | '870 patent, because I believe we talk in the '870 |
| 09:53 | 2 | patent about fully integrated. |
| 09:53 | 3 | If you go to the patent '870, and you look |
| 09:53 | 4 | at the flow chart that is at the bottom of that |
| 09:53 | 5 | page -- |
| 09:53 | 6 | Q.  On the cover sheet? |
| 09:53 | 7 | A.  Yes. |
| 09:53 | 8 | -- and the subsequent flow charts which, as |
| 09:53 | 9 | you can see, the arrows pointing off here relate to |
| 09:53 | 10 | these next pages, to create a link so that all of |
| 09:53 | 11 | these pieces are fit together. |
| 09:53 | 12 | What fully integrated means in the '870 |
| 09:54 | 13 | patent is that the purchaser of a good or service |
| 09:54 | 14 | who is accessing the '870 invention, either directly |
| 09:54 | 15 | through a web page on the internet or through an |
| 09:54 | 16 | online provider web page on the internet, which is |
| 09:54 | 17 | summarized here as No. 30 Internet Access, that |
| 09:54 | 18 | individual who is paying for a product or service |
| 09:54 | 19 | for their own consumption in that session has the |
| 09:54 | 20 | ability to interact with any aspect of this |
| 09:55 | 21 | invention while they are in that online session at |
| 09:55 | 22 | that point of access. |
| 09:55 | 23 | And so what they are able to do is they are |
| 09:55 | 24 | able to, while they are in that session, interact |
| 09:55 | 25 | with the program home page, and fully integrated -- |

**TRL-MTZ 14110**                    207

GOLDEN GATE REPORTERS 1-800-442-4611
Witness:  Thomas W. Storey

| | | |
|---|---|---|
| 09:55 | 1 | interactive, and fully integrated means, in that |
| 09:55 | 2 | environment, that they cannot only view that program |
| 09:55 | 3 | home page, but they can actually change aspects of |
| 09:55 | 4 | that program home page in realtime in that session. |
| 09:55 | 5 | Q.  What do you mean by "change aspects" of it? |
| 09:55 | 6 | A.  I'd like to finish, then we can go back and |
| 09:55 | 7 | ask questions. |
| 09:55 | 8 | Q.  Oh, okay. |
| 09:55 | 9 | A.  Concurrently to that, in that session, they |
| 09:56 | 10 | may also go to a product information home page, |
| 09:56 | 11 | which could be an implementation of a catalog, and a |
| 09:56 | 12 | catalog, the typical printed catalog for products |
| 09:56 | 13 | would you have pictures and detailed in-depth |
| 09:56 | 14 | descriptions. |
| 09:56 | 15 | While they are in that session, they can go |
| 09:56 | 16 | to the product catalog page and interact directly |
| 09:56 | 17 | with that page.  By interact I mean in that |
| 09:56 | 18 | environment that, while they are sitting on a web |
| 09:56 | 19 | page, they can change the nature of what is in that |
| 09:56 | 20 | web page and what comes back will change as well. |
| 09:57 | 21 | In addition, if you look at Figure 2, while |
| 09:57 | 22 | they are in that session, they will be interacting |
| 09:57 | 23 | online -- and by online again I mean in an internet |
| 09:57 | 24 | or a web-page-based environment, they will be |
| 09:57 | 25 | checking -- they will have their credit checked, so |

**TRL-MTZ 14111**          208

| | | |
|---|---|---|
| 09:57 | 1 | they will perform an action, input a credit card |
| 09:57 | 2 | number, and a specific response will come back which |
| 09:57 | 3 | they can then again interact with. |
| 09:57 | 4 | They also, in that same session at that |
| 09:57 | 5 | same time, can interface with their current -- and |
| 09:58 | 6 | by current I mean up to the date, within the last |
| 09:58 | 7 | possible moment of time, their current awards |
| 09:58 | 8 | schedule and enrollment information. |
| 09:58 | 9 | So they can in that session online, while |
| 09:58 | 10 | they are doing everything else, they can change |
| 09:58 | 11 | their home address, they can decide that they want |
| 09:58 | 12 | to try to get a particular award, they can review |
| 09:58 | 13 | not only their points balances but their points |
| 09:58 | 14 | history, and every transaction that they have had |
| 09:58 | 15 | related to the '870 invention. |
| 09:58 | 16 | In addition, in that same session, at the |
| 09:59 | 17 | same time, on a web page, they are in a position and |
| 09:59 | 18 | can in realtime go to a awards catalog which could |
| 09:59 | 19 | be a very rich, detailed description, set of |
| 09:59 | 20 | pictures, it could even be videos of various awards, |
| 09:59 | 21 | and in realtime, while they are doing all these |
| 09:59 | 22 | other things, they can actually select an award, |
| 09:59 | 23 | decide that they would like to receive that award, |
| 09:59 | 24 | and they can have an electronic message delivered to |
| 10:00 | 25 | an awards provider at that point in time to receive |

