IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. **04-360-JJF** |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MARITZ'S UNOPPOSED MOTION FOR LEAVE TO
FILE REPLY ON MARITZ'S FIRST MOTION TO COMPEL**

Pursuant to Fed.R.Civ.P. 7(b) and Del. L.R. 7.1.2(c), Defendant Maritz Inc. respectfully moves for leave to file a short reply in response to Plaintiff's Answer on Maritz's First Motion to Compel (D.I. 149). Maritz Inc.'s First Motion to Compel is at D.I. 137. The proposed reply is attached hereto as Exhibit A.

Pursuant to Del. L.R. 7.1.1, the undersigned has conferred with opposing counsel and was advised that Affinion would not oppose this motion.

Respectfully submitted,

Date: June 13, 2006

_/s/ Patricia S. Rogowski_
Patricia Smink Rogowski (#2632)
Rudolf E. Hutz (#494)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141

Attorneys for Defendant, Maritz Inc.

OF COUNSEL:
J. Bennett Clark
Jennifer E. Hoekel
Marc W. Vander Tuig
David J. Harlan
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

OF COUNSEL:
J. Bennett Clark
Jennifer E. Hoekel
Marc W. Vander Tuig
David J. Harlan
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. **04-360-JJF** |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On this ____ day of June, 2006, Maritz's Unopposed Motion for Leave to File Reply on Maritz's First Motion to Compel (D.I. 137) is granted.

_____
United States District Court Judge

3

## CERTIFICATE OF SERVICE

I, hereby certify that on **June 13, 2006**, I electronically filed **MARITZ'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY ON MARITZ'S FIRST MOTION TO COMPEL** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld and Maryellen Noreika.

I hereby further certify that on June 13, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via First Class Mail**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Patricia Smink Rogowski (#2632)