IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-360-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On this 19 day of June, 2006, Maritz's Unopposed Motion for Leave to File Reply on Maritz's First Motion to Compel (D.I. 137) is granted.

_____
United States District Court Judge