IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 04-360-JJF |
| MARITZ INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Maritz, Inc., to move, answer, or otherwise plead in response to the Amended Complaint (D.I. 101 as per Order entered at D.I. 173) is extended to and including July 5, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP     CONNOLLY BOVE LODGE & HUTZ LLP


_____*/s/ Maryellen Noreika*_____          _____*/s/ Patricia Smink Rogowski*_____
Jack B. Blumenfeld(#1014)                  Rudolf E. Hutz (#484)
Maryellen Noreika (#3208)                  Patricia Smink Rogowski (#2632)
1201 North Market Street                   The Nemours Building
P.O. Box 1347                              1007 North Orange Street
Wilmington, DE  19899                      P.O. Box 2207
(302) 658-9200                             Wilmington, DE  19899
*Attorneys for Plaintiff,*                 (302) 658-9141
*Affinion Net Patents Inc.*                *Attorneys for Defendant,*
                                           *Maritz Inc.*


SO ORDERED this _____ day of June, 2006.


_____
United States District Judge