IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AFFINION NET PATENTS, INC.,       :
                                  :
        Plaintiff,                :
                                  :
    v.                            :   Civil Action No. 04-360-JJF
                                  :
MARITZ, INC.,                     :
                                  :
        Defendant.                :

### ERRATA ORDER

WHEREAS, the Court issued a decision in the above-captioned case titled as a "Memorandum Opinion" (D.I. 173);

NOW THEREFORE, IT IS HEREBY ORDERED that the decision is amended so it reads "Memorandum Order."

June 22, 2006

_____
UNITED STATES DISTRICT COURT