IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARITZ INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-360-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Maritz, Inc. to submit replies on the following summary judgment motions is extended to and including July 14, 2006:

| | |
|---|---|
| D.I. 153 | Maritz Inc.'s Motion for Partial Summary Judgment Limiting Claims for Lost Profits Damages; |
| D.I. 155 | Maritz Inc.'s Motion for Partial Summary Judgment Regarding Pre-Suit Damages; |
| D.I. 157 | Maritz Inc.'s Motion for Partial Summary Judgment of Invalidity of the '412 Patent; and |
| D.I. 160 | Maritz Inc.'s Motion for Summary Judgment of Noninfringement. |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP       CONNOLLY BOVE LODGE & HUTZ LLP

| | |
|---|---|
| /s/ Maryellen Noreika | /s/ Patricia Smink Rogowski |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>*Attorneys for Plaintiff,*<br>*Affinion Net Patents Inc.* | Rudolf E. Hutz (#484)<br>Patricia Smink Rogowski (#2632)<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>*Attorneys for Defendant, Maritz Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge