IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-360 (JJF) |
| v. | ) ) | |
| MARITZ, INC. | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Supplemental Expert Report of Marion B. Stewart were caused to be served on June 29, 2006 upon the following in the manner indicated:

### BY HAND

Patricia Smink Rogowski
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

### BY FEDERAL EXPRESS

J. Bennett Clark
Senniger, Powers, Leavitt & Roedel
One Metropolitan Square
St. Louis, MO 63102

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Maryellen Noreika*
        _____
        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
         *Attorneys for Plaintiff*
         *Affinion Loyalty Group, Inc.*

OF COUNSEL:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST
& MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, DC 20005
(202) 783-6040

June 29, 2006