IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARITZ INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 04-360-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Maritz, Inc., to move, answer, or otherwise plead in response to the Amended Complaint (D.I. 101 as per Order entered at D.I. 173) is extended to and including July 14, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Maryellen Noreika | /s/ Patricia Smink Rogowski |
| Jack B. Blumenfeld(#1014) <br> Maryellen Noreika (#3208) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> *Attorneys for Plaintiff,* <br> *Affinion Net Patents Inc.* | Rudolf E. Hutz (#484) <br> Patricia Smink Rogowski (#2632) <br> The Nemours Building <br> 1007 North Orange Street <br> P.O. Box 2207 <br> Wilmington, DE 19899 <br> (302) 658-9141 <br> *Attorneys for Defendant,* <br> *Maritz Inc.* |

SO ORDERED this _____ day of June, 2006.

_____
United States District Judge