IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. **04-360-JJF** |
| ) | |
| v. ) | |
| ) | |
| MARITZ INC., ) | |
| ) | |
| Defendant. ) | |

### MARITZ'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF ON CLAIM CONSTRUCTION

Pursuant to Fed.R.Civ.P. 7(b) and Del. L.R. 7.1.2(c), Defendant Maritz Inc. respectfully moves for leave to supplement briefing on claim construction by filing the short brief attached as Exhibit A ("Supplemental Claim Construction Brief of Maritz Inc."). Plaintiff Affinion Net Patents Inc. ("Affinion") newly alleges in its opposition to summary judgment of non-infringement that an ambiguity exists with respect to Maritz's construction of the claim element "on-line incentive program". Maritz does not agree that any ambiguity exists. Nevertheless, to permit this Court to make a fully informed claim construction determination in view of Affinion's belated contention, Maritz offers a short supplemental brief.

Pursuant to Del. L.R. 7.1.1, the undersigned has conferred with opposing counsel. Affinion reserves its right to oppose this motion.

Respectfully submitted,

Date: July 17, 2006

*/s/ Patricia S Rogowski*
Patricia Smink Rogowski (#2632)
Rudolf E. Hutz (#494)
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE 19899
(302) 658-9141

Attorneys for Defendant, Maritz Inc.

1

OF COUNSEL:
J. Bennett Clark
Jennifer E. Hoekel
Marc W. Vander Tuig
David J. Harlan
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. **04-360-JJF** |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

On this ____ day of _____, 2006, after considering all submissions of the parties, Maritz's Motion for Leave to File a Supplemental Brief on Claim Construction is granted.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I, hereby certify that on **July 17, 2006**, I electronically filed **MARITZ'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF ON CLAIM CONSTRUCTION** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld and Maryellen Noreika.

I hereby further certify that on July 17, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

| **Via Hand Delivery** | **Via Federal Express** |
|---|---|
| Jack B. Blumenfeld | Steven Lieberman |
| Maryellen Noreika | Sharon L. Davis |
| Morris, Nichols, Arsht & Tunnell LLP | Rothwell, Figg, Ernst & Manbeck, P.C. |
| 1201 N. Market Street | 1425 K Street, N.W. |
| P.O. Box 1347 | Suite 800 |
| Wilmington, DE 19899-11347 | Washington, D.C. 20005 |

Patricia Smink Rogowski (#2632)