# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-360-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF OF MARITZ INC.

Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
Michael J. Hartley
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

Dated: July 17, 2006                    Attorneys for Maritz Inc.

## SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF OF MARITZ INC.

Defendant Maritz Inc. submits this supplemental brief on claim construction. This supplemental filing is necessary to alleviate an ambiguity that Affinion alleges exists in Maritz's claim construction position. *See* D.I. 183, ¶3. Affinion's actions that necessitated this supplemental brief are set forth in detail in Maritz's Response to Statement of Disputed Facts in Response to Maritz's Motion for Summary Judgment of Non-Infringement filed on July 14, 2006 (D.I. 195).

To enable the Court to make a fully informed claim construction determination, unhindered by any potential ambiguity, Maritz provides the following clarification: **"On-line incentive program," as properly interpreted, means "a frequency program that awards points to users for on-line product purchases** *made through the program's website.***"** Maritz requests the Court to adopt this proposed construction for the same reasons set forth in Maritz's briefing on claim construction (D.I. 139) and its oral presentation at the June 7, 2006 Hearing.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ

July 17, 2006

By: /s/ Patricia S. Rogowski

Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
1007 Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
Michael J. Hartley
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400