**<u>EXHIBIT F</u>**
**<u>REDACTED</u>**