# Concise Oxford ENGLISH Dictionary

## REVISED TENTH EDITION

Over 240,000 words, phrases and definitions

THE WORLD'S MOST TRUSTED DICTIONARIES

# The Concise Oxford English Dictionary

TENTH EDITION, REVISED

*Edited by*
Judy Pearsall


OXFORD
UNIVERSITY PRESS

**imbricated**] arrange in an overlapping manner like roof tiles. ● adj. /ˈɪmbrɪkət/ (of scales, sepals, etc.) having adjacent edges overlapping. Compare with **valvate**.
– DERIVATIVES **imbrication** n.
– ORIGIN C17 (in the sense 'shaped like a pantile'): from L. *imbricat-*, *imbricare* 'cover with roof tiles'.

**imbroglio** /ɪmˈbrəʊlɪəʊ/ ● n. (pl. **-os**) **1** an extremely confused or complicated situation. **2** archaic a confused heap.
– ORIGIN C18: Ital., from *imbrogliare* 'confuse'.

**imbrue** /ɪmˈbruː/ ● v. (**imbrues, imbrued, imbruing**) archaic or poetic/literary stain, especially with blood.
– ORIGIN ME: from OFr. *embruer* 'bedaub', ult. of Gmc origin and rel. to **broth**.

**imbue** /ɪmˈbjuː/ ● v. (**imbues, imbued, imbuing**) (often **be imbued with**) fill with a feeling or quality.
– ORIGIN ME (in the sense 'saturate'): from Fr. *imbu* 'moistened', from L. *imbut-*, *imbuere* 'moisten'.

**I.Mech.E.** ● abbrev. Institution of Mechanical Engineers.

**IMF** ● abbrev. International Monetary Fund.

**IMHO** ● abbrev. in my humble opinion.

**imidazole** /ˌɪmɪˈdeɪzəʊl, ɪˈmɪdəzəʊl/ ● n. Chemistry a crystalline heterocyclic compound with mildly basic properties.
– ORIGIN C19: from **imide** + **azo-** + **-ole**.

**imide** /ˈɪmaɪd/ ● n. Chemistry an organic compound containing the group –CONHCO–.
– ORIGIN C19: from Fr., arbitrary alt. of **amide**.

**I.Min.E.** ● abbrev. Institution of Mining Engineers.

**imine** /ˈɪmiːn/ ● n. Chemistry an organic compound containing the group –C=NH or –C=NR (where R is an alkyl group).
– ORIGIN C19: from **amine**, on the pattern of the pair *amide*, *imide*.

**imipramine** /ɪˈmɪprəmiːn/ ● n. Medicine a synthetic compound used to treat depression.
– ORIGIN 1950s: from *imi(ne)* + *pr(opyl)* + **amine**.

**imitate** ● v. follow as a model. ► copy (a person's speech or mannerisms), especially for comic effect. ► copy or simulate.
– DERIVATIVES **imitable** adj. **imitator** n.
– ORIGIN C16 (earlier (ME) as *imitation*): from L. *imitat-*, *imitari* 'copy'; rel. to *imago* 'image'.

**imitation** ● n. **1** the action of imitating. ► a copy. **2** Music the repetition of a phrase or melody in another part or voice, usually at a different pitch.

**imitative** /ˈɪmɪtətɪv/ ● adj. **1** following a model. **2** (of a word) reproducing a natural sound (e.g. *fizz*) or pronounced in a way thought to correspond to the appearance or character of the object or action described (e.g. *blob*).
– DERIVATIVES **imitatively** adv. **imitativeness** n.

**imli** /ˈɪmliː/ ● n. Indian term for **tamarind**.
– ORIGIN via Hindi from Sanskrit *amlikā*.

**immaculate** ● adj. **1** perfectly clean, neat, or tidy. **2** free from flaws or mistakes. ► Catholic Theology free from sin. **3** Botany & Zoology uniformly coloured without spots or other marks.
– DERIVATIVES **immaculacy** n. **immaculately** adv. **immaculateness** n.
– ORIGIN ME: from L. *immaculatus*, from *in-* 'not' + *maculatus* 'stained'.

