

Designed for
Microsoft
Windows NT
Windows 95

**The Ultimate Computer Reference**

*The Comprehensive Standard for Business, School, Library, and Home*



Over
**2,300**
**New Terms**
With Online Updates
Available Quarterly

# Microsoft Press
# Computer
# Dictionary

- *Over 7,600 terms and definitions*
- *345 illustrations and diagrams*
- *Extensive Internet and Web coverage*
- *Featured in Microsoft™ Bookshelf™ 97*

***Microsoft** Press*

# Microsoft Press
# Computer Dictionary

## Third Edition

**Microsoft** Press

**base RAM** \bās´ ram, R-A-M`\ *n. See* conventional memory.

**Basic** or **BASIC** \bā´sik, B`A-S-I-C´\ *n.* Acronym for **B**eginner's **A**ll-purpose **S**ymbolic **I**nstruction **C**ode, a high-level programming language developed in the mid-1960s by John Kemeny and Thomas Kurtz at Dartmouth College. It is widely considered one of the easiest programming languages to learn. *See also* True BASIC, Visual Basic.

**Basic Rate Interface** \bā`sik rāt in´tər-fās\ *n. See* BRI.

**.bat** \dot-bat´, -B`A-T´\ *n.* The file extension that identifies a batch program file. In MS-DOS, .bat files are executable files that contain calls to other program files. *See also* batch file.

**batch** \bach\ *n.* A group of documents or data records that are processed as a unit. *See also* batch job, batch processing.

**batch file** \bach´ fīl\ *n.* An ASCII text file containing a sequence of operating-system commands, possibly including parameters and operators supported by the batch command language. When the user types a batch filename at the command prompt, the commands are processed sequentially. *Also called* batch program. *See also* AUTOEXEC.BAT, .bat.

**batch file transmission** \bach` fīl tranz-mish´ən\ *n.* The transmission of multiple files as the result of a single command. *Acronym:* BFT (B`F-T´).

**batch job** \bach´ job\ *n.* A program or set of commands that runs without user interaction. *See also* batch processing.

**batch processing** \bach´ pros`es-ēng\ *n.* **1.** Execution of a batch file. *See also* batch file. **2.** The practice of acquiring programs and data sets from users, running them one or a few at a time, and then providing the results to the users. **3.** The practice of storing transactions for a period of time before they are posted to a master file, typically in a separate operation undertaken at night. *Compare* transaction processing.

**batch program** \bach´ prō`gram\ *n.* A program that executes without interacting with the user. *See also* batch file. *Compare* interactive program.

**batch system** \bach´ si`stəm\ *n.* A system that processes data in discrete groups of previously scheduled operations rather than interactively or in real time.

**batch total** \bach´ tō`təl\ *n.* A total calculated for an element common to a group (batch) of records, used as a control to verify that all information is accounted for and has been entered correctly. For example, the total of a day's sales can be used as a batch total to verify the records of all individual sales.

**battery** \bat´ər-ē`\ *n.* Two or more cells in a container that produces an electrical current when two electrodes within the container touch an electrolyte. In personal computers, batteries are used as an auxiliary source of power when the main power is shut off, as a power source for laptop and notebook computers (rechargeable batteries, such as nickel cadmium, nickel metal hydride, and lithium ion, are used), and as a method to keep the internal clock and the circuitry responsible for the part of RAM that stores important system information always powered up. *See also* lead ion battery, lithium ion battery, nickel cadmium battery, nickel metal hydride battery, RAM.

**battery backup** \bat`ər-ē bak´up\ *n.* **1.** A battery-operated power supply used as an auxiliary source of electricity in the event of a power failure. **2.** Any use of a battery to keep a circuit running when the main power is shut off, such as powering a computer's clock/calendar and the special RAM that stores important system information between sessions. *See also* UPS.

**battery meter** \bat´ər-ē mē`tər\ *n.* A device used to measure the current (capacity) of an electrical cell.

**baud** \bäd, bôd\ *n.* One signal change per second, a measure of data transmission speed. Named after the French engineer and telegrapher Jean-Maurice-Emile Baudot and originally used to measure the transmission speed of telegraph equipment, the term now most commonly refers to the data transmission speed of a modem. *See also* baud rate.

