**EXHIBIT U**
**REDACTED**