IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 04-360-JJF |
| MARITZ INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for plaintiff Affinion Net Patents, Inc. to move, answer, or otherwise plead in response to the counterclaim contained in Maritz's Answer to Amended Complaint, with Affirmative Defenses and Counterclaim (D.I. 198) is extended to and including August 18, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Patricia Smink Rogowski* |
| Jack B. Blumenfeld (#1014) | Rudolf E. Hutz (#484) |
| Maryellen Noreika (#3208) | Patricia Smink Rogowski (#2632) |
| 1201 North Market Street | The Nemours Building |
| P.O. Box 1347 | 1007 North Orange Street |
| Wilmington, DE 19899 | P.O. Box 2207 |
| (302) 658-9200 | Wilmington, DE 19899 |
| *Attorneys for Plaintiff,* | (302) 658-9141 |
| *Affinion Net Patents Inc.* | *Attorneys for Defendant,* |
| | *Maritz Inc.* |

SO ORDERED this _____ day of July, 2006.

_____
United States District Judge