IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AFFINION NET PATENTS, INC.,          :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :    Civil Action No. 04-360-JJF
                                     :
MARITZ, INC.,                        :
                                     :
          Defendant.                 :

## ORDER

At Wilmington, the __28__ day of July 2006, for the reasons
set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's Motion To Compel
Production Of Documents (D.I. 87) is **DENIED** as to the two claim
charts.


                          _____
                          UNITED STATES DISTRICT COURT