# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

MARYELLEN NOREIKA
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

August 1, 2006

BY HAND

Deborah Krett
United States District Court
844 King Street
Wilmington, DE 19801

      Re:   Trilegiant v. Maritz; C.A. No. 04-360 (JJF)

Dear Ms. Krett:

      Enclosed are replacement copies of Exhibit D to Opposition of Affinion Net Patents, Inc. to Defendant's Motion for Partial Summary Judgment Regarding Presuit Damages (D.I. #182), which was filed under seal on June 23, 2006. Please substitute these for the ones that were filed with the Court.

      I apologize for any inconvenience.

      Sincerely,

      /s/ Maryellen Noreika

      Maryellen Noreika

MN/bls

cc:   Patricia Smink Rogowski, Esquire (By Hand)
      J. Bennett Clark, Esquire (By Federal Express)

8/2 - replaced dcc