# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

**Patricia Smink Rogowski**
Partner
Admitted in DE and PA
TEL (302) 658 9141
FAX (302) 658 5614
EMAIL progowski@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

August 14, 2006

**By E-File**
Deborah Krett
Case Manager
U.S. District Court
For the District of Delaware
844 King Street, Lockbox 27
Wilmington, DE 19801

RE: **Request for Permission to have Laptop in Courtroom 4B**
**Affinion Net Patents Inc. v. Maritz Inc.**
**C.A. No. 04-360-JJF**

Dear Ms. Krett:

We are scheduled to appear in a Pretrial Conference in Courtroom 4B on **September 14, 1006** at **1:00 p.m.** and request permission to bring three lap top computers to Courtroom 4B to assist in the preparation and/or presentation during the Conference. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. Attached is a form of Order.

Very truly yours,

Patricia Smink Rogowski
Attorney for Maritz Inc.

Cc: David Thomas, U.S. Marshal (without enclosure)
Keith Ash, Chief Court Security Officer (without enclosure)
Maryellen Noreika, Esquire (with enclosure)
Enclosure – form of Order
PSR/vjm
466297v2