**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-360-JJF |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The attorneys and staff listed below representing Maritz Inc. are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B three lap top computers for a Pretrial Conference commencing on **September 14, 2006** at **1:00 p.m**. Counsel shall comply with the inspection provisions of the United States Marshal.

Rudolf E. Hutz, Esquire
Patricia Smink Rogowski, Equire
Gregory J. Nequist, Tech. Specialist
CONNOLLY BOVE LODGE & HUTZ
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

J. Bennett Clark, Esquire
David W. Harlan, Esquire
Jennifer E. Hoekel, Esquire
Marc W. Vander Tuig, Esquire
Michael Hartley, Paralegal
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

Dated: _____

_____
Joseph J. Farnan, Jr.
United States District Court Judge