IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AFFINION NET PATENTS, INC.,                    )
                                               )
              Plaintiff,                       )
      v.                                        )   Civil Action No. 04-360-JJF
                                               )
MARITZ INC.,                                   )
                                               )
              Defendant.                       )

## ORDER

The attorneys and staff listed below representing Maritz Inc. are permitted to

bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B three lap top

computers for a Pretrial Conference commencing on **September 14, 2006 at 1:00 p.m.**

Counsel shall comply with the inspection provisions of the United States Marshal.


Rudolf E. Hutz, Esquire                    J. Bennett Clark, Esquire
Patricia Smink Rogowski, Equire            David W. Harlan, Esquire
Gregory J. Nequist, Tech. Specialist       Jennifer E. Hoekel, Esquire
CONNOLLY BOVE LODGE & HUTZ                  Marc W. Vander Tuig, Esquire
1007 N. Orange Street                      Michael Hartley, Paralegal
P.O. Box 2207                              SENNIGER POWERS
Wilmington, DE 19899                       One Metropolitan Square, 16th Floor
(302) 658-9141                             St. Louis, MO 63102
                                           (314) 231-5400

Dated: _August 16, 2006_        _____
                                Joseph J. Farnan, Jr.
                                United States District Court Judge