

# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Rudolf E. Hutz
Partner

TEL (302) 888-6266
FAX (302) 656-9072
EMAIL rhutz@cblh.com
REPLY TO Wilmington Office

August 15, 2006

**By Fax, Confirmation By Mail**
R. Elizabeth Brenner, Esquire
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Re:   **Affinion Net Patents Inc. v. Maritz Inc.**
      **C.A. No. 04-360-JJF**

Dear Ms. Brenner:

    I am writing in response to your August 3 letter to our co-counsel David Harlan requesting that Maritz "produce all previously withheld privileged communications with Maritz relating to the infringement, invalidity and unenforceability of the '412 patent, regardless of the date of the communication." You also request, inconsistently, that Maritz "complete the schedule of withheld documents to include those dated after suit commenced."

    Contrary to your characterization, the Court has not "ruled" that such information be produced. Instead, the Court denied Affinion's motion to compel and has not ordered Maritz to produce additional materials. The language to which you point is dicta. It is also inconsistent with the fact, known to Affinion, that the opinions produced by Maritz upon which waiver is premised are directed to non-infringement only, with the slight exception noted in Maritz's opposition papers.

    Further, in light of the parties' earlier agreement, we see no reason at this time to supplement Maritz's privilege log to list post-litigation communications, particularly in light of Affinion's unwillingness to supplement its privilege log for the same period.

    Feel free to contact me if you have further questions.

Very truly yours,

Rudolf E. Hutz

WILMINGTON, DE      WASHINGTON, DC      LOS ANGELES, CA