IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>MARITZ, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 04-360-JJF<br>)<br>)<br>)<br>)<br>) REDACTED PUBLIC VERSION<br>) |

**EXHIBIT 1 TO
MOTION OF PLAINTIFF AFFINION NET PATENTS, INC. TO STRIKE
NEW AFFIRMATIVE DEFENSES, COUNTERCLAIM AND ALLEGATIONS**

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                Jack B. Blumenfeld (#1014)
                Maryellen Noreika (#3208)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19899
                (302) 658-9200
                  Attorneys for Plaintiff
                  Affinion Net Patents, Inc.

Of Counsel:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040


Original Filed: August 18, 2006
Redacted Version Filed:  August 29, 2006