16. Mr. Storey is also listed as one of five inventors on U. S. Patent No. 5,483,444, entitled "System for Awarding Credits to Persons Who Book Travel-Related Reservations" ("the '444 patent"), which issued January 9, 1996. Mr. Storey testified that

**REDACTED**

17. At most, Mr. Storey's role in conceiving this program was ancillary to that of other named inventors. For instance,

**REDACTED**

18. Mr. Storey began working for Radisson Hotels in approximately August 1989 and left Radisson in August 1994. Mr. Storey's responsibilities included overseeing Radisson's incentive program operations.

19. Mr. Storey has acknowledged that the Look to Book program used a computer to book travel related reservations. According to Mr. Storey,

**REDACTED**

20. The Look to Book program operated by awarding points to travel agents who booked Radisson hotel rooms. These agents were able to access Radisson's Central Reservation

10

System ("CRS") from their own computers online through the Global Distribution System ("GDS"). The GDS was a network that, in essence, grew out of the airline computer reservation system in use at the time. Radisson was connected to the GDS through its Pierre network, which in turn allowed users to access the CRS. Upon enrollment, Pierre would assign an identification number to the agent. Radisson's computer system also created a master file of all agents enrolled in the program. This master file also contained the agent's contact information, as well as the number of points earned by each agent.

   a. To enroll in the Look to Book program, a travel agent would enter his or her name in the Special Information ("SI") field. The travel agent could submit a reservation request and, if available, Radisson would send the agent a response indicating the reservation had been made and the number of incentive points the agent earned for the reservation. These "pending points" became redeemable after an amount of time set in the Look to Book program. "Redeemable points" accumulated by travel agents using Look to Book were redeemable for incentives, such as prizes or merchandise. Every time an enrolled agent made a reservation, the agent would receive information regarding how many points they received for that booking and the total number of redeemable points in his/her account. When making the reservation, the travel agent could enter the customer's credit card number to guarantee the reservation.

   b. Enrolled agents were also provided with a printed awards catalogue. Agents could also access an online catalogue through the GDS. The online catalogue provided travel agents with a description of the available awards and the number of "redeemable points" needed for each award.

   c. The Look to Book program bore close similarity to the subject matter of the Storey patents: it (a) was a frequent buyer program (b) where on-line purchasing behavior

11

was rewarded (c) by the immediate issuance of points that were redeemable for awards, (d) with use of a frequency database to track program activity, and (e) award levels and prizes which were viewable on-line.

  d.

**REDACTED**

"Fully Integrated On-Line Interactive Frequency and Award Redemption Program." The advertising materials ·

**REDACTED**

"Radisson and Visa Introduce First Frequency Program for Travel Agents." This brochure described the Look to Book program as being "on-line. Paperless. And easy to use!" Further, this brochure instructed travel agents that they could "enroll right at [their] terminal," "earn points for each booking," and "[s]pend these points on name-brand merchandise."

  21. Mr. Storey publicly disclosed the Look to Book program at an American Society of Travel Agents conference in September 1992.

  22. Among the early Look to Book publications were a brochure and an 8-minute video distributed by Radisson's sales representatives to prospective clients in November 1992.

**REDACTED**

  23. Mr. Storey oversaw several media blitzes designed to raise the awareness of thousands of persons within the travel industry with respect to the Look to Book program.

  24.

**REDACTED**