IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-360-JJF |
| ) | |
| MARITZ INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Maritz, Inc., to file and serve an answering brief in response to Motion of Plaintiff Affinion Net Patents, Inc. to Strike New Affirmative Defenses, Counterclaim and Allegations (D.I. 213) is extended to and including September 6, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ Patricia S. Rogowski* |
| Jack B. Blumenfeld (#1014) | Rudolf E. Hutz (#484) |
| Maryellen Noreika (#3208) | Patricia Smink Rogowski (#2632) |
| 1201 North Market Street | The Nemours Building |
| P.O. Box 1347 | 1007 North Orange Street |
| Wilmington, DE 19899 | P.O. Box 2207 |
| (302) 658-9200 | Wilmington, DE 19899 |
| *Attorneys for Plaintiff,* | (302) 658-9141 |
| *Affinion Net Patents Inc.* | *Attorneys for Defendant,* |
| | *Maritz Inc.* |

SO ORDERED this _____ day of August, 2006.

_____
United States District Judge

471873_3