IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-360-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

### MARITZ INC.'S PROPOSED VOIR DIRE QUESTIONS

Defendant Maritz Inc. ("Maritz"), pursuant to Fed. R. Civ. P. 47(a) Delaware Local Rule 47.1 requests the Court submit the following voir dire questions to the jury, in addition to the Court's voir dire:

1. Has any member of the panel ever worked for any of the previous owners of the patent at issue in this lawsuit, including Netcentives, Inc., Trilegiant Corporation, Trilegiant Loyalty Solutions, Inc., or Affinion Loyalty Group, Inc.?

2. Does any member of the jury panel have a close friend or relative who has ever worked for works for Netcentives, Inc., Trilegiant Corporation, Trilegiant Loyalty Solutions, Inc., Affinion Loyalty Group, Inc., or Affinion Net Patents, Inc.?

3. Does any member of the jury panel have an ownership interest (including, but not limited to stock ownership) in Netcentives, Inc., Trilegiant Corporation, Trilegiant Loyalty Solutions, Inc., Affinion Loyalty Group, Inc., or Affinion Net Patents, Inc.?

4. Does any member of the panel have any legal training, including as a paralegal?

    a. What kind of training?

5. Does any member of the panel have a spouse or close relative with legal training?

    a. What kind of training?

6. Does any member of the panel have any accounting training, including as a bookkeeper?

    a. What kind of training?

7. Does any member of the panel have a spouse or close relative with accounting training?

  a. What kind of training?

8. Do you or any of your immediate family members own a patent, or are the named inventor on a patent? If so, please describe it.

9. Have you or an immediate family member ever been involved in the filing of a patent application, whether or not the patent ever actually issued? If so,

  a. Please describe it.

  b. When did you apply?

  c. What was the result?

10. Have you, or anyone you know, ever been involved in a patent dispute? If so,

  a. Tell us who was involved.

  b. Describe the nature of his or her involvement

  c. What was the outcome?

11. Have you, or anyone you know, ever been involved as a party or a witness in any patent litigation? If so,

  a. Tell us who was involved.

  b. Describe the litigation and the nature of his or her involvement.

  c. What was the outcome?

12. Does anyone work for a bank or credit card company?

  a. Describe the nature of your work.

  b. Does it involve dealing with any type of point earning programs?

13. Does anyone have a credit card where they earn awards or points based on the amount of activity on the card?

  a. Describe the nature of the program.

  b. Have you earned points?

        c.       Have you redeemed points?

14.    Has anyone been a participant in a program at their place of employment where they could earn awards for job-related activities?

        a.       Describe the nature of the program.

        b.       Did you earn an award?

15.    Has anyone on the panel ever worked in the area of incentive award programs?

        a.       Describe the nature of the program.

        b.       Describe your responsibilities.

16.    Does anyone on the panel have training in the area of computer science? Please describe your training.

17.    Does anyone on the panel work with computers on a day to day basis in a way that requires a substantial understanding of the operation of computers? Please describe your responsibilities.

18.    Does anyone on the panel work in the area of selling or promotional activity, where that activity involves the Internet? Please describe your responsibilities.

19.    Has anyone on the panel lived in Richmond, Virginia or the immediately surrounding areas? If so,

        a.       For how long?

        b.       Where did you work while living there?

20.    Has anyone on the panel lived in St. Louis, Missouri or the immediately surrounding areas? If so,

        a.       For how long?

        b.       Where did you work while living there?

September 11, 2006              Respectfully submitted,

                                CONNOLLY BOVE LODGE & HUTZ LLP

                                By: /s/ Patricia S. Rogowski
                                Rudolf E. Hutz (#484)
                                Patricia Smink Rogowski (#2632)
                                The Nemours Building
                                1007 Orange Street
                                P.O. Box 2207
                                Wilmington, DE 19899
                                (302) 658-9141

                                J. Bennett Clark
                                David W. Harlan
                                Jennifer E. Hoekel
                                Marc W. Vander Tuig
                                Michael J. Hartley
                                SENNIGER POWERS
                                One Metropolitan Square, 16th Floor
                                St. Louis, MO 63102
                                (314) 231-5400

                                Attorneys for Maritz Inc.

## CERTIFICATE OF SERVICE

I, hereby certify that on **September 11, 2006**, I electronically filed **MARITZ INC.'S PROPOSED VOIR DIRE QUESTIONS** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld and Maryellen Noreika.

I hereby further certify that on September 11, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via Federal Express**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

*/s/ Patricia Smink Rogowski*
Patricia Smink Rogowski (#2632)

344560_23