# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maryellen Noreika
302 351 9278
302 425 3011 Fax
mnoreika@mnat.com

September 12, 2006

BY ELECTRONIC FILING

Peter T. Dalleo, Clerk
United States District Court
844 N. King Street
Wilmington, DE 19801

RE:   Affinion v. Maritz, Inc. C.A. No. 04-360-JJF

Dear Dr. Dalleo:

Enclosed are two copies of Exhibits 11 and 16 to the Joint Pretrial Order which was filed in this matter on September 11, 2006 (D.I. 227). Please substitute the originals with these copies. We apologize for any inconvenience.

Respectfully,

Maryellen Noreika (#3208)

MN/bls
Enclosures

cc:   Patricia Smink Rogowski, Esquire (By Hand; W/Enclosures)
      J. Bennett Clark, Esquire (By Fax; W/Enclosures)