# EXHIBIT 11

**EXHIBIT 11**
**TO JOINT PRETRIAL ORDER**

**MARITZ'S DEPOSITION DESIGNATIONS AND AFFINION'S OBJECTIONS**

| MARITZ'S DESIGNATIONS | AFFINION'S OBJECTIONS |
|---|---|
| **Albert, Philip H. (6/14/01)** | |
| 6:25-8:21 | |
| 10:12-11:25 | Relevance |
| 12:5-8 | Relevance |
| 12:11-15 | Relevance |
| 12:17-13:23 | |
| 14:11-23 | Relevance |
| 15:5-10 | |
| 16:9-10 | |
| 16:15-20 | |
| 17:3-18:2 | Relevance |
| 18:9-20:5 | |
| 23:21-24:6 | Relevance |
| 24:24-25:24 | Relevance; legal conclusion |
| 26:9-18 | Relevance; legal conclusion |
| 27:23-25 | Relevance |
| 28:8-29:4 | Relevance |
| 30:15-33:20 | Relevance |
| 34:6-8 | |
| 35:8-37:1 | Relevance |
| 37:7-13 | Relevance |
| 37:21-38:8 | Relevance |
| 38:14-24 | Relevance |
| 39:6-19 | Relevance; legal conclusion |
| 39:25-40:6 | Relevance; legal conclusion |
| 39:21-41:1 | Relevance; legal conclusion |
| 41:4-14 | Relevance; legal conclusion |
| 41:18-20 | Relevance; legal conclusion |
| 43:9-44:3 | Relevance; legal conclusion |
| 44:6-46:6 | Relevance; legal conclusion |
| 46:11-47:22 | Relevance; argumentative |
| 47:25-48:16 | Relevance; legal conclusion |
| 49:13-17 | Relevance; legal conclusion |
| 50:11-16 | Relevance; legal conclusion |
| 51:1-5 | Relevance; legal conclusion |
| 53:12-16 | |
| 53:20-67:16 | Relevance; legal conclusion |
| 67:25-70:11 | Relevance; legal conclusion |

| | |
|---|---|
| 70:20-73:11 | Relevance; legal conclusion |
| 74:18-77:8 | Relevance; legal conclusion |
| 77:16-78:22 | Incomplete designation |
| 79:21-80:23 | |
| 81:16-82:6 | |
| 83::13-84:6 | |
| 92:8-93:10 | Incomplete designation |
| 93:20-94:2 | |
| 95:14-20 | |
| 101:3-103:4 | Relevance |
| 103:11 | Relevance |
| 103:21-104:19 | Relevance |
| 104:22-105:6 | Relevance; speculation |
| 113:1-12 | Relevance; improper hypothetical |
| 115:18-116:20 | |
| 118:16-119:8 | |
| 125:20-24 | |
| 127:1-128:8 | |
| 128:17-129:1 | |
| 129:18-130:20 | |
| 134:12-139:23 | Relevance; legal conclusion; incomplete designation |
| 156:15-160:4 | |
| **Bach, Joseph (5/11/01)** | |
| 5:19-6:11 | |
| 7:20-8:18 | |
| 9:6-:22 | |
| 10:13-11:11 | |
| 11:23-17:20 | Relevance |
| 28:11-:22 | |
| 31:1-:21 | Relevance |
| 31:24-:25 | |
| 32:2-:3 | Speculation |
| 32:5-:6 | |
| 33:17-34:17 | |
| 37:8-:19 | |
| 38:24-39:6 | |
| 42:21-43:1 | Relevance |
| 43:12-:19 | Relevance |
| 44:22-45:1 | |
| 46:13-:25 | |
| 47:3-48:1 | |
| 48:8-:25 | |
| 49:9-:25 | Incomplete designation |
| 50:17-:21 | |

| | |
|---|---|
| 51:13-:16 | |
| 51:20-52:2 | |
| 52:21-53:1 | |
| 54:10-67:17 | |
| 67:19-:23 | |
| 68:6-:13 | |
| 68:18-69:2 | |
| 69:22-:25 | |
| 72:1-75:17 | |
| 75:23-78:10 | |
| 78:13-81:18 | |
| 81:22-82:5 | |
| 84:16-85:15 | |
| 86:14-:19 | |
| 88:5-:8 | |
| 88:18-:24 | |
| 89:5-91:17 | |
| 92:20-93:15 | |
| **Bach, Joseph (4/6/06)** | |
| 7:11-:18 | |
| 8:10-14:5 | |
| 18:21-19:5 | |
| 20:5-42:1 | Assertion of privilege; attorney discussion; legal conclusion; relevance |
| 42:6-47:12 | Lack of foundation; relevance |
| 47:19-50:5 | Lack of foundation |
| 50:18-51:2 | |
| 51:19-52:19 | Incomplete designations |
| 53:3-63:9 | Relevance; lack of foundation |
| 63:15-65:17 | Lack of foundation; relevance |
| 66:2-:18 | Lack of foundation; relevance |
| 67:1-68:9 | Lack of foundation; relevance |
| 68:11-:21 | Lack of foundation; legal conclusion; relevance |
| 69:1-:7 | Lack of foundation; legal conclusion; relevance |
| 69:9-70:16 | Lack of foundation; legal conclusion; relevance |
| 70:18-71:12 | Lack of foundation; legal conclusion; relevance |
| 71:14-74:1 | Lack of foundation; legal conclusion; relevance |
| 74:8-75:11 | Duplicative |
| 75:18-77:20 | Duplicative |
| 77:22-88:8 | Duplicative; lack of foundation |
| 88:13-90:15 | Legal conclusion; relevance |
| 91:2-92:4 | Legal conclusion; relevance |
| 92:8-93:11 | Incomplete designation; lack of foundation; legal conclusion |
| 93:13-98:1 | Lack of foundation; legal conclusion; relevance |

3

| 98:3-:9 | Lack of foundation; legal conclusion; relevance |
|---|---|
| 98:12-:16 | Lack of foundation; legal conclusion; relevance |
| 98:18-104:2 | Lack of foundation; relevance |
| 104:4-:16 | Lack of foundation; legal conclusion; improper hypothetical |
| 104:18-106:14 | Lack of foundation; legal conclusion; improper hypothetical |
| 107:1-115:5 | Lack of foundation; improper hypothetical |
| 115:7-:20 | Duplicative; improper hypothetical |
| 116:8-119:18 | Duplicative; improper hypothetical |
| 119:20-120:5 | Improper hypothetical; lack of foundation |
| 120:8-121:4 | Improper hypothetical; lack of foundation |
| 121:7-:14 | Improper hypothetical; lack of foundation |
| 121:16-124:9 | Improper hypothetical; lack of foundation; legal conclusion |
| 124:11-:15 | Lack of foundation |
| 124:17 | Lack of foundation; speculation |
| 125:6-129:7 | Relevance; lack of foundation |
| 129:9-:11 | |
| 129:14-130:11 | Relevance; lack of foundation; improper hypothetical |
| 130:13-:22 | Relevance; lack of foundation; improper hypothetical |
| 131:4-133:18 | Relevance; lack of foundation; improper hypothetical; incomplete designation |
| 133:22-136:8 | Relevance; lack of foundation; improper hypothetical |
| 136:10 | Relevance; lack of foundation; improper hypothetical |
| 136:16-139:4 | Relevance; lack of foundation; improper hypothetical |
| 139:6-:8 | Relevance; lack of foundation; improper hypothetical |
| 139:13-140:16 | Relevance; lack of foundation |
| 140:22-142:19 | Relevance; lack of foundation; incomplete designation |
| 143:1-:5 | Relevance; lack of foundation; improper hypothetical |
| 143:7-:13 | Relevance; lack of foundation; improper hypothetical |
| 143:16-:21 | Relevance; lack of foundation; improper hypothetical |
| 144:1 | Relevance; lack of foundation; improper hypothetical |
| 144:6-:12 | |

