IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC.,        Plaintiff,        v.        MARITZ INC.,        Defendant. | ) ) ) ) ) ) ) ) ) ) C.A. No. 04-360-JJF |

### **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Affinion to serve and file its reply brief in support of its Motion to Strike New Affirmative Defenses, Counterclaim and Allegations (D.I. 213) is extended to September 15, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY, BOVE, LODGE & HUTZ LLP |
|---|---|
| /s/ Maryellen Noreika | /s/ Patricia Smink Rogowski |
| Jack B. Blumenfeld (#1044) | Rudolf E. Hutz (#484) |
| Maryellen Noreika (#3208) | Patricia Smink Rogowski (#2632) |
| 1201 N. Market Street | 1007 N. Orange Street |
| P.O. Box 1347 | P.O. Box 2207 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 658-9141 |
| mnoreika@mnat.com | rhutz@cblh.com |
| Attorneys for Plaintiff Affinion Net Patents, Inc. | Attorneys for Defendant Maritz Inc. |

SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge