## CERTIFICATE OF SERVICE

I, hereby certify that on **September 13, 2006**, I electronically filed **REDACTED VERSION OF MARITZ'S ANSWERING BRIEF ON AFFINION NET PATENT, INC.'S MOTION TO STRIKE NEW AFFIRMATIVE DEFENSES, COUNTERCLAIM AND ALLEGATIONS** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld and Maryellen Noreika.

I hereby further certify that on September 13, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via Federal Express**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

/s/ Patricia Smink Rogowski
Patricia Smink Rogowski (#2632)

487445_1