IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-360-JJF |
| MARITZ, INC., | : |
| Defendant. | : |

### O R D E R

IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Thursday, September 28, 2006 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

September 18, 2006
DATE

UNITED STATES DISTRICT JUDGE