IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-360-JJF |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT MARITZ INC.'S MOTION IN LIMINE RELATING TO PRE-SUIT DAMAGES

For the reasons set forth in the accompanying brief, defendant Maritz Inc. moves the Court for entry of an order preventing plaintiff Affinion Net Patents, Inc. from presenting any evidence of alleged damages prior to the date on which it proves defendant received actual notice of U.S. Patent No. 6,009,412 and of defendant's alleged infringement thereof. Specifically, plaintiff should be prevented from presenting any evidence of alleged pre-suit damages relating to Maritz Rewards' or Maritz Incentives' products or programs, including AwardHQ.com. Plaintiff should further be prevented from presenting any evidence of alleged damages prior to July 2002 which are related to Maritz Loyalty or VAULT.

Pursuant to Local Rule 7.1.1, counsel for the parties have conferred and were not able to reach agreement on this motion.

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

*Attorneys for Maritz Inc.*

488918_1

## CERTIFICATE OF SERVICE

I, hereby certify that on September 20, 2006, I electronically filed **DEFENDANT MARITZ INC.'S MOTION IN LIMINE RELATING TO PRE-SUIT DAMAGES** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld and Maryellen Noreika.

I hereby further certify that on September 20, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via Federal Express**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

_____
Paul E. Crawford (#493)