IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-360-JJF |
| MARITZ INC., | ) ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING
DEFENDANT MARITZ INC.'S MOTION IN LIMINE RELATING TO
PRE-SUIT DAMAGES**

Having considered defendant Maritz Inc.'s Motion in Limine Regarding Pre-Suit Damages, plaintiff Affinion's response, and the accompanying briefs submitted by the parties.

IT IS HEREBY ORDERED that the motion is granted. Plaintiff is precluded from seeking damages and/or presenting any evidence of alleged damages prior to June 8, 2004, which relate to Maritz Rewards' or Maritz Incentives' products or programs, including AwardHQ.com. Plaintiff is further prevented from presenting any evidence of alleged damages prior to July 2002 which relate to Maritz Loyalty or VAULT.

Date: _____     _____
                                                                    J.