## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AFFINION NET PATENTS, INC.,                )
                                            )
                    Plaintiff,              )        Civil Action No. 04-360-JJF
                                            )
          v.                                )
                                            )
MARITZ INC.,                                )
                                            )
                    Defendant.              )

## MARITZ'S MOTION *IN LIMINE* RELATING TO THE
## DOCTRINE OF EQUIVALENTS AND JOINT INFRINGEMENT

For the reasons set forth in the accompanying brief, defendant Maritz Inc. moves the Court

for entry of an order precluding plaintiff Affinion Net Patents, Inc. from presenting evidence or

argument during trial regarding the doctrine of equivalents or joint infringement. Pursuant to Local

Rule 7.1.1, counsel for the parties have conferred and were not able to reach agreement on this

matter.

Dated:  September 20, 2006

Respectfully submitted,
CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
       Rudolf E. Hutz (#484)
       Patricia Smink Rogowski (#2632)
       The Nemours Building
       1007 N. Orange Street
       P.O. Box 2207
       Wilmington, DE 19899
       (302) 658-9141

       J. Bennett Clark
       David W. Harlan
       Jennifer E. Hoekel
       Marc W. Vander Tuig
       Michael J. Hartley
       SENNIGER POWERS
       One Metropolitan Square, 16th Floor
       St. Louis, MO 63102
       (314) 231-5400
       *Attorneys for Maritz Inc.*

488981_1

## CERTIFICATE OF SERVICE

I, hereby certify that on September 20, 2006, I electronically filed **MARITZ'S MOTION IN LIMINE RELATING TO THE DOCTRINE OF EQUIVALENTS AND JOINT INFRINGEMENT** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld and Maryellen Noreika.

I hereby further certify that on September 20, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via Federal Express**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Paul E. Crawford (#493)