IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 04-360-JJF |
| v. | ) ) ) | |
| MARITZ INC., | ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER GRANTING MARITZ'S MOTION *IN LIMINE* RELATING TO THE DOCTRINE OF EQUIVALENTS AND JOINT INFRINGEMENT**

Having considered defendant Maritz Inc.'s Motion in Limine Relating to the Doctrine of Equivalents and Joint Infringement, plaintiff Affinion's response, and the accompanying briefs submitted by the parties.

IT IS HEREBY ORDERED that the motion is granted. Plaintiff is precluded from presenting evidence or argument during trial regarding the doctrine of equivalents or joint infringement.

Dated:_____

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge