IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-360-JJF |
| MARITZ INC., | ) ) ) |
| Defendant. | ) |

## DEFENDANT MARITZ INC.'S MOTION IN LIMINE
## RELATING TO LOST PROFITS DAMAGES

For the reasons set forth in the accompanying brief, defendant Maritz Inc. moves the Court for entry of an order precluding plaintiff from presenting evidence of lost profits damages during the periods before January 28, 2004 and after October 17, 2005.

Pursuant to Local Rule 7.1.1, counsel for the parties have conferred and were not able to reach agreement on this matter.

Respectfully submitted,

Dated: September 20, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Patricia Smink Rogowski
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400
*Attorneys for Maritz Inc.*

489011_1

## CERTIFICATE OF SERVICE

    I, hereby certify that on September 20, 2006, I electronically filed **MARITZ'S MOTION IN LIMINE RELATING TO LOST PROFITS DAMAGES** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld and Maryellen Noreika.

    I hereby further certify that on September 20, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

| **Via Hand Delivery** | **Via Federal Express** |
|---|---|
| Jack B. Blumenfeld | Steven Lieberman |
| Maryellen Noreika | Sharon L. Davis |
| Morris, Nichols, Arsht & Tunnell LLP | Rothwell, Figg, Ernst & Manbeck, P.C. |
| 1201 N. Market Street | 1425 K Street, N.W. |
| P.O. Box 1347 | Suite 800 |
| Wilmington, DE 19899-11347 | Washington, D.C. 20005 |

Paul E. Crawford (#493)