IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-360-JJF |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

### [PROPOSED] ORDER GRANTING DEFENDANT MARITZ INC.'S MOTION IN LIMINE RELATING TO LOST PROFITS DAMAGES

Having considered defendant Maritz Inc.'s Motion in Limine to Relating to Lost Profits Damages, plaintiff Affinion's response, and the accompanying briefs submitted by the parties.

IT IS HEREBY ORDERED that the motion is granted. Plaintiff is precluded from presenting evidence of lost profits for the periods before January 28, 2004 and after October 17, 2005.

Dated:_____

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge