IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-360-JJF |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT MARITZ INC.'S MOTION IN LIMINE TO EXCLUDE
EXPERT TESTIMONY OF ROBERT YOUNG RELATING TO THE
INCENTIVE INDUSTRY AND INCENTIVE PRIOR ART**

For the reasons set forth in the accompanying brief, defendant Maritz Inc. moves the Court for entry of an order preventing plaintiff Affinion Net Patents, Inc. from presenting Robert Young as an incentive industry expert. Specifically, Mr. Young should be prevented from testifying on topics related to the incentive industry, including but not limited to what the prior art would teach one of ordinary skill, whether one of ordinary skill in the art would be motivated to combine incentive industry art, whether a piece of incentive industry art would have been material to the patentability of the patent in suit, and inventorship of the '412 patent.

Pursuant to Local Rule 7.1.1, counsel for the parties have conferred and were not able to reach agreement on this matter.

Respectfully submitted,

Dated: September 20, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Patricia Rogowski
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

489026_1

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

*Attorneys for Maritz Inc.*

Case 1:04-cv-00360-JJF    Document 247    Filed 09/20/2006    Page 2 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-360-JJF |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT MARITZ INC.'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF ROBERT YOUNG RELATING TO THE INCENTIVE INDUSTRY AND INCENTIVE PRIOR ART**

Having considered defendant Maritz Inc.'s Motion in Limine to Exclude Expert Testimony of Robert Young Relating to the Incentive Industry and Incentive Prior Art, plaintiff Affinion's response, and the accompanying briefs submitted by the parties.

IT IS HEREBY ORDERED that the motion is granted. Mr. Young is precluded from presenting expert testimony relating to the incentive industry or incentive prior art, including but not limited to what the prior art would teach one of ordinary skill, whether one of ordinary skill in the art would be motivated to combine incentive industry art, whether a piece of incentive industry art would have been material to the patentability of the '412 patent or its parent application, and inventorship of the '412 patent.

Dated:_____        _____
                                      The Honorable Joseph J. Farnan, Jr.
                                      United States District Judge

## CERTIFICATE OF SERVICE

I, hereby certify that on September 20, 2006, I electronically filed **DEFENDANT MARITZ INC.'S MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY OF ROBERT YOUNG RELATING TO THE INCENTIVE INDUSTRY AND INCENTIVE PRIOR ART** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld and Maryellen Noreika.

I hereby further certify that on September 20, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via Federal Express**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

_____
Paul E. Crawford (#493)