# EXHIBIT 1

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CERTIFIED COPY

```
----------------------------x
AFFINION NET PATENTS, INC.,* Case Action No.
              Plaintiff,   * 04-360-JJF
   vs.                     *
MARITZ, INC.,              * HIGHLY CONFIDENTIAL
           Defendant.      * OUTSIDE COUNSEL ONLY
----------------------------x UNDER PROTECTIVE ORDER
```

Videotaped deposition of ROBERT YOUNG,

called for examination by counsel for Defendant, was

taken on Tuesday, June 20th, 2006, commencing at 9:10

a.m. at the law offices of Rothwell, Figg, Ernst &

Manbeck, P.C., Suite 800, 1425 K Street, Northwest,

Washington, District of Columbia, before Cappy

Hallock, Registered Professional Reporter, Certified

Realtime Reporter, and Notary Public in and for the

District of Columbia, when were present on behalf of

the respective parties:

                                    Ex. 1

Henderson Legal Services
(202) 220-4158

12

1    company which I worked on part-time, and I've been

2    doing it full-time since 1996-ish.  I forget

3    whether it is '6 or '7, but thereabouts.

4         Q.    So from the 1988 to 1990 period, was

5    that as kind of a consultant on the side type work?

6         A.    Yes, it was.

7         Q.    Okay.  And have you been doing forensics

8    pretty much solely since 1996?

9         A.    Yes.

10        Q.    Since that time have you had any

11   experience with incentive programs?

12        A.    As a user, yes.

13        Q.    Can you just kind of give me a brief

14   summary of what you've done or how you have used an

15   incentive system or program?

16        A.    Part of my job involves a lot of travel

17   so I'm a member of a number of mileage programs for

18   airlines.

19        Q.    Okay.  Anything else, any kind of credit

20   card-based programs or anything like that?

21        A.    My credit card ties in with my mileage

22   program.  I have a points-based program on a

13

1    bicycling retailer, like Performance Bicycle

2    Company, I think, has switched to a points-based

3    program just within the last year.  I'm trying to

4    think of some of the other ones.  But I think the

5    bank that I have my accounts with has some sort of

6    points-based program, but none of them have any

7    significance to me that I have paid any attention.

8    AT&T used to have rebates and various other

9    incentives, but that's about all I can think of.

10       Q.    Okay.  1990 you said you formed your own

11   company.  Is that the company you currently work

12   for now?

13       A.    It's a company that I own and control.

14   This engagement is under contract to Johnson-Laird,

15   another company that I have worked with since 1988.

16       Q.    What is the name of the company that you

17   own?

18       A.    The company I own is the Ability Systems

19   Corporation.

20       Q.    And what does the Ability Corporation --

21   I'm sorry, what was it called again?

22       A.    The Ability Systems Corporation.

Young, Robert    HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL ONLY    June 20, 2006
Washington, DC

86

1    Actually, no, it's not.  I lied.  Sorry.

2              Looking at that same section, does that

3    also teach, this being 44089, Lines 77 to 86,

4    issuing award points to users?

5        A.    It is suggested, yes.  Well, I will back

6    that up.  Again, as I mentioned earlier, there is a

7    question as to who the user is, and the user being

8    the incented individual and the activity related to

9    the user.  There is some issues there.

10       Q.    And that's what you were talking about

11   before, with respect to the travel agent was not

12   receiving points until the reservation was actually

13   completed?

14       A.    Yes.

15       Q.    But once that reservation was completed,

16   the system did issue points to a user's account; is

17   that correct?

18       A.    Again, that's the term involved there,

19   issues it to the travel agent's account, yes.

20       Q.    The travel agent is the user of the

21   system, is he not?

22       A.    Again, that's the question.  The

87

1    activity that we are referring to is there is

2    activity involved by somebody other than the travel

3    agent before any reward points are issued.

4        Q.    But the incentivized behavior here is

5    making the reservations, not completing them; is

6    that correct?

7        A.    I would have to defer to an incentive

8    expert on that.  I can't answer that.

9        Q.    Okay.  Now that's it for that one.

10            (Defendant's Exhibit Number 296 was

11    marked for identification.)

12   BY MR. HARTLEY:

13       Q.    Handing you what has been marked as

14   Defendant's Exhibit 296, do you recognize this

15   document?

16       A.    Yes.

17       Q.    If you turn to Column 3, the second

18   paragraph, it states here that the Look to Book

19   system was a commercial embodiment of the invention

20   disclosed in this patent; is that correct?

21       A.    That's what it states, yes.

22       Q.    If you go to the abstract, the first