IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-360-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MARITZ'S MOTION *IN LIMINE* RELATING TO
AFFINION'S WILLFULNESS CASE-IN-CHIEF**

For the reasons set forth in the accompanying brief, defendant Maritz Inc. moves the Court for entry of an order precluding plaintiff Affinion Net Patents, Inc. from (1) presenting evidence or argument that Maritz did not obtain an opinion of counsel regarding invalidity or unenforceability of the '412 patent, (2) presenting evidence or argument that Maritz refused to divulge attorney client communications relating to invalidity or unenforceability of the '412 patent, and/or (3) seeking to draw an adverse inference or suggesting the existence of any adverse evidentiary presumption with respect to the nature of an opinion of counsel addressing invalidity, unenforceability or AwardHQ. Pursuant to Local Rule 7.1.1, counsel for the parties have conferred and were not able to reach agreement on this matter.

Respectfully submitted,

Dated: September 20, 2006

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Patricia Smink Rogowski
Rudolf E. Hutz (#484)
Patricia Smink Rogowski (#2632)
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

J. Bennett Clark
David W. Harlan
Jennifer E. Hoekel
Marc W. Vander Tuig
Michael J. Hartley
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

*Attorneys for Maritz Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-360-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING MARITZ'S MOTION *IN LIMINE*
RELATING TO AFFINION'S WILLFULNESS CASE-IN-CHIEF**

Having considered defendant Maritz Inc.'s Motion in Limine Relating to Affinion's Willfulness Case-In-Chief, plaintiff Affinion's response, and the accompanying briefs submitted by the parties.

IT IS HEREBY ORDERED that the motion is granted. Plaintiff is precluded from (1) presenting evidence or argument that Maritz did not obtain an opinion of counsel regarding invalidity or unenforceability of the '412 patent, (2) presenting evidence or argument that Maritz refused to divulge attorney client communications relating to invalidity or unenforceability of the '412 patent, and/or (3) seeking to draw an adverse inference or suggesting the existence of any adverse evidentiary presumption with respect to the nature of an opinion of counsel addressing invalidity, unenforceability or AwardHQ.

Dated: _____

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

## CERTIFICATE OF SERVICE

I, hereby certify that on September 20, 2006, I electronically filed **MARITZ'S MOTION IN LIMINE RELATING TO AFFINION'S WILLFULNESS CASE-IN-CHIEF** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Jack B. Blumenfeld and Maryellen Noreika.

I hereby further certify that on September 20, 2006, I have also served this document on the attorneys of record at the following addresses as indicated:

**Via Hand Delivery**
Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-11347

**Via Federal Express**
Steven Lieberman
Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Paul E. Crawford (#493)