# EXHIBIT 11
## TO JOINT PRETRIAL ORDER

## MARITZ'S DEPOSITION DESIGNATIONS AND AFFINION'S OBJECTIONS

| MARITZ'S DESIGNATIONS | AFFINION'S OBJECTIONS |
| --- | --- |
| **Albert, Philip H. (6/14/01)** | |
| 6:25-8:21 | |
| 10:12-11:25 | Relevance |
| 12:5-8 | Relevance |
| 12:11-15 | Relevance |
| 12:17-13:23 | |
| 14:11-23 | Relevance |
| 15:5-10 | |
| 16:9-10 | |
| 16:15-20 | |
| 17:3-18:2 | Relevance |
| 18:9-20:5 | |
| 23:21-24:6 | Relevance |
| 24:24-25:24 | Relevance; legal conclusion |
| 26:9-18 | Relevance; legal conclusion |
| 27:23-25 | Relevance |
| 28:8-29:4 | Relevance |
| 30:15-33:20 | Relevance |
| 34:6-8 | |
| 35:8-37:1 | Relevance |
| 37:7-13 | Relevance |
| 37:21-38:8 | Relevance |
| 38:14-24 | Relevance |
| 39:6-19 | Relevance; legal conclusion |
| 39:25-40:6 | Relevance; legal conclusion |
| 39:21-41:1 | Relevance; legal conclusion |
| 41:4-14 | Relevance; legal conclusion |
| 41:18-20 | Relevance; legal conclusion |
| 43:9-44:3 | Relevance; legal conclusion |
| 44:6-46:6 | Relevance; legal conclusion |
| 46:11-47:22 | Relevance; argumentative |
| 47:25-48:16 | Relevance; legal conclusion |
| 49:13-17 | Relevance; legal conclusion |
| 50:11-16 | Relevance; legal conclusion |
| 51:1-5 | Relevance; legal conclusion |
| 53:12-16 | |
| 53:20-67:16 | Relevance; legal conclusion |
| 67:25-70:11 | Relevance; legal conclusion |

| | |
|---|---|
| 70:20-73:11 | Relevance; legal conclusion |
| 74:18-77:8 | Relevance; legal conclusion |
| 77:16-78:22 | Incomplete designation |
| 79:21-80:23 | |
| 81:16-82:6 | |
| 83::13-84:6 | |
| 92:8-93:10 | Incomplete designation |
| 93:20-94:2 | |
| 95:14-20 | |
| 101:3-103:4 | Relevance |
| 103:11 | Relevance |
| 103:21-104:19 | Relevance |
| 104:22-105:6 | Relevance; speculation |
| 113:1-12 | Relevance; improper hypothetical |
| 115:18-116:20 | |
| 118:16-119:8 | |
| 125:20-24 | |
| 127:1-128:8 | |
| 128:17-129:1 | |
| 129:18-130:20 | |
| 134:12-139:23 | Relevance; legal conclusion; incomplete designation |
| 156:15-160:4 | |
| **Bach, Joseph (5/11/01)** | |
| 5:19-6:11 | |
| 7:20-8:18 | |
| 9:6-:22 | |
| 10:13-11:11 | |
| 11:23-17:20 | Relevance |
| 28:11-:22 | |
| 31:1-:21 | Relevance |
| 31:24-:25 | |
| 32:2-:3 | Speculation |
| 32:5-:6 | |
| 33:17-34:17 | |
| 37:8-:19 | |
| 38:24-39:6 | |
| 42:21-43:1 | Relevance |
| 43:12-:19 | Relevance |
| 44:22-45:1 | |
| 46:13-:25 | |
| 47:3-48:1 | |
| 48:8-:25 | |
| 49:9-:25 | Incomplete designation |
| 50:17-:21 | |

2

| | |
|---|---|
| 51:13-:16 | |
| 51:20-52:2 | |
| 52:21-53:1 | |
| 54:10-67:17 | |
| 67:19-:23 | |
| 68:6-:13 | |
| 68:18-69:2 | |
| 69:22-:25 | |
| 72:1-75:17 | |
| 75:23-78:10 | |
| 78:13-81:18 | |
| 81:22-82:5 | |
| 84:16-85:15 | |
| 86:14-:19 | |
| 88:5-:8 | |
| 88:18-:24 | |
| 89:5-91:17 | |
| 92:20-93:15 | |
| **Bach, Joseph (4/6/06)** | |
| 7:11-:18 | |
| 8:10-14:5 | |
| 18:21-19:5 | |
| 20:5-42:1 | Assertion of privilege; attorney discussion; legal conclusion; relevance |
| 42:6-47:12 | Lack of foundation; relevance |
| 47:19-50:5 | Lack of foundation |
| 50:18-51:2 | |
| 51:19-52:19 | Incomplete designations |
| 53:3-63:9 | Relevance; lack of foundation |
| 63:15-65:17 | Lack of foundation; relevance |
| 66:2-:18 | Lack of foundation; relevance |
| 67:1-68:9 | Lack of foundation; relevance |
| 68:11-:21 | Lack of foundation; legal conclusion; relevance |
| 69:1-:7 | Lack of foundation; legal conclusion; relevance |
| 69:9-70:16 | Lack of foundation; legal conclusion; relevance |
| 70:18-71:12 | Lack of foundation; legal conclusion; relevance |
| 71:14-74:1 | Lack of foundation; legal conclusion; relevance |
| 74:8-75:11 | Duplicative |
| 75:18-77:20 | Duplicative |
| 77:22-88:8 | Duplicative; lack of foundation |
| 88:13-90:15 | Legal conclusion; relevance |
| 91:2-92:4 | Legal conclusion; relevance |
| 92:8-93:11 | Incomplete designation; lack of foundation; legal conclusion |
| 93:13-98:1 | Lack of foundation; legal conclusion; relevance |

| | |
|---|---|
| 98:3-:9 | Lack of foundation; legal conclusion; relevance |
| 98:12-:16 | Lack of foundation; legal conclusion; relevance |
| 98:18-104:2 | Lack of foundation; relevance |
| 104:4-:16 | Lack of foundation; legal conclusion; improper hypothetical |
| 104:18-106:14 | Lack of foundation; legal conclusion; improper hypothetical |
| 107:1-115:5 | Lack of foundation; improper hypothetical |
| 115:7-:20 | Duplicative; improper hypothetical |
| 116:8-119:18 | Duplicative; improper hypothetical |
| 119:20-120:5 | Improper hypothetical; lack of foundation |
| 120:8-121:4 | Improper hypothetical; lack of foundation |
| 121:7-:14 | Improper hypothetical; lack of foundation |
| 121:16-124:9 | Improper hypothetical; lack of foundation; legal conclusion |
| 124:11-:15 | Lack of foundation |
| 124:17 | Lack of foundation; speculation |
| 125:6-129:7 | Relevance; lack of foundation |
| 129:9-:11 | |
| 129:14-130:11 | Relevance; lack of foundation; improper hypothetical |
| 130:13-:22 | Relevance; lack of foundation; improper hypothetical |
| 131:4-133:18 | Relevance; lack of foundation; improper hypothetical; incomplete designation |
| 133:22-136:8 | Relevance; lack of foundation; improper hypothetical |
| 136:10 | Relevance; lack of foundation; improper hypothetical |
| 136:16-139:4 | Relevance; lack of foundation; improper hypothetical |
| 139:6-:8 | Relevance; lack of foundation; improper hypothetical |
| 139:13-140:16 | Relevance; lack of foundation |
| 140:22-142:19 | Relevance; lack of foundation; incomplete designation |
| 143:1-:5 | Relevance; lack of foundation; improper hypothetical |
| 143:7-:13 | Relevance; lack of foundation; improper hypothetical |
| 143:16-:21 | Relevance; lack of foundation; improper hypothetical |
| 144:1 | Relevance; lack of foundation; improper hypothetical |
| 144:6-:12 | |

