IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-360-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| MARITZ INC., | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBITS 7 AND 13 TO**
**JOINT PRE-TRIAL ORDER**

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY, BOVE, LODGE & HUTZ LLP |
|---|---|
| Jack B. Blumenfeld (#1044) | Rudolf E. Hutz (#484) |
| Maryellen Noreika (#3208) | Patricia Smink Rogowski (#2632) |
| 1201 N. Market Street | 1007 N. Orange Street |
| P.O. Box 1347 | P.O. Box 2207 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 658-9141 |
| Attorneys for Plaintiff | Attorneys for Defendant Maritz, Inc. |
| Affinion Net Patents, Inc. | |

Original Filing Date:  September 11, 2006
Redacted Filing Date:  September 25, 2006

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on September 25, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Patricia Smink Rogowski
>Connolly, Bove, Lodge & Hutz

I also certify that copies were caused to be served on September 25, 2006 upon the following in the manner indicated:

### BY HAND

>Patricia Smink Rogowski
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19801

### BY FEDERAL EXPRESS

>J. Bennett Clark
>Senniger Powers
>One Metropolitan Square
>St. Louis, MO  63102

>*/s/  Maryellen Noreika*
>Maryellen Noreika (#3208)
>mnoreika@mnat.com