# EXHIBIT 7 (PART 2 OF 2)

| Trial Ex # | Depo Ex # | Bates # | Description | Objection | Offered in Support |
|---|---|---|---|---|---|
| | | MAR050700 | | | |
| 1750 | | MAR084609 - MAR084679 | | | |
| 1751 | | MAR090130 - MAR090168 | | | |
| 1752 | | MAR090169 - MAR090205 | | | |
| 1753 | | MAR090227 - MAR090255 | REDACTED | | |
| 1754 | | MAR090287 - MAR090308 | | | |
| 1755 | | MAR091295 - MAR091363 | | | |
| 1756 | | MAR091578 - MAR091631 | | | |
| 1757 | | MAR091637 - MAR091642 | | | |
| 1758 | | MAR091662 - MAR091687 | | | |
| 1759 | | MAR091786 - MAR091790 | | | |
| 1760 | | MAR091836 - MAR091848 | | | |
| 1761 | | MAR091879 - MAR091981 | | | |

| Trial Ex # | Depo Ex # | Bates | Description | Objection | PRE in Support |
|---|---|---|---|---|---|
| 1762 | | MAR092068 - MAR092081 | | | |
| 1763 | | MAR092310 - MAR092330 | | | |
| 1764 | | MAR092331 - MAR092385 | | | |
| 1765 | | MAR092406 - MAR092427 | | | |
| 1766 | | MAR093283 - MAR093291 | REDACTED | | |
| 1767 | | MAR094123 - MAR094203 | | | |
| 1768 | | MAR094705 - MAR094730 | | | |
| 1769 | | MAR094731 - MAR094787 | | | |
| 1770 | | MAR094986 - MAR095006 | | | |
| 1771 | | MAR095077 - MAR095103 | | | |
| 1772 | | MAR015045 - MAR015058 | Maritz Frequency Marketing Presentation | | |
| 1773 | | MAR015478 - MAR015487 | True North December 6, 2000 | | |
| 1774 | | MAR024849 - | Loyalty Spreadsheet | | |

| Trial Ex. # | Depo. Ex. # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| | | MAR024876 | | | |
| 1775 | | MAR033741 - MAR033756 | Maritz Strategic Plan for Fiscal Years 2006 through 2008 | | |
| 1776 | | MAR113394 - MAR113397 | Maritz Performance Improvement Company | | |
| 1777 | | MAR113398 - MAR113480 | Maritz Performance Improvement Company | | |
| 1778 | | MAR113482 - MAR113520 | Project Leader with Forecasts | | |
| 1779 | | MAR113522 - MAR113609 | Project Leader with Forecasts | | |
| 1780 | | MAR29011 - MAR29018 | Maritz Loyalty Marketing Vault Business Case 3 Year Forecast | | |
| 1781 | | MAR29022 - MAR29114 | Maritz Loyalty Marketing 3 Year Plan | | |
| 1782 | | MAR29118 - MAR29190 | Maritz Incentives 3 Year Plan | | |
| 1783 | | MAR29194 - MAR29219 | FY05 Planning Template | | |
| 1784 | | MAR000949 | Comparative Consolidated Statements of Operation | | |
| 1785 | | MAR000950 | Maritz Performance Improvement Company-Loyalty Division | | |
| 1786 | | MARI07519 - MARI07519 | Rewards Business Revenue Analysis for Trilegiant Case | | |
| 1787 | | MAR107522 - MARI07653 | Rewards Business Revenue Analysis for Trilegiant Case | | |
| 1788 | | TRL-MTZ 04724 - TRL-MTZ 04758 | Patent License Agreement-Netcentives and Enhancement Services | | |
| 1789 | | TRL-MTZ 16411 - TRL-MTZ 16421 | Hage Email | | |
| 1790 | | TRL-MTZ 17194 - TRL-MTZ 17499 | Frequent Marketing At a Glance | | |

| Trial Ex # | Depo Ex # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 1791 | | TRL-MTZ 17957 - TRL-MTZ 17965 | Parker to Brazinski Letter with Agreement | | |
| 1792 | | TRL-MTZ 18245 - TRL-MTZ 18254 | Chen to Lyons Fax with ESC Patent License Agreement | | |
| 1793 | | TRL-MTZ 38199 - TRL-MTZ 38354 | Loyalty is all about Relationships | | |
| 1794 | | TRL-MTZ 38439 - TRL-MTZ 38617 | Cendant Corporation | | |
| 1795 | | TRL-MTZ 40078 - TRL-MTZ 40232 | Addendum to Netcentives Incentive Management Program Agreement | | |
| 1796 | | TRL-MTZ 40261 - TRL-MTZ 40407 | Amendment to Interactive Marketing and Software Distribution Agreement | | |
| 1797 | | TRL-MTZ 40486 - TRL-MTZ 40497 | Patent License Agreement- Netcentives and Massmedium | | |
| 1798 | | TRL-MTZ 41059 - TRL-MTZ 41064 | Cendant Business Division | | |
| 1799 | | TRL-MTZ 41148 - TRL-MTZ 41349 | Competitive Landscape | | |
| 1800 | | TRL-MTZ 41830 - TRL-MTZ 41893 | Trilegiant Operating Plan FY 2003 | | |
| 1801 | | TRL-MTZ 42080 - TRL-MTZ 42602 | TLS Patent and Financial Information | | |
| 1802 | | TRL-MTZ 42780 - TRL-MTZ 42808 | Huddle Email to Beller and Chaney re Loyalty Upgrade AFE Inc. Royalties | | |
| 1803 | | TRL-MTZ 42859 | Beller Email to ci strategy re FY2001 Corporate Initiatives | | |
| 1804 | | TRL-MTZ 42878 | Beller Email to Bernstein re Idea for your review | | |
| 1805 | | TRL-MTZ 42928 - TRL-MTZ 42953 | Trilegiant Loyalty Solutions FY2001 Year End Review | | |
| 1806 | | TRL-MTZ 45039 - TRL-MTZ 45056 | Netcentives, Webmiles Patent License Agreement | | |
| 1807 | | TRL-MTZ45274 - TRL-MTZ45283 | Trilegiant, CRC Patent License Agreement | | |

| Trial Ex. # | Depo. Ex. # | Bates # | Description | Objection | RRE in Support |
|---|---|---|---|---|---|
| 1808 | | TRL-MTZ47058 - TRL-MTZ47112 | TLS Market Size Estimates | | |
| 1809 | | MAR115740 - MAR115741 | E-mail dated 4/17/06 re edits to the Incentives spreadsheet | | |
| 1810 | | MAR115849 - MAR115862 | Exclusively Yours Facsimile Transmittal Sheet | | |
| 1811 | | MAR115863 - MAR115876 | Your Choice Facsimile Transmittal Sheet | | |
| 1812 | | MAR115877 | Title Chain Per USPTO | | |
| 1813 | | MAR115878 - MAR115880 | Web article, "Colloquy Corner: Defining Loyalty Marketing" | | |
| 1814 | | MAR115946 - MAR115952 | Rewards Business Revenue Analysis for Trilegiant Case | | |
| 1815 | | MAR115954 | Number of Customers Redeeming from the Web | | |
| 1816 | | MAR115959 - MAR115961 | Loyalty Business Revenue Analysis for Trilegiant Case | | |
| 1817 | | MAR115645 | Patent Marking Chart | | |
| 1818 | | MAR115657 - MAR115659 | Loyalty Business Revenue Analysis for Trilegiant Case | | |
| 1819 | | MAR115730 - MAR115732 | E-mail from MWV re two ways in which points are calculated and issued to a participant | | |
| 1820 | | MAR115733 - MAR115735 | E-mail from MWV re Maritz receives point updates so authorize issuance deposits through AwardHQ | | |
| 1821 | | MAR115736 | E-mail from MWV re AwardHQ | | |
| 1822 | | MAR115739 | E-mail from MWV re confirmation that the self admin list of programs for the Incentives business unit includes programs where Maritz does not calculate and issue points | | |
| 1823 | | MAR115744 - MAR115848 | Affidavit of Paul Hickman | | |
| 1824 | | MAR015403 - MAR015477 | Maritz Loyalty Marketing- True North Business Plan | | |
| 1825 | | MAR019596 - | REDACTED | | |

