# EXHIBIT 1

REDACTED

# EXHIBIT 2

**REDACTED**

# EXHIBIT 3

REDACTED