IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-360-JJF |
| v. ) | |
| ) | |
| MARITZ, INC. ) | |
| ) | **REDACTED PUBLIC VERSION** |
| Defendant. ) | |

**AFFINION'S MOTION *IN LIMINE* NUMBER 10: TO PRECLUDE
MARITZ'S EXPERTS FROM OFFERING INVALIDITY
<u>OPINIONS THAT LACK ANY FACTUAL BASIS</u>**

                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                       Jack B. Blumenfeld (#1014)
                       Maryellen Noreika (#3208)
                       1201 N. Market Street
                       P.O. Box 1347
                       Wilmington, DE  19899
                       (302) 658-9200
                        *Attorneys for Plaintiff Affinion Net Patents, Inc.*

Of Counsel:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 783-6040

Original Filed:  September 20, 2006
Redacted Public Version Filed:  September 27, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARITZ, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 04-360-JJF<br><br>**REDACTED PUBLIC VERSION** |

**AFFINION'S MOTION *IN LIMINE* NUMBER 10: TO PRECLUDE
MARITZ'S EXPERTS FROM OFFERING INVALIDITY
OPINIONS THAT LACK ANY FACTUAL BASIS**

Plaintiff Affinion Net Patents, Inc. ("Affinion") hereby moves to preclude Maritz's experts from presenting to the jury invalidity opinions that are premised on documents that do not meet the applicable legal standards to form the basis for those opinions. The grounds for this motion are as follows.

To be helpful to the trier of fact, expert testimony must rest upon a reliable factual basis. See Kumho Tire Co. v. Carmichael, 526 U.S. 137, 149 (1999). Because the expert testimony proffered by Maritz's experts is not based on evidence that can properly support those opinions, Maritz should be precluded from presenting that testimony to the jury.

First, **REDACTED**

To support this argument, Maritz's experts rely on a single document, Defendant's Deposition Exh. D.

---

1     The '444 patent, which describes the Look to Book program and is prior art, does not describe any such "on-line" awards catalog.

295 (TRL-MTZ 44088-44093).  See Exh. 1; Exh. 2 at 16; Exh. 3 at 7.

**REDACTED**

Exh. 4 at 138-39.

Exh. 4 at 139-40.

**REDACTED**

Exh. 5 at 138-39.

Id. at 139.

**REDACTED**

2

Id. at 143-44.[2]

REDACTED

There is no witness in this case that can authenticate this document, state what it is, or when it was created. In the absence of any evidence concerning the creation or use of the printout at D. Ex. 295, there is no basis for either of Maritz's experts to testify

REDACTED

Dr. Keller's and Dr. Bolger's testimony concerning D. Ex. 295 is nothing but pure speculation, is not helpful to the trier of fact, and therefore, should be excluded. See Fed. R. Evid. 702.

Second,

REDACTED

See Exh. 2 at 19; Exh. 3 at 7.

See Exh. 4 at 163-65; Exh. 5 at 184.

REDACTED

---

[2] Although the document appears to bear a date January 6, 1994, there is no evidence in the record concerning what that date reflects. See Exh. 1.

3

See Dow Chem. Co. v. Astro-Valcour, Inc., 267 F.3d 1334, 1339 (Fed. Cir. 2001).

In fact, the undisputed evidence (which Maritz did not even have its experts review) is to the contrary.

REDACTED

4

## CONCLUSION

For the foregoing reasons, Maritz's experts should be precluded from presenting evidence (1) relating to the alleged "on-line" awards catalog (D. Dep. Ex. 295) in the Look to Book program and (2) use of on-line redemption in the Goldmail program in support of their invalidity opinions.

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Maryellen Noreika (#3208)*
                        Jack B. Blumenfeld (#1014)
                        Maryellen Noreika (#3208)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE 19899
                        (302) 658-9200
                          *Attorneys for Plaintiff, Affinion Net Patents, Inc.*

Of Counsel:

Steven Lieberman
Sharon L. Davis
R. Elizabeth Brenner
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 783-6040

September 27, 2006

5

## RULE 7.1.1 CERTIFICATE

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the defendant and that we have not been able to reach agreement.

/s/ Maryellen Noreika
Maryellen Noreika (#3208)

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on September 20, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Patricia Smink Rogowski
>Connolly, Bove, Lodge & Hutz

I also certify that copies were caused to be served on September 20, 2006 upon the following in the manner indicated:

### BY HAND

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

### BY FEDERAL EXPRESS

J. Bennett Clark
Senniger Powers
One Metropolitan Square
St. Louis, MO 63102

/s/ Maryellen Noreika
Maryellen Noreika (#3208)
mnoreika@mnat.com

## CERTIFICATE OF SERVICE

I, Maryellen Noreika, hereby certify that on September 27, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Patricia Smink Rogowski
>Connolly, Bove, Lodge & Hutz

I also certify that copies were caused to be served on September 27, 2006 upon the following in the manner indicated:

### BY HAND

>Patricia Smink Rogowski
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19801

### BY FEDERAL EXPRESS

>J. Bennett Clark
>Senniger Powers
>One Metropolitan Square
>St. Louis, MO  63102

>*/s/ Maryellen Noreika*
>Maryellen Noreika (#3208)
>mnoreika@mnat.com