# EXHIBIT 1

REDACTED

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION LOYALTY GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MARITZ INC., | ) ) ) |
| Defendant. | ) ) |

## EXPERT REPORT OF BRUCE BOLGER

### 1. Background and Qualifications

I graduated from the University of California at Santa Barbara in 1975, magna cum laude, with a double major in history and French. I first entered the incentive business in 1984, when I joined Incentive Marketing magazine as the editor. I was subsequently promoted to publisher in 1990. In 1993, I left Incentive magazine to serve as show director for the New York Premium Incentive Show until 1995. At this time, I left to start Selling Communications Inc., a media, marketing and technology company specializing in the incentive marketplace. My currriculae vitae is attached to this report as Appendix 1.

I am being compensated for my time in this matter at the rate of $250 per hour. My compensation is not contingent in any way on the outcome of this case. I have not testified as an expert at any trial or deposition in the last four years.

I have authored the following publications in the last 10 years:

Associations Can Grab the Reins, Motivation Strategies, Fall 2005 edition

The Best Days Lie Ahead, Motivation Strategies, Summer Edition, 2005

1

when Hilton Hotels launched its "Hilton Internet Concierge"—which allowed guests to "make reservations directly through their PCs"—it brought its Hilton HHonors® loyalty program online as well. Welcome to HiltonNet! New Hilton Internet Concierge Rolls Out the "Virtual" Red Carpet, PR Newswire; August 21, 1995.

By early 1994, companies were testing online merchandise award catalogs in which people could view merchandise and place orders online. It was also obvious that online technology could facilitate the systems that supported incentive award catalogs, points tracking, and redemption. (Incentive, Feb. 1994, p. 23.) Before the filing of the '870 patent, companies, including defendant Maritz Inc., had developed and/or contemplated programs that included online redemption of award points. See MAR 113138-113142 (describing an "online catalog of Maritz merchandise ... for immediate orders" as a redemption option), MAR 113133-113137, 108176-108182; U.S. Patent No. 5,794,210 (filed December 11, 1995) (disclosing a system in which "digital cash" is awarded in real time for on-line behavior and is immediately available for redemption online).

Moving the classic bricks and mortar frequent buyer program to the internet was an obvious development that was triggered by the emergence of viable electronic commerce platforms in the early 1990's. As recognized by the Canadian patent office in rejecting a related application: "There is nothing new about points-based incentive programs in themselves…Nor is there anything new about assembling networks of computers so as to quickly and efficiently communicate data between them…This leaves as the discovery at the heart of this application the realization that by harnessing the abilities of the Internet, certain efficiencies can be gained in the administration of a points incentive program (page 2, line 17 to page 3, line 17.) The incentive award plan itself has not changed (and, even if it had, those details would be left to the

7

professional skill of the marketing people designing it), it is now simply specifying the use of online communications instead of telephones and mail, web pages instead of paper catalogs, databases instead of paper records, and the use of software to automate a known incentive plan management method." Use of this technology would have been obvious to one of ordinary skill in the art at the time the '870 patent was filed.

4. Analysis

   A. **Legal Standards**

   When conducting an invalidity analysis, it is my understanding that an issued patent carries with it a presumption of validity. Thus, one challenging the validity of that patent must present clear and convincing evidence of invalidity.

      1. **Anticipation.**

      It is my understanding that anticipation requires the presence of each and every element of the claimed invention in a single prior art disclosure. To be anticipatory, the reference must qualify as prior art under Section 102 of the Patent Act. The reference must also enable one of ordinary skill in the art to make, construct, and/or practice the claimed invention.

      2. **Obviousness**

      Title 35 U.S.C. Section 103 states that a patent may not be obtained "if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time of the invention to one of ordinary skill to which said subject matter pertains." As opposed to anticipation, multiple references may be considered when analyzing whether an invention was obvious. When considering multiple references, there must have been a motivation to combine the teaching of those references.

