IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-360-JJF |
| | : | |
| MARITZ, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

WHEREAS, Maritz filed a Motion For Leave To File

Supplemental Brief On Claim Construction (D.I. 197);

NOW THEREFORE, IT IS HEREBY ORDERED that Maritz's Motion For

Leave To File Supplemental Brief On Claim Construction (D.I. 197)

is **GRANTED**.

September  28 , 2006

UNITED STATES DISTRICT JUDGE