# Exhibit 6

# Senniger, Powers, Leavitt & Roedel
## Attorneys at Law

Patents, Trademarks, Copyrights,
Technology Law, Antitrust, Litigation

One Metropolitan Square, 16th Floor
Saint Louis, Missouri 63102

Telephone: 314-231-5400
Facsimile: 314-231-4342

www.senniger.com

*Robert M. Evans, Jr.*

June 28, 2002

<u>**VIA FACSIMILE (804) 217-8650**</u>

Ms. Marti Beller
President
Trilegiant Co.
7814 Carousel Lane
Richmond, VA 23294-4212

    Re: The Maritz Vault Loyalty Program

Dear Ms. Beller:

    This firm has been retained by Maritz Inc. with respect to certain statements and conduct by Trilegiant employees. Please send all future correspondence concerning this matter to my attention at the above address.

    More particularly, Maritz has learned that Trilegiant employees have been threatening Maritz' customers with allegations of infringement of patents purchased by Trilegiant from Netcentives, Inc. The allegations have been directed against customers who use the Maritz Vault Loyalty Program.

    Trilegiant knows or should know that these allegations of infringement have no basis and may themselves be actionable. Maritz hereby makes demand that all such improper allegations of infringement cease immediately. Maritz is monitoring this situation closely and will take appropriate action in the event of any tortious interference with its customers.

    Please guide yourself accordingly.

                                 Very truly yours,

                                 Robert M. Evans, Jr.

RME/sma
cc:   Steven M. Gallant, Esq.
      Mr. Mark A. Shipley

DEPOSITION EXHIBIT
9
11/22/05    TM

MAR017971

**Exhibit 6**

# Exhibit 7

S. SIGMAN

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRILEGIANT LOYALTY        )
SOLUTIONS, INC.,          )
                          )
        Plaintiff,        )
                          )    Civil Action
vs.                       )    No. 04-360-JJF
                          )
MARITZ, INC.,             )
                          )
        Defendant.        )

            VIDEOTAPED DEPOSITION OF STEPHEN SIGMAN,
    produced, sworn, and examined on NOVEMBER 22,
    2005, between the hours of eight o'clock in the
    forenoon and six o'clock in the afternoon of that
    day, at the office of Ms. Jennifer E. Hoekel,
    Esq., Senniger Powers, One Metropolitan Square,
    16th Floor, St. Louis, Missouri  63102 before
    Tammie A. Heet, a Registered Professional
    Reporter, Certified Shorthand Reporter and Notary
    Public within and for the states of Illinois and
    Missouri, in a certain cause now pending in the
    United States District Court, for the District of
    Delaware, in re:  TRILEGIANT LOYALTY SOLUTIONS,
    INC. vs. MARITZ, INC.; on behalf of the
    Plaintiff.

VERITEXT/NEW YORK REPORTING COMPANY
212-267-6868                               516-608-2400

**Exhibit 7**

S. SIGMAN

111

```
 1  infringed the Netcentives patents?
 2       A.    Which counsel have I had, none.
 3       Q.    Where did you obtain whatever
 4  documents you had about the opinions of counsel?
 5       A.    I would -- someone within MLM,
 6  Maritz Loyalty Marketing.
 7       Q.    Did you have any understanding --
 8  strike that.
 9            MS. DAVIS:  Let's mark -- let's
10  mark this as Exhibit 9.
11            (Exhibit 9 was marked for
12  identification by the reporter.)
13       Q.    (BY MS. DAVIS)  Is Exhibit 9 the
14  letter you were referring to earlier that you
15  discussed with Mr. Shipley?
16       A.    I believe so.
17       Q.    And have you seen Exhibit 9 before?
18       A.    I think I have.
19       Q.    Did you see Exhibit 9 around the
20  time that it was sent in 2002?
21       A.    I think so.
22       Q.    Did you receive a copy of Exhibit 9
23  from Mr. Shipley?
24       A.    I would imagine that's where I got
25  it.  I'm not sure that I received a copy so much
```

S. SIGMAN

112

1  as read it.
2      Q.   Did you have any -- well, who is
3  Robert Evans, Jr.?
4      A.   I don't know.
5      Q.   Did you ever have any conversations
6  with Mr. Gallant about this -- this letter?
7      A.   About this letter, no.
8      Q.   Did you ever have any conversations
9  with Mr. Gallant about whether or not Maritz
10 infringed the Netcentives patents?
11     A.   I asked questions about how to deal
12 with it if it comes up in front of a client.
13     Q.   When did you have that
14 conversation?
15     A.   Within the last year.
16     Q.   And what information did you obtain
17 about whether or not Maritz' products infringed
18 the patents in those conversations?
19     A.   It's Maritz' belief that we do not
20 infringe.  And that was basically it.
21     Q.   What else can you recall about --
22 that was said in that conversation or
23 conversations?
24     A.   It was centered around one question
25 or comment that CapitalOne had in an RFP, and it