# Exhibit 2

Edward Vincent King, Jr. (SBN 085726)
KING & KELLEHER, LLP
One Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 781-2888

James H. Wallace, Jr. (DC Bar #016113)
Gregory R. Lyons (DC Bar #436071)
Scott E. Bain (DC Bar #466657)
Mark A. Pacella (DC Bar #470485)
WILEY, REIN & FIELDING
1776 K Street, NW
Washington, D.C. 20006
Telephone: (202) 719-7000

Attorneys for Plaintiffs
Netcentives Inc. and Thomas W. Storey

**DEFENDANT'S EXHIBIT**
**72**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| The Sperry & Hutchinson Company, Inc., et al. | ) ) ) ) |
| Plaintiffs | ) ) |
| v. | ) Case No. C-01-0813-CAL ) |
| Netcentives Inc. | ) ) |
| Defendants | ) |
| Netcentives Inc. | ) ) |
| Plaintiff | ) ) |
| v. | ) Case No. C-00-0669-CAL ) |
| The Sperry & Hutchinson Company, Inc., et al. | ) ) |
| Defendants. | ) |
| Netcentives Inc., | ) ) |
| Plaintiff | ) Case No. C-00-0986-CAL ) |
| v. | ) **NETCENTIVES INC.'S PROPOSED** ) **CLAIM CONSTRUCTION STATEMENT** |
| Massmedium.com, Inc., et al. | ) **FOR U.S. PATENT NO. 6,009,412** ) |
| Defendants. | ) |

Page 1 – Netcentives Inc.'s Proposed Claim Construction for US. Patent No 6,009,412
Case Nos. C-01-0813-CAL, C-00-0669-CAL, C-00-0986-CAL, C-00-2637-CAL,
and C-01-0302-CAL

#987247.2



**DEFENDANT'S EXHIBIT**
**1008**

TRL-MTZ 09303

| | |
|---|---|
| Netcentives Inc., et al. ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | Case No. C-00-2637-CAL |
| Beenz.com, Inc., et al. ) | |
| Defendants. ) | |
| 24k.com LC, et al. ) | |
| Plaintiffs ) | Case No. C-01-0302-CAL |
| v. ) | |
| Netcentives Inc., et al. ) | |
| Defendants ) | |

Pursuant to Local Rule 16-10(a), the following is plaintiff Netcentives Inc.'s ("Netcentives") Proposed Claim Construction Statement for U.S. Patent No. 6,009,412 (the "'412 Patent").

    (1)    **Identification of Special or Uncommon Meanings of Words or Phrases in the Claims.**

| Claim 1 | Construction |
|---|---|
| A method for implementing an on-line incentive program, said method comprising the steps of: | "On-line incentive program" means an incentive program on the Internet. |
| (a) providing an Internet webpage accessible to at least one user, via a computer system, for on-line interactive communications between said user and said Internet webpage; | "A computer system for on-line interactive communications" means a computer system connected to the Internet. |
| (b) offering, on said Internet webpage, at least one product for sale to said user; | |
| (c) determining whether said user qualifies for one or more award points based on said user's | The "user" that "qualifies for one or more award points based on said user's response to purchase" refers to the ultimate purchaser of at least one |

Page 2 – Netcentives Inc.'s Proposed Claim Construction for US. Patent No. 6,009,412
      Case Nos. C-01-0813-CAL, C-00-0669-CAL, C-00-0986-CAL, C-00-2637-CAL,
      and C-01-0302-CAL

#987247.2

TRL-MTZ 09304

| | |
|---|---|
| 1 | response to purchase said at least one product; | product. |
| 2 | | |
| 3 | (d) calculating said award points according to a preprogrammed formula if said user qualifies for said award points; and | |
| 4 | | |
| 5 | (e) issuing said award points to an account of said user if said user qualifies for said award points, wherein said award points are **redeemable by said user for an award**. | "Redeemable by said user for an award" means that a user may perform an action over the Internet to instruct the online incentive program to deliver an award to him in exchange for subtracting a corresponding number of award points from the user's account. |
| 6 | | |
| 7 | | |
| 8 | | |

Claim 9

| | |
|---|---|
| 10 | The method as set forth in claim 1, further comprising the steps of: | |
| 11 | | |
| 12 | (a) receiving credit information from said user for purchase of said at least one product; | |
| 13 | | |
| 14 | (b) establishing an on-line **link** to a computer; and | "Link" refers to the connection of two or more computers. |
| 15 | | |
| 16 | (c) sending electronically to said computer said credit information to verify available credit for said user. | |
| 17 | | |

