# EXHIBIT 4

**SENNIGER POWERS**

ATTORNEYS AT LAW    PATENTS TRADEMARKS    LITIGATION COPYRIGHTS    TECHNOLOGY ANTITRUST    ONE METROPOLITAN SQUARE
16TH FLOOR
SAINT LOUIS, MISSOURI 63102

314-231-5400 v
314-231-4342 f

SENNIGER.COM

April 17, 2006

**Via Federal Express**

Sharon L. Davis
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

Re:   Affinion Loyalty Solutions, Inc. v. Maritz Inc.
      Our File MRZ 9325

Dear Ms. Davis:

Enclosed are two CDs containing the documents bates numbered BV000001 through BV022650, which were produced by BroadVision pursuant to subpoena.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Kathleen Abbiss

Kathleen Abbiss
Paralegal

/ka
Enclosures