CLASS 705 DATA PROCESSING: FINANCIAL, BUSINESS PRACTICE, MANAGE-  705 - 1
MENT, OR COST/PRICE DETERMINATION

| | | | |
|---|---|---|---|
| 50 | **BUSINESS PROCESSING USING CRYPTOGRAPHY** | 1 | **AUTOMATED ELECTRICAL FINANCIAL OR BUSINESS PRACTICE OR MANAGEMENT ARRANGEMENT** |
| 51 | .Usage protection of distributed data files | 2 | .Health care management (e.g., record management, ICDA billing) |
| 52 | ..Usage or charge determination | 3 | ..Patient record management |
| 53 | ...Including third party for collecting or distributing payment (e.g., clearinghouse) | 4 | .Insurance (e.g., computer implemented system or method for writing insurance policy, processing insurance claim, etc.) |
| 54 | ...Adding plural layers of rights or limitations by other than the original producer | 5 | .Reservation, check-in, or booking display for reserved space |
| 55 | ..Requiring a supplemental attachment or input (e.g., dongle) to open | 6 | ..Coordination of plural reservations (e.g., plural trip segments; transportation and accommodation, etc.) |
| 56 | ...Specific computer ID (e.g., serial number, configuration, etc.) | 7 | .Operations research |
| 57 | ..Copy protection or prevention | 8 | ..Allocating resources or scheduling for an administrative function |
| 58 | ...Having origin or program ID | 9 | ...Staff scheduling or task assignment |
| 59 | ..Licensing | 10 | ..Market analysis, demand forecasting or surveying |
| 60 | .Postage metering system | 11 | ..Job performance analysis |
| 61 | ..Reloading/recharging | 12 | .Voting or election arrangement |
| 62 | ..Having printing detail (e.g., verification of mark) | 13 | .Transportation facility access (e.g., fare, toll, parking) |
| 63 | .Utility metering system | 14 | .Distribution or redemption of coupon, or incentive or promotion program |
| 64 | .Secure transaction (e.g., EFT/POS) | 15 | .Restaurant or bar |
| 65 | ..Including intelligent token (e.g., electronic purse) | 16 | .Including point of sale terminal or electronic cash register |
| 66 | ...Intelligent token initializing or reloading | 17 | ..Having interface for record bearing medium or carrier for electronic funds transfer or payment credit |
| 67 | ...Including authentication | 18 | ..Having security or user identification provision (password entry, etc.) |
| 68 | ...Balancing account | 19 | ..Tax processing |
| 69 | ...Electronic cash detail (e.g., blinded, divisible, or detecting double spending) | 20 | ..Price look-up processing (e.g., updating) |
| 70 | ..Home banking | 21 | ..Interconnection or interaction of plural electronic cash registers (ECRs) or to host computer (e.g., network detail, transfer of information from host to ECR or from ECR to ECR, etc.) |
| 71 | ..Including key management | | |
| 72 | ..Verifying PIN | | |
| 73 | ..Terminal detail (e.g., initializing) | | |
| 74 | ..Anonymous user system | | |
| 75 | ..Transaction verification | | |
| 76 | ..Electronic credential | | |
| 77 | ..Including remote charge determination or related payment system | | |
| 78 | ...Including third party | | |
| 79 | ...Including a payment switch or gateway | | |
| 80 | **ELECTRONIC NEGOTIATION** | | |

August 2005

| | | | |
|---|---|---|---|
| 22 | ..Inventory monitoring | 404 | ..Record keeping |
| 23 | ..Input by product or record sensing (weighing, scanner processing) | 405 | ..Data protection |
| | | 406 | ..With specific mail handling means |
| 24 | ..Specified transaction journal output feature (e.g., printed receipt, voice output, etc.) | 407 | ..Including mailed item weight |
| | | 408 | ..Specific printing |
| | | 409 | ..Rate updating |
| 25 | ..Specified keyboard feature | 410 | ..Specialized function performed |
| 26 | .Electronic shopping (e.g., remote ordering) | 411 | ...Display controlling |
| | | 412 | .Utility usage |
| 27 | ..Presentation of image or description of sales item (e.g., electronic catalog browsing) | 413 | .Fluid |
| | | 414 | .Weight |
| | | 415 | ..Correcting or compensating |
| | | 416 | ..Specific input and output device |
| 28 | .Inventory management | 417 | .Distance (e.g., taximeter) |
| 29 | ..Itemization of parts, supplies, or services (e.g., bill of materials) | 418 | .Time (e.g., parking meter) |
| | | 500 | **MISCELLANEOUS** |
| 30 | .Accounting | | |
| 31 | ..Tax preparation or submission | | |
| 32 | ..Time accounting (time and attendance, monitoring billable hours) | | |
| 33 | ..Checkbook balancing, updating or printing arrangement | | |
| 34 | ..Bill preparation | | |
| 35 | .Finance (e.g., banking, investment or credit) | | |
| 36 R | ..Portfolio selection, planning or analysis | | |
| 36 T | ...Tax strategies | | |
| 37 | ..Trading, matching, or bidding | | |
| 38 | ..Credit (risk) processing or loan processing (e.g., mortgage) | | |
| 39 | ..Including funds transfer or credit transaction | | |
| 40 | ...Bill distribution or payment | | |
| 41 | ...Having programming of a portable memory device (e.g., IC card, "electronic purse") | | |
| 42 | ...Remote banking (e.g., home banking) | | |
| 43 | ....Including Automatic Teller Machine (i.e., ATM) | | |
| 44 | ...Requiring authorization or authentication | | |
| 45 | ...With paper check handling | | |
| 400 | **FOR COST/PRICE** | | |
| 401 | .Postage meter system | | |
| 402 | ..Special service or fee (e.g., discount, surcharge, adjustment, etc.) | | |
| 403 | ..Recharging | | |

**FOREIGN ART COLLECTIONS**

FOR 000 **CLASS-RELATED FOREIGN DOCUMENTS**

Any foreign patents or non-patent literature from subclasses that have been reclassified have been transferred directly to FOR Collections listed below. These Collections contain ONLY foreign patents or non-patent literature. The parenthetical references in the Collection titles refer to the abolished subclasses from which these Collections were derived.

        **APPLICATIONS (364/400)**
FOR 100 .For cost/price (364/464.01)
FOR 101 ..Postage meter system (364/464.02)
FOR 102 ...Including mailed item weight (364/464.03)
FOR 103 ..Utility usage (364/464.04)
FOR 104 ..Fluid (364/465)
FOR 105 ..Weight (364/466)
FOR 106 ..Distance or time (e.g., taximeters) (364/467)
        **ELECTRIC SIGNAL MODIFICATION (E.G., SCRAMBLING) (380/9)**
FOR 124 .Cryptographic electronic funds transfer (e.g., automatic teller) (380/24)