# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

MARYELLEN NOREIKA
302 351 9278
302 425 3011 FAX
mnoreika@mnat.com

September 29, 2006

**BY E-FILING**

Ms. Deborah Krett
Case Manager
United States District Court
844 North King Street, Lockbox 27
Wilmington, DE 19801

Re: Request For Permission To Have Computer Equipment in Courtroom 4B for a Hearing in the Matter of *Affinion v. Maritz, Inc.*, C.A. No. 04-360-JJF

Dear Ms. Krett:

We are scheduled to appear at a hearing in Courtroom 4B on October 4, 2006 at 5 p.m. and request permission to bring two laptop computers, a projector and cables into the Courtroom to assist with presentations during the hearing. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Respectfully,

Maryellen Noreika (#3208)

/klm
cc: David Thomas, United States Marshal
    Keith Ash, Chief Court Security Officer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| IN RE: <br> PERMISSION FOR COUNSEL TO <br> POSSESS AND UTILIZE A LAPTOP <br> COMPUTER DURING HEARING <br> PROCEEDINGS IN COURTROOM 4B <br> OF THE J. CALEB BOGGS FEDERAL <br> BUILDING | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

      The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptop computers, a projector and cables for the *Affinion v. Maritz, Inc.*, C.A. No. 04-360-JJF hearing on October 3, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

      Jack Blumenfeld
      Sharon Davis
      Steven Lieberman

Dated: September _____, 2006

_____
JOSEPH J. FARNAN, JR.
United States District Court Judge