

# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

**Patricia Smink Rogowski**
Partner
Admitted in DE and PA
TEL (302) 658 9141
FAX (302) 658 5614
EMAIL progowski@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

October 2, 2006

**By E-File**
Deborah Krett
Case Manager
U.S. District Court
For the District of Delaware
844 King Street, Lockbox 27
Wilmington, DE  19801

RE:  Request for Permission to have Laptop in Courtroom 4B
Affinion Net Patents Inc. v. Maritz Inc.
C.A. No. 04-360-JJF

Dear Ms. Krett:

We are scheduled to appear at a hearing in Courtroom 4B on **October 4, 2006** at **5:00 p.m.** and request permission to bring three lap top computers to Courtroom 4B to assist in the preparation and/or presentation during the Conference. We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices. Attached is a form of Order.

Very truly yours,

*Patricia A. Rogowski*

Patricia Smink Rogowski
Attorney for Maritz Inc.

Cc:  David Thomas, U.S. Marshal (without enclosure)
Keith Ash, Chief Court Security Officer (without enclosure)
Maryellen Noreika, Esquire (with enclosure)
Enclosure – form of Order
PSR/vjm
466297v2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFFINION NET PATENTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 04-360-JJF |
| ) | |
| MARITZ INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The attorneys and staff listed below representing Maritz Inc. are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B three lap top computers for a hearing commencing on **October 4, 2006** at **5:00 p.m**. Counsel shall comply with the inspection provisions of the United States Marshal.

Rudolf E. Hutz, Esquire
Patricia Smink Rogowski, Equire
Gregory J. Nequist, Tech. Specialist
CONNOLLY BOVE LODGE & HUTZ
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

J. Bennett Clark, Esquire
David W. Harlan, Esquire
Jennifer E. Hoekel, Esquire
Marc W. Vander Tuig, Esquire
Michael Hartley, Paralegal
SENNIGER POWERS
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
(314) 231-5400

Dated: _____

_____
Joseph J. Farnan, Jr.
United States District Court Judge