IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING HEARING<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, two laptop computers, a projector and cables for the *Affinion v. Maritz, Inc.*, C.A. No. 04-360-JJF hearing on October 3, 2006. Counsel shall comply with the inspection provisions of the United States Marshal.

        Jack Blumenfeld
        Sharon Davis
        Steven Lieberman

Dated: OCTOBER 3, 2006

JOSEPH J. FARNAN, JR.
United States District Court Judge