IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AFFINION NET PATENTS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-360-JJF |
| MARITZ INC., | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Affinion Net Patents, Inc. ("Affinion") and Maritz Inc. ("Maritz"), by their attorneys, that pursuant to Rule 41(a)(ii), Fed. R. Civ. P., the parties' claims and counterclaims in the above-captioned action be, and hereby are, dismissed with prejudice. Maritz and its Affiliates reserve the right, notwithstanding this dismissal with prejudice, to raise defenses raised in this action in any later actions initiated by Affinion, its Affiliates or any assignee or other person or entity with standing to sue for infringement of the patents at issue in this suit or any other patents claiming priority from those patents (the "Patents") that accuse Maritz or its Affiliates of infringing any of the Patents. Each party shall bear its own costs.

| | |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ Patricia Smink Rogowski |
| Jack B. Blumenfeld (No. 1014) | Rudolf E. Hutz (No. 484) |
| Maryellen Noreika (No. 3208) | Patricia Smink Rogowski (No. 2632) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY, BOVE, LODGE & HUTZ LLP |
| 1201 N. Market Street | 1007 N. Orange Street |
| P.O. Box 1347 | P.O. Box 2207 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 658-9141 |
| | |
| Of Counsel: | Of Counsel: |
| | |
| Steven Lieberman | J. Bennett Clark |
| Sharon L. Davis | David W. Harlan |
| Rothwell, Figg, Ernst & Manbeck | Jennifer E. Hoekel |
| 1425 K Street, N.W. | Mar. W. Vander Tuig |
| Suite 800 | Senniger Powers |
| Washington, DC 20005 | One Metropolitan Square, 16th Floor |
| (202) 783-6040 | St. Louis, MO 63102 |
| *Attorneys for Plaintiff* | (314) 231-5400 |
| | *Attorneys for Defendant* |

SO ORDERED this 24 day of January, 2007.

_____
United States District Court Judge