OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 20 , 2007

**Maryellen Noreika**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
menefiling@mnat.com

**Paul E. Crawford**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
pcrawford@cblh.com

RE: **Affinion Net Patents Inc. v. Maritz Inc.**
    Civ No.:04-cv-00360-JJF

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed Order of the Court, **counsel is asked to claim the sealed documents mentioned in the Order by July 27, 2007.** All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

*If counsel does not claim the documents that they filed by the above date*, the Clerk will **unseal** any sealed documents remaining and send them to the NARA in accordance with the Order.

To claim your sealed documents kindly **send an E-MAIL to our specially designated court address at:**
      **returnsealeddocs@ded.uscourts.gov**

Simply specify the documents that you are claiming by stating the

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

```
case number and docket item number(s), along with your name and firm
address.  Please do not claim your documents via any form of docket entry
in CM/ECF. Once we receive your e-mailed claim, we will prepare the
documents for your retrieval and contact you when they are ready for
pick-up.  An attorney who is not a registered CM/ECF filer may claim
their sealed documents by phoning me at the Clerk's Office, at 302-573-
6170.


                                    Sincerely,


                                    By:    /s/Larisha Davis

                                         Deputy Clerk

Enc.
     Docket Sheet
```