OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 31, 2007

*Maryellen Noreika, ESQ.*
*Morris, Nichols, Arsht & Tunnell*
*menefiling@mnat.com*

RE: **Affinion Net Patents Inc. v. Maritz Inc..**
    Civ. No. **04-cv-00360-JJF**

*Dear Counsel:*

*Pursuant to the Order entered on 7/19/2007 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:*

*ITEMS:* 48,82,85,98,101,124,139,140,149,152,181,182,183,184,214,228,251,252,253,255,257, 258,259,260,261,284,285,296.

*A copy of the signed acknowledgment has been attached for your records.*

Sincerely,

Peter T. Dalleo, Clerk

By: *[signature]*

I hereby acknowledge receipt of the above mentioned documents on July 31, 2007.

*Michael S. Williams*
Signature