OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 1, 2007

Paul E. Crawford, ESQ.
Connolly, Bove, Lodge & Hutz
pcrawford@cblh.com

RE: **Affinion Net Patents Inc. v. Maritz Inc.**
Civ. No. **04-cv-00360-JJF**

Dear Counsel:

Pursuant to the Order entered on 7/19/2007 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS: 58,61,80,81,91,99,100,115,137,151,154,156,158,161,192,193,194,195,196,223,233, 244,278,279,282,283.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on ___8/1/07___.

Signature _____