**TRL-MTZ 14112**          209

| | | |
|---|---|---|
| 10:00 | 1 | that award. |
| 10:00 | 2 | And, concurrent with all of that, while |
| 10:00 | 3 | that is happening, their awards balance can either |
| 10:00 | 4 | be increased or decreased. |
| 10:00 | 5 | So, in one session, somebody could sit down |
| 10:00 | 6 | and purchase a product, pay for it, receive points, |
| 10:00 | 7 | and, at the same time, get their new balance. They |
| 10:00 | 8 | could redeem the points for an award, order the |
| 10:00 | 9 | award, review the award, and change any aspect of |
| 10:00 | 10 | their profile within the program. |
| 10:00 | 11 | That is what I mean when I talk about an |
| 10:01 | 12 | online interactive fully integrated award program. |
| 10:01 | 13 | Q.  What's a session?  You said the same |
| 10:01 | 14 | session, what do you mean by that? |
| 10:01 | 15 | A.  I view a session to be -- and people |
| 10:01 | 16 | skilled in the art of the internet, and this patent |
| 10:01 | 17 | talks very specifically about the internet --I |
| 10:01 | 18 | believe people skilled in the art would view a |
| 10:01 | 19 | session as when an individual sits down at their |
| 10:01 | 20 | computer, which is connected to the internet and |
| 10:02 | 21 | either directly accesses the internet or signs onto |
| 10:02 | 22 | the internet through an internet provider, and |
| 10:02 | 23 | performs whatever set of transactions that they want |
| 10:02 | 24 | to perform and then at the completion of that time |
| 10:02 | 25 | logs off of the internet. |

**TRL-MTZ 14113**          210

| | | |
|---|---|---|
| 10:02 | 1 | Q. So a session could last a day? |
| 10:02 | 2 | A. A session could last five seconds or a day |
| 10:02 | 3 | or never end. |
| 10:02 | 4 | Q. I have continuous access to the internet on |
| 10:02 | 5 | my modem, I'm always online. So is that a single |
| 10:03 | 6 | session in your view? |
| 10:03 | 7 | A. I think when people typically think of a |
| 10:03 | 8 | session, and what I was referring to, was not the |
| 10:03 | 9 | fact that you are just logged on, but the fact that |
| 10:03 | 10 | you are actually sitting at your terminal, in an |
| 10:03 | 11 | environment where you are logged on to the internet |
| 10:03 | 12 | and you are performing functions. |
| 10:03 | 13 | And it's highly unlikely to me that you |
| 10:03 | 14 | would be in a session for a week. You would be in a |
| 10:03 | 15 | session for a relatively short period of time. By |
| 10:03 | 16 | that I mean most sessions probably, probably are |
| 10:04 | 17 | less than five hours. |
| 10:04 | 18 | Q. In your definition of a fully integrated |
| 10:04 | 19 | system, does the home page have to reside on the |
| 10:04 | 20 | same server as the product information page? |
| 10:04 | 21 | A. Could you repeat the question, please? |
| 10:04 | 22 | (Record read.) |
| 10:04 | 23 | THE WITNESS: Which home page are you |
| 10:04 | 24 | referring to, and which product information page? |
| 10:05 | 25 | MR. SCHUTZ: Q. I'm just using -- well, be |

**TRL-MTZ 14114**

211

| | | |
|---|---|---|
| 10:05 | 1 | more specific here.  In your patent in Figure 2, |
| 10:05 | 2 | you've got a program home page labeled 300 and a |
| 10:05 | 3 | product -- the info home page doesn't have a number |
| 10:05 | 4 | on it.  Do those home page -- does the program home |
| 10:05 | 5 | page have to reside on the same server as the |
| 10:05 | 6 | product info home page for it to be a fully |
| 10:05 | 7 | integrated system? |
| 10:05 | 8 | A.  For it to be a fully integrated system, the |
| 10:05 | 9 | home page and any other aspect of the system as |
| 10:05 | 10 | described in this patent -- |
| 10:05 | 11 | Q.  Which home page, sir? |
| 10:05 | 12 | A.  The home page you referred to in Figure 2. |
| 10:05 | 13 | Q.  Well, there are two.  There is a program |
| 10:05 | 14 | home page and a product home page. |
| 10:05 | 15 | A.  Okay. |
| 10:06 | 16 | Q.  I want to know if -- I'll make sure my |
| 10:06 | 17 | question -- |
| 10:06 | 18 | A.  For it to be fully integrated -- |
| 10:06 | 19 | MR. WALLACE:    I don't want you both talking at |
| 10:06 | 20 | once.  Let Ron clarify his question, then I want you |
| 10:06 | 21 | to give your complete answer.  Then, if he has |
| 10:06 | 22 | clarifying questions he's going to wait until your |
| 10:06 | 23 | answer is out.  Please clarify your question. |
| 10:06 | 24 | MR. SCHUTZ:    Q.    There are two home pages |
| 10:06 | 25 | listed on Figure 2 of the '870 patent; do you see |