**Immaculate Conception** ● n. the Roman Catholic doctrine that God preserved the Virgin Mary from the taint of original sin from the moment she was conceived. ► the feast commemorating the Immaculate Conception on December 8th.

**immanent** /ˈɪmənənt/ ● adj. existing or operating within. ► (of God) permanently pervading the universe. Often contrasted with **transcendent**.
– DERIVATIVES **immanence** n. **immanency** n. **immanentism** n. **immanentist** n.
– ORIGIN C16: from late L. *immanent-*, *immanere* 'remain within'.

**immaterial** ● adj. **1** irrelevant. **2** Philosophy spiritual rather than physical.
– DERIVATIVES **immateriality** n. **immaterially** adv.

**immaterialism** ● n. the belief that matter has no objective existence.
– DERIVATIVES **immaterialist** n.

**immature** ● adj. not fully developed. ► having or showing emotional or intellectual development appropriate to someone younger.
– DERIVATIVES **immaturely** adv. **immaturity** n.

**immeasurable** ● adj. too large, extensive, or extreme to measure.
– DERIVATIVES **immeasurability** n. **immeasurably** adv.

**immediate** ● adj. **1** occurring or done at once. ► most urgent; current. **2** nearest in time, space, or relationship. ► (of a relation or action) direct. **3** Philosophy (of knowledge or reaction) intuitive.
– DERIVATIVES **immediacy** n. **immediateness** n.
– ORIGIN ME: from OFr. *immediat*, or from late L. *immediatus*, from *in-* 'not' + *mediatus* 'intervening', past part. of *mediare* (see **mediate**).

**immediately** ● adv. **1** at once. **2** very close or adjacent in time or space. ► in direct or very close relation. ● conj. chiefly Brit. as soon as.

**Immelmann** /ˈɪm(ə)lmən/ (also **Immelmann turn**) ● n. an aerobatic manoeuvre consisting of a half loop followed by a half roll.
– ORIGIN C20: named after the Ger. fighter pilot Max Immelmann.

**immemorial** ● adj. very old or long past: *from time immemorial*.
– DERIVATIVES **immemorially** adv.
– ORIGIN C17: from med. L. *immemorialis*, from *in-* 'not' + *memorialis* 'relating to the memory'.

**immense** ● adj. extremely large or great.
– DERIVATIVES **immensity** n.
– ORIGIN ME: via Fr. from L. *immensus* 'immeasurable', from *in-* 'not' + *mensus* 'measured'.

**immensely** ● adv. to a great extent; extremely.

**immerse** ● v. **1** dip or submerge in a liquid. **2** (**immerse oneself** or **be immersed**) involve oneself deeply in a particular activity or interest.
– ORIGIN C17 (earlier (C15) as *immersion*): from L. *immers-*, *immergere* 'dip into'.

**immersion** ● n. **1** the action of immersing or the state of being immersed. **2** chiefly N. Amer. a method of teaching a foreign language by the exclusive use of that language. **3** Astronomy the disappearance of a celestial body in the shadow of or behind another.

**immersion heater** ● n. an electric heating element that is positioned in the liquid to be heated, typically in a domestic hot-water tank.

**immersive** ● adj. (of a computer display) generating a three-dimensional image which appears to surround the user.

**immigrant** ● n. a person who comes to live permanently in a foreign country.

**immigrate** ● v. come to live permanently in a foreign country.
– DERIVATIVES **immigration** n.
– ORIGIN C17: from L. *immigrat-*, *immigrare* 'immigrate', from *in-* 'into' + *migrare* 'migrate'.

**imminent** ● adj. **1** about to happen. **2** archaic overhanging.
– DERIVATIVES **imminence** n. **imminently** adv.
– ORIGIN ME: from L. *imminent-*, *imminere* 'overhang, impend', from *in-* 'upon, towards' + *minere* 'to project'.

**immiscible** /ɪˈmɪsɪb(ə)l/ ● adj. (of liquids) not forming a homogeneous mixture when added together.
– DERIVATIVES **immiscibility** n. **immiscibly** adv.

**immiseration** /ɪˌmɪzəˈreɪʃ(ə)n/ ● n. economic impoverishment.
– DERIVATIVES **immiserate** v.
– ORIGIN 1940s: translating Ger. *Verelendung*.