**Baudot code** \bō-dō´ kōd`\ *n.* A 5-bit coding scheme used principally for telex transmissions, originally developed for telegraphy by the French engineer and telegrapher Jean-Maurice-Emile Baudot. Sometimes it is equated, although inaccurately, with the International Alphabet Number 2 proposed by the Comité Consultatif International Télégraphique et Téléphonique (CCITT).

**real-time** \rēl´tīm\ *adj.* Of or relating to a time frame imposed by external constraints. Real-time operations are those in which the machine's activities match the human perception of time or those in which computer operations proceed at the same rate as a physical or external process. Real-time operations are characteristic of aircraft guidance systems, transaction-processing systems, scientific applications, and other areas in which a computer must respond to situations as they occur (for example, animating a graphic in a flight simulator or making corrections based on measurements).

**real-time animation** \rēl`-tīm an-ə-mā´shən\ *n.* Computer animation in which images are computed and updated on the screen at the same rate at which the objects simulated might move in the real world. Real-time animation allows dynamic involvement by the user because the computer can accept and incorporate keystrokes or controller movements as it is drawing the next image in the animation sequence. Arcade-style animation (such as in a flight simulator program) makes use of real-time animation in translating game plays into on-screen actions. In contrast, in animation done in virtual time, image frames are first calculated and stored and later replayed at a higher rate to achieve smoother movement. *See also* animation, bit block.

**real-time clock** \rēl`-tīm klok´\ *n. See* clock (definition 2).

**real-time conferencing** \rēl`tīm kon´frən-sēng\ *n. See* teleconferencing.

**real-time operating system** \rēl`tīm op´ər-ā-tēng si`stəm\ *n.* An operating system designed or optimized for the needs of a process-control environment. *See also* real-time system.

**real-time system** \rēl´tīm si`stəm\ *n.* A computer and/or a software system that reacts to events before the events become obsolete. For example, airline collision avoidance systems must process radar input, detect a possible collision, and warn air traffic controllers or pilots while they still have time to react.

**reboot** \rē-bōōt´\ *vb.* To restart a computer by reloading the operating system. *See also* boot[2], cold boot, warm boot.

**receipt notification** \rə-sēt´ nō-tə-fə-kā`shən\ *n.* An e-mail feature providing feedback to the sender that a message has been received by the recipient. See the illustration.



*Receipt notification.*

**receive** \rə-sēv´\ *vb.* To accept data from an external communications system, such as a local area network (LAN) or a telephone line, and store the data as a file.

**Receive Data** \rə-sēv` dā´tə, dat´ə\ *n. See* RXD.

**rec. newsgroups** \rek´dot-nōōz`grōōps\ *n.* Usenet newsgroups that are part of the rec. hierarchy and whose names have the prefix "rec." These newsgroups cover topics devoted to discussions of recreational activities, hobbies, and the arts. *See also* newsgroup, traditional newsgroup hierarchy, Usenet. *Compare* comp. newsgroups, misc. newsgroups, news. newsgroups, sci. newsgroups, soc. newsgroups, talk. newsgroups.

**recompile** \rē`kəm-pīl´\ *vb.* To compile a program again, usually because of changes that needed to be made in the source code in response to error messages generated by the compiler. *See also* compile.

**record**[1] \rek´ərd\ *n.* A data structure that is a collection of fields (elements), each with its own name and type. Unlike an array, whose elements all represent the same type of information and are accessed using an index, the elements of a record represent different types of information and are accessed by name. A record can be accessed as a collective unit of elements, or the elements can be accessed individually. *See also* array, data structure, type[1] (definition 1).

**record**[2] \rə-kōrd´\ *vb.* To retain information, usually in a file.

**record format** \rek´ərd fōr`mat\ *n. See* record structure.

**record head** \rə-kōrd´ hed`\ *n.* The device in a tape machine that places data on the tape. In some