| | |
|---|---|
| 144:17-146:22 | |
| 147:4-148:4 | |
| 148:13-149:2 | |
| 149:6-151:16 | Relevance; lack of foundation; improper hypothetical |
| 151:18-154:12 | Relevance |
| 154:17-156:19 | Relevance |
| 164:21-165:14 | |
| 169:7-170:6 | |
| 175:19-177:12 | |
| 179:5-181:2 | |
| 181:11-182:3 | Lack of foundation; improper hypothetical |
| **Bell, Gregory K, Ph.D. (6/12/06)** | |
| 7:5-:6 | |
| 7:18-8:13 | |
| 8:20-12:7 | |
| 17:22-21:10 | |
| 28:6-:10 | |
| 32:18-33:4 | |
| 33:23-34:10 | |
| 35:25-36:25 | |
| 48:15-50:14 | |
| 53:20-54:17 | |
| 55:25-56:4 | |
| 56:8-:25 | |
| 57:4-:9 | |
| 59:1-60:9 | |
| 60:18-61:12 | |
| 62:23-63:9 | |
| 64:4-:10 | |
| 64:11-:15 | |
| 65:24-66:7 | |
| 66:19-67:2 | |
| 67:8-67:14 | |
| 67:18-68:23 | |
| 69:6-73:5 | |
| 74:3-75:9 | |
| 78:2-81:16 | |
| 82:24-83:11 | |
| 83:17-:21 | |
| 86:6-:17 | |
| 93:20-94:5 | |
| 94:14-95:8 | |
| 96:9-97:9 | |
| 98:2-99:25 | |

5

| | |
|---|---|
| 102:14-103:5 | |
| 121:22-123:23 | |
| 124:17-127:23 | |
| **Beller, Marti (12/15/05)** | |
| 8:12-9:17 | |
| 11:9-:18 | |
| 12:20-13:21 | |
| 14:5-:13 | Relevance |
| 15:12-17:5 | |
| 17:12-18:15 | |
| 18:21-20:13 | Relevance; lack of foundation |
| 20:21-22:9 | Lack of foundation; speculation |
| 23:9-:13 | |
| 23:17-26:12 | Relevance |
| 26:18-28:13 | |
| 28:18-31:2 | |
| 31:7-32:17 | |
| 32:22-33:5 | |
| 33:22-36:5 | |
| 36:11-38:18 | Lack of foundation |
| 39:19-42:12 | |
| 43:22-44:8 | |
| 44:20-45:12 | |
| 45:18-46:11 | Lack of foundation; relevance |
| 47:2-49:3 | Lack of foundation; relevance |
| 49:8-51:20 | Assertion of privilege; relevance |
| 52:8-55:1 | |
| 56:4-57:20 | Incomplete designation; relevance |
| 58:13-60:5 | Relevance |
| 60:15-62:11 | |
| 63:17-64:9 | |
| 64:13-64:15 | |
| 64:21-72:10 | |
| 73:2-:16 | |
| 75:12-76:2 | Lack of foundation; speculation |
| 76:8-77:9 | Lack of foundation; relevance |
| 79:14-86:2 | |
| 86:14-87:1 | |
| 87:4-90:1 | |
| 90:13-92:3 | |
| 92:9-95:10 | Assertion of privilege; relevance |
| 96:1-:18 | Assertion of privilege; relevance |
| 97:10-102:7 | Assertion of privilege; relevance |
| 103:2-:11 | |
| 103:16-105:1 | |

| | |
|---|---|
| 107:11-109:6 | Lack of foundation; relevance |
| 110:16-113:9 | Lack of foundation; relevance |
| 113:15-114:20 | |
| 115:3-121:1 | |
| 121:7-122:22 | Lack of foundation; speculation |
| 123:6-124:17 | |
| 125:2-:7 | |
| 125:19-126:8 | |
| 126:14-:22 | |
| 127:21-129:1 | |
| 129:11-:15 | |
| 129:19-131:12 | |
| 132:9-133:17 | Lack of foundation |
| 134:2-:7 | |
| 134:11-135:6 | |
| 140:2-:11 | |
| 140:15-144:7 | |
| 144:13-:15 | |
| 144:18-:19 | |
| 147:2-:19 | Assertion of privilege |
| 148:11-152:6 | |
| 152:15-154:15 | |
| 154:20-157:9 | |
| 157:14-158:14 | |
| 158:20-160:3 | |
| 162:9-166:17 | |
| 169:12-:20 | Lack of foundation; relevance |
| 170:4-:22 | |
| 171:6-172:15 | |
| 172:20-174:7 | |
| 174:12-175:17 | Relevance; lack of foundation; speculation |
| 197:12-199:9 | |
| 199:15-200:4 | |
| 201:8-:11 | |
| 201:18-:22 | |
| 202:5-:10 | |
| 202:13-203:8 | |
| 205:21-206:2 | |
| 206:4-208:15 | Assertion of privilege |
| 209:6-211:4 | |
| 213:6-217:2 | |
| 217:7-:18 | Speculation; lack of foundation |
| 218:7-219:5 | |
| 219:17-222:16 | Assertion of privilege; attorney discussion |
| 223:3-:17 | |

| | |
|---|---|
| 224:5-226:2 | |
| 226:12-227:5 | |
| 227:7-230:21 | Assertion of privilege |
| 231:15-:19 | |
| 231:22-232:8 | |
| 232:13-234:3 | |
| 234:7-:9 | |
| 234:21-238:15 | |
| 239:7-243:6 | |
| 243:20-246:2 | Incomplete designation |
| 247:13-248:20 | |
| 250:5-254:11 | |
| 255:1-259:4 | |
| 259:9-266:22 | |
| **Beller, Marti (12/16/05)** | |
| 286:16-288:21 | Relevance; lack of foundation; assertion of privilege |
| 297:9-298:4 | Relevance |
| 319:13-:20 | Relevance |
| 329:4-330:15 | Relevance |
| 332:4-333:4 | Assertion of privilege; relevance |
| 333:18-:21 | Relevance |
| 334:9-:11 | Relevance |
| 334:17-336:8 | Relevance |
| 336:11-338:1 | Relevance; assertion of privilege |
| 338:6-:14 | Relevance |
| 339:6-:13 | Relevance |
| 340:5-:15 | Relevance; assertion of privilege |
| 340:22-341:19 | Relevance |
| 342:7-:16 | Relevance; assertion of privilege |
| 342:21-343:5 | Relevance |
| 344:1-:17 | Incomplete designation; relevance; assertion of privilege |
| 345:4-:11 | Relevance |
| 346:3-:12 | Relevance; assertion of privilege |
| 346:18-348:1 | Relevance; assertion of privilege; incomplete designation |
| 352:17-353:11 | Relevance |
| 353:18-356:19 | |
| 357:11-358:11 | Incomplete designation |
| 358:13-359:2 | |
| 359:20-360:8 | |
| 366:10-:18 | Relevance |
| 367:18-368:14 | Relevance |
| 371:18-372:5 | Lack of foundation |