| | |
|---|---|
| 144:17-146:22 | |
| 147:4-148:4 | |
| 148:13-149:2 | |
| 149:6-151:16 | Relevance; lack of foundation; improper hypothetical |
| 151:18-154:12 | Relevance |
| 154:17-156:19 | Relevance |
| 164:21-165:14 | |
| 169:7-170:6 | |
| 175:19-177:12 | |
| 179:5-181:2 | |
| 181:11-182:3 | Lack of foundation; improper hypothetical |
| **Bell, Gregory K, Ph.D. (6/12/06)** | |
| 7:5-:6 | |
| 7:18-8:13 | |
| 8:20-12:7 | |
| 17:22-21:10 | |
| 28:6-:10 | |
| 32:18-33:4 | |
| 33:23-34:10 | |
| 35:25-36:25 | |
| 48:15-50:14 | |
| 53:20-54:17 | |
| 55:25-56:4 | |
| 56:8-:25 | |
| 57:4-:9 | |
| 59:1-60:9 | |
| 60:18-61:12 | |
| 62:23-63:9 | |
| 64:4-:10 | |
| 64:11-:15 | |
| 65:24-66:7 | |
| 66:19-67:2 | |
| 67:8-67:14 | |
| 67:18-68:23 | |
| 69:6-73:5 | |
| 74:3-75:9 | |
| 78:2-81:16 | |
| 82:24-83:11 | |
| 83:17-:21 | |
| 86:6-:17 | |
| 93:20-94:5 | |
| 94:14-95:8 | |
| 96:9-97:9 | |
| 98:2-99:25 | |

| | |
|---|---|
| 102:14-103:5 | |
| 121:22-123:23 | |
| 124:17-127:23 | |
| **Beller, Marti (12/15/05)** | |
| 8:12-9:17 | |
| 11:9-:18 | |
| 12:20-13:21 | |
| 14:5-:13 | Relevance |
| 15:12-17:5 | |
| 17:12-18:15 | |
| 18:21-20:13 | Relevance; lack of foundation |
| 20:21-22:9 | Lack of foundation; speculation |
| 23:9-:13 | |
| 23:17-26:12 | Relevance |
| 26:18-28:13 | |
| 28:18-31:2 | |
| 31:7-32:17 | |
| 32:22-33:5 | |
| 33:22-36:5 | |
| 36:11-38:18 | Lack of foundation |
| 39:19-42:12 | |
| 43:22-44:8 | |
| 44:20-45:12 | |
| 45:18-46:11 | Lack of foundation; relevance |
| 47:2-49:3 | Lack of foundation; relevance |
| 49:8-51:20 | Assertion of privilege; relevance |
| 52:8-55:1 | |
| 56:4-57:20 | Incomplete designation; relevance |
| 58:13-60:5 | Relevance |
| 60:15-62:11 | |
| 63:17-64:9 | |
| 64:13-64:15 | |
| 64:21-72:10 | |
| 73:2-:16 | |
| 75:12-76:2 | Lack of foundation; speculation |
| 76:8-77:9 | Lack of foundation; relevance |
| 79:14-86:2 | |
| 86:14-87:1 | |
| 87:4-90:1 | |
| 90:13-92:3 | |
| 92:9-95:10 | Assertion of privilege; relevance |
| 96:1-:18 | Assertion of privilege; relevance |
| 97:10-102:7 | Assertion of privilege; relevance |
| 103:2-:11 | |
| 103:16-105:1 | |

| | |
|---|---|
| 107:11-109:6 | Lack of foundation; relevance |
| 110:16-113:9 | Lack of foundation; relevance |
| 113:15-114:20 | |
| 115:3-121:1 | |
| 121:7-122:22 | Lack of foundation; speculation |
| 123:6-124:17 | |
| 125:2-:7 | |
| 125:19-126:8 | |
| 126:14-:22 | |
| 127:21-129:1 | |
| 129:11-:15 | |
| 129:19-131:12 | |
| 132:9-133:17 | Lack of foundation |
| 134:2-:7 | |
| 134:11-135:6 | |
| 140:2-:11 | |
| 140:15-144:7 | |
| 144:13-:15 | |
| 144:18-:19 | |
| 147:2-:19 | Assertion of privilege |
| 148:11-152:6 | |
| 152:15-154:15 | |
| 154:20-157:9 | |
| 157:14-158:14 | |
| 158:20-160:3 | |
| 162:9-166:17 | |
| 169:12-:20 | Lack of foundation; relevance |
| 170:4-:22 | |
| 171:6-172:15 | |
| 172:20-174:7 | |
| 174:12-175:17 | Relevance; lack of foundation; speculation |
| 197:12-199:9 | |
| 199:15-200:4 | |
| 201:8-:11 | |
| 201:18-:22 | |
| 202:5-:10 | |
| 202:13-203:8 | |
| 205:21-206:2 | |
| 206:4-208:15 | Assertion of privilege |
| 209:6-211:4 | |
| 213:6-217:2 | |
| 217:7-:18 | Speculation; lack of foundation |
| 218:7-219:5 | |
| 219:17-222:16 | Assertion of privilege; attorney discussion |
| 223:3-:17 | |

| | |
|---|---|
| 224:5-226:2 | |
| 226:12-227:5 | |
| 227:7-230:21 | Assertion of privilege |
| 231:15-:19 | |
| 231:22-232:8 | |
| 232:13-234:3 | |
| 234:7-:9 | |
| 234:21-238:15 | |
| 239:7-243:6 | |
| 243:20-246:2 | Incomplete designation |
| 247:13-248:20 | |
| 250:5-254:11 | |
| 255:1-259:4 | |
| 259:9-266:22 | |
| **Beller, Marti (12/16/05)** | |
| 286:16-288:21 | Relevance; lack of foundation; assertion of privilege |
| 297:9-298:4 | Relevance |
| 319:13-:20 | Relevance |
| 329:4-330:15 | Relevance |
| 332:4-333:4 | Assertion of privilege; relevance |
| 333:18-:21 | Relevance |
| 334:9-:11 | Relevance |
| 334:17-336:8 | Relevance |
| 336:11-338:1 | Relevance; assertion of privilege |
| 338:6-:14 | Relevance |
| 339:6-:13 | Relevance |
| 340:5-:15 | Relevance; assertion of privilege |
| 340:22-341:19 | Relevance |
| 342:7-:16 | Relevance; assertion of privilege |
| 342:21-343:5 | Relevance |
| 344:1-:17 | Incomplete designation; relevance; assertion of privilege |
| 345:4-:11 | Relevance |
| 346:3-:12 | Relevance; assertion of privilege |
| 346:18-348:1 | Relevance; assertion of privilege; incomplete designation |
| 352:17-353:11 | Relevance |
| 353:18-356:19 | |
| 357:11-358:11 | Incomplete designation |
| 358:13-359:2 | |
| 359:20-360:8 | |
| 366:10-:18 | Relevance |
| 367:18-368:14 | Relevance |
| 371:18-372:5 | Lack of foundation |

| | |
|---|---|
| 372:12-373:7 | |
| 374:18-375:2 | |
| 375:20-377:1 | Incomplete designation; lack of foundation |
| 380:13-381:22 | |
| 383:12-385:5 | |
| 385:19-386:6 | |
| 388:20-389:14 | |
| 390:13-:20 | Relevance |
| 392:5-:1 | Incomplete designation |
| **Beller, Marti (5/19/06)** | |
| 407:5-:8 | |
| 408:14-:21 | |
| 409:5-:21 | |
| 411:21-412:21 | Incomplete designation |
| 413:3-414:21 | Incomplete designation |
| 419:9-420:5 | |
| 422:6-422:17 | Relevance |
| 426:4-427:20 | Incomplete designation |
| 429:7-430:9 | Relevance |
| 433:1-433:8 | |
| 435:5-:15 | |
| 435:16-436:9 | Incomplete designation |
| 439:6 | |
| 439:11-:20 | |
| 441:3-:4 | Relevance |
| 441:7-:20 | Relevance |
| 441:22-442:10 | |
| 445:13-448:2 | Relevance |
| 448:6-:7 | Relevance |
| 448:12 | Relevance |
| 448:14-:19 | Relevance |
| 452:8-454:13 | Relevance |
| 462:11-:15 | Relevance |
| 463:15-466:5 | Relevance |
| 469:11-:21 | Relevance |
| 470:4-:11 | Relevance |
| 473:1-:6 | |
| 474:12-:16 | Lack of foundation; attorney argument |
| 475:3-:4 | Lack of foundation; attorney argument |
| 475:7 | Lack of foundation; attorney argument |
| 475:18-476:4 | Relevance; lack of foundation |
| 476:15 | Relevance; lack of foundation |
| 477:11-478:10 | Lack of foundation; relevance |
| 482:10-:18 | Relevance |
| 483:11-:17 | |