- 53 -

| Trial Ex # | Depo Ex # | Bates # | Description | Objection | FRE/Int Support |
|---|---|---|---|---|---|
| | | MAR019636 | | | |
| 1826 | | MAR019662 - MAR019685 | | | |
| 1827 | | MAR019687 - MAR019724 | REDACTED | | |
| 1828 | | MAR019779 - MAR019816 | | | |
| 1829 | | MAR019829 - MAR019835 | | | |
| 1830 | | MAR033124 - MAR033188 | | | |
| 1831 | | MAR033190 - MAR033205 | Schedule A to Loyalty Statement of Work to Master Service Agreement | | |
| 1832 | | MAR033518 - MAR033534 | REDACTED | | |
| 1833 | | MAR033722 - MAR033723 | REDACTED | | |
| 1834 | | MAR034065 - MAR034075 | Loyalty New Platform Go/No-Go Sign off Form | | |
| 1835 | | MAR034167 - MAR034185 | REDACTED | | |
| 1836 | | MAR034401 - MAR034442 | The ThankYou Redemption Loyalty Platform | | |
| 1837 | | MAR034444 - MAR034456 | Schedule D to the Providian Rewards Program Statement of Work to Master Services Agreement | | |
| 1838 | | MAR034490 - MAR034505 | Schedule A to the Loyalty SOW to Master Services Agreement | | |
| 1839 | | MAR035000 - MAR035002 | REDACTED | | |
| 1840 | | MAR035649 - | ThankYou Redemptions | | |

| Trial Ex # | Depo Ex # | Bates | Description | Objection | FRE... Support |
|---|---|---|---|---|---|
| | | MAR035668 | REDACTED | | |
| 1841 | | MAR036633 - MAR036641 | Maritz Loyalty Marketing TSOW Addendum-Critical Processing Logic | | |
| 1842 | | MAR037081 - MAR037116 | Maximizing Customer Value | | |
| 1843 | | MAR037461 - MAR037470 | | | |
| 1844 | | MAR037471 - MAR037538 | REDACTED | | |
| 1845 | | MAR037539 - MAR037592 | Maritz Loyalty Marketing Maximizing Customer Value | | |
| 1846 | | MAR037593 - MAR037668 | Maritz Loyalty Marketing Maximizing Customer Value | | |
| 1847 | | MAR037670 - MAR037671 | Redemption Activity Overview Program to Date as of 12/31/02 | | |
| 1848 | | MAR037673 - MAR037702 | | | |
| 1849 | | MAR037704 - MAR037729 | | | |
| 1850 | | MAR037731 - MAR037746 | REDACTED | | |
| 1851 | | MAR037841 - MAR037876 | | | |
| 1852 | | MAR037878 - MAR037944 | | | |
| 1853 | | MAR037947 - MAR037981 | | | |
| 1854 | | MAR037983 - MAR038016 | | | |

| Trial EX # | Depo EX # | Bates | Description | Objection | HRE in Support |
|---|---|---|---|---|---|
| 1855 | | MAR038017 - MAR038043 | | | |
| 1856 | | MAR038045 - MAR038114 | | | |
| 1857 | | MAR038116 - MAR038119 | REDACTED | | |
| 1858 | | MAR038121 - MAR038122 | | | |
| 1859 | | MAR038124 - MAR038190 | | | |
| 1860 | | MAR038192 - MAR038273 | | | |
| 1861 | | MAR038275 - MAR038335 | Maximizing Customer Value | | |
| 1862 | | MAR038338 - MAR038532 | | | |
| 1863 | | MAR038541 - MAR038547 | | | |
| 1864 | | MAR038561 - MAR038606 | | | |
| 1865 | | MAR038886 - MAR038892 | REDACTED | | |
| 1866 | | MAR039282 - MAR039340 | | | |
| 1867 | | MAR039712 - MAR039783 | | | |
| 1868 | | MAR039903 - MAR039917 | | | |
| 1869 | | MAR039998 - | | | |

| Trial Ex | Depo Ex | Bates | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| | | MAR040010 | REDACTED | | |
| 1870 | | MAR041617 - MAR041651 | | | |
| 1871 | | MAR041685 - MAR041709 | Benchmark Qualitative Summary Report dated 8/03 | | |
| 1872 | | MAR041720 - MAR041751 | | | |
| 1873 | | MAR041814 - MAR041817 | REDACTED | | |
| 1874 | | MAR041833 - MAR041848 | | | |
| 1875 | | MAR041850 - MAR041866 | | | |
| 1876 | | MAR041879 - MAR041880 | Maritz Loyalty Marketing, Revised for 8/9 Conference Call | | |
| 1877 | | MAR041933 - MAR041936 | | | |
| 1878 | | MAR041974 | REDACTED | | |
| 1879 | | MAR043114 - MAR043144 | | | |
| 1880 | | MAR043784 - MAR043801 | | | |
| 1881 | | MAR043907 - MAR043935 | | | |

| Trial Ex # | Depo Ex # | Bates # | Description | Objection | DRE in Support |
|---|---|---|---|---|---|
| 1882 | | MAR048273 - MAR048383 | | | |
| 1883 | | MAR048409 - MAR048478 | | | |
| 1884 | | MAR048479 - MAR048508 | | | |
| 1885 | | MAR048543 - MAR048569 | REDACTED | | |
| 1886 | | MAR048571 - MAR048594 | | | |
| 1887 | | MAR048659 - MAR048720 | | | |
| 1888 | | MAR048846 - MAR048881 | | | |
| 1889 | | MAR048903 - MAR048926 | | | |
| 1890 | | MAR048927 - MAR048983 | Master Services Agreement | | |
| 1891 | | MAR048984 - MAR048999 | | | |
| 1892 | | MAR049000 - MAR049026 | | | |
| 1893 | | MAR049063 - MAR049081 | REDACTED | | |
| 1894 | | MAR049106 - MAR049127 | | | |
| 1895 | | MAR049128 - MAR049159 | | | |
| 1896 | | MAR049193 - | | | |

| Trial Ex # | Depo Ex # | Bates # | Description | Objection | FRE Supp't |
|---|---|---|---|---|---|
| | | MAR049222 | REDACTED | | |
| 1897 | | MAR049223 - MAR049247 | Vendor Services Agreement | | |
| 1898 | | MAR054009 - MAR054020 | | | |
| 1899 | | MAR055360 - MAR055724 | | | |
| 1900 | | MAR055727 - MAR055730 | | | |
| 1901 | | MAR055732 - MAR055756 | | | |
| 1902 | | MAR055767 - MAR055779 | | | |
| 1903 | | MAR055781 - MAR055786 | REDACTED | | |
| 1904 | | MAR055788 - MAR055799 | | | |
| 1905 | | MAR055801 - MAR055818 | | | |
| 1906 | | MAR055821 - MAR055825 | | | |
| 1907 | | MAR055827 - MAR055828 | | | |
| 1908 | | MAR055830 - MAR055832 | | | |
| 1909 | | MAR056155 - MAR056163 | | | |
| 1910 | | MAR056165 - MAR056169 | Dealer Reimbursement Marketing Program | | |
| 1911 | | MAR056171 - MAR056172 | REDACTED | | |

| Trial Ex # | Depo Ex # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 1912 | | MAR056174 - MAR056177 | | | |
| 1913 | | MAR056179 - MAR056180 | | | |
| 1914 | | MAR056182 - MAR056188 | | | |
| 1915 | | MAR056286 - MAR056287 | | | |
| 1916 | | MAR056293 - MAR056333 | | | |
| 1917 | | MAR056342 - MAR056364 | | | |
| 1918 | | MAR056366 - MAR056385 | REDACTED | | |
| 1919 | | MAR056387 - MAR056441 | | | |
| 1920 | | MAR059603 - MAR059706 | | | |
| 1921 | | MAR059756 - MAR059809 | | | |
| 1922 | | MAR059914 - MAR059972 | | | |
| 1923 | | MAR059980 - MAR059984 | | | |
| 1924 | | MAR059987 - MAR060000 | | | |
| 1925 | | MAR060002 - MAR060100 | Maximizing Customer Value | | |
| 1926 | | MAR060102 - MAR060156 | Maximizing Customer Value | | |
| 1927 | | MAR060158 - MAR060235 | Master Services Agreement | | |

| Trial EX # | Depo Ex # | Bates # | Description | Objection | RMLm Support |
|---|---|---|---|---|---|
| 1928 | | MAR060258 - MAR060340 | Master Services Agreement | | |
| 1929 | | MAR060342 - MAR060358 | Industry Statistics, Gail Sneed, July 28, 2004 | | |
| 1930 | | MAR060360 - MAR060406 | | | |
| 1931 | | MAR060408 - MAR060421 | | | |
| 1932 | | MAR060449 - MAR060472 | REDACTED | | |
| 1933 | | MAR060501 - MAR060526 | | | |
| 1934 | | MAR060637 - MAR060645 | | | |
| 1935 | | MAR060664 - MAR060707 | Loyalty Platform Conversion Contingency Plan Version 0.6 October 19, 2004 | | |
| 1936 | | MAR060712 - MAR060719 | | | |
| 1937 | | MAR060723 - MAR060730 | REDACTED | | |
| 1938 | | MAR060757 - MAR060768 | Loyalty Project Status, October 7, 2004 | | |
| 1939 | | MAR060891 - MAR060892 | | | |
| 1940 | | MAR060940 - MAR060953 | REDACTED | | |
| 1941 | | MAR061005 - MAR060014 | | | |
| 1942 | | MAR061177 - MAR061235 | | | |
| 1943 | | MAR061239 - MAR061267 | | | |

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | RR Plts. Support |
|---|---|---|---|---|---|
| 1944 | | MAR061269 - MAR061272 | Loyalty Program Comparison Grid August 19, 2003 | | |
| 1945 | | MAR061275 - MAR061279 | Amazing Customer Loyalty | | |
| 1946 | | M4R061513 - MAR061554 | | | |
| 1947 | | MAR061680 - MAR061692 | | | |
| 1948 | | MAR061752 - MAR061755 | | | |
| 1949 | | MAR061759 - MAR061760 | | | |
| 1950 | | MAR061764 - MAR061766 | | | |
| 1951 | | MAR061770 - MAR061772 | REDACTED | | |
| 1952 | | MAR065650 - MAR065916 | | | |
| 1953 | | MAR066002 - MAR066104 | | | |
| 1954 | | MAR066105 - MAR066106 | | | |
| 1955 | | MAR066137 - MAR066139 | | | |
| 1956 | | MAR066140 - MAR066160 | | | |
| 1957 | | MAR066161 - | | | |