8

# EXHIBIT 3A

REDACTED

# EXHIBIT 3B

**PCT**   WORLD INTELLECTUAL PROPERTY ORGANIZATION
International Bureau 

INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 6 : | | (11) International Publication Number: | WO 97/22058 |
|---|---|---|---|
| G06F 15/21 | A1 | (43) International Publication Date: | 19 June 1997 (19.06.97) |

(21) International Application Number: PCT/US96/19728

(22) International Filing Date: 11 December 1996 (11.12.96)

(30) Priority Data:
08/572,017    14 December 1995 (14.12.95)    US

(71)(72) Applicant and Inventor: STOREY, Thomas, W. [US/US]; 7700 E. Gainey Ranch Road #146, Scottsdale, AZ 85258 (US).

(74) Agent: BACH, Joseph; 527 Beacon Hill Terrace, Gaithersburg, MD 20878 (US).

(81) Designated States: CA, JP, European patent (AT, BE, CH, DE, DK, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE).

Published
  *With international search report.*

(54) Title: FULLY INTEGRATED, ON-LINE INTERACTIVE FREQUENCY AND AWARD REDEMPTION PROGRAM

(57) Abstract

A fully integrated on-line frequency award program is disclosed. A user may access the program on-line (10) and may browse a product catalog for shopping (60). The user may electronically place an order (130), upon which the program automatically checks the user's credit (140) and electronically issues a purchase order to the supplying company (160). The program also calculates award points (220), updates the award account of enrolled users (200) and communicates the number of awarded points to the user (210). Enrolled users may browse through an award catalog (400) and electronically redeem an amount of awarded points (500) towards an award. The program then electronically places an award redeeming order (530) with the fulfillment house and updates the user's award account (520).

AFF-MTZ 003495
CONFIDENTIAL

WO 97/22058                                                                 PCT/US96/19728

What is claimed is:

1. A system for an incentive award program, including a computer system accessible for on-line interactive communication with users, said computer system comprising;

    -a first memory area for storing product catalog, said product catalog including product descriptions and product prices for each product available for purchase;

    -a second memory area for storing an awards catalog, said awards catalog including an award description and award points value for each award; and,

    -a frequency database storing account information for each enrolled user of said incentive award program.

2. The system of claim 1, wherein said computer system is programmed to perform the steps comprising:

    -providing a user with an on-line access to a product homepage and an award program homepage, said product homepage linking to said first memory area, and said award program homepage linking to said second memory area;

    -providing said user with an on-line order form for ordering a product for purchase, said order form being susceptible to electronic entries; and,

    -providing said user with an on-line redeeming form for redeeming award points towards an award chosen from said awards catalog, said redeeming form being susceptible to electronic entries.

AFF-MTZ 003516
CONFIDENTIAL

3. The system of claim 2, wherein said computer is further programmed to perform the steps comprising:

-receiving said electronic entries and striping electronic entries corresponding to predetermined queries of said order form; and,

-establishing an on-line link to a predesignated computer and sending said electronic entries to said predesignated computer via said on-line link to verify available credit.

4. The system of claim 2, wherein said computer is further programmed to receive said electronic entries and to perform the steps comprising:

-establishing an on-line link to an order computer determined from said entries in said order form, and electronically sending via said on-line link selected ones of said entries of said order form to said order computer.

5. The system of claim 2, wherein said computer is further programmed to receive said electronic entries and to perform the steps comprising:

-reading a price entry from said order form and calculating award points according to a predefined formula using said price as a parameter in said predetermined formula;

-saving said award points in an award account of said user; and,

-subtracting from said award account a redeemed points amount corresponding to a redeemable value of an award designated in said redeeming form.

6. The system of claim 2, wherein said computer is further programmed to perform the steps comprising:

-receiving an electronic request to view said awards catalog;

21

AFF-MTZ 003517
CONFIDENTIAL

   -defining an award ceiling depending on qualified award points in an awards account of a user sending said request; and,
   -displaying awards having award point value equal to said award ceiling and awards having award value lower than said award ceiling.

7. The system of claim 2, wherein said computer is further programmed to perform the steps comprising:
   -receiving said electronic entries from a user and determining whether an electronic link for receiving said electronic entries has been established by an on-line provider;
   -When said electronic link has been established by an on-line provider, electronically interrogating provider database for a credit account number of said user; and,
   -establishing an on-line link to a predesignated computer and sending said credit account number to said predesignated computer via said on-line link to verify available credit.