Claim 10

| | |
|---|---|
| 19 | A method for redeeming incentive awards in an **on-line incentive program**, said method comprising the steps of: | "On-line incentive program" has the same meaning as to the preamble of Claim 1. |
| 20 | | |
| 21 | | |
| 22 | (a) implementing an on-line incentive program that issues award points to users, wherein said award points are **redeemable** by said user for an award; | "Redeemable" has the same meaning as in element (e) of Claim 1. |
| 23 | | |
| 24 | | |
| 25 | (b) implementing an Internet webpage accessible, via a **computer system**, to at least one user of said on-line incentive program **for on-line interactive** | "Computer system ... for on-line interactive communications" has the same meaning as in element (a) of Claim 1. |
| 26 | | |
| 27 | | |
| 28 | | |

Page 3 – Netcentives Inc.'s Proposed Claim Construction for US. Patent No. 6,009,412
Case Nos. C-01-0813-CAL, C-00-0669-CAL, C-00-0986-CAL, C-00-2637-CAL, and C-01-0302-CAL

#987247.2

TRL-MTZ 09305

EX. 1008-0003

| | |
|---|---|
| 1 | communications between said user and said Internet webpage; |
| 2 | |
| 3 | (c) offering, on said Internet webpage, at least one redeemable award available to said user for exchange of said award points; and |
| 4 | |
| 5 | (d) permitting said user to initiate a process to receive said at least one redeemable award for exchange of said award points issued to said user through said on-line incentive program. |
| 6 | |
| 7 | |
| 8 | |

| | | |
|---|---|---|
| 5 | (d) permitting said user to initiate a process to receive said at least one redeemable award for exchange of said award points issued to said user through said on-line incentive program. | "Through said on-line incentive program" refers to initiating on-line the process of redeeming award points for an award. |

9        Claim 18

10    A computer readable medium comprising a plurality of
11    instructions, which when executed
12    by a computer, causes the computer
       to perform the steps of:
13

14    (a) providing an Internet webpage          "Computer system for on-line interactive
       accessible to at least one user, via a      communications" has the same meaning as in
15    computer system, for on-line                element (a) of Claim 1.
       interactive communications
16    between said user and said Internet
       webpage;
17

18    (b) offering, on said Internet
       webpage, at least one product for
19    sale to said user;

20    (c) determining whether said user          The "user" that "qualifies for one or more award
       qualifies for one or more award           points based on said user's response to purchase"
21    points based on said user's                has the same meaning as in element (c) of Claim 1.
       response to purchase said at least
22    one product;

23    (d) calculating said award points
       according to a preprogrammed
24    formula if said user qualifies for
       said award points; and
25

26    (e) issuing said award points to an        "Redeemable" has the same meaning as in element
       account of said user if said user         (e) of Claim 1.
27    qualifies for said award points,
       wherein said award points are
28

Page 4 – Netcentives Inc.'s Proposed Claim Construction for US. Patent No. 6,009,412
Case Nos. C-01-0813-CAL, C-00-0669-CAL, C-00-0986-CAL, C-00-2637-CAL,
and C-01-0302-CAL

#987247.2

TRL-MTZ 09306

EX. 1008-0004

redeemable by said user for an award.

## Claim 26

The computer readable medium as set forth in claim 18, further comprising the steps of

(a) receiving credit information from said user for purchase of said at least one product;

(b) establishing an on-line link to a computer; and

"Link" has the same meaning as in element (b) of Claim 9.

(c) sending electronically to said compute said credit information to verify available credit for said user.

## Claim 27

A computer readable medium comprising a plurality of instructions, which when executed by a computer, causes the computer to perform the steps of:

(a) implementing an on-line incentive program that issues award points to users, wherein said award points are redeemable by said user for an award;

"On-line incentive program" has the same meaning as in the preamble of Claim 1.

"Redeemable" has the same meaning as in element (e) of Claim 1.

(b) implementing an Internet webpage accessible, via a computer system, to at least one user of said on-line incentive program for on-line interactive communications between said user and said Internet webpage;

"Computer system ... for on-line interactive communications" has the same meaning as in element (a) of Claim 1.