**TRL-MTZ 14115**                                    212

| | | |
|---|---|---|
| 10:06 | 1 | that, Mr. Storey? |
| 10:06 | 2 | A.  Yes. |
| 10:06 | 3 | Q.  I want to know if the program home page has |
| 10:06 | 4 | to reside on the same server as the product |
| 10:06 | 5 | information home page in order for it to be a fully |
| 10:06 | 6 | integrated system. |
| 10:06 | 7 | A.  For it to be a fully integrated web-based |
| 10:06 | 8 | or online interactive system, the capability needs |
| 10:07 | 9 | to exist to allow the product or service purchaser |
| 10:07 | 10 | to interact directly with any aspect of the home |
| 10:07 | 11 | page, whether it is a program home page or a product |
| 10:07 | 12 | home page, in realtime.  Which my definition of |
| 10:07 | 13 | realtime is within the constraints of the internet |
| 10:07 | 14 | in its latest embodiment.  And there are a number of |
| 10:07 | 15 | ways technically that those skilled in the art would |
| 10:07 | 16 | be able to accomplish that. |
| 10:08 | 17 | Q.  Thanks for your answer, but my question was |
| 10:08 | 18 | does the program home page have to reside on the |
| 10:09 | 19 | same server as the product home page for it to be a |
| 10:09 | 20 | fully integrated system.  If you could just answer |
| 10:09 | 21 | that question.  Or, if you can't answer it, just say |
| 10:09 | 22 | you can't answer. |
| 10:09 | 23 | A.  I believe you could create a fully |
| 10:09 | 24 | integrated system without having the program home |
| 10:09 | 25 | page and the product information home page on the |

**TRL-MTZ 14116**          213

GOLDEN GATE REPORTERS 1-800-442-4611
Witness:  Thomas W. Storey

| | | |
|---|---|---|
| 10:09 | 1 | same server; but, in order for it to meet the |
| 10:09 | 2 | criteria of interactive, the individual interacting |
| 10:09 | 3 | through the internet with either or both home pages, |
| 10:09 | 4 | irrespective of where they are located, would have |
| 10:10 | 5 | to be able to cause a change in the information |
| 10:10 | 6 | available and, hence, a set of steps for either home |
| 10:10 | 7 | page at the same time. |
| 10:10 | 8 | Q.  In what you've defined as a fully |
| 10:10 | 9 | integrated system, can the program home page be on |
| 10:10 | 10 | one server, the product home page be on another |
| 10:10 | 11 | server, and the database with the users and the |
| 10:10 | 12 | points be on yet another server? |
| 10:11 | 13 | A.  One of the benefits of the internet and the |
| 10:11 | 14 | convention of HTML language, which you referenced |
| 10:11 | 15 | earlier and which is the internet, which is |
| 10:11 | 16 | fundamental to my patent, the '870 patent, and which |
| 10:11 | 17 | is not reflected in any part of the '444 patent, is |
| 10:11 | 18 | the fact that the internet -- and what makes the |
| 10:11 | 19 | internet so powerful is that the internet provides a |
| 10:11 | 20 | vehicle through the HTML language to convert |
| 10:12 | 21 | information from many different systems in realtime |
| 10:12 | 22 | to the exact same language.  That language is then |
| 10:12 | 23 | converted into a very user friendly format which not |
| 10:12 | 24 | only includes text but it also includes pictures and |
| 10:12 | 25 | video and sound. |

**TRL-MTZ 14117**

214

| | | |
|---|---|---|
| 10:12 | 1 | The ability to take information from many |
| 10:12 | 2 | different places and put it into a common language |
| 10:12 | 3 | in realtime and make that available to a purchaser |
| 10:12 | 4 | of products and services in a session online with |
| 10:12 | 5 | the internet is a unique ability. |
| 10:12 | 6 | And it wasn't until the advent of the |
| 10:12 | 7 | internet. And this language, which is reflected in |
| 10:13 | 8 | the '870 patent, and not in the '444 patent, that |
| 10:13 | 9 | you could integrate in an internet online |
| 10:13 | 10 | environment all of these components of the purchase |
| 10:13 | 11 | of a product, the signing up for a program, and |
| 10:13 | 12 | changing the elements of your profile in that |
| 10:13 | 13 | program, the ability to redeem awards as well as |
| 10:13 | 14 | look at awards, pictures, hear the sound of an |
| 10:13 | 15 | award, until the advent of the internet, which is |
| 10:13 | 16 | fully reflected in this patent, you could not have |
| 10:13 | 17 | that kind of interactive capability. |
| 10:13 | 18 | And, in fact, if you look at the figures in |
| 10:13 | 19 | the '444 patent, which call out the types of screens |
| 10:14 | 20 | shown to the travel agent, you will see that all of |
| 10:14 | 21 | the screens show text-based language, and there is |
| 10:14 | 22 | not, to my recollection, any reference to |
| 10:14 | 23 | integrating all of these pieces. |
| 10:14 | 24 | Q. Move to strike the answer as non- |
| 10:14 | 25 | responsive. |

**TRL-MTZ 14118**    215