**immittance** /ɪˈmɪt(ə)ns/ ● n. Physics admittance and impedance (as a combined concept).

**immobile** ● adj. not moving. ► incapable of moving or being moved.
– DERIVATIVES **immobility** n.

**immobilize** (also **-ise**) ● v. prevent from moving or operating as normal. ► restrict the movements of (a limb or

Case 1:04-cv-00360-JJF   Document 202-3   Filed 07/25/2006   Page 4 of 4

**realpolitik** /reɪˈɑːlpɒlɪˌtiːk/ ● n. politics based on practical rather than moral or ideological considerations.
– ORIGIN C20: from Ger. *Realpolitik* 'practical politics'.

**real property** ● n. Law property consisting of land or buildings. Compare with **PERSONAL PROPERTY**.

**real tennis** ● n. the original form of tennis, played with a solid ball on an enclosed court.

**real time** ● n. **1** the actual time during which something occurs. **2** [as modifier] Computing relating to or denoting a system in which input data is available virtually immediately as feedback to the process from which it is coming, e.g. in a missile guidance system.

**realtor** /ˈrɪəltə/ ● n. N. Amer. an estate agent.
– ORIGIN C20: from **REALTY** + **-OR¹**.

**realty** /ˈrɪəlti/ ● n. Law a person's real property. Compare with **PERSONALTY**.

**ream¹** ● n. **1** 500 (formerly 480) sheets of paper. **2** a large quantity of something, especially paper.
– ORIGIN ME: from OFr. *raime*, based on Arab. *rizma* 'bundle'.

**ream²** ● v. **1** widen (a bore or hole) with a special tool. ► N. Amer. clear out or remove (material) from something. **2** N. Amer. vulgar slang have anal intercourse with. **3** N. Amer. informal rebuke angrily.
– ORIGIN C19: of unknown origin.

**reamer** ● n. **1** a tool for widening or shaping holes. **2** N. Amer. a device for extracting the juice from citrus fruit.

**reanimate** ● v. revive.
– DERIVATIVES **reanimation** n.

**reap** ● v. **1** cut or gather (a crop or harvest). ► harvest the crop from (land). **2** receive as a consequence of one's own or others' actions.
– ORIGIN OE *ripan, reopan*, of unknown origin.

**reaper** ● n. **1** a person or machine that harvests a crop. **2** (**the Reaper** or **the Grim Reaper**) a personification of death as a cloaked skeleton wielding a large scythe.

**reappear** ● v. appear again.
– DERIVATIVES **reappearance** n.

**reappoint** ● v. appoint again to a position previously held.
– DERIVATIVES **reappointment** n.

**reappraise** ● v. appraise again or differently.
– DERIVATIVES **reappraisal** n.

**rear¹** ● n. **1** the back or hindmost part of something. **2** (also **rear end**) informal a person's buttocks. ● adj. at the back.
– PHRASES **bring up the rear 1** be at the very end of a queue. **2** come last in a race. **take someone in rear** attack an army from behind.
– ORIGIN ME from OFr. *rere*, based on L. *retro* 'back'.

**rear²** ● v. **1** bring up and care for (a child). ► (of an animal) care for (young) until fully grown. ► breed and raise (animals). ► grow or cultivate (plants). **2** (of an animal) raise itself upright on its hind legs. ► set or lift upright. **3** (of a building, mountain, etc.) extend or appear to extend to a great height. **4** (**rear up**) show anger or irritation.
– DERIVATIVES **rearer** n.
– ORIGIN OE *rǣran* 'set upright, construct, elevate', of Gmc origin; rel. to **RAISE** and **RISE**.

**rear admiral** ● n. a rank of naval officer, above commodore and below vice admiral.

**rear commodore** ● n. an officer in a yacht club ranking below vice commodore.

**rearguard** ● n. **1** the soldiers at the rear of a body of troops, especially those protecting a retreating army. **2** a reactionary or conservative faction.
– ORIGIN ME: from OFr. *rereguarde*.