| | |
|---|---|
| 372:12-373:7 | |
| 374:18-375:2 | |
| 375:20-377:1 | Incomplete designation; lack of foundation |
| 380:13-381:22 | |
| 383:12-385:5 | |
| 385:19-386:6 | |
| 388:20-389:14 | |
| 390:13-:20 | Relevance |
| 392:5-:1 | Incomplete designation |
| **Beller, Marti (5/19/06)** | |
| 407:5-:8 | |
| 408:14-:21 | |
| 409:5-:21 | |
| 411:21-412:21 | Incomplete designation |
| 413:3-414:21 | Incomplete designation |
| 419:9-420:5 | |
| 422:6-422:17 | Relevance |
| 426:4-427:20 | Incomplete designation |
| 429:7-430:9 | Relevance |
| 433:1-433:8 | |
| 435:5-:15 | |
| 435:16-436:9 | Incomplete designation |
| 439:6 | |
| 439:11-:20 | |
| 441:3-:4 | Relevance |
| 441:7-:20 | Relevance |
| 441:22-442:10 | |
| 445:13-448:2 | Relevance |
| 448:6-:7 | Relevance |
| 448:12 | Relevance |
| 448:14-:19 | Relevance |
| 452:8-454:13 | Relevance |
| 462:11-:15 | Relevance |
| 463:15-466:5 | Relevance |
| 469:11-:21 | Relevance |
| 470:4-:11 | Relevance |
| 473:1-:6 | |
| 474:12-:16 | Lack of foundation; attorney argument |
| 475:3-:4 | Lack of foundation; attorney argument |
| 475:7 | Lack of foundation; attorney argument |
| 475:18-476:4 | Relevance; lack of foundation |
| 476:15 | Relevance; lack of foundation |
| 477:11-478:10 | Lack of foundation; relevance |
| 482:10-:18 | Relevance |
| 483:11-:17 | |

| | |
|---|---|
| 483:21-484:9 | |
| 484:21-485:17 | Incomplete designation |
| 485:9-:13 | |
| 488:1-:8 | |
| 488:15-:17 | |
| 498:5-:18 | Lack of foundation |
| 499:11-500:13 | |
| 504:6-:9 | |
| 504:16-:17 | |
| 505:17-506:12 | |
| 506:15-:19 | |
| 516:16-517:13 | Lack of foundation |
| 518:1-:11 | |
| 519:10-:21 | |
| 522:13-523:15 | |
| 525:12-:16 | Lack of foundation; relevance |
| 530:5-:6 | Lack of foundation; relevance |
| 530:10 | Lack of foundation; relevance |
| 531:13-:17 | |
| 532:7-:10 | Lack of foundation; relevance |
| 532:21-533:2 | Lack of foundation; relevance |
| 537:8-:15 | Lack of foundation; relevance |
| 537:20 | Lack of foundation; relevance |
| 542:8-:10 | Lack of foundation; relevance |
| 542:19-543:6 | Lack of foundation; relevance |
| 544:3-:5 | Lack of foundation; relevance |
| 544:12-:14 | Lack of foundation; relevance |
| 547:3-:4 | Lack of foundation; relevance |
| 547:10-:15 | Lack of foundation; relevance |
| 548:10-:12 | Lack of foundation; relevance |
| 548:14-:16 | Lack of foundation; relevance |
| 549:4-:20 | Relevance |
| 550:3-:13 | Relevance |
| 550:18-:19 | Relevance |
| 551:2-:15 | Relevance; form |
| 551:20-552:1 | Relevance; form |
| **Bushold, Thomas (3/2/06)** | |
| 5:9-6:16 | Relevance |
| 6:25-12:2 | |
| 12:5-10 | |
| 13:23-16:12 | |
| 17:2-20:20 | |
| 21:3-24 | |
| 22:2-23:22 | Incomplete designation |
| 23:25-24:15 | |

| 24:18-25:8 | Incomplete designation |
|---|---|
| 73:1-76:14 | |
| 116:24-117:2 | |
| 117:5-7 | |
| 117:15-23 | |
| 120:7-121:5 | Incomplete designation |
| 121:8-20 | |
| 144:15-145:19 | |
| 159:18-20 | Relevance; foundation |
| 160:1-8 | Relevance; foundation |
| 172:17-173:24 | Relevance; legal conclusion |
| 174:5-8 | Relevance; legal conclusion |
| 174:10-18 | |
| **Chaney, Colleen (3/22/06)** | |
| 9:11-10:4 | |
| 10:8-:14 | |
| 11:4-12:6 | |
| 12:12-:21 | |
| 14:1-:6 | |
| 126:2-:3 | |
| 126:15-127:22 | |
| 147:19-150:11 | |
| 150:18-151:13 | |
| 152:10-:15 | |
| 152:22-153:13 | |
| 153:16 | Incomplete designation |
| 153:18-155:6 | Incomplete designation |
| 155:7-156:19 | Incomplete designation |
| 157:22-159:3 | |
| **Fliesler, Martin (6/15/01)** | |
| 6:25-7:10 | |
| 13:1-14:8 | |
| **Gandrud, David (5/24/01)** | |
| 4:9-5:3 | |
| 5:11-12 | |
| 10:3-13 | |
| 10:24-11:13 | |
| 11:23-12:24 | |
| 16:20-18:25 | |
| 24:20-25:14 | Relevance; incomplete designation |
| 25:16-26:19 | |
| 26:25-27:4 | |
| 32:7-34:13 | Relevance |
| 35:1-36:9 | Incomplete designation |
| 36:13-24 | |

| | |
|---|---|
| 37:2-38:7 | Relevance |
| 45:25-46:13 | Relevance |
| 67:21-70:25 | Incomplete designation |
| **Gang, Sherri A. (7/21/06)** | |
| 6:12-:14 | |
| 8:09-9:23 | |
| 12:01-14:12 | |
| 14:18-15:10 | |
| 16:3-:21 | |
| 17:13-:24 | |
| 18:2-:12 | |
| 20:23-21:5 | |
| 22:8-22:21 | |
| 22:22-24:2 | |
| 25:7-:22 | |
| 26:6-27:2 | |
| 28:1-29:14 | Relevance; lack of foundation; speculation |
| 29:15-32:23 | |
| 33:4-34:7 | |
| 34:15-35:8 | |
| 35:13-36:9 | |
| 37:10-:18 | |
| 41:15-43:8 | |
| 58:1-:6 | |
| **Gray, Gerald T. (6/14/01)** | |
| 7:1-15 | |
| 9:21-10:11 | Relevance; legal conclusion; foundation |
| 14:18-16:20 | |
| 17:5-:8 | |
| 18:16-:23 | |
| **30(b)(6) and Heintzeman, Scott (5/23/01)** | |
| 4:9-5:10 | |
| 5:16-19 | |
| 7:1-8:25 | |
| 10:10-23 | |
| 11:14-12:14 | |
| 12:20-16:15 | Relevance |
| 17:3-18:2 | |
| 19:12-20:3 | |
| 20:5-7 | |
| 20:24-21:12 | |
| 22:7-16 | |
| 22:19-23 | |
| 22:25-24:24 | |
| 25:2-27:9 | |