| | |
|---|---|
| 483:21-484:9 | |
| 484:21-485:17 | Incomplete designation |
| 485:9-:13 | |
| 488:1-:8 | |
| 488:15-:17 | |
| 498:5-:18 | Lack of foundation |
| 499:11-500:13 | |
| 504:6-:9 | |
| 504:16-:17 | |
| 505:17-506:12 | |
| 506:15-:19 | |
| 516:16-517:13 | Lack of foundation |
| 518:1-:11 | |
| 519:10-:21 | |
| 522:13-523:15 | |
| 525:12-:16 | Lack of foundation; relevance |
| 530:5-:6 | Lack of foundation; relevance |
| 530:10 | Lack of foundation; relevance |
| 531:13-:17 | |
| 532:7-:10 | Lack of foundation; relevance |
| 532:21-533:2 | Lack of foundation; relevance |
| 537:8-:15 | Lack of foundation; relevance |
| 537:20 | Lack of foundation; relevance |
| 542:8-:10 | Lack of foundation; relevance |
| 542:19-543:6 | Lack of foundation; relevance |
| 544:3-:5 | Lack of foundation; relevance |
| 544:12-:14 | Lack of foundation; relevance |
| 547:3-:4 | Lack of foundation; relevance |
| 547:10-:15 | Lack of foundation; relevance |
| 548:10-:12 | Lack of foundation; relevance |
| 548:14-:16 | Lack of foundation; relevance |
| 549:4-:20 | Relevance |
| 550:3-:13 | Relevance |
| 550:18-:19 | Relevance |
| 551:2-:15 | Relevance; form |
| 551:20-552:1 | Relevance; form |
| **Bushold, Thomas (3/2/06)** | |
| 5:9-6:16 | Relevance |
| 6:25-12:2 | |
| 12:5-10 | |
| 13:23-16:12 | |
| 17:2-20:20 | |
| 21:3-24 | |
| 22:2-23:22 | Incomplete designation |
| 23:25-24:15 | |

| | |
|---|---|
| 24:18-25:8 | Incomplete designation |
| 73:1-76:14 | |
| 116:24-117:2 | |
| 117:5-7 | |
| 117:15-23 | |
| 120:7-121:5 | Incomplete designation |
| 121:8-20 | |
| 144:15-145:19 | |
| 159:18-20 | Relevance; foundation |
| 160:1-8 | Relevance; foundation |
| 172:17-173:24 | Relevance; legal conclusion |
| 174:5-8 | Relevance; legal conclusion |
| 174:10-18 | |
| **Chaney, Colleen (3/22/06)** | |
| 9:11-10:4 | |
| 10:8-:14 | |
| 11:4-12:6 | |
| 12:12-:21 | |
| 14:1-:6 | |
| 126:2-:3 | |
| 126:15-127:22 | |
| 147:19-150:11 | |
| 150:18-151:13 | |
| 152:10-:15 | |
| 152:22-153:13 | |
| 153:16 | Incomplete designation |
| 153:18-155:6 | Incomplete designation |
| 155:7-156:19 | Incomplete designation |
| 157:22-159:3 | |
| **Fliesler, Martin (6/15/01)** | |
| 6:25-7:10 | |
| 13:1-14:8 | |
| **Gandrud, David (5/24/01)** | |
| 4:9-5:3 | |
| 5:11-12 | |
| 10:3-13 | |
| 10:24-11:13 | |
| 11:23-12:24 | |
| 16:20-18:25 | |
| 24:20-25:14 | Relevance; incomplete designation |
| 25:16-26:19 | |
| 26:25-27:4 | |
| 32:7-34:13 | Relevance |
| 35:1-36:9 | Incomplete designation |
| 36:13-24 | |

| | |
|---|---|
| 37:2-38:7 | Relevance |
| 45:25-46:13 | Relevance |
| 67:21-70:25 | Incomplete designation |
| **Gang, Sherri A. (7/21/06)** | |
| 6:12-:14 | |
| 8:09-9:23 | |
| 12:01-14:12 | |
| 14:18-15:10 | |
| 16:3-:21 | |
| 17:13-:24 | |
| 18:2-:12 | |
| 20:23-21:5 | |
| 22:8-22:21 | |
| 22:22-24:2 | |
| 25:7-:22 | |
| 26:6-27:2 | |
| 28:1-29:14 | Relevance; lack of foundation; speculation |
| 29:15-32:23 | |
| 33:4-34:7 | |
| 34:15-35:8 | |
| 35:13-36:9 | |
| 37:10-:18 | |
| 41:15-43:8 | |
| 58:1-:6 | |
| **Gray, Gerald T. (6/14/01)** | |
| 7:1-15 | |
| 9:21-10:11 | Relevance; legal conclusion; foundation |
| 14:18-16:20 | |
| 17:5-:8 | |
| 18:16-:23 | |
| **30(b)(6) and Heintzeman, Scott (5/23/01)** | |
| 4:9-5:10 | |
| 5:16-19 | |
| 7:1-8:25 | |
| 10:10-23 | |
| 11:14-12:14 | |
| 12:20-16:15 | Relevance |
| 17:3-18:2 | |
| 19:12-20:3 | |
| 20:5-7 | |
| 20:24-21:12 | |
| 22:7-16 | |
| 22:19-23 | |
| 22:25-24:24 | |
| 25:2-27:9 | |

| | |
|---|---|
| 28:25-35:5 | Relevance |
| 38:25-40:20 | Relevance |
| 49:8-14 | |
| 49:25-50:21 | |
| 51:1-16 | |
| 53:20-57:7 | |
| 57:23-61:18 | Relevance |
| 62:20-63:10 | |
| 66:2-15 | Relevance |
| 73:22-24 | |
| 74:2-8 | |
| 74:11-75:8 | |
| 75:21-76:18 | Relevance |
| 83:16-18 | |
| 84:9-17 | Relevance |
| 85:6 | |
| 85:10-17 | |
| **Hodges, Andrew (1/19/06)** | |
| 9:10-17:2 | Relevance |
| 17:12-22:22 | Relevance; incomplete designation |
| 24:22-25:5 | |
| 27:1-28:22 | |
| 31:9-32:4 | |
| 32:22-33:21 | |
| 50:7-22 | Relevance; lack of foundation |
| 54:3-56:8 | |
| 56:17-57:6 | |
| 61:7-18 | |
| 62:1-20 | |
| 64:22-66:2 | |
| 66:11-21 | |
| 68:12-69:1 | Relevance |
| 69:15-71:20 | |
| 72:17-73:18 | |
| 74:1-18 | |
| 75:1-17 | Lack of foundation; relevance |
| 76:4-9 | Lack of foundation; relevance |
| 79:11-13 | Relevance |
| 80:14-81:21 | Relevance; lack of foundation |
| 82:4-18 | Relevance; lack of foundation |
| 83:1-14 | Relevance; lack of foundation |
| 84:10-85:5 | Relevance; lack of foundation |
| 87:13-88:9 | |
| 92:9-18 | |
| 93:1-10 | |

13

| | |
|---|---|
| 97:6-9 | |
| 97:14-98:1 | |
| 98:5-8 | |
| 98:13-99:9 | Lack of foundation |
| 105:20-106:10 | Lack of foundation; speculative |
| 109:13-20 | Lack of foundation; speculative |
| 110:1-13 | Lack of foundation |
| 110:22-111:5 | Lack of foundation |
| 112:13-20 | Lack of foundation |
| 113:2-9 | Lack of foundation |
| 113:15-21 | |
| 114:5-14 | |
| 116:2-117:6 | Relevance |
| 118:2-119:22 | Object to form; Relevance |
| 120:17-122:16 | Relevance |
| 123:22-125:16 | |
| 127:4-8 | Speculative |
| 130:10-15 | Relevance |
| 131:3-10 | |
| 132:8-12 | |
| 132:18-133:4 | |
| 137:10-21 | |
| 141:7-19 | |
| 142:9-20 | |
| 142:22-143:2 | Speculative; lack of foundation |
| 143:22-144:5 | Relevance |
| 145:20-146:1 | |
| 169:16-173:8 | Incomplete designation |
| 173:10-16 | |
| 174:3-198:2 | Relevance; improper citation of assertion of privilege; lack of foundation |
| **Hsu, Chih-Cheng (5/12/06)** | |
| 6:14-:20 | |
| 8:8-13:6 | |
| 13:15-14:1 | |
| 14:19-15:15 | |
| 17:6-19:18 | |
| 19:20-20:16 | |
| 20:18-21:6 | Lack of foundation |
| 21:8-22:11 | Lack of foundation |
| 22:13-22:20 | |
| 23:1-:3 | |
| 23:8-24:9 | |
| 24:11-26:1 | |
| 26:12-27:9 | |