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| | | MAR066172 | | | |
| 1958 | | MAR066173 - MAR066184 | REDACTED | | |
| 1959 | | MAR066186 - MAR066205 | | | |
| 1960 | | MAR066211 - MAR066216 | Maximizing Customer Value | | |
| 1961 | | MAR066218 - MARO66227 | REDACTED | | |
| 1962 | | MAR066229 - MAR066247 | Maximizing Customer Value, presented by Bill Bowe, Brandi Leonard | | |
| 1963 | | MAR066249 - MAR066250 | REDACTED | | |
| 1964 | | MAR066301 - MAR066314 | Maritz Loyalty Marketing | | |
| 1965 | | MAR066316 - MAR066330 | Maximizing Customer Value, Maritz Loyalty Marketing | | |
| 1966 | | MAR066331 - MAR066410 | Maximizing Customer Value; Maritz Loyalty Marketing | | |
| 1967 | | MAR066415 - MAR066481 | Card Member Touchpoints October-December 2004 | | |
| 1968 | | MAR066484 - MAR066504 | | | |
| 1969 | | MAR066505 - MAR066640 | | | |
| 1970 | | MAR066137 - MAR066139 | REDACTED | | |
| 1971 | | MAR067365 - MAR067429 | | | |
| 1972 | | MAR067437 - MAR067467 | | | |

| Trial Ex # | Depo Ex # | Bates # | Description | Objection | Ref. for Support |
|---|---|---|---|---|---|
| 1973 | | MAR067481 - MAR067595 | | | |
| 1974 | | MAR067672 - MAR067677 | REDACTED | | |
| 1975 | | MAR067681 - MAR067699 | | | |
| 1976 | | MAR067701 - MAR067724 | Maximizing Customer Value | | |
| 1977 | | MAR067726 - MAR067736 | Maximizing Customer Value | | |
| 1978 | | MAR067955 - MAR067966 | | | |
| 1979 | | MAR067998 - MAR068012 | | | |
| 1980 | | MAR068014 - MAR068026 | REDACTED | | |
| 1981 | | MAR068028 - MAR068038 | | | |
| 1982 | | MAR068047 - MAR068094 | | | |
| 1983 | | MAR068126 - MAR068150 | | | |
| 1984 | | MAR068158 - MAR068213 | VAULT Rewards Program Technical Statement of Work | | |
| 1985 | | MAR068336 - MAR068362 | | | |
| 1986 | | MAR068364 - MAR068396 | REDACTED | | |
| 1987 | | MAR068513 - MAR068545 | | | |
| 1988 | | MAR068547 - MAR068566 | | | |

| Trial Ex # | Depo. Ex # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 1989 | | MAR068710 - MARO68724 | | | |
| 1990 | | MAR068726 - MAR068734 | | | |
| 1991 | | MAR068837 - MAR068861 | REDACTED | | |
| 1992 | | MAR069104 - MAR069114 | | | |
| 1993 | | MAR069122 - MAR069135 | | | |
| 1994 | | MAR069224 | | | |
| 1995 | | MAR069226 | Rewards as unlimited as you are | | |
| 1996 | | MAR069228 | Your Wish Fulfilled | | |
| 1997 | | MAR069230 | You're Plugged In | | |
| 1998 | | MAR069232 | You're Cooking | | |
| 1999 | | MAR069297 - MAR069300 | | | |
| 2000 | | MAR071129 - MAR071190 | REDACTED | | |
| 2001 | | MAR071223 - MAR071444 | | | |
| 2002 | | MAR071470 - MAR071553 | Maximizing Customer Value/1-2-1 Dialogue/Platform Comparison | | |
| 2003 | | MAR071555 - MAR071627 | Maximizing Customer Value | | |
| 2004 | | MAR071628 - MAR071639 | REDACTED | | |
| 2005 | | MAR071648 - MAR071683 | | | |

| Trial Ex. # | Depo. Ex # | Bates | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 2006 | | MAR071684 - MAR071717 | Maximizing Customer Value | | |
| 2007 | | MAR075825 - MAR075834 | | | |
| 2008 | | MAR071881 - MAR071893 | | | |
| 2009 | | MAR071895 - MAR071907 | | | |
| 2010 | | MAR071931 - MAR071934 | REDACTED | | |
| 2011 | | MAR071990 - MAR072037 | | | |
| 2012 | | MAR073752 - MAR073754 | | | |
| 2013 | | MAR074298 - MAR074302 | Maritz Loyalty Marketing | | |
| 2014 | | MAR074306 - MAR074307 | Appendix E-Pricing, Option 1 and Option 2 | | |
| 2015 | | MAR074311 - MAR074313 | Maritz RFP Follow Up February 2, 2004 | | |
| 2016 | | MAR074315 - MAR074334 | | | |
| 2017 | | MAR074338 - MAR074405 | REDACTED | | |
| 2018 | | MAR074407 - MAR074410 | Appendix E-Pricing, Option 1 and Option 2 | | |
| 2019 | | MAR074422 - MAR074437 | High Level System Development Process Flows | | |
| 2020 | | MAR074439 - MAR074559 | | | |
| 2021 | | MAR074561 - MAR074579 | Appendix A-(Sample) Contractor Service | | |

| Trial Ex. # | Depo. Ex. # | Bates # | Description | Objection | FRE In Support |
|---|---|---|---|---|---|
| | | | Agreement | | |
| 2022 | | MAR074587 - MAR074603 | High Level System Development Process Flows | | |
| 2023 | | MAR074605 - MAR074616 | Maritz Loyalty Marketing-Maritz Follow Up Documentation January 29, 2004 | | |
| 2024 | | MAR074619 - MAR074621 | Develop TSOW or PCA | | |
| 2025 | | MAR074632 - MAR074644 | Maritz Loyalty Marketing Maintenance Tool Functionality Overview | | |
| 2026 | | MAR074653 - MARO74660 | REDACTED | | |
| 2027 | | MAR075034 - MAR075066 | | | |
| 2028 | | MAR075252 - MAR075390 | | | |
| 2029 | | MAR076080 - MAR076115 | | | |
| 2030 | | MAR076117 - MAR076152 | | | |
| 2031 | | MAR076154 - MAR076200 | | | |
| 2032 | | MAR076925 - MAR076947 | | | |
| 2033 | | MAR077028 - MAR077061 | | | |
| 2034 | | MAR078931 - MAR078947 | | | |
| 2035 | | MAR079049 - MAR079081 | | | |

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 2036 | | MAR079083 - MAR079115 | | | |
| 2037 | | MAR079117 - MAR079142 | | | |
| 2038 | | MAR079144 - MAR079189 | REDACTED | | |
| 2039 | | MAR079191 - MAR079216 | | | |
| 2040 | | MAR079218 - MAR079250 | | | |
| 2041 | | MAR079252 - MAR079254 | | | |
| 2042 | | MAR079259 - MAR079276 | Maritz Letter of Intent | | |
| 2043 | | MAR079454 - MAR079522 | Dealer Reimbursed Marketing Programs Business Process Outsource Request for Proposal | | |
| 2044 | | MAR079530 - MARO79937 | REDACTED | | |
| 2045 | | MAR079938 - MARO80017 | Dealer Reimbursed Marketing Programs Request for Proposal | | |
| 2046 | | MAR080205 - MAR080216 | | | |
| 2047 | | MAR080407 - MAR080424 | | | |
| 2048 | | MAR080921 - MAR080957 | REDACTED | | |
| 2049 | | MAR080959 - MAR080974 | | | |
| 2050 | | MAR080983 - MAR081051 | | | |

| Trial Ex. # | Depo. Ex # | Bates # | Description | Objection | FR in Support |
|---|---|---|---|---|---|
| 2051 | | MAR081053 - MAR081055 | Conversion Process | | |
| 2052 | | MAR081057 - MAR081064 | | | |
| 2053 | | MAR081066 - MAR081081 | | | |
| 2054 | | MAR081083 - MAR081136 | | | |
| 2055 | | MAR081183 - MAR081187 | | | |
| 2056 | | MAR081189 - MAR081198 | REDACTED | | |
| 2057 | | MAR081200 - MAR081310 | | | |
| 2058 | | MAR081312 - MAR081324 | | | |
| 2059 | | MAR081382 - MAR081418 | | | |
| 2060 | | MAR081420 - MAR081460 | | | |
| 2061 | | MAR081462 - MAR081511 | Platform Consolidation | | |
| 2062 | | MAR081513 - MAR081592 | Platform Consolidation | | |
| 2063 | | MAR081594 - MARO81633 | Platform Consolidation | | |
| 2064 | | MAR083478 - MARO83546 | REDACTED | | |
| 2065 | | MAR083590 - MAR083599 | | | |

| Trial Ex. # | Depo Ex. # | Bates | Description | Objection | PR Evid Support |
|---|---|---|---|---|---|
| 2066 | | MAR083602 | | | |
| 2067 | | MAR083604 - MAR083792 | | | |
| 2068 | | MAR083984 - MAR083988 | REDACTED | | |
| 2069 | | MAR083990 - MAR084024 | | | |
| 2070 | | MAR084025 - MAR084078 | | | |
| 2071 | | MAR084460 - MAR084531 | Response to Vendor RFP Questions-Points Accounting | | |
| 2072 | | MAR087409 - MAR087463 | | | |
| 2073 | | MAR087588 - MAR087628 | | | |
| 2074 | | MAR087704 - MAR087720 | | | |
| 2075 | | MAR087722 - MAR087737 | REDACTED | | |
| 2076 | | MAR087757 - MAR087770 | | | |
| 2077 | | MAR087772 - MAR087776 | | | |
| 2078 | | MAR087777 - MAR087784 | Auction Presentation 3/26/04 | | |
| 2079 | | MAR087786 - MAR087834 | Maximizing Customer Value | | |
| 2080 | | MAR087840 - MAR087877 | Maximizing Customer Value | | |
| 2081 | | MAR087891 - MAR087893 | REDACTED | | |
| 2082 | | MAR087895 - | | | |