8. The system of claim 4, wherein said computer is further programmed to receive said electronic entries and perform the steps comprising:
   -establishing an on-line link to an award computer and electronically sending via said on-line link selected ones of said entries of said redeeming form to said award computer.

9. The system of claim 2, wherein said computer is further programmed to perform the steps comprising:
   -providing said user with an on-line subscription form for enabling said user to join said incentive award program, said subscription form being susceptible to electronic entries; and,

22

AFF-MTZ 003518
CONFIDENTIAL

WO 97/22058                                                    PCT/US96/19728

-receiving entries corresponding to said subscription form and establishing an award account in said frequency database for said user.

10. A method for providing an on-line shopping and frequency award program comprising the steps of:

-maintaining a frequency database for storing award points in award accounts corresponding to subscribed users;

-providing an on-line access to a product catalog;

-providing an on-line purchase order form, said on-line purchase order form including at least a register for a credit account number of a credit card and a register for a product identifier;

-allowing a user to electronically send entries for said purchase order form;

-establishing an on-line link to a credit computer and verifying availability of funds for said user;

-establishing an on-line link to a computer of a seller of a product identified in said product identifier and electronically communicating said purchase order form together with said entries to said seller;

-calculating award points by a predetermined formula taking into account a price of said product, and updating an award account of said user in said frequency database;

-providing an on-line access to an award catalog having a plurality of files corresponding to various award articles;

-providing an on-line award redeem form;

-receiving electronic entries corresponding to queries in said award redeem form to allow said user to electronically redeem award points towards a chosen award from said award catalog; and,

23

AFF-MTZ 003519
CONFIDENTIAL

25    -subtracting from said award account of said user a number of points corresponding to the award points of said chosen award.

11. The method for providing an on-line shopping and frequency award program as claimed in claim 10, further comprising the steps of:
   -Receiving a request from said user to review said award catalog;
   -defining a ceiling point corresponding to the amount of redeemable
5   award points stored in said award account of said user; and,
   -displaying award files having an award value equal to or less than said award ceiling.

12. The method for providing an on-line shopping and frequency award program as claimed in claim 10, further comprising the steps of:
   -Receiving a request from said user to review said award catalog;
   -defining a ceiling point as the amount of points entered by said user
5   in a response to an inquiry; and,
   -displaying award files having an award value equal to or less than said award ceiling.

13. The method for providing an on-line shopping and frequency award program as claimed in claim 10, further comprising the steps of:
   -assigning a value for each award article of said award catalog;
   -defining a plurality of escalating levels;
5   -assigning each of said award articles to only one of said plurality of escalating levels, depending on the value assigned to each of said articles;

AFF-MTZ 003520
CONFIDENTIAL

    -receiving a request to review said award articles, and determining a level to which said request corresponds depending on the award points stored in said award account of said user; and,

    -making available for review only those articles corresponding to the level to which said request corresponds and any lower level.

14. The method for providing an on-line shopping and award program as claimed in claim 10, further comprising the steps of:

    -determining whether said on-line access has been established via an on-line provider; and,

    -electronically extracting a credit account information of said user from a computer file of said on-line provider.

15. A computer readable substrate having a computer program saved thereupon, said computer program comprising the steps of:

    -providing a user with an on-line access to a product homepage and an award program homepage, said product homepage linking to a searchable product database of products available for purchase, and said award program homepage linking to a searchable awards catalog of awards available for redemption;

    -providing said user with an on-line order form for ordering a product for purchase, said order form being susceptible to electronic entries;

    -receiving said electronic entries and striping predetermined entries corresponding to predetermined queries of said order form; and,

    -establishing an on-line link to a predesignated computer and sending said predetermined entries to said predesignated computer via said on-line link to verify available credit.

AFF-MTZ 003521
CONFIDENTIAL

WO 97/22058                                                                 PCT/US96/19728

16. The computer readable substrate of claim 15, wherein said program further comprises the steps of:

-establishing an on-line link to an order computer of a seller of a product designated by said entries in said order form, and electronically sending via said on-line link selected ones of said entries of said order form to said order computer.