(c) offering, on said Internet webpage, at least one redeemable award available to said user for exchange of said award points; and

(d) permitting said user to initiate a process to receive said at least one

"Through said on-line incentive program" has the

Page 5 – Netcentives Inc.'s Proposed Claim Construction for US. Patent No. 6,009,412
Case Nos. C-01-0813-CAL, C-00-0669-CAL, C-00-0986-CAL, C-00-2637-CAL, and C-01-0302-CAL

#987247.2

TRL-MTZ 09307

EX. 1008-0005

redeemable award for exchange of said award points issued to said user through said on-line incentive program.

same meaning as in element (d) of Claim 10.

### Claim 35

A computer system for implementing an on-line incentive program, said computer system comprising:

"On-line incentive program" has the same meaning as in the preamble of Claim 1.

(a) software for offering at least one product for sale to at least one user via an Internet webpage, said Internet webpage being accessible to said user for on-line interactive communications between said user and said Internet webpage; and

"Computer system ... for on-line interactive communications" has the same meaning as in element (a) of Claim 1.

(b) software for determining whether said user qualifies for one or more award points based on said user's response to purchase said at least one product, for calculating said award points according to a preprogrammed formula if said user qualifies for said award points, and for issuing said award points to an account of said user if said user qualifies for said award points, wherein said award points are redeemable by said user for an award.

The "user" that "qualifies for one or more award points based on said user's response to purchase" has the same meaning as in element (c) of Claim 1.

"Redeemable" has the same meaning as in element (e) of Claim 1.

### Claim 36

A computer system for implementing an on-line incentive program, said computer system comprising software for offering, on an Internet webpage, at least one redeemable award available to said user for exchange of at least one award point, and for permitting said user to initiate a process to receive at least one redeemable award for exchange of said award points, said award points being issued from said

"On-line incentive program" has the same meaning as in the preamble of Claim 1.

Page 6 – Netcentives Inc.'s Proposed Claim Construction for US. Patent No. 6,009,412
     Case Nos. C-01-0813-CAL, C-00-0669-CAL, C-00-0986-CAL, C-00-2637-CAL,
     and C-01-0302-CAL

#987247.2

TRL-MTZ 09308

EX. 1008-0006

1
2
3

on-line incentive program, and said
Internet webpage being accessible
to said user for on-line interactive
communications between said user
and said Internet webpage.

4
5
6

    (2)    **References From the Specification That Support, Describe or Explain Each Element of the Claims**

7
8
9
10
11
12
13
14

The specification as a whole supports Netcentives' proposed claim construction. In addition, the chart "U.S. Pat. No. 6,009,412 Specification References," attached hereto as Exhibit A, includes examples of references from the specification to support, describe, or explain the claim elements. These examples are not meant to be exclusive and Netcentives reserves the right to supplement the chart of Exhibit A with additional examples.

15
16

    (3)    **Material In The Prosecution History That Describes Or Explains Each Element of The Claims**

17
18
19
20

The prosecution history as a whole supports Netcentives' proposed claim construction. *See. e.g.*, Petition to Make Special (Oct. 26, 1998) (Bates nos. N 144 - 158).

21
22

    (4)    **Extrinsic Evidence Supporting Netcentives' Proposed Claim Construction**

23
24
25
26
27

Netcentives' proposed claim construction interprets the '412 patent claims based on the intrinsic record, as understood by one of ordinary skill in the art. Netcentives reserves the right, however, to supplement this Proposed Claim Construction Statement with extrinsic evidence to the extent necessitated by issues raised subsequent to service of this Statement (by, for example, the Response Claim

28

Page 7 – Netcentives Inc.'s Proposed Claim Construction for US. Patent No. 6,009,412
    Case Nos. C-01-0813-CAL, C-00-0669-CAL, C-00-0986-CAL, C-00-2637-CAL,
    and C-01-0302-CAL                                                 #987247.2

TRL-MTZ 09309

EX. 1008-0007

1    Construction Statement of any defendant). In addition, Netcentives may call upon

2    experts to testify regarding claim construction issues raised in these proceedings if

3    the Court so permits or desires.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 8 – Netcentives Inc.'s Proposed Claim Construction for US. Patent No. 6,009,412
    Case Nos. C-01-0813-CAL, C-00-0669-CAL, C-00-0986-CAL, C-00-2637-CAL,
    and C-01-0302-CAL                                                    #987247.2