**rearguard action** ● n. a defensive action carried out by a retreating army.

**rear light** (also **rear lamp**) ● n. chiefly Brit. a tail light.

**rearm** ● v. provide with or acquire a new supply of weapons.
– DERIVATIVES **rearmament** n.

**rearmost** ● adj. furthest back.

**rearrange** ● v. arrange again in a different way.
– DERIVATIVES **rearrangement** n.

**rearrest** ● v. arrest again. ● n. an act of rearresting someone.

**rear-view mirror** ● n. a mirror fixed inside the windscreen of a motor vehicle enabling the driver to see the vehicle or road behind.

**rearward** ● adj. directed towards the back. ● adv. (also **rearwards**) towards the back. ● n. (usu. **in/at/on the rearward**) archaic or poetic/literary the rear.

**rear-wheel drive** ● n. a transmission system that provides power to the rear wheels of a motor vehicle.

**reason** ● n. **1** a cause, explanation, or justification. ► good or obvious cause to do something. ► Logic a premise of an argument in support of a belief, especially a minor premise given after the conclusion. **2** the power of the mind to think, understand, and form judgements logically. ► (**one's reason**) one's sanity. **3** what is right, practical, or possible. ● v. **1** think, understand, and form judgements logically. ► (**reason something out**) find a solution to a problem by considering possible options. **2** (**reason with**) persuade with rational argument.
– PHRASES **by reason of** formal because of. **listen to reason** be persuaded to act sensibly. **it stands to reason** it is obvious or logical.
– DERIVATIVES **reasoned** adj. **reasoner** n. **reasonless** adj. (archaic).
– ORIGIN ME: from OFr. *reisun* (n.), *raisoner* (v.), from a var. of L. *ratio(n-)*, from *reri* 'consider'.

**reasonable** ● adj. **1** fair and sensible. **2** archaic able to reason logically. **3** as much as is appropriate or fair; moderate. ► fairly good. ► relatively inexpensive.
– DERIVATIVES **reasonableness** n. **reasonably** adv.
– ORIGIN ME: from OFr. *raisonable*, suggested by L. *rationabilis* 'rational', from *ratio* (see **REASON**).

**reassemble** ● v. assemble again; put back together.
– DERIVATIVES **reassembly** n.

**reassert** ● v. assert again.
– DERIVATIVES **reassertion** n.

**reassess** ● v. assess again, especially differently.
– DERIVATIVES **reassessment** n.

**reassign** ● v. assign again or differently.
– DERIVATIVES **reassignment** n.

**reassure** ● v. allay the doubts and fears of.
– DERIVATIVES **reassurance** n. **reassuring** adj. **reassuringly** adv.

**reattach** ● v. attach again.
– DERIVATIVES **reattachment** n.

**reattempt** ● v. attempt again.

**reave** /riːv/ ● v. (past and past part. **reft** /rɛft/) archaic carry out raids; plunder. ► rob of something by force. ► steal.
– DERIVATIVES **reaver** n.
– ORIGIN OE *rēafian*, of Gmc origin, rel. to **ROB**.

**reawaken** ● v. awaken again.

**Reb¹** /rɛb/ ● n. a traditional Jewish title (preceding the forename or surname) for a man who is not a rabbi.
– ORIGIN from Yiddish.

**Reb²** /rɛb/ ● n. US informal a Confederate soldier in the American Civil War.
– ORIGIN abbrev. of **REBEL**.

**rebadge** ● v. relaunch (a product) under a new name or logo.

**rebar** /ˈriːbɑː/ ● n. reinforcing steel, especially as rods in concrete.

**rebarbative** /rɪˈbɑːbətɪv/ ● adj. formal unattractive and objectionable.
– ORIGIN C19: from Fr. *rébarbatif, -ive*, from OFr. *se rebarber* 'face each other "beard to beard" aggressively', from *barbe* 'beard'.

**rebase** ● v. establish a new base level for (a tax level, price index, etc.).

**rebate¹** /ˈriːbeɪt/ ● n. **1** a partial refund to someone who has paid too much for tax, rent, or a utility. **2** a deduction or discount on a sum due. ● v. pay back as a rebate.
– DERIVATIVES **rebatable** adj.
– ORIGIN ME: from Anglo-Norman Fr. *rebatre* 'beat back', also 'deduct'.

**rebate²** /ˈriːbeɪt/ ● n. a step-shaped recess cut in a piece of wood, typically forming a match to the edge or tongue