| | |
|---|---|
| 28:25-35:5 | Relevance |
| 38:25-40:20 | Relevance |
| 49:8-14 | |
| 49:25-50:21 | |
| 51:1-16 | |
| 53:20-57:7 | |
| 57:23-61:18 | Relevance |
| 62:20-63:10 | |
| 66:2-15 | Relevance |
| 73:22-24 | |
| 74:2-8 | |
| 74:11-75:8 | |
| 75:21-76:18 | Relevance |
| 83:16-18 | |
| 84:9-17 | Relevance |
| 85:6 | |
| 85:10-17 | |
| **Hodges, Andrew (1/19/06)** | |
| 9:10-17:2 | Relevance |
| 17:12-22:22 | Relevance; incomplete designation |
| 24:22-25:5 | |
| 27:1-28:22 | |
| 31:9-32:4 | |
| 32:22-33:21 | |
| 50:7-22 | Relevance; lack of foundation |
| 54:3-56:8 | |
| 56:17-57:6 | |
| 61:7-18 | |
| 62:1-20 | |
| 64:22-66:2 | |
| 66:11-21 | |
| 68:12-69:1 | Relevance |
| 69:15-71:20 | |
| 72:17-73:18 | |
| 74:1-18 | |
| 75:1-17 | Lack of foundation; relevance |
| 76:4-9 | Lack of foundation; relevance |
| 79:11-13 | Relevance |
| 80:14-81:21 | Relevance; lack of foundation |
| 82:4-18 | Relevance; lack of foundation |
| 83:1-14 | Relevance; lack of foundation |
| 84:10-85:5 | Relevance; lack of foundation |
| 87:13-88:9 | |
| 92:9-18 | |
| 93:1-10 | |

| | |
|---|---|
| 97:6-9 | |
| 97:14-98:1 | |
| 98:5-8 | |
| 98:13-99:9 | Lack of foundation |
| 105:20-106:10 | Lack of foundation; speculative |
| 109:13-20 | Lack of foundation; speculative |
| 110:1-13 | Lack of foundation |
| 110:22-111:5 | Lack of foundation |
| 112:13-20 | Lack of foundation |
| 113:2-9 | Lack of foundation |
| 113:15-21 | |
| 114:5-14 | |
| 116:2-117:6 | Relevance |
| 118:2-119:22 | Object to form; Relevance |
| 120:17-122:16 | Relevance |
| 123:22-125:16 | |
| 127:4-8 | Speculative |
| 130:10-15 | Relevance |
| 131:3-10 | |
| 132:8-12 | |
| 132:18-133:6 | |
| 137:10-21 | |
| 141:7-19 | |
| 142:9-20 | |
| 142:22-143:2 | Speculative; lack of foundation |
| 143:22-144:5 | Relevance |
| 145:20-146:1 | |
| 169:16-173:8 | Incomplete designation |
| 173:10-16 | |
| 174:3-198:2 | Relevance; improper citation of assertion of privilege; lack of foundation |
| **Hsu, Chih-Cheng (5/12/06)** | |
| 6:14-:20 | |
| 8:8-13:6 | |
| 13:15-14:1 | |
| 14:19-15:15 | |
| 17:6-19:18 | |
| 19:20-20:16 | |
| 20:18-21:6 | Lack of foundation |
| 21:8-22:11 | Lack of foundation |
| 22:13-22:20 | |
| 23:1-:3 | |
| 23:8-24:9 | |
| 24:11-26:1 | |
| 26:12-27:9 | |

| | |
|---|---|
| 27:11-28:11 | |
| 28:13-29:8 | |
| 30:9-31:2 | |
| 31:4-35:18 | |
| 36:6-37:2 | |
| 37:4-:14 | |
| 37:16-37:21 | |
| 38:1-38:15 | |
| 38:17-39:8 | |
| 39:10 | |
| 39:12-40:9 | |
| 40:11-41:4 | |
| 41:6-:11 | |
| 41:14-42:12 | |
| 41:15-:17 | |
| 42:19-43:17 | |
| 43:19-44:4 | |
| 45:11-45:20 | |
| 45:22-46:1 | |
| 46:3-46:12 | |
| 46:14-47:2 | |
| 47:4-48:12 | |
| 48:14-:18 | |
| 48:21-49:2 | |
| 50:5-:7 | |
| 50:9-:22 | |
| 51:3-52:5 | |
| 52:7-:11 | |
| 52:13-:15 | |
| 55:11-56:13 | |
| 56:15-:21 | |
| 57:2-59:2 | |
| 59:4-62:14 | |
| 62:16-63:12 | |
| 63:14-64:3 | |
| 64:5-66:7 | |
| 66:9-:19 | |
| 66:20-67:10 | |
| 67:12-:15 | |
| 67:17-68:10 | |
| 68:12-68:21 | |
| 69:1-:8 | |
| 69:10-:13 | |
| 69:15-:17 | |
| 69:19-70:1 | |

| | |
|---|---|
| 70:3-72:16 | |
| 72:18-73:18 | |
| 73:20-74:5 | |
| 74:7-:18 | |
| 74:20-75:5 | |
| 75:7-:13 | |
| 75:16-:17 | |
| 75:19-78:10 | |
| 78:18-79:18 | |
| 79:20-81:3 | Lack of foundation |
| 81:5-:10 | Lack of foundation |
| 81:13-83:10 | Lack of foundation |
| 83:12-:17 | Lack of foundation |
| 83:19-84:4 | Lack of foundation |
| 84:6-:12 | |
| 86:1-86:13 | |
| 86:15-87:5 | |
| 87:7-88:15 | |
| 88:17-89:11 | |
| 89:13-:16 | |
| 89:18 | |
| 95:1-96:16 | |
| 96:18-97:2 | |
| 97:4 | |
| 98:16-99:10 | |
| 99:14-100:10 | |
| 101:4-:7 | |
| 104:4-105:20 | |
| 105:22-106:6 | |
| 106:8-:18 | |
| 110:10-:12 | |
| 110:14-:20 | |
| 112:2-:7 | Lack of foundation |
| 112:9 | Lack of foundation |
| 114:11-117:1 | |
| 117:3-118:22 | |
| 119:2-:3 | |
| 119:5-121:5 | |
| 121:12-:13 | |
| 121:15 | |
| 121:17-122:11 | |
| 122:13 | |
| 127:10-:21 | |
| 162:6-:21 | |
| 168:21-169:6 | |