| | |
|---|---|
| 27:11-28:11 | |
| 28:13-29:8 | |
| 30:9-31:2 | |
| 31:4-35:18 | |
| 36:6-37:2 | |
| 37:4-:14 | |
| 37:16-37:21 | |
| 38:1-38:15 | |
| 38:17-39:8 | |
| 39:10 | |
| 39:12-40:9 | |
| 40:11-41:4 | |
| 41:6-:11 | |
| 41:14-42:12 | |
| 41:15-:17 | |
| 42:19-43:17 | |
| 43:19-44:4 | |
| 45:11-45:20 | |
| 45:22-46:1 | |
| 46:3-46:12 | |
| 46:14-47:2 | |
| 47:4-48:12 | |
| 48:14-:18 | |
| 48:21-49:2 | |
| 50:5-:7 | |
| 50:9-:22 | |
| 51:3-52:5 | |
| 52:7-:11 | |
| 52:13-:15 | |
| 55:11-56:13 | |
| 56:15-:21 | |
| 57:2-59:2 | |
| 59:4-62:14 | |
| 62:16-63:12 | |
| 63:14-64:3 | |
| 64:5-66:7 | |
| 66:9-:19 | |
| 66:20-67:10 | |
| 67:12-:15 | |
| 67:17-68:10 | |
| 68:12-68:21 | |
| 69:1-:8 | |
| 69:10-:13 | |
| 69:15-:17 | |
| 69:19-70:1 | |

| | |
|---|---|
| 70:3-72:16 | |
| 72:18-73:18 | |
| 73:20-74:5 | |
| 74:7-:18 | |
| 74:20-75:5 | |
| 75:7-:13 | |
| 75:16-:17 | |
| 75:19-78:10 | |
| 78:18-79:18 | |
| 79:20-81:3 | Lack of foundation |
| 81:5-:10 | Lack of foundation |
| 81:13-83:10 | Lack of foundation |
| 83:12-:17 | Lack of foundation |
| 83:19-84:4 | Lack of foundation |
| 84:6-:12 | |
| 86:1-86:13 | |
| 86:15-87:5 | |
| 87:7-88:15 | |
| 88:17-89:11 | |
| 89:13-:16 | |
| 89:18 | |
| 95:1-96:16 | |
| 96:18-97:2 | |
| 97:4 | |
| 98:16-99:10 | |
| 99:14-100:10 | |
| 101:4-:7 | |
| 104:4-105:20 | |
| 105:22-106:6 | |
| 106:8-:18 | |
| 110:10-:12 | |
| 110:14-:20 | |
| 112:2-:7 | Lack of foundation |
| 112:9 | Lack of foundation |
| 114:11-117:1 | |
| 117:3-118:22 | |
| 119:2-:3 | |
| 119:5-121:5 | |
| 121:12-:13 | |
| 121:15 | |
| 121:17-122:11 | |
| 122:13 | |
| 127:10-:21 | |
| 162:6-:21 | |
| 168:21-169:6 | |

| | |
|---|---|
| **Johnson, Christopher S. (12/14/05)** | |
| 6:8-:10 | |
| 6:15-7:11 | Incomplete designation; attorney argument |
| 8:1-10:18 | Lack of foundation |
| 12:1-14:17 | Incomplete designation |
| 15:16-:19 | |
| 16:2-22:5 | |
| 23:12-24:14 | |
| 25:10-:14 | |
| 26:1-:10 | Incomplete designation |
| 34:7-36:11 | |
| 37:8-39:22 | Incomplete designation |
| 40:5-43:14 | |
| 46:9-53:8 | Lack of foundation |
| 54:3-55:7 | Lack of foundation |
| 55:16-56:22 | |
| 58:6-59:6 | |
| 59:17-60:3 | Relevance; lack of foundation |
| 61:11-:15 | |
| 61:20-62:19 | |
| 64:1-:19 | |
| 66:19-67:7 | |
| 71:4-72:1 | Relevance |
| 72:10-:22 | |
| 73:8-:9 | |
| 73:12-79:15 | Lack of foundation; relevance |
| 84:17-93:10 | Relevance; lack of foundation |
| 94:21-112:17 | Lack of foundation; relevance |
| 114:1-122:4 | Incomplete designation; lack of foundation |
| 125:10-130:10 | |
| 131:8-132:10 | |
| 135:10-:15 | |
| 136:7-138:22 | Relevance |
| 139:5-:22 | Lack of foundation |
| 142:5-143:2 | |
| 143:7-155:12 | Lack of foundation |
| 156:3-161:22 | Relevance |
| **Johnson, Robert (7/26/06)** | |
| 20:22-25:9 | |
| 28:8-29:6 | Speculation |
| 43:3-:25 | Relevance; lack of foundation |
| 53:20-54:8 | |
| 55:16-56:6 | |
| 93:20-95:15 | Relevance; lack of foundation |
| 98:22-99:3 | |

| | |
|---|---|
| 129:9-131:12 | Relevance; legal conclusion |
| **Lazear, Scott Alan (1/18/06)** | |
| 7:11-:22 | |
| 8:9-9:15 | |
| 10:2-:13 | |
| 11:19-12:11 | |
| 12:18-:22 | |
| 13:1-:2 | |
| 13:16-14:21 | |
| 13:22-14:14 | Incomplete designation |
| 16:11-17:1 | |
| 21:3-23:14 | |
| 23:15-24:22 | |
| 26:1-26:11 | Lack of foundation |
| 26:21-27:17 | |
| 27:22-28:6 | |
| 28:7-:12 | |
| 28:17-29:2 | |
| 29:7-:22 | |
| 31:7-:10 | |
| 31:15-:22 | |
| 32:8-:17 | |
| 34:7-36:7 | |
| 42:9-43:9 | Incomplete designation |
| 46:20-47:4 | |
| 48:7-:15 | |
| 48:18-49:1 | Lack of foundation; relevance |
| 49:19-50:2 | |
| 53:1-:19 | Lack of foundation |
| 76:6-77:15 | |
| 80:21-81:5 | |
| 91:10-92:7 | |
| 93:9-:17 | |
| 93:20-94:9 | |
| 94:20-95:8 | |
| 96:14-:19 | Lack of foundation |
| 96:22-97:19 | |
| 98:12-99:8 | |
| 99:22-101:7 | |
| 102:15-:18 | |
| 109:18-110:14 | Incomplete designation |
| 110:14-111:11 | |
| 112:6-113:8 | |
| 113:14-:22 | |
| 121:17-122:7 | |

| | |
|---|---|
| 122:16-123:1 | Relevance |
| 123:18-124:8 | |
| 125:7-:14 | |
| 127:3-128:11 | Relevance; assertion of privilege |
| 129:18-130:3 | Incomplete designation |
| 133:1-:17 | |
| 134:5-135:1 | Lack of foundation |
| 135:20-136:12 | |
| 140:16-:22 | |
| 141:3-:12 | |
| 143:17-:19 | Relevance |
| 144:10-:13 | |
| 146:5-:3 | Unclear designation |
| 172:12-:18 | |
| 173:6-:8 | Incomplete designation |
| 173:11-174:8 | Attorney discussion |
| 176:18-177:18 | Incomplete designation |
| 178:6-:9 | |
| 178:18-179:4 | |
| 180:18-181:10 | |
| 181:19-:22 | Incomplete designation |
| 182:1-:12 | |
| 183:13-:21 | |
| 184:3-:12 | |
| 186:12-187:1 | |
| 189:4-190:12 | |
| 197:8-:9 | Incomplete designation |
| 200:15-:19 | Incomplete designation |
| 201:10-:14 | Lack of foundation |
| 203:7-:17 | Incomplete designation |
| 206:8-208:12 | |
| 212:1-218:12 | Assertion of privilege |
| 218:20-219:7 | |
| 219:14-222:2 | |
| 240:8-:13 | |
| 269:18-270:6 | Incomplete designation |
| 273:8-:16 | |
| 276:13-278:1 | |
| 286:10-:22 | |
| 287:4-:13 | |
| 287:20-288:3 | |
| **Malark, Gregory Alan (6/12/01)** | |
| 7:6-:7 | |
| 8:13-9:1 | |
| 13:6-:7 | |