| Trial Ex # | Depos. Ex # | Bates # | Description | Objections | TBS in Support |
|---|---|---|---|---|---|
| | | MAR087971 | REDACTED | | |
| 2083 | | MAR087973 - MAR088065 | Maximizing Customer Value | | |
| 2084 | | MAR088067 - MAR088096 | Maximizing Customer Value | | |
| 2085 | | MAR088098 - MAR088133 | REDACTED | | |
| 2086 | | MAR088135 - MAR088210 | Maximizing Customer Value | | |
| 2087 | | MAR088212 - MAR088248 | | | |
| 2088 | | MAR088250 - MAR088290 | | | |
| 2089 | | MAR088291 - MAR088306 | | | |
| 2090 | | MAR088311 - MAR088359 | | | |
| 2091 | | MAR088360 - MAR088399 | REDACTED | | |
| 2092 | | MAR088400 - MAR088413 | | | |
| 2093 | | MAR088414 - MAR088474 | | | |
| 2094 | | MAR088476 - MAR088521 | | | |
| 2095 | | MAR088522 - MAR088528 | | | |

| Trial Ex. # | Depo. Ex. # | Bates # | Description | Objection | PRE II Support |
|---|---|---|---|---|---|
| 2096 | | MAR088715 - MAR088718 | REDACTED | | |
| 2097 | | MAR088720 - MAR088777 | | | |
| 2098 | | MAR088780 - MAR088782 | 4Q Campaign | | |
| 2099 | | MAR088787 - MAR088793 | Project Change Acknowledgement Form | | |
| 2100 | | MAR088795 - MAR088796 | Project Change Acknowledgement Form | | |
| 2101 | | MAR088799 - MARO88805 | Project Change Acknowledgement Form | | |
| 2102 | | MAR088807 - MAR088808 | Project Change Acknowledgement Form | | |
| 2103 | | MAR088810 - MAR088823 | | | |
| 2104 | | MAR088827 - MAR088833 | REDACTED | | |
| 2105 | | MAR088834 - MAR088860 | | | |
| 2106 | | MAR088865 - MAR088870 | | | |
| 2107 | | MAR089098 - MAR089164 | | | |
| 2108 | | MAR089165 - MAR089179 | | | |
| 2109 | | MAR090875 - MAR090925 | | | |
| 2110 | | MAR090939 - MAR091099 | Request for Quotation | | |

| Trial Ex # | Depo. Ex. # | Bates # | Description | Objection | PRE in Support |
|---|---|---|---|---|---|
| 2111 | | MAR091100 - MAR091160 | REDACTED | | |
| 2112 | | MAR091469 - MAR091521 | | | |
| 2113 | | MAR091524 - MAR091540 | ABS Bank Set Up Form | | |
| 2114 | | MAR094645 - MAR094677 | REDACTED | | |
| 2115 | | MAR096951 - MAR097356 | Maritz Rewards-Shipped Sales | | |
| 2116 | | MAR107519 - MAR107551 | Rewards Business Revenue Analysis for Trilegiant Case | | |
| 2117 | | MAR112322 - MAR112432 | REDACTED | | |
| 2118 | | MAR113394 - MAR113609 | Maritz Performance Improvement Company spreadsheets re Project Leader with Forecasts and Run Rantes | | |
| 2119 | | MAR029194 - MAR029219 | FY05 Planning Template | | |
| 2120 | | MAR107854 (00177402).PDF | Number of Customers Redeeming from the Web | | |
| 2121 | | TRL-MTZ01820 - TRL-MTZ01831 | Patent License Agreement, Netcentives and Massmedium | | |
| 2122 | | TRL-MTZ11349 - TRL-MTZ11387 | McGonagle ltr to McGee, November 13, 2001 | | |
| 2123 | | TRL-MTZ11450 - TRL-MTZ11468 | Amendment to Patent License Agreement, Sperry and Netcentives | | |
| 2124 | | TRL-MTZ14466 - TRL-MTZ14526 | Exclusive License Agreement, Netcentives and CLN KK | | |
| 2125 | | TRL-MTZ14585 - TRL-MTZ14601 | Patent License and Settlement Agreement, Trilegiant and Netcentives and Thomas | | |

| Trial Ex # | Depo Ex # | Bates # | Description | Objection | FRE & Support |
|---|---|---|---|---|---|
| | | | Storey and Carlson Companies | | |
| 2126 | | TRL-MTZ14604 - TRL-MTZ14605 | Term Sheet for Netcentives Patent License | | |
| 2127 | | TRL-MTZ14725 - TRL-MTZ14744 | Patent License and Settlement Agreement, Trilegiant, Netcentives and Carlson Companies | | |
| 2128 | | TRL-MTZ 14789 - TRL-MTZ 14808 | Letter dated 3/3/00 with attached Term Sheet for Netcentives Patent License; Patent License Agreement between Netcentives and Rewards2K dated 8/8/01 | | |
| 2129 | | TRL-MTZ14826 - TRL-MTZ14827 | Term Sheet for Netcentives Patent License | | |
| 2130 | | TRL-MTZ 15419 - TRL-MTZ 15443 | Agreement between MBNA America Bank and United Bank Services dated 4/26/88 | | |
| 2131 | | TRL-MTZ 15693 - TRL-MTZ 15706 | Agreement, National Card and Elan Financial | | |
| 2132 | | TRL-MTZ 15971 - TRL-MTZ 16007 | Master Agreement, Cendant and Wright Express Financial | | |
| 2133 | | TRL-MTZ 16008 - TRL-MTZ 16013 | Trilegiant Amendment to Master Agreement | | |
| 2134 | | TRL-MTZ16014 - TRL-MTZ16018 | Agreement, NCCI and US Bank | | |
| 2135 | | TRL-MTZ16019 - TRL-MTZ16030 | Agreement, NCCI and Old National Bank | | |
| 2136 | | TRL-MTZ16032 - TRL-MTZ16110 | NCCI and US Bank Letter of Amendment | | |
| 2137 | | TRL-MTZ16042 - TRL-MTZ16046 | NCCI letter of Amendment | | |
| 2138 | | TRL-MTZ17143 - TRL-MTZ17154 | Netcentives' Licenses | | |
| 2139 | | TRL-MTZ17914 - TRL-MTZ17923 | Patent License Agreement, Netcentives, Sperry and Hutchinson | | |

| Trial Ex. | Depo Ex. # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 2140 | | TRL-MTZ17937 - TRL-MTZ17952 | Gurin Fax to Chen | | |
| 2141 | | TRL-MTZ18119 - TRL-MTZ18133 | Netcentives fax transmission with attached Patent License Agreement between Netcentives and MyPoints.com | | |
| 2142 | | TRL-MTZ18140 - TRL-MTZ18147 | My Points Cancelled Check | | |
| 2143 | | TRL-MTZ18150 - TRL-MTZ18152 | My Points Netcentives Royalty Calculation | | |
| 2144 | | TRL-MTZ31703 - TRL-MTZ31811 | Vendor Information Questionnaire | | |
| 2145 | | TRL-MTZ32020 - TRL-MTZ32125 | Citi Presentation to Citicorp Loyalty and Rewards Program | | |
| 2146 | | TRL-MTZ32126 - TRL-MTZ32207 | Letter dated 6/7/02 enclosing response to Citibank Loyalty & Rewards Program Request for Proposal | | |
| 2147 | | TRL-MTZ 32484 - TRL-MTZ 32582 | Trilegiant Loyalty Solutions RFP | | |
| 2148 | | TRL-MTZ 32583 - TRL-MTZ 32702 | Presentation to Wells Fargo Card Services | | |
| 2149 | | TRL-MTZ 33654 - TRL-MTZ 33658 | TLS Overview Proposed Wells Fargo Corporate Card Program Design | | |
| 2150 | | TRL-MTZ 34321 - TRL-MTZ 34387 | Trilegiant Loyalty Solutions Converting Customers to Fans | | |
| 2151 | | TRL-MTZ 34438 - TRL-MTZ 34519 | Trilegiant Proposal for Wells Fargo Commercial Card Rewards Program | | |
| 2152 | | TRL-MTZ34538 - TRL-MTZ34645 | GM Services Contract Exhibit 1.2 Terms and Conditions | | |
| 2153 | | TRL-MTZ 35491 - TRL-MTZ 35502 | Trilegiant Loyalty Solutions US Bank/elan-OMA Updates Business Requirements Document | | |