17. The computer readable substrate of claim 16, wherein said program further comprises the steps of:

-reading a price entry from said order form and calculating award points according to a predefined formula; and,

-saving said award points in an award account of said user.

18. The computer readable substrate of claim 17, wherein said program further comprises the steps of:

-providing said user with an on-line redeeming form for redeeming award points towards an award chosen from said awards catalog, said redeeming form being susceptible to electronic entries; and,

-subtracting from said award account a redeemed points amount corresponding to a redeemable value of said award chosen.

19. A method of storing and displaying a database of articles comprising:

-assigning a value for each article of said database;
-defining a plurality of escalating levels;

AFF-MTZ 003522
CONFIDENTIAL

     -assigning each of said articles to only one of said plurality of escalating levels, depending on the value assigned to each of said articles;

     -receiving a request to review said articles, and determining a level to which said request correspond; and,

     -making available for review only those articles corresponding to the level to which said request corresponds and any lower level.

20. A method of storing and displaying a database of articles comprising:

     -assigning a value for each article of said database;

     -defining a plurality of escalating levels;

     -flagging each of said articles to designate only one of said plurality of escalating levels, depending on the value assigned to each of said articles;

     -receiving a request to review said articles, and determining a level to which said request qualifies;

     -making available for review only those articles having flagged as one of corresponding to the level to which said request qualifies and any level lower than the level corresponding to the level to which said request qualifies.

21.    The system for an incentive award program of claim 1, wherein said account information for each enrolled user comprises a plurality of registers each for indicating an enrollment level of one of said enrolled users.

AFF-MTZ 003523
CONFIDENTIAL

WO 97/22058                                                                                         PCT/US96/19728

22. The system for an incentive award program of claim 21, wherein said product catalog includes enrollment level required for each of said products available for purchase, and wherein access for purchasing a product is restricted to users qualified for said enrollment level of said product.

23. The method of claim 10, further comprising the steps of defining a first and a second enrollment levels and storing in said award accounts of said users an enrolled level each of said subscribed users qualifies.

24. The method of claim 23, further comprising the steps of determining to which of said first and second award levels each of said awards corresponds and disqualifying users of said first award level from redeeming award points towards awards corresponding to said second award level.

25. The computer readable substrate of claim 17, wherein said program further comprises the steps of:
  -determining an award level to which said user qualifies based on predetermined parameters; and,
  -storing said award level in said award account of said user.

26. The system of claim 2, wherein said computer is further programmed to receive said electronic entries and to perform the steps comprising:
  -reading a price entry from said order form and calculating award points according to a predefined formula using said price as a parameter in said predetermined formula;

28

AFF-MTZ 003524
CONFIDENTIAL

-saving said award points in an award account of said user; and,

-subtracting from said award account a redeemed points amount corresponding to a redeemable value of an award designated in said redeeming form.

27. The system of claim 2, wherein said computer is further programmed to receive said electronic entries and to perform the steps comprising:

-reading a price entry from said order form and calculating award points according to a predefined formula using quantity of products purchased as a parameter in said predetermined formula;

-saving said award points in an award account of said user; and,

-subtracting from said award account a redeemed points amount corresponding to a redeemable value of an award designated in said redeeming form.

28. The system of claim 2, wherein said computer system further comprises an access code and wherein data of said computer system can be changed by said user when said user enters said access code.

29. The system of claim 2, wherein said computer is further programmed to perform the steps comprising:

fetching pre-designated information from said product catalog and defining said information as entry data for said order form.

30. The system of claim 2, wherein said computer is further programmed to perform the steps comprising:

29

AFF-MTZ 003525
CONFIDENTIAL

WO 97/22058                                                                 PCT/US96/19728

       fetching a number of required points required to redeem an award from said award catalog;

5       fetching a number of redeemable points available account information of one of said enrolled users' stored in said frequency database;

       subtracting the number of available points from the number of required points and transmitting the results to a computer of said user.

AFF-MTZ 003526
CONFIDENTIAL