TRL-MTZ 09310

EX. 1008-0008

1

2

3

4

5

6

7

8

9

10

11

12

13

14    Dated: April 2-3, 2001

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,



James H. Wallace, Jr.
Gregory R. Lyons
Scott E. Bain
Mark A. Pacella
WILEY, REIN & FIELDING
1776 K Street, NW
Washington, DC  20006
(202) 719-7000

Edward Vincent King, Jr.
KING & KELLEHER, LLP
One Embarcadero Center
17th Floor
San Francisco, CA  94111
(415) 781-2888

Attorneys for Plaintiffs
Netcentives Inc. and
Thomas W. Storey

Page 9 – Netcentives Inc.'s Proposed Claim Construction for US. Patent No. 6,009,412
Case Nos. C-01-0813-CAL, C-00-0669-CAL, C-00-0986-CAL, C-00-2637-CAL,
and C-01-0302-CAL

#987247.2

TRL-MTZ 09311

EX. 1008-0009

EXHIBIT A

TRL-MTZ 09312

EX. 1008-0010

U.S. Pat. No. 6,009,412

SPECIFICATION REFERENCES

| Claim | References in Specification |
|---|---|
| 1. A method for implementing an on-line incentive program, said method comprising the steps of: | Col. 2:61-67; Figs. 1-5; Col. 5:1-2 |
| providing an Internet webpage accessible to at least one user, via a computer system, for on-line interactive communications between said user and said Internet webpage; | Col. 2:21-23; Col. 2:61-Col. 3:2; Col. 3:27-52; Col. 4:57-59 |
| offering, on said Internet webpage, at least one product for sale to said user; | Col. 3:13-66; Col. 4:33-56; Col. 7:1-20 |
| determining whether said user qualifies for one or more award points based on said user's response to purchase said at least one product; | Col. 4:60-63; Col. 5:44-50; Col. 6:13-25, 60-63; Col. 7:21-25 |
| calculating said award points according to a preprogrammed formula if said user qualifies for said award points; and | Col. 5:48-51; Col. 6:59-67 |
| issuing said award points to an account of said user if said user qualifies for said award points, wherein said award points are redeemable by said user for an award. | Col. 5:51-54; Col. 9:50-Col. 10:6 |
| 9. The method as set forth in claim 1, further comprising the steps of: | |
| receiving credit information from said user for purchase of said at least one product; | Col. 4:59-Col. 5:11; Col. 5:21-40; Col. 6:44-48 |
| establishing an on-line link to a computer; and | Col. 4:63-65 |
| sending electronically to said computer said credit information to verify available credit for said user. | Col. 4:66-Col. 5-11; Col. 5:29-40 |
| 10. A method for redeeming incentive awards in an on-line incentive program, said method comprising the steps of: | Col. 2:61-65; Figs. 1-5; Col. 5:1-2 |
| implementing an on-line incentive program that issues award points to users, wherein said award points are redeemable by said user for an award; | Col. 2:3-8; Col. 5:43-Col. 6:13; Col. 9:51-Col. 10:6 |
| implementing an Internet webpage accessible, via a computer system, to at least one user of said on-line incentive program for on-line interactive communications between said user and said Internet webpage; | Col. 2:21-23; Col. 2:61-Col. 3:2; Col. 3:27-52; Col. 4:47-51, 57-59 |

Doc. #989868

- 1 -

Print Date: 4/23/01

TRL-MTZ 0 9313

U.S. Pat. No. 6,009,412
SPECIFICATION REFERENCES

| | |
|---|---|
| offering, on said Internet webpage, at least one redeemable award available to said user for exchange of said award points; and | Col. 5:59-Col. 6:3; Col. 8:8-Col. 9:50 |
| permitting said user to initiate a process to receive said at least one redeemable award for exchange of said award points issued to said user through said on-line incentive program. | Col. 2:9-17, 28-30; Col. 9:51-Col. 10:13 |
| 18. A computer readable medium comprising a plurality of instructions, which when executed by a computer causes the computer to perform the steps of: | |
| providing an Internet webpage accessible to at least one user, via a computer system, for on-line interactive communications between said user and said Internet webpage; | Col. 2:21-23; Col. 2:61-Col. 3:2; Col. 3:27-32; Col. 4:57-59 |
| offering, on said Internet webpage, at least one product for sale to said user; | Col. 3:13-66; Col. 4:33-56; Col. 7:1-20 |
| determining whether said user qualifies for one or more award points based on said user's response to purchase said at least one product; | Col. 5:44-50; Col. 6:13-25, 60-63; Col. 4:60-63; Col. 7:21-25 |
| calculating said award points according to a preprogrammed formula if said user qualifies for said award points; and | Col. 5:48-51; Col. 6:59-67 |
| issuing said award points to an account of said user if said user qualifies for said award points, wherein said award points are redeemable by said user for an award. | Col. 5:51-54; Col. 9:50-Col. 10:6 |
| 26. The computer readable medium as set forth in claim 18, further comprising the steps of: | |
| receiving credit information from said user for purchase of said at least one product; | Col. 4:59-Col. 5:11; Col. 5:21-40; Col. 6:44-48 |
| establishing an on-line link to a computer; and | Col. 4:63-65 |
| sending electronically to said computer said credit information to verify available credit for said user. | Col. 4:66-Col. 5-11; Col. 5:29-40 |
| 27. A computer readable medium comprising a plurality of instructions, which when executed by a computer, causes the computer to perform the steps of: | |
| implementing an on-line incentive program that issues award | Col. 2:3-8; Col. 5:43-Col. 6:13; Col. 9:51-Col. 10:12 |