| **Johnson, Christopher S. (12/14/05)** | |
|---|---|
| 6:8-:10 | |
| 6:15-7:11 | Incomplete designation; attorney argument |
| 8:1-10:18 | Lack of foundation |
| 12:1-14:17 | Incomplete designation |
| 15:16-:19 | |
| 16:2-22:5 | |
| 23:12-24:14 | |
| 25:10-:14 | |
| 26:1-:10 | Incomplete designation |
| 34:7-36:11 | |
| 37:8-39:22 | Incomplete designation |
| 40:5-43:14 | |
| 46:9-53:8 | Lack of foundation |
| 54:3-55:7 | Lack of foundation |
| 55:16-56:22 | |
| 58:6-59:6 | |
| 59:17-60:3 | Relevance; lack of foundation |
| 61:11-:15 | |
| 61:20-62:19 | |
| 64:1-:19 | |
| 66:19-67:7 | |
| 71:4-72:1 | Relevance |
| 72:10-:22 | |
| 73:8-:9 | |
| 73:12-79:15 | Lack of foundation; relevance |
| 84:17-93:10 | Relevance; lack of foundation |
| 94:21-112:17 | Lack of foundation; relevance |
| 114:1-122:4 | Incomplete designation; lack of foundation |
| 125:10-130:10 | |
| 131:8-132:10 | |
| 135:10-:15 | |
| 136:7-138:22 | Relevance |
| 139:5-:22 | Lack of foundation |
| 142:5-143:2 | |
| 143:7-155:12 | Lack of foundation |
| 156:3-161:22 | Relevance |
| **Johnson, Robert (7/26/06)** | |
| 20:22-25:9 | |
| 28:8-29:6 | Speculation |
| 43:3-:25 | Relevance; lack of foundation |
| 53:20-54:8 | |
| 55:16-56:6 | |
| 93:20-95:15 | Relevance; lack of foundation |
| 98:22-99:3 | |

| | |
|---|---|
| 129:9-131:12 | Relevance; legal conclusion |
| **Lazear, Scott Alan (1/18/06)** | |
| 7:11-:22 | |
| 8:9-9:15 | |
| 10:2-:13 | |
| 11:19-12:11 | |
| 12:18-:22 | |
| 13:1-:2 | |
| 13:16-14:21 | |
| 13:22-14:14 | Incomplete designation |
| 16:11-17:1 | |
| 21:3-23:14 | |
| 23:15-24:22 | |
| 26:1-26:11 | Lack of foundation |
| 26:21-27:17 | |
| 27:22-28:6 | |
| 28:7-:12 | |
| 28:17-29:2 | |
| 29:7-:22 | |
| 31:7-:10 | |
| 31:15-:22 | |
| 32:8-:17 | |
| 34:7-36:7 | |
| 42:9-43:9 | Incomplete designation |
| 46:20-47:4 | |
| 48:7-:15 | |
| 48:18-49:1 | Lack of foundation; relevance |
| 49:19-50:2 | |
| 53:1-:19 | Lack of foundation |
| 76:6-77:15 | |
| 80:21-81:5 | |
| 91:10-92:7 | |
| 93:9-:17 | |
| 93:20-94:9 | |
| 94:20-95:8 | |
| 96:14-:19 | Lack of foundation |
| 96:22-97:19 | |
| 98:12-99:8 | |
| 99:22-101:7 | |
| 102:15-:18 | |
| 109:18-110:14 | Incomplete designation |
| 110:14-111:11 | |
| 112:6-113:8 | |
| 113:14-:22 | |
| 121:17-122:7 | |

| | |
|---|---|
| 122:16-123:1 | Relevance |
| 123:18-124:8 | |
| 125:7-:14 | |
| 127:3-128:11 | Relevance; assertion of privilege |
| 129:18-130:3 | Incomplete designation |
| 133:1-:17 | |
| 134:5-135:1 | Lack of foundation |
| 135:20-136:12 | |
| 140:16-:22 | |
| 141:3-:12 | |
| 143:17-:19 | Relevance |
| 144:10-:13 | |
| 146:5-:3 | Unclear designation |
| 172:12-:18 | |
| 173:6-:8 | Incomplete designation |
| 173:11-174:8 | Attorney discussion |
| 176:18-177:18 | Incomplete designation |
| 178:6-:9 | |
| 178:18-179:4 | |
| 180:18-181:10 | |
| 181:19-:22 | Incomplete designation |
| 182:1-:12 | |
| 183:13-:21 | |
| 184:3-:12 | |
| 186:12-187:1 | |
| 189:4-190:12 | |
| 197:8-:9 | Incomplete designation |
| 200:15-:19 | Incomplete designation |
| 201:10-:14 | Lack of foundation |
| 203:7-:17 | Incomplete designation |
| 206:8-208:12 | |
| 212:1-218:12 | Assertion of privilege |
| 218:20-219:7 | |
| 219:14-222:2 | |
| 240:8-:13 | |
| 269:18-270:6 | Incomplete designation |
| 273:8-:16 | |
| 276:13-278:1 | |
| 286:10-:22 | |
| 287:4-:13 | |
| 287:20-288:3 | |
| **Malark, Gregory Alan (6/12/01)** | |
| 7:6-:7 | |
| 8:13-9:1 | |
| 13:6-:7 | |

| | |
|---|---|
| 14:11-:19 | |
| 15:17-:19 | |
| 16:22-:24 | |
| 18:1-:6 | |
| 18:22-19:9 | |
| 19:18-20:2 | |
| 23:8-24:7 | Relevance; attorney argument |
| 25:23-26:21 | |
| 27:18-28:9 | |
| 31:14-:20 | |
| 32:20-33:1 | |
| 34:9-35:19 | |
| 37:5-38:1 | |
| 39:3-43:16 | |
| 44:6-45:2 | |
| 45:24-49:6 | Relevance |
| 49:17-51:2 | |
| 52:3-54:10 | |
| 56:7-57:14 | |
| 57:18-59:5 | |
| 61:1-63:8 | |
| 64:10-:19 | |
| 65:8-66:8 | |
| 66:23-68:2 | Speculative; lack of foundation |
| 68:16-:20 | |
| 70:6-71:24 | |
| 74:4-:23 | |
| 75:22-76:16 | Relevance |
| 76:20-77:13 | Relevance; lack of foundation |
| 77:17-78:8 | |
| 81:20-82:6 | |
| 82:14-:23 | |
| 83:10-85:11 | |
| 86:21-88:6 | |
| 89:12-:15 | |
| **Mann, Darlene (5/12/06)** | |
| 4:3-6:2 | |
| 6:21-7:20 | |
| 8:4-:12 | |
| 8:20-9:13 | |
| 9:19-11:19 | |
| 12:1-12:10 | |
| 12:18-:19 | |
| 12:21-13:16 | |
| 13:19-17:3 | |