| | |
|---|---|
| 14:11-:19 | |
| 15:17-:19 | |
| 16:22-:24 | |
| 18:1-:6 | |
| 18:22-19:9 | |
| 19:18-20:2 | |
| 23:8-24:7 | Relevance; attorney argument |
| 25:23-26:21 | |
| 27:18-28:9 | |
| 31:14-:20 | |
| 32:20-33:1 | |
| 34:9-35:19 | |
| 37:5-38:1 | |
| 39:3-43:16 | |
| 44:6-45:2 | |
| 45:24-49:6 | Relevance |
| 49:17-51:2 | |
| 52:3-54:10 | |
| 56:7-57:14 | |
| 57:18-59:5 | |
| 61:1-63:8 | |
| 64:10-:19 | |
| 65:8-66:8 | |
| 66:23-68:2 | Speculative; lack of foundation |
| 68:16-:20 | |
| 70:6-71:24 | |
| 74:4-:23 | |
| 75:22-76:16 | Relevance |
| 76:20-77:13 | Relevance; lack of foundation |
| 77:17-78:8 | |
| 81:20-82:6 | |
| 82:14-:23 | |
| 83:10-85:11 | |
| 86:21-88:6 | |
| 89:12-:15 | |
| **Mann, Darlene (5/12/06)** | |
| 4:3-6:2 | |
| 6:21-7:20 | |
| 8:4-:12 | |
| 8:20-9:13 | |
| 9:19-11:19 | |
| 12:1-12:10 | |
| 12:18-:19 | |
| 12:21-13:16 | |
| 13:19-17:3 | |

| | |
|---|---|
| 17:14-19:17 | |
| 19:19-20:3 | |
| 20:6-21:7 | |
| 21:9-22:12 | |
| 22:14-23:14 | |
| 23:16-:19 | |
| 23:21-24:8 | |
| 24:10-:19 | |
| 25:6-30:7 | |
| 30:9-:13 | |
| 30:15 | |
| 31:7-:13 | |
| 31:15-33:1 | |
| 33:3-:11 | |
| 33:14-:21 | |
| 34:1-:11 | |
| 34:13-:17 | |
| 34:19-36:22 | |
| 37:2-:10 | |
| 37:12-38:18 | |
| 38:20-39:8 | |
| 39:10-:19 | |
| 39:21-40:10 | |
| 40:12-42:13 | |
| 44:7-:9 | |
| 44:11 | |
| 44:13-:15 | |
| 44:17-:19 | |
| 45:7-10 | |
| 45:12-46:5 | |
| 46:8-:11 | |
| 46:13 | |
| 48:12-49:22 | |
| 50:1-:10 | |
| 50:13-:18 | |
| 50:19-51:10 | |
| 52:18-53:14 | |
| 53:17-:18 | |
| 53:20 | Incomplete designation |
| 53:22-54:1 | Incomplete designation |
| 54:2-55:15 | |
| 55:18-:19 | |
| 55:21-56:3 | |
| 56:5-:9 | |
| 56:11 | |

| | |
|---|---|
| 57:8-:14 | |
| 57:16 | |
| 58:3-:17 | |
| 58:20-59:22 | |
| 60:3-63:5 | |
| 63:9-64:21 | Incomplete designation |
| 65:6-68:12 | |
| 68:14-70:3 | |
| 70:7-:8 | |
| 70:10-:21 | Speculation |
| 71:1-:8 | |
| 71:11-:13 | |
| 71:15-72:3 | |
| 72:6-:11 | |
| 72:13-73:6 | |
| 73:10-:22 | |
| 74:2-:13 | Relevance; speculation; lack of foundation |
| 74:15-:20 | Relevance; speculation; lack of foundation |
| 74:22-76:16 | Relevance; speculation; lack of foundation |
| 76:18-77:13 | Relevance; speculation; lack of foundation |
| 77:15-79:15 | |
| 79:17-80:14 | |
| 80:18-81:20 | |
| 81:22-82:3 | |
| 82:5-:9 | |
| 82:14-83:8 | |
| 83:10-84:16 | |
| 84:18-85:8 | |
| **Miller, Jacqueline (5/15/01)** | |
| 5:22-23 | |
| 10:20-11:12 | |
| 15:1-18 | |
| 16:4-5 | |
| 17:19-18:8 | |
| 18:25-20:10 | |
| 20:21-21:22 | |
| 22:1-23:23 | |
| 24:13-25:13 | |
| 26:10-:14 | |
| 27:2-29:5 | Relevance |
| 30:5-:21 | |
| 31:6-32:24 | |
| 36:8-37:12 | |
| 38:22-39:8 | |
| 40:21-:25 | |

| | |
|---|---|
| 45:1-46:4 | |
| 49:10-51:7 | |
| 56:7-:9 | |
| 56:22-:24 | |
| 58:1-59:4 | |
| 59:19-65:7 | |
| 69:6-71:7 | |
| 71:14-73:4 | |
| 74:3-:8 | |
| 74:19-76:2 | |
| 78:2-:24 | |
| 79:13-80:16 | |
| 80:21-89:25 | |
| 90:8-:11 | |
| 92:3-:6 | |
| 97:2-:12 | |
| 98:6-:11 | |
| 99:1-:23 | |
| **Miller, Laura (3/15/06)** | |
| 7:8-10 | |
| 9:8-12:3 | |
| 12:8-13:4 | |
| 13:15-14:6 | |
| 14:9-18 | |
| 14:22-17:13 | |
| 19:2-7 | |
| 22:3-13 | |
| 22:23-23:8 | |
| 23:14-24:4 | |
| 24:8-10 | |
| 24:12-14 | |
| 24:17-25:21 | Relevance |
| 27:5-18 | |
| 28:11-13 | |
| 28:15-20 | |
| 28:23-25 | |
| 31:20-32:9 | |
| 33:6-34:7 | |
| 34:11-15 | |
| 36:9-38:7 | |
| 40:8-22 | |
| 40:25-41:14 | |
| 41:19-42:4 | |
| 42:10-12 | |
| 42:16-20 | |

| | |
|---|---|
| 42:23-43:4 | |
| 46:14-47:6 | |
| 49:14-16 | |
| 49:19-50:9 | |
| 50:11-52:8 | |
| 52:12-22 | |
| 53:1-54:2 | |
| 54:5-24 | |
| 55:3-57:20 | |
| 57:23-59:23 | |
| 60:1-13 | |
| 60:16-18 | |
| 61:1-14 | |
| 82:3-84:9 | |
| 84:11 | |
| 84:14-85:10 | |
| 87:12-15 | |
| 87:17-89:8 | |
| 90:3-20 | |
| 105:22-107:21 | |
| 115:6-116:7 | |
| 116:10-16 | |
| 116:22-23 | |
| 117:2-18 | |
| 118:12-119:17 | |
| 119:21-123:11 | |
| 124:11-125:15 | |
| 125:23-127:2 | |
| 131:18-19 | |
| 131:21-25 | |
| 133:14-25 | |
| 135:7-23 | |
| 142:2-15 | |
| 143:1-14 | |
| 143:17-144:10 | |
| 163:1-166:9 | |
| 166:17-167:20 | |
| 168:1-12 | |
| 174:11-175:1 | |
| 175:15-177:6 | Relevance |
| 177:9-25 | |
| 179:11-180:5 | |
| 180:8-11 | |
| 182:10-14 | |
| 182:16-23 | |

| | |
|---|---|
| 186:5-24 | |
| 187:13-189:2 | |
| 189:5-10 | |
| 189:17-190:4 | |
| **Pike, Debra (11/23/05)** | |
| 8:24-9:22 | |
| 7:13-8:23 | |
| 12:11-:22 | |
| 13:13-14:17 | |
| 16:11-:18 | |
| 12:7-20:2 | |
| 21:3-:18 | |
| 22:22-24:5 | |
| 24:13-25:18 | |
| 27:16-28:16 | |
| 28:21-34:6 | |
| 34:11-35:5 | |
| 36:5-:9 | |
| 37:1-:25 | |
| 38:8-:17 | |
| 39:8-43:2 | |
| 45:3-:16 | |
| 45:24-46:1 | |
| 47:15-:20 | |
| 48:15-49:9 | |
| 50:8-:10 | |
| 50:15-51:21 | |
| 51:24-52:5 | |
| 52:24-53:19 | |
| 54:21-55:4 | |
| 55:5-56:3 | |
| 56:22-60:6 | |
| 60:12-61:10 | |
| 64:19-65:1 | |
| 65:15-65:25 | |
| 66:11-68:20 | |
| 92:8-93:23 | |
| **Shipley, Mark (12/19/05)** | |
| 6:9-7:18 | |
| 10:23-14:4 | |
| 14:18-16:24 | |
| 17:8-18:2 | |
| 18:9-:14 | |
| 18:21-:24 | |
| 20:10-21:23 | |