| Trial Ex # | Depo Ex # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 2154 | | TRL-MTZ 35615 - TRL-MTZ 35625 | Trilegiant Loyalty Solutions US Bank Name Your Own Rewards Business Requirements Document Version 1.1 September 14, 2004 | | |
| 2155 | | TRL-MTZ 35626 - TRL-MTZ 35641 | US Bank Online Shopping Partners Business Requirements Document Version 1.1 9/2/04 | | |
| 2156 | | TRL-MTZ 35642 - TRL-MTZ 35775 | Trilegiant Wells Fargo Online Member Access Product Design Document | | |
| 2157 | | TRL-MTZ 36288 - TRL-MTZ 36314 | Trilegiant Loyalty Solutions Converting Customers into Fans | | |
| 2158 | | TRL-MTZ 36565 - TRL-MTZ 36600 | GM Dealer Reimbursed Marketing Programs, TLS Attachment 38 | | |
| 2159 | | TRL-MTZ 36601 - TRL-MTZ 36965 | GM Services Contract Exhibit 3.0 Statement of Work | | |
| 2160 | | TRL-MTZ 36992 - TRL-MTZ 37337 | GM Services Contract Exhibit 3.0 Statement of Work | | |
| 2161 | | TRL-MTZ 37338 - TRL-MTZ 37362 | TLS Loyalty Experience | | |
| 2162 | | TRL-MTZ 37385 - TRL-MTZ 37441 | Trilegiant Loyalty Solutions GM Vehicle Purchase Program | | |
| 2163 | | TRL-MTZ 37759 - TRL-MTZ 37791 | US Bank Elan History | | |
| 2164 | | TRL-MTZ 37908 - TRL-MTZ 37950 | Trilegiant Proposal for Wells Fargo Commercial Card Rewards Program | | |
| 2165 | | TRL-MTZ 40246 - TRL-MTZ 40260 | Patent Cross License Agreement Netcentives Inc. and Yahoo | | |
| 2166 | | TRL-MTZ 40508 - TRL-MTZ 40517 | Patent License Agreement between Netcentives and Enhancement Services Corp. dated 7/21/00 | | |

| Trial Ex # | Depo Ex # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 2167 | | TRL-MTZ 40530 - TRL-MTZ 40547 | Patent License Agreement, Netcentives and WebMiles | | |
| 2168 | | TRL-MTZ 40627 | Netcentives Advantages | | |
| 2169 | | TRL-MTZ 40628 - TRL-MTZ 40629 | Netscape Quote | | |
| 2170 | | TRL-MTZ 40233 - TRL-MTZ 40244 | Patent License Agreement, Netcentives and Licensee | | |
| 2171 | | TRL-MTZ 40498 - TRL-MTZ 40507 | Patent License Agreement, Netcentives and MyPoints | | |
| 2172 | | TRL-MTZ 40973 - TRL-MTZ 40990 | Term Sheet for Netcentives Patent Licensee | | |
| 2173 | | TRL-MTZ 40996 - TRL-MTZ 41049 | Cendant Incentives-FY 2000 Forecast | | |
| 2174 | | TRL-MTZ 41061 - TRL-MTZ 41077 | Mission Impossible Review of Fiscal Year 1999 | | |
| 2175 | | TRL-MTZ 41106 - TRL-MTZ 41109 | Netcentives and Carlson Settle Patent Infringement Dispute (news release) | | |
| 2176 | | TRL-MTZ 41147 | Beller E-mail to Bernstein re Revised Investment Priorities | | |
| 2177 | | TRL-MTZ 41333 - TRL-MTZ 41349 | Competitor Profile: Netcentives | | |
| 2178 | | TRL-MTZ 41549 | Customer Service Interfaces | | |
| 2179 | | TRL-MTZ 41621 - TRL-MTZ 41622 | Ltr to Hood | | |
| 2180 | | TRL-MTZ 41683 - TRL-MTZ 41717 | Cendant Trilegiant Loyalty Solutions | | |
| 2181 | | TRL-MTZ 41718 - TRL-MTZ 41774 | Trilegiant Loyalty Solutions Operating Plan FY2002 | | |
| 2182 | | TRL-MTZ 41775 - TRL-MTZ 41893 | Trilegiant Discount Shopping Service | | |
| 2183 | | TRL-MTZ 42603 | Allen ltr to McGonagle | | |
| 2184 | | TRL-MTZ 42605 - TRL-MTZ 42630 | Project Catalyst | | |

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 2185 | | TRL-MTZ 42862 - TRL-MTZ 42866 | Loftus Email to Beller re Revised Proposal NCNT | | |
| 2186 | | TRL-MTZ 47113 - TRL-MTZ 47120 | Income Statement, Consolidated Cendant Incentives, Inc. for the period ending 12/31/00 | | |
| 2187 | | TRL-MTZ 47129 - TRL-MTZ 47137 | Income Statement Consolidated Trilegiant Loyalty Solutions, Inc. for the period ending 12/31/01 | | |
| 2188 | | TRL-MTZ 47147 - TRL-MTZ 47154 | Trilegiant Loyalty Solutions, Inc. Consolidated Income Statement for the period ending 12/31/02 | | |
| 2189 | | TRL-MTZ 47163 - TRL-MTZ 47173 | Trilegiant Loyalty Solutions, Inc. & Cendant Incentives, Inc. Consolidated Income Statement for the period ending 12/31/03 | | |
| 2190 | | TRL-MTZ 47185 - TRL-MTZ 47191 | Trilegiant Loyalty Solutions, Inc. & Cendant Incentives, Inc. Consolidated Income Statement for the period ending 12/31/04 | | |
| 2191 | | USBANK-FRCP45 0001 - USBANK-FRCP45 0051 | | | |
| 2192 | | | File history for U.S. Patent Application No. 10/420,901 | | |
| 2193 | | AFF-MTZ 003420 - AFF-MTZ 003666 | Prosecution History of Canadian Application No. 2,240,424 | | |
| 2194 | | MAR28722 - MAR28724 | Belsie, Laurent, "On-line Shoppers; Electronic Merchants May Track Your Habits," Christian Science Monitor (pre-1997 Fulltext), Sept. 12, 1995 | | |
| 2195 | | MAR113610 - MAR113654 | Burton Patent No. 5,025,372 | | |

| Trial Ex. # | Depo. Ex. # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 2196 | | MAR113760 - MAR113847 | Cameron Patent No. 5,592,378 | | |
| 2197 | | MAR113848 - MAR113851 | Cyberspace malls trademark applications | | |
| 2198 | | MAR28738 - MAR28739 | Dearth, Jeffrey and King, Arnold, "Negotiating the Internet," Information Week, 1/9/95 Issue 509, p. 70 | | |
| 2199 | | MAR28673 - MAR28675 | Newsbytes, "'Desktop Channel' allows Online Purchases of PC Products," The Gale Group 2/7/94. | | |
| 2200 | | MAR28655 - MAR28656 | "E-banking: NYNEX & Chase unveil prototype interactive payment system; companies join forces to speed development of electronic commerce," 9/25/95, The Gale Group. | | |
| 2201 | | MAR28662 - MAR28664 | Ellison, Carol article -- "Despite Prodigy's shortcomings, you can still reap big bonuses," 9/90 The Gale Group. | | |
| 2202 | | MAR113885 - MAR113886 | Gaffin, Adam article -- "Mall-hopping on the Internet," Network World 10/10/95 | | |
| 2203 | | MAR113887 - MAR113919 | Gifford patent -- US Patent No. 5,724,424 | | |
| 2204 | | MAR28733 - MAR28734 | Heath, Thomas article- "High Tech Hotels," Information Week; 411 7/95 Issue 523. | | |
| 2205 | | MAR113997 - MAR114027 | Hill Patent No. 5,528,490 | | |

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 2206 | | MAR114028 - MAR114059 | Hill Patent No. 5,761,649 | | |
| 2207 | | MAR114060 - MAR114094 | Hill Patent No. 6,029,142 | | |
| 2208 | | MAR114095 - MAR114162 | Holiday Inn Priority Club Awards Catalog | | |
| 2209 | | MAR28680 - MAR28695 | Iacovou, Charalambos article -- "Electronic data interchange and small organizations: Adoption and impact of technology," University of Minnesota, MIS Research Center, Dec. 1995; ProQuest Information and Learning Company | | |
| 2210 | | MAR114163 | Incentive Magazine, February 1994, "The Incentive Industry Gets Smart" | | |
| 2211 | | MAR28735 - MAR28737 | Information Week, "Online Shopping Spree, 1/30/95. | | |
| 2212 | | MAR28725 - MAR28729 | Interactive Age, "How top Web Malls Stack up Shopping the Net," 7/17/95. | | |
| 2213 | | MAR28676 - MAR28679 | Kolhatkar, Sheelah article Web article-"Teleway Inc's 800-Flowers online flower-ordering service is a growing success," The Gale Group, 3/95. | | |
| 2214 | | MAR28730 - MAR28732 | Liebs, Scott , "Single Male Seeks Power Mac for Good Time," NetGuide, 5/95, Vol. 2 Issue 5. | | |
| 2215 | | TRL-MTZ 44092 - TRL-MTZ 44089 | Look to Book 1994 Merchandise Awards | | |
| 2216 | | MAR108176 - MAR108182 | Project Gateway | | |

| Trial Ex. | Depo. Ex. | Bates | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 2217 | | MAR108196 - MAR108235 | GoldMail | | |
| 2218 | | MAR108243 - MAR108263; MAR108745 - MAR108755 | Declaration of Goldhaber w/Exhibit A | | |
| 2219 | | MAR113133 - MAR113142 | Two copies of Project Gateway | | |
| 2220 | | MAR28703 - MAR28706 | Marley, Brian article, "NCEX launches the Desktop Channel, an interactive, online shipping network for pc products," Business Wire, January 31, 1994 | | |
| 2221 | | MAR28699 - MAR28702 | Marsh, Barbara article- "Peapod's On-Line Grocery Service Checks Out Success -- Customers Shop Electronic Aisles; Finicky Workers Sack the Goods," Dow Jones & Company, Inc., June 30, 1994. | | |
| 2222 | | MAR114164 - MAR114169 | McCarthy Patent No. 5,287,268 | | |
| 2223 | | MAR28654 | McKenna, Patrick article- "Prodigy Building Virtual Mall on Internet," The Gale Group, 1 1/28/95. | | |
| 2224 | | | Meredith, George, Incentives in Marketing, National Premium Sales Executives Education Fund 1977. | | |
| 2225 | | MAR28665 - MAR28669 | O'Brien, Jim article- "PowerVision and LA Online share a common goal: let your fingers do the shopping," The Gale Group. | | |