- 2 -

Doc. #989868                                                                   Print Date: 4/23/01

TRL-MTZ 09314

EX. 1008-0012

U.S. Pat. No. 6,009,412

## SPECIFICATION REFERENCES

| | |
|---|---|
| points to users, wherein said award points are redeemable by said user for an award; | |
| implementing an Internet webpage accessible, via a computer system, to at least one user of said on-line incentive program for on-line interactive communications between said user and said Internet webpage; | Col. 2:21-23; Col. 2:61-Col. 3:2; Col. 3:27-32; Col. 4:47-51, 57-59 |
| offering, on said Internet webpage, at least one redeemable award available to said user for exchange of said award points; and | Col. 5:59-Col. 6:3; Col. 8:8-Col. 9:50 |
| permitting said user to initiate a process to receive said at least one redeemable award for exchange of said award points issued to said user through said on-line incentive program. | Col. 2:9-17, 28-30; Col. 9:51-Col. 10:13 |
| 35. A computer system for implementing an on-line incentive program, said computer system comprising: | Figs. 1-5 |
| software for offering at least one product for sale to at least one user via an Internet webpage, said Internet webpage being accessible to said user for on-line interactive communications between said user and said Internet webpage; and | Col. 2:21-23; Col. 2:61-Col. 3:2; Col. 3:13-66; Col. 4:33-59; Col. 7:1-20 |
| software for determining whether said user qualifies for one or more award points based on said user's response to purchase said at least one product, for calculating said award points according to a preprogrammed formula if said user qualifies for said award points, and for issuing said award points to an account of said user if said user qualifies for said award points, wherein said award points are redeemable by said user for an award. | Col. 4:60-63; Col. 5:44-54; Col. 6:13-25, 59-67; Col. 7:21-25; Col. 9:50-Col. 10:6 |
| 36. A computer system for implementing an on-line incentive program, said computer system comprising software for offering, on an Internet webpage, at least one redeemable award available to said user for exchange of at least one award point, and for permitting said user to initiate a process to receive at least one redeemable award for exchange of said award points, said award points being issued from said on-line incentive program, and said Internet webpage being accessible to said user for on-line interactive communications between said user and said Internet | Figs. 1-5; Col. 2:9-17, 21-23, 28-30; Col. 2:61-Col. 3:2; Col. 3:27-52; Col. 4:47-51, 57-59; Col. 5:59-Col. 6:3; Col. 8:8-Col. 9:50; Col. 10:13 |

- 3 -

Doc. #989868

Print Date: 4/23/01

TRL-MTZ 09315

EX. 1008-0013

U.S. Pat. No. 6,009,412
SPECIFICATION REFERENCES

webpage.

Print Date: 4/23/01

- 4 -

Doc. #989868

TRL-MTZ 09316

EX. 1008-0014

1

## CERTIFICATE OF SERVICE

2

3      I declare that on April 23, 2001, a copy of the foregoing *Netcentives Inc.'s Proposed*

4   *Claim Construction Statement For U.S. Patent No. 6,009,412*, was served via Facsimile upon:

5   **Counsel for Carlson Companies**
    Ronald Schutz, Esq.
6   Emmett J. McMahon, Esq.
7   Robbins, Kaplan Miller & Ciresi L.L.P.
    2800 LaSalle Plaza
8   800 LaSalle Avenue
    Minneapolis, Minnesota 55402-2015
9