| | |
|---|---|
| 17:14-19:17 | |
| 19:19-20:3 | |
| 20:6-21:7 | |
| 21:9-22:12 | |
| 22:14-23:14 | |
| 23:16-:19 | |
| 23:21-24:8 | |
| 24:10-:19 | |
| 25:6-30:7 | |
| 30:9-:13 | |
| 30:15 | |
| 31:7-:13 | |
| 31:15-33:1 | |
| 33:3-:11 | |
| 33:14-:21 | |
| 34:1-:11 | |
| 34:13-:17 | |
| 34:19-36:22 | |
| 37:2-:10 | |
| 37:12-38:18 | |
| 38:20-39:8 | |
| 39:10-:19 | |
| 39:21-40:10 | |
| 40:12-42:13 | |
| 44:7-:9 | |
| 44:11 | |
| 44:13-:15 | |
| 44:17-:19 | |
| 45:7-10 | |
| 45:12-46:5 | |
| 46:8-:11 | |
| 46:13 | |
| 48:12-49:22 | |
| 50:1-:10 | |
| 50:13-:18 | |
| 50:19-51:10 | |
| 52:18-53:14 | |
| 53:17-:18 | |
| 53:20 | Incomplete designation |
| 53:22-54:1 | Incomplete designation |
| 54:2-55:15 | |
| 55:18-:19 | |
| 55:21-56:3 | |
| 56:5-:9 | |
| 56:11 | |

| | |
|---|---|
| 57:8-:14 | |
| 57:16 | |
| 58:3-:17 | |
| 58:20-59:22 | |
| 60:3-63:5 | |
| 63:9-64:21 | Incomplete designation |
| 65:6-68:12 | |
| 68:14-70:3 | |
| 70:7-:8 | |
| 70:10-:21 | Speculation |
| 71:1-:8 | |
| 71:11-:13 | |
| 71:15-72:3 | |
| 72:6-:11 | |
| 72:13-73:6 | |
| 73:10-:22 | |
| 74:2-:13 | Relevance; speculation; lack of foundation |
| 74:15-:20 | Relevance; speculation; lack of foundation |
| 74:22-76:16 | Relevance; speculation; lack of foundation |
| 76:18-77:13 | Relevance; speculation; lack of foundation |
| 77:15-79:15 | |
| 79:17-80:14 | |
| 80:18-81:20 | |
| 81:22-82:3 | |
| 82:5-:9 | |
| 82:14-83:8 | |
| 83:10-84:16 | |
| 84:18-85:8 | |
| **Miller, Jacqueline (5/15/01)** | |
| 5:22-23 | |
| 10:20-11:12 | |
| 15:1-18 | |
| 16:4-5 | |
| 17:19-18:8 | |
| 18:25-20:10 | |
| 20:21-21:22 | |
| 22:1-23:23 | |
| 24:13-25:13 | |
| 26:10-:14 | |
| 27:2-29:5 | Relevance |
| 30:5-:21 | |
| 31:6-32:24 | |
| 36:8-37:12 | |
| 38:22-39:8 | |
| 40:21-:25 | |

| | |
|---|---|
| 45:1-46:4 | |
| 49:10-51:7 | |
| 56:7-:9 | |
| 56:22-:24 | |
| 58:1-59:4 | |
| 59:19-65:7 | |
| 69:6-71:7 | |
| 71:14-73:4 | |
| 74:3-:8 | |
| 74:19-76:2 | |
| 78:2-:24 | |
| 79:13-80:16 | |
| 80:21-89:25 | |
| 90:8-:11 | |
| 92:3-:6 | |
| 97:2-:12 | |
| 98:6-:11 | |
| 99:1-:23 | |
| **Miller, Laura (3/15/06)** | |
| 7:8-10 | |
| 9:8-12:3 | |
| 12:8-13:4 | |
| 13:15-14:6 | |
| 14:9-18 | |
| 14:22-17:13 | |
| 19:2-7 | |
| 22:3-13 | |
| 22:23-23:8 | |
| 23:14-24:4 | |
| 24:8-10 | |
| 24:12-14 | |
| 24:17-25:21 | Relevance |
| 27:5-18 | |
| 28:11-13 | |
| 28:15-20 | |
| 28:23-25 | |
| 31:20-32:9 | |
| 33:6-34:7 | |
| 34:11-15 | |
| 36:9-38:7 | |
| 40:8-22 | |
| 40:25-41:14 | |
| 41:19-42:4 | |
| 42:10-12 | |
| 42:16-20 | |

| | |
|---|---|
| 42:23-43:4 | |
| 46:14-47:6 | |
| 49:14-16 | |
| 49:19-50:9 | |
| 50:11-52:8 | |
| 52:12-22 | |
| 53:1-54:2 | |
| 54:5-24 | |
| 55:3-57:20 | |
| 57:23-59:23 | |
| 60:1-13 | |
| 60:16-18 | |
| 61:1-14 | |
| 82:3-84:9 | |
| 84:11 | |
| 84:14-85:10 | |
| 87:12-15 | |
| 87:17-89:8 | |
| 90:3-20 | |
| 105:22-107:21 | |
| 115:6-116:7 | |
| 116:10-16 | |
| 116:22-23 | |
| 117:2-18 | |
| 118:12-119:17 | |
| 119:21-123:11 | |
| 124:11-125:15 | |
| 125:23-127:2 | |
| 131:18-19 | |
| 131:21-25 | |
| 133:14-25 | |
| 135:7-23 | |
| 142:2-15 | |
| 143:1-14 | |
| 143:17-144:10 | |
| 163:1-166:9 | |
| 166:17-167:20 | |
| 168:1-12 | |
| 174:11-175:1 | |
| 175:15-177:6 | Relevance |
| 177:9-25 | |
| 179:11-180:5 | |
| 180:8-11 | |
| 182:10-14 | |
| 182:16-23 | |

| | |
|---|---|
| 186:5-24 | |
| 187:13-189:2 | |
| 189:5-10 | |
| 189:17-190:4 | |
| **Pike, Debra (11/23/05)** | |
| 8:24-9:22 | |
| 7:13-8:23 | |
| 12:11-:22 | |
| 13:13-14:17 | |
| 16:11-:18 | |
| 12:7-20:2 | |
| 21:3-:18 | |
| 22:22-24:5 | |
| 24:13-25:18 | |
| 27:16-28:16 | |
| 28:21-34:6 | |
| 34:11-35:5 | |
| 36:5-:9 | |
| 37:1-:25 | |
| 38:8-:17 | |
| 39:8-43:2 | |
| 45:3-:16 | |
| 45:24-46:1 | |
| 47:15-:20 | |
| 48:15-49:9 | |
| 50:8-:10 | |
| 50:15-51:21 | |
| 51:24-52:5 | |
| 52:24-53:19 | |
| 54:21-55:4 | |
| 55:5-56:3 | |
| 56:22-60:6 | |
| 60:12-61:10 | |
| 64:19-65:1 | |
| 65:15-65:25 | |
| 66:11-68:20 | |
| 92:8-93:23 | |
| **Shipley, Mark (12/19/05)** | |
| 6:9-7:18 | |
| 10:23-14:4 | |
| 14:18-16:24 | |
| 17:8-18:2 | |
| 18:9-:14 | |
| 18:21-:24 | |
| 20:10-21:23 | |