| | |
|---|---|
| 22:19-23:1 | |
| 37:7-38:9 | |
| 50:6-52:12 | |
| 52:21-57:17 | |
| 57:20-61:5 | |
| 61:10-62:14 | |
| 64:4-65:8 | Relevance |
| 65:14-:21 | |
| 67:18-:24 | Lack of foundation; relevance |
| 68:1-:12 | |
| 70:20-72:22 | |
| 74:16-80:18 | Relevance; lack of foundation |
| 80:22-81:24 | |
| 83:9-:18 | |
| 87:3-89:3 | |
| 89:9-:11 | |
| 89:14-91:16 | |
| 92:16-93:11 | |
| 97:2-98:15 | |
| 98:20-101:6 | |
| 101:11-102:19 | |
| 103:6-:16 | |
| 104:2-105:14 | Relevance |
| 105:21-107:21 | |
| 108:1-111:13 | |
| 113:8-:18 | |
| 113:23-115:17 | |
| 117:10-118:9 | |
| 122:7-125:4 | |
| 126:1-127:4 | |
| 136:8-139:2 | |
| 139:8-141:14 | |
| 163:5-164:2 | |
| 183:25-186:9 | |
| 186:25-187:21 | |
| 194:1-195:7 | |
| 204:2-206:22 | |
| 221:11-222:12 | Hearsay |
| 223:2-:22 | |
| 228:12-229:7 | |
| 229:17-232:4 | Hearsay; foundation; |
| 232:8-234:5 | |
| **Stattler, John (6/15/01)** | |
| 6:23-9:15 | |
| 10:4-:24 | |

| | |
|---|---|
| 11:11-:16 | |
| 11:25-12:18 | |
| 13:6-14:25 | Relevance; attorney argument; assertion of privilege |
| 15:17-17:3 | Relevance; attorney argument; assertion of privilege |
| 18:1-21:25 | |
| 22:7-26:25 | Relevance; assertion of privilege |
| 34:25-43:18 | Legal conclusion; relevance |
| 55:11-:16 | Relevance; legal conclusion |
| 56:21-57:10 | Relevance; legal conclusion |
| 57:19-59:7 | Relevance; legal conclusion |
| 62:18-63:6 | Relevance; legal conclusion |
| 70:10-72:3 | Relevance; legal conclusion; lack of foundation |
| 76:5-78:7 | Relevance; legal conclusion; lack of foundation |
| 79:15-84:25 | Relevance; legal conclusion; lack of foundation |
| 95:20-:24 | |
| 96:21-97:12 | |
| **Stattler, John (4/7/06)** | |
| 6:9-13:16 | |
| 15:1-19:22 | |
| 20:11-25:16 | |
| 29:9-50:10 | |
| 50:13-56:15 | Relevance; legal conclusion |
| 56:20-57:9 | |
| 57:13-66:16 | Duplicative of 2001 testimony |
| 70:14-77:22 | |
| 78:3-90:22 | |
| 91:4-93:17 | |
| 93:21-106:1 | |
| 107:16-109:10 | |
| 109:14-114:19 | |
| 115:10-122:21 | |
| 123:9-130:6 | |
| 130:19-134:10 | |
| 137:20-142:8 | |
| 142:18-143:21 | |
| 144:1-161:17 | |
| 162:7-172:15 | |
| 172:20-180:16 | |
| 180:19-181:5 | |
| 181:7-:9 | |
| 181:11-183:1 | |
| 183:7-184:20 | |
| 195:4-226:15 | |

| | |
|---|---|
| 227:4-236:2 | |
| 250:21-255:9 | |
| **Storey, Thomas W. (4/2/01)** | |
| 7:4-:6 | |
| 8:8-9:7 | |
| 20:18-21:23 | |
| 22:4-23:23 | Incomplete designation |
| 24:1-:25:23 | |
| 26:4-27:21 | |
| 28:16-:23 | |
| 29:1-:5 | |
| 29:8-:13 | |
| 32:5-34:8 | Relevance |
| 37:20-39:14 | |
| 40:1-42:11 | Incomplete designation |
| 42:18-43:5 | |
| 43:14-44:3 | |
| 44:6-:9 | |
| 48:4-:17 | |
| 53:6-59:11 | |
| 60:6-:21 | |
| 60:24-61:2 | |
| 61:4-:9 | Incomplete designation |
| 61:13-65:7 | |
| 67:2-:9 | |
| 68:19-73:21 | |
| 74:14-75:3 | |
| 76:7-:15 | |
| 81:24-83:19 | |
| 84:4-:11 | |
| 88:8-89:20 | Lack of foundation |
| 103:4-:18 | |
| 103:20-:21 | |
| 104:15-:18 | |
| 104:21-112:18 | Relevance |
| 113:20-117:9 | |
| 118:21-121:5 | |
| 121:24-122:4 | |
| 123:5-124:15 | |
| 125:22-127:11 | |
| 131:1-:9 | |
| 135:13-136:6 | Improper attorney comment |
| 140:14-141:12 | |
| 141:15-:19 | |
| 141:25-142:1 | |

| | |
|---|---|
| 142:18-144:13 | |
| 150:20-:25 | |
| 151:14-154:8 | Incomplete designation |
| **Storey, Thomas W. (4/3/01)** | |
| 164:4-166:23 | Legal conclusion |
| 168:7-:17 | Legal conclusion; relevance |
| 170:2-:21 | Legal conclusion; relevance |
| 174:9-176:6 | Legal conclusion; relevance |
| 176:22-177:19 | |
| 178:18-180:11 | |
| 184:5-185:19 | |
| 186:17-:20 | |
| 189:12-190:1 | |
| 193:8-194:7 | |
| 196:13-197:3 | |
| 197:9-199:8 | |
| 201:24-204:15 | |
| 204:21-205:7 | |
| 206:22-211:22 | Relevance; legal conclusion |
| 212:24-214:7 | Relevance; legal conclusion |
| 222:14-:15 | |
| 223:12-224:23 | |
| 225:8-226:16 | |
| 227:14-231:6 | |
| 237:1-238:23 | |
| 241:10-242:2 | |
| 242:24-243:24 | |
| 244:3-248:8 | |
| 249:2-:6 | |
| 249:10-:19 | |
| 250:1-:22 | |
| 252:18-258:9 | |
| 259:16-:18 | |
| 260:5-263:22 | |
| 283:19-284:6 | |
| 285:11-286:1 | |
| 287:2-289:21 | |
| 291:12-292:2 | |
| **Storey, Thomas W. (4/11/06)** | |
| 7:7-:12 | |
| 15:3-:18 | Relevance |
| 16:10-:16 | Relevance |
| 18:3-21:19 | Lack of foundation |
| 21:21-24:6 | Lack of foundation; speculation |
| 24:9-25:9 | |

| | |
|---|---|
| 26:22-27:4 | |
| 30:22-31:19 | |
| 33:1-34:10 | |
| 36:17-38:3 | |
| 41:7-:18 | |
| 44:11-45:5 | |
| 45:11-:17 | |
| 45:19-46:9 | |
| 46:11-48:2 | Duplicative; relevance |
| 48:22-49:6 | Duplicative |
| 49:8-50:16 | Duplicative |
| 50:22 | Incomplete designation |
| 51:7-:19 | |
| 51:22-52:18 | |
| 52:20-:22 | |
| 53:7-55:3 | Foundation; relevance; incomplete designation |
| 56:7-:16 | Relevance |
| 56:18-58:5 | |
| 58:8-:10 | |
| 58:15-:17 | |
| 60:22-61:6 | |
| 61:8-:12 | |
| 61:19-62:3 | Attorney statement |
| 62:7-63:5 | |
| 63:8-69:16 | Incomplete designation |
| 70:12-71:1 | Lack of foundation; unclear questions |
| 71:5-:13 | |
| 72:15-80:12 | Duplicative |
| 80:15-81:5 | |
| 81:7-:13 | |
| 81:15-83:12 | |
| 85:8-87:1 | |
| 87:3-:9 | |
| 87:11-:17 | |
| 87:19-88:10 | |
| 88:12-:17 | |
| 90:1-91:19 | |
| 91:21-92:16 | |
| 92:18-95:15 | Relevance |
| 95:17-:18 | |
| 95:22-96:2 | |
| 96:4-104:8 | |
| 105:1-:18 | |
| 106:14-:19 | |
| 107:2-110:3 | |