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 2226 | | MAR28670 - MAR28672 | O'Brien, Jim article-"Online shopping is moving out of the gray and into the black," The Gale Group. | | |
| 2227 | | MAR28707 - MAR28718 | Pearson, Stewart article-"Relationship management: Generating business in the diverse," Whurr Publications Limited 1994. | | |
| 2228 | | MAR28749 - MAR28752 | Peterson, Laurie article-"A Shopping Spree in Cyberspace," Catalog Age, September 1, 1995 | | |
| 2229 | | MAR28696 - MAR28698 | Phillips Media Group's Interactive Marketing News, "Web Site Directories Lure More Traffic, Advertising Marketers Tap Tide for Consumer Research Data, Sales Lead," ProQuest Information and Learning Company, 5/26/95. | | |
| 2230 | | MAR28719 - MAR28721 | Phillips Media Group's Interactive Marketing News, "ESHOP Eases Fears About Shopping Online," ProQuest Information and Learning Company, 1 1/24/95. | | |
| 2231 | | MAR114243 - MAR114272 | "Prodigy Made Easy, 2d Edition | | |
| 2232 | | MAR114273 - MAR114301 | Roach Patent No. 5,310,997 | | |
| 2233 | | MAR114302 - MAR114326 | Roach Patent No. 5,434,394 | | |
| 2234 | | MAR114327 - MAR114347 | Robinson Patent No. 5,734,838 | | |
| 2235 | | MAR28658 - | Rodriguez, Karen, | | |

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | FRE Ins Support |
|---|---|---|---|---|---|
| | | MAR28661 | "Andersen's Net Strategy," Interactive Age, 7/17/95 Vol. 2, Issue 19. | | |
| 2236 | | MAR114348 - MAR114358 | Schultz Patent No. 5,056,019 | | |
| 2237 | | MAR114359 - MAR114362 | Verity, John W., "Ready or Not, the Electronic Mall is Coming," The McGraw-Hill Companies Inc. 1991-2005. | | |
| 2238 | | MAR114363 - MAR114372 | Verity, J.W. article-"The Internet-How it will change the way you do business," *Business Week*, Nov. 14, 1994. | | |
| 2239 | | MAR114389 - MAR114404 | Verity, J. W. article -- "The Internet," The McGraw-Hill Companies Inc. 1991-2005. | | |
| 2240 | | MAR114405 - MAR114408 | Welcome to Hiltonnet! | | |
| 2241 | | MAR28740 - MAR28742 | Wiener, Leonard article -- "A Shopping Trip, by Computer" | | |
| 2242 | | TRL-MTZ 04833 - TRL-MTZ 04842 | License Agreement between Netcentives and: Sperry and Hutchison | | |
| 2243 | | TRL-MTZ 11503 - TRL-MTZ 11513 | License Agreement between Netcentives and Rewards2K.com | | |
| 2244 | | TRL-MTZ 11175 - TRL-MTZ 11193 | License Agreement between Netcentives and WebMiles.com | | |
| 2245 | | MAR108139 - MAR108145 | Goldmail Documents | | |
| 2246 | | CC004584 - CC004589 | Look to Book Documents | | |
| 2247 | | CC004568 - CC004583 | Look to Book Documents | | |
| 2248 | | CC004544 - CC004549 | Look to Book Documents | | |

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | IRD in Support |
|---|---|---|---|---|---|
| 2249 | | CC004558 - CC004561 | Look to Book Documents | | |
| 2250 | | CC004900 - CC004902 | Look to Book Documents | | |
| 2251 | | R025380-R025389, R007800-R007801 & R006526 - R006527 | Look to Book Documents | | |
| 2252 | | MAR28141 - MAR28158 | U.S. Patent No. 5,689,100 | | |
| 2253 | | MAR27721 - MAR27744 | U.S. Patent No. 5,806,045 | | |
| 2254 | | MAR114765 - MAR114912 | Holiday Inn Priority Club Catalogs | | |
| 2255 | | TRL-MTZ 08853 - TRL-MTZ 08855 | Expressnet From American Express Debuts on America Online dated 1/30/95 | | |
| 2256 | | TRL-MTZ 08890 - TRL-MTZ 08891 | Mezzina Targets Frequent Browsers, ADWEEK Eastern Edition dated 11/27/95 | | |
| 2257 | | MAR108132 - MAR108137 | Memo dated 3/8/93 re Bank Account Audio Response DF61 file. | | |
| 2258 | | MAR091536 - MAR091540 | Specifications and Request for Bid Quotations, General Motors Business Accounting Managers Council Program | | |
| 2259 | | MAR001047 - MAR001058 | Maritz Incentives brochure, Before Asking More of Your People, Ask More of Your Motivation Strategy | | |
| 2260 | | MAR001059 - MAR001070 | Maritz Rewards brochure, Discover World-Class Award and Fulfillment Solutions That Connect Products to People | | |
| 2261 | | MAR000952 - MAR000963 | Maritz Loyalty Marketing brochure, The Key to Long-Term Growth?  Maximizing | | |

| Trial Ex. # | Depo. Ex. # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| | | | Customer Vaule | | |
| 2262 | | MAR002486 - MAR002487 | Web Access History Implementation Plan | | |
| 2263 | | MAR002489 - MAR002490 | Design Documentation for (CustomerWeb-WishList) | | |
| 2264 | | MAR002714 - MAR002718 | Standard Customer Web Application Customer Login Work Flow | | |
| 2265 | | MAR003024 | Design Documentation Template | | |
| 2266 | | MAR003556 - MAR003562 | Overview of Real-time VAULT Web Integrations | | |
| 2267 | | MAR008561 - MAR008563 | Maritz Loyalty Marketing VAULT Demo voice over notes from Presentation Tool | | |
| 2268 | | MAR009149 | Core Customer Web Site Map | | |
| 2269 | | MAR018323 - MAR018351 | Vault Customer Web Application | | |
| 2270 | | MAR001778 - MAR001788 | Maritz Loyalty Marketing General Ledger Subsystem Architecture | | |
| 2271 | | MAR003308 | TVault Enhancement Considerations | | |
| 2272 | | MAR003546 | Basic TVAULT System Flow chart | | |
| 2273 | | MAR007955 - MAR007973 | Sabre Web Services brochure | | |
| 2274 | | MAR043114 - MAR043144 | Maritz Performance Improvement Company Preliminary Program Recommendations for Bank One Securities | | |
| 2275 | | MAR041423 - MAR041483 | Maritz Performance Improvement Company Systems Document for the | | |

| Trial Ex # | Depo Ex # | Bates # | Description | Objection | FRB in Support |
|---|---|---|---|---|---|
| | | | AT&T Universal Card Services Universal Savings Program dated 6/12/98 | | |
| 2276 | | MAR023121 - MAR023138 | Acceptance Test Plan for the Maritz Frequency Marketing VAULT Platform Program dated 10/11/99 | | |
| 2277 | | MAR023725 - MAR023803 | Sabre Inc. Installation Guide dVoya Tools Software Solutions eSAPI, Version 1.0 dated 9/14/00 | | |
| 2278 | | MAR026347 - MAR026358 | Sales/Marketing Guide for the Maritz Loyalty Marketing VAULT Platform Customer Web Application dated 10/30/00 | | |
| 2279 | | MAR020268 - MAR020318 | | | |
| 2280 | | MAR003222 - MAR003227 | Maritz Loyalty Marketing Project-Phase I | | |
| 2281 | | MAR050456 - MAR050521 | Master Service Agreement between Maritz and Advanta Bank Corp., dated 11/1/03 | | |
| 2282 | | MAR021216- MAR021222 | Maritz Loyalty Marketing Travel Vault The Next Generation, Working Draft 1.0 dated 4/8/04 | | |
| 2283 | | MAR015013 - MAR015019 | Maritz Performance Improvement Company VAULT System On-line Travel Rewards Redemption Business Case dated 4/28/05 | | |
| 2284 | | MAR014417- MAR014440 | Sabre Inc. Connection Class COM Server Document Version 1.2 dated 3/23/01 | | |
| 2285 | | MAR098161- MAR098182 | Adward HQ Training for the Maritz merchandise award | | |

| Trial Ex # | Depo Ex # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| | | | site dated 5/01 | | |
| 2286 | | MAR002568 | Vault Customer Web Site Map dated 11/21/01 | | |
| 2287 | | MAR021740 - MAR021743 | Overview re Maritz Internet Infrastructure dated 1/23/02 | | |
| 2288 | | MAR049106 - MAR049127 | | | |
| 2289 | | MAR019779 - MAR019816 | REDACTED | | |
| 2290 | | MAR044640 - MAR044654 | | | |
| 2291 | | MAR009186 - MAR009206 | Object Model for the Maritz Loyalty Marketing Customer Web, Version 1.2 dated 1/20/03 | | |
| 2292 | | MAR003357 - MAR003373 | Maritz Loyalty Marketing t-VAULT Product Description, Version 1.32 dated 2/11/03 | | |
| 2293 | | MAR003850 - MAR003852 | Maritz Loyalty Marketing Customer Web Guidelines | | |
| 2294 | | MAR046298 - MAR046347 | | | |
| 2295 | | MAR046348 - MAR046407 | REDACTED | | |