10   and via U.S. First Class Mail, postage pre-paid upon the following counsel:

11   **Counsel for Beenz.com**                    **Counsel for Massmedium.com, Inc.**
     Alfred R. Fabricant, Esq.                     Mari M. Shaw, Esq.
12   Ostrolenk, Faber, Gerb & Soffen               Paul D. Weller, Esq.
13   1180 Avenue of the Americas                   Morgan, Lewis & Bockius
     New York, New York 10036-8406                 1701 Market Street
14                                                 Philadelphia, PA 19103-2921
     Richard E. Backus, Esq.
15   Todd Lorenz, Esq.                             David Leichtman, Esq.
16   Flehr, Hohbach Test                           Morgan Lewis & Bockius
       Albritton & Herbert LLP                     101 Park Avenue
17   Four Embarcadero Center, Suite 3400           New York, NY 10178
     San Francisco, California 94111-4187
18

19   **Counsel for Carlson Companies**
     Ronald Schutz, Esq.
20   Emmett J. McMahon, Esq.
     Robbins, Kaplan Miller
21     & Ciresi L.L.P.
22   2800 LaSalle Plaza
     800 LaSalle Avenue
23   Minneapolis, Minnesota 55402-2015

24   Morgan W. Tovey, Esq.
25   John P. Bovich, Esq.
     Crosby, Heafey, Roach & May
26   Two Embarcadero Center
     San Francisco, California 94111
27

28
     Page 1 – Certificate of Service
     Netcentives Inc.'s Proposed Claim Construction Statement for US. Patent No. 6,009,412
     Case Nos. C-01-0813-CAL, C-00-0669-CAL, C-00-0986-CAL, C-00-2637-CAL, and C-01-0302-CA L.

TRL-MTZ 09317

EX. 1008-0015

1

2      **Passpoints**                              **Counsel for Stario**
       Alan Gunshor                                Anthony DeAlcuaz, Esq.
3      Chief Executive Officer                     McDermott Will & Emory
       Passpoints, Inc                             2700 Sand Hill Road
4      2035 Filbert Street                         Menlo Park, California 94025-7020
       Suite 208
5      San Francisco, California 94123             **Counsel for Webmiles.com Corporation**
                                                   Michael A. Ladra, Esq.
6      **Counsel for Smartnet Corporation**        Katherine Taylor, Esq.
7      C. Bruce Hamburg, Esq.                      Wilson Sonsini Goodrich & Rosati
       Thomas M. Furth, Esq.                       650 Page Mill Road
8      Jordan & Hamburg L.L.P.                     Palo Alto, California 94304.1050
       122 East 42nd Street
9      New York, NY 10168                          **Counsel for TelAmerica Media Inc.**
                                                   Christopher M. Curran, Esq.
10                                                 Jocelyn Aqua, Esq.
       Todd A. Noah, Esq.                          White & Case, LLP
11     Dergosits & Noah, LLP                       601 13th Street, NW Suite 600
       Four Embarcadero Center                     Washington, DC 20005
12     Suite 1150
       San Francisco, California 94111
13
                                                   Ellen McGinty King, Esq.
14     **Counsel for Sperry And Hutchinson**       White & Case LLP
       **Company, Inc.**                           3000 El Camino Real
15     Patrick J. Hogan, Esq.                      Five Palo Alto Square 10th Floor
       Mercedes A. Audigier, Esq.                  Palo Alto, California 94306
16     Kenny & Markowitz L.L.P.
17     255 California Street, Suite 1300
       San Francisco, California 94111             Jeffrey J. Oelke, Esq.
18                                                 White & Case
                                                   1155 Avenue of the Americas
19     James M. Bollinger, Esq.                    New York, New York 10036
       David Garrod, Esq.
20     Hopgood, Calimafde, Judlowe &
       Mondolino, LLP                              Thomas Flood
21     60 East 42nd Street                    TelAmerica Media
       New York, NY 10165                          1435 Walnut St. 4th Floor
22                                                 Philadelphia, PA 19102

23

24

25                                                 _____
                                                   Scott E. Bain
26

27

28

       Page 2 – Certificate of Service
       Netcentives Inc.'s Proposed Claim Construction Statement for US. Patent No. 6,009,412
       Case Nos. C-01-0813-CAL, C-00-0669-CAL, C-00-0986-CAL, C-00-2637-CAL, and C-01-0302-CAL

TRL-MTZ 09318

EX. 1008-0016