| | |
|---|---|
| 22:19-23:1 | |
| 37:7-38:9 | |
| 50:6-52:12 | |
| 52:21-57:17 | |
| 57:20-61:5 | |
| 61:10-62:14 | |
| 64:4-65:8 | Relevance |
| 65:14-:21 | |
| 67:18-:24 | Lack of foundation; relevance |
| 68:1-:12 | |
| 70:20-72:22 | |
| 74:16-80:18 | Relevance; lack of foundation |
| 80:22-81:24 | |
| 83:9-:18 | |
| 87:3-89:3 | |
| 89:9-:11 | |
| 89:14-91:16 | |
| 92:16-93:11 | |
| 97:2-98:15 | |
| 98:20-101:6 | |
| 101:11-102:19 | |
| 103:6-:16 | |
| 104:2-105:14 | Relevance |
| 105:21-107:21 | |
| 108:1-111:13 | |
| 113:8-:18 | |
| 113:23-115:17 | |
| 117:10-118:9 | |
| 122:7-125:4 | |
| 126:1-127:4 | |
| 136:8-139:2 | |
| 139:8-141:14 | |
| 163:5-164:2 | |
| 183:25-186:9 | |
| 186:25-187:21 | |
| 194:1-195:7 | |
| 204:2-206:22 | |
| 221:11-222:12 | Hearsay |
| 223:2-:22 | |
| 228:12-229:7 | |
| 229:17-232:4 | Hearsay; foundation; |
| 232:8-234:5 | |
| **Stattler, John (6/15/01)** | |
| 6:23-9:15 | |
| 10:4-:24 | |

| | |
|---|---|
| 11:11-:16 | |
| 11:25-12:18 | |
| 13:6-14:25 | Relevance; attorney argument; assertion of privilege |
| 15:17-17:3 | Relevance; attorney argument; assertion of privilege |
| 18:1-21:25 | |
| 22:7-26:25 | Relevance; assertion of privilege |
| 34:25-43:18 | Legal conclusion; relevance |
| 55:11-:16 | Relevance; legal conclusion |
| 56:21-57:10 | Relevance; legal conclusion |
| 57:19-59:7 | Relevance; legal conclusion |
| 62:18-63:6 | Relevance; legal conclusion |
| 70:10-72:3 | Relevance; legal conclusion; lack of foundation |
| 76:5-78:7 | Relevance; legal conclusion; lack of foundation |
| 79:15-84:25 | Relevance; legal conclusion; lack of foundation |
| 95:20-:24 | |
| 96:21-97:12 | |
| **Stattler, John (4/7/06)** | |
| 6:9-13:16 | |
| 15:1-19:22 | |
| 20:11-25:16 | |
| 29:9-50:10 | |
| 50:13-56:15 | Relevance; legal conclusion |
| 56:20-57:9 | |
| 57:13-66:16 | Duplicative of 2001 testimony |
| 70:14-77:22 | |
| 78:3-90:22 | |
| 91:4-93:17 | |
| 93:21-106:1 | |
| 107:16-109:10 | |
| 109:14-114:19 | |
| 115:10-122:21 | |
| 123:9-130:6 | |
| 130:19-134:10 | |
| 137:20-142:8 | |
| 142:18-143:21 | |
| 144:1-161:17 | |
| 162:7-172:15 | |
| 172:20-180:16 | |
| 180:19-181:5 | |
| 181:7-:9 | |
| 181:11-183:1 | |
| 183:7-184:20 | |
| 195:4-226:15 | |

| | |
|---|---|
| 227:4-236:2 | |
| 250:21-255:9 | |
| **Storey, Thomas W. (4/2/01)** | |
| 7:4-:6 | |
| 8:8-9:7 | |
| 20:18-21:23 | |
| 22:4-23:23 | Incomplete designation |
| 24:1-:25:23 | |
| 26:4-27:21 | |
| 28:16-:23 | |
| 29:1-:5 | |
| 29:8-:13 | |
| 32:5-34:8 | Relevance |
| 37:20-39:14 | |
| 40:1-42:11 | Incomplete designation |
| 42:18-43:5 | |
| 43:14-44:3 | |
| 44:6-:9 | |
| 48:4-:17 | |
| 53:6-59:11 | |
| 60:6-:21 | |
| 60:24-61:2 | |
| 61:4-:9 | Incomplete designation |
| 61:13-65:7 | |
| 67:2-:9 | |
| 68:19-73:21 | |
| 74:14-75:3 | |
| 76:7-:15 | |
| 81:24-83:19 | |
| 84:4-:11 | |
| 88:8-89:20 | Lack of foundation |
| 103:4-:18 | |
| 103:20-:21 | |
| 104:15-:18 | |
| 104:21-112:18 | Relevance |
| 113:20-117:9 | |
| 118:21-121:5 | |
| 121:24-122:4 | |
| 123:5-124:15 | |
| 125:22-127:11 | |
| 131:1-:9 | |
| 135:13-136:6 | Improper attorney comment |
| 140:14-141:12 | |
| 141:15-:19 | |
| 141:25-142:1 | |

| | |
|---|---|
| 142:18-144:13 | |
| 150:20-:25 | |
| 151:14-154:8 | Incomplete designation |
| **Storey, Thomas W. (4/3/01)** | |
| 164:4-166:23 | Legal conclusion |
| 168:7-:17 | Legal conclusion; relevance |
| 170:2-:21 | Legal conclusion; relevance |
| 174:9-176:6 | Legal conclusion; relevance |
| 176:22-177:19 | |
| 178:18-180:11 | |
| 184:5-185:19 | |
| 186:17-:20 | |
| 189:12-190:1 | |
| 193:8-194:7 | |
| 196:13-197:3 | |
| 197:9-199:8 | |
| 201:24-204:15 | |
| 204:21-205:7 | |
| 206:22-211:22 | Relevance; legal conclusion |
| 212:24-214:7 | Relevance; legal conclusion |
| 222:14-:15 | |
| 223:12-224:23 | |
| 225:8-226:16 | |
| 227:14-231:6 | |
| 237:1-238:23 | |
| 241:10-242:2 | |
| 242:24-243:24 | |
| 244:3-248:8 | |
| 249:2-:6 | |
| 249:10-:19 | |
| 250:1-:22 | |
| 252:18-258:9 | |
| 259:16-:18 | |
| 260:5-263:22 | |
| 283:19-284:6 | |
| 285:11-286:1 | |
| 287:2-289:21 | |
| 291:12-292:2 | |
| **Storey, Thomas W. (4/11/06)** | |
| 7:7-:12 | |
| 15:3-:18 | Relevance |
| 16:10-:16 | Relevance |
| 18:3-21:19 | Lack of foundation |
| 21:21-24:6 | Lack of foundation; speculation |
| 24:9-25:9 | |