| | |
|---|---|
| 110:9-111:19 | |
| 112:1-114:15 | |
| 115:6-:9 | |
| 115:11-:14 | |
| 115:21-117:18 | |
| 119:7-122:12 | Lack of foundation |
| 123:2-:22 | |
| 124:4-125:1 | |
| 125:5-127:14 | |
| 127:22-129:16 | |
| 130:10-:21 | |
| 131:15-135:5 | Lack of foundation |
| 136:20-137:10 | |
| 140:21-141:22 | |
| 142:6-143:8 | |
| 144:14-146:2 | Lack of foundation |
| 146:19-147:18 | Lack of foundation; relevance |
| 147:22-149:8 | Lack of foundation; relevance |
| 150:2-:14 | |
| 152:4-153:2 | Lack of foundation |
| 154:10-156:1 | |
| 156:10-:14 | |
| 156:18-157:6 | |
| 158:15-:19 | Incomplete designation; lack of foundation |
| 159:20-160:20 | |
| 161:5-163:4 | |
| 163:6-:14 | |
| 164:2-165:19 | Lack of foundation; hearsay |
| 166:2-:16 | |
| 167:1-:4 | |
| 169:11-170:5 | |
| 170:7-:11 | Relevance |
| 170:13-171:3 | Relevance |
| 171:5-:15 | |
| 171:18-172:2 | |
| 172:12-174:1 | |
| 175:10-176:16 | |
| 177:12-178:2 | |
| 178:22-179:7 | Assertion of privilege |
| 179:22-181:12 | |
| 181:15-188:16 | |
| 188:18-189:11 | |
| 189:21-190:6 | |
| 190:8-:21 | |
| 191:1-:22 | |

| | |
|---|---|
| 193:5-200:19 | |
| 200:21-203:1 | Attorney discussion |
| 203:22-204:14 | |
| 204:16-206:17 | Attorney argument |
| 206:19-207:14 | |
| 207:16-209:2 | |
| 209:12-212:21 | |
| 213:1-214:15 | |
| 214:17-226:21 | Attorney argument |
| 227:15-232:6 | |
| 233:3-240:7 | Assertion of privilege; relevance |
| 241:10-242:15 | |
| 242:17-244:17 | |
| 244:19-246:22 | Incomplete designation |
| 248:1-:8 | |
| 248:13-252:22 | |
| 253:8-255:2 | |
| 255:4-:18 | |
| 255:22-261:22 | Relevance |
| 262:8-263:13 | |
| 264:2-269:22 | Incomplete designation |
| 270:17-:22 | |
| 271:2-276:9 | |
| 276:12-277:16 | |
| 278:3-:9 | |
| 279:4-281:8 | |
| 281:13-284:8 | |
| 285:6-:12 | Relevance; attorney discussion |
| 286:8-289:12 | |
| 289:18-294:12 | |
| 294:21-295:22 | Assertion of privilege |
| 297:3-301:16 | |
| 302:13-305:13 | Relevance; attorney discussion |
| **Wofsey, Carol (3/21/06)** | |
| 6:4-6 | |
| 11:1-12:19 | |
| 12:24-13:3 | |
| 12:2-13:3 | |
| 19:2-20:3 | |
| 26:5-22 | |
| 27:12-28:22 | |
| 28:25-29:5 | |
| 29:11-19 | |
| 30:1-5 | |
| 30:8-15 | |

| | |
|---|---|
| 31:2-34:17 | |
| 37:17-22 | |
| 37:25 | |
| 38:7-11 | |
| 39:2-40:4 | |
| 40:15--42:13 | |
| 42:16-25 | |
| 43:3-25 | |
| 51:1-2 | |
| 51:5-52:21 | |
| 52:24-53:3 | |
| 55:4-56:14 | |
| 56:25-57:18 | |
| 58:2-20 | |
| 58:23-59:8 | |
| 59:10-61:11 | Lack of foundation; hearsay |
| 61:14-24 | |
| 62:2-65:21 | |
| 66:5-16 | |
| 66:25-68:17 | |
| 69:3-70:17 | |
| 70:20-71:7 | |
| 71:25-74:10 | |
| 74:13-75:15 | |
| 76:3-6 | |
| 76:11-14 | |
| 76:16-77:4 | |
| 79:20-80:15 | |
| 85:1-9 | |
| 89:7-22 | |
| 93:15-17 | |
| 96:3-20 | |
| 96:24-25 | |
| 98:16-25 | |
| 99:5-13 | |
| 102:2-104:1 | |
| 105:9-22 | |
| 106:5-108:9 | |
| 109:23-110:4 | |
| 115:17-116:13 | |
| 119:9-120:15 | |
| 128:10-22 | |
| 129:2-5 | |

**AFFINION'S COUNTER-DESIGNATIONS AND GENERAL OBJECTIONS**

**Philip Albert**

Affinion objects to the use at trial of Mr. Albert's deposition transcript, which was taken in an earlier litigation to which Affinion was not a party, because it is hearsay and Maritz has not established that it is admissible pursuant to Federal Rule of Evidence 804. That issue will be the subject of a motion *in limine*. Subject to that general objection, Affinion submits the following counter-designations.

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
| --- | --- |
| 24 (21-22) | |
| 33 (21-25) | |
| 34 (1-4) | |
| 70 (12-19) | |
| 73 (12-18) | |
| 82 (7-25) | |
| 83 (1-12) | |
| 84 (7-11) | |
| 93 (11-19) | |
| 95 (9-13) | |
| 119 (9-12) | |
| 126 (1-25) | |
| 129 (2-7) | |
| 131 (20-25) | |
| 132 (1-19) | |
| 133 (21-22) | |
| 134 (5-11) | |
| 152 (7-25) | |

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 153 (1-24) | |
| 155 (3-7) | |

**Joseph Bach – (05/11/01)**

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 11 (12-21) | |
| 25 (15-25) | |
| 28 (1-10) | |
| 29 (7-15, 19-25) | |
| 30 (14-18, 21-23) | |
| 32 (13-19) | |
| 34 (18-20) | |
| 35 (8-13) | |
| 38 (9-21) | |
| 41 (22-25) | |
| 42 (1-3, 12-16) | |
| 47 (1-2) | |
| 48 (8-13, 17-18, 22-25) | |
| 50 (1, 4-16) | |
| 51 (6-12) | |

2

**Joseph Bach – (04/06/06)**

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 15 (6-9, 15-22) | |
| 16 (1-7, 13-17) | |
| 157 (14-22) | |
| 158 (1, 8-20) | |
| 159 (19-22) | |
| 160 (1-5) | |
| 162 (4-21) | |
| 165 (15-22) | |
| 166 (1-22) | |
| 167 (1-2, 22) | |
| 168 (1-6) | |
| 172 (4-22) | |
| 177 (14-22) | |
| 178 (1-16) | |

**Gregory K. Bell**

Affinion objects to the use of Dr. Bell's testimony by Maritz at trial, as his deposition testimony is inadmissible hearsay and is not subject to any exception to the hearsay rule. Moreover, Maritz has identified Dr. Bell (its sole expert on damages) as a witness it anticipates calling live at trial. If Maritz indicates that Mr. Bell will not actually appear at trial, and the Court permits Maritz to use his deposition testimony, Affinion will provide counter-designations and specific objections at that time.

3

**Marti Beller**

Ms. Beller is expected to appear as a live witness at trial. Therefore, Affinion is not providing counter-designations. Should Ms. Beller unexpectedly become unavailable, Affinion will provide counter-designations at that time.

**Thomas Bushold**

Affinion has already submitted designations of Mr. Bushold's deposition testimony and those designations also serve as counter-designations.

In addition to the testimony already designated, Affinion counter designates the following testimony.

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 16 (20-25) | |
| 17 (1) | |
| 117 (8-14) | |
| 118 (4-12) | |

**Colleen Chaney**

Ms. Chaney is expected to appear as a live witness at trial. Therefore, Affinion is not providing counter-designations. Should Ms. Chaney unexpectedly become unavailable, Affinion will provide counter-designations at that time.

**Martin Fliesler**

Affinion objects to the use at trial of Mr. Fliesler's deposition testimony, which was taken in an earlier action to which Affinion was not a party, on the grounds that (1) it is hearsay and Maritz has not demonstrated that this transcript is admissible pursuant to Federal Rule of Evidence 804 and (2) Maritz failed to identify Mr. Fliesler as a possible witness during discovery. That issue will be the subject of a motion *in limine*.

**David Gandrud**

Affinion objects to the use at trial of Mr. Gandrud's deposition testimony, which was taken in an earlier action to which Affinion was not a party, on the grounds that (1) it is hearsay and Maritz has not demonstrated that this transcript is admissible pursuant to Federal Rule of Evidence 804 and (2) Maritz failed to identify Mr. Gandrud as a possible witness during discovery. That issue will be the subject of a motion *in limine*. Subject to the foregoing general objections, Affinion submits the following counter-designations.