- 87 -

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 2296 | | MAR088720 - MAR088871 | REDACTED | | |
| 2297 | | MAR007358 - MAR007362 | Maritz Loyalty Marketing Travel Vault The Next Generation Draft 1.0 dated 2/25/04 | | |
| 2298 | | MAR042222 - MAR042246 | Maritz Technology Evolution AssessMent (TEAM) Project dated 7/29/04 | | |
| 2299 | | MAR024394 - MAR024395 | Core VAULT Summary | | |
| 2300 | | MAR048903 - MAR048926 | REDACTED | | |
| 2301 | | MAR038017 - MAR038043 | | | |
| 2302 | | MAR009430 - MAR009467 | Maritz Loyalty Marketing QRT Reconciliation Business Requirements, Version 1.6 dated 11/5/04 | | |
| 2303 | | MAR033535 - MAR033559 | Maritz Technology Evolution AssessMent (TEAM) Project Generation II dated 2/17/05 | | |
| 2304 | | MAR037286 - MAR037335 | REDACTED | | |
| 2305 | | MAR114410 - MAR114443 | Abraham Patent No. 5,446,903 | | |

| Trial Ex # | Depo Ex # | Bates # | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 2306 | | MAR114444 - MAR114449a | Ahlberg, Christopher and Shneiderman, Ben, "Visual Information Seeking: Tight Coupling of Dynamic Query Filters with Starfield Displays," Human Factors in Computing Systems, April 24-28, 1994 | | |
| 2307 | | MAR114450 - MAR114462 | Bentley, Jon Louis, Friedman, Jerome H., "Data Structures for Range Searching," Computing Surveys, Vol. 1 1, No. 4, December 1979 | | |
| 2308 | | MAR115563 - MAR114484 | Bradley, James, Introduction to DataBase Management in Business, 2d Ed., Holt, Rinehart and Winston, 1987 | | |
| 2309 | | MAR114485 - MAR114501 | Comer, Douglas article, "The Ubiquitous B-Tree," Computing Surveys, Vol. 11, No. 2, June 1979. | | |
| 2310 | | | Design Case Study, Carlson Marketing Group, "Flexible InterfaceIApplication Design for Online Awards Catalog, CHI 2004, April 24-29, 2004 | | |
| 2311 | | MAR114513 - MAR114528 | Dworkin Patent No. 4,992,940 | | |
| 2312 | | MAR114529 - MAR114530 | Eick, Stephen G., "Data Visualization Sliders," UIST, November 2-4, 1994 | | |
| 2313 | | MAR114531 - MAR114545 | *Enjoy the Rewards of Membership* (BankAmeriChoice Rewards catalog) | | |
| 2314 | | MAR114546 - MAR114552 | Goldstein, Jade and Roth, Steven F., "Using | | |

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | JRE for Support |
|---|---|---|---|---|---|
| | | | Aggregation and Dynamic Queries for Exploring Large Data Sets," Human Factors in Computing Systems, April 24-28, 1994. | | |
| 2315 | | MAR114553 - MAR114562 | Keller, Arthur M., "Smart Catalogs and Virtual Catalogs," presented and published at the Workshop on Electronic Commerce, Dec. 1994. | | |
| 2316 | | MAR114563 - MAR114581 | Kuechler Patent No. 5,237,678 | | |
| 2317 | | MAR114582 - MAR114650 | *Member Book* (Holiday Inn Priority Club) | | |
| 2318 | | MAR114663 - MAR114672 | Orenstein, J. A., Merrett, T.H., "A Class of Data Structures for Associative Searching," 1984 ACM | | |
| 2319 | | MAR114651 - MAR114652a | "Microprocessor" definition, Electrical Engineer's Reference Book, 15th Ed, Butterworth-Heinemann Ltd. 1993. | | |
| 2320 | | MAR114653 - MAR114655 | Microsoft Press Computer Dictionary, 2d Ed. -- definition of "microprocessor" | | |
| 2321 | | MAR114656 - MAR114662 | Pfaltz, John L. and Berman, William J., "Partial-Match Retrieval Using Indexed Descriptor Files," ACM, Volume 23, No. 9, September, 1980. | | |
| 2322 | | MAR114692 - MAR144721 | Thuraisngham Patent No. 5,355,474 | | |
| 2323 | | MAR114722 - | Tornetta Patent No. | | |

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | PRE In Support |
|---|---|---|---|---|---|
| | | MAR114743 | 4,870,576 | | |
| 2324 | | MAR114753 - MAR114764 | Wiederhold, Gio, Database Design, McGrawHill, 1977. | | |
| 2325 | | MAR114744 - MAR114746 | Williamson, Christopher and Shneiderman, Ben, "The Dynamic HomeFinder: Evaluating Dynamic Queries in a Real-Estate Information Exploration System" | | |
| 2326 | | | Webster's Ninth New Collegiate Dictionary, 1986 Merriam-Webster Inc. | | |
| 2327 | | | Webster's Third New International Dictionary of the English Language Unabridged, 1993 Merriam-Webster Incorporated | | |
| 2328 | | | net.speak -- The Internet Dictionary Spring Business, 1994 Hayden Books | | |
| 2329 | | DFS-FRCP45-0001 | Letter dated 4/25/06 to Trilegiant enclosing a Request for Proposal for Reward Programs for Discover Financial Services | | |
| 2330 | | DFS-FRCP45-0002 | Letter dated 4/25/06 to Maritz Loyalty Marketing enclosing a Request for Proposal for Reward Programs for Discover Financial Services | | |
| 2331 | | DFS-FRCP45-0003 - DFS-FRCP45-0030 | Discover Financial Services Request for Proposal Expanded Rewards Program dated 10/21/02 | | |
| 2332 | | DFS-FRCP45-0031 - DFS-FRCP45-0170 | Maritz Loyalty Marketing Expanded Rewards Program RFP Response Prepared for Discover Financial Services dated 10/30/02 | | |
| 2333 | | DFS-FRCP45-0171 - DFS-FRCP45-0236 | Maritz Collated RFP re Discover Financial Services | | |

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | RFP In Support |
|---|---|---|---|---|---|
| | | | programs | | |
| 2334 | | DFS-FRCP45-0237 - DFS-FRCP45-0404 | Trilegiant Loyalty Solutions RFP Response prepared for Discover Financial Services dated 10/31/02 | | |
| 2335 | | MAR014948 - MAR014992 | Award HQ.com Screen Shots | | |
| 2336 | | MAR097393 - MAR097435 | Haley Memo re AwardHQ 2000-01 Business Plan | | |
| 2337 | | MAR114845 - MAR114912 | Holiday Inn Priority Club Catalog | | |
| 2338 | | MAR114803 - MAR114844 | Holiday Inn Priority Club Catalog | | |
| 2339 | | MAR114765 - MAR114802 | Holiday Inn Priority Club Catalog | | |
| 2340 | | MAR115642 - MAR115644 | Michael Shrage Adweek 11/27/1995 | | |
| 2341 | | MAR115984 - MAR116007 | Molly Bragg Affidavit and Trilegiant WebPages | | |
| 2342 | | MAR113655 - MAR113671 | Business Week Online "Cyberspace" 2/27/1995 | | |
| 2343 | | MAR111157 - MAR111173 | Project Gateway Update 11/7/1995 | | |
| 2344 | | MAR108130 - MAR108131 | Cyberbucks Trademark Application | | |
| 2345 | | MAR108153 - MAR108154 | Cowles Report on Database Marketing July 1995 | | |
| 2346 | | MAR27364 - MAR27380 | Jovicic Patent No. 5,855,007 | | |
| 2347 | | MAR27416 - MAR27435 | Barnett Patent No. 6,336,099 | | |
| 2348 | | MAR27515 - MAR27520 | McCarthy Patent No. 5,287,268 | | |
| 2349 | | MAR27534 - MAR27599 | Levergood Patent No. 5,708,780 | | |
| 2350 | | MAR27600 - MAR27635 | Payne Patent No. 5,715,314 | | |
| 2351 | | MAR27636 - MAR27650 | Golden Patent No. 5,761,648 | | |
| 2352 | | MAR27651 - MAR27656 | Spector Patent No. 5,765,141 | | |
| 2353 | | MAR27745 - MAR27762 | Kanter Patent No. 5,537,314 | | |
| 2354 | | MAR27834 - | McCarthy Patent No. | | |