| | |
|---|---|
| 26:22-27:4 | |
| 30:22-31:19 | |
| 33:1-34:10 | |
| 36:17-38:3 | |
| 41:7-:18 | |
| 44:11-45:5 | |
| 45:11-:17 | |
| 45:19-46:9 | |
| 46:11-48:2 | Duplicative; relevance |
| 48:22-49:6 | Duplicative |
| 49:8-50:16 | Duplicative |
| 50:22 | Incomplete designation |
| 51:7-:19 | |
| 51:22-52:18 | |
| 52:20-:22 | |
| 53:7-55:3 | Foundation; relevance; incomplete designation |
| 56:7-:16 | Relevance |
| 56:18-58:5 | |
| 58:8-:10 | |
| 58:15-:17 | |
| 60:22-61:6 | |
| 61:8-:12 | |
| 61:19-62:3 | Attorney statement |
| 62:7-63:5 | |
| 63:8-69:16 | Incomplete designation |
| 70:12-71:1 | Lack of foundation; unclear questions |
| 71:5-:13 | |
| 72:15-80:12 | Duplicative |
| 80:15-81:5 | |
| 81:7-:13 | |
| 81:15-83:12 | |
| 85:8-87:1 | |
| 87:3-:9 | |
| 87:11-:17 | |
| 87:19-88:10 | |
| 88:12-:17 | |
| 90:1-91:19 | |
| 91:21-92:16 | |
| 92:18-95:15 | Relevance |
| 95:17-:18 | |
| 95:22-96:2 | |
| 96:4-104:8 | |
| 105:1-:18 | |
| 106:14-:19 | |
| 107:2-110:3 | |

| | |
|---|---|
| 110:9-111:19 | |
| 112:1-114:15 | |
| 115:6-:9 | |
| 115:11-:14 | |
| 115:21-117:18 | |
| 119:7-122:12 | Lack of foundation |
| 123:2-:22 | |
| 124:4-125:1 | |
| 125:5-127:14 | |
| 127:22-129:16 | |
| 130:10-:21 | |
| 131:15-135:5 | Lack of foundation |
| 136:20-137:10 | |
| 140:21-141:22 | |
| 142:6-143:8 | |
| 144:14-146:2 | Lack of foundation |
| 146:19-147:18 | Lack of foundation; relevance |
| 147:22-149:8 | Lack of foundation; relevance |
| 150:2-:14 | |
| 152:4-153:2 | Lack of foundation |
| 154:10-156:1 | |
| 156:10-:14 | |
| 156:18-157:6 | |
| 158:15-:19 | Incomplete designation; lack of foundation |
| 159:20-160:20 | |
| 161:5-163:4 | |
| 163:6-:14 | |
| 164:2-165:19 | Lack of foundation; hearsay |
| 166:2-:16 | |
| 167:1-:4 | |
| 169:11-170:5 | |
| 170:7-:11 | Relevance |
| 170:13-171:3 | Relevance |
| 171:5-:15 | |
| 171:18-172:2 | |
| 172:12-174:1 | |
| 175:10-176:16 | |
| 177:12-178:2 | |
| 178:22-179:7 | Assertion of privilege |
| 179:22-181:12 | |
| 181:15-188:16 | |
| 188:18-189:11 | |
| 189:21-190:6 | |
| 190:8-:21 | |
| 191:1-:22 | |

31

| | |
|---|---|
| 193:5-200:19 | |
| 200:21-203:1 | Attorney discussion |
| 203:22-204:14 | |
| 204:16-206:17 | Attorney argument |
| 206:19-207:14 | |
| 207:16-209:2 | |
| 209:12-212:21 | |
| 213:1-214:15 | |
| 214:17-226:21 | Attorney argument |
| 227:15-232:6 | |
| 233:3-240:7 | Assertion of privilege; relevance |
| 241:10-242:15 | |
| 242:17-244:17 | |
| 244:19-246:22 | Incomplete designation |
| 248:1-:8 | |
| 248:13-252:22 | |
| 253:8-255:2 | |
| 255:4-:18 | |
| 255:22-261:22 | Relevance |
| 262:8-263:13 | |
| 264:2-269:22 | Incomplete designation |
| 270:17-:22 | |
| 271:2-276:9 | |
| 276:12-277:16 | |
| 278:3-:9 | |
| 279:4-281:8 | |
| 281:13-284:8 | |
| 285:6-:12 | Relevance; attorney discussion |
| 286:8-289:12 | |
| 289:18-294:12 | |
| 294:21-295:22 | Assertion of privilege |
| 297:3-301:16 | |
| 302:13-305:13 | Relevance; attorney discussion |
| **Wofsey, Carol (3/21/06)** | |
| 6:4-6 | |
| 11:1-12:19 | |
| 12:24-13:3 | |
| 12:2-13:3 | |
| 19:2-20:3 | |
| 26:5-22 | |
| 27:12-28:22 | |
| 28:25-29:5 | |
| 29:11-19 | |
| 30:1-5 | |
| 30:8-15 | |

| | |
|---|---|
| 31:2-34:17 | |
| 37:17-22 | |
| 37:25 | |
| 38:7-11 | |
| 39:2-40:4 | |
| 40:15--42:13 | |
| 42:16-25 | |
| 43:3-25 | |
| 51:1-2 | |
| 51:5-52:21 | |
| 52:24-53:3 | |
| 55:4-56:14 | |
| 56:25-57:18 | |
| 58:2-20 | |
| 58:23-59:8 | |
| 59:10-61:11 | Lack of foundation; hearsay |
| 61:14-24 | |
| 62:2-65:21 | |
| 66:5-16 | |
| 66:25-68:17 | |
| 69:3-70:17 | |
| 70:20-71:7 | |
| 71:25-74:10 | |
| 74:13-75:15 | |
| 76:3-6 | |
| 76:11-14 | |
| 76:16-77:4 | |
| 79:20-80:15 | |
| 85:1-9 | |
| 89:7-22 | |
| 93:15-17 | |
| 96:3-20 | |
| 96:24-25 | |
| 98:16-25 | |
| 99:5-13 | |
| 102:2-104:1 | |
| 105:9-22 | |
| 106:5-108:9 | |
| 109:23-110:4 | |
| 115:17-116:13 | |
| 119:9-120:15 | |
| 128:10-22 | |
| 129:2-5 | |

EXHIBIT 16

**EXHIBIT 16 TO**
**JOINT PRETRIAL ORDER**

**AFFINION'S MISCELLANEOUS ISSUES**

1.        Maritz's refusal to identify which of the 26 witnesses (23 fact witnesses, three

expert) it has identified in the Pretrial Order it intends to call live at trial.  (Affinion has

identified ten witnesses; seven fact, three expert.)  Maritz's position is that it cannot provide this

information until after Affinion concludes its case-in-chief.  Affinion has offered to exchange

lists of witnesses who will be called live (and their order) on October 18, 2006.

2.        Maritz's refusal to provide a definitive (or near definitive) exhibit list prior to trial

or to narrow its deposition designations.  Maritz has provided an exhibit list with 1,432 exhibits

and has designated testimony from over 2,500 pages of deposition testimony, many of which

involved designating all or substantially all of the page.  Maritz objected to the provisions

Affinion proposed to require the parties to disclose specific exhibits or deposition testimony to

be used in trial.

3.        The time allocated to each party for trial.

4.        Any court preferences regarding the order and/or presentation of issues, including

whether equitable issues will be tried to the jury.

5.        Affinion's August 24, 2006 letter to the Court about Maritz's characterization of

this Court's order regarding documents regarding invalidity and unenforceability as "dictum" and

its consequent refusal to produce such documents.

6.        Maritz's designation of deposition testimony from one of its own experts while

also identifying him as a live witness.

7.      Maritz's refusal to stipulate to Affinion's ownership of the '412 patent even though it listed that as an "uncontested fact" in its summary judgment motion regarding lost profits.