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 8 (9-11, 23-25) | |
| 11 (14-22) | |
| 19 (18-25) | |
| 20 (3-8) | |
| 27 (5-8, 13-25) | |
| 28 (1, 18-25) | |
| 29 (1-7) | |
| 31 (11-20) | |

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 38 (17-22) | |
| 55 (2-11) | |
| 62 (19-24) | |
| 79 (23-25) | |
| 80 (1-19) | |

**Sherri Gang**

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 7 (22-25) | |
| 8 (1-2, 7-8) | |
| 14 (15-17) | |
| 36 (10-25) | |
| 37 (1-9) | |
| 38 (18-25) | |
| 39 (1-9) | |

**Gerald T. Gray**

Affinion objects to any use at trial of Mr. Gray's testimony, which was taken in an earlier action to which Affinion was not a party, on the grounds that (1) it is hearsay and Maritz has not established that this deposition testimony is admissible pursuant to Federal Rule of Evidence 804 and (2) Maritz never disclosed Mr. Gray as a possible witness in this case. That issue will be the subject of a motion *in limine*.

6

**Scott Heintzeman**

Affinion objects to the use at trial of Mr. Heintzeman's deposition testimony, which was taken in an earlier action to which Affinion was not a party, on the grounds that it is hearsay and Maritz has not established that it is admissible pursuant to Federal Rule of Evidence 804. That issue will be the subject of a motion *in limine.* Subject to the foregoing objections, Affinion submits the following counter-designations.

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 18 (3-6, 12-18) | |
| 45 (9-19) | |
| 48 (5-13) | |
| 49 (15-17) | |
| 62 (3-19) | |
| 78 (5-9) | |
| 86 (18-25) | |
| 89 (2-11, 24-25) | |
| 90 (1-10) | |

**Andy Hodges**

Mr. Hodges is expected to appear as a live witness at trial. Therefore, Affinion is not providing counter-designations. Should Mr. Hodges unexpectedly become unavailable, Affinion will provide counter-designations at that time.

**Chih-Cheng Hsu**

Affinion objects to the use of Mr. Hsu's testimony at the trial of this matter on the grounds that none of his testimony is relevant to the issues before the Court. That issue will be

7

the subject of a motion *in limine*.  Subject to the foregoing general objection, Affinion submits

the following counter-designations.

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 15 (16-20) | |
| 16 (7-17) | |
| 26 (5-10) | |
| 29 (9-17) | |
| 35 (19-20) | |
| 36 (1-4) | |
| 84 (14-19) | |
| 89 (20-22) | |
| 90 (1-11) | |
| 94 (6-19) | |
| 97 (6-10) | |
| 98 (9-12) | |
| 109 (13-15) | |
| 130 (15-22) | |
| 131 (1-22) | |
| 132 (1-22) | |
| 133 (1-22) | |
| 134 (1-22) | |
| 135 (1-22) | |
| 136 (1-13) | |
| 137 (7-22) | |
| 138 (1-10) | |
| 140 (6-22) | |
| 141 (1-12) | |
| 142 (11-15) | |

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 144 (12-22) | |
| 145 (1, 18-22) | |
| 146 (1-8) | |
| 147 (9-14) | |
| 149 (15-22) | |
| 150 (1-8, 16-22) | |
| 151 (1-14) | |
| 153 (21-22) | |
| 154 (1-5) | |
| 157 (18-22) | |
| 158 (1-22) | |
| 159 (1-14) | |
| 161 (10-22) | |
| 162 (1-5) | |
| 164 (14-19) | |
| 166 (15-22) | |
| 167 (1-7) | |
| 171 (2-12) | |

**Chris Johnson**

Mr. Johnson is expected to appear as a live witness at trial. Therefore, Affinion is not providing counter-designations. Should Mr. Johnson unexpectedly become available, Affinion will provide counter-designations at that time.

**Robert Johnson**

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 16 (5-12, 22-25) | |
| 17 (1-2) | |
| 18 (17-25) | |
| 19 (1-10, 25) | |
| 20 (1-21) | |
| 34 (4-10) | |
| 49 (16-21) | |
| 52 (6-13) | |
| 53 (17-19) | |
| 58 (7-14) | |
| 76 (5-19) | |
| 78 (1-9, 17-25) | |
| 80 (11-15) | |
| 86 (14-25) | |
| 87 (1-13) | |
| 88 24-25) | |
| 89 (1-4) | |
| 99 (4-7) | |
| 128 (18-25) | |
| 129 (1-8) | |
| 132 (8-10) | |

## Scott Lazear

Mr. Lazear is expected to appear as a live witness at trial. Therefore, Affinion is not providing counter-designations. Should Mr. Lazear unexpectedly become unavailable, Affinion will provide counter-designations at that time.

## Greg Malark

Affinion objects to any use at trial of Mr. Malark's deposition testimony, which was taken in an earlier action to which Affinion was not a party, on the grounds that (1) it is hearsay and Maritz has not established that the testimony is admissible pursuant to Federal Rule of Evidence 804 and (2) Maritz did not disclose Mr. Malark as a potential witness in this case. That issue will be the subject of a motion *in limine*. Subject to the foregoing objections, Affinion submits the following counter-designations.

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 9 (2-4) | |
| 16 (5-18) | |
| 17 (1-8) | |
| 18 (7-9) | |
| 19 (10-14) | |
| 20 (3-21) | |
| 35 (20-23) | |
| 36 (17-24) | |
| 37 (1-4) | |
| 72 (22-24) | |
| 78 (21-24) | |
| 79 (1-8) | |

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 93 (15-21) | |
| 96 (16-24) | |
| 97 (1-2) | |

**Darlene Mann**

Affinion objects to the use of Ms. Mann's deposition testimony at trial on the grounds that none of her testimony is relevant to the issues before the Court. That issue will be the subject of a motion *in limine*. Subject to the foregoing objections, Affinion submits the following counter-designations.

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 12 (11-17) | |
| 13 (19-22) | |
| 14 (1-6) | |
| 43 (2-21) | |
| 44 (21-22) | |
| 45 (1-4) | |
| 85 (19-22) | |
| 86 (1-16) | |
| 87 (13-22) | |
| 88 (1-22) | |
| 89 (1-22) | |
| 90 (1-22) | |
| 91 (1-22) | |
| 92 (1-22) | |
| 93 (1-22) | |
| 94 (1-12, 15-22) | |

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 95 (1-21) | |
| 96 (1-3, 22) | |
| 97 (1-22) | |
| 98 (1-7) | |
| 99 (13-22) | |
| 100 (1-22) | |
| 101 (1-22) | |
| 102 (1-20) | |
| 103 (1-22) | |
| 104 (1-10) | |
| 105 (1-22) | |
| 106 (1-22) | |
| 107 (1) | |

**Jacqueline Miller**

Affinion anticipates that Ms. Miller will appear live at trial and, therefore, is not designating deposition testimony at this time. Should Ms. Miller unexpectedly become unavailable, Affinion will provide counter-designations at that time.

**Laura Miller**

Affinion has submitted deposition designations for Ms. Miller and those designations also serve as counter-designations.

**Debra Pike**

Affinion has submitted deposition designations for Ms. Pike and those designations also serve as counter-designations.

In addition to the testimony already designated, Affinion counterdesignates the following testimony.

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 38 (18-25) | |
| 39 (1-3) | |

## Mark Shipley

Affinion has submitted deposition designations for Mr. Shipley and those designations also serve as counter-designations.

In addition to the testimony already designated, Affinion counterdesignates the following testimony.

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 52 (13-16) | |
| 102 (22-25) | |
| 103 (1-5) | |

## John Stattler (June 15, 2001)

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 85 (25) | |
| 86 (1-7) | |

14

**Carol Wofsey**

| PAGE (LINE) OF COUNTER-DESIGNATION | EXHIBIT NO. |
|---|---|
| 38 (14-25) | |
| 39 (1) | |
| 44 (1-25) | |
| 45 (1-2) | |
| 71 (12-24) | |
| 75 (16-21) | |
| 85 (10-17) | |
| 90 (3-7, 12-25) | |
| 91 (1-12) | |
| 92 (3-17) | |
| 93 (7-11, 18-25) | |
| 94 (1-10) | |
| 95 (13-17) | |
| 118 (23-25) | |
| 119 (1-4) | |
| 120 (20-25) | |
| 121 (1-2) | |