| Trial Ex. # | Depo. Ex. # | Bates | Description | Objection | PRE F Support |
|---|---|---|---|---|---|
| | | MAR27846 | 4,941,090 | | |
| 2355 | | MAR27847 - MAR27853 | Humble Patent No. 4,949,256 | | |
| 2356 | | MAR27880 - MAR27917 | Ayyoubi Patent No. 5,233,514 | | |
| 2357 | | MAR27918 - MAR27927 | Auriemma Patent No. 5,513,102 | | |
| 2358 | | MAR28141 - MAR28158 | Carrithers Patent No. 5,689,100 | | |
| 2359 | | MAR28180 - MAR28194 | Hyodo Patent No. 5,937,390 | | |
| 2360 | | MAR28195 - MAR28217 | Shurling Patent No. 6,009,415 | | |
| 2361 | | MAR18087 - MAR18123 | Maritz/Trilegiant Partnership Slide-Show 4/26/02 | | |
| 2362 | | MAR18124 - MAR18156 | Trilegiant Slide Show | | |
| 2363 | | MAR26616 - MAR26711 | Von Kohorn Patent No. 4,745,468 | | |
| 2364 | | MAR26712 - MAR26729 | Geier Patent No. 4,984,155 | | |
| 2365 | | MAR26730 - MAR26741 | Von Kohorn Patent No. 5,128,752 | | |
| 2366 | | MAR27642 - MAR26755 | Punchnicki Patent 5,185,695 | | |
| 2367 | | MAR26756 - MAR26767 | Hoffman Patent 5,297,026 | | |
| 2368 | | MAR26844 - MAR26853 | King Patent 5,319,542 | | |
| 2369 | | MAR26854 - MAR26878 | De Lapa Patent 5,353,218 | | |
| 2370 | | MAR26879 - MAR26883 | Clarke Patent 5,502,636 | | |
| 2371 | | MAR27080 - MAR27219 | Deaton Patent 5,655,723 | | |
| 2372 | | MAR27220 - MAR27287 | Filepp Patent 5,347,632 | | |
| 2373 | | MAR27353 - MAR27363 | Jones Patent 5,832,458 | | |
| 2374 | | MAR98710 - MAR98713 | 1FS Internet Site dated 12/30/98 | | |
| 2375 | | MAR98830 - MAR98831 | Maritz Merchandise Internet Site Meeting Notes dated 4/1/98 | | |

| Trial Ex. # | Depo Ex. # | Bates | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| 2376 | | MAR89857 - MAR89932 | Girouard Patent 4,982,346 | | |
| 2377 | | MAR40242 - MAR40254 | Technical Statement of Word - Fulfillment processing (2/12/03) | | |
| 2378 | | MAR54746 - MAR54761 | Off Patent 5,612,868 | | |
| 2379 | | MAR54762 - MAR54839 | Deaton Patent 5,638,457 | | |
| 2380 | | MAR54951 - MAR54972 | Sirbu Patent 5,809,144 | | |
| 2381 | | MAR54973 - MAR54993 | Daly Patent 5,878,141 | | |
| 2382 | | MAR55027 - MAR55051 | Scroggie Patent 5,970,469 | | |
| 2383 | | MAR55052 - MAR55098 | Blinn Patent 5,999,914 | | |
| 2384 | | MAR55099 - MAR55138 | Wendkos Patent 5,983,196 | | |
| 2385 | | MAR55139 - MAR55161 | Ferguson Patent 5,991,736 | | |
| 2386 | | MAR55268 - MAR55298 | Ikeda Patent 5,937,391 | | |
| 2387 | | MAR55296 - MAR55313 | Carrithers Patent 5,956,695 | | |
| 2388 | | MAR28218 - MAR28241 | Walker Patent 6,049,778 | | |
| 2389 | | MAR28242 - MAR28291 | Eggleston Patent 6,061,660 | | |
| 2390 | | MAR28382 - MAR28385 | U.K. Patent 1,565,286 | | |
| 2391 | | MAR28386 - MAR28431 | E.P. Application 308,224 | | |
| 2392 | | MAR28432 - MAR28508 | PCT Application WO 93/12489 | | |
| 2393 | | MAR28509 - MAR28539 | U.K. Patent 2,274,349A | | |
| 2394 | | MAR28540 - MAR28610 | U.K. Patent 2,315,351A | | |
| 2395 | | MAR28611 - MAR28653 | PCT Application WO 96/29668 | | |
| 2396 | | MAR28662 - MAR28664 | PC Computing, September 1990 | | |
| 2397 | | MAR98009 - | 2002 Award HQ web pages | | |

| Trial Ex.# | Depo. Ex.# | Bates | Description | Objection | FRE in Support |
|---|---|---|---|---|---|
| | | MAR98012 | | | |
| 2398 | | MAR97828 - MAR97839 | Maritz Rewards booklet | | |
| 2399 | | MAR96272 - MAR96299 | | | |
| 2400 | | MAR96300 - MAR96321 | | | |
| 2401 | | MAR96322 - MAR96343 | REDACTED | | |
| 2402 | | MAR96344 - MAR96369 | | | |
| 2403 | | MAR95401 - MAR95424 | | | |
| 2404 | | MAR95425 - MAR95478 | | | |
| 2405 | | TRL-MTZ17459 - TRL-MTZ17465 | Netcentives Overview 6/1/01 | | |
| 2406 | | TRL-MTZ38281 - TRL-MTZ38291 | Loyalty Key Information Topics, by Organization | | |
| 2407 | | TRL-MTZ41570 - TRL-MTZ41571 | 7/3/03 Moen email to L. Jakobson (Incentive Magazine) re Patent Background Information) | | |
| 2408 | | TRL-MTZ31639 - TRL-MTZ31702 | Trilegiant Loyalty Solutions information booklet | | |
| 2409 | | TRL-MTZ19318 - TRL-MTZ19343 | Cendant Incentives information booklet | | |
| 2410 | | AFF-MTZ12788 | 4/5/99 Albert email to J. Longinotti (Netcentives) re redacted license between MyPoints and Netcentives license agreement | | |
| 2411 | | AFF-MTZ12808 - AFF-MTZ12819 | 2/24/00 fax from James Wallace (Wiley, Rein & Fielding) to Ted Chen attaching revised draft complaint in *Netcentives v. The Sperry Hutchinson Company and Webmiles.Com* | | |
| 2412 | | AFF-MTZ12825 - AFF-MTZ12828 | 3/24/99 fax sheet from M. Cohen (Netcentives) to | | |

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | PRE In Support |
|---|---|---|---|---|---|
| | | | Townsend & Townsend, attaching Albert letter enclosing Revocation and Substitute POA forms signed by John Longinotti | | |
| 2413 | | AFF-MTZ12838 | 8/28/98 Stattler letter to Bach enclosing U.S. Patent 5,774,870 | | |
| 2414 | | AFF-MTZ12844 | 1/23/98 Stattler letter to Storey enclosing Notice of Allowance and Issue Fee Due re U.S. Patent application 08/572,l017 | | |
| 2415 | | AFF-MTZ12845 | 1/23/98 Stattler letter to Eric Tilenius and Meryl Cohen (Netcentives) enclosing Notice of Allowance and Issue Fee Due re U.S. Patent application 08/572,l017 | | |
| 2416 | | AFF-MTZ12861 - AFF-MTZ12863 | 7/17/97 Eric Tilenius email to Stattler re Storey assignment | | |
| 2417 | | AFF-MTZ12864 | 11/19/96 Storey letter to Bach requesting that he apply for PCT application | | |
| 2418 | | AFF-MTZ12865 | 7/3/96 Bach letter to Storey enclosing filing receipt for patent application. | | |
| 2419 | | AFF-MTZ12866 | 3/6/96 Bach letter to Storey enclosing documents sent to PTO pertaining to Notice of Missing Parts Declaration. | | |
| 2420 | | AFF-MTZ12867 | 12/15/95 Bach letter to Storey enclosing copies of application materials. | | |
| 2421 | | AFF-MTZ12870 | 12/11/95 Bach letter to Storey attaching revised patent application. | | |
| 2422 | | AFF-MTZ12871 - AFF-MTZ12872 | 9/28/95 Bach letter to Storey re preparation of patent application | | |
| 2423 | | AFF-MTZ12873 | 7/22/97 Fliesler, Dubb, Meyer & Lovejoy "New and Update File Memo" re Netcentives' Storey patent | | |

| Trial Ex. # | Depo Ex. # | Bates # | Description | Objection | PRE in Support |
|---|---|---|---|---|---|
| 2424 | | AFF-MTZ12882 | 9/2/99 Albert letter to Ted Chen enclosing IDS for Patent Application No. 09/105,227 | | |
| 2425 | | AFF-MTZ12883 | 8/19/99 Albert letter to Ted Chen enclosing Preliminary Amendment re Patent Application No. 09/105,227 | | |
| 2426 | | AFF-MTZ12884 | 7/27/99 Albert letter to Ted Chen enclosing Response and Terminal Disclaimer re Patent Application No. 09/105,227 | | |
| 2427 | | AFF-MTZ12885 - AFF-MTZ12887 | 6/17/99 Albert letter to Ted Chen attaching Terminal Disclaimer in response Office Action rejecting claims because of obviousness-type double patenting doctrine | | |
| 2428 | | AFF-MTZ12897 | 11/3/98 Stattler letter to M. Cohen (Netcentives) enclosing IDS re Patent Application No. 09/105,227 | | |
| 2429 | | AFF-MTZ12898 - AFF-MTZ12899 | Two (2) copies of 10/29/98 Stattler letter to Cohen enclosing Petition to Make Special, International Search Report, form PTO-1449, form PTO-892 and transmittal letter re Patent Application No. 09/105,227 | | |
| 2430 | | AFF-MTZ12901 - AFF-MTZ12903 | 9/29/98 Landon & Stark letter to Stattler re patent search and attaching invoice for same. | | |
| 2431 | | AFF-MTZ12904 - AFF-MTZ12917 | 9/22/98 fax cover sheet and report attaching Stattler letter to Landon & Stark requesting patent search re Patent Application No. 09/105,227, attaching claims | | |
| 2432 | | AFF-MTZ12918 | 7/10/98 Stattler letter to Eric Tilenius and Meryl Cohen (Netcentives) enclosing Continuation Application re | | |

| Trial Ex. # | Depo Ex # | Bates # | Description | Objection | RB in Support |
|---|---|---|---|---|---|
| | | | U.S. Patent application 08/